IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRENDA MANNING, et al.,** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | Civil Action No.: 03-cv-01845 (GK) |
| ] | Next Event: Scheduling Conference on |
| **ELI LILLY AND COMPANY,** ] | October 31, 2003 at 10:15 a.m. |
| ] | |
| **Defendant.** ] | |

## PROPOSED SCHEDULING ORDER

The parties suggest the following schedule:

January 5, 2004:   Deadline for serving discovery requests.

February 4, 2004:   Deadline for plaintiffs to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

March 5, 2004:   Deadline for defendant to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

May 4, 2004:   All Discovery Closed. The parties agree that experts may be deposed until the closed of discovery.

June 4, 2004:   Deadline for filing Dispositive Motions.

July 2004:   Pre-Trial Conference.

DATED: _____   _____
GLADYS KESSLER
United States District Judge

|  |  |
|---|---|
|  | Respectfully submitted, |
| AARON M. LEVINE & ASSOCIATES | FOLEY HOAG LLP |
| /s/ Aaron M. Levine | /s/ Lawrence H. Martin (by permission-rm) |
| AARON M. LEVINE, #7864 | LAWRENCE H. MARTIN, #476639 |
| 1320 19th Street, N.W. | 1747 Pennsylvania Avenue, N.W. |
| Suite 500 | Suite 1200 |
| Washington, DC  20036 | Washington, DC  20006 |
| 202-833-8040 | 202-223-1200 |
| Counsel for Plaintiffs | and |
|  | James J. Dillon, P.C. |
|  | FOLEY HOAG LLP |
|  | 155 Seaport Boulevard |
|  | World Trade Center West |
|  | 155 Seaport Boulevard |
|  | Boston, MA  02210 |
|  | 617-832-1000 |
|  | Counsel for Defendant Eli Lilly and Company |