```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| BRENDA MANNING,<br><br>        Plaintiff,<br><br>    v.<br><br>ELI LILLY AND COMPANY,<br><br>        Defendant. | Civil Action<br>No.03-1845 (GK)(AK) |

### ORDER

The above-captioned case was referred to the undersigned by the Honorable Gladys Kessler for the purpose of facilitating a settlement. Accordingly, it is by the Court this 26th day of November, 2003, hereby

**ORDERED:**

1. The lead attorney(s) for the parties shall appear before the undersigned on Tuesday, May 4, 2004 at 10:00 a.m. The parties shall either attend the settlement conference or be available by telephone.

2. If any attorney or party is unavailable on the date and at the time set forth above, the attorney shall notify the other attorney(s) in the case as soon as possible

      to arrange a telephone conference call with chambers to select an alternative date and time.

3. Telephone conference calls to chambers (202/354-3030) shall be placed only between 3:00 and 5:00 p.m., Monday through Friday.

4. If the settlement conference must be rescheduled, the undersigned will require the attorney with the scheduling conflict to confirm the new date and time in a letter to the other attorneys and the Court.

 

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE