IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELIZABETH LINDGREN AND JOHN
STANLEY LINDGREN,

          Plaintiffs,

        v.

ELI LILLY AND COMPANY, et al,

          Defendants.

CIVIL ACTION No.  03-00764 (EGS)

NOTICE OF CHANGE OF ADDRESS

The undersigned hereby notifies the court of a change of address of Foley Hoag LLP as attorney for Defendant Eli Lilly and Company. Effective immediately, the firm's new address will be:

Foley Hoag LLP
1875 K Street, N.W. Suite 800
Washington, D.C. 20006

The firm's telephone and facsimile numbers will remain the same.

Respectfully submitted,

ELI LILLY AND COMPANY


 /s/ Lawrence H. Martin
Lawrence H. Martin
Foley Hoag LLP
1875 K Street, N.W.
Suite 800
Washington, D.C. 20006
(202) 223-1200


Dated:  December 9, 2003


15/115109.1