IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENDA MANNING, Individually, and ]<br>as Mother, Guardian and Next Friend of ]<br>BRIAN STEVEN MANNING, a Minor, ]<br>]<br>**Plaintiff,** ]<br>]<br>v. ]<br>]<br>ELI LILLY AND COMPANY, ]<br>]<br>**Defendant.** ] | Civil Action No.: 03-1845 (GK/AK)<br>Next Event: Plaintiff's R. 26(a)(2) Statements<br>due on February 4, 2004 |

## CONSENT MOTION TO AMEND SCHEDULING ORDER

COMES NOW the Plaintiff, by and through counsel, with the consent of defense counsel, and hereby moves the Court to amend the current Scheduling Order by thirty (30) days, and as grounds therefor states:

1. Plaintiff's R. 26(a)(2) Statements are due on February 4, 2004.

2. Despite plaintiff's counsel's efforts since November, 2003, to schedule the deposition of plaintiff Brenda Manning's treating physician, Katherine Marshall, M.D., said deposition cannot be completed before the current deadline for plaintiff's expert disclosures. However, Dr. Marshall's deposition is currently set for Friday, February 6, 2004.

3. The parties anticipate that a thirty (30) day extension of the case schedule will allow them to complete expert disclosures and discovery, and prepare this case for settlement and/or trial.

4. No previous extensions have been requested in this matter.

5. Counsel for defendant consents to the granting of this Motion.

5. The parties respectfully request the following amendments to the Scheduling Order:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff's R. 26(a)(2) Statements | February 4, 2004 | March 5, 2004 |
| Defendant's R. 26(a)(2) Statements | March 5, 2004 | April 5, 2004 |
| Commence Settlement Discussions with Magistrate Judge Alan Kay | May 1, 2004 | June 1, 2004 |
| Discovery Closed | May 4, 2004 | June 3, 2004 |
| Mediation with Magistrate Kay | May 4, 2004 | On or about June 4, 2004 |
| Deadline for Dispositive Motions | June 4, 2004 | July 5, 2004 |
| Pretrial Conference | August 3, 2004 | On or about September 2, 2004 |

WHEREFORE, plaintiff respectfully requests that the Court amend the current Scheduling Order by thirty (30) days.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

 /s/ Aaron M. Levine
AARON M. LEVINE, #7864
1320 19th Street, N.W.
Suite 500
Washington, DC   20036
Telephone:    202-833-8040
Facsimile:    202-833-8046

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENDA MANNING, Individually, and ]<br>as Mother, Guardian and Next Friend of ]<br>BRIAN STEVEN MANNING, a Minor, ]<br> ]<br>Plaintiff, ]<br> ]<br>v. ]<br> ]<br>ELI LILLY AND COMPANY, ]<br> ]<br>Defendant. ] | <br><br><br><br><br><br>Civil Action No.: 03-1845 (GK/AK)<br>Next Event: Plaintiff's R. 26(a)(2) Statements<br>due on February 4, 2004 |

## RULE 7.1 (m) CERTIFICATION

Consent to the foregoing Motion to Amend Scheduling Order was requested of and granted by counsel for Defendant on January 20, 2004.

                                          Respectfully submitted,

                                        AARON M. LEVINE & ASSOCIATES


                                        /s/ Aaron M. Levine
                                        AARON M. LEVINE, #7864
                                        1320 19th Street, N.W.
                                        Suite 500
                                        Washington, DC   20036
                                        Telephone:   202-833-8040
                                        Facsimile:   202-833-8046

                                        Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRENDA MANNING, Individually, and ]
as Mother, Guardian and Next Friend of ]
BRIAN STEVEN MANNING, a Minor, ]
                                       ]
    Plaintiff,                         ]
                                       ]
    v.                                 ]   Civil Action No.: 03-1845 (GK/AK)
                                       ]   Next Event: Plaintiff's R. 26(a)(2) Statements
ELI LILLY AND COMPANY,                 ]        due on February 4, 2004
                                       ]
    Defendant.                         ]

## POINTS AND AUTHORITIES

Local Rule 7.1

The record herein.

 

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

 /s/ Aaron M. Levine
AARON M. LEVINE, #7864
1320 19th Street, N.W.
Suite 500
Washington, DC  20036
Telephone:   202-833-8040
Facsimile:   202-833-8046

Counsel for Plaintiff