IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENDA MANNING, Individually, and ]<br>as Mother, Guardian and Next Friend of ]<br>BRIAN STEVEN MANNING, a Minor, ]<br>]<br>Plaintiff, ]<br>]<br>v. ]<br>]<br>ELI LILLY AND COMPANY, ]<br>]<br>Defendant. ] | Civil Action No.: 03-1845 (GK/AK)<br>Next Event: Plaintiff's R. 26(a)(2) Statements<br>due on February 4, 2004 |

**ORDER**

UPON CONSIDERATION of the Consent Motion to Amend Scheduling Order and for good cause shown, it is this _____ day of _____, 2004,

ORDERED, that the Motion be and hereby is GRANTED;

AND IT IS FURTHER ORDERED, that the Scheduling Order be amended as follows:

| Event | Deadline |
|---|---|
| Plaintiff's R. 26(a)(2) Statements | March 5, 2004 |
| Defendant's R. 26(a)(2) Statements | April 5, 2004 |
| Commence Settlement Discussions with Magistrate Judge Alan Kay | June 1, 2004 |
| Discovery Closed | June 3, 2004 |
| Mediation with Magistrate Kay | On or about June 4, 2004 |
| Deadline for Dispositive Motions | July 5, 2004 |
| Pretrial Conference | September _____, 2004 |

_____
GLADYS KESSLER
United States District Judge