UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRENDA MANNING, Individually and :
as Mother, Guardian and Next Friend of :
BRIAN STEVEN MANNING, a Minor, :
                                        :
        Plaintiff, :   Civil Action No. 03-1845 (GK/AK)
                                        :   Next Event: Plaintiff's R26(a)(2) Statements
     v. :           due on February 4, 2004
                                        :
ELI LILLY AND COMPANY, :
                                        :
        Defendant.

## ORDER

UPON CONSIDERATION of the Consent Motion to Amend Scheduling Order and for good cause shown, it is this 23rd day of January, 2004,

ORDERED, that the Motion be and hereby is GRANTED;

AND IT IS FURTHER ORDERED, that the Scheduling Order be amended as follows:

| Event | Deadline |
|---|---|
| Plaintiff's R 26(a)(2) Statements | March 5, 2004 |
| Defendant's R 26(a)(2) Statements | April 5, 2004 |
| Commence Settlement Discussions with Magistrate Judge Alan Kay | June 1, 2004 |
| Discovery Closed | June 3, 2004 |
| Mediation with Magistrate Judge Kay | On or about June 4, 2004 |
| Deadline for Dispositive Motions | July 5, 2004 |
| Pretrial Conference | September 9, 2004 at 4:15 p.m. |

_____/s/_____
Gladys Kessler
United States District Judge

Copies via ECF to all counsel of record