# EXHIBIT 1

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRENDA MANNING, et al.,      }
                             }
         Plaintiffs,         }
                             }
    v.                       }     Civil Action No.: 03-cv-01845 (GK/AK)
                             }
ELI LILLY AND COMPANY,       }
                             }
         Defendant.          }

## PLAINTIFF BRENDA MANNING'S ANSWERS TO
## DEFENDANT ELI LILLY AND COMPANY'S FIRST SET OF INTERROGATORIES

1. Please state your full legal name, your social security number and your date and place of birth, including the name and address of the hospital at which you were born, if any. If you have ever been known by any other name or names, please state each such name and where and when such other name was used.

ANSWER: Brenda Lee Manning; Social Security Number: **REDACTED**; Date of Birth: **REDACTED** 1963; Place of Birth: Boston Lying-In Hospital, 221 Longwood Avenue, Boston, MA 02115; Maiden Name: Brenda Lee Berg ( 1963 - September 13, 1998).

2. Please state your residential address and all former residential addresses and the inclusive dates for each.

ANSWER:

a)   9 Quincy Street
     Watertown, MA  02472
     (October 1993 - Present)

b.   11 Quincy Street
     Watertown, MA  02472
     (August 1970 - October 1993)

c.   124 Chapman Street
     Watertown, MA  02472
     (December 1963 - August 1970)

3. Please state your marital status. If married, please state your spouse's full legal name,

his residential address and the date of your marriage. If formerly married, for each spouse, please state his full legal name, his present residential address; the date of your marriage; the date of its termination; and the method by which it was terminated (e.g., annulment, divorce, death of spouse).

**ANSWER:** Married; Spouse: Eric Michael Manning: Present Residential Address: 9 Quincy Street, Watertown, MA 02472; Date of Marriage: September 13, 1998.

4. Please state the full legal name of each of your parents, including your mother's maiden name, their places and dates of birth, and their current residential address or addresses. If either of your parents in (sic) deceased, please state the date, place and cause of death.

**ANSWER:**

<u>Mother:</u>

Janet Ann Berg; Maiden Name: Parrella; Place of Birth: Watertown, MA; Date of Birth: , 1940; Current Residential Address: 11 Quincy Street, Watertown, MA 02472.

<u>Father:</u>                                                                                           **REDACTED**

Gordon Lee Berg; Place of Birth: Ironwood, MI; Date of Birth:       , 1937; Current Residential Address: 11 Quincy Street, Watertown, MA 02472.

5. Please state the address of each residence of your mother for the period beginning five years prior to the date of birth of your mother's first child through the present.

**ANSWER:**

a. 126 Chapman Street
   Watertown, MA 02472
   (1957 - 1960)

b. 65 Jefferson Street
   Newton, MA 02458
   (October 1960 - November 1962)

c. 124 Chapman Street
   Watertown, MA 02472
   (November 1962 - August 1970)

    d.      11 Quincy Street
               Watertown, MA 02472
               (August 1970 - Present)

6. If you contend that your mother took diethylstilbestrol ("DES" or "stilbestrol") during her pregnancy with you, please state the name and address of each physicians who prescribed it; if any physician who prescribed DES is deceased, please state the name and address of the current custodian of his or her medical records; and please state the purpose for which the drug was prescribed.

    **ANSWER:**    a.    Boston Lying-In Hospital - Maternal Infant Clinic, 221 Longwood Avenue, Boston, MA 02115;

                            b.    Brigham and Women's Hospital, 75 Francis Street, Boston, MA 02115 is the custodian of records for the Boston Lying-In Hospital.

                            c.    DES was prescribed to the plaintiff's mother for the prevention of miscarriage and a history of prior pregnancy losses.

7. Please identify, by name and address, each pharmacy or other supplier that dispensed the DES allegedly ingested by your mother while pregnant with you. If you do not know the name of the pharmacy, please state the name and address of each pharmacy or retail drug outlet that was patronized by your mother or father during the twelve months that preceded your birth.

    **ANSWER:**    Boston Lying-In Hospital Pharmacy, 221 Longwood Avenue, Boston, MA 02115.

8. Describe in detail the physical appearance of the diethylstilbestrol you allege your mother ingested, including its form (for example, pill, injection, capsule), the shape, color, or size of any pill, tablet or capsule, the dosage of the DES your mother took, and any markings that may have appeared on the product.

