# EXHIBIT 2

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRENDA MANNING, et al.,              ]
                                     ]
        Plaintiffs,                  ]
                                     ]
        v.                           ]      Civil Action No.: 03-cv-01845 (GK/AK)
                                     ]
ELI LILLY AND COMPANY,               ]
                                     ]
        Defendant.                   ]

## PLAINTIFF BRENDA MANNING'S, AS MOTHER, GUARDIAN AND NEXT FRIEND OF BRIAN STEVEN MANNING, ANSWERS TO DEFENDANT ELI LILLY AND COMPANY'S FIRST SET OF INTERROGATORIES

1.      Please state your correct full name, date and place of birth and, in chronological order, the full address for each residence, including your present residence, at which you have resided for thirty (30) days or more, including the date each such residency was commenced and terminated.

        **ANSWER:**    Brian Steven Manning; Date of Birth:          , 2000; Place of Birth: St.

Elizabeth's Medical Center of Boston, 736 Cambridge Street, Brighton, MA  02135; Address: 9

Quincy Street, Watertown, MA  02472 (March 1, 2001 - Present).          **REDACTED**

2.      Please state your educational background, including the name and address of each school attended, the years of attendance at each such school, and the degree or diploma obtained at such school.

        **ANSWER:**    Not applicable at this time.

3.      Have you or has anyone on your behalf made any written application for any policy of insurance upon your life or for medical or hospital benefits? If so, please state the name and address of each company to which such application was made and the approximate date thereof, the name and address of each physician who examined you in connection with any such application and the approximate date thereof.

        **ANSWER:**    Plaintiff's medical insurance is provided by Blue Cross Blue Shield Federal

Employee Program, P.O. Box 532, Rockland, MA  02370. Supplemental health insurance provided

by Massachusetts Common Health, 600 Washington Street, Boston, MA  02111.

4.    As to your birth, please state:

(a)    The name and address of the doctor(s) who cared for your mother during the pregnancy and/or delivery of you, or if you were not delivered by a doctor, the name and address of any and all persons who assisted in your delivery;

(b)    The name and address of the hospital where you were delivered, or if you were not delivered in a hospital, the state and location of your delivery;

(c)    The names of your mother and father as of your date of birth and their dates of birth;

(d)    The inclusive dates of your mother's pregnancy when she was pregnant with you; and

(e)    All complications that arose just before, during, or just after your birth.

**ANSWER:**

(a)    Katherine Marshall, M.D.
       Edward Kelley, M.D. (delivering physician)
       St. Elizabeth's Medical Center
       736 Cambridge Street
       Boston, MA  02135

(b)    St. Elizabeth's Medical Center
       736 Cambridge Street
       Boston, MA  02135

(c)    Brenda Lee Manning        Date of Birth:        , 1963
       Eric Michael Manning      Date of Birth:        , 1966     **REDACTED**

(d)    LMP: June 10, 2000        Date of Birth:        , 2000

(e)    See previously provided medical records and reports.

5.    Concerning your injuries and disabilities or the damages therefrom which you allege to have resulted from your mother's alleged exposure to the drug(s) identified in your Complaint, please describe:

(a)    The nature and extent of such injuries and disabilities and the part or parts of your body affected thereby, including the manner in which the injury first manifested itself, the date of the manifestation, and the onset of symptoms.

(b)    The date on which and the name and address of the person from whom you first

-2-

Sigmoid Colostomy and Hartman's pouch;

r.    Abdominal Wound/Incision Serratia Infection with Dehiscence requiring dressing changes;

s.    Right pleural effusion requiring chest tube placement;

t.    Chronic Lung Disease;

u.    Porencephalic Cyst;

v.    Retinopathy of Prematurity; and

w.    Gastrointestinal Cholestasis.

**REDACTED**

All of the aforementioned were diagnosed at St. Elizabeth's Medical Center and/or Children's Hospital of Boston between ?            :, 2000 and March 1, 2001.

x.    Left Sided Hemiparesis secondary to prematurity and intraventricular hemorrhage requiring the use of a leg brace and hand splint;

y.    Ongoing neurological, motor, and developmental delays secondary to prematurity and intraventricular hemorrhage requiring medical, surgical and therapeutic monitoring and treatment.

See plaintiff's previously provided medical records and reports. Plaintiff reserves the right supplement this answer as discovery progresses.

6.    Have you been confined, examined, treated or x-rayed in any hospital or clinic or have you seen any health care provider (including psychiatrists, psychologists, rehabilitation specialists or therapists) as a result of any injury or disability which you allege to have resulted from your mothers' (sic) alleged exposure to the drug(s) identified in you (sic) Complaint? If so, please state the name and address of each such hospital, clinic or health care provider, the dates and reasons you were confined, examined, treated or x-rayed at such hospital or clinic or by such health care provider, and the nature of the treatment received by you.

