UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BRENDA MANNING, et al.,

        Plaintiffs,

    v.                          CIVIL ACTION No. 04-11164 (RCL)

ELI LILLY AND COMPANY,

        Defendant.

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    Please enter the appearances of James J. Dillon, John M. Granberry, Paula McManus, and Ericka L. Harper of FOLEY HOAG LLP as counsel for defendant Eli Lilly and Company in the above-captioned matter.

                              Respectfully submitted,

                              FOLEY HOAG LLP

                              */s/ John M. Granberry*
                              James J. Dillon (BBO # 124660)
                              John M. Granberry (BBO# 647046)
                              Paula McManus (BBO# 648029)
                              Ericka L. Harper (BBO# 652511)
                              FOLEY HOAG LLP
                              155 Seaport Boulevard
                              Boston, MA 02111-2600
                              (617) 832-1000

Dated: June 4, 2004

FHBoston/1064486.1