UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 1:04-11164(RCL)

| | |
|---|---|
| BRENDA MANNING, ET AL | * |
| | * |
| Plaintiffs | * |
| | * |
| vs. | * |
| | * |
| ELI LILLY and COMPANY | * |
| | * |
| Defendant | * |

## NOTICE OF APPEARANCE

Please enter our appearance as co-counsel for the plaintiffs.

The plaintiffs,
By Their Attorneys

*Alan L. Cantor*
Edward M. Swartz
BBO No. 489540
Alan L. Cantor
BBO No. 072360
Swartz & Swartz
10 Marshall Street
Boston, MA 02108
617-742-1900

## CERTIFICATE OF SERVICE

I, Alan L. Cantor, Esq., do hereby certify that I have served a copy of the foregoing document upon all counsel by mailing the same, first class mail, postage prepaid, or other indicated mode of transmittal, to all counsel, to wit: James J. Dillon, P.C., Foley Hoag, LLP, World Trade Center West, 155 Seaport Boulevard, Boston, MA 02210; Lawrence H. Martin, Esq., Foley Hoag, LLP, 1875 K Street, NW, Suite 800, Washington, DC 20006-1238; Aaron M. Levine, Esq., Fifth Floor, 1320 Nineteenth St., NW, Washington, DC 20036.

June 8, 2004

*Alan L. Cantor*
Alan L. Cantor