## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRENDA MANNING, Individually ]<br>and as Mother, Guardian and Next ]<br>Friend of BRIAN STEVEN MANNING, ]<br>a Minor, ]<br>       ]<br>      Plaintiff, ]<br>       ]<br>v.       ]<br>       ]<br>ELI LILLY AND COMPANY, ]<br>       ]<br>      Defendant.  ] | Civil Action No.: 1:04-cv-11164 (RCL)<br>Next Event: Scheduling Conference on<br>July 22, 2004 at 2:30 p.m. |

## PROPOSED SCHEDULING ORDER

The parties suggest the following schedule:

September 20, 2004:   Deadline for plaintiff to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

October 20, 2004:   Deadline for defendant to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

December 20, 2004:   All Discovery Closed. The parties agree that experts may be deposed until the closed of discovery.

January 19, 2005:   Deadline for filing Dispositive Motions.


DATED: _____        _____
                                     REGINALD C. LINDSAY
                                     United States District Judge

|  |  |
|---|---|
|  | Respectfully submitted, |
| SWARTZ & SWARTZ | FOLEY HOAG LLP |
| /s/ Alan L. Cantor | /s/ John M. Granberry |
| ALAN L. CANTOR, BBO#072360 | JAMES J. DILLON, BBO#124660 |
| 10 Marshall Street | JOHN M. GRANBERRY, BBO#647046 |
| Boston, MA 02108 | 155 Seaport Boulevard |
| 617-742-1900 | Boston, MA 02210-2600 |
|  | 617-832-1000 |
| and |  |
|  | Attorneys for Eli Lilly and Company |
| Aaron M. Levine |  |
| AARON M. LEVINE & ASSOCIATES |  |
| 1320 19th Street, N.W. |  |
| Suite 500 |  |
| Washington, DC 20036 |  |
| 202-833-8040 |  |
|  |  |
| Attorneys for Plaintiff |  |

Dated: July 7, 2004