IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BR4ENDA MANNING, Individually and ]
as Mother, Guardian and Next Friend of ]
BRIAN STEVEN MANNING, a Minor, ]
]
Plaintiff, ]
]
v. ]    Civil Action No.: 1:04-cv-11164 (RCL)
]    Next Event: Scheduling Conference on
ELI LILLY AND COMPANY, ]        July 22, 2004 at 2:30 p.m.
]
Defendant. ]

### LOCAL RULE 16.1(D) STATEMENT

PLEASE TAKE NOTICE THAT the undersigned party to this action, and her Counsel, hereby certify, pursuant to Local Rule 16.1 (D)(3) of the Local Rules of the United States District Court for the District of Massachusetts that:

a.   they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

b.   they have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Plaintiff
By her Attorneys,

*/s/ Brenda Manning*
BRENDA MANNING, Individually
and as Mother, Guardian and Next
Friend of BRIAN STEVEN MANNING,
a Minor

*/s/ Alan L. Cantor*
ALAN L. CANTOR, BBO#072360
Swartz & Swartz
10 Marshall Street
Boston, MA 02108
617-742-1900