IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRENDA MANNING, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No. 04-CV-11164 (RCL) |
| ) | |
| ELI LILLY AND COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### CONSENT MOTION TO AMEND SCHEDULING ORDER

Defendant Eli Lilly and Company ("Lilly"), **with the consent of Plaintiff's counsel**, hereby moves the Court to amend the current Scheduling Order. As grounds for this Motion, Lilly states:

1.  Discovery has been proceeding and currently is scheduled to end on December 20, 2004. The parties have exchanged written discovery and have conducted depositions of fact witnesses.

2.  The parties are engaging in expert discovery. This case involves complex issues in connection with injuries alleged by Plaintiff Brenda Manning and her minor son, plaintiff Brian Manning.

3.  To accommodate the depositions of expert witnesses who are physicians with busy practices, the parties seek a forty-five day extension of the case schedule. There have been no previous extensions of the schedule in this case.

4.  This is one of many DES cases pending in United States District Courts in the Districts of Massachusetts or the District of Columbia. Defense counsel and Plaintiff's counsel in these cases are working together to complete discovery as quickly as possible and to prepare these cases for settlement and/or trial.

5.  Despite these efforts, counsel anticipate they will be unable to complete all necessary discovery in this case and respectfully request the following amendments to the Scheduling Order:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendant's Expert Disclosures Due | October 20, 2004 | December 6, 2004 |
| Close of Discovery | December 20, 2004 | February 4, 2005 |
| Dispositive Motions Due | January 19, 2005 | March 4, 2005 |

Respectfully submitted,

/s/ James J. Dillon
James J. Dillon
Foley Hoag LLP
155 Seaport Boulevard
Seaport World Trade Center West
Boston, MA 02210-2600
(617) 832-1000

Counsel for Defendant
ELI LILLY AND COMPANY

Dated: October 25, 2004

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(m)

Counsel for Lilly has conferred with counsel for Plaintiff pursuant to Local Rule 7.1(m).

Counsel for Plaintiff consent to this motion.

/s/ James J. Dillon
James J. Dillon
