# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRENDA MANNING, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ELI LILLY AND COMPANY, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 04-CV-11164 (RCL) |

## [PROPOSED] AMENDED SCHEDULING ORDER

Upon consideration of Defendant Eli Lilly and Company's Consent Motion to Amend Scheduling Order, and for good cause shown, it is by this Court this _____ day of _____ 2004, hereby

ORDERED, that the Consent Motion to Amend Current Scheduling Order be and the same hereby is, GRANTED, and it is further

ORDERED, that the Scheduling Order be amended to reflect the following deadlines:

| Event | Proposed Deadline |
|---|---|
| Defendant's Expert Disclosures Due | December 6, 2004 |
| Close of Discovery | February 4, 2005 |
| Dispositive Motions Due | March 4, 2005 |

<br>
<br>

                                               Reginald C. Lindsay
                                               United States District Judge