IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRENDA MANNING, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Civil Action No. 04-CV-11164 (RCL) |
| ELI LILLY AND COMPANY, | ) |
| Defendant. | ) |

**SECOND CONSENT MOTION TO AMEND SCHEDULING ORDER**

Defendant Eli Lilly and Company ("Lilly"), **with the consent of Plaintiff's counsel**, hereby moves the Court to amend the current Scheduling Order. As grounds for this Motion, Lilly states:

1. Discovery has been proceeding and currently is scheduled to end on February 4, 2005. The parties have exchanged written discovery and have conducted depositions of five fact witnesses.

2. The parties are engaging in expert discovery. This case involves complex issues in connection with injuries alleged by Plaintiff Brenda Manning and her minor son, plaintiff Brian Manning. Plaintiffs have named twelve expert witnesses to testify about the condition of the plaintiffs, pharmacy practices, and the state of the art regarding the safety of diethylstilbestrol during the relevant time period. Lilly has named ten expert witnesses of its own. One expert deposition has been completed. Four additional expert depositions have been noticed for February 18, February 24, March 4, and March 8.

B2241376.1

3. To accommodate the depositions of expert witnesses, many of whom are physicians with busy practices, the parties seek a month and a half extension of the case schedule. There has been one previous extension of the schedule in this case.

4. This is one of many DES cases pending in United States District Courts in the Districts of Massachusetts or the District of Columbia. Defense counsel and Plaintiff's counsel in these cases are working together to complete discovery as quickly as possible and to prepare these cases for settlement and/or trial.

5. Despite these efforts, counsel anticipate they will be unable to complete all necessary discovery in this case and respectfully request the following amendments to the Scheduling Order:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Discovery | February 4, 2005 | March 18, 2005 |
| Dispositive Motions Due | March 4, 2005 | April 18, 2005 |

Respectfully submitted,

/s/ James J. Dillon
James J. Dillon
Foley Hoag LLP
155 Seaport Boulevard
Seaport World Trade Center West
Boston, MA 02210-2600
(617) 832-1000

Counsel for Defendant
ELI LILLY AND COMPANY

Dated: February 4, 2005

- 3 -

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(m)**

Counsel for Lilly has conferred with counsel for Plaintiff pursuant to Local Rule 7.1(m). Counsel for Plaintiff consent to this motion.

/s/ James J. Dillon
James J. Dillon
