IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BRENDA MANNING, et al.,                )
                                        )
      Plaintiffs,                       )
                                        )
              vs.                       )   Civil Action No. 04-CV-11164 (RCL)
                                        )
ELI LILLY AND COMPANY,                  )
                                        )
      Defendant.                        )
                                        )

[PROPOSED] AMENDED SCHEDULING ORDER

Upon consideration of Defendant Eli Lilly and Company's Second Consent Motion to Amend Scheduling Order, and for good cause shown, it is by this Court this _____ day of _____ 2004, hereby

ORDERED, that the Consent Motion to Amend Current Scheduling Order be and the same hereby is, GRANTED, and it is further

ORDERED, that the Scheduling Order be amended to reflect the following deadlines:

| Event | Proposed Deadline |
|---|---|
| Close of Discovery | March 18, 2005 |
| Dispositive Motions Due | April 18, 2005 |

_____
Reginald C. Lindsay
United States District Judge