UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRENDA MANNING, et al.,<br><br>             Plaintiffs,<br><br>      v.<br><br>ELI LILLY AND COMPANY,<br><br>             Defendant. | CIVIL ACTION No. 04-11164 (RCL) |

## JOINT MOTION TO REFER CASE FOR MEDIATION

COMES NOW, the Parties in the above-captioned action who jointly move to refer the matter to Magistrate Judge Marianne Bowler for mediation.

1.      At the status conference held on July 22, 2004, the Court orally requested that the Parties remind him of their request for mediation referral to Magistrate Judge Marianne Bowler.

2.      Close of discovery in this matter is set for March 18, 2005, and dispositive motions are due on April 18, 2005.  The Parties do not anticipate needing any further extensions of the current Scheduling Order.

3.      The Parties hereby renew their request for referral of this matter to Magistrate Judge Marianne Bowler for mediation within a reasonable time after the dispositive motion deadline.

- 2 -

    Respectfully submitted,

/s/ Brian L. Henninger
James J. Dillon (BBO# 124660)
Brian L. Henninger (BBO# 657926)
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

Counsel for Defendant
ELI LILLY AND COMPANY

Dated: February 14, 2005

/s/ Alan Cantor
Alan Cantor (BBO# 072360)
Swartz and Swartz
10 Marshall Street
Boston, MA 02108
(617) 742-1900

Counsel for Plaintiffs
BRENDA MANNING and BRIAN
MANNING (a minor)