UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Brenda Manning, et al.
_____
Plaintiff(s)

v.

Eli Lilly and Company
_____
Defendant(s)

CIVIL ACTION

NO. 04-11164

## ORDER OF REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to _Request for Magistrate Judge Bowler_ for the following ADR program:

_____ EARLY NEUTRAL EVALUATION        ✓ MEDIATION
_____ MINI-TRIAL                       _____ SUMMARY JURY TRIAL
_____ SETTLEMENT CONFERENCE            _____ SPECIAL MASTER
_____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

2/23/05
DATE

Reginald C. Lindsay
UNITED STATES DISTRICT JUDGE
signed by Deputy Clerk: Don Stanhope

### CASE CATEGORY

| | | |
|---|---|---|
| Admiralty | _____ | Antitrust _____ |
| Civil Rights | _____ | Contract ____✓____ |
| Copyright/Trademark/Patent | _____ | Environmental _____ |
| ERISA | _____ | FELA _____ |
| Labor Relations | _____ | Medical Malpractice _____ |
| Personal Injury | _____ | Product Liability _____ |
| Shareholder Dispute | _____ | |
| Other | _____ | |

[orefadr.]

(adrrefl.ord - 4/29/94)