UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRENDA MANNING, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　　　Defendant. | CIVIL ACTION No. 04-11164 (RCL) |

## JOINT MOTION TO RESCHEDULE MEDIATION SESSION

Defendant Eli Lilly and Company ("Lilly"), together with Plaintiffs Brenda Manning and Brian Manning, hereby moves to reschedule the Mediation Session now set for March 30, 2005 at 10:00 a.m. to April 20, 2005 at 10:00 a.m., or alternatively to April 19, 2005 at 10:00 a.m. As grounds therefore, Lilly states:

1.　Discovery is ongoing in this DES case and is not set to close until March 18, 2005. The parties are scheduling depositions of expert witnesses whose testimony likely will impact the assessment of the case. Fact depositions have been completed.

2.　Rescheduling the Mediation Session in this case would promote efficiency for this Court and for the parties. Lilly and Plaintiff's counsel will be moving to reschedule the mediation session in *Happel v. Eli Lilly and Company,* Civil Action No. 04-CV-12218 (WGY), another DES case referred to Magistrate Judge Bowler, to April 20, 2005 as well. The parties would like to conduct the *Happel* and *Manning* mediation sessions on the same day.

3.　Rescheduling the Mediation Sessions for *Happel* and *Manning* to take place on the same day would prevent additional expense to the parties by eliminating the need for counsel to make two separate trips to Boston, Massachusetts.

B2990683.2

4.      Rescheduling the Mediation Session would also resolve a scheduling conflict. Lead counsel for Lilly will be out of the country on March 30, 2005.

5.      Past experience in DES cases suggests that mediation is most efficient and productive when held approximately one month after the close of discovery so that all parties have had the opportunity to fully evaluate the evidence on the record and to prepare for settlement discussions.

Respectfully Submitted,

| ELI LILLY AND COMPANY, | BRENDA MANNING and BRIAN MANNING (a minor), |
|---|---|
| By Its Attorneys | By Their Attorneys |
| /s/ Brian L Henninger | /s/ Alan Cantor (by permission / BH) |
| James J. Dillon (BBO # 124660) | Alan Cantor (BBO# 072360) |
| Brian L. Henninger (BBO # 657926) | Swartz and Swartz |
| FOLEY HOAG LLP | 10 Marshall Street |
| 155 Seaport Boulevard | Boston, MA 02108 |
| Boston, MA 02111-2600 | (617) 742-1900 |
| (617) 832-1000 | |

Dated: March 9, 2005