UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BRENDA MANNING, et al.,

Plaintiffs,

v.

ELI LILLY AND COMPANY,

Defendant.

CIVIL ACTION No. 04-11164 (RCL)

**DEFENDANT ELI LILLY AND COMPANY'S
MOTION FOR SUMMARY JUDGMENT**

Defendant Eli Lilly and Company ("Lilly") moves for Summary Judgment on all claims asserted against it by Plaintiff Brenda Manning and minor Plaintiff Brian Manning ("Plaintiffs") because Plaintiffs have not, and cannot, show that Lilly made the product that allegedly caused their injuries. Alternatively, even if Plaintiffs could demonstrate exposure to a Lilly product, the claims alleged by Brian Manning would still be barred because Massachusetts has not, and in all likelihood will not, allow recovery in third generation tort cases. In further support of its motion, Lilly adopts and incorporates herein its accompanying Memorandum of Points and Authorities (including its Statement of Undisputed Facts) and the Affidavit of Brian L. Henninger ("Henninger Aff.").

WHEREFORE, Lilly moves for the entry of summary judgment in its favor on all counts.

B3021947.1

## **REQUEST FOR HEARING**

Pursuant to LR 7.1(D), Lilly requests a hearing on its Motion for Summary Judgment.

Respectfully submitted,

ELI LILLY AND COMPANY
by its attorneys

/s/ Brian L. Henninger
James J. Dillon (BBO# 124660)
Brian L. Henninger (BBO# 657926)
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

Dated: April 15, 2005