UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRENDA MANNING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | CIVIL ACTION No. 04-11164 (RCL) |

**AFFIDAVIT OF BRIAN L. HENNINGER
IN SUPPORT OF ELI LILLY AND COMPANY'S
MOTION FOR SUMMARY JUDGMENT**

I, Brian L. Henninger, being first sworn on oath, say that the following is true and correct:

1. I am an attorney at Foley Hoag LLP, counsel for Eli Lilly and Company ("Lilly") in this action. I am duly admitted to practice in the District of Massachusetts.

2. Attached as Exhibit 1 is a true copy of Brenda Manning's Responses to Lilly's First Set of Interrogatories.

3. Attached as Exhibit 2 are true copies of excerpts of the Transcript of the Deposition of Janet P. Berg.

4. Attached as Exhibit 3 are true copies of excerpts of the Transcript of the Deposition of William R. Principe, R.Ph.

5. Attached as Exhibits 4(A)-(C) are true copies of excerpts from the Drug Topics Red Books for the year 1968, true copies of excerpts from the American Druggist Blue Book for the years 1962-'63, and true copies of excerpts from the American Druggist Blue Book for the years 1963-'64.

B3022347.1

- 2 -

6. Attached as Exhibit 5 are true copies of excerpts of the Transcript of the Deposition of Robert Anderson in *Casale v. Eli Lilly and Company*, 03-CV-11833 (D. Mass.).

7. Attached as Exhibit 6 is a true copy of an article authored by John J. Hefferon, *Description of the Identification Guide*, 182 JAMA 1146 (1962).

8. Attached as Exhibit 7 is a true copy of the Complaint.

9. Attached as Exhibit 8 is a true copy of Brenda Manning's Responses to Lilly's First Set of Interrogatories as Mother, Guardian, and Next Friend of Brian Manning.

Dated: April 15, 2005

_____
Brian L. Henninger

Sworn before me this 15th day of April 2005.

_____
Notary Public

MARGARET E. PAQUETTE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
December 17, 2010

B3022347.1

- 2 -