EXHIBIT 2

1

1          Volume:  1

2          Pages:  1 - 47

3          Exhibits:  0

4      IN THE UNITED STATES DISTRICT COURT

5      FOR THE DISTRICT OF COLUMBIA

6          CIVIL DIVISION

7   Civil Action No. 1:03CV01845

8   ------------------------------------x

9   BRENDA MANNING, Individually and

10  as Mother, Guardian and Next Friend

11  of BRIAN STEVEN MANNING, a Minor,

12          Plaintiff

13  v.

14  ELI LILLY AND COMPANY,

15          Defendant

16  ------------------------------------x

17

18          DEPOSITION OF JANET BERG

19      Thursday, April 8, 2004, 11:00 a.m.

20          Foley Hoag LLP

21   155 Seaport Boulevard, Boston, Massachusetts

22

23

24      Reporter:  Caroline T. Renault, CSR/RPR

**Berg. Janet (4/8/04)**                    **Page 1**

18

1    Q. Do you remember anything at all about what

2  this -- I'm still focusing on 1962.  I will come to

3  1963.

4    A. Okay.  I'm sorry.

5    Q. That's all right.  Focusing on this

6  pregnancy, do you remember anything at all about

7  what the prescription looked like, what it said on

8  it?

9    A. It didn't say anything on it.  It just was a

10  little white pill that had an X across it.

11       MR. LEVINE:  He is asking you about the

12  prescription, not the --

13       THE WITNESS:  Oh, I'm sorry.

14    A. It only said "stilbestrol."

15    Q. Okay.  Do you remember anything it said about

16  the dosage?

17    A. I don't remember, but I believe it would have

18  been one a day.

19    Q. Okay.  And is that your best memory about --

20  I understand we are still talking about the 1962

21  pregnancy.  Is that your best memory, that you took

22  the pill one time a day?

23    A. That's to my best memory.

24    Q. Did you ever take more than one pill?t (4/8/04)                    **Page 18**

19

1    A. I don't think for that child.

2    Q. Did you ever cut the pills in half?

3    A. No.

4    Q. And for that pregnancy you got a

5  prescription, I take it, is that right?

6    A. Yes.

7    Q. Where did you take that prescription to get

8  filled?

9    A. Downstairs to the hospital pharmacy.

10    Q. Is there any reason why you took it there as

11  opposed to back to Watertown?

12    A. Yes.  It was more convenient.  I used to take

13  a street car into Boston.  I did not drive, and it

14  was just easier.

15    Q. Okay.  Again, focusing, if we can, on this

16  1962 pregnancy, did you refill the prescription?

17    A. Yes.

18    Q. How many pills did you get; do you remember?

19    A. At the time I believe it was a monthly

20  prescription, which would have been 30.

21    Q. So that meant you had to go downstairs at the

22  hospital every month to fill it --

23    A. Yes.

24    Q. -- is that correct?          **Berg. Janet (4/8/04)**                    **Page 19**

29

1    Q. Okay.  Do you remember how long it was that

2  you took one pill as opposed to two or three?

3    A. (Witness shakes head no.)

4    Q. I need you to answer, ma'am.

5    A. I'm sorry.  I can't remember.

6    Q. And the same thing about the period of time

7  when you took two pills as opposed to one or three.

8    A. I can't recall that either.

9    Q. Was there some written schedule that you

10  followed to either one, two or three pills?

11    A. I don't recall that either.

12    Q. Do you remember anything at all about the

13  prescription for stilbestrol that you got during

14  this pregnancy?  This is the written thing the

15  doctor gave you to fill the prescription.

16    A. I don't remember anything other than it

17  saying "stilbestrol" exactly like it did in '62.

18    Q. Do you remember anything about the dosage --

19    A. I don't.

20    Q. -- of the stilbestrol?

21    A. I don't remember dosage.  I don't even know

22  if it was written on the carton.

23    Q. During the time that you were visiting --

24  well, back to the Boston Lying-In Hospital, did you)4)                    **Page 29**

30

1  have any discussion with any of the doctors about

2  stilbestrol during this pregnancy?

3     A. No, I did not.

4     Q. Did you feel any side effects from taking

5  this drug, any nausea or any side effects?

6     A. No, I did not.

7     Q. Now, in terms of the description of the

8  stilbestrol, vitamins, and iron for 1963 as opposed

9  to 1962, can you tell me what the stilbestrol looked

10  like in the 1963 pregnancy?

11     A. It was the same, white with the X.

12     Q. And that pill was the same pill that you took

13  all the way through, is that correct?

14     A. Yes, that's correct.

15     Q. You never cut it in half, is that correct?

16     A. When I did the dosage, when I changed the

17  dosage, I presumed I might have cut it in half.

18     Q. Well, when you say you presumed, do you have

19  any memory of cutting the pills in half?

20     A. I can't recall.

21     Q. Do you have any memory that the way you took

22  the pills during this pregnancy was different than

23  the way you took the pills in the 1962 pregnancy?

24        MR. LEVINE:  By "the way," you mean /**8/04**)          **Page 30**

32

1    Q. Did you have any discussion with any of the

2  doctors that you spoke to about whether the

3  stilbestrol would be useful to prevent the kind of

4  premature delivery that you had in 1962?

5    A. No, because I was taught to believe that

6  doctors were God, so I never questioned them.

7    Q. Well, whether you questioned them or not, did

8  you have any curiosity about whether the stilbestrol

9  was something that might prevent the kind of

10  experience you had in 1962?

11    A. I believed, because they told me it would

12  prevent miscarriage, that it was true, that it

13  would.

14    Q. Now, for this pregnancy leading up to the

15  birth of your daughter Brenda, do you have any

16  recollection about how far along in the pregnancy it

17  was when you delivered Brenda?

18    A. She was full term.

19    Q. And did you have labor at the time you

20  delivered Brenda?

21    A. Yes, hmm-hmm.

22    Q. So was she delivered by Caesarean section?

23    A. No, regular, vaginal.

24    Q. Okay.  Mrs. Berg, you had another pregnancy )4)

**Page 32**