EXHIBIT 3

1

1          Volume: 1

2          Pages: 1 - 137

3          Exhibits: 1-6

4

5     UNITED STATES DISTRICT COURT

6     FOR THE DISTRICT OF MASSACHUSETTS

7  Civil Action No. 04-CV-11164(RCL)

8

9  --------------------------------x

10  BRENDA MANNING, ET AL.,

11      Plaintiffs

12

13  v.

14

15  ELI LILLY and COMPANY,

16      Defendant

17  --------------------------------x

18

19      DEPOSITION OF WILLIAM R. PRINCIPE, R.PH.

20      Friday, March 25, 2005, 10:24 a.m.

21          Foley Hoag LLP

22      155 Seaport Boulevard, Boston, Massachusetts

23                    **Principe, William R. (3/25/05)**                    **Page 1**

8

1  University College of Pharmacy in 1964.  In 1972 I

2  received a master's of science degree from

3  Massachusetts College of Pharmacy, and I have been

4  employed as a pharmacist for nearly 40 years,

5  actually a little over 40 now.  For 34 of those

6  years I was a hospital pharmacist and specifically a

7  director of pharmacist for a --

8     Q. I want to confirm your educational history

9  and then we will move on to the pharmacies you

10  worked in.  You said you went to the Mass. College

11  of Pharmacy and Northeastern?

12     A. Yes, ma'am.

13     Q. What year did you graduate?

14     A. In 1964 from Northeastern  university.

15     Q. What year did you graduate --

16     A. 1972.

17     Q. -- from the Mass. College of Pharmacy?

18        What was your degree at Northeastern?

19     A. A bachelor of science in pharmacy.

20     Q. What was your degree at the Mass. College of

21  Pharmacy?

22     A. Master of science in hospital pharmacy.

9

1    A. June of 1964.

2    Q. Did you have any internships during your time

3  at Northeastern?

4    A. No.

5    Q. Did you work at any pharmacies during your

6  time at Northeastern?

7    A. Yes.

8    Q. Before you became a licensed pharmacist in

9  June of 1964, were you authorized to fill

10  prescriptions?

11    A. No.

12    Q. Were you authorized to dispense

13  prescriptions --

14    A. No.

15    Q. -- to customers?

16    A. No.

17    Q. What were you authorized to do?

18    A. None of the above.

19    Q. Okay.

20    A. I was a clerk in a pharmacy.

21    Q. Why don't we go -- I would like to learn

22  about your employment history and the first

10

1        MR. LEVINE:  Excuse me.  When you were

2  in pharmacy school, were you --

3        MS. SNYDER:  You will have an

4  opportunity to ask questions at the end.

5        MR. LEVINE:  I know.  Why don't we do

6  this while --

7        MS. SNYDER:  No.

8        MR. LEVINE:  -- we are at this point,

9  because he was filling prescriptions under the

10  signature of his mentor in his last year of school.

11  That's how it happens.

12        MS. SNYDER:  You will have an

13  opportunity to cross-examine after the questions are

14  over.  We will move on.

15    Q. So tell us the first pharmacy you worked at.

16    A. It was a community pharmacy called Mahoney

17  Pharmacy.

18    Q. Where was that located?

19    A. In East Boston.

20    Q. Do you remember the year that you started

21  working there?

22    A. Oh, God.  Probably about 1958, 1957.  1958.

**Principe, William R. (3/25/05)**                    **Page 10**

44

1         MR. LEVINE:  Are you willing to pay him

2  for being there?

3         MS. SNYDER:  He is your expert, Mr.

4  Levine.

5         MR. LEVINE:  Is that a no?

6     Q. Have you ever -- did you do any research

7  prior to signing the statement?

8     A. No.

9     Q. Did you do any research prior to this

10  deposition today?

11    A. No.

12    Q. So, for example, did you look at any

13  purchasing or ordering records from any of these

14  pharmacies?

15    A. No.

16    Q. Did you look at any medical records?

17    A. No.

18    Q. Did you look at any want books?

19    A. No.

20    Q. Did you look at any prescription records?

21    A. No.

22    Q. After the 1960s, did you ever have an

**Principe, William R. (3/25/05)**              **Page 44**

45

1    A. No.

2    Q. So is it fair to say then that the 1960s was

3    the last time you looked at those kinds of records

4    for the 1960s?

5    A. Hmm-hmm.

6    Q. Do you know if any document still exists from

7    any of the pharmacies that you worked out of in the

8    1960s?

