# EXHIBIT 4A

B1138530.1

# DRUG TOPICS Red Book

ESTABLISHED 1897

Published annually by the Topics Publishing Co., Inc., 10 E. 15th St., N.Y. 3, N.Y.

**PRODUCT INFORMATION**
Alphabetical Listing of Items, Sizes, Prices
Fair Trade Prices Denoted by an *
Manufacturer's Catalog Product Numbers
Narcotic Drug Products and Prescription Legend Items are identified by symbols [N] and [R] respectively

**PRODUCT DESCRIPTIONS**
Give detailed information on products:
What they are, their uses, how administered
Dosage, precautions, how supplied

**PHARMACISTS REFERENCE**
Timely and Practical Pharmacy Facts

**LIST OF MANUFACTURERS**
With Names and Addresses

**ADVERTISERS' INDEX**

**TABLE OF CONTENTS**

1963

Explanation of Product and Price Listings on First Page of Product [illegible] Section

PROPERTY OF
ELI LILLY & CO
DEPT. NO. 710

1963 RED BOOK

PRODUCT INFORMATION Drugs or products which bear this statement: "Caution: Federal law prohibits dispensing without a prescription" are identified by the symbol [B] Page 397 Dieldrin—Diethy

Science Prod. (SC 49)
Liquid, EC-15, 4 oz. ........ .33 4.12
8 oz. ........ 1.25 6.00
Pt. ........ 2.25 16.20
Qt. ........ 3.75 27.00
Gal., ea. ........ ... 7.50
5 gal., ea. ........ ... 26.76
Thompson-Hayward (TH 33)
Granular, 5%, 1 lb. ........ 1.00 8.00
5 lb. can ........ 3.95 ...
Case 4 cans, per case ... 16.82
Liquid, WE-15, 8 oz. ........ 1.25 10.00
Pt. ........ 1.95 15.60
Qt. ........ 3.40 28.00
Spray, 0.5%, pt. ........ 1.25 10.00
Qt. ........ 1.85 14.80
Wettable Powder, 50W
1 lb., ea. ........ 2.15 1.85
4 lb., ea. ........ 1.95 1.60
Woodbury Chem. (WO 28)
Household Spray, pt. ........ ... 2.04
Qt. ........ ... 12.24
Wettable Powder, 50%
1 lb. can ........ ... 21.48
White Emulsion, 18%, pt. ... ... 18.30

DIENESTROL
Academy [B] (AC 10)
Tablets, 0.1 mg., 100s, ea. ... .45
1000s, ea. ........ ... 2.75
0.5 mg., 100s, ea. ........ ... .50
1000s, ea. ........ ... 4.00
Amer. Drug Prods. [B] (AM 28G)
Tablets (D-100)
0.1 mg., 1000s, ea. ........ ... 2.12
0.5 mg., 1000s, ea. ........ ... 5.50
Bios Labs. (BI 32E)
25 Gm. bot., ea. ........ ... 14.00
City Chem. (CI 23)
5 Gm. bot., ea. ........ ... 4.00
Dillard [B] (DI 31)
Suspension, Vial, 10 cc., ea. ... 1.50
DuMont [B] (DU 21E)
Tablets, 0.5 mg., E.C.
100s, ea. ........ ... .50
500s, ea. ........ ... 2.00
1000s, ea. ........ ... 3.50
Jan Labs. [B] (JA 28L)
Tablets, E.C. 0.5 mg. (2508)
100s, ea. ........ ... .30
500s, ea. ........ ... 2.00
1000s, ea. ........ ... 3.50
Key Pharm. [B] (KE 610)
Vial, 5 mg., 10 cc., ea. ...... 3.35 2.10
Lloyd, Dabney & Westfield [B] (LL 13)
Tablets, 0.1 mg., 100s, ea. ... ... .85
0.25 mg., 100s, ea. ........ ... 1.05
0.5 mg., 100s, ea. ........ ... 1.20
5 mg., 100s, ea. ........ ... 1.90
Mann (MA 48)
Crystals, 5 Gm. bot., ea. ... ... 6.00

**Dienestrol Cream**

• *What the Product Is:* Vaginal cream containing 0.1 mg of the synthetic estrogen dienestrol per gram of cream, compounded with glyceryl monostearate, peanut oil, glycerin, benzoic acid, glutamic acid and water.

• *What It's For:* Used topically for the treatment of senile and atrophic vaginitis or other vaginal disturbances associated with hypoestrogenic conditions.

• *How Administered:* Applied intravaginally with ORTHO® Measured-Dose Applicator. Average dose, one applicatorful daily for 7 to 14 days, then reduced to once every 48 hours for a similar period.

• *Contraindications:* Malignancies or precarcinomatous lesions of the vagina or vulva.

• *How Supplied:* 78 g. tubes with or without the ORTHO Applicator.

Ortho

ORTHO PHARMACEUTICAL CORPORATION
Raritan, New Jersey

Ortho [B] (OR 24)
Cream, 2¾ oz. tube ........ ... 20.50
w/applicator ........ ... 26.00

★ ★ ★

Phys. Drug & Supply [B] (PH 46D)
Tablets, 0.5 mg., 1000s, ea. ... 3.00
Rabin [B] (RA 9)
Tablets, 0.5 mg., 100s, ea. ... .40
1000s, ea. ........ ... 3.00
Robinson [B] (RO 27)
Tablets, 0.5 mg. (438)
100s, ea. ........ ... .80
1000s, ea. ........ ... 5.90
DIE-RAT (FA 48)
Rat Bait, 1 lb. ........ 1.19 8.00
DI-ERONE [B]
Kremers-Urban (KR 25)
Tablets (3245)
60s, ea. ........ ... 8.24
DI-EST [B]
Central Pharm. (CE 30)
Vials, 10 ml., ea. (1024) ... 3.40
Double Strength
10 ml., ea. (1019) ... 4.75
DIESTROL [B] (CA 21L)
Tablets, E.C.
1 mg., 1000s, ea. (2883) ... 3.43
5 mg., 1000s, ea. (2884) ... 6.86
25 mg., 1000s, ea. (2895) ... 21.87
DIESTRYL [B], Normand (NO 36H)
Tablets, 5 mg., 1000s, ea. ... 1.49
E.C., 1000s, ea. ........ ... 2.10
25 mg., 1000s, ea. ........ ... 4.15
DIETARY ADJUNCT (NO 78)
250s, ea. ........ ... 2.28
DIET-A-WAY (PH 16P)
Capsules, 7s ........ .98 4.80
14s ........ 1.49 6.00
28s ........ 2.38 14.40
DIETCAP [B] (BL 21)
Capsules, T.D., 100s, ea. ... 3.00
1000s, ea. ........ ... 24.00
DIETEMIC ELIXIR [B] (LA 93)
Liquid (401)
4 oz., ea. ........ ... 1.20
8 oz., ea. ........ ... 2.00
DIETENE (DI 23)
Reducing Supplement, Powder
Instant, 1 lb., ea. ........ 2.09 1.35
5 lb., ea. ........ 8.79 6.33
DIETEX (DI 11)
Tablets, 63s ........ 3.50 24.00
DIETEZE (PH 20A)
Capsules & Tablets
15 day supply ........ 2.49 14.12
30 day supply ........ 4.95 36.00
DI-ETH-STROL [B] (CH 65)
Aqueous Suspension, 25 mg./cc.
Vial, 10 cc., ea. (1007) ... 1.65
In Oil, 25 mg./cc.
Vial, 10 cc., ea. (1003) ... 1.65
DIETHYLENE GLYCOL [B] (IN 47)
10 ........ ... 24.00
Gal., ea. ........ ... 7.20
DIETHYLENE GLYCOL DISTEARATE, Delta (DE 30F)
560 Gm. bot., ea. ........ ... 8.00
DIETHYLENE GLYCOL MONOSTEARATE
Aceto Chem. (AC 15)
560 Gm., ea. ........ ... 11.00
Delta (DE 30F)
500 Gm. bot., ea. ........ ... 11.00
International Chem. [B] (IN 47)
1 oz. ........ ... 12.00
4 oz. ........ ... 16.00
DIETHYLSTILBESTROL
A.P.C. [B] (AM 44)
Tablets, 1 mg.
1000s, ea. (74W) ........ ... 1.64
E.C., 1000s, ea. (75W) ... 2.06
5 mg., 100s, ea. (76R) ... .50
1000s, ea. (76W) ... 3.76
E.C., 100s, ea. (77R) ... .55
1000s, ea. (77W) ... 4.60
25 mg., 100s, ea. (78R) ... 2.00
1000s, ea. (78W) ... 13.00
E.C., 100s, ea. (79R) ... 2.20
1000s, ea. (79W) ... 13.20
Academy [B] (AC 10)
Tablets, 0.1 mg., 100s, ea. ... .30
1000s, ea. ........ ... .35
E.C., 100s, ea. ........ ... .23
1000s, ea. ........ ... 1.30
0.5 mg., 100s, ea. ........ ... .20
1000s, ea. ........ ... .35
E.C., 100s, ea. ........ ... .25
1000s, ea. ........ ... 1.40
1 mg., 100s, ea. ........ ... .20
1000s, ea. ........ ... 1.15
E.C., 100s, ea. ........ ... .25
1000s, ea. ........ ... 1.56
5 mg., 100s, ea. ........ ... .40
1000s, ea. ........ ... 2.25
E.C., 100s, ea. ........ ... .45
1000s, ea. ........ ... 4.00
25 mg., 100s, ea. ........ ... 1.25
1000s, ea. ........ ... 11.00
E.C., 100s, ea. ........ ... 1.35
1000s, ea. ........ ... 12.00
Afem Drug [B] (AJ 13)
Tablets, 0.5 mg., 1000s, ea. ... 1.10
E.C., 1000s, ea. ........ ... 1.55
1 mg., 1000s, ea. ........ ... 1.30
E.C., 1000s, ea. ........ ... 1.90
5 mg., 1000s, ea. ........ ... 2.45
E.C., 1000s, ea. ........ ... 2.85
25 mg., 1000s, ea. ........ ... 2.05
E.C., 1000s, ea. ........ ... 9.10
Allen Pharm. [B] (AL 59P)
Tablets, 1 mg., 100s, ea. ... .26
1000s, ea. ........ ... 1.30
E.C., 100s, ea. ........ ... .44
1000s, ea. ........ ... 2.40
5 mg., 100s, ea. ........ ... .60
1000s, ea. ........ ... 3.50
E.C., 100s, ea. ........ ... .30
1000s, ea. ........ ... 4.50
25 mg., 100s, ea. ........ ... 1.40
1000s, ea. ........ ... 10.00

