# EXHIBIT 4B

B1138530.1

# 1962-63

# BLUE BOOK

## Latest Product and Price Changes

WITH THE FOLLOWING SYMBOLS:

● or A...Signifies narcotic drug products

♦ or B...Oral Rx allowed for narcotic items

◉ or X...Exempt narcotics requiring records

◘ or M...Exempt narcotic products not requiring records

▲...Means that item requires refrigeration

Rx...Signifies products sold on 'Rx Only'

[#1234]...Signifies maker's catalog number

INCLUDING LATEST FAIR TRADE PRICES

Complete Table of Contents on Page 1

**AMERICAN DRUGGIST**

Published 1962

# 1962-1963 BLUE BOOK

*Featuring the easy-to-read type . . . thousands of recent price changes . . . and thousands of new products.*

## SECTIONS

MERCHANDISING - - - - - - - - - - - - - - - - - - - - - - 2
Including "Helpful Hints About The New Blue Book"

PRESCRIPTION - - - - - - - - - - - - - - - - - - - - - - 8

PRODUCTS AND PRICES - - - - - - - - - - - - - - - - - - 15
Including "How To Use This Section"
"8 More Blue Book Firsts"

ANIMAL-POULTRY HEALTH - - - - - - - - - - - - - - - - - 535

INDEX OF MANUFACTURERS - - - - - - - - - - - - - - - - 541

INDEX OF ADVERTISERS - - - - - - - - - - - - - - - - - 555

## DETAILED INDEX

Animal Health Sales, 8 Hot Ideas.... 537
Associations in the Drug Field.......... 4
Baby Goods Check List................ 6
Catalog Numbers—A "First"..........2, 15
City or Metropolitan Drug Secretaries. 4
8 Blue Book Firsts!.................15; 540
Health Supports, How to Stimulate Sales 8
Helpful Hints about the Blue Book...... 2
Merchandising Section................ 2
Prescription Section.................. 8
Prescription Department Equipment.... 12
Secretaries in the Drug Industry........ 4
State Boards & State Associations...... 4
Symbols Used in Blue Book...... ....2, 15

### OFFICES OF THE BLUE BOOK

NEW YORK
1790 Broadway,
New York 19, N. Y.
PLaza 7-5020

WEST COAST
D. A. Scott & Co., 85 Post St.,
San Francisco 4; D. A. Scott & Co.,
1901 West 8th St., Los Angeles 57
GArfield 1-7950 • DUnkirk 8-4151

CLEVELAND
Keith Building,
Euclid Ave. & East 17th St.,
Cleveland 15, Ohio
SUperior 1-9139

CHICAGO
11 North Wacker Drive,
Chicago 6, Illinois
FRanklin 2-0640

DAN RENNICK
*Editor*

RICHARD E. DEEMS
*President*

ROBERT A. O'MALLEY
*Publisher*

DAN KUSHNER
*Executive Editor*

★

EDITORIAL STAFF

FRANK MURPHY
*Compilation Editor*

DON GRAHAM
*Assistant Compilation Editor*

ROBERTA GANOCY
*Editorial Assistant*

JANE S. COOPER
*Editorial Assistant*

HARRY GOLDSTEIN
*Pharmacy Editor*

EARL CARVER
*Art Editor*

BUSINESS STAFF

O. M. ONESTY, JR.
*Advertising Manager*

HOWARD L. HAGEMANN
*Western Manager*

HERBERT V. PAUREISS, JR
*Descriptive Listings*

*Published by American Drugg*
*1790 Broadway,*
*New York 19, N. Y.*

*American Druggist Blue Boo*
*83rd Annual Revision*

*Copyright 1962*
*by The Hearst Corporation*
*New York, N. Y.*

K "THE EASY-TO-READ PRICE BOOK" [#1234] catalog number; ℞, ℞ only; ▲, refrigerate; ●, narcotic; ◆, narcotic (oral ℞ is allowed); ●, exempt narcotic; ⊡, exempt narcotic (not requiring Records). Page 157 Die

## Dienestrol Cream

**Composition:** Vaginal cream containing 0.1 mg of the synthetic estrogen dienestrol per gram of cream, compounded with glyceryl monostearate, peanut oil, glycerin, benzoic acid, glutamic acid and water.

**Action and Uses:** Used topically for the treatment of senile and atrophic vaginitis or other vaginal disturbances associated with hypoestrogenic conditions.

**How Administered:** Applied intravaginally with ORTHO® Measured-Dose Applicator. Average dose, one applicatorful daily for 7 to 14 days, then reduced to once every 48 hours for a similar period.

