# EXHIBIT 4C

B1138530.1

# 1963-64

# BLUE BOOK

**$9 PER COPY**

## Latest Product and Price Changes

**WITH THE FOLLOWING SYMBOLS:**

- ● ...Signifies narcotic drug products
- ◆ ...Oral Rx allowed for narcotic items
- ◉ ...Exempt narcotics requiring records
- ▫ ...Exempt narcotic products not requiring records
- ⊗ ...Product bears expiration date
- ★ ...Signifies direct purchase price
- ▲ ...Means that item requires refrigeration
- Rx ...Signifies products sold on 'Rx Only'
- [#1234] ...Signifies maker's catalog number

INCLUDING LATEST FAIR TRADE PRICES

Complete Table of Contents on Page 1

**Exclusive! Products With Expiration Dates Are Identified**

# AMERICAN DRUGGIST

Published 1963

# 1963-64 BLUE BOOK

*Featuring the easy-to-read type ... thousands of recent price changes ... and thousands of new products.*

MR. PHARMACIST—For your convenience this new BLUE BOOK presents a complete and detailed **TABLE OF CONTENTS**

| | |
|---|---|
| Helpful Hints about the Blue Book | 2 |
| State Fair Trade Acts, Status Of | 2, 3 |
| Catalog Numbers—A "Blue Book First" | 2 |
| Symbols Used in Blue Book | 2, 27 |
| National, State & Metropolitan Associations | 4 |
| State Boards of Pharmacy | 4 |
| Baby Goods Checklist | 6 |
| How to Stimulate Health Support Sales | 8 |
| Latin Abbreviations | 12 |
| "It's Time to Stop Saying SUNDRIES" | 14 |
| "$1 Billion Sundries Volume Provides Base for BETTER LIVING Department" | 15 |
| "What is a PRODUCT FOR BETTER LIVING?" | 16, 17 |
| "Three Ways to Set Up a BETTER LIVING Department" | 18, 19 |
| Colleges of Pharmacy | 20-24 |
| Products and Prices Section | 27-606 |
| Animal - Poultry Health Section | 609-612 |
| How to Stimulate Animal Health Sales | 609, 610 |
| Pet Market Rising 15% Yearly | 611 |
| Directory of Drug Store Equipment Manufacturers | 613-622 |
| Rx Lab. Equipment Checklist | 623 |
| Botanical Synonyms | 624 |
| Index of Manufacturers | 625-637 |
| Index of 43 Manufacturers' Catalogs | 638 |
| Index of Advertisers | 639, 640 |

DAN RENNICK
*Editor*

RICHARD E. DEEMS
*President*

ROBERT A. O'MALLEY
*Publisher*

DAN KUSHNER
*Executive Editor*



**EDITORIAL STAFF**

JAMES T. BOLLETTIERI, PH.G.
*Blue Book Manager*

DON GRAHAM
*Compilation Editor*

HARRY GOLDSTEIN, PH.G.
*Pharmacy Editor*

EARL CARVER
*Art Editor*

*Editorial Assistants*
JANE S. COOPER
MARY COPELAND
LOUISE STABELL
PEARL CHARAS
ANNETTE LANZIANO
MERCEDES SILVAR
INEZ LEVY



**BUSINESS STAFF**

O. M. ONESTY, JR.
*Advertising Manager*

THOMAS F. HOWE
*Western Manager*

HERBERT V. PAUREISS, JR.
*Descriptive Listings*

**OFFICES OF THE BLUE BOOK**

| NEW YORK | CLEVELAND | CHICAGO |
|---|---|---|
| 1790 Broadway, New York 19, N. Y. PLaza 7-5020 | Keith Building, Euclid Ave. & East 17th St., Cleveland 15, Ohio SUperior 1-9139 | 11 North Wacker Drive, Chicago 6, Illinois FRanklin 2-0640 |

**WEST COAST**
Jobson, Jordan, Harrison & Schulz

1901 West 8th Street
Los Angeles 57, California
HUbbard 3-8530

85 Post Street
San Francisco 4, California
EXbrook 2-6794

Published by American Druggist, 1790 Broadway, New York 19, N. Y.
American Druggist Blue Book, 34th. Annual Revision, Copyright 1963 by The Hearst Corporation, New York, N. Y.

