# EXHIBIT 5

B1138530.1

```
00001
 1              VOLUME I
 2            PAGES 1 - 27
 3            EXHIBITS - 1
 4      In the United States District Court
 5      For the District of Massachusetts
 6   ----------------------------
 7 MEREDITH SHUMAN CASALE and
 8 DOUGLAS CASALE,
 9          Plaintiffs     Civil Action
10 v.              No. 03-CV-11833
11 ELI LILLY AND COMPANY,
12          Defendant
13   ----------------------------
14
15     DEPOSITION of ROBERT S. ANDERSON
16     Thursday, February 5, 2004
17     14 Fairview Street
18     Needham, Massachusetts
19     10:00 a.m.
20
21
22
23
24     ----------- CAROL A. CARUSO, CSR -----------
```

**Anderson, Robert S. (2/5/04)**            **Page 1**

```
00004
 1               PROCEEDINGS
 2        (Document was marked Exhibit No. 1 for
 3 identification.)
 4        (ROBERT S. ANDERSON, having been sworn
 5 to testify truthfully, responded in answer to Direct
 6 Examination by MR. DILLON:)
 7            DIRECT EXAMINATION
 8   Q. Mr. Anderson, will you state your full name,
 9 please?
10   A. Robert S., as in Stephen, S-T-E-P-H-E-N,
11 Anderson.
12   Q. Where do you live Mr. Anderson?
13   A. At 14 Fairview Road in Needham, Norfolk
14 County, Massachusetts.
15   Q. Mr. Anderson, are you currently employed?
16   A. No, I have just retired.
17   Q. And what did you retire from?
18   A. I retired from the Veteran's Administration
19 where I worked from '82 to 2002.
20   Q. In what capacity did you work at the
21 Veteran's Administration?
22   A. As a pharmacist.
23   Q. How long have you been a pharmacist,
24 Mr. Anderson?
```

**Anderson, Robert S. (2/5/04)**                                      **Page 4**

```
00005
 1   A. Since 1955.
 2   Q. And Mr. Anderson, at some point did you work
 3  at the Garb Drugstore in Newton Centre?
 4   A. From July of 1954 until I started at the
 5  V.A. in '82.
 6   Q. And all that time were you at the store?
 7   A. I'm sorry, that Garb in Newton Centre, three
 8  years prior to my leaving, they became a chain, and
 9  I worked in their store up in Sudbury.
10   Q. So that would be in about 1979 or so, is
11  that right?
12   A. Yes.
13   Q. Did you work in the Newton Centre Garb in
14  1969 and 1970?
15   A. I did.
16   Q. Now Mr. Anderson, we are here at your house
17  to ask you some questions about diethylstilbestrol,
18  or DES, and let me ask you first if you have had
19  your deposition taken before in any other cases
20  involving DES?
21   A. Yes, seven years ago.
22   Q. And that deposition was in the case called
23  Fleming, I believe, is that right?
24   A. That's correct.
```

00015
1  it available, it would depend on the pharmacist.
2    Q. Do you recall the physical description of 25
3  milligram tablets of Lilly DES?
4    A. I can't recall the score on it, whether it
5  was scored in half or scored in quarters, I can't
6  recall.
7    Q. Can you recall the physical description of
8  any other brand of 25 milligram DES?
9    A. As I remember, the generic was scored in
10 quarters.
11   Q. The generic was?
12   A. I think so.
13   Q. Did you carry 25 milligram DES in whatever
14 brand in the form of a white tablet that was scored
15 in quarters?
16   A. Yes.
17   Q. If a customer had been taking DES for a
18 relatively long period of time through a pregnancy
19 and had been receiving the Lilly brand say for
20 several weeks or months and the dosage strength
21 changed, would you tend to stay with the brand that
22 the person had previously been taking or would you
23 switch?
24   A. Well, we would have a new prescription, if

**Anderson, Robert S. (2/5/04)**                                    **Page 15**

00019
1  1970?
2    A. Oh, yes.
3        MS. STANFORD: Okay. I think those are
4  all the questions I have.
5        MR. DILLON: Now I have some follow-up
6  questions.
7        MS. STANFORD: That's what happens with
8  this business.
9        REDIRECT EXAMINATION
10   Q. (By Mr. Dillon) Mr. Anderson, you were
11  talking about the generic 25 milligram that Garb
12  carried, do you remember the name of the generic
13  that it carried?
14   A. Mr. Garb bought the generics, I did not, so
15  I know we carried a brand distributed by Marsh
16  Parker.
17   Q. And Marsh Parker was a wholesaler, is that
18  right, or was it a company?
19   A. It was a company, I think they were in
20  Chelsea.
21   Q. And you just mentioned that Mr. Garb
22  purchased the generics. He made some of the
23  ordering for drugs, is that correct?
24   A. That's correct.