# EXHIBIT 6

B1138530.1

JAMA, Dec 22, 196:

# Description of the Identification Guide

*John J. Hefferren, PhD, Chicago*

THE NEED to identify an unknown tablet or capsule may occur in many situations, varying from the emergency treatment of a poisoning in a hospital receiving room to the detailed study of the cause of death in a coroner's laboratory. In the emergency situation, the time factor, together with limited quantities of the unknown drug product, make identification difficult and often impossible. Even when the quantity of drug sample and the time factor are favorable, the identification can be a long and difficult task for a laboratory staff skilled in drug identification and possessing extensive physical and chemical information on available drugs.

During the time I worked at the AMA Chemical Laboratory, the development of an identification guide based on the physical characteristics of tablets and capsules, such as shape, color, and size, was undertaken as a possible aid in drug identification. It is hoped that such a guide would act as a screening mechanism to reduce the number of possible identities of an unknown drug product. This reduction in the number of possible identities would make it feasible to achieve positive identification with relatively few laboratory tests. After the screening procedure of the guide, further information could be obtained from simple characteristics, such as taste and odor, eg, for saccharin- and thiamine-containing products. In the instance of a poisoning, the symptoms of the patient, together with the screening of the identities of the causative agents to a relatively few, may be adequate to initiate supportive, if not specific, therapy as a prelude to rapid laboratory confirmation. Such a situation may arise when a suspected barbiturate poisoning occurs, and a possible identity of the unknown drug product is made from the listing in the guide of barbiturate-containing products.

## Pilot Studies

When initial studies with relatively small numbers of drug samples in tablet and capsule form were encouraging, pilot studies were enlarged to include 500 tablets and capsules. These samples were obtained from the drug files at the American Medical Association, from physicians' samples, and from local drugstores. These drug products were not selected according to any use-frequency statistics but were selected on the basis of a representative cross section of the physical characteristics of the tablets and capsules commercially available.

From the experience gained in examining these 500 products, a tablet and capsule dosage-form identification guide was developed. This guide was designed to help in identifying an unknown by selecting appropriate characteristics for the unknown tablet or capsule from the series of categories of physical characteristics. This process of selection would result in the elimination of many individual drug preparations and in the eventual restriction of the remaining possible identities to a relatively few products.

After these pilot studies with the 500 products were successfully completed, the guide was discussed in detail with representatives of various agencies and with specialty groups to determine the feasibility and need for such a guide in their particular areas. These included physicians, personnel in emergency receiving rooms, toxicologists, pharmacists, and medical examiners as well as representatives of government agencies, of poison control centers, of pharmaceutical industry, and of law enforcement agencies.

In all of these areas, there is a problem of drug identification. In each of these groups, the magnitude and frequency of the problem as well as the staff and available equipment varied, but there was a general consensus that such a system would be very valuable in their work. With the success of the pilot studies and the established need and usefulness of the identification guide, the extensive task was begun of gathering and describing the drugs in tablet and capsule form that are on the market.

## Solid Dosage Identification System

The dosage identification guide (Fig 1) was constructed to accommodate all of the individual tablet and capsule preparations then on the market as well as new preparations.[1] The three main categories of the guide are tablets, soft gelatin capsules, and hard gelatin capsules. In each of these three categories is listed a number of terms to describe the individual product characteristics under such headings as coating, shape, type of contents, coloring, markings, scoring, and size. The code number assigned to each product included in the identification guide is composed of the number of the term under each category which best describes the product (Fig 6, 7, and 8).

Director, Division of Chemistry, Council on Dental Therapeutics, American Dental Association.



Fig 1.—Dosage identification guide.

When the data on the physical characteristics of tablets and capsules were tabulated each of these terms under each category was assigned a number, indicating the position of the term within that category. The three main types of dosage forms were designated: tablets-1, soft gelatin capsules-2, and hard gelatin capsules-3. Thus, a code number of 11341-11111 for a particular drug product would indicate the following physical characteristics: *main type*—tablet (1); *coating*—uncoated (1); *top view*—round (3); *side view*—flat without bevel (4); *type of coloring*—solid (1); *outside color*—white (1); *markings*—unmarked (1); *number of inside colors*—single (1); *inside color*—white (1); and *scoring*—unscored (1). A tablet with these characteristics could be a typical one-eighth-grain saccharin tablet.

The numerical reference system within and between each category is basic to the identification guide and will be used in subsequent descriptions and discussions. This system has facilitated tabulation of the physical characteristics in data processing systems.

Throughout the various categories of the guide, especially those involving color and markings, there are a number of arbitrary rules for selecting the appropriate term under each category. These rules are described in detail in the following sections. It is important that these rules be carefully followed because, unless the proper characteristics are selected to achieve the code number designation, it will not be possible to correctly utilize the guide.[2]

*Shapes.*—The shapes utilized in the guide to define the physical characteristics of tablets and capsules are illustrated in Fig 2. The outline of the shape indicated by the top view does not differ for uncoated and coated tablets. Differences due to the method of manufacture of these tablets do occur in the side view shapes. Both film coated and sugar coated tablets are prepared by coating an uncoated tablet which then acts as a core of the coated tablet. Since the film coated tablet has a very thin coating, the general shape of the uncoated tablet core is retained. In many such cases, the markings or scoring on the tablet core are designed to be visible through the finished film coating. The coating on the sugar coated tablet is applied in several coating steps. This procedure, involving tumbling the tablet cores in revolving drums, causes all of the ridges of the uncoated tablet core to be rounded. Since cores with side view shapes 1 to 4 (Fig 2B) will be rounded into the biconvex shape by this coating process, most sugar coated tablets are biconvex.

In this particular issue of the guide, tablets which are uncoated but have a core have been grouped with the sugar coated tablets. The inside or core color of these tablets refers to the core only, in spite of the depth of a pressed-powder



Fig 2.—Common tablet and capsule shapes.

(uncoated) outside layer or coating. The uncoated tablets grouped with the sugar coated tablets can be recognized by the fact that these tablets will have three discrete measurements. All sugar coated tablet shapes, with the exception of a spherical tablet, have just two discrete measurements.

Some sugar coated tablets are quite similar to soft gelatin capsules. The essential differences are that the soft gelatin capsule has a seam at the point of closure of the two halves (Fig 2D), and the contents can be liquid, paste, or powder. The sugar coated tablet will not have a seam and will have a compressed or solid-like core.

Since the end views of all soft and hard gelatin capsules are essentially round in shape, the side view category for the capsules was eliminated and a transparency category was substituted (Fig 1). This physical characteristic refers to the capsulating material rather than the intact capsule. It is sometimes difficult to determine the type of contents or the transparency, or both, of a particular intact soft or hard gelatin capsule. Thus, it may be necessary to come back to these categories after the other outside characteristics such as color, size, and markings have been determined. The opaque-clear term in the transparency category has been included to describe a capsule with an opaque top half and a clear bottom half, or vice versa.

*Outside Coloring.*—Uncoated tablets are pre-

pared by compressing in a die a mixture of tableting ingredients such as binders, lubricants, disintegrating agents, etc with the active ingredient. Since most of these tableting ingredients are white or near white, the final color of such a tablet will depend upon the color of the drug. For example, riboflavin tablets would normally be orange in color since riboflavin itself is a deep orange. In most cases, however, the tablet color is due to the addition of a dye to the tableting mixture before compression of the tablet. The final tablet color will depend on the uniformity in the mixing procedures. In the *type of coloring* category, an uncoated tablet will be termed *solid* when a single dye is used in the white tableting mix. Thus, all of the individual variations due to the degree of homogeneity of the dye in the tablet mixture will be purposely avoided, and all such products will be termed *type of coloring—solid*.

The *speckled* term of the *type of coloring* category is reserved for specific instances in which multiple dyes and purposeful heterogeneous coloring are present. Examples of uncoated, speckled tablets are the multicolored Spacetabs of Sandoz. In general, the *mottled* term of the *type of coloring* category has been abandoned, and tablets initially described by that term were transferred either to those tablets classified as *type of coloring—solid* or *speckled*.

A laminated tablet consists of two or more different colored tableting mixes compressed into one tablet. Such a tablet would have a top and a bottom of different colors such as the green- and yellow-colored Zactirin tablets of Wyeth.

With soft and hard gelatin capsules, the outside color equivalent to the *type of color* category for tablets has been designated simply as the *number of outside colors—single or multiple*. The same information is obtained indirectly by describing the *type of coloring* of a tablet. When a tablet or capsule has more than one color, only one color term is selected. This selection is based on the arbitrary decision to always select the term with the lowest number in the particular category (Fig 6, 7, and 8). For example, an unmarked soft gelatin capsule with one half colored white and the other half red would be designated *number of outside colors*—multiple (2) and *outside color*—white (1) because white has a lower outside color number, 1 vs 5 as indicated on the coding card for soft gelatin capsules. In most cases, however, there will be some characteristic of the dosage form which determines the selection of both the *inside* and *outside color terms*.

The coding color of an unmarked and unscored laminated tablet will follow the usual lowest number rule. If one side of the tablet is marked (with a firm name, symbol, etc), the color of that side takes precedence over the lowest number rule. If both sides are marked, eg, firm name on one side and symbol on the other, the color of the side with the firm name is the code color because within the *markings* categories, as shown on the tablet code card, the term *firm name* (2) has a lower number than symbol (4). Similarly, the scored side takes preference over the side with no marking or scoring.

When soft gelatin capsules have multiple outside colors, the coding color will be that color on which a marking of any type appears. If there is no marking, the color with the lowest number will be used as the coding color.

The color of the cap of the hard gelatin capsule is used to determine the initial *outside color* category. For example, a capsule of Darvon Compound of Eli Lilly has a gray cap and pink-colored body, so the *outside color* category term would be gray.

*Inside Coloring.*—Although all sugar coated and film coated tablets necessarily have cores, until recently this was true of very few uncoated tablets. New tableting processes have made it possible to manufacture uncoated core-type tablets for many special purposes such as those designed for release in the intestine (enteric coated) or for sustained release. The depth of the outside layer of a compressed powder, core-type tablet may be significantly greater than the comparable sugar or film coated tablet. With these core-type uncoated tablets, the terms selected for the *number of inside colors* and *inside color* categories are determined by the characteristics of the core.

The same general principle applies to film coated and sugar coated tablets. Sugar coated tablets will frequently have numerous subcoats of different types of material. Although each type of subcoating layer may have a different color or shade of the same color, the colors of these layers are not included in the *inside color* category. The *number of inside colors* is restricted to the colors of the core proper, which is usually an uncoated tablet or a compressed wax-like core.

With soft and hard gelatin capsules, the *number of inside colors* and the *inside color* categories refer to the contents within the gelatin-capsulating material. When the significantly greater portion of the capsule contents or tablet core is one color, this predominant color is the code color. With hard gelatin capsules containing pellets, it is usually difficult to determine the predominant color; thus, the color of the pellet which has the lowest code number is the *inside color*.

*Selection and Description of Color.*—The color of a tablet or capsule containing a drug, like the color of any product, is extremely useful in differentiating the product of one manufacturer from that of another or for differentiating the various products of the same manufacturer. It is, however, extremely difficult to describe or define the color of a particular sample so that another individual will be able to differentiate the described color from

other similar colors. In the identification guide, the color of a particular drug product is first defined in terms of ten broad color terms. Soft and hard gelatin capsules have an 11th term, colorless, to describe the gelatin-capsulating material to which no dye has been added. In some cases, this gelatin-capsulating material without added dye may be a very light yellow.

It is recognized that the decision as to which of the 10 or 11 color terms best describes a particular product may be difficult. However, in almost all situations, the particular product could be described by 2 or at the very most 3 of the 10 or 11 terms. When it is difficult to decide whether a particular product is, for example, green or blue, the product will be listed under both colors in the guide.

After this preliminary description of the inside and outside colors, the outside color of the product will be described in terms of 60 reference colors (plus black which is not illustrated) as shown in the Drug Identification Guide Standard Color Chart. These colors have been selected on the basis of the dyes available to the pharmaceutical industry for the coloration of pharmaceutical products. The particular dye combinations used in the preparation of these reference colors have been formulated to minimize the effect of lighting on comparisons of the reference and product colors.

The original selection of 60 color chips was made by Mr. Carl Foss. The 60 colors reproduced in the Drug Identification Guide Standard Color Chart were deposited by a special process using nitrocellulose lacquers to duplicate as nearly as possible the original colors selected by Mr. Foss.

Each of the 60 colors in the color chart is described by an arbitrary code number and by one of the ten broad color terms used initially to describe the inside and outside colors of tablets and capsules. This designation of the ten color terms can be used as an aid in deciding which one of the ten color terms best describes the color of a given dosage form, for this same procedure has been used by the individual who coded the products for the identification guide. Ordinarily this reference to a specific color is not necessary, but it may be useful.

*Markings.*—Many products will be imprinted with more than one type of marking listed in the *type of marking* category of the guide. For example, many tablets will have a firm name or an initial and a symbol. The application of the usual lowest number rule to such circumstances would mean that the firm-symbol and initial-symbol combinations would be termed *type of marking* (2) and (3), respectively. In this issue of the guide it was decided that the presence of a symbol would take precedence over all other markings. Thus, both of these markings, which have a symbol and something else, would be termed *type of marking* (4) referring to the presence of a symbol.

As a convenience, all the markings (imprints) of products coded have been catalogued according to the system of Widdifield and co-workers in the Guide to Symbols and Imprints. This catalogue is independent of the basic code number which was assigned to the particular product by the selection of the appropriate descriptive terms from the identification guide. Thus, it is much like the set of color chips which, as an adjunct to the guide, is used to describe more accurately the color of a particular product.

*Size Measurements.*—All measurements of tablets and soft gelatin capsules were made with a vernier calipers reading to 0.1 mm. For uncoated tablets, three dimensions in decreasing order are recorded in the guide. These dimensions are usually the diameter, total thickness, and thickness at the bevel, respectively. With certain tablets such as those with oblong shapes (Fig 1), there are four measurements recorded on the cards in our files; however, only the largest three of these appear in the guide. Sugar coated tablets and soft gelatin capsules normally have two discrete measurements. The exceptions are the spherical tablets and capsules which have only one discrete measurement. The uncoated tablets which have a core and have temporarily been grouped with the sugar coated tablets in the guide will have three discrete dimensions. In this way, these tablets (core, three dimensions given) can be differentiated from the sugar coated tablets (two dimensions given) in the same listing.

The size of a hard gelatin capsule was determined by comparison to a chart of standard capsule sizes (Fig 9). These capsule sizes are accepted throughout the pharmaceutical industry and represent the most convenient way to describe the size of a hard gelatin capsule. If a calipers or metric ruler is not available, a metric scale is illustrated in Figure 10.

### Use of the Guide

To illustrate the use of the guide and the coding procedure, there are illustrated in Figures 6, 7, and 8 the application of the system to three specific products. The top of each figure illustrates the selection of the appropriate term from each category which best describes the sample. This selection is followed by the dimensions of the sample and the number of the color reference from the 60 colors (plus black) which provides the best color match. The marking (imprint) on the tablet refers to the marking index system described in the Guide to Symbols and Imprints. The letter-number designation for each firm is that utilized by the *Red Book* and is given in the accompanying list of Manufacturers.

On the bottom half of each figure is the coding

card used to describe this product. This card again points out the importance of the code on the top line of the card. It is this number which provides an entry to the list of tabulated physical characteristics (Table 1).

Table 1.—Tabulation of Physical Characteristics

The entries in tabulated list of physical characteristics for Tridal (Fig 6), Dilantin in Oil (Fig 7), and Co-Pyronil (Fig 8) appear as follows:

| Trade Name | Dosage | Firm | Size, Mm | Color | IMP |
|---|---|---|---|---|---|
| 11821-14111 Tridal | .. | LA 34 | 9.6, 3.9, 2.0 | 11 | BC-7 |
| 22111-0111 Dilantin in Oil | 100.0 | PA 47K | 11.4, 7.0 | 5 | .. |
| 22212-81118 Co-Pyronil | .. | LI 27 | 3 | 36 | .. |

The dosage is given in milligrams. The firm is identified by the code reference of the Red Book. (See list, Manufacturers.) The outside color or other color selected by the procedures of the guide is defined in terms of the color reference chip which provides the best available color match. The last column indicates the code reference to the specific markings of the product (Abbreviations used in the Tabulation).

The table in Figure 6 illustrates the use of the guide. To properly code this tablet product, it is necessary to select from each of the 11 categories of the tablet division of the guide (Fig 6) the terms which best describe this tablet. In this case, these terms would be *coating*—uncoated, *top view*—round, *side view*—biconvex, *type of coloring*—solid, *outside color*—white, *markings*—initials, *number of inside colors*—single, *inside color*—white (no core), *scoring*—unscored, *dimensions*—diameter 9.6 mm, total thickness 3.9 mm, bevel thickness 2.0 mm, and *color notation*—white.

The use of the guide is further illustrated in the identification of the second and more difficult ex-



Fig 3.—Two sample tablets.



Fig 4.—Breakdown of 2,171 products.

ample shown at the right in Figure 3. In the previously selected example, the tablet was distinctively marked, making the probability of a complete duplication of its physical characteristics small and thus making tentative identification by the guide relatively simple. The tablet on the right in Figure 3 illustrates the use of the guide in the most difficult area of identification. The tablets in Figure 3 have the same physical characteristics except that the one on the right has no markings and is 0.2 mm thicker. The problem of identifying such an unmarked tablet under normal circumstances would be very difficult. Assuming that this product has been coded into the identification guide and is now one of the 2,171 products listed in the guide at the time the flow chart was prepared, it is possible to demonstrate the ability of the guide to separate the various coded products on the basis of their physical characteristics. Figure 4 is an abbreviated flow chart showing the flow of the sample (an uncoated, round, biconvex, solid colored, white, unmarked, and unscored tablet) through the categories of the scheme, which progressively decreases the number of possibilities from 1 of 2,171 down to 1 of 150. In this flow chart, some of the categories of Figure 1 such as *inside color* have been left out of the drawing, since they do not apply to the particular example.

At this point, 2,021 of the 2,171 possibilities have been eliminated, and any further narrowing of the possibilities has to be achieved by using the dimensions and more exact color notations. In Table 2, there are listed the 12 uncoated, round, bicon-

1152   IDENTIFICATION GUIDE—HEFFERREN   JAMA, Dec 22, 1962

Table 2.—Tablets Among the 2,171 Products with Identical Physical Characteristics and Similar Dimensions to the Unmarked Tablet in Figure 3

| A | B | C | Drug |
|---|---|---|---|
| 10.3 | 4.0 | 1.3 | |
| 9.7 | 6.0 | 4.1 | Acetylsalicylic acid, phenacetin, and caffeine citrate preparation |
| 9.7 | 4.5 | 2.9 | Na Carboxymethylcell |
| 9.6 | 5.1 | 2.8 | Phenobarbital |
| 9.6 | 4.7 | 2.7 | Acetylsalicylic acid, phenacetin, and caffeine citrate preparation |
| —9.6 | 4.1 | 2.0 | Nicotinic acid— |
| 9.5 | 6.4 | 3.6 | Aminopyrine |
| 9.5 | 6.0 | 3.5 | Acetophenetidin |
| 9.5 | 6.0 | 3.1 | Acetophenetidin |
| 9.5 | 5.5 | 3.9 | Salol |
| 9.5 | 4.6 | 2.1 | Methenamine |
| 9.5 | 4.0 | 1.4 | Bismuth subnitrate |
| 9.5 | 3.8 | 1.5 | Triple bromides |
| 8.8 | 5.6 | 4.8 | |

A = diameter in millimeters; B = thickness in millimeters; C = thickness less bevel in millimeters.

vex, white, unmarked, and unscored tablets with diameters close to those of the tablet to the right in Figure 3. Careful examination of the dimensions of these tablets indicates that the illustrated sample, marked with a dash, is sufficiently different in size from the other tablets in the group to suggest that it is a good possibility for confirmatory tests. The sets of dimensions at the top and at the bottom of the figure (10.3, 4.0, 1.3 and 8.8, 5.6, 4.8) are those of the next largest and smallest tablet products within this group of 150 products.

The uncoated, round, biconvex, white, unmarked, and unscored tablets such as the one on the right in Figure 3 are the most difficult group of products to identify. This group of tablets is, however, somewhat self-limiting. As the total number of tableted drug products with these physical characteristics (which are included in the guide) increases, the number of individual drugs increases at a much slower rate. Thus, such drugs as analgesics, antacids, barbiturates, and sulfas constitute the majority of the drugs marketed as tablets with these physical characteristics. In addition, the quantity of drug in the tablet determines to some extent the physical size of the tablet. Consequently, the tabulation of the tablets according to physical size in millimeters stratifies the particular types of drugs. These factors help to make the identification of these products easier than might be first anticipated and may also be helpful in the identification of a tablet not now in the guide.

### Comment

The data reported for the dimensions of tablets and capsules are subject to three sources of variation. These are the variation due to manufacture, limitations of the measuring device, and precision of the measurements. The magnitude of these sources of variability will be dependent, in part, on the particular type of tablet or capsule.

Due to its method of manufacture, the size of an uncoated (pressed-powder) tablet is most readily reproduced within the same lot and between lots. The diameter of such a tablet is determined by the diameter of the die used in the compression of the tablet and is usually duplicated to within 0.1 mm. On the other hand, the total thickness is a less accurate dimension because of manufacturing variables such as granulation density and compression pressure. The duplication of this dimension, however, is usually within 0.3 mm, depending to some extent on the size of the tablet. The measurement at the bevel edge is related to and has the same variables as that of the total thickness, plus the added variable due to greater difficulty in obtaining as accurate a reading at the edge of the tablet with a measuring device. Thus, the dimensions of uncoated, pressed-powder tablets in decreasing order of reproducibility are diameter, total thickness, and bevel thickness.

The shape and curvature of the tablet are determined by the die, so that, while granulation and pressure effects may or may not exert an effect on the size, the dimensional relationships will remain. Thus, although it is important to compare the diameter or thickness of two tablets, it is more important to consider the relationship of all the measurements taken as a set, using the diameter as the key dimension.

In Figure 5, there are illustrated three tablets with the same diameter and relatively small thickness differences; however, it is apparent that the shape and size of each are quite different. To a large extent this is due to the difference in curvature of the products. An indication of the degree of curvature of a tablet or a comparison of the curvature of two tablets with the same diameter can be obtained from the two thickness measurements.

With film coated and sugar coated tablets and soft gelatin capsules, there is a wider range of di-



| | A | B | C |
|---|---|---|---|
| A | 9.5 | 4.0 | 1.4 |
| B | 9.5 | 4.1 | 2.0 |
| C | 9.5 | 5.5 | 3.9 |

Fig 5.—Effects of small differences in total and bevel thickness of tablets.

mensional variability than with uncoated tablets because of the very nature of the manufacturing methods. With the exception of film coated tablets, these products do not have a bevel measurement and, as a result, have one less discrete measurement than does the comparably shaped, uncoated tablet. Thus, the measurements of the dimensions of film and sugar coated tablets and soft gelatin capsules are somewhat less definitive than are those of an uncoated tablet; however, this is somewhat offset by the many colors and types of contents which these products usually have.

It should be recognized that the dyes used in coloring tablets and capsules, as well as a colored drug which may be responsible for the final product color, will undergo color changes depending on exposure to light, heat, and atmospheric conditions. Generally, these color changes are not significant for those drug products at the time of dispensing. The drug products subsequent to dispensing may be stored under somewhat less than ideal conditions and may be handled by the user. Thus, sugar coated tablets which normally have a high gloss may be dull due to handling, or a soft gelatin capsule may be misshapen due to storage in a hot place.

### Extensions of the Identification Guide

The physical characteristics and terminology (Fig 1) are the result of many discussions and compromises which were made to make the guide as useful as possible to a number of groups with different interests, training, and facilities. The physical characteristics of tablets and capsules utilized for identification are well defined and have been measured with a relatively high degree of accuracy. The end use of the guide will determine the attitude toward physical characteristics, such as color and size, and how accurately these particular characteristics should be measured. It is quite probable that a few individuals would prefer to make their measurements with a micrometer which is accurate to a hundredth of a millimeter, whereas a much larger group would obtain adequate information from measurements made with a good quality metric ruler.

Certain laboratories have, and others may want to obtain, more accurate descriptions of the color of the tablets and capsules. Standard color reference texts such as Munsel color books, with more than a thousand reference colors may be useful in this area. The spectrophotometric definition of color, using the tricoordinate system, offers still another approach to the more accurate definition of color.

Since uncoated tablets are compressed in steel punches or dies, the dimensional measurements of these tablets can approach a study in ballistics. Such measurements as the degree of curvature of the biconvex or other curving surfaces, the depth and angle of the scoring, marking, and the angle of bevel are valuable measurements which can be made with a micrometer equipped with suitable accessories.[3]

These more accurate definitions of color and size can be valuable in the identification of drug products that have very similar physical characteristics and that have no specific identifying markings. It should be recognized, however, that the accurate measurement of an individual physical characteristic, which is highly variable between individual samples of the same manufacturing lot, is of little value. Thus, all these measurements are limited to some extent by the variability of the individual type of product.

A guide for the identification of molded and tableted suppositories also has been developed.[4] The same basic principles as well as many of the same categories and terms have been utilized, so that this type of dosage form might be incorporated at a later date into the general AMA identification guide for solid dosage forms.

Certain types of drug products may be of more particular interest to a specific area of activity. For example, a psychiatrist might be more interested in those drugs used in the care of patients with mental disease. Certain law enforcement agencies might be interested in those drugs which tend to move in illicit drug markets. Such breakdowns will be possible with the data on physical characteristics tabulated in a data processing system. Abstracts of certain areas of the guide will necessarily require the intact guide for basic reference.

### Other Systems

Almost every group or laboratory involved in the identification of drug products has for years maintained a limited library of most frequently encountered drug products. Many times this library takes the form of display boards, with mounted authentic samples of drugs. In 1956 and 1958 in the *Chemist and Druggist Journal*, there appeared one of the first publications of photographs and line drawings of markings of some of the drug products appearing in England.[5,6] Recently, the *Physicians' Desk Reference* has introduced a section on product identification which includes color photographs of many tablets, capsules, and suppositories.[7,8] Such charts of color photographs, together with similar charts published by individual firms of their products, are very useful in the identification of many products. Although such aids are especially useful in the identification of products which are well marked or have unusual physical characteristics, these charts are necessarily limited in scope.

A number of authors in England have suggested that the identity of drug products be established by stamping or otherwise imprinting on every tablet and capsule product code letters and numbers indicating the firm and the identity of the drug products.[9-11] Code books containing the identi-

ties of all drugs so marked would be available to qualified individuals. There has been much debate about the feasibility of such an endeavor. Wurdack[12] suggests that the great majority of products are easily identified, and experience with the identification guide supports this position. There is little question that there is a definite trend to market many new drug preparations in tablet and capsule forms which are very distinctive and as a consequence readily identifiable.

Brooks, Widdifield, and Gupta of the Attorney-General's Laboratory of the Province of Ontario, Canada, have developed a reference library of pharmaceutical dosage forms utilizing the same basic system as the AMA identification guide.[13] This group has concentrated on the drugs distributed in Canada and has cooperated with the AMA staff. The pictorial supplement, utilized in the identification guide for markings, was developed by Widdifield and co-workers.[14] McArdle and Skew recently published a tablet identification system based on physical characteristics and utilizing a key-sort card system.[15]

### Present Status

This issue of the AMA identification guide for solid dosage forms contains the description of the physical characteristics of about 5,000 tablets and capsules. In general, no new products have been catalogued since June, 1962. The publication of supplements and future issues will depend upon the utility of the guide to its users. You are encouraged to send your comments and suggestions to the Council on Drugs of the AMA.

It is hoped that firms will continue to send samples of their new products, as well as old products, which are not now in the guide.

### References

1. Hefferren, J. J.: Identification Guide for Solid Dosage Forms, JAMA 169:479-484 (Jan 31) 1959.
2. Hefferren, J. J.: Identification Guide for Solid Dosage Forms, Drug Stand 27:125-131 (Sept-Oct) 1959.
3. Eisenberg, W. V., and Tillson, A. H.: Microscopic-Analytical Methods in Food and Drug Control, Food and Drug Technical Bulletin 1, US Dept of Health, Education, and Welfare, Food and Drug Administration, 1960, pp 221-255.
4. Hefferren, J. J.: Identification Guide for Solid Dosage Forms:- Suppositories, Drug Stand 28:88-94 (July-Aug) 1960.
5. Tablet and Capsule Identification Guide, 1956, Chem Drug (annual special issue) pp 603-606 (June 30) 1956.
6. Tablet Identification, 1958, Chem Drug (annual special issue) pp 698-703 (June 28) 1958.
7. Physicians' Desk Reference: 15th ed, Oradell, N. J.: Medical Economics, Inc., 1961, pp 1-16.
8. Physicians' Desk Reference: 16th ed, Oradell, N. J.: Medical Economics, Inc., 1962, sect 4.
9. Whitney, J.D.W.: Identification of Tablets, Brit Med J 1:50-51 (Jan 2) 1960.
10. Hastings, J. J. H.: Identification of Pharmaceutical Tablets, Pharm J 1:45-47 (Jan 16) 1960.
11. Collier, W. A. L.: Labelling of Pharmaceutical Preparations, Lancet 1:473-475 (March 3) 1962.
12. Wurdack, P. J.: Trade-Marked Dosage Forms, Amer Profess Pharm 26:756-760 (Dec) 1960.
13. Brooks, G. E.; Widdifield, W. H.; and Gupta, R.C.: Reference Library of Pharmaceutical Solid Dosage Forms, J Forensic Sci 7:238-248 (April) 1962.
14. Widdifield, W. H.; Brooks, G. E.; and Gupta, R. C.: Personal communication to the author.
15. McArdle, C., and Skew, E. A.: Scheme for Rapid Tablet Identification, Lancet 2:924 (Oct 21) 1961.

### ACKNOWLEDGEMENTS

The development of the AMA solid dosage form identification guide is the result of the interest, support, and cooperation of many people. Walter Wolman, Gordon Schrotenboer, and James Kottemann, who were then part of the staff of the AMA Chemical Laboratory, were instrumental in the development of the form of the guide. Martha Burkart and Isobel Gordon of the AMA staff of the Council on Drugs did most of the coding of the individual tablets and capsule drug products. The original color reference chips used in the guide were selected and prepared with the assistance and advice of Mr. Carl Foss, Princeton, N.J.

Many drug samples were obtained through the cooperation of William Morse of Sargent Drug Stores, Inc., Howard Jensen of McKesson and Robbins, Inc., and Clement R. Balto of the Highland Prescription Laboratory, all of Chicago. Drug survey information supplied by Mr. David Stiles of Abbott Laboratories was very useful in the early development of the guide.

The cooperation of the many individual drug firms in supplying samples of their tablet and capsule products is gratefully acknowledged.

The Red Book coding system for the individual firms has been used with the permission of the publisher. The pictorial supplement for cataloguing the markings of products was developed by W. H. Widdifield, G. E. Brooks, and R. C. Gupta of the Attorney-General's Laboratory, Province of Ontario. A detailed description of this method for cataloguing markings will be published in the near future by these authors.

Acknowledgment is also made of the valuable technical advice and contributions of the staff of the American Medical Association in the preparation of the guide in its published format.

When the author left the American Medical Association in August of 1959, the direct supervision of the identification guide was assumed by Dr. Joseph B. Jerome.

NOTE: *Certain characteristics of some of the capsules and tablets shown on these pages constitute a registered trademark.*



Fig 6.—Selection of terms under each category and completed coding card for tablet of Tridal.





We have a limited number of extra copies of this special "Identification Guide for Solid Dosage Forms" issue. Write the Circulation and Records Department, American Medical Association, and enclose 45 cents for each copy, U.S., U.S. possessions and Canada. Other countries: 55 cents each.

| Vol 182, No 12 | | 11321-12112 | — | 11321-13111 | | | 1195 |
|---|---|---|---|---|---|---|---|
| TRADE NAME | DOSAGE | FIRM | SIZE IN mm | | | COLOR | IMP. |
| 11321-12112 (Continued) | | | | | | | |
| Daricon | 10.0 | PF12 | 7.3 | 3.5 | 2.0 | 11 | AC-3,G-1 |
| Singoserp | 1.0 | CI10 | 7.1 | 3.5 | 1.9 | 11 | A-7,G-1 |
| Demerol HCL | 50.0 | WI59 | 6.4 | 3.5 | 1.8 | 11 | A-10,FG-2 |
| Veriloid | 1.0 | RI40E | 6.4 | 3.0 | 1.6 | 11 | A-4,G-1 |
| 11321-12113 | | | | | | | |
| Elkosin | 500.0 | CI10 | 12.9 | 5.1 | 3.1 | 11 | A-7,H-1 |
| Elipten | 250.0 | CI10 | 10.5 | 4.3 | 2.4 | 11 | A-7,H-1 |
| Stilbetin | 100.0 | SQ11 | 10.5 | 4.2 | 2.4 | 11 | A-6,H-1 |
| 11321-13111 | | | | | | | |
| R.D.X. | | WI38E | 16.1 | 7.4 | 4.7 | 11 | B-80 |
| Kodol | | DE64 | 16.0 | 6.1 | 3.2 | 11 | B-81 |
| Fensobel | | U24 | 12.9 | 5.5 | 3.1 | 11 | B-83 |
| Tricreamalate | | WI59 | 12.9 | 6.5 | 4.5 | 11 | B-11,B-11 |
| Cantaxin | 500.0 | WI59 | 12.8 | 5.0 | 3.0 | 11 | B-11 |
| Evicyl | | WI59 | 12.8 | 4.8 | 2.9 | 11 | B-11,C-33 |
| Iocapral | | WI59 | 12.8 | 4.5 | 2.6 | 11 | B-11,C-34 |
| Pape's Cold Compound | | ST63E | 12.8 | 6.0 | 3.0 | 11 | B-98 |
| Silaloid | | VA34 | 12.6 | 4.9 | 2.7 | 11 | B-59 |
| Aminodrox Forte | | MA85E | 12.0 | 5.7 | 3.6 | 11 | B-18 |
| Decholin | 250.0 | AM59H | 11.6 | 4.0 | 2.5 | 11 | C-19 |
| Cellothyl | 500.0 | WA57 | 11.4 | 6.3 | 4.4 | 11 | C-16 |
| Dolcin | | DO21 | 11.2 | 5.0 | 2.9 | 11 | B-93 |
| Pansulfa | | ME57 | 11.2 | 5.7 | 4.0 | 11 | B-88 |
| Ropad | | PI60 | 11.2 | 5.4 | 3.5 | 11 | BJ-3 |
| Taborea | | TA13 | 11.2 | 4.5 | 2.5 | 11 | B-91 |
| Thyroid | 300.0 | AR44 | 11.2 | 6.2 | 4.1 | 11 | BC-15 |
| Anadol | | PH48 | 11.1 | 4.9 | 2.9 | 11 | BC-20 |
| Bellaspro | | VA34 | 11.1 | 5.2 | 3.4 | 11 | B-59 |
| Bidrolin | | AR44 | 11.1 | 4.8 | 3.2 | 11 | BC-15 |
| Bufferin | | BR40 | 11.1 | 5.2 | 3.5 | 11 | B-86 |
| Deltamide | | AR44 | 11.1 | 5.8 | 4.3 | 11 | BC-15 |
| Excedrin | | BR39G | 11.1 | 5.4 | 3.8 | 11 | B-4 |
| Kens | 325.0 | KE38 | 11.1 | 4.1 | 2.4 | 11 | BC-19 |
| Salysal | | WH27 | 11.1 | 4.2 | 2.2 | 11 | B-96 |
| Titralac | | RI40E | 11.1 | 5.0 | 3.5 | 11 | C-10,C-10 |
| Trifonamide | | VA34 | 11.1 | 5.5 | 4.0 | 11 | B-59 |
| Milibis c Aralen Phos. | | WI59 | 10.6 | 4.1 | 2.4 | 11 | B-11,J-7 |
| Novaldin | 320.0 | WI59 | 10.5 | 5.1 | 3.4 | 11 | B-11,C-12 |
| Salophen | 320.0 | WI59 | 10.5 | 4.7 | 2.8 | 11 | B-11,B-57 |
| Abasin | 260.0 | WI59 | 10.4 | 4.2 | 2.6 | 11 | B-11,C-36 |
| Adalin | 320.0 | WI59 | 10.4 | 4.4 | 2.7 | 11 | B-11,C-32 |
| Articon | | WA28L | 10.4 | 6.4 | 5.0 | 11 | B-60 |
| Betaxin | 100.0 | WI59 | 10.4 | 4.6 | 3.0 | 11 | B-11 |
| Betaxin | 50.0 | WI59 | 10.4 | 4.4 | 2.8 | 11 | B-11,CF-3 |
| Choline Dihydrogen Citrate | 500.0 | WA28L | 10.4 | 6.2 | 4.6 | 11 | B-60 |
| Evidorn | | WI59 | 10.4 | 4.7 | 3.1 | 11 | B-11,B-74 |
| Inositol | 500.0 | WA28L | 10.4 | 5.8 | 3.8 | 11 | B-60 |
| Peritrate w/Aminophylline | | WA57 | 10.4 | 4.3 | 2.4 | 11 | C-20 |
| Sedarex | | SE28 | 10.4 | 5.0 | 3.4 | 11 | B-109 |
| Theobarb | | VA34 | 10.4 | 4.7 | 2.9 | 11 | B-59 |
| Theominal | | WI59 | 10.4 | 4.4 | 2.7 | 11 | B-11,B-78 |
| Theominal Ⓜ | | WI59 | 10.4 | 4.2 | 2.5 | 11 | B-11,BJ-1 |
| Aminodrox | | MA85E | 9.6 | 4.4 | 2.6 | 11 | B-18 |
| Listica | 200.0 | AR44 | 9.6 | 7.4 | 2.0 | 11 | B-3 |
| M-Minus 5 | | WH50E | 9.6 | 4.5 | 2.3 | 11 | B-76 |
| Thyroid | 120.0 | AR44 | 9.6 | 4.4 | 2.5 | 11 | BC-15 |