# EXHIBIT 8

B1138530.1

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENDA MANNING, et al., | ] |
| Plaintiffs, | ] |
| v. | ] Civil Action No.: 03-cv-01845 (GK/AK) |
| ELI LILLY AND COMPANY, | ] |
| Defendant. | ] |

**PLAINTIFF BRENDA MANNING'S, AS MOTHER, GUARDIAN AND NEXT FRIEND OF BRIAN STEVEN MANNING, ANSWERS TO DEFENDANT ELI LILLY AND COMPANY'S FIRST SET OF INTERROGATORIES**

1. Please state your correct full name, date and place of birth and, in chronological order, the full address for each residence, including your present residence, at which you have resided for thirty (30) days or more, including the date each such residency was commenced and terminated.

**ANSWER:** Brian Steven Manning; Date of Birth: December 10, 2000; Place of Birth: St. Elizabeth's Medical Center of Boston, 736 Cambridge Street, Brighton, MA 02135; Address: 9 Quincy Street, Watertown, MA 02472 (March 1, 2001 - Present).

2. Please state your educational background, including the name and address of each school attended, the years of attendance at each such school, and the degree or diploma obtained at such school.

**ANSWER:** Not applicable at this time.

3. Have you or has anyone on your behalf made any written application for any policy of insurance upon your life or for medical or hospital benefits? If so, please state the name and address of each company to which such application was made and the approximate date thereof, the name and address of each physician who examined you in connection with any such application and the approximate date thereof.

**ANSWER:** Plaintiff's medical insurance is provided by Blue Cross Blue Shield Federal Employee Program, P.O. Box 532, Rockland, MA 02370. Supplemental health insurance provided by Massachusetts Common Health, 600 Washington Street, Boston, MA 02111.

4.  As to your birth, please state:

(a) The name and address of the doctor(s) who cared for your mother during the pregnancy and/or delivery of you, or if you were not delivered by a doctor, the name and address of any and all persons who assisted in your delivery;

(b) The name and address of the hospital where you were delivered, or if you were not delivered in a hospital, the state and location of your delivery;

(c) The names of your mother and father as of your date of birth and their dates of birth;

(d) The inclusive dates of your mother's pregnancy when she was pregnant with you; and

(e) All complications that arose just before, during, or just after your birth.

**ANSWER:**

(a) Katherine Marshall, M.D.
    Edward Kelley, M.D. (delivering physician)
    St. Elizabeth's Medical Center
    736 Cambridge Street
    Boston, MA  02135

(b) St. Elizabeth's Medical Center
    736 Cambridge Street
    Boston, MA  02135

(c) Brenda Lee Manning        Date of Birth: December 9, 1963
    Eric Michael Manning      Date of Birth: April 27, 1966

(d) LMP: June 10, 2000        Date of Birth: December 10, 2000

(e) See previously provided medical records and reports.

5.  Concerning your injuries and disabilities or the damages therefrom which you allege to have resulted from your mother's alleged exposure to the drug(s) identified in your Complaint, please describe:

(a) The nature and extent of such injuries and disabilities and the part or parts of your body affected thereby, including the manner in which the injury first manifested itself, the date of the manifestation, and the onset of symptoms.

(b) The date on which and the name and address of the person from whom you first

-2-

sought medical care for such injury; and

(c) The nature and extent of any injuries or disabilities from which you are now suffering and what parts of your body are still so affected.

**ANSWER:**

Injuries:

a. Preterm birth at 26 weeks gestation weighing 925 grams (2.035 pounds) on December 10, 2000.

b. Ventilator Dependent 12/10/00 - 1/19/01;

c. Respiratory Distress Syndrome;

d. Hyaline Membrane Disease with Surfactant Deficiency;

e. Hypotension;

f. Patent Ductus Arteriosus;

g. Hyperbilirubinemia;

h. Metabolic Acidosis;

i. Left Pneumothorax requiring chest tube placement;

j. Anemia requiring multiple blood and blood product transfusions;

k. Grade IV Right Intraventricular Hemorrhage;

l. Sepsis requiring multiple antibiotics;

m. Seizure Disorder;

n. Pulmonary Interstitial Emphysema;

o. Apnea of Prematurity:

p. Bronchopulmonary Dysplasia;

q. Necrotizing Enterocolitis with Perforation requiring Exploratory Laparotomy,

    Sigmoid Colostomy and Hartman's pouch;

r. Abdominal Wound/Incision Serratia Infection with Dehiscence requiring dressing changes;

s. Right pleural effusion requiring chest tube placement;

t. Chronic Lung Disease;

u. Porencephalic Cyst;

v. Retinopathy of Prematurity; and

w. Gastrointestinal Cholestasis.

All of the aforementioned were diagnosed at St. Elizabeth's Medical Center and/or Children's Hospital of Boston between December 10, 2000 and March 1, 2001.

x. Left Sided Hemiparesis secondary to prematurity and intraventricular hemorrhage requiring the use of a leg brace and hand splint;

y. Ongoing neurological, motor, and developmental delays secondary to prematurity and intraventricular hemorrhage requiring medical, surgical and therapeutic monitoring and treatment.

See plaintiff's previously provided medical records and reports. Plaintiff reserves the right supplement this answer as discovery progresses.

6. Have you been confined, examined, treated or x-rayed in any hospital or clinic or have you seen any health care provider (including psychiatrists, psychologists, rehabilitation specialists or therapists) as a result of any injury or disability which you allege to have resulted from your mothers' (sic) alleged exposure to the drug(s) identified in you (sic) Complaint? If so, please state the name and address of each such hospital, clinic or health care provider, the dates and reasons you were confined, examined, treated or x-rayed at such hospital or clinic or by such health care provider, and the nature of the treatment received by you.

**ANSWER:**

<u>Pertinent Health Care Providers:</u>

-4-

a.  St. Elizabeth's Medical Center
    736 Cambridge Street
    Boston, MA  02135
    (12/10/00 - 1/1/01 and 1/23/01 - 3/1/01 - Neonatal Intensive Care Unit)

b.  Children's Hospital Boston
    300 Longwood Avenue
    Boston, MA  02115
    (1/1/01 - 01/23/01 - Neonatal Intensive Care Unit)
    (1/02 - Colostomy Reversal)

c.  Robert Shamberger, M.D.
    Children's Hospital Boston
    Department of Surgery, Fegan - 3
    300 Longwood Avenue
    Boston, MA  02115
    (General Surgery)

d.  John Cloherty, M.D.
    Longwood Pediatrics
    319 Longwood Avenue
    Boston, MA  02115
    (Neonatology)

e.  Sunil Saluja, M.D.
    Children's Hospital Boston
    Division of Newborn Medicine, Enders - 9
    300 Longwood Avenue
    Boston, MA  02115
    (Neonatology)

f.  Brian Snyder, M.D.
    Children's Hospital Boston
    Department of Orthopedic Surgery, Hunnewell - 2
    300 Longwood Avenue
    Boston, MA  02115
    (Orthopedics/Cerebral Palsy Clinic)

g.  Adre duPlessis, M.D.
    Children's Hospital Boston
    Department of Neurology, Fegan - 11
    300 Longwood Avenue
    Boston, MA  02115

        (Neurology)

h.    John Gaitanis, M.D.
       Children's Hospital Boston
       300 Longwood Avenue
       Boston, MA  02115
       (Neurology/Seizures)

i.    Craig Peters, M.D.
       Children's Hospital Boston
       Department of Urology, Hunnewell - 3
       300 Longwood Avenue
       Boston, MA  02115
       (Urology)

j.    Donna Nimec, M.D.
       Spaulding Rehabilitation Hospital
       Physical Medicine/Rehabilitation
       125 Nashua Street
       Boston, MA  02114
       (Physiatry/Cerebral Palsy Clinic)

k.    Silva Testa, M.D.
       Ronald Pye, M.D.
       Ralph Aarons, M.D.
       Sunita Perreira, M.D.
       Gopal Gupta, M.D.
       Sha Hassain, M.D.
       St. Elizabeth's Medical Center
       Box QN2P
       736 Cambridge Street
       Boston, MA  02135
       (Neonatology)

l.    Pamela Tewarson, M.D.
       40 Spring Street
       Watertown, MA  02472
       (Pediatrician)

m.    David Reese, M.D.
       Children's Strabismus Center
       40 2nd Avenue, Suite 510
       Waltham, MA  02451

   (Ophthalmology)

 n. Wayside Beaverbrook Early Intervention
   118 Central Street
   Waltham, MA  02453

 7. Have you received any special education training, counseling or therapy, and if so, please describe in detail the nature of the training, counseling or therapy received, the name and address of each institution, teacher, counselor or therapist and the dates and reasons for the training, counseling or therapy received.

 **ANSWER:** Since March 2001, Plaintiff has been receiving early intervention therapy, including occupational, speech, and physical therapy through Wayside Beaverbrook Early Intervention, 118 Central Street, Waltham, MA  02453

 8. Have you been confined, examined, treated or x-rayed in any hospital or clinic or have you seen any health care provider (including psychiatrists, psychologists or therapists) for any injury or health problem that you do not attribute to your mother's alleged exposure to the drug(s) identified in your Complaint? If so, please state the name and address of each such hospital, clinic or health care provider, the dates and reasons you were confined, examined, treated or x-rayed at such hospital or clinic, or by such health care provider, and the nature of the care received by you.

 **ANSWER:** No.

 9. Please itemize any special damages you claim to have incurred directly or indirectly, for treatment and care of yourself as a result of your mother's alleged exposure to the drug(s) identified in your Complaint, including but not limited to doctor and hospital bills, prescription bills, nursing services, rehabilitative services, rehabilitative equipment, special education and training, therapy and counseling, and other employed help, stating the name and address of a person or company performing this service, the amount of each bill and the dates and nature of the services rendered.

 **ANSWER:** Plaintiff is in the process of compiling this information and will forward an itemization of special damages and supporting documentation upon receipt and compilation.

 10. Please state the name, address and specialty of each doctor who has given you, your attorney, or your representatives an opinion as to the probable cause of the injuries, conditions, or illnesses complained of in this lawsuit and whether such opinion was communicated orally or in writing, the substance of each such opinion, and the date each such opinion was given.

ANSWER: See plaintiff's previously produced medical records and reports. This answer will be supplemented as discovery progresses.

11.   Please identify each person whom you expect to call as an expert witness at trial, such identification to include the name, address, educational background and occupation of the person, the subject matter on which the expert is expected to testify, the substance of facts and opinions to which the expert is expected to testify and the summary of the grounds for each opinion.

ANSWER: Plaintiff has not yet completed discovery, nor decided upon the experts, but reserve the right to call any health care provider who has examined, diagnosed, and/or treated Plaintiff Brian Manning. In addition, the Plaintiff is considering calling the following:

   a.   Harris Busch, M.D., Ph.D.
        Baylor College of Medicine
        1 Baylor Plaza, Room 319D
        Houston, TX  77030

Dr. Busch is an expert in the fields of Pharmacology and Toxicology, and is expected to testify as to state of the art. Specifically, Dr. Busch is expected to testify that Lilly knew or should have known that DES was a transplacental teratogen and failed to adequately test for the safety of DES.

   b.   Daniel M. Sheehan, Ph.D.
        1422 Scott Street
        Little Rock, AR  72202

Dr. Sheehan is an expert in the field of Toxicology and is expected to testify as to state of the art. Specifically, Dr. Sheehan will testify that Lilly violated the standard of care of the pharmaceutical industry with regard to information gleaned from animal testing by its initial and then afterward promotion of DES for use in pregnancy.

   c.   Raphael Minsky, Ed.D.
        The Christopher Condominium
        Suite 101

-8-

       4808 Moorland Lane
       Bethesda, MD  20814

Dr. Minsky is an expert in the field of Rehabilitation Psychology and Educational/Vocational Services. He is expected to testify regarding Brian Manning's current condition, his level of pain and suffering, his loss of earning capacity, as well as his current and future care needs, rehabilitation needs, medical needs, and the costs of such services for his lifetime.

    d.    Richard J. Lurito, Ph.D.
           1491 Chain Bridge Road
           Suite 300
           McLean, VA  22101

Dr. Lurito is an expert in the field of Economics and is expected to testify as to the present value of lost earnings and future needs costs for Plaintiff Brian Manning.

Plaintiff reserves the right to supplement and/or amend this answer as discovery progresses and with his 26(a)(2) Statement.

    12.    Please identify all persons who have any knowledge of the facts alleged in your Complaint, such identification to include each person's name, address, occupation and employer.

    **ANSWER:**    None, other than any of the aforementioned persons. Plaintiff reserves the right to supplement this answer as discovery progresses.

The information contained in these answers, as well as the word usage, sentence structure and opinions, are not solely that of the declarant; rather, they are the product of counsel in preparation with declarant.

I SOLEMNLY DECLARE AND AFFIRM, UNDER THE PENALTY OF PERJURY, THAT THE INFORMATION CONTAINED IN THE FOREGOING ANSWERS TO INTERROGATORIES ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Dated: Dec 4, 2003

BRENDA MANNING, as Mother, Guardian and Next Friend of BRIAN STEVEN MANNING, a Minor, Declarant

AARON M. LEVINE & ASSOCIATES

AARON M. LEVINE, #7864
1320 19th Street, N.W.
Suite 500
Washington, DC 20036
202/833-8040

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of December, 2003, a true copy of the foregoing Plaintiff Brenda Manning's, as Mother, Guardian and Next Friend of Brian Steven Manning, Answers to Defendant Eli Lilly and Company's First Set of Interrogatories was mailed, first-class postage prepaid to:

James J. Dillon, P.C.
Foley Hoag LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210

Lawrence H. Martin, Esq.
Foley Hoag LLP
1875 K Street, N.W.
Suite 8000
Washington, DC  20006

Aaron M. Levine