**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **BRENDA MANNING, Individually** ] | |
| **and as Mother, Guardian and Next** ] | |
| **Friend of BRIAN STEVEN MANNING,** ] | |
| **a Minor,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| **v.** ] | **Civil Action No.: 1:04-cv-11164 (RCL)** |
| ] | **Next Event: Mediation with Magistrate** |
| **ELI LILLY AND COMPANY,** ] | **Bowler on 5/4/05 at 10:00 a.m.** |
| ] | |
| **Defendant.** ] | |

**CONSENT MOTION TO EXTEND TIME TO FILE PLAINTIFF'S OPPOSITION TO**
**DEFENDANT ELI LILLY AND COMPANY'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Plaintiff, by and through counsel, with the consent of Defendant Eli Lilly

and Company ("Lilly"), and moves the Court to extend the time in which Plaintiff shall file her

Opposition to Defendant's Motion for Summary Judgment until May 31, 2005, and as grounds

therefore states:

1.      Defendant filed its Motion for Summary Judgment on April 15, 2005, and Plaintiff's

Opposition to same would be due on April 29, 2005.

2.      Defendant's Motion involves complex issues regarding product identification and

third generation tort law, and requires a more extensive review and preparation in order for the

Plaintiff to properly respond.

3.      The granting of this Motion will not affect the Mediation session currently scheduled

for May 4, 2005, before Magistrate Marianne Bowler.

4.      Counsel for Defendant Lilly has consented to the granting of this Motion.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order extending the

time in which Plaintiff shall file her Opposition to Defendant's Motion for Summary Judgment to May 31, 2005.

Respectfully submitted,

SWARTZ & SWARTZ


  /s/ Alan L. Cantor
ALAN L. CANTOR, BBO#072360
10 Marshall Street
Boston, MA   02108
617-742-1900

and

Aaron M. Levine
AARON M. LEVINE & ASSOCIATES
1320 19th Street, N.W.
Suite 500
Washington, DC   20036
202-833-8040

Counsel for Plaintiff



Dated: April 19, 2005

## LCvR 7.1(a)(2) CERTIFICATION

Consent to the foregoing Motion to Extend Time to File Plaintiff's Opposition to Defendant Eli Lilly and Company's Motion for Summary Judgment was granted by counsel for Defendant Lilly on April 19, 2005.


  /s/ Alan L. Cantor
ALAN L. CANTOR, BBO#072360

-2-