## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRENDA MANNING, Individually and as Mother, Guardian and Next Friend of BRIAN STEVEN MANNING, a Minor,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ELI LILLY AND COMPANY,**<br><br>**Defendant.** | Civil Action No.: 1:04-cv-11164 (RCL)<br>Next Event: Mediation with Magistrate Bowler on 5/4/05 at 10:00 a.m. |

### ORDER

UPON CONSIDERATION of the Consent Motion to Extend Time to File Plaintiff's Opposition to Defendant Eli Lilly and Company's Motion for Summary Judgment, and for good cause shown, it is this _____ day of _____, 2005,

ORDERED that the Motion be and hereby is GRANTED;

AND IT IS FURTHER ORDERED that Plaintiff shall file her Opposition to Defendant Eli Lilly and Company's Motion for Summary Judgment on or before May 31, 2005.

_____
REGINALD C. LINDSAY
United States District Judge