**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

BRENDA MANNING
  Plaintiff(s)

    v.

                 CIVIL ACTION NO. 04-11164-RCL

ELI LILLY & CO.
  Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO: JUDGE LINDSAY

[ ]  The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]  On _May 4, 2005_, I held the following ADR proceeding:

  _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION

  __X__ MEDIATION    _____ SUMMARY BENCH / JURY TRIAL

  _____ MINI-TRIAL    _____ SETTLEMENT CONFERENCE

  All parties were represented by counsel [except _____]

  The parties were / were not present in person or by authorized corporate officer [except _____].

  The case was:

[ ]  Settled. Your clerk should enter a _____ day order of dismissal.

[X]  There was progress. A further conference has been scheduled for _July 7, 2005 at 10:00 AM_ unless the case is reported settled prior to that date.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

[ ]

May 4, 2005                 /s/ Marianne B. Bowler
DATE                   ADR Provider
                     MARIANNE B. BOWLER, U.S.M.J.

(ADRMANNING.wpd - 4/12/2000)                 [adrrpt.]