IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRENDA MANNING, Individually** ]<br>**and as Mother, Guardian and Next Friend** ]<br>**of BRIAN STEVEN MANNING, a Minor** ]<br>     **Plaintiffs,** ]<br>v.                                                  ]<br>**ELI LILLY AND COMPANY,** ]<br>     **Defendant.** ] | **CIVIL ACTION No. 04-11164-RCL** |

**CONSENT MOTION FOR LEAVE TO FILE
MEMORANDUM IN EXCESS OF TWENTY PAGES**

**COMES NOW** the Plaintiffs, with the consent of the Defendant and moves the court for leave to allow the filing of a memorandum of 33 pages, in support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment, and as grounds therefore states:

1) Rule 7.1(b)(4) of this Court limits the opposition to motions to 20 pages.

2) The Defendant's motion for summary judgment raises new and complex legal issues and alleges that Massachusetts does not recognize pre-conception torts, and that DES-exposed victims have no claims under the common law or under the decisions of Massachusetts. Because of the Defendant's assertion that there is no law to support Plaintiffs' claims, it falls upon the Plaintiffs to substantiate their rights. There is no precise decision in the state of Massachusetts on this point. Plaintiffs must resort to decisions from around the country. Defendant similarly bases their opinion on prior decisions from other states, which requires the Plaintiff to meet and rebut.

3) In addition, Defendant raises issues as to product identification which requires the Plaintiffs to recount the factual proofs in support of positive identification.

4) Questions of preconception tort and product identification are factually complex and the Plaintiffs are required to support their arguments with affidavits and not rely upon hypothesis

or doctrinal arguments.  These appendixes require discussion and clarification in the body of the memorandum.

The Defendant has consented the filing of this motion.

**WHEREFORE** Plaintiffs respectfully request that this Court enter an Order granting leave to file an Opposition of 33 pages, a copy of which is attached hereto as Appendix No. 1.

Respectfully submitted,

/s/ Alan L. Cantor

Alan L. Cantor, BBO #072360
SWARTZ & SWARTZ
10 Marshall Street
Boston, MA  02108
617-742-1900

AND

Aaron M. Levine, Esq.
AARON M. LEVINE & ASSOCIATES
1320 Nineteenth Street, N.W. 5th Floor
Washington, D.C. 20036
(202) 833-8040

**Attorneys for Plaintiffs**

Dated: May 31, 2005

### LCvR 7.1(a)(2) CERTIFICATION

Consent to the foregoing Motion for Leave to File Plaintiffs Brenda and Brian Manning's Memorandum of Points and Authorities In Opposition to Defendant's Motion for Summary Judgment in Excess of Twenty Pages was granted by counsel for Defendant Eli Lilly on May 25, 2005

Respectfully submitted,

_____

Alan L. Cantor, BBO #072360
SWARTZ & SWARTZ
10 Marshall Street
Boston, MA  02108
617-742-1900

Aaron M. Levine, Esq.
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, DC 20036
202-833-8040

Counsels for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **BRENDA MANNING, Individually** ]<br>**and as Mother, Guardian and Next Friend** ]<br>**of BRIAN STEVEN MANNING, a Minor** ]<br>]<br>**Plaintiffs,** ]<br>]<br>**v.** ]<br>**ELI LILLY AND COMPANY,** ]<br>]<br>**Defendant.** ] | **CIVIL ACTION No. 04-11164-RCL** |

## ORDER

**UPON CONSIDERATION** of the Consent Motion for Leave to File Plaintiffs Brenda and Brian Manning's Memorandum of Points and Authorities In Opposition to Defendant's Motion for Summary Judgment in Excess of Twenty Pages, and for good cause shown, it is this \_\_\_\_ day of _____, 2005,

**ORDERED**, that Motion be and hereby is GRANTED.

_____
REGINALD C. LINDSAY
United States District Judge