IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRENDA MANNING, Individually ]<br>and as Mother, Guardian and Next Friend ]<br>of BRIAN STEVEN MANNING, a Minor ]<br>Plaintiffs, ]<br>v. ]<br>ELI LILLY AND COMPANY, ]<br>Defendant. ] | CIVIL ACTION No. 04-11164-RCL |

**PLAINTIFFS' OPPOSITION TO DEFENDANT
ELI LILLY'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Plaintiffs Brenda and Brian Manning oppose Defendant's Motion for Summary Judgment on the grounds that 1) there exist genuine issues of fact as to whether it was foreseeable, by a major drug manufacturer, in 1964, that DES could malform the uterus of an exposed daughter and thereby cause the premature expulsions of her child with resultant injury; 2) that Massachusetts has adopted recovery for a preconception tort and recognizes a duty of ordinary care to unborn plaintiffs; 3) that that Defendant Lilly's brand of DES was more likely than not the product involved, and that had the Defendant properly tested and warned of the risk of DES, Brian Manning would have avoided his brain damage due to premature birth, and 4) that the decisions Defendant argues preclude preconception tort in DES cases (Enright, Glover, Sparapany & Loerch) have either been overruled or are temporally or factually distinguishable from this case.

WHEREFORE, Plaintiffs respectfully request that the Court deny Defendant's Motion for Summary Judgment.  Plaintiff Brenda Manning's claim is not affected by the preconception tort issues.

**REQUEST FOR HEARING**

Pursuant to LCvR 7.1(f), Plaintiffs request an oral hearing on Defendant's Motion for Summary Judgment.

Respectfully submitted,

/s/ Alan L. Cantor

Alan L. Cantor, BBO #072360
SWARTZ & SWARTZ
10 Marshall Street
Boston, MA  02108
617-742-1900

AND

Aaron M. Levine, Esq.
AARON M. LEVINE & ASSOCIATES
1320 Nineteenth Street, N.W. 5th Floor
Washington, D.C. 20036
(202) 833-8040

**Attorneys for Plaintiffs**