IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRENDA MANNING, Individually** ] | |
| **and as Mother, Guardian and Next Friend** ] | |
| **of BRIAN STEVEN MANNING, a Minor** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | CIVIL ACTION No. 04-11164-RCL |
| **ELI LILLY AND COMPANY,** ] | |
| ] | |
| **Defendant.** ] | |

## ORDER

**UPON CONSIDERATION** of Defendant's Motion for Summary Judgment, and

Plaintiff's opposition filed thereto, it is this \_\_\_\_ day of _____, 2005,

**ORDERED**, that Defendant's Motion be, and hereby, is DENIED.

_____
REGINALD C. LINDSAY
United States District Judge

With Copies to:

Alan L. Cantor, BBO #072360
SWARTZ & SWARTZ
10 Marshall Street
Boston, MA  02108

Aaron M. Levine, Esq.
Aaron Levine & Associates
1320 19th Street, N.W., 5th Floor
Washington, D.C.  20036

James J. Dillon, Esq.
Foley Hoag, LLP
155 Seaport Boulevard
Boston, MA  02210