Diethylstilbestrol 25mg Tab
Disp. #100          Faust
FeSO4 #150
Take #1 QID
7/22/63            Faust

Stillwater? 25 mg Tabs
Drip #150

8-26-63    Famosi



Stilboestrol 25mg
Disp # 100
9-23-63  as instructed  [signature]

FeSO4 300mg #100
10/21  [signature]