    **ANSWER:**    Small, white, round pill with a cross in the middle. See Appendix No. 2 of Plaintiff Brenda Manning's Responses to Defendant's Request for Production of Documents and/or Tangible Things. This answer may be supplemented as discovery progresses.

9. Please set forth all information you have concerning the identity of the manufacturer or supplier of the DES your mother allegedly ingested while pregnant with you. State all facts upon which you base this identification, including, if known, but not limited to, the trade, generic, or brand name of the DES you allege your mother ingested. Identify by name and address all witnesses with personal knowledge of these facts.

    s.       Anxiety regarding future adverse pregnancy outcomes.

14.     Please identify by name and address each physician, psychiatrist, psychologist, clinic, hospital or other health care or mental health professional or facility that has rendered any medical examination, diagnosis, consultation, advice or treatment to you for any health problem, emotional problem or injury other than those which you allege are related to diethylstilbestrol.

**ANSWER:**    Plaintiff objects to this Interrogatory as overly broad, burdensome, irrelevant, nor will it lead to the discovery of any relevant information pertaining to plaintiff's claims. In addition, plaintiff objects to any health care provider not relevant to her gynecological or associated conditions. Without waiving said objections, plaintiff submits that the following have provided gynecological and/or obstetrical care and/or consultation:

    a.      Lawrence Cibley, M.D.
              Leonard Cibley, M.D.
              Waltham-Weston Hospital
              Waltham, MA
              (1989 - 1994)

    b.      Katherine Marshall, M.D.
              Edward Kelley, M.D.
              Waltham Family Medical Group
              a/k/a Caritas Medical Group at Waltham
              St. Elizabeth's Medical Center of Boston
              736 Cambridge Street
              Brighton, MA 02135
              (1995 - Present)

    c.      Robin Fischer, M.D.
              Reproductive Science Center
              Hope Avenue
              Waltham, MA 02454
              (February 1999)

    d.      Charles Easterday, M.D.
              Lorna Johnson, M.D.
              Brigham & Women's Hospital GYN Services
              Francis Street
              Boston, MA

(1980's GYN Care)

15.     Please state the number of pregnancies that you have had and for each pregnancy, please state the approximate date the pregnancy began; the name and address of each health care provider (e.g., physician, clinic, hospital, or other health care professional or facility) who examined or treated you during your pregnancy; the approximate date the pregnancy ended; the method by which the pregnancy ended (e.g., live birth, spontaneous abortion, voluntary abortion, stillborn delivery); and, if the pregnancy ended in a live birth, the name of the child and his or her present residential address.

**ANSWER:**

Plaintiff has had three(3) pregnancies as follows:

a.     LMP: 2/17/99; Katherine Marshall, M.D. and Marina Rabin, M.D., Waltham Family Medical Group, St. Elizabeth's Medical Center of Boston, 736 Cambridge Street, Brighton, MA 02135; Pregnancy ended on 4/13/99 - partial hydatiform mole.

b.     LMP: 10/20/99; Katherine Marshall, M.D., Waltham Family Medical Group, St. Elizabeth's Medical Center of Boston, 736 Cambridge Street, Brighton, MA 02135; Pregnancy ended on 12/10/99 - Missed Abortion.

**REDACTED**

c.     LMP:      /00; Katherine Marshall, M.D., Waltham Family Medical Group, St. Elizabeth's Medical Center of Boston, 736 Cambridge Street, Brighton, MA 02135; Preterm Labor and Delivery of son, Brian Steven Manning, at 26 weeks gestation, at St. Elizabeth's Medical Center, on                    2000; Current Address: 9 Quincy Street, Watertown, MA 02472.

16.     Please state all means (including, without limitation, natural conception, IUI, and IVF) through which you have attempted pregnancy, including the date ranges of these attempts; and identify by name, address, and date range each partner with whom you made such attempts.

**ANSWER:**

September 1998 - December 1998 attempted pregnancy through natural conception.

December 1998 - attempted pregnancy with cycle of Clomid.

January 1999 - February 1999 - conceived through natural conception but pregnancy ended in April 1999.

May 1999 - October 1999 - conceived through natural conception but pregnancy ended in December 1999.

-8-