**ANSWER:**

Pertinent Health Care Providers:

-4-

a.    St. Elizabeth's Medical Center
736 Cambridge Street
Boston, MA  02135
(12/10/00 - 1/1/01 and 1/23/01 - 3/1/01 - Neonatal Intensive Care Unit)

b.    Children's Hospital Boston
300 Longwood Avenue
Boston, MA  02115
(1/1/01 - 01/23/01 - Neonatal Intensive Care Unit)
(1/02 - Colostomy Reversal)

c.    Robert Shamberger, M.D.
Children's Hospital Boston
Department of Surgery, Fegan - 3
300 Longwood Avenue
Boston, MA  02115
(General Surgery)

d.    John Cloherty, M.D.
Longwood Pediatrics
319 Longwood Avenue
Boston, MA  02115
(Neonatology)

e.    Sunil Saluja, M.D.
Children's Hospital Boston
Division of Newborn Medicine, Enders - 9
300 Longwood Avenue
Boston, MA  02115
(Neonatology)

f.    Brian Snyder, M.D.
Children's Hospital Boston
Department of Orthopedic Surgery, Hunnewell - 2
300 Longwood Avenue
Boston, MA  02115
(Orthopedics/Cerebral Palsy Clinic)

g.    Adre duPlessis, M.D.
Children's Hospital Boston
Department of Neurology, Fegan - 11
300 Longwood Avenue
Boston, MA  02115

(Neurology)

h.    John Gaitanis, M.D.
      Children's Hospital Boston
      300 Longwood Avenue
      Boston, MA  02115
      (Neurology/Seizures)

i.    Craig Peters, M.D.
      Children's Hospital Boston
      Department of Urology, Hunnewell - 3
      300 Longwood Avenue
      Boston, MA  02115
      (Urology)

j.    Donna Nimec, M.D.
      Spaulding Rehabilitation Hospital
      Physical Medicine/Rehabilitation
      125 Nashua Street
      Boston, MA  02114
      (Physiatry/Cerebral Palsy Clinic)

k.    Silva Testa, M.D.
      Ronald Pye, M.D.
      Ralph Aarons, M.D.
      Sunita Perreira, M.D.
      Gopal Gupta, M.D.
      Sha Hassain, M.D.
      St. Elizabeth's Medical Center
      Box QN2P
      736 Cambridge Street
      Boston, MA  02135
      (Neonatology)

l.    Pamela Tewarson, M.D.
      40 Spring Street
      Watertown, MA   02472
      (Pediatrician)

m.    David Reese, M.D.
      Children's Strabismus Center
      40 2nd Avenue, Suite 510
      Waltham, MA   02451

-6-

(Ophthalmology)

n.  Wayside Beaverbrook Early Intervention
118 Central Street
Waltham, MA  02453

7.  Have you received any special education training, counseling or therapy, and if so, please describe in detail the nature of the training, counseling or therapy received, the name and address of each institution, teacher, counselor or therapist and the dates and reasons for the training, counseling or therapy received.

**ANSWER:**  Since March 2001, Plaintiff has been receiving early intervention therapy, including occupational, speech, and physical therapy through Wayside Beaverbrook Early Intervention, 118 Central Street, Waltham, MA  02453

8.  Have you been confined, examined, treated or x-rayed in any hospital or clinic or have you seen any health care provider (including psychiatrists, psychologists or therapists) for any injury or health problem that you do not attribute to your mother's alleged exposure to the drug(s) identified in your Complaint? If so, please state the name and address of each such hospital, clinic or health care provider, the dates and reasons you were confined, examined, treated or x-rayed at such hospital or clinic, or by such health care provider, and the nature of the care received by you.

**ANSWER:**  No.

9.  Please itemize any special damages you claim to have incurred directly or indirectly, for treatment and care of yourself as a result of your mother's alleged exposure to the drug(s) identified in your Complaint, including but not limited to doctor and hospital bills, prescription bills, nursing services, rehabilitative services, rehabilitative equipment, special education and training, therapy and counseling, and other employed help, stating the name and address of a person or company performing this service, the amount of each bill and the dates and nature of the services rendered.

**ANSWER:**  Plaintiff is in the process of compiling this information and will forward an itemization of special damages and supporting documentation upon receipt and compilation.

10.  Please state the name, address and specialty of each doctor who has given you, your attorney, or your representatives an opinion as to the probable cause of the injuries, conditions, or illnesses complained of in this lawsuit and whether such opinion was communicated orally or in writing, the substance of each such opinion, and the date each such opinion was given.