9    A. I couldn't tell you.

10    Q. Do you know if any document still exists from

11    the pharmacy that operated as the Boston Lying-In

12    Hospital Pharmacy?

13    A. I don't know.

14    Q. Do you know who the custodian of records are?

15    A. No.

16    Q. Have you received anything in the mail from

17    Mr. Levine's office or Mr. Cantor's office?

18    A. Yes.

19    Q. What have you received?

20    A. Just a synopsis of some previous testimony.

21    Q. When did you receive that?

22    A. During the week.

**Principe, William R. (3/25/05)**                    **Page 45**

66

1  October 15, 2003 --

2      A. Hmm-hmm.

3      Q. -- do you recall having any conversations

4  about the subject matter of these affidavits between

5  October of 2003 and May of 2004?

6      A. No.

7      Q. If you can refer to Paragraph 8, which

8  starts, "I first started filling prescriptions

9  working in drugstores in 1963.  I had the

10  opportunity to observe the manner and methods for

11  ordering, stocking, shelving, and dispensing

12  pharmaceuticals, including DES."

13      A. Hmm-hmm.

14      Q. Can you clarify for us where you observed

15  the manner and methods for ordering and stocking

16  and --

17      A. Well, from 1963.  That was my senior year in

18  college.  I was working in the pharmacy, so I had

19  opportunities to observe ordering, stocking,

20  shelving.

21      Q. Okay.  So that was when you were at Mahoney's

22  Pharmacy?

**Principe, William R. (3/25/05)**          **Page 66**

67

1    A. Right.

2    Q. And in 1963 did you have the opportunity to

3  observe at any other pharmacy other than Mahoney's?

4    A. No, because I didn't work anywhere else.

5    Q. Had you observed in any other pharmacies

6  prior to 1963?

7    A. No.

8    Q. And then in 1964 do you remember the

9  pharmacies that you had an opportunity to observe?

10    A. I was at Mass. General Hospital.

11    Q. Did you observe any pharmacies other than

12  those at Mass. General Hospital in 1964?

13    A. I worked part time in a retail pharmacy.

14    Q. What was that pharmacy?

15    A. Charles River Pharmacy.

16    Q. When did you started working there?

17    A. While I was -- in about 1964.  I don't

18  remember exactly.

19    Q. When you say you worked part time, what do

20  you mean by that?

21    A. I would leave Mass. General and walk across

22  the street and go to Charles River Park and go to

**Principe, William R. (3/25/05)**          **Page 67**

98

1  that Boston Lying-In became part of the Boston

2  Hospital for Women.  Is that definition clear?

3     A. Hmm-hmm.

4     Q. Okay.  When did you first set foot in that

5  pharmacy?

6     A. The Lying-In?

7     Q. Yes, which was located at Longwood Avenue.

8     A. Right.  That would be 1966.

9     Q. Is that when you went to work for the Free

10  Hospital for Women?

11     A. I'm sorry.  I'm sorry.  It was 1967 because

12  shortly thereafter, right, I started out at the Free

13  Hospital in '66.  I became the director for both

14  hospitals, so it was '67.

15     Q. So the first time you actually physically

16  visited the Boston Lying-In Hospital Pharmacy was

17  when you became the director of pharmacy after the

18  merger?

19     A. Right.

20         MR. LEVINE:  Are you excluding a visit

21  or incidental trip?

22     Q. Mr. Principe --

**Principe, William R. (3/25/05)**                    **Page 98**

121

1    Q. Do you know for sure?

2    A. I don't know for sure.

3    Q. Is it possible that other manufacturers --

4    A. Of course.

5    Q. -- were stocked?

6    A. Of course it is.

7    Q. How about at the Boston Lying-In Hospital

8  before the merger?  So before you actually went to

9  work for the Boston Hospital for Women, do you know

10   how many manufacturers of diethylstilbestrol they

11   carried?

12       MR. LEVINE:  He told you it was one.

13    A. I think it was one exclusively.  When I took

14  over, I took over and carried on pretty much what

15  had been going on prior to that.

16    Q. So in 1963 is it possible that they carried

17  another major brand name manufacturer of

18  diethylstilbestrol?

19    A. It's possible.

20    Q. How about in 1964?

21    A. It's possible.

22       MR. LEVINE:  But it's not likely.  The

**Principe, William R. (3/25/05)**          **Page 121**