E.C., 100s, ea. ........ ... 1.60
1000s, ea. ........ ... 10.80
Amer. Drug Prods. [B] (AM 28G)
Capsules, T.D.
15 mg., 1000s, ea. (T0480) ... 12.00
Parenteral, In Oil, Vials
5 mg./cc., 30 cc. (INJ-121)
1s, ea. ........ ... .38
10s, ea. ........ ... 3.00
25 mg./cc. (INJ-122)
1s, ea. ........ ... .95
10s, ea. ........ ... 8.90
Suppositories
0.1 mg., 100s, ea. ........ ... 12.50
0.5 mg., 100s, ea. ........ ... 14.00
Tablets
0.1 mg., 1000s, ea. (2101) ... .45
E.C., 1000s, ea. (2102) ... 1.00
0.25 mg.
1000s, ea. (2101A) ... .70
E.C., 1000s, ea. (2102B) ... .90
0.5 mg., 1000s, ea. (2103) ... .75
E.C., 1000s, ea. (2104) ... 1.00
1 mg., 1000s, ea. (2105) ... .85
E.C., 1000s, ea. (2106) ... 1.10
5 mg., 1000s, ea. (2107) ... 1.90
E.C., 1000s, ea. (2108) ... 2.15
25 mg., 1000s, ea. (2109) ... 6.10
E.C., 1000s, ea. (2110) ... 6.60
100 mg., 1000s, ea. (2111) ... 21.00
Approved Pharm. [B] (AP 15)
Tablets, 0.1 mg., E.C.
100s, ea. ........ ... .47
500s, ea. ........ ... 1.33
1000s, ea. ........ ... 2.13
0.25 mg., E.C., 100s, ea. ... .53
500s, ea. ........ ... 1.47
1000s, ea. ........ ... 2.27
0.5 mg., 100s, ea. ........ ... .31
500s, ea. ........ ... .90
1000s, ea. ........ ... 1.27
E.C., 100s, ea. ........ ... .46
500s, ea. ........ ... 1.07
1000s, ea. ........ ... 1.80
1 mg., 100s, ea. ........ ... .40
500s, ea. ........ ... 1.07
1000s, ea. ........ ... 1.60
E.C., 100s, ea. ........ ... .47
500s, ea. ........ ... 1.33
1000s, ea. ........ ... 2.00
5 mg., 100s, ea. ........ ... .47
500s, ea. ........ ... 2.20
1000s, ea. ........ ... 3.00
E.C., 100s, ea. ........ ... .60
500s, ea. ........ ... 2.47
1000s, ea. ........ ... 4.00
25 mg., 100s, ea. ........ ... 1.13
500s, ea. ........ ... 5.00
1000s, ea. ........ ... 9.26
E.C., 100s, ea. ........ ... 1.30
500s, ea. ........ ... 5.67
1000s, ea. ........ ... 10.80
100 mg., 100s, ea. ........ ... 6.20
500s, ea. ........ ... 30.80
1000s, ea. ........ ... 53.45
Arden [B] (AR 24)
In Oil, Vial
25 mg./cc., 10 cc., ea. ..... ... 1.95
Arlen [B] (AR 38)
Tablets, 1 mg., 100s, ea. ..... ... .60
5 mg., 100s, ea. ........ ... 1.00
25 mg., 100s, ea. ........ ... 2.17
Atlas Pharm. [B] (AT 25P)
In Sesame Oil, Vials
5 mg./cc., 30 cc., ea. (118) 1.70 1.00
25 mg./cc., 10 cc.
ea. (126) ........ 3.00 1.80
50 mg./cc., 10 cc.
ea. (127) ........ 4.00 2.40
Barry-Martin [B] (BA 62)
Tablets, 5 mg., 1000s, ea. ... ... 2.10
E.C., 1000s, ea. ........ ... 2.65
25 mg., 100s, ea. ........ ... .95
500s, ea. ........ ... 4.75
1000s, ea. ........ ... 8.25
E.C., 100s, ea. ........ ... 1.10
500s, ea. ........ ... 4.95
1000s, ea. ........ ... 8.85
Bell Pharm. [B] (BE 35P)
Parenteral, Aqueous or Oil
Vial, 5 mg./cc., 30 cc., ea. ... 3.00
Repository, Vials
100 cc., ea. ........ ... 3.00
250 cc., ea. ........ ... 5.50
Tablets, 1 mg., 1000s, ea. ... ... 2.00
5 mg., 1000s, ea. ........ ... 3.50
25 mg., 1000s, ea. ........ ... 8.00
Bellevue [B] (BE 28L)
In Oil, Vials
25 mg./cc.
10 cc., ea. (267) ........ ... 1.20
50 mg./cc.
60 cc., ea. (268) ........ ... 3.80
Bingham [B] (BI 19)
Tablets, 5 mg., 100s, ea. ..... ... 1.00
1000s, ea. ........ ... 6.50
E.C., 100s, ea. ........ ... 1.10
1000s, ea. ........ ... 8.00
25 mg., 100s, ea. ........ ... 2.00
1000s, ea. ........ ... 16.00
Bios Labs. (BI 32E)
25 Gm. bot., ea. ........ ... 7.00
Blackman (BL 18)
4 oz., ea. ........ ... 25.00
Blue Cross [B] (BA 33)
Tablets, 0.5 mg. (T-593)
100s, ea. ........ ... .22
1000s, ea. ........ ... 1.15
E.C. (T-594)
100s, ea. ........ ... .38
1000s, ea. ........ ... 2.20
1 mg. (T-595)
100s, ea. ........ ... .35
1000s, ea. ........ ... 1.65
E.C. (T-596)
100s, ea. ........ ... .45
1000s, ea. ........ ... 2.50

5 mg. (T-545)
100s, ea. ........ ... .[illegible]
1000s, ea. ........ ... 4.[illegible]
E.C. (T-543)
100s, ea. ........ ... .7[illegible]
1000s, ea. ........ ... 5.[illegible]
25 mg. (T-547)
100s, ea. ........ ... 1.1[illegible]
1000s, ea. ........ ... 8.[illegible]
E.C. (T-546)
100s, ea. ........ ... 1.3[illegible]
1000s, ea. ........ ... 10.4[illegible]
Bluline [B] (BL 48)
Parenteral, Vial
5 mg./cc.
10 cc., ea. (811) ........ 3.34 2.00
Tablets, 1 mg. (149)
100s, ea. ........ 2.09 1.25
1000s, ea. ........ 14.17 8.50
5 mg. (150)
100s, ea. ........ 5.00 3.00
1000s, ea. ........ 35.00 21.00
25 mg. (150A)
100s, ea. ........ 9.59 5.75
1000s, ea. ........ 86.25 51.75
Bowman [B] (BO 54E)
Tablets, 1 mg. (778)
100s, ea. ........ 1.09 .65
1000s, ea. ........ 6.50 3.90
5 mg. (747)
100s, ea. ........ 1.25 .75
1000s, ea. ........ 8.25 4.95
Brewer [B] (BR 35E)
Gel-ets, 0.5 mg., 100s, ea. ... 1.05 .63
1000s, ea. ........ 9.10 5.46
1 mg., 100s, ea. ........ 1.25 .75
1000s, ea. ........ 10.35 6.21
5 mg., 100s, ea. ........ 3.60 2.16
1000s, ea. ........ 26.00 15.60
25 mg., 100s, ea. ........ 7.50 4.50
1000s, ea. ........ 63.35 38.01
Bryant [B] (BR 74)
Tablets, 1 mg., 100s, ea. ..... ... .30
1000s, ea. ........ ... 1.50
E.C., 100s, ea. ........ ... .40
1000s, ea. ........ ... 2.25
5 mg., 100s, ea. ........ ... .60
1000s, ea. ........ ... 4.20
E.C., 100s, ea. ........ ... .70
1000s, ea. ........ ... 4.95
25 mg., 100s, ea. ........ ... 1.00
1000s, ea. ........ ... 7.95
E.C., 100s, ea. ........ ... 1.10
1000s, ea. ........ ... 8.95
Buffalo Pharm. [B] (BU 19)
Tablets, 0.5 mg., E.C.
1000s, ea. ........ ... 1.75
1 mg., 1000s, ea. ........ ... 1.26
E.C., 1000s, ea. ........ ... 2.25
5 mg., 1000s, ea. ........ ... 2.75
E.C., 1000s, ea. ........ ... 3.25
25 mg., 1000s, ea. ........ ... 6.50
E.C., 1000s, ea. ........ ... 6.95
CMO [B] (CO 52)
Parenteral, In Sesame Oil, Vials
25 mg./cc. (P-440)
10 cc., ea. ........ ... .56
30 cc., ea. ........ ... 1.44
Tablets, 0.1 mg. (0800)
100s, ea. ........ ... .20
1000s, ea. ........ ... 1.05
E.C. (0801)
100s, ea. ........ ... .40
1000s, ea. ........ ... 1.10
0.5 mg. (0802)
100s, ea. ........ ... .35
1000s, ea. ........ ... 1.15
E.C. (0803)
100s, ea. ........ ... .45
1000s, ea. ........ ... 1.35
1 mg. (0804)
100s, ea. ........ ... .40
1000s, ea. ........ ... 1.20
E.C. (0805)
100s, ea. ........ ... .45
1000s, ea. ........ ... 1.50
5 mg. (0806)
100s, ea. ........ ... .55
1000s, ea. ........ ... 3.00
E.C. (0807)
100s, ea. ........ ... .60
1000s, ea. ........ ... 3.20
25 mg. (0808)
100s, ea. ........ ... 1.20
1000s, ea. ........ ... 8.10
E.C. (0809)
100s, ea. ........ ... 1.30
1000s, ea. ........ ... 9.50
Carroll [B] (CA 84N)
Tablets, 1 mg.
100s, ea. (1065) ........ ... .25
1000s, ea. (1067) ........ ... 1.35
E.C., 100s, ea. (1074) ... ... .30
1000s, ea. (1076) ........ ... 1.50
5 mg., 100s, ea. (1068) ... ... .40
1000s, ea. (1070) ........ ... 2.95
E.C., 100s, ea. (1077) ... ... .50
1000s, ea. (1078) ........ ... 3.65
25 mg., 100s, ea. (1071) ... ... 1.05
1000s, ea. (1072) ........ ... 8.20
E.C., 100s, ea. (1080) ... ... 1.20
1000s, ea. (1082) ........ ... 8.95
Chase Chem. [B] (CH 34E)
Tablets, 5 mg. (1043)
100s, ea. ........ .90* .54
1000s, ea. ........ 5.25* 3.15
E.C. (1240)
100s, ea. ........ 1.05* .63
1000s, ea. ........ 6.00* 3.60
25 mg. (1044)
100s, ea. ........ 2.25* 1.35
1000s, ea. ........ 16.50* 9.90
E.C. (1246)
100s, ea. ........ 2.75* 1.65
1000s, ea. ........ 18.00* 10.80

(Continued on next page)

*Diethyl—* Page 198 Narcotic drugs or products which are subject to the Harrison Narcotic Act are identified by the letter (N) 1963 DRUG TOPICS RED BOOK

*1st Column—Selling price to consumer *denotes fair trade minimum. See page I.*
*2nd Column—(a) wholesale cost price to retailer per dozen or (b) if a unit price, that is indicated or (c) price to retailer on direct order from manufacturer shown by ▼ immediately above cost price of product*
*Numbers in ( ) after individual items are mfrs. catalog product numbers.*

**DIETHYLSTILBESTROL** *(Continued)*

Chicago Pharm. [B] (CH 541)
Parenteral, Chimedic, Vial (24A)
50 mg./cc., 10 cc., ea. ... ... 1.50
Tablets, Chimedic
0.25 mg., S.C. (1508)
100s, ea. ... ... .55
1000s, ea. ... ... 2.00
0.5 mg., S.C. (1509)
100s, ea. ... ... .60
1000s, ea. ... ... 3.50
1 mg., S.C. (1510)
100s, ea. ... ... .65
1000s, ea. ... ... 4.00
5 mg., C.T. (1511A)
100s, ea. ... ... 1.00
1000s, ea. ... ... 5.50
5 mg., S.C. (1512)
100s, ea. ... ... 1.00
1000s, ea. ... ... 6.00

Columbia Med. [B] (CO 42)
Tablets, 0.5 mg.
E.C., 1000s, ea. ... ... 1.05
1 mg., 1000s, ea. ... ... .95
E.C., 1000s, ea. ... ... 1.30
5 mg., 1000s, ea. ... ... 1.85
E.C., 1000s, ea. ... ... 2.15
25 mg., 1000s, ea. ... ... 5.40
E.C., 1000s, ea. ... ... 6.75

Corvit Pharm. [B] (CO 81)
Tablets, 1 mg., E.C. (61)
100s, ea. ... ... .35
1000s, ea. ... ... 1.20
5 mg. (64)
100s, ea. ... ... .50
1000s, ea. ... ... 3.60
E.C. (62)
100s, ea. ... ... .65
1000s, ea. ... ... 4.50
25 mg. (65)
100s, ea. ... ... 1.25
1000s, ea. ... ... 8.00
E.C. (63)
100s, ea. ... ... 1.35
1000s, ea. ... ... 9.00
100 mg. (58)
100s, ea. ... ... 3.50
1000s, ea. ... ... 25.00

Cowley [B] (CO 81E)
Tablets, 0.5 mg., 1000s, ea. ... ... 1.90
1 mg., 1000s, ea. ... ... 2.40
5 mg., 1000s, ea. ... ... 6.00
E.C., 1000s, ea. ... ... 6.50
25 mg., E.C., 1000s, ea. ... ... 20.80

Daniels [B] (DA 31G)
Tablets, 0.5 mg., 100s, ea. ... ... .25
1000s, ea. ... ... 1.05
E.C., 100s, ea. ... ... .35
1000s, ea. ... ... 2.00
1 mg., 100s, ea. ... ... .30
1000s, ea. ... ... 1.50
E.C., 100s, ea. ... ... .40
1000s, ea. ... ... 2.25
5 mg., 100s, ea. ... ... .60
1000s, ea. ... ... 4.20
E.C., 100s, ea. ... ... .70
1000s, ea. ... ... 4.95
25 mg., 100s, ea. ... ... 1.20
1000s, ea. ... ... 9.25
E.C., 100s, ea. ... ... 1.35
1000s, ea. ... ... 10.25

Drug Associates [B] (DR 24L)
Tablets, 5 mg., 100s, ea. ... ... .52
25 mg., 100s, ea. ... ... 2.75

DuMont [B] (DU 21E)
Tablets, 0.5 mg., 100s, ea. ... ... .20
1000s, ea. ... ... 1.25
E.C., 100s, ea. ... ... .30
1000s, ea. ... ... 1.95
1 mg., 100s, ea. ... ... .25
1000s, ea. ... ... 1.50
E.C., 100s, ea. ... ... .35
1000s, ea. ... ... 2.00
5 mg., 100s, ea. ... ... .40
500s, ea. ... ... 1.30
1000s, ea. ... ... 1.95
E.C., 100s, ea. ... ... .60
500s, ea. ... ... 1.80
1000s, ea. ... ... 2.60
25 mg., 100s, ea. ... ... 1.00
500s, ea. ... ... 3.50
1000s, ea. ... ... 6.25
E.C., 100s, ea. ... ... 1.10
500s, ea. ... ... 3.75
1000s, ea. ... ... 6.35
100 mg., 100s, ea. ... ... 3.40
500s, ea. ... ... 13.75
1000s, ea. ... ... 30.75

Evron [B] (EV 26)
Tablets, 0.25 mg.
100s, ea. (1195-C) ... ... .28
1000s, ea. (1195-M) ... ... 1.56
E.C., 100s, ea. (1200-C) ... ... .32
1000s, ea. (1200-M) ... ... 2.36
0.5 mg., 100s, ea. (1196-C) ... ... .32
1000s, ea. (1196-M) ... ... 1.76
E.C., 100s, ea. (1201-C) ... ... .36
1000s, ea. (1201-M) ... ... 2.56
1 mg., 100s, ea. (1197-C) ... ... .36
1000s, ea. (1197-M) ... ... 2.16
E.C., 100s, ea. (1202-C) ... ... .40
1000s, ea. (1202-M) ... ... 2.68
5 mg., 100s, ea. (1198-C) ... ... .60
1000s, ea. (1198-M) ... ... 4.56
E.C., 100s, ea. (1203-C) ... ... .68
1000s, ea. (1203-M) ... ... 5.56
25 mg., 100s, ea. (1199-C) ... ... 2.00
500s, ea. (1199-D) ... ... 9.08
1000s, ea. (1199-M) ... ... 16.52
E. C., 100s, ea. (1204-C) ... ... 2.16
500s, ea. (1204-D) ... ... 9.68
1000s, ea. (1204-M) ... ... 18.04

Faraday [B] (FA 59)
Tablets, 0.1 mg. (537)
100s, ea. ... ... .13
1000s, ea. ... ... .60
E.C. (540)
100s, ea. ... ... .12
1000s, ea. ... ... 1.17
0.25 mg. (552)
100s, ea. ... ... .14
1000s, ea. ... ... .70
E.C. (553)
100s, ea. ... ... .25
1000s, ea. ... ... 1.25
0.5 mg. (528)
100s, ea. ... ... .16
1000s, ea. ... ... .78
E.C. (541)
100s, ea. ... ... .33
1000s, ea. ... ... 1.33
1 mg. (529)
100s, ea. ... ... .23
1000s, ea. ... ... .36
E.C. (542)
100s, ea. ... ... .46
1000s, ea. ... ... 1.41
5 mg. (531)
100s, ea. ... ... .41
1000s, ea. ... ... 2.26
E.C. (534)
100s, ea. ... ... .75
1000s, ea. ... ... 3.00
10 mg. (532)
100s, ea. ... ... .80
1000s, ea. ... ... 4.25
E.C. (535)
100s, ea. ... ... 1.48
1000s, ea. ... ... 5.50
25 mg. (533)
100s, ea. ... ... 1.25
1000s, ea. ... ... 8.00
E.C. (536)
100s, ea. ... ... 1.92
1000s, ea. ... ... 9.60

Foy Labs. [B] (FO 70)
Tablets, 0.5 mg., 100s, ea. ... ... 1.45
500s, ea. ... ... 2.65
1 mg., 100s, ea. ... ... 1.65
500s, ea. ... ... 2.65
5 mg., 100s, ea. ... ... 2.25
500s, ea. ... ... 5.75

Gold Leaf [B] (GO 15)
Parenteral, In Oil
1 mg./cc., Ampuls, 1 cc.
100s, ea. ... ... 8.00
Vial, 30 cc., ea. ... ... 1.00
5 mg./cc., Ampuls, 1 cc.
100s, ea. ... ... 9.00
Vial, 30 cc., ea. ... ... 1.50
25 mg./cc., Vial, 30 cc., ea. ... ... 3.00
Tablets, 1 mg., E.C.
1000s, ea. ... ... 1.60
5 mg., E.C., 1000s, ea. ... ... 2.90
25 mg., 1000s, ea. ... ... 6.80
E.C., 1000s, ea. ... ... 7.70

Gotham [B] (GO 62)
Parenteral, In Oil, Vials
5 mg./ml.
10 ml., ea. (249) ... .70 .47
25 mg./ml.
10 ml., ea. (382) ... 1.20 .80
Tablets, 1 mg. (425)
1000s, ea. ... 1.90 1.27
E.C., 1000s, ea. ... 2.50 1.67
5 mg. (426)
1000s, ea. ... 3.60 2.40
E.C., 1000s, ea. ... 4.30 2.87
25 mg. (427)
1000s, ea. ... 10.40 6.94
E.C., 1000s, ea. ... 11.20 7.47

Haack Labs. [B] (HA 10)
Tablets, 0.10 mg., E.C. (175)
100s, ea. ... ... .50
1000s, ea. ... ... 1.50
0.25 mg., E.C. (176)
100s, ea. ... ... .50
1000s, ea. ... ... 2.00
0.5 mg., E.C. (154)
100s, ea. ... ... .50
1000s, ea. ... ... 2.00
1 mg. (156)
100s, ea. ... ... .50
1000s, ea. ... ... 2.00
E.C. (150)
100s, ea. ... ... .50
1000s, ea. ... ... 2.00
5 mg. (157)
100s, ea. ... ... .75
1000s, ea. ... ... 6.00
E.C. (151)
100s, ea. ... ... .75
1000s, ea. ... ... 6.00
25 mg. (207)
100s, ea. ... ... 1.25
1000s, ea. ... ... 12.00
E.C. (177)
100s, ea. ... ... 1.30
1000s, ea. ... ... 12.00
100 mg. (248)
100s, ea. ... ... 4.00
1000s, ea. ... ... 32.00

Hance Bros. & White [B] (HA 41)
Tablets, 0.5 mg., E.C.
100s ... ... ...
1000s ... ... ...
1 mg., E.C., 100s ... ... ...
1000s ... ... ...
5 mg., 100s ... ... ...
1000s ... ... ...
25 mg., 100s ... ... ...
1000s ... ... ...
E.C., 100s ... ... ...
1000s ... ... ...

Hart Labs. [B] (HA 68L)
Tablets, 1 mg., 1000s, ea. ... ... 1.59
E.C., 1000s, ea. ... ... 1.95
5 mg., 1000s, ea. ... ... 3.00
E.C., 1000s, ea. ... ... 3.60
25 mg., 1000s, ea. ... ... 8.25
E.C., 1000s, ea. ... ... 8.75

Harvey Labs. [B] (HA 72R)
Parenteral, Vials
1 mg./cc.
10 cc., ea. (V754) ... ... .75
30 cc., ea. (V755) ... ... 2.50
10 mg./cc.
10 cc., ea. (V756) ... ... 1.50
50 mg./cc.
30 cc., ea. (V757) ... ... 8.00
Tablets
0.5 mg., 1000s, ea. (T2559) ... ... 1.25
E.C., 1000s, ea. (T2567) ... ... 1.75
1 mg., 1000s, ea. (T2560) ... ... 1.50
E.C., 1000s, ea. (T2568) ... ... 2.25
5 mg., 1000s, ea. (T2561) ... ... 2.50
E.C., 1000s, ea. (T2569) ... ... 3.50
25 mg., 1000s, ea. (T2562) ... ... 6.00
E.C., 1000s, ea. (T2570) ... ... 6.50

Hildebrand [B] (HI 28)
Tablets, 0.1 mg., 500s, ea. ... ... .60
1000s, ea. ... ... 1.00
0.2 mg., 500s, ea. ... ... .80
1000s, ea. ... ... 1.40
0.5 mg., 500s, ea. ... ... .85
1000s, ea. ... ... 1.70
1 mg., 500s, ea. ... ... 1.10
1000s, ea. ... ... 2.00
5 mg., 500s, ea. ... ... 1.85
1000s, ea. ... ... 3.50

Hilly [B] (HI 40Y)
Tablets, 0.5 mg. (3050-A)
1000s, ea. ... ... .90
1 mg. (3051)
100s, ea. ... ... .25
1000s, ea. ... ... 1.25
5 mg. (3052)
100s, ea. ... ... .45
1000s, ea. ... ... 2.75
E.C. (3059)
100s, ea. ... ... .50
1000s, ea. ... ... 3.00
25 mg. (3055)
100s, ea. ... ... .85
1000s, ea. ... ... 8.00
E.C. (3055-A)
100s, ea. ... ... .90
1000s, ea. ... ... 8.50

Hiss [B] (HI 55)
Tablets, 0.5 mg. (774)
1000s, ea. ... ... 1.20
E.C., 1000s, ea. ... ... 1.75
1.0 mg. (775)
1000s, ea. ... ... 1.25
E.C., 1000s, ea. ... ... 1.85
5 mg. (776)
1000s, ea. ... ... 2.25
E.C., 1000s, ea. ... ... 3.25
25 mg., E.C.
1000s, ea. (777) ... ... 6.75

Interstate Pharm. [B] (IN 70)
In Sesame Oil, Vial
25 mg./cc., 10 cc., ea. ... ... .85
30 cc., ea. ... ... 2.25

Invenex [B] (IN 73)
Parenteral, In Oil, Vial
25 mg./cc., 10 cc., ea. ... 1.90 1.42

Jan Labs. [B] (JA 28L)
In Sesame Oil
Ampuls, 1 mg., 1 cc. (317)
25s, ea. ... ... 1.26
100s, ea. ... ... 6.25
Vials, 1 mg./cc. (120)
30 cc., ea. ... ... .80
2 mg./cc. (121)
30 cc., ea. ... ... 1.00
5 mg./cc. (122)
30 cc., ea. ... ... 1.35
25 mg./cc. (123)
10 cc., ea. ... ... 1.30
Tablets
0.5 mg., Unscored (3050)
100s, ea. ... ... .20
500s, ea. ... ... .70
1000s, ea. ... ... 1.15
E.C. (3060)
100s, ea. ... ... .30
500s, ea. ... ... 1.00
1000s, ea. ... ... 1.85
1 mg., Scored (3051)
100s, ea. ... ... .25
500s, ea. ... ... .90
1000s, ea. ... ... 1.45
Unscored (3052)
100s, ea. ... ... .22
500s, ea. ... ... .90
1000s, ea. ... ... 1.45
E.C. (3061)
100s, ea. ... ... .35
500s, ea. ... ... 1.25
1000s, ea. ... ... 1.90
5 mg., Scored (3053)
100s, ea. ... ... .48
500s, ea. ... ... 1.25
1000s, ea. ... ... 1.80
Unscored (3054)
100s, ea. ... ... .48
500s, ea. ... ... 1.25
1000s, ea. ... ... 1.80
E.C. (3062)
100s, ea. ... ... .50
500s, ea. ... ... 1.75
1000s, ea. ... ... 2.50
25 mg., Scored (3055)
100s, ea. ... ...
500s, ea. ... ...
1000s, ea. ... ...
Unscored (3056)
100s, ea. ... ...
500s, ea. ... ...
1000s, ea. ... ...
E.C. (3063)
100s, ea. ... ...
500s, ea. ... ...
1000s, ea. ... ...
100 mg., Scored (3058)
100s, ea. ... ...
500s, ea. ... ...
1000s, ea. ... ...

Jeffery Biolog. [B] (JE 8T)
In Sesame Oil, Vial
25 mg./cc., 10 cc., ea. ... ...

Kirkman [B] (KI 41M)
Tablets
0.10 mg., E.C. (1526)
100s, ea. ... ...
1000s, ea. ... ...
0.25 mg. (1530)
100s, ea. ... ...
1000s, ea. ... ...
E.C. (1527)
100s, ea. ... ...
1000s, ea. ... ...
0.5 mg. (1640)
100s, ea. ... ...
1000s, ea. ... ...
E.C. (1528)
100s, ea. ... ...
1000s, ea. ... ...
1 mg. (1530)
100s, ea. ... ...
1000s, ea. ... ...
E.C. (1529)
100s, ea. ... ...
1000s, ea. ... ...
5 mg. (1602)
100s, ea. ... ...
1000s, ea. ... ...
E.C. (1531)
100s, ea. ... ...
1000s, ea. ... ...
25 mg. (1532)
100s, ea. ... ...
1000s, ea. ... ...
E.C. (1536)
100s, ea. ... ...
1000s, ea. ... ...
100 mg. (1653)
100s, ea. ... ...
1000s, ea. ... ...

King [B] (KL 24E)
Tablets, E.C.
0.25 mg., 100s, ea. ... 2.65
0.5 mg., 100s, ea. ... 3.00
1 mg., 100s, ea. ... 3.75
5 mg., 100s, ea. ... 4.65
25 mg., 100s, ea. ... 7.50

Kormel [B] (KO 41L)
In Sesame Oil, Vial
5 mg./cc., 30 cc., ea. ... ...

Lannett [B] (LA 86N)
Tablets, 0.5 mg. (1072)
E.C., 1000s, ea. ... ...
1 mg. (1110)
1000s, ea. ... ...
E.C. (1073)
1000s, ea. ... ...
5 mg. (1112)
500s, ea. ... ...
1000s, ea. ... ...
E.C. (1142)
100s, ea. ... ...
500s, ea. ... ...
1000s, ea. ... ...
25 mg. (1137)
100s, ea. ... ...
500s, ea. ... ...
1000s, ea. ... ...
E.C. (1111)
100s, ea. ... ...
500s, ea. ... ...
1000s, ea. ... ...

Lilly [B] (LI 87)
Enseals, 0.1 mg.
100s, ea., $1.40 ea. ... 2.26*
500s, ea., $6.50 ea. ... 5.85*
1000s, ea., $12.80 ea. ... 10.50*
0.25 mg.
100s, ea., $1.50 ea. ... 1.35*
500s, ea., $7.00 ea. ... 6.30*
1000s, ea., $13.00 ea. ... 11.70*
0.5 mg.
100s, ea., $1.60 ea. ... 1.44*
500s, ea., $7.50 ea. ... 6.75*
1000s, ea., $14.00 ea. ... 12.60*
1 mg.
100s, ea., $1.90 ea. ... 1.71*
500s, ea., $9.00 ea. ... 8.10*
1000s, ea., $17.00 ea. ... 15.30*
5 mg.
100s, ea., $4.05 ea. ... 3.64*
500s, ea., $18.60 ea. ... 16.74*
1000s, ea., $34.90 ea. ... 31.41*
25 mg.
100s, ea., $8.75 ea. ... 7.87*
500s, ea., $42.10 ea. ... 37.89*
1000s, ea., $81.70 ea. ... 73.53*
Parenteral, Ampuls
In Ethyl Oleate, 25 mg., 1 cc.
6s, ea., $2.50 ea. ... 2.25*
In Oil, 5 mg., 1 cc.
6s, ea., $2.09 ea. ... 1.88*
25s, ea., $7.00 ea. ... 6.30*
100s, ea., $24.58 ea. ... 22.12*
Suppositories, 0.1 mg.
6s, ea., $1.50 ea. ... 1.35*
50s, ea., $9.00 ea. ... 8.10*
0.5 mg., 6s, ea., $1.65 ea. ... 1.48*
50s, ea., $9.65 ea. ... 8.69*

BOOK PRODUCT INFORMATION Drugs or products which bear this statement: "Caution: Federal law prohibits dispensing without a prescription" are identified by the symbol (B) Page 299 Diethyl—

Tablets, 0.1 mg.
100s, ea., $1.30 ex. ..... 1.17* .78
1000s, ea., $9.50 ex. ..... 8.55* 5.70
0.25 mg.
100s, ea., $1.40 ex. ..... 1.26* .84
1000s, ea., $10.30 ex. ... 9.45* 6.30
0.5 mg., 100s, ea., $1.50 ex. 1.35* .90
1000s, ea., $11.50 ex. ...10.35* 6.90
1 mg., 100s, ea., $1.80 ex. 1.62* 1.08
500s, ea., $7.75 ex. ..... 6.97* 4.03
1000s, ea., $14.50 ex. ...13.05* 8.70
5 mg., 100s, ea., $3.80 ex. 3.42* 2.28
500s, ea., $17.35 ex. ...15.61* 10.41
1000s, ea., $32.40 ex. ...29.16* 19.44
25 mg., 25s, ea., $2.32 ex. 2.09* 1.39
100s, ea., $8.34 ex. ..... 7.51* 5.00
500s, ea., $40.84 ex. ...36.76* 24.50
1000s, ea., $79.17 ex. ..71.25* 47.50

Lincoln [B] (LI 24)
Tablets, E.C., 1000s, ea. (427) ... 3.12
1000s, ea. (428) ... 6.24

Lit [B] (LI 57H)
Tablets, 0.5 mg., 1000s, ea. ... .90
E.C., 1000s, ea. ... 1.45
1 mg., 1000s, ea. ... 1.05
E.C., 1000s, ea. ... 1.45
5 mg., 1000s, ea. ... 1.57
E.C., 1000s, ea. ... 2.65
25 mg., 1000s, ea. ... 3.45
E.C., 1000s, ea. ... 4.35

Lustgarten [B] (LU 28)
Tablets
25 mg., 100s, ea. (4291) ... .94
E.C., 100s, ea. (4292) ... 1.04
100 mg., 100s, ea. (4293) ... 3.16

Mann (MA 46)
Powder, 25 Gm. bot., ea. ... 7.80

Massengill [B] (MA 35E)
Parenteral, in Oil, Vial
25 mg./cc.
10 cc., ea. (2573) ...... 1.50* 1.00

Medical Chem. [B] (ME 24B)
Parenteral, In Sesame Oil, Vials
25 mg./cc. (31)
10 cc., ea. ... .50
30 cc., ea. ... 1.30
Repository, 25 mg./cc. (824)
30 cc., ea. ... 1.46
100 cc., ea. ... 2.52
250 cc., ea. ... 4.84

Merck (ME 52)
5 Gm. bot., ea. ... 2.05
25 Gm. bot., ea. ... 8.50

Mercury Pharm. [B] (ME 52P)
Vial, 10 cc., ea. ... 2.75 2.47

Meredyth [B] (ME 53E)
Tablets, 5 mg., E.C., 100s, ea. ... 1.59
25 mg., 100s, ea. ... 2.70

Meyer Drug [B] (ME 70)
Powder, 10 Gm. bot., ea. ... 3.00

Moore Chem. [B] (MO 44)
Tablets, 1 mg., 1000s, ea. ... 1.25
E.C., 1000s, ea. ... 1.95
5 mg., 1000s, ea. ... 2.75
E.C., 100s, ea. ... 1.90
1000s, ea. ... 7.95
25 mg., 100s, ea. ... 1.25
1000s, ea. ... 7.95
E.C., 100s, ea. ... 1.75
1000s, ea. ... 8.25

Myers-Carter [B] (MY 12)
Parenteral, In Oil, Vial
25 mg./cc., 10 cc., ea. (033) ... 2.40

N.D.L. [B] (N 11L)
Tablets, 1 mg., E.C.
100s, ea. ... .35
1000s, ea. ... 2.50
5 mg., E.C., 100s, ea. ... .60
1000s, ea. ... 4.30
25 mg., 100s, ea. ... 1.60
1000s, ea. ... 12.50
E.C., 100s, ea. ... 1.60
1000s, ea. ... 12.50

Pace Pharm. [B] (PA 14)
Tablets, 0.5 mg., 100s, ea. ... .30
1000s, ea. ... 1.25
E.C., 100s, ea. ... .30
1000s, ea. ... 1.35
1 mg., 100s, ea. ... .35
1000s, ea. ... 1.50
E.C., 100s, ea. ... .36
1000s, ea. ... 2.00
5 mg., 100s, ea. ... .40
500s, ea. ... 1.30
1000s, ea. ... 1.95
E.C., 100s, ea. ... .50
500s, ea. ... 1.50
1000s, ea. ... 2.40
25 mg., 100s, ea. ... 1.00
500s, ea. ... 3.30
1000s, ea. ... 5.25
E.C., 100s, ea. ... 1.10
500s, ea. ... 3.75
1000s, ea. ... 6.95

Park Drug [B] (PA 44K)
Tablets, 1 mg., 100s, ea. ... .40
1000s, ea. ... 1.98
E.C., 100s, ea. ... .54
1000s, ea. ... 3.02
5 mg., 100s, ea. ... .90
1000s, ea. ... 5.60
E.C., 100s, ea. ... .96
1000s, ea. ... 6.60
25 mg., 100s, ea. ... 1.88
1000s, ea. ... 16.00
E.C., 100s, ea. ... 2.00
1000s, ea. ... 17.80

Penhurst [B] (PE 25M)
Parenteral, In Oil, Vials
1 mg./cc. (120)
30 cc., ea. ... .80
2 mg./cc. (121)
30 cc., ea. ... 1.00
5 mg./cc. (122)
30 cc., ea. ... 1.20
25 mg./cc. (123)
30 cc., ea. ... 1.50

Tablets, 0.5 mg. (156)
100s, ea. ... .20
500s, ea. ... .70
1000s, ea. ... 1.15
E.C. (160)
100s, ea. ... .30
500s, ea. ... 1.08
1000s, ea. ... 1.85
1.0 mg. (157)
100s, ea. ... .25
500s, ea. ... .90
1000s, ea. ... 1.50
E.C. (161)
100s, ea. ... .35
500s, ea. ... 1.25
1000s, ea. ... 1.90
5.0 mg. (158)
100s, ea. ... .40
500s, ea. ... 1.25
1000s, ea. ... 1.90
E.C. (162)
100s, ea. ... .50
500s, ea. ... 1.75
1000s, ea. ... 2.10
25 mg. (159)
100s, ea. ... .95
500s, ea. ... 3.45
1000s, ea. ... 5.15
E.C. (198)
100s, ea. ... 1.00
500s, ea. ... 3.65
1000s, ea. ... 5.85
100 mg. (285)
100s, ea. ... 3.25

Person & Covey [B] (PE 70S)
Tablets, 0.5 mg., E.C. (276)
100s, ea. ... 1.40* .60
1000s, ea. ... 8.00* 4.80
1 mg., E.C. (278)
100s, ea. ... 1.17* .70
1000s, ea. ... 10.00* 6.00
5 mg. (279)
100s, ea. ... 1.67* 1.00
500s, ea. ... 8.00* 4.80
1000s, ea. ... 15.00* 9.00
E.C. (280)
100s, ea. ... 1.67* 1.00
500s, ea. ... 8.00* 4.80
1000s, ea. ... 15.00* 9.00
25 mg. (281)
100s, ea. ... 4.67* 2.80
500s, ea. ... 22.40* 13.44
1000s, ea. ... 42.00* 25.20
E.C. (282)
100s, ea. ... 4.67* 2.80
500s, ea. ... 22.40* 13.44
1000s, ea. ... 42.00* 25.20

Pharmex [B] (PH 22E)
Tablets, 1 mg., 500s, ea. ... .95
1000s, ea. ... 1.40
E.C., 500s, ea. ... 1.20
1000s, ea. ... 1.75
5 mg., 100s, ea. ... .50
1000s, ea. ... 2.50
E.C., 100s, ea. ... .65
1000s, ea. ... 3.30
25 mg., 100s, ea. ... 1.10
1000s, ea. ... 8.95
E.C., 100s, ea. ... 1.20
1000s, ea. ... 9.75
100 mg., 100s, ea. ... 4.95
500s, ea. ... 22.95

Philadelphia Labs. [B] (PH 22L)
Parenteral, in Oil, Vials
5 mg./cc. (285)
30 cc., ea. ... .80
25 mg./cc. (286)
30 cc., ea. ... 1.60
Tablets
0.5 mg., 1000s, ea. (2611) ... .90
E.C., 1000s, ea. (2615) ... 1.20
1 mg., 1000s, ea. (2619) ... .97
E.C., 1000s, ea. (2623) ... 1.40
5 mg., 1000s, ea. (2627) ... 1.67
E.C., 1000s, ea. (2631) ... 2.20
25 mg., 1000s, ea. (2635) ... 4.74
E.C., 1000s, ea. (2639) ... 5.27
100 mg., 100s, ea. (2643) ... 18.00

Premo [B] (PR 22)
Enerets, 5 mg.
100s, ea. (1952) ... .84
1000s, ea. (1954) ... 6.00
25 mg.
100s, ea. (2308) ... 2.00
1000s, ea. (2310) ... 16.20
Tablets, 5 mg.
100s, ea. (1926) ... .80
1000s, ea. (1928) ... 4.80
25 mg.
100s, ea. (2166) ... 1.65
1000s, ea. (2167) ... 14.70

Prof. Drug Prods. [B] (PR 69K)
Tablets, 0.5 mg., E.C.
100s, ea. ... .40
1000s, ea. ... 1.65
1.0 mg., 100s, ea. ... .35
1000s, ea. ... 1.40
E.C., 100s, ea. ... .45
1000s, ea. ... 2.00
5.0 mg., 100s, ea. ... .60
1000s, ea. ... 3.60
E.C., 100s, ea. ... .65
1000s, ea. ... 4.00
25.0 mg., 100s, ea. ... 1.25
1000s, ea. ... 8.35

Rabin [B] (RA 8)
Tablets, 1 mg., 100s, ea. ... .35
1000s, ea. ... 1.20
E.C., 100s, ea. ... .35
1000s, ea. ... 1.65
5 mg., 100s, ea. ... .45
1000s, ea. ... 2.50
E.C., 100s, ea. ... .45
1000s, ea. ... 2.65
25 mg., 100s, ea. ... .85
1000s, ea. ... 6.25

E.C., 100s, ea. ... .35
1000s, ea. ... 6.95
100 mg., 100s, ea. ... 2.40
1000s, ea. ... 22.00

Reiss Williams [B] (RE 49E)
Vaginal Suppositories
0.1 mg., 100s, ea. (D-101) ... 3.00
0.5 mg., 100s, ea. (D-102) ... 3.00
1.0 mg., 100s, ea. (D-103) ... 3.00

Robinson [B] (RO 27)
Tablets, 0.5 mg. (603)
100s, ea. ... .20
1000s, ea. ... 1.10
E.C. (604)
100s, ea. ... .40
1000s, ea. ... 1.65
1 mg. (605)
100s, ea. ... .35
1000s, ea. ... 1.40
E.C. (606)
100s, ea. ... .45
1000s, ea. ... 2.00
5 mg. (607)
100s, ea. ... .60
1000s, ea. ... 3.60
E.C. (608)
100s, ea. ... .70
1000s, ea. ... 4.00
25 mg., Unscored (609)
100s, ea. ... 1.35
1000s, ea. ... 8.35
25 mg., Scored (609A)
100s, ea. ... 1.25
1000s, ea. ... 8.25
E.C. (610)
100s, ea. ... 1.35
1000s, ea. ... 9.25
100 mg. (612)
100s, ea. ... 3.50
1000s, ea. ... 30.00

Rowell [B] (RO 88)
Tablets, 25 mg.
100s, ea. (750) ... 5.00* 3.00
1000s, ea. (751) ... 24.00
Tablets, E.C., 1 mg.
100s, ea. (759) ... 1.75* 1.05
1000s, ea. (753) ... 4.20
5 mg., 100s, ea. (755) ... 2.50* 1.50
1000s, ea. (756) ... 6.60

St. Louis Pharm. [B] (SA 37)
Tablets, 0.5 mg., 1000s, ea. ... .90
E.C., 1000s, ea. ... 1.78
1 mg., 1000s, ea. ... 1.00
E.C., 1000s, ea. ... 1.80
5 mg., 1000s, ea. ... 2.30
E.C., 1000s, ea. ... 2.80
25 mg., 1000s, ea. ... 6.80
E.C., 1000s, ea. ... 7.70

Savage Labs. [B] (SA 65E)
Parenteral, In Sesame Oil, Vial
25 mg./cc. (119)
30 cc., ea. ... 2.40

Sherman [B] (SH 46)
Tablets, E.C.
1 mg., 100s, ea. ... 1.25 .81
500s, ea. ... 5.25 2.15
1000s, ea. ... 10.00 6.00
5 mg., 100s, ea. ... 3.00 1.80
500s, ea. ... 12.00 7.20
1000s, ea. ... 22.00 13.20

Siler [B] (SI 21L)
Parenteral, In Sesame Oil, Vials
25 mg./cc. (284)
10 cc., ea. ... 2.60
30 cc., ea. ... 4.00
Tablets, 0.5 mg., E.C.
1000s, ea. (4286) ... 5.00
1.0 mg., E.C.
1000s, ea. (4288) ... 5.50
5 mg., E.C.
1000s, ea. (4292) ... 7.50
25 mg. (126)
100s, ea. ... 2.50
1000s, ea. ... 24.00

Squibb (SQ 11)
*See Stilbetin*

Stanlabs [B] (ST 38)
Tablets, 0.1 mg. (920)
100s, ea. ... .30
1000s, ea. ... 1.10
E.C. (921)
100s, ea. ... .40
1000s, ea. ... 1.35
0.25 mg. (923)
100s, ea. ... .30
1000s, ea. ... 1.20
E.C. (922)
100s, ea. ... .40
1000s, ea. ... 1.40
0.5 mg. (884)
100s, ea. ... .30
1000s, ea. ... 1.25
E.C. (880)
100s, ea. ... .40
1000s, ea. ... 1.55
1 mg. (885)
100s, ea. ... .35
1000s, ea. ... 1.40
E.C. (890)
100s, ea. ... .45
1000s, ea. ... 1.80
5 mg. (886)
100s, ea. ... .50
1000s, ea. ... 2.50
E.C. (891)
100s, ea. ... .50
1000s, ea. ... 3.00
25 mg. (887)
100s, ea. ... 1.00
1000s, ea. ... 7.50
E.C. (892)
100s, ea. ... 1.20
1000s, ea. ... 8.00
100 mg. (888)
100s, ea. ... 3.00
1000s, ea. ... 27.50

Stryner [B] (ST 49)
Tablets, 1 mg. (48)
100s, ea. ... .45
1000s, ea. ... 1.80
E.C. (125)
100s, ea. ... .60
1000s, ea. ... 2.40
5 mg. (49)
100s, ea. ... .75
1000s, ea. ... 3.80
E.C. (126)
100s, ea. ... .90
1000s, ea. ... 4.50
25 mg. (50)
100s, ea. ... 1.40
500s, ea. ... 4.35
1000s, ea. ... 8.50
E.C. (127)
100s, ea. ... 1.75
500s, ea. ... 5.25
1000s (2x500), ea. ... 10.00

Success [B] (SU 10)
Tablets, 5 mg., 100s, ea. ... .65
500s, ea. ... 2.50
1000s, ea. ... 4.75
E.C., 100s, ea. ... .85
500s, ea. ... 3.25
1000s, ea. ... 5.75
25 mg., 100s, ea. ... 1.35
500s, ea. ... 5.00
1000s, ea. ... 9.00
E.C., 100s, ea. ... 1.50
500s, ea. ... 5.95
1000s, ea. ... 10.50

Superior Pharm. [B] (SU 43E)
Tablets, E.C.
0.5 mg., 1000s, ea. ... 4.00
1 mg., 1000s, ea. ... 4.50
5 mg., 1000s, ea. ... 6.50

Suppositoria Labs. [B] (SU 46L)
Suppositories, Vaginal
0.1 mg. (123)
12s, ea. ... .40
100s, ea. ... 4.20
0.5 mg. (124)
12s, ea. ... .80
100s, ea. ... 6.80
1.0 mg. (216)
12s, ea. ... 1.00
100s, ea. ... 7.60

Supreme [B] (SU 48R)
Tablets, 5 mg.
100s, ea. (S153) ... .80
1000s, ea. (S154) ... 5.60
E.C., 100s, ea. (S155) ... .94
1000s, ea. (S156) ... 6.50
25 mg., 100s, ea. (S157) ... 1.68
1000s, ea. (S158) ... 12.60
E.C., 100s, ea. (S159) ... 1.80
1000s, ea. (S160) ... 13.90

TMCO Pharm. [B] (T 9M)
Parenteral, Vial
25 mg./cc., 10 cc., ea. ... 2.00
Tablets, 1 mg., 1000s, ea. ... 3.65
E.C., 1000s, ea. ... 4.95
5 mg., 1000s, ea. ... 4.00
E.C., 1000s, ea. ... 4.95
25 mg., 1000s, ea. ... 9.00
E.C., 1000s, ea. ... 7.00

Testagar [B] (TE 28)
Tablets
5 mg., 1000s, ea. (454) ... 4.20
E.C., 1000s, ea. (314) ... 5.20
25 mg., 1000s, ea. (322) ... 10.50

Torigian [B] (TO 27E)
Parenteral, In Oil, Ampuls
1 mg., 1 cc. (501)
12s, ea. ... 1.75 1.06
25s, ea. ... 3.25 1.91
100s, ea. ... 8.00 6.84
5 mg., 1 cc. (361)
12s, ea. ... 1.95 1.15
25s, ea. ... 2.75 2.14
100s, ea. ... 8.00 7.65

Towne, Paulsen [B] (TO 30)
Tablets, 1 mg., 1000s, ea. ... 2.00
E.C., 1000s, ea. ... 2.50
5 mg., 100s, ea. ... .70
1000s, ea. ... 3.75
E.C., 100s, ea. ... .78
1000s, ea. ... 4.00
25 mg., 100s, ea. ... 1.25
1000s, ea. ... 8.25
E.C., 100s, ea. ... 1.40
1000s, ea. ... 9.00

Ulmer [B] (UL 12)
Tablets, 5 mg., E.C.
100s, ea. ... 1.40

United Labs. [B] (UN 21)
Capsules, T.D.
100s, ea. (59-32) ... 5.00 3.00
500s, ea. (59-33) ... 22.50 13.50

Upjohn [B] (UP 10)
Perles, 0.5 mg., Blue Green ▼
100s, ea. (185) ... .84
500s, ea. ... 3.34
1000s, ea. (187) ... 6.54
1 mg., Blue
100s, ea. (189) ... 1.02
500s, ea. (190) ... 4.41
1000s, ea. ... 8.28
5.0 mg., Purple
100s, ea. (183) ... 2.34
500s, ea. (184) ... 8.30
1000s, ea. ... 16.94

VRC [B] (VI 54D)
Tablets
0.5 mg., E.C., 100s, ea. ... .48
1000s, ea. ... 2.25
1 mg., 100s, ea. ... .33
1000s, ea. ... 1.65
E.C., 100s, ea. ... .44
1000s, ea. ... 2.48

(Continued on next page)

# DIGITALINE NATIVELLE®

**The original Digitoxin**

• *Action and Advantages:* The major pharmacologic action of Digitaline Nativelle is directly on the myocardium. It increases force of systolic contraction. Digitaline Nativelle exerts the full action of digitalis, but is completely and rapidly absorbed.

• *Indications:* Digitaline Nativelle is indicated in the treatment of congestive heart failure, auricular fibrillation, auricular flutter, and paroxysmal supraventricular tachycardia.

• *Administration and Dosage:* Average digitalizing dose: 0.6 mg. initially, followed by 0.2 or 0.4 mg. every three hours until patient is digitalized; total average digitalizing dose is 1.2 mg. Average maintenance dose: 0.1 mg. daily. All dose forms are interchangeable on a drug weight basis.

• *Side Effects:* As with all digitalis preparations, overdosage of Digitaline Nativelle may produce side effects including:

*Systemic Effects:* Anorexia, nausea, vomiting, diarrhea, malaise, mental depression, blurred vision.

*Conduction Abnormalities:* Prolonged P-R intervals, partial or complete heart block.

*Cardiac Muscle Irritability Effects:* Premature contractions, ventricular tachycardia.

Most toxic effects subside within a day or two after discontinuing the drug, but some, such as complete heart block may persist for 2 to 3 weeks.

• *Precautions:* Digitaline Nativelle should be used with caution in presence of conduction abnormalities such as complete heart block; muscle irritability such as ventricular tachycardia and marked electrolyte imbalance.

• *Contraindications:* Sinus tachycardia due to peripheral circulatory failure, acute infection, shock, heart tamponade—except where clear evidence of congestive failure either actual or imminent is present.

• *How Supplied:* See product listing.

E. FOUGERA & CO., INC.
Hicksville, L. I., N. Y.

*For priced and sizes see next column*

★ ★ ★

DI-GENIE (B) (SA 46E)
Vial, 10 cc., ea. (100) ....... ... 2.88

DIGENTERIC TABLETS (B) (JA 10)
100s ....... ... 16.00

DIGENZYMES, Maurry (MA 91V)
Tablets, 75s, ea. ....... 2.90 1.74
1000s, ea. ....... 33.20 19.92

DIGERATONE (B) (DI 38)
Tablets, 100s, ea. ....... ... 1.70
500s, ea. ....... ... 6.50
1000s, ea. ....... ... 12.00

DIGESIC (B)
Moore Kirk (MO 44K)
Vial, 30 cc., ea. (842) ....... 3.50 2.10

DIGESTAIDS (FR 51)
Tablets, 25s ....... 1.25*
100s ....... 2.00*

DIGESTALAX (FI 9)
Tablets, 50s, ea. ....... 1.40
100s, ea. ....... 3.00
250s, ea. ....... 6.50
500s, ea. ....... 12.00
1000s, ea. ....... 22.00

DIGESTALIN
Chicago Pharm. (CH 56I)
Tablets, Chimedic (X669)
100s, ea. ....... ...
1000s, ea. ....... ...

DIGESTAMIC (B) (ME 66)
Liquid, 8 oz., ea. ....... ...
Gal., ea. ....... ...
Tablets, 50s, ea. ....... ...
500s, ea. ....... ...

DIGESTANS
Moore Kirk (MO 44K)
Elixir (E-20)
4 oz., ea. ....... 1.20
Pt., ea. ....... 2.50

DIGESTANT, Canright (CA 45)
Tablets, 100s, ea. ....... 5.50*
1000s, ea. ....... 49.50*

DIGESTANT-M (FI 9)
Tablets, 50s, ea. ....... 1.20
100s, ea. ....... 2.00
250s, ea. ....... 4.70
500s, ea. ....... 9.00
1000s, ea. ....... 17.00

DIGESTESE (AM 36)
Tablets, 30s ....... 1.00*

DIGESTINE (LE 82L)
Antacid Tablets, 100s, 85¢ ea. .75*

DIGESTIVEL (CO 81)
Tablets (507)
100s, ea. ....... ...
1000s, ea. ....... ...

DIGESTOL (MA 57)
Anti-acid Powder, 1 oz., ea. .. .75
3 oz., ea. ....... 1.25

DIGESTOSAL, Purepac (PU 19)
Antacid Powder
2 oz., 65¢ ea. (227) ....... .53*
5 oz., $1.00 ea. (228) ....... .95*

DIGILANID (B), Sandoz (SA 45)

DIGINOPHYLLINE (B) (TA 41L)
Capsules, 100s, ea. ....... 2.70

DIGISINE (B) (CE 87)
Liquid, 1 oz., ea. ....... 5.00

DIGITALINE NATIVELLE (B)
Fougera (FO 57)
Ampuls
Intramuscular, 0.2 mg./cc.
1 cc., 6s, ea. ....... 2.25
50s, ea. ....... 18.20
2 cc., 6s, ea. ....... 3.00
50s, ea. ....... 20.62
Intravenous, 0.2 mg./cc.
1 cc., 6s, ea. ....... 2.25
50s, ea. ....... 13.20
2 cc., 6s, ea. ....... 3.00
50s, ea. ....... 20.62
Solution, Oral, 1:1000, Pediatric
10 cc. bot., ea. ....... 2.25
Tablets, 0.1 mg., 40s, ea. ....... 1.50

*See advertisement in preceding column*