**Contraindications:** Malignancies or precarcinomatous lesions of the vagina or vulva.

**How Supplied:** 78 g tubes with or without the ORTHO Measured-Dose Applicator.

ORTHO

ORTHO PHARMACEUTICAL CORPORATION

Raritan, New Jersey

*For prices and sizes see previous page*

| Item | | |
|---|---|---|
| **DIETCAPS ℞ (Blaine Co.)** | | |
| Timed Cap, 100s ea. | .... | 3.00 |
| 1000s ea. | .... | 24.00 |
| **DIETEMIC ℞ (Lawton Laboratories)** | | |
| Elixir [#401] | | |
| 4 oz. ea. | .... | 1.20 |
| **DIETENE (Dietene)** | | |
| Reducing Supplement Instant | | |
| Powder, 1 lb. | 2.09 | 16.68 |
| 5 lb. ea. | 9.79 | 6.53 |
| **DI-ETH-STROL ℞ (Christina)** | | |
| Aqueous Suspension 25 mg./c.c. | | |
| 10 c.c. vial ea. | .... | 1.65 |
| In Oil, 25 mg./c.c. | | |
| 10 c.c. vial ea. | .... | 1.65 |
| **DIETHYLBARBITURIC ACID** (See Barbital) | | |
| **DIETHYLENEGLYCOL DISTEARATE** | | |
| Delta Chemical Works | | |
| Bot., 500 Gm. ea. | .... | 9.00 |
| **DIETHYLENEGLYCOL MONOSTEARATE** | | |
| Delta Chemical Works | | |
| Bot., 500 Gm. ea. | .... | 11.00 |
| **DIETHYLSTILBESTROL ℞** | | |
| A.P.C. | | |
| Tablets, 1 mg. | | |
| [#74W] 1000s ea. | .... | 1.64 |
| 5 x 1000/1000 | .... | 1.54 |
| Enteric Coated Red [#75W] | | |
| 1000s ea | .... | 2.06 |
| 5 x 1000/1000 | .... | 1.90 |
| 5 mg., 100s [#76R] ea. | .... | .80 |
| [#76W] 1000s ea. | .... | 5.76 |
| 5 x 1000/1000 | .... | 5.56 |
| Enteric Coated Red | | |
| 100s [#77R] ea. | .... | .88 |
| [#77W] 1000s ea. | .... | 6.60 |
| 5 x 1000/1000 | .... | 6.40 |
| 25 mg., 100s [#78R] ea. | .... | 2.00 |
| [#78W] 1000s ea. | .... | 18.00 |
| 5 x 1000/2000 | .... | 17.50 |
| Enteric Coated Red | | |
| 100s [#79R] ea. | .... | 2.20 |
| [#79W] 1000s ea. | .... | 19.20 |
| 5 x 1000/1000 | .... | 18.50 |
| Academy | | |
| 1 mg., 100s ea. | .... | .20 |
| 1000s ea. | .... | 1.15 |
| 1 mg., EC., 100s ea. | .... | .25 |
| 1000s ea. | .... | 1.50 |
| 5 mg., 100s ea. | .... | .40 |
| 1000s ea. | .... | 3.25 |
| EC., 100s ea. | .... | .45 |
| 1000s ea. | .... | 4.00 |
| 25 mg., 100s ea. | .... | 1.25 |
| 1000s ea. | .... | 11.00 |
| EC., 100s ea. | .... | 1.35 |
| 1000s ea. | .... | 12.00 |
| Amfre-Grant | | |
| des (See Under Trade Name) | | |
| Atlas Pharmaceutical Laboratories | | |
| Multiple Dose Vial, | | |
| 5 mg./cc., 30 cc. [#118] | | |
| Ea. | 2.00 | 1.20 |
| 25 mg./cc., 10 cc. [#136] | | |
| Ea. | 3.00 | 1.80 |
| Barre Drug | | |
| Oil, 25 mg., | | |
| 10 cc. [#975] ea. | .... | 1.05 |
| Tablet, | | |
| 1.0 mg., [#453] | | |
| 100s ea. | .... | .30 |
| 1000s ea. | .... | 1.75 |
| 5.0 mg., [#454] | | |
| 100s ea. | .... | .50 |
| 1000s ea. | .... | 3.25 |
| 25.0 mg., [#455] | | |
| 100s ea. | .... | 1.20 |
| 1000s ea. | .... | 9.00 |
| E.C., | | |
| 1.0 mg., [#456] | | |
| 100s ea. | .... | .35 |
| 1000s ea. | .... | 1.85 |
| 5.0 mg., [#457] | | |
| 100s ea. | .... | .55 |
| 1000s ea. | .... | 4.10 |
| 25.0 mg., [#458] | | |
| 100s ea. | .... | 1.35 |
| 1000s ea. | .... | 9.90 |
| Bellevue | | |
| In Oil, Vial, | | |
| 25 mg./c.c., 10 c.c. ea. | 1.50 | 1.20 |
| 50 mg./c.c., 60 c.c. ea. | 3.60 | 2.88 |
| Bios Labs. | | |
| Bot., 25 Gm. ea. | .... | 7.00 |
| Bowman Bros. | | |
| Tablet | | |
| 1 mg. [#778] 100s ea. | 1.09 | .65 |
| 1000s ea. | 6.50 | 3.90 |
| 5 mg. [#747] 100s ea. | 1.25 | .75 |
| 1000s ea. | 8.25 | 4.95 |
| Brewer | | |
| Gel-ets, 0.5 mg., 100s ea. | 1.05 | .63 |
| 1000s ea. | 9.10 | 5.46 |
| 1 mg., 100s ea. | 1.25 | .75 |
| 1000s ea. | 10.85 | 6.51 |
| 5 mg., 100s ea. | 3.60 | 2.16 |
| 1000s ea. | 26.00 | 15.60 |
| 25 mg., 100s ea. | 7.50 | 4.50 |
| 1000s ea. | 63.35 | 38.01 |
| Buffalo Pharmaceutical Supply Corp. | | |
| E.C., | | |
| 0.5 mg., 1000s ea. | .... | 1.75 |
| 5000s ea. | .... | 8.00 |
| 1.0 mg., 1000s ea. | .... | 2.25 |
| 5000s ea. | .... | 9.50 |
| 5.0 mg., 1000s ea. | .... | 3.25 |
| 5000s ea. | .... | 14.50 |
| 25 mg., 1000s ea. | .... | 6.95 |
| 5000s ea. | .... | 31.50 |
| C.T., | | |
| 1.0 mg., 1000s ea. | .... | 1.25 |
| 5000s ea. | .... | 5.95 |
| 5.0 mg., 1000s ea. | .... | 2.75 |
| 5000s ea. | .... | 12.50 |
| 25 mg., 1000s ea. | .... | 6.50 |
| 5000s ea. | .... | 29.50 |
| Central Pharmacal | | |
| Vial, ℞ [#1034] | | |
| 30 ml. ea. | .... | 1.00 |
| 100 ml. ea. | .... | 2.50 |
| Chicago Pharmacal | | |
| Injectable, Vials, | | |
| 50 mg./c.c., | | |
| 10 c.c. [#34A] ea. | .... | 1.50 |
| Tablets, 0.25 mg., S.C. [#1508] | | |
| 100s ea. | .... | .55 |
| 1000s ea. | .... | 3.00 |
| 0.5 mg., S.C., [#1509] | | |
| 100s ea. | .... | .60 |
| 1000s ea. | .... | 3.50 |
| 1.0 mg., S.C., [#1510] | | |
| 100s ea. | .... | .65 |
| 1000s ea. | .... | 4.00 |
| 5 mg., S.C., [#1511] | | |
| 100s ea. | .... | 1.00 |
| 1000s ea. | .... | 6.00 |
| Plain [#1511A] | | |
| 100s ea. | .... | 1.00 |
| 1000s ea. | .... | 5.50 |
| 25 mg., S.C., [#1512] | | |
| 100s ea. | .... | 2.25 |
| 1000s ea. | .... | 20.00 |
| 50 mg., [#1513] | | |
| 100s ea. | .... | 4.00 |
| 1000s ea. | .... | 37.50 |
| Columbia | | |
| Tablets, 1 mg., 1000s ea. | .... | .95 |
| 5 mg., 1000s ea. | .... | 1.85 |
| 25 mg., 1000s ea. | .... | 5.85 |
| E.C., 0.5 mg., 1000s ea. | .... | 1.05 |
| 1 mg., 1000s ea. | .... | 1.35 |
| 5 mg., 1000s ea. | .... | 2.25 |
| 25 mg., 1000s ea. | .... | 6.50 |
| Corvit Pharm. | | |
| Tablets, | | |
| 5 mg., Scored [#54] | | |
| 100s ea. | .... | .50 |
| 1000s ea. | .... | 3.60 |
| 25 mg., Scored [#55] | | |
| 100s ea. | .... | 1.25 |
| 1000s ea. | .... | 8.00 |
| 100 mg., Scored [#58] | | |
| 100s ea. | .... | 3.50 |
| 1000s ea. | .... | 25.00 |
| E.C., 1.0 mg. [#61] | | |
| 100s ea. | .... | .35 |
| 1000s ea. | .... | 1.80 |
| 5.0 mg. [#62] | | |
| 100s ea. | .... | .65 |
| 1000s ea. | .... | 4.50 |
| 25.0 mg. [#63] | | |
| 100s ea. | .... | 1.35 |
| 1000s ea. | .... | 9.00 |
| Cowley Pharm. | | |
| Tablets, 0.5 mg., 1000s ea. | .... | 1.90 |
| 1.0 mg., 1000s ea. | .... | 2.40 |
| 5.0 mg., 1000s ea. | .... | 6.00 |
| E.C., 5.0 mg., 1000s ea. | .... | 6.50 |
| 25 mg., 1000s ea. | .... | 20.00 |
| Dumas-Wilson | | |
| Mikarol (See Under Trade Name) | | |
| DuMont Pharmacal Co. | | |
| Tablets, | | |
| 0.5 mg. 100s ea. | .... | .20 |
| 1000s ea. | .... | 1.25 |
| E.C. 100s ea. | .... | .30 |
| 1000s ea. | .... | 1.95 |
| 1.0 mg. 100s ea. | .... | .25 |
| 1000s ea. | .... | 1.50 |
| E.C. 100s ea. | .... | .35 |
| 1000s ea. | .... | 2.00 |
| 5.0 mg. 100s ea. | .... | .40 |
| 500s ea. | .... | 1.30 |
| 1000s ea. | .... | 1.95 |
| E.C. 100s ea. | .... | .50 |
| 500s ea. | .... | 1.80 |
| 1000s ea. | .... | 2.60 |
| 25.0 mg. 100s ea. | .... | 1.00 |
| 500s ea. | .... | 3.50 |
| 1000s ea. | .... | 5.25 |
| E.C. 100s ea. | .... | 1.10 |
| 500s ea. | .... | 3.75 |
| 1000s ea. | .... | 5.95 |
| 100 mg. 100s ea. | .... | 3.40 |
| 500s ea. | .... | 13.75 |
| 1000s ea. | .... | 19.75 |
| Faraday Laboratories | | |
| 0.1 mg. [#537] 100s ea. | .... | .13 |
| 1000s ea. | .... | .60 |
| 0.25 mg. [#552] 100s ea. | .... | .14 |
| 1000s ea. | .... | .70 |
| 0.5 mg. [#538] 100s ea. | .... | .16 |
| 1000s ea. | .... | .78 |
| 1.0 mg. [#539] 100s ea. | .... | .23 |
| 1000s ea. | .... | .86 |
| 5.0 mg. [#531] 100s ea. | .... | .41 |
| 1000s ea. | .... | 2.26 |
| 10.0 mg. [#532] 100s ea. | .... | .80 |
| 1000s ea. | .... | 4.25 |
| 25.0 mg. [#533] 100s ea. | .... | 1.25 |
| 1000s ea. | .... | 9.00 |
| E.C., | | |
| 0.1 mg. [#540] 100s ea. | .... | .22 |
| 1000s ea. | .... | 1.17 |
| 0.25 mg. [#553] 100s ea. | .... | .25 |
| 1000s ea. | .... | 1.25 |
| 0.5 mg. [#541] 100s ea. | .... | .33 |
| 1000s ea. | .... | 1.33 |
| 1.0 mg. [#542] 100s ea. | .... | .46 |
| 1000s ea. | .... | 1.41 |
| 5.0 mg. [#534] 100s ea. | .... | .75 |
| 1000s ea. | .... | 3.00 |
| 10.0 mg. [#535] 100s ea. | .... | 1.48 |
| 1000s ea. | .... | 5.80 |
| 25.0 mg. [#536] 100s ea. | .... | 1.92 |
| 1000s ea. | .... | 9.60 |
| Haack | | |
| Tablet, | | |
| 1 mg. [#156] | | |
| 100s ea. | .... | .50 |
| 1000s ea. | .... | 2.00 |
| 5000/M | .... | 1.60 |
| 5 mg. [#157] | | |
| 100s ea. | .... | .75 |
| 1000s ea. | .... | 6.00 |
| 5000/M | .... | 4.80 |
| 25 mg. [#207] | | |
| 100s ea. | .... | 1.25 |
| 1000s ea. | .... | 12.00 |
| 5000/M | .... | 9.60 |
| 100 mg. [#248] | | |
| 100s ea. | .... | 4.00 |
| 1000s ea. | .... | 32.00 |
| 5000/M | .... | 25.60 |
| E.C. | | |
| .1 mg. [#175] | | |
| 100s ea. | .... | .50 |
| 1000s ea. | .... | 1.50 |
| 5000/M | .... | 1.25 |
| .25 mg. [#176] | | |
| 100s ea. | .... | .50 |
| 1000s ea. | .... | 2.00 |
| 5000/M | .... | 1.60 |
| .5 mg. [#154] | | |
| 100s ea. | .... | .50 |
| 1000s ea. | .... | 2.00 |
| 5000/M | .... | 1.60 |
| 1 mg. [#150] | | |
| 100s ea. | .... | .50 |
| 1000s ea. | .... | 2.00 |
| 5000/M | .... | 1.60 |
| 5 mg. [#151] | | |
| 100s ea. | .... | .75 |
| 1000s ea. | .... | 6.00 |
| 5000/M | .... | 4.80 |
| 25 mg. [#177] | | |
| 100s ea. | .... | 1.5 |
| 1000s ea. | .... | 12.0 |
| 5000/M | .... | 9.6 |
| Harvey | | |
| Ampul Vials, In Oil, 1 mg. per c.c. | | |
| 10 c.c. ea. | .... | .7 |
| 30 c.c. ea. | .... | 1.5 |
| 10 mg./c.c., | | |
| 10 c.c. ea. | .... | 1.5 |
| 50 mg./c.c., | | |
| 30 c.c. ea. | .... | 3.0 |
| Tablets, | | |
| 0.5 mg., 1000s ea. | .... | 1.2 |
| 1.0 mg., 1000s ea. | .... | 1.5 |
| 5.0 mg., 1000s ea. | .... | 2.5 |
| 25 mg., 1000s ea. | .... | 6.0 |
| E.C., 1.0 mg., 1000s ea. | .... | 2.2 |
| 5.0 mg., 1000s ea. | .... | 3.5 |
| 25 mg., 1000s ea. | .... | 6.5 |
| Hilly Medicinal Prods. | | |
| Tablets, | | |
| 0.5 mg., 1000s ea. | .... | .9 |
| 1.0 mg., 100s ea. | .... | .3 |
| 1000s ea. | .... | 1.2 |
| 5.0 mg., 100s ea. | .... | .4 |
| 1000s ea. | .... | 2.7 |
| 25.0 mg., 100s ea. | .... | .9 |
| 1000s ea. | .... | 8.0 |
| E.C., 5.0 mg., 100s ea. | .... | .5 |
| 1000s ea. | .... | 3.0 |
| 25.0 mg., 100s ea. | .... | .8 |
| 1000s ea. | .... | 7.0 |
| Hiss Pharmacal | | |
| Tablet, | | |
| 0.5 mg., [#774] | | |
| 1000s ea. | .... | 1.2 |
| 5000s ea. | .... | 5.2 |
| E.C., 1000s ea. | .... | 1.7 |
| 5000s ea. | .... | 7.5 |
| 1.0 mg., [#775] | | |
| 1000s ea. | .... | 1.3 |
| 5000s ea. | .... | 5.4 |
| E.C., 1000s ea. | .... | 1.8 |
| 5000s ea. | .... | 7.6 |
| 5.0 mg., [#776] | | |
| 1000s ea. | .... | 2.3 |
| 5000s ea. | .... | 10.9 |
| E.C., 1000s ea. | .... | 3.2 |
| 5000s ea. | .... | 14.9 |
| 25 mg. E.C., [#777] | | |
| 1000s ea. | .... | 6.7 |
| 5000s ea. | .... | 31.2 |
| Intenex | | |
| In Oil, 25 mg./c.c., | | |
| 10 c.c. vial ea. | 1.90 | 1.4 |
| Kay Pharmacal Co. | | |
| Vial, | | |
| 25 mg./c.c., 10 c.c. ea. | .... | 1.4 |
| Ampules, | | |
| 25 mg./c.c., 10 c.c. ea. | .... | 1.0 |
| Kirkman | | |
| Tablets, | | |
| 0.25 mg., [#1639] | | |
| 100s ea. | .... | .3 |
| 1000s ea. | .... | 1.2 |
| 5000s/1000 | .... | 1.1 |
| 0.50 mg., [#1640] | | |
| 100s ea. | .... | .3 |
| 1000s ea. | .... | 1.2 |
| 5000s/1000 | .... | 1.1 |
| 1.0 mg., [#1530] | | |
| 100s ea. | .... | .4 |
| 1000s ea. | .... | 1.4 |
| 5000s/1000 | .... | 1.2 |
| 5.0 mg., [#1602] | | |
| 100s ea. | .... | .6 |
| 1000s ea. | .... | 3.5 |
| 5000s/1000 | .... | 3.1 |
| 25.0 mg., [#1532] | | |
| 100s ea. | .... | 1.2 |
| 1000s ea. | .... | 8.2 |
| 5000s/1000 | .... | 7.7 |
| 100.0 mg., [#1683] | | |
| 100s ea. | .... | 3.5 |
| 1000s ea. | .... | 30.0 |
| 5000s/1000 | .... | 28.0 |
| E.C., | | |
| 0.10 mg., [#1526] | | |
| 100s ea. | .... | .4 |
| 1000s ea. | .... | 1.4 |
| 5000s/1000 | .... | 1.1 |
| 0.25 mg., [#1527] | | |
| 100s ea. | .... | .4 |
| 1000s ea. | .... | 1.4 |
| 5000s/1000 | .... | 1.1 |
| 0.50 mg., [#1528] | | |
| 100s ea. | .... | .4 |
| 1000s ea. | .... | 1.5 |
| 5000s/1000 | .... | 1.2 |
| 1.0 mg., [#1529] | | |
| 100s ea. | .... | .4 |
| 1000s ea. | .... | 2.0 |
| 5000s/1000 | .... | 1.6 |
| 5.0 mg., [#1531] | | |
| 100s ea. | .... | .7 |
| 1000s ea. | .... | 4.5 |
| 5000s/1000 | .... | 3.6 |
| 25.0 mg., [#1696] | | |
| 100s ea. | .... | 1.5 |
| 1000s ea. | .... | 13.5 |
| 5000s/1000 | .... | 10.6 |

(Continued on Next Page)

largest selling therapeutic multi-vitamins...THERAGRAN SQUIBB

Die Page 158

Prices are listed in this order: *Retail Fair Trade Minimum; Full Retail Price to Consumer; Wholesale Price to Retailer — per dozen, each or as specified.

AMERICAN DRUGGIST BLUE BOOK

**DIETHYLSTILBESTROL ℞ (Continued)**

Kay Laboratories
Tablets, E.C.
5.0 mg., 100s ea. ........ 4.65 2.79
Lilly
Ampoules In Oil
5 mg., 1 c.c. [#385]
6s ea. ........*1.88 2.09 1.25
25s ea. ........*6.38 7.09 4.25
100s ea. ........*22.13 24.59 14.75
In Ethyl Oleate
25 mg., 1 c.c. [#549]
6s ea. ........*2.25 2.50 1.50
Enseals
0.1 mg., [#46]
100s ea. ........*1.26 1.40 .84
500s ea. ........*5.85 6.50 3.90
1000s ea. ........*10.80 12.00 7.20
0.25 mg., [#47]
100s ea. ........*1.35 1.50 .90
500s ea. ........*6.30 7.00 4.20
1000s ea. ........*11.70 13.00 7.80
0.5 mg., [#48]
100s ea. ........*1.44 1.60 .96
500s ea. ........*6.75 7.50 4.50
1000s ea. ........*12.60 14.00 8.40
5 x 1000s ea. ....*60.00 66.67 40.00
1 mg., [#49]
100s ea. ........*1.71 1.90 1.14
500s ea. ........*8.10 9.00 5.40
1000s ea. ........*15.30 17.00 10.20
5000, bulk ea. ...*72.76 80.84 48.50
5 mg., [#85]
100s ea. *3.64 4.05 2.43
500s ea. *16.74 18.60 11.16
1000s ea. *31.41 34.90 20.94
5000, bulk ea. *149.17 165.75 99.45
25 mg., [#90]
100s ea. *7.87 8.75 5.25
500s ea. *37.89 42.10 25.26
1000s ea. *73.53 81.70 49.02
Suppositories
0.1 mg., [#14]
6s ea. ........*1.35 1.50 .90
50s ea. ........*8.10 9.00 5.40
0.5 mg., [#15]
6s ea. ........*1.48 1.65 .99
50s ea. ........*8.68 9.65 5.79
Tablets
0.1 mg., [#1646]
100s ea. ........*1.17 1.30 .78
1000s ea. ........*8.55 9.50 5.70
0.25 mg., [#1647]
100s ea. ........*1.26 1.40 .84
1000s ea. ........*9.45 10.50 6.30
0.5 mg., [#1648]
100s ea. ........*1.35 1.50 .90
1000s ea. ........*10.35 11.50 6.90
1 mg., [#1649]
100s ea. ........*1.62 1.80 1.08
500s ea. ........*6.97 7.75 4.65
1000s ea. ........*13.05 14.50 8.70
5000, bulk ea. ...*54.38 60.42 36.25
5 mg., [#1685]
100s ea. ........*3.42 3.80 2.28
500s ea. ........*15.61 17.35 10.41
1000s ea. ........*29.16 32.40 19.44
5000s bulk ea. ...*116.25 129.17 77.50
25 mg., [#1724]
25s ea. ........*2.09 2.32 1.39
100s ea. ........*7.51 8.34 5.00
500s ea. ........*36.76 40.84 24.50
1000s ea. ........*71.25 79.17 47.50
Lincoln Laboratories
Tablet,
1 mg.
1000s [#427-ECT] ea. 3.90 3.12
5 mg.
1000s [#428-ECT] ea. 7.80 6.24
Maurry
In Oil, 5 mg./c.c.,
30 c.c. ea. .......... 1.65 .99
Medical Chemicals
In Sesame Oil,
Multiple Dose Vials,
25 mg./cc., 10 cc. ea. .... .50
30 cc. ea. .... 1.30
Repository, 25 mg./cc.
30 cc. ea. .... 1.46
100 cc. ea. .... 2.52
250 cc. ea. .... 4.84
Merck
[#63271] 5 gm. bot. ea. .... .41
25 gm. bot. ea. .... .54
Moore H.L. Chemical
Tablets,
C.T., 1 mg., 1000s ea. .... 1.25
5000s ea. .... 5.94
5 mg., 1000s ea. .... 2.75
5000s ea. .... 13.07
25 mg., 100s ea. .... 1.25
1000s ea. .... 7.95
5000s ea. .... 37.77
E.C., 1 mg., 1000s ea. .... 1.95
5000s ea. .... 9.27
5 mg., 100s ea. .... 1.00
1000s ea. .... 7.95
5000s ea. .... 37.77
25 mg., 100s ea. .... 1.75
1000s ea. .... 8.25
5000s ea. .... 39.19
Morton
In Oil
25 mg./c.c.
10 c.c. vial ea. .... 1.95
Tablets, E.C.,
1 mg. Bot., 1000s ea. .... 2.10
5 mg. Bot., 1000s ea. .... 4.10
25 mg. Bot., 1000s ea. .... 18.00

Myers-Carter
In Oil, Vials,
25 mg./c.c., 10 c.c., ea. .... 2.40
Penhurst Pharm. Co.
Tablets, USP,
C.T., 0.5 mg., 100s ea. .... .25
500s ea. .... .90
1000s ea. .... 1.50
1.0 mg., 100s ea. .... .30
500s ea. .... 1.00
1000s ea. .... 1.75
5.0 mg., 100s ea. .... .55
500s ea. .... 1.95
1000s ea. .... 2.95
25.0 mg., 100s ea. .... 1.25
500s ea. .... 5.00
1000s ea. .... 7.90
100.0 mg., 100s ea. .... 4.50
500s ea. .... 18.00
1000s ea. .... 29.50
E.C., 0.5 mg., 100s ea. .... .30
500s ea. .... 1.10
1000s ea. .... 1.95
1.0 mg., 100s ea. .... .40
500s ea. .... 1.30
1000s ea. .... 2.25
5.0 mg., 100s ea. .... .65
500s ea. .... 2.50
25.0 mg., 100s ea. .... 1.50
500s ea. .... 5.40
Person & Covey
Tablet
5 mg., 100s ea. ...... *1.67 1.00
500s ea. ...... *8.00 4.80
25 mg., 100s ea. ...... *4.67 2.80
500s ea. ...... *22.40 13.44
E.C., 0.5 mg., 100s ea. *1.00 .60
1000s ea. *8.00 4.80
1.0 mg., 100s ea. *1.17 .70
1000s ea. *10.00 6.00
5 mg., 100s ea. *1.67 1.00
500s ea. *8.00 4.80
25 mg., 100s ea. *4.67 2.80
500s ea. *22.40 13.44
Pharmex
Tablets,
C.T., 1 mg., 500s ea. .... .85
1000s ea. .... 1.25
5 mg., 100s ea. .... .45
1000s ea. .... 2.25
25 mg., 100s ea. .... .95
1000s ea. .... 8.25
100 mg., 100s ea. .... 4.95
500s ea. .... 22.95
E.C., 1 mg., 500s ea. .... 1.10
1000s ea. .... 1.60
5 mg., 100s ea. .... .55
1000s ea. .... 2.95
25 mg., 100s ea. .... 1.10
1000s ea. .... 8.85
Research Affiliates
Tabs., E.C., 25 mg., 100s ea. .... 3.90
500s ea. .... 16.90
C.T., 25 mg., 100s ea. .... 3.25
500s ea. .... 14.60
100 mg., 100s ea. .... 12.25
500s ea. .... 57.50
250 mg., 100s ea. .... 19.60
500s ea. .... 93.00
1000s ea. .... 178.00
Robinson Labs.
Tablets,
C.T.,
0.5 mg., 100s ea. .... .30
1000s ea. .... 1.20
1.0 mg., 100s ea. .... .35
1000s ea. .... 1.40
5.0 mg., 100s ea. .... .60
1000s ea. .... 3.60
25 mg., 100s ea. .... 1.25
1000s ea. .... 8.25
100 mg., 100s ea. .... 3.50
1000s ea. .... 30.00
E.C.,
0.5 mg., 100s ea. .... .40
1000s ea. .... 1.65
1.0 mg., 100s ea. .... .45
1000s ea. .... 2.00
5.0 mg., 100s ea. .... .70
1000s ea. .... 4.00
25.0 mg., 100s ea. .... 1.35
1000s ea. .... 9.25
Rowell Labs.
Tablets, E.C.
1.0 mg.,
100s [#750] ea. .... *1.75 1.05
1000s [#751] ea. .... 4.80
5000s bulk [#751A] ea. .... 22.50
5.0 mg.,
100s [#755] ea. .... *2.50 1.50
1000s [#756] ea. .... 9.60
5000s bulk [#756A] ea. .... 45.00
Plain, 25 mg.,
100s [#760] ea. .... *5.00 3.00
1000s [#761] ea. .... 24.00
5000s bulk [#761A] ea. .... 117.00
Sherman
Tablets
1.0 mg., E.C., [#255]
100s ea. ........ 1.35 .81
500s ea. ........ 5.25 3.15
1000s ea. ........ 10.00 6.00
5.0 mg., E.C., [#256]
100s ea. ........ 3.00 1.80
500s ea. ........ 12.00 7.20
1000s ea. ........ 22.00 13.20
Squibb
Stilbetin (See Under Trade Name)

Stayner
Tablets, 1 mg.
100s ea. .... .45
1000s ea. .... 1.90
E.C., Yellow,
100s ea. .... .50
1000s ea. .... 2.40
5 mg.,
100s ea. .... .75
1000s ea. .... 3.80
5 x 1000/M .... 4.05
E.C., Red,
100s ea. .... .90
1000s ea. .... 4.50
25 mg.,
100s ea. .... 1.40
500s ea. .... 4.35
2 x 500/M .... 8.50
E.C., Orange
100s ea. .... 1.75
500s ea. .... 5.25
2 x 500/M .... 10.00
Sunland Pharm.
Oil, 25 mg., vial, 10 c.c. ea. .... 2.15
Suppositoria
Suppositories, 0.1 mg., 12s ea. .... .60
100s ea. .... 4.30
0.5 mg., 12s ea. .... .80
100s ea. .... 5.90
1 mg., 12s ea. .... 1.00
100s ea. .... 7.50
TMCO
Inj., Vial
25 mg., 10 cc. ea. .... 2.00
Tablet
1 mg., 1000s ea. .... 3.65
5 mg., 1000s ea. .... 4.00
E.C., 1000s ea. .... 4.95
25 mg., 1000s ea. .... 9.00
E.C., 1000s ea. .... ....
Teslagar
In Oil, 30 c.c., Vial,
5 mg./c.c. ea. .... 2.40
25 mg./c.c. ea. .... 3.00
5.0 mg., 100s ea. .... 1.00
1000s ea. .... 6.00
5000s/1000 .... 5.85
25 mg., 100s ea. .... 2.00
1000s ea. .... 13.50
5000s/1000 .... 13.50
E.C.,
1.0 mg., 100s ea. .... .75
1000s ea. .... 5.00
5000s/1000 .... 4.75
5.0 mg., 100s ea. .... 1.05
1000s ea. .... 6.90
5000s/1000 .... 6.75
25 mg., 100s ea. .... 2.25
1000s ea. .... 14.50
5000s/1000s .... 14.00
Towne, Paulsen & Co.
Tablets,
E.C., 1 mg., 1000s ea. .... 2.50
100s ea. .... .65
5 mg., 1000s ea. .... 4.00
100s ea. .... 1.40
25 mg., 1000s ea. .... 9.00
1 mg., 1000s ea. .... 2.00
100s ea. .... .60
5 mg., 1000s ea. .... 3.75
100s ea. .... 1.25
25 mg., 1000s ea. .... 8.25
Ulmer
E.C.T., 5 mg., 100s ea. .... 1.40
12 x 100 ea. .... 15.12
Vitamin Research
Tablets, 1 mg., 100s ea. .... .33
1000s ea. .... 1.65
5 mg., 100s ea. .... .61
1000s ea. .... 3.58
25 mg., 100s ea. .... 1.50
1000s ea. .... 10.80
E.C., 1 mg., 100s ea. .... .44
1000s ea. .... 2.48
5 mg., 100s ea. .... .66
1000s ea. .... 4.40
25 mg., 100s ea. .... 1.65
1000s ea. .... 11.28
Vitarine
Tablets,
1.0 mg., 100s ea. .... .32
1000s ea. .... 1.80
E.C., 100s ea. .... .42
1000s ea. .... 2.60
5.0 mg., 100s ea. .... .50
1000s ea. .... 3.60
E.C., 100s ea. .... .60
1000s ea. .... 4.50
25.0 mg., 100s ea. .... 1.20
1000s ea. .... 10.56
E.C., 100s ea. .... 1.32
1000s ea. .... 11.48
Vials, Multiple Dose
25 mg./c.c., 10 c.c. ea. .... 1.00
Wyeth
Pelestrol (See Under Trade Name)

**DIETHYLSTILBESTROL DIPROPIONATE (℞)**

Bies Lab.
Bot., 10 Gm. ea. .... 14.00
Blue Line
Solution
5.0 mg./c.c., 10 c.c. ea. ... 3.34 2.00
Tablets, 1.0 mg., 100s ea. ... 2.09 1.25
1000s ea. ... 14.17 8.50
5.0 mg., 100s ea. ... 5.00 3.00
1000s ea. ... 35.00 21.00
Foy
Tablets, 0.5 mg., 100s ea. .... 1.45
500s ea. .... 2.65

1.0 mg., 100s ea. .... 1.48
500s ea. .... 3.46
5.0 mg., 100s ea. .... 2.15
500s ea. .... 6.75

**DIETMASTER** (Drugmaster)
Capsule, 15s .......... 3.95 28.40
30s .......... 6.49 46.80

**DIETROL ℞** (Southern Drug)
Delaycaps No. 1, 100s ea. .... 10.02 6.00
Delaycaps No. 2, 100s ea. .... 11.02 6.61

**DI-ETTES** (Marsed Labs.)
Crystals, 1/5 oz. .......... *.98 7.20
1 oz. .......... *2.50 18.00

**DIET-TRATES** (Vegetrates Co.)
Powder, 1/2 lb. ea. .......... .79 .53

**DI-FACTOR** (Sutliff & Case)
Tablets, 100s ea. .... 1.10
1000s ea. .... 7.85

**DI-FEN ℞** (Kay Pharm.)
Tabs., 1 1/2 gr., 100s ea. .... 1.33
1000s ea. .... 9.33

**DIFEREX** (Direct)
Tabs., 100s ea. .... 1.85
500s ea. .... 8.00
1000s ea. .... 14.50

**DIFOLAGEN ℞** (Atlas Pharm. Labs.)
Multiple Dose Vial,
10 cc. [#115] ea. ... 2.80 1.68

**DIGALEN ℞** (Roche Labs.)
Amps. 2 c.c. Injectable
100s [#72004] ea. .... 11.40
Liquid, 1 oz. [#72011] ea. .... 1.25
Tablets, 1/2 U.S.P. Unit
100s [#72021] ea. .... 1.80
1 U.S.P. Unit
100s [#72031] ea. .... 2.46

**DIGARTRIAL ℞** (Hildebrand)
Tablets, 100s ea. .... 3.00

**DIGASTROGEN** (Bowman Bros.)
Tablet [#265] 100s ea. .... 1.25 .75
1000s ea. .... 7.92 4.75

**DIGENEX** (Wright, M. A.)
Liquid, 6 oz. .......... 1.25 10.00

**DIGENTERIC ℞** (Jabert)
Tabs., 100s .......... 15.00

**DIGENZYME** (Maurry)
Tablet, 75s ea. .......... 2.90 1.74
100s ea. .......... 3.85 2.31
1000s ea. .......... 33.20 19.92

**DI-GERATONE** (Direct)
Tablet, 500s ea. .... 6.50
1000s ea. .... 12.00

**DIGESIC ℞** (Moore Kirk Laboratories)
Vials, 30 c.c. [#362] ea. ... 3.50 2.10

**DIGESTAID** (Friendly)
25s .......... *1.00 8.00

**DIGESTALIN** (Chicago Pharmacal)
Tablets, [#X669] 100s ea. .... .75
1000s ea. .... 5.00

**DIGESTAMIC ℞** (Metro Med.)
Liquid, 8 oz. ea. .... 3.00
Gal. ea. .... 40.00
Tabs., 50s ea. .... 3.75
500s ea. .... 33.75

**DIGESTANS** (Moore Kirk Laboratories)
Elixir, 4 oz. ea. .......... 1.20 .72
Pt. ea. .......... 2.50 1.20

**DIGESTANT** (Carright Corp.)
Tablets, 100s ea. .......... *5.50 3.30
1000s ea. .......... *49.50 29.70

**DIGESTANT-M** (Fibertone)
Tabs., 50s ea. .... .60
100s ea. .... 1.00
250s ea. .... 2.35
500s ea. .... 4.50
1000s ea. .... 8.50

**DIGESTIN** (Robinson)
Tablets, C.T., 100s ea. .... .50
1000s ea. .... 3.20

**DIGESTINE** (Leslie's Pharm.)
Tablets, 100s ..........*.75 .85 6.00

**DIGESTIVE COMPOUND**
Elder, Paul D.
Aromatic Tablet [#135]
100s ea. .... .80
1000s ea. .... 4.15
Thurston Labs., Inc.
Tablet, 50s ea. .......... *3.00 1.80
100s ea. .......... *4.90 2.94
500s ea. .......... *22.00 13.20

**DIGESTIVEL** (Corvit Pharm.)
Tablets [#507] 100s ea. .... .78
1000s ea. .... 6.00

**DIGESTOSAL** (Purepac)
Powder, 2 oz. [#227] ....*.53 .55 3.35
5 oz. [#228] ....*.95 1.00 6.50

**DIGESTULES** (Caldwell & Bloor)
Timekaps, 100s ea. .... 2.21
1000s ea. .... 17.00

**DIGEX** (Celano)
4 oz. .......... 1.00 7.20

**DIGICARDALIS ℞** (Lloyd, Dabney & Westerfield)
Tablets, 100s ea. .... .85

**DIGICARDIUM-RORER ℞** (Rorer)
(See catalog under Wm. H. Rorer, Inc.)
Tablets, 0.1 gm., 100s .... 8.40

**DIGIFOLIN ℞** (Ciba)
Ampuls, 2 ml.
5s ea. ..........*1.83 1.10
20s ea. ..........*6.25 ... 3.75
Oral Solution
1 fl. oz. bot. ea. ......*2.00 ... 1.20
Tablets, 1 1/2 gr.
50s ea. ..........*2.00 ... 1.20
500s ea. ..........*14.17 ... 8.50