# DIETHYLSTILBESTROL ℞

**A.P.C.**
Tablets, 1 mg.
 [#74W] 1000s ea. .... 1.48
 5 x 1000/1000 .... 1.39
Enteric Coated Red [#75W]
 1000s ea. .... 1.85
 5 x 1000/1000 .... 1.70
5 mg., 100s [#76R] ea. .... .72
 [#76W] 1000s ea. .... 5.18
 5 x 1000/1000 .... 5.00
Enteric Coated Red
 100s [#77R] ea. .... .79
 [#77W] 1000s ea. .... 5.94
 5 x 1000/1000 .... 5.76
25 mg., 100s [#78R] ea. .... 1.80
 [#78W] 1000s ea. .... 16.20
 5 x 1000/1000 .... 15.20
Enteric Coated Red
 100s [#79R] ea. .... 1.98
 [#79W] 1000s ea. .... 17.20
 5 x 1000/1000 .... 16.20

**Academy**
1 mg., 100s ea. .... .20
 1000s ea. .... 1.15
1 mg., E.C., 100s ea. .... .25
 1000s ea. .... 1.50
5 mg., 100s ea. .... .40
 1000s ea. .... 3.25
 E.C., 100s ea. .... .45
 1000s ea. .... 4.00
25 mg., 100s ea. .... 1.25
 1000s ea. .... 11.00
 E.C., 100s ea. .... 1.35
 1000s ea. .... 12.00

**Amfre-Grant**
des (See Under Trade Name)

**Anchor Serum Company**
Repository, 100 cc. ea. .... 1.60
 250 cc. ea. .... 3.00
Solution, 10 cc. ea. .... .25
 50 cc. ea. .... .40

**Bios Labs.**
Bot., 25 Gm. ea. .... 7.00

**Blackman Labs.**
Powder, 4 oz. ea. .... 25.00

**Brewer**
Gel-ets, 0.5 mg., 100s ea. .... .63
 1000s ea. .... 5.46
1 mg., 100s ea. .... .75
 1000s ea. .... 6.51
5 mg., 100s ea. .... 2.16
 1000s ea. .... 15.60
25 mg., 100s ea. .... 4.50
 1000s ea. .... 38.01

**Central Pharmacal**
Vial, ℞ [#1034]
 30 ml. ea. .... 1.00
 100 ml. ea. .... 2.50

**Columbia**
Tablets, 1 mg., 1000s ea. .... .95
 5 mg., 1000s ea. .... 1.75
 25 mg., 1000s ea. .... 5.10
E.C., 0.5 mg., 1000s ea. .... 1.05
 1 mg., 1000s ea. .... 1.20
 5 mg., 1000s ea. .... 2.00
 25 mg., 1000s ea. .... 5.45

**Corvit Pharm.**
Tablets,
5 mg., Scored [#54]
 100s ea. .... .50
 1000s ea. .... 3.60
25 mg., Scored [#55]
 100s ea. .... 1.25
 1000s ea. .... 8.00
100 mg., Scored [#58]
 100s ea. .... 3.50
 1000s ea. .... 25.00
E.C., 1.0 mg. [#61]
 100s ea. .... .35
 1000s ea. .... 1.80
5.0 mg. [#62]
 100s ea. .... .65
 1000s ea. .... 4.50
25.0 mg. [#63]
 100s ea. .... 1.35
 1000s ea. .... 9.00

**Cowley Pharm.**
Tablets, 0.5 mg., 1000s ea. .... .90
 1.0 mg., 1000s ea. .... 1.00
 5.0 mg., 1000s ea. .... 2.20
 25 mg., 1000s ea. .... 6.70
E.C., 5.0 mg., 1000s ea. .... 2.80
 25 mg., 1000s ea. .... 7.60

**Dumas-Wilson**
Mikarol (See Under Trade Name)

**Haack**
Tablet,
1 mg. [#156]
 100s ea. .... .50
 1000s ea. .... 2.00
 5000/M .... 1.60
5 mg. [#157]
 100s ea. .... .75
 1000s ea. .... 6.00
 5000/M .... 4.80
25 mg. [#207]
 100s ea. .... 1.25
 1000s ea. .... 12.00
 5000/M .... 9.60
100 mg. [#246]
 100s ea. .... 4.00
 1000s ea. .... 32.00
 5000/M .... 25.60
E.C.
1 mg. [#175]
 100s ea. .... .50
 1000s ea. .... 1.50
 5000/M .... 1.25
25 mg. [#176]
 100s ea. .... .50
 1000s ea. .... 2.00
 5000/M .... 1.60
5 mg. [#154]
 100s ea. .... .50
 1000s ea. .... 2.00
 5000/M .... 1.60
1 mg. [#150]
 100s ea. .... .50
 1000s ea. .... 2.00
 5000/M .... 1.60
5 mg. [#151]
 100s ea. .... .75
 1000s ea. .... 6.00
 5000/M .... 4.80
25 mg. [#177]
 100s ea. .... 1.50
 1000s ea. .... 12.00
 5000/M .... 9.60

**Harvey**
Ampul Vials, in Oil, 1 mg. per c.c.,
 10 c.c. ea. .... .75
 30 c.c. ea. .... 1.50
10 mg./c.c.,
 10 c.c. ea. .... 1.50
50 mg./c.c.,
 30 c.c. ea. .... 3.00
Tablets,
0.5 mg., 1000s ea. .... 1.25
1.0 mg., 1000s ea. .... 1.50
5.0 mg., 1000s ea. .... 2.50
25 mg., 1000s ea. .... 6.00
E.C., 1.0 mg., 1000s ea. .... 2.25
 5.0 mg., 1000s ea. .... 3.50
 25 mg., 1000s ea. .... 6.50

**Hiss Pharmacal**
Tablet,
0.5 mg. [#774]
 1000s ea. .... 1.20
 5000s ea. .... 5.25
 E.C., 1000s ea. .... 1.75
 5000s ea. .... 7.50
1.0 mg. [#775]
 1000s ea. .... 1.35
 5000s ea. .... 5.45
 E.C., 1000s ea. .... 1.85
 5000s ea. .... 7.60
5.0 mg. [#776]
 1000s ea. .... 2.35
 5000s ea. .... 10.95
 E.C., 1000s ea. .... 3.25
 5000s ea. .... 14.95
25 mg. E.C., [#777]
 1000s ea. .... 6.75
 5000s ea. .... 31.25

**Invenex**
In Oil, 25 mg./c.c.,
 10 c.c. vial ea. .... 1.43

**Kirkman**
Tablets,
0.25 mg. [#1639]
 100s ea. .... .30
 1000s ea. .... 1.25
 5000s/1000 .... 1.15
0.50 mg. [#1640]
 100s ea. .... .30
 1000s ea. .... 1.25
 5000s/1000 .... 1.15
1.0 mg. [#1530]
 100s ea. .... .40
 1000s ea. .... 1.40
 5000s/1000 .... 1.25
5.0 mg. [#1602]
 100s ea. .... .60
 1000s ea. .... 3.50
 5000s/1000 .... 3.15
25.0 mg. [#1532]
 100s ea. .... 1.20
 1000s ea. .... 8.25
 5000s/1000 .... 7.75
100.0 mg. [#1683]
 100s ea. .... 3.50
 1000s ea. .... 30.00
 5000s/1000 .... 28.00
E.C.,
0.10 mg. [#1526]
 100s ea. .... .40
 1000s ea. .... 1.45
 5000s/1000 .... 1.15
0.25 mg. [#1527]
 100s ea. .... .40
 1000s ea. .... 1.45
 5000s/1000 .... 1.15
0.50 mg. [#1528]
 100s ea. .... .40
 1000s ea. .... 1.50
 5000s/1000 .... 1.25
1.0 mg. [#1529]
 100s ea. .... .40
 1000s ea. .... 2.00
 5000s/1000 .... 1.60
5.0 mg. [#1531]
 100s ea. .... .70
 1000s ea. .... 4.50
 5000s/1000 .... 3.60
25.0 mg. [#1696]
 100s ea. .... 1.50
 1000s ea. .... 13.50
 5000s/1000 .... 10.60

**Klug Laboratories**
Tablets, E.C.,
5.0 mg., 100s ea. .... 2.79

**Lilly, Eli Co.**
Ampoules in Oil
5 mg., 1 c.c. [#385]
 6s ea. .... 1.25
 25s ea. .... 4.25
 100s ea. .... 14.75
In Ethyl Oleate
25 mg., 1 c.c. [#549]
 6s ea. .... 1.50
Enseals
0.1 mg. [#46]
 100s ea. .... .84
 500s ea. .... 3.90
 1000s ea. .... 7.20
0.25 mg. [#47]
 100s ea. .... .90
 500s ea. .... 4.20
 1000s ea. .... 7.80
0.5 mg. [#48]
 100s ea. .... .96
 500s ea. .... 4.50
 1000s ea. .... 8.40
 5 x 1000s ea. .... 40.00
1 mg. [#49]
 100s ea. .... 1.14
 500s ea. .... 5.40
 1000s ea. .... 10.20
 5000, bulk ea. .... 48.50
5 mg. [#85]
 100s ea. .... 2.43
 500s ea. .... 11.16
 1000s ea. .... 20.94
 5000, bulk ea. .... 99.45
25 mg. [#90]
 100s ea. .... 5.25
 500s ea. .... 25.26
 1000s ea. .... 49.02
Suppositories
0.1 mg. [#14]
 6s ea. .... .90
 50s ea. .... 5.40
0.5 mg. [#15]
 6s ea. .... .99
 50s ea. .... 5.79
Tablets
0.1 mg. [#1646]
 100s ea. .... .78
 1000s ea. .... 5.70
0.25 mg. [#1647]
 100s ea. .... .84
 1000s ea. .... 6.30
0.5 mg. [#1648]
 100s ea. .... .90
 1000s ea. .... 6.90
1 mg. [#1649]
 100s ea. .... 1.08
 500s ea. .... 4.65
 1000s ea. .... 8.70
 5000, bulk ea. .... 36.25
5 mg. [#1685]
 100s ea. .... 2.28
 500s ea. .... 10.41
 1000s ea. .... 19.44
 5000s bulk ea. .... 77.50
25 mg. [#1724]
 25s ea. .... 1.39
 100s ea. .... 5.00
 500s ea. .... 24.50
 1000s ea. .... 47.50

**Massengill, S. E.**
In Oil, N.F.X, 25 mg.,
 Vial, 10 c.c. [#2573] ea. .... 1.00

**Maurry**
In Oil, 5 mg./c.c.,
 30 c.c. ea. .... .99

**Medical Chemicals**
In Sesame Oil,
 Multiple Dose Vials,
 25 mg./c.c., 10 cc. ea. .... .50
 30 cc. ea. .... 1.30
Repository, 25 mg./cc.
 30 cc. ea. .... 1.46
 100 cc. ea. .... 2.52
 250 cc. ea. .... 4.84

**Morton**
In Oil
25 mg./c.c.
 10 c.c. vial ea. .... 1.95
Tablets, E.C.,
 1 mg., Bot., 1000s ea. .... 2.10
 5 mg., Bot., 1000s ea. .... 4.10
 25 mg., Bot., 1000s ea. .... 18.00

**Persen & Covey**
Tablet
5 mg., [#279] 100s ea. .... 1.00
 500s ea. .... 4.80
 1000s ea. .... 9.00
25 mg., [#281] 100s ea. .... 2.80
 500s ea. .... 13.44
 1000s ea. .... 25.20
E.C., 0.5 mg. [#276]
 100s ea. .... .60
 1000s ea. .... 4.80
1.0 mg. [#278] 100s ea. .... .70
 1000s ea. .... 6.00

5 mg., [#280] 100s ea. .... 1.00
 500s ea. .... 4.80
 1000s ea. .... 9.00
25 mg., [#282] 100s ea. .... 2.80
 500s ea. .... 13.44
 1000s ea. .... 25.20

**Quinton Co., Div. Merck & Co.**
Bot. [#63271]
 5 gm./gm. .... .41
 25 gm./gm. ea. .... .34

**Robinson Labs.**
Suppository,
0.1 mg., 12s [#3337] ea. .... 1.20
0.5 mg., 12s [#3351] ea. .... 1.40
1.0 mg., 12s [#3364] ea. .... 1.60
Tablets,
C.T.
0.5 mg., 100s ea. .... .30
 1000s ea. .... 1.20
1.0 mg., 100s ea. .... .35
 1000s ea. .... 1.40
5.0 mg., 100s ea. .... .60
 1000s ea. .... 3.60
25 mg., 100s ea. .... 1.25
 1000s ea. .... 8.25
100 mg., 100s ea. .... 3.50
 1000s ea. .... 30.00
E.C.,
0.5 mg., 100s ea. .... .40
 1000s ea. .... 1.65
1.0 mg., 100s ea. .... .45
 1000s ea. .... 2.00
5.0 mg., 100s ea. .... .70
 1000s ea. .... 4.00
25.0 mg., 100s ea. .... 1.35
 1000s ea. .... 9.25

**Rowell Labs.**
Tablets, E.C.
1.0 mg.,
 100s [#750] ea. .... 1.05
 1000s [#751] ea. .... 4.80
 5000s bulk [#751A] ea. .... 22.50
5.0 mg.
 100s [#755] ea. .... 1.50
 1000s [#756] ea. .... 9.60
 5000s bulk [#756A] ea. .... 45.00
Plain, 25 mg.,
 100s [#760] ea. .... 3.00
 1000s [#761] ea. .... 24.00
 5000s bulk [#761A] ea. .... 117.00

**Sherman**
Tablets
1.0 mg., E.C., [#255]
 100s ea. .... .81
 500s ea. .... 3.15
 1000s ea. .... 6.00
5.0 mg., E.C., [#256]
 100s ea. .... 1.80
 500s ea. .... 7.20
 1000s ea. .... 13.20

**Squibb**
Stilbetin (See Under Trade Name)

**Stayner Corporation**
Tablets, 1 mg.
 100s ea. .... .45
 1000s ea. .... 1.90
E.C., Yellow,
 100s ea. .... .50
 1000s ea. .... 2.40
5 mg.,
 100s ea. .... .75
 1000s ea. .... 3.80
E.C., Red,
 100s ea. .... .90
 1000s ea. .... 4.50
25 mg.,
 100s ea. .... 1.40
 500s ea. .... 4.35
 2 x 500/M .... 8.50
E.C., Orange
 100s ea. .... 1.75
 500s ea. .... 5.25
 2 x 500/M .... 10.00

**Sunland Pharm.**
Oil, 25 mg., vial, 10 c.c. ea. .... 2.15

**Suppositoria Labs.**
Suppositories, 0.1 mg., 12s ea. .... .60
 100s ea. .... 4.20
0.5 mg., 12s ea. .... .80
 100s ea. .... 5.80
1 mg., 12s ea. .... 1.00
 100s ea. .... 7.40

**TMCO**
Inj., Vial
25 mg., 10 cc. ea. .... 2.00
Tablet
1 mg., 1000s ea. .... 3.65
5 mg., 1000s ea. .... 4.00
E.C., 1000s ea. .... 4.95
25 mg., 1000s ea. .... 9.00
E.C., 1000s ea. .... 7.00

**Testagar**
E.C.,
1.0 mg., 1000s ea. .... 4.20
 5000s/M .... 4.00
5.0 mg., 1000s ea. .... 5.20
 5000s/M .... 5.00
25 mg., 1000s ea. .... 10.50
 5000s/M .... 10.20

(Continued Next Page)

PEDIMYCIN by PFEIFFER...medicated powder or creme for athlete's foot

"THE EASY-TO-READ PRICE BOOK"  [#1234] catalog number; ℞, ℞ only; ▲, refrigerate; ●, narcotic; ◆, narcotic (oral ℞ is allowed); ⊙, exempt narcotic; ▣, exempt narcotic (not requiring Records); ⊗, dated products.

| Drug | | Price | Price |
|---|---|---|---|
| **METHYLSTILBESTROL ℞ (Continued)** | | | |
| Tablets, Paulsen & Co. | | | |
| 1 mg., 100s ea. | | | 2.00 |
| 5 mg., 100s ea. | | | .70 |
| 1000s ea. | | | 3.75 |
| 100s ea. | | | 1.25 |
| 1000s ea. | | | 8.25 |
| 25 mg., 100s ea. | | | 2.50 |
| 1000s ea. | | | |
| E.C., 1 mg., 1000s ea. | | | .75 |
| 5 mg., 100s ea. | | | 4.00 |
| 1000s ea. | | | 1.40 |
| 25 mg., 100s ea. | | | 9.00 |
| 1000s ea. | | | |
| Moor Pharm. Co. | | | |
| E.C.T., [#3859] | | | |
| 5 mg., 100s ea. | | | 1.40 |
| 12 x 100 ea. | | | 15.12 |
| **Upjohn** | | | |
| (Prices apply to direct purchase from mfr.) | | | |
| Perles, | | | |
| 0.5 mg. [#185] 100s ea. | | | *.84 |
| 500s ea. | | | *3.54 |
| 1000s [#187] ea. | | | *6.54 |
| 1.0 mg. 100s [#189] ea. | | | *1.02 |
| [#191] 500s ea. | | | *4.41 |
| 1000s ea. | | | *8.28 |
| 5.0 mg., 100s [#193] ea. | | | *2.34 |
| [#194] 500s ea. | | | *9.30 |
| 1000s ea. | | | *16.95 |
| Yasmine | | | |
| Tablets, | | | |
| 1.0 mg., 100s ea. | | | .32 |
| 1000s ea. | | | 1.80 |
| 5.0 mg., 100s ea. | | | .50 |
| 1000s ea. | | | 3.60 |
| E.C., 100s ea. | | | .60 |
| 1000s ea. | | | 4.50 |
| 25.0 mg., 100s ea. | | | 1.20 |
| 1000s ea. | | | 10.56 |
| **Wyeth** | | | |
| Pelestrol (See Under Trade Name) | | | |
| **METHYLSTILBESTROL DIPROPIONATE ℞** | | | |
| Bios Lab. | | | |
| Bot., 10 Gm. ea. | | | 14.00 |
| **Blue Line** | | | |
| Solution | | | |
| 5.0 mg./cc., 10 cc. ea. | | | 2.00 |
| Tablets, 1.0 mg., E.C., | | | |
| 100s ea. | | | 1.25 |
| 1000s ea. | | | 8.50 |
| 5.0 mg., 100s ea. | | | 3.00 |
| 1000s ea. | | | 21.00 |
| **For** | | | |
| Tablets, 0.5 mg., 100s ea. | | | 1.45 |
| 500s ea. | | | 2.65 |
| 1.0 mg., 100s ea. | | | 1.65 |
| 500s ea. | | | 3.65 |
| 5.0 mg., 100s ea. | | | 2.25 |
| 500s ea. | | | 6.75 |
| **DIETMASTER (Drugmaster Inc.)** | | | |
| Capsule, 15s | 3.95 | | 28.80 |
| 30s | 6.49 | | 46.80 |
| Liquid Sweetener, 4 oz. | .69 | | 5.04 |
| **DIETROL (Amer. Hygienic Labs. Inc.)** | | | |
| Capsule, 30s ea. | *1.25 | 2.00 | 1.25 |
| 60s | *2.00 | 3.00 | |
| 90s | *3.00 | 5.50 | |
| **DIETROL ℞ (Southern Drug)** | | | |
| Delaycaps No. 1, 100s ea. | | | 6.00 |
| Delaycaps No. 2, 100s ea. | | | 6.60 |
| **DI-ETTES (Marsed Labs.)** | | | |
| Crystals, 1/5 oz. | *.98 | | 7.20 |
| 1 oz. | *2.50 | | 18.00 |
| **DI-FACTOR (Sutliff & Case)** | | | |
| Tablets, 100s ea. | | | 1.10 |
| 1000s ea. | | | 7.85 |
| **DI-FEN ℞ (Kay Pharm. Co.)** | | | |
| Tabs., 100s ea. | | | 1.33 |
| 1000s ea. | | | 9.33 |
| **DIFENTOIN ℞ (Veltex)** | | | |
| Capsule, 1½ gr. | | | |
| 100s [#306] ea. | | | .75 |
| 1000s [#306] ea. | | | 5.90 |
| **DIFEREX (Direct)** | | | |
| Tabs., 100s ea. | | | 1.85 |
| 500s ea. | | | 8.00 |
| 1000s ea. | | | 14.50 |
| **DI-FERRIN ℞ (Ulmer Pharmacal Co.)** | | | |
| Vial [#2060] 10 cc. ea. | | | 4.00 |
| 6s ea. | | | 2.92 |
| **DIFOLAGEN (Atlas Pharm. Labs., Inc.)** | | | |
| Multiple Dose Vial, | | | |
| 10 cc. [#115] ea. | | | 1.70 |
| **DI-FUNGI (Johnston, Will)** | | | |
| Powder, 2 oz. | *.95 | | 5.70 |
| **DIFUSO (The Tanglefoot Company)** | | | |
| Insecticide, 12 oz. Aerosol | 1.89 | | |
| Qt. ea. | 2.50 | | |
| Gal. ea. | 8.00 | | |
| **DIGARTRIAL ℞ (Hildebrand)** | | | |
| Tablets, 100s ea. | | | 3.00 |
| **DI-GAS (Chester Chemical Corp.)** | | | |
| Flake, | | | |
| Junior, 2 oz. | .35 | 2.52 | |
| Regular, 4½ oz. | .69 | 4.97 | |
| Spray, 6 oz. | 1.00 | 7.20 | |
| **DIGASTROGEN (Bowman Bros.)** | | | |
| Tablet [#265] 100s ea. | 1.25 | .75 | |
| 1000s ea. | 7.92 | 4.75 | |
| **DIGEEX (Wright, M. A.)** | | | |
| Liquid, 6 oz. | | 1.25 | 10.00 |
| **DI-GENIK ℞ (Savage Laboratories, Inc.)** | | | |
| Liquid, 10 cc. [#100] ea. | | | 2.88 |
| **DIGENTERIC ℞ (Jabert)** | | | |
| Tabs., 100s | | | 15.00 |
| **DIGENZYME (Maurry)** | | | |
| Tablet, 75s ea. | 2.90 | | 1.74 |
| 100s ea. | 3.85 | | 2.31 |
| 1000s ea. | 33.20 | | 19.92 |
| **DI-GERATONE (Direct)** | | | |
| Tablet, 500s ea. | | | 6.50 |
| 1000s ea. | | | 12.00 |
| **DIGESIC ℞ (Moore Kirk Laboratories)** | | | |
| Vials, 30 cc. [#362] ea. | | | 2.10 |
| **DIGESTAIDS (Friendly Laboratories)** | | | |
| Tablet, 25s | *1.25 | | 10.00 |
| 100s | *3.00 | | 24.00 |
| **DIGESTA-LAX (Fibertone Co.)** | | | |
| Tablet, 50s ea. | | | .80 |
| 100s ea. | | | 1.00 |
| 250s ea. | | | 3.25 |
| 500s ea. | | | 6.00 |
| 1000s ea. | | | 11.00 |
| **DIGESTALIN (Chicago Pharmacal Co.)** | | | |
| Tablets, [#X669] 100s ea. | | | .75 |
| 1000s ea. | | | 5.00 |
| **DIGESTAMIC ℞ (Metro Med.)** | | | |
| Liquid, 8 oz. ea. | | | 4.00 |
| Gal. ea. | | | 45.00 |
| Tabs., 50s ea. | | | 3.75 |
| 500s ea. | | | 33.75 |
| **DIGESTANS (Moore Kirk Laboratories)** | | | |
| Elixir, [#E-20] 4 oz. ea. | 1.20 | | .72 |
| Pt. ea. | 2.50 | | 1.50 |
| **DIGESTANT (Canright Corp.)** | | | |
| Tablets, 100s ea. | *5.50 | | 3.30 |
| 1000s ea. | *49.50 | | 29.70 |
| **DIGESTANT-M (Fibertone Co.)** | | | |
| Tabs., 50s ea. | | | .60 |
| 100s ea. | | | 1.00 |
| 250s ea. | | | 2.35 |
| 500s ea. | | | 4.50 |
| 1000s ea. | | | 8.50 |
| **DIGESTESE (Amer. Hygenic Labs. Inc.)** | | | |
| Tablet, 20s | *1.00 | | 6.00 |
| **DIGESTEX ℞ (Pasadena Research Labs., Inc.)** | | | |
| Tablet, 100s [#294] ea. | | | 2.85 |
| **DIGESTIN (Robinson)** | | | |
| Tablets, C.T., 100s ea. | | | .50 |
| 1000s ea. | | | 3.20 |
| **DI-GEST-IT (Medical Laboratories)** | | | |
| 4 oz. bot. 75 cc. | | | 6.00 |
| **DIGESTIVE COMPOUND** | | | |
| Elder, Paul B. | | | |
| Aromatic Tablet [#135] | | | |
| 100s ea. | | | .80 |
| 1000s ea. | | | 4.15 |
| **DIGESTIVEL (Corvit Pharm.)** | | | |
| Tablets [#507] 100s ea. | | | .70 |
| 1000s ea. | | | 6.00 |
| **DIGESTO REX (Rex Pharmaceutical Labs.)** | | | |
| Tablet, 100s ea. | 2.39 | | 1.50 |
| 1000s ea. | | | 12.50 |
| **DIGESTOSAL (Purepac)** | | | |
| Powder, 2 oz. [#227] | *.53 | .55 | 3.35 |
| 5 oz. [#228] | *.95 | 1.00 | 6.50 |
| **DIGESTOZYME ℞ (Richlyn Labs. Inc.)** | | | |
| Tablet, 1000s [#3250] ea. | | | 13.70 |
| **DIGESTULES ℞ (Caldwell & Bloor Company)** | | | |
| Timekaps, 1000s [#2385] ea. | | | 15.86 |
| **DIGEX (Celano)** | | | |
| 4 oz. | | 1.00 | 7.20 |
| **DIGICARDALLS ℞** | | | |
| (Lloyd, Dabney & Westerfield) | | | |
| Tablet, 100s ea. | | | .85 |
| **DIGIFOLIN ℞ (Ciba)** | | | |
| Ampuls, 2 ml. | | | |
| 5s ea. | | | 1.10 |
| 20s ea. | | | 3.75 |
| Oral Solution | | | |
| 1 fl. oz. bot. ea. | | | 1.20 |
| Tablets, 1½ gr. | | | |
| 50s ea. | | | 1.20 |
| 500s ea. | | | 8.50 |
| **DIGIFORTIS ℞ (Parke, Davis)** | | | |
| (Prices apply to direct purchase from mfr.) | | | |
| Ampoules, ▲ 1 c.c. | | | |
| 10s [#3-173-10] | | | |
| Ea. | | | *2.46 |
| Kapseals, | | | |
| 100s [#15-351-4] | | | |
| Ea. | | | *1.29 |
| 500s [#15-351-8] | | | |
| Ea. | | | *5.10 |
| 5000s [#15-351-13] | | | |
| Ea. | | | *39.90 |
| Tablets, | | | |
| 50s [#25-687-50] | | | |
| Ea. | | | *.63 |
| 1000s [#25-687-11] | | | |
| Ea. | | | *7.98 |
| **DIGIGLUSIN ℞ (Lilly, Eli)** | | | |
| Ampoules, 1 cc. [#220] | | | |
| 6s ea. | | | 1.47 |
| Tablets, | | | 15.60 |
| 1 U.S.P., digitalis unit | | | |
| 100s [#1581] | | | |
| Ea. | | | .99 |
| S.C. [#660] | | | |
| 100s ea. | | | 1.17 |
| 500s ea. | | | 4.20 |
| 5000s bulk ea. | | | 36.12 |

## DIGITALINE NATIVELLE®
### The original Digitoxin

**Action and Advantages:** The major pharmacologic action of Digitaline Nativelle is directly on the myocardium. It increases force of systolic contraction. Digitaline Nativelle exerts the full action of digitalis, but is completely and rapidly absorbed.

**Indications:** Digitaline Nativelle is indicated in the treatment of congestive heart failure, auricular fibrillation, auricular flutter, and paroxysmal supraventricular tachycardia.

**Administration and Dosage:** Average digitalizing dose: 0.6 mg. initially, followed by 0.2 or 0.4 mg. every three hours until patient is digitalized; total average digitalizing dose is 1.2 mg. Average maintenance dose: 0.1 mg. daily. All dose forms are interchangeable on a drug weight basis.

**Side Effects:** As with all digitalis preparations, overdosage of Digitaline Nativelle may produce side effects including:

*Systemic Effects:* Anorexia, nausea, vomiting, diarrhea, malaise, mental depression, blurred vision.

*Conduction Abnormalities:* Prolonged P-R intervals, partial or complete heart block.

*Cardiac Muscle Irritability Effects:* Premature contractions, ventricular tachycardia.

Most toxic effects subside within a day or two after discontinuing the drug, but some, such as complete heart block, may persist for 2 to 3 weeks.

**Precautions:** Digitaline Nativelle should be used with caution in presence of conduction abnormalities such as complete heart block; muscle irritability such as ventricular tachycardia; and marked electrolyte imbalance.

**Contraindications:** Sinus tachycardia due to peripheral circulatory failure, acute infection, shock, heart tamponade—except where clear evidence of congestive failure, either actual or imminent, is present.

**How Supplied:** See product listing.

**E. FOUGERA & CO., INC.**
Hicksville, L. I., N. Y.

*For prices and sizes see next column*

**DIGILANID ℞ (Sandoz Pharmaceuticals Div.)**
Tablet, 100s ea. .... 1.00
1000s ea. .... 15.00

| Drug | Price | Price |
|---|---|---|
| **DIGILANID** | | |
| Bios Labs. | | |
| Bot., 100 mg. ea. | | 14.00 |
| **DIGISINE (Century Pharmacal Co.)** | | |
| Liquid, 1 oz. ea. | 5.00 | 3.50 |
| **DIGITALINE NATIVELLE ℞ ▲ (Fougera & Co.)** | | |
| Solution Intrav., 0.2 mg./c.c. | | |
| 1 c.c., 6s ea. | | 1.50 |
| 50s ea. | | 8.80 |
| 2 c.c., 6s ea. | | 2.00 |
| 50s ea. | | 13.75 |
| Intram., 0.2 mg./c.c. | | |
| 1 c.c., 6s ea. | | 1.50 |
| 50s ea. | | 8.80 |
| 2 c.c., 6s ea. | | 2.00 |
| 50s ea. | | 13.75 |
| Oral, 1:1000 | | |
| 10 c.c. bot. ea. | | 1.50 |
| Tablets, 0.1 mg., 40s ea. | | .80 |
| 100s ea. | | 1.84 |
| 250s ea. | | 4.50 |
| 1000s ea. | | 13.50 |
| 0.15 mg., 40s ea. | | .90 |
| 250s ea. | | 5.00 |
| 0.2 mg., 40s ea. | | 1.00 |
| 100s ea. | | 2.34 |
| 250s ea. | | 5.50 |
| 1000s ea. | | 16.50 |
| **DIGITALIS ℞** | | |
| American Quinine | | |
| Tabs., 0.1 gm., 1000s ea. | | 1.70 |
| Buffalo Pharmaceutical Supply Corp. | | |
| Tablet, | | |
| C.T., 1½ gr., 1000s ea. | | 1.50 |
| 5000s ea. | | 7.00 |
| E.C., 1½ gr., 1000s ea. | | 2.75 |
| 5000s ea. | | 11.50 |
| Burroughs Wellcome | | |
| Tabloid Brand Leaf | | |
| Tablets, 1½ gr., 100s | | 8.28 |
| 1000s ea. | | 4.56 |
| Ciba | | |
| Digifolin (See Under Trade Name) | | |
| Corvit Pharmaceuticals | | |
| Tablet, 1½ gr. [#510] | | |
| 100s ea. | | .23 |
| 1000s ea. | | 2.00 |
| Cowley | | |
| Tablets, 1½ gr. | | |
| 1000s ea. | | 1.80 |
| E.C., 1000s ea. | | 3.00 |
| Davies Rose | | |
| Pills, 0.1 Gm., 35s | | 6.00 |
| 60 mg., 50s | | 7.20 |
| 50 mg., 65s | | 7.80 |
| 30 mg., 100s | | 8.40 |
| Elder | | |
| Capsules [#309] 100s ea. | | 1.45 |
| 1000s ea. | | 8.55 |
| First Texas | | |
| Tincture, ¼ pt. ea. | | .95 |
| Pt. ea. | | 3.24 |
| Harvey | | |
| Tablets, 1½ gr. | | |
| 1000s ea. | | 2.25 |
| E.C., 1000s ea. | | 3.20 |
| Haskell | | |
| Tablets 1½ grs. | | |
| 100s ea. | | 1.00 |
| 500s ea. | | 4.50 |
| 1000s ea. | | 8.00 |
| 5000s ea. | | 36.00 |
| Hiss Pharmacal | | |
| Tablet, 1½ gr., [#731] | | |
| 1000s ea. | | 2.10 |
| 5000s ea. | | 9.75 |
| E.C., 1½ gr., [#950] | | |
| 1000s ea. | | 3.20 |
| 5000s ea. | | 14.75 |
| Lederle Laboratories | | |
| Tablets, 1 Unit | | |
| 1½ gr. | | |
| 100s [#4472-23] | | |
| Ea. | | .64 |
| 1000s [#4472-34] | | |
| Ea. | | 2.50 |
| 5000s [#4472-37] | | |
| Ea. | | 11.76 |
| Lilly, Eli Co. | | |
| Pulvules, Leaves | | |
| 1½ gr., [#220] | | |
| 100s ea. | | .75 |
| 1000s ea. | | 6.12 |
| 5000s bulk ea. | | 25.50 |
| Tinct. [#36] | | |
| ¼ pt. ea. | | .81 |
| 1 pt. ea. | | 2.76 |
| Digiglusin (See Under Trade Name) | | |
| Mallard | | |
| Digi-Test (See Under Trade Name) | | |
| Massengill, S. E. | | |
| Leaves, N.F. 1½ gr., | | |
| Capsule, | | |
| 1000s [#2618] ea. | | 8.70 |
| McNeil Labs. | | |
| (See catalog under McNeil Labs.) | | |
| Duo-test Caps. | | |
| 1½ gr., 1000s ea. | | 17.55 |
| Duo-test Tabs. S.C. | | |
| 1½ gr., 1000s ea. | | 12.60 |
| 5000s ea. | | 59.50 |

*(Continued Next Page)*

SQUIBB detailing + SQUIBB promotion = Rx Dept. Profits