# Passage of drugs across the placenta

FRANK MOYA, M.D.

VIRGINIA THORNDIKE, M.D.

*New York, New York*

EXCITING developments have occurred in placentology in recent years which have greatly modified our views and bared our basic ignorance of this field. The classic concept of the placenta as a simple, passive, semipermeable filter is no longer tenable in the light of present knowledge. In a review of the transfer of naturally occurring materials, Page[1] suggested that the important question is not whether a given substance does or does not pass the so-called placental barrier but the rate and mechanism of transfer involved. It seems unlikely that a living cell membrane could be absolutely impermeable to a given compound. On the contrary, it is now believed that any substance found in the maternal or fetal blood should be able to penetrate the placenta to some extent unless it is destroyed or altered during passage. However, a very low degree of permeability may slow the entry to a rate which renders a drug physiologically inactive and pharmacologically undetectable.[2] It is in the sense of a relative impedance to placental transfer that the term "barrier" is used in this discussion.

These new concepts demand a reappraisal of the available information regarding the passage of foreign compounds across the placenta, with special emphasis on the ki-

netics of penetration. Such a survey of past and present research in this field may suggest new techniques, concepts, and areas for future investigation. This review will be limited to drugs of major interest to the obstetrician and anesthesiologist in the management of obstetric patients.

## Fundamental mechanisms of placental transfer

The following mechanisms have been proposed as significant in the transport of substances across the placenta and their importance in the transfer of drugs will be considered briefly: (1) *ultrafiltration;* (2) *diffusion:* (a) simple diffusion, (b) facilitated diffusion ("carrier" systems); (3) *active transport;* (4) *special processes:* (a) pinocytosis, (b) breaks in the placental villi.

**Ultrafiltration.** Forty years ago the placenta was regarded as a semipermeable membrane similar to the endothelial walls of most blood vessels which allow water, crystalloids, and colloids of low molecular weight to pass freely, but which block the passage of higher molecular weight compounds.[3] With such a concept the umbilical vein blood would represent an ultrafiltrate of the maternal plasma and the fetus would be at the mercy of the maternal blood pressure and flow. The existence of this mechanism in the placenta has been seriously questioned by Barcroft[4] and others.[1, 5]

**Diffusion.** Diffusion, whether it be simple or facilitated, is the process whereby molecules travel from an area of high concentration to one of low concentration and tend to assume equal concentrations on both sides

*From the Departments of Anesthesiology and Obstetrics, Columbia University, College of Physicians and Surgeons, and the Anesthesiology Service, the Presbyterian Hospital, and the Sloane Hospital for Women.*

*This work was supported in part by research grants from the National Institutes of Health, the Public Health Service (H-2410 and H-5877, R. 1).*

of a membrane. The driving force for this movement is thermal agitation of the molecules.[5]

*Simple diffusion.* In recent years evidence has accumulated which indicates that foreign substances cross the placental barrier primarily by simple diffusion[1, 7-9] and that the rate of movement is governed by certain physicochemical processes. This is the same mechanism which operates in other cell membranes throughout the body and will be considered in detail later.

*Facilitated diffusion ("carrier" systems).* Until recently, this mechanism was considered an active process involving carrier molecules oscillating with great rapidity between the two interfaces of the placental membrane.[1] It was used, for example, to explain the rapid transfer of glucose[10] and the naturally occurring L-histidine[11] which could not be accounted for by simple diffusion alone. However, Danielli[6] has presented convincing evidence that this is actually a special type of diffusion since the distribution at equilibrium and the basic driving force of thermal agitation are the same for both processes. Facilitated diffusion differs from simple diffusion in that equilibrium across the membrane occurs much more rapidly than would be predicted on physicochemical grounds and is strongly influenced by structural and spatial characteristics of the molecule. This concept has been applied to the placental membrane by Snoeck[7] for endogenous but not foreign substances.

**Active transport.** In addition to these purely physical processes, special transfer mechanisms involving temporary combination with membrane constituents (e.g., enzyme systems) and the expenditure of metabolic energy is required to transport certain inorganic ions, endogenous substrates, and rare foreign compounds (e.g., antimetabolites) which closely resemble naturally occurring substances.[6, 7]

Special processes.

*Pinocytosis.* This is the phenomenon by which microscopic invaginations of the villi engulf tiny droplets of plasma and transport and discharge them into the fetal circula-

tion.[12] The quantities of substance transferred by such a mechanism are undoubtedly too small to be of significance in the transmission of drugs but may be important immunologically.

*Breaks in placental villi.* Minute "leaks" in the placental barrier have been implicated as a route of transfer of intact red cells to the fetus from the maternal circulation but are of no practical importance in the passage of drugs.

## Factors in diffusion of foreign compounds

Substances foreign to the body traverse cell membranes in general and the placenta specifically by simple diffusion, the rate of which is governed mainly by physicochemical factors in accordance with Fick's Law.[1, 7, 13] The rate of diffusion is a function of the difference in concentration of the substance on the two sides of the membrane (i.e., concentration gradient between maternal and fetal blood), the surface area available for transfer, and the thickness of the membrane. The relationship is most apparent from the formula:

$$\text{rate of diffusion} = K \frac{A(C_M - C_F)}{X}$$

where $A$ is the available area, $C_M$ is the maternal blood concentration, $C_F$ is the fetal blood concentration, $X$ is the thickness of the membrane, and $K$ is the diffusion constant of the drug which is related to its molecular weight, spatial configuration, degree of ionization, and lipid solubility. This concept of simple diffusion does not take into account the volume of maternal and fetal blood flow and does not hold true for facilitated diffusion or active transport.

The influence of the degree of ionization and lipid solubility on the rate of transfer of a drug has been most intensively studied by Brodie and his co-workers in relation to the blood-brain barrier,[14, 15] stomach,[16] small intestine,[17] and colon.[18] In understanding the problem of placental permeability to drugs a brief review of their work is helpful since a striking similarity of the blood-brain bar-

1260    Moya and Thorndike    Ammber 1, 1962
Am. J. Obst. & Gynec.

rier to the blood-placental barrier has been recently noted.[2, 19]

Degree of ionization. The rates of membrane transfer of a large number of organic drugs have been studied and correlated with their degree of ionization. It was found that these substances are transferred mainly in the undissociated or non-ionized form whereas charged or ionized particles penetrate with difficulty. Two lines of evidence indicated this: (1) weak acids with a pKa* above 4.3 and weak bases with a pKa below 8.5 are transferred rapidly, while highly ionized strong acids and bases penetrate slowly; (2) the passage of drugs is favored by changes in pH in the direction which increase the concentration of the undissociated form.

Lipid solubility. Brodie and his associates found that absorption from the gastrointestinal tract or passage into the brain is related not only to the degree of ionization of the molecule but also to the lipid solubility of the undissociated form. Non-ionized drugs with high fat solubilities are transferred rapidly whereas lipid-insoluble drugs penetrate poorly despite a low degree of ionization. The rate of entry is primarily governed by the lipid solubility of the non-ionized drug molecule. The dissociation constant is important mainly because it determines the plasma concentration of the non-ionized moiety of the drug. These workers[15] concluded that foreign organic substances penetrate most cells as though the boundary had the characteristics of a lipoid barrier.

This lipoid theory of membrane transfer is consistent with a widely accepted concept which considers the plasma membrane boundary of cells throughout the body as a fat-like layer interspersed with small pores.[13, 20] The existence of a lipid layer in the plasma membrane has been demonstrated by Danielli.[13] Conceivably very small molecules, despite their lipid insolubility, could pass through these tiny holes. However, for most drugs with a molecular weight greater than 100, penetration through pores is probably unimportant[17] compared to fat solubility.

The placenta as a lipoid barrier. It has been suggested that the concept of a lipoid barrier may apply to the permeability of the placenta to drugs.[2] This is based primarily on isolated observations of poor penetration by drugs with high degrees of dissociation and/or low lipid solubilities (e.g., succinylcholine,[7] d-tubocurarine,[21] and tris(hydroxymethyl) aminomethane (THAM[136]). In addition, drugs such as antipyrine[6] and thiopental,[22] which are present in fat soluble, largely undissociated form at physiologic pH ranges, penetrate the barrier almost instantaneously and achieve equilibrium within 1 or 2 minutes. Such fragmentary evidence can merely hint at the fundamental mechanisms of the blood placental barrier to drugs. Many more quantitative studies are necessary before a conclusive over-all formulation of the behavior of the placenta to foreign substances will be possible. Only then can predictions be made with some certainty on the placental transfer rate of new drugs and valid explanations provided for observations on old ones.

Concentration gradient. The rate of passage through the placental membrane of any substance, regardless of its physical nature, is at least partially dependent upon the concentration gradient. For example, highly ionized drugs of low fat solubility such as succinylcholine and curare may be demonstrated in fetal blood if sufficiently high concentration gradients are produced by the use of extremely large doses in the mother.[23, 24] The actual gradient achieved is primarily a function of the quantity ad-

---

*The pKa is the pH at which the concentrations of the non-ionized and ionized forms are equal. For both acids and bases it is the negative logarithm of the acidic dissociation constant. It is defined by the Henderson-Hasselbalch equation:

$$\text{(for acids)} \quad pKa = pH + \log \frac{\text{non-ionized acid}}{\text{ionized acid}}$$

$$\text{(for bases)} \quad pKa = pH + \log \frac{\text{ionized base}}{\text{non-ionized base}}$$

The stronger an acid, the lower its pKa, the weaker the acid, the higher the pKa. Conversely, the stronger the base, the higher its pKa; the weaker the base, the lower the pKa.

ly accepted concept
plasma membrane
ighout the body as
persed with small
: of a lipid layer in
s been demonstrated
ily very small mole-
d insolubility, could
holes. However, for
cular weight greater
rough pores is prob-
apared to fat solu-

poid barrier. It has
concept of a lipoid
the permeability of
This is based pri-
servations of poor
with high degrees
low lipid solubili-
,e,[2] d-tubocurarine,[21]
yl) aminomethane
ion, drugs such as
tal,[22] which are pres-
y undissociated form
:s, penetrate the bar-
ously and achieve
or 2 minutes. Such
an merely hint at the
ns of the blood pla-

Many more quanti-
sary before a conclu-
n of the behavior of
1 substances will be
predictions be made
the placental transfer
d valid explanations
ns on old ones.

.nt. The rate of pas-
tal membrane of any
: its physical nature,
dependent upon the
For example, highly
at solubility such as
rare may be demon-
if sufficiently high
are produced in the
arge doses in the
l gradient achieved is
of the quantity ad-

ministered; however, other factors such as
distribution throughout the maternal and
fetal extracellular space, protein binding,
excretion, and metabolism by the mother,
infant, and placenta are also important.

Surface area and thickness of membrane.
As gestation progresses, the surface area of
the placenta increases and the villous mem-
brane decreases in thickness. Both processes
tend to favor the transfer of drugs. The
work of Flexner and his associates,[25] using
radioactive sodium in humans, shows a pro-
gressive increase in placental permeability
to this element until the thirty-sixth week
of pregnancy, followed by a decline to the
time of delivery. However, Money[26] has not
noted any significant difference in the rates
of transmission of radioisotope tagged or-
ganic substances across guinea pig placentas
of various gestational ages.

Molecular weight. The molecular size of
any given substance undoubtedly plays a
role in the rate of passage across the pla-
centa. In general, the higher the molecular
weight, the lower the diffusibility.[3, 9, 27] Sub-
stances of low molecular weight diffuse
freely across the placenta, but as the size
increases the factor of lipid solubility becomes
more important.[8] Most drugs with a molecu-
lar weight of less than 600 cross relatively
easily, but to molecular weights over 1,000
the placenta is virtually impermeable.[7] Drugs
in the molecular weight range of 600 to 1,000
have not been studied.[7]

Other factors. Pathologic changes in the
placenta associated with pre-eclampsia,[5, 28]
erythroblastosis, and diabetes mellitus alter
the permeability of the placenta. Changes
in maternal and fetal blood flow through the
placenta induced by contractions, position
of the mother, anesthesia, or cord compres-
sion may affect transmission to an unknown
degree. This is particularly important with
fat-soluble, poorly ionized compounds, for
which there is no demonstrable barrier;
their rates of penetration are limited pri-
marily by the volume of blood perfusing
the placenta. Destruction by the placenta
may also play an important role with some
drugs.[1] In addition, little attention has been

paid to the differences in solubility of drugs
in maternal and fetal blood.[[23]] Finally, it is
conceivable that conditions such as profound
maternal asphyxia, hypotension, dehydration,
or hemorrhage may weaken or eliminate the
selectiveness of the placental lipoid barrier.

## Barbiturates

Long-acting barbiturates. Fabre,[29] in one
dog, was the first to demonstrate that sodium
barbital passed the placenta. Dille,[30] also in
animals, showed that the drug crossed easily
from mother to fetus. The amount of bar-
bital in fetal tissues increased steadily from
one to 60 minutes after the intravenous
injection of small doses of the drug. Flowers[21]
later confirmed the passage of this bar-
biturate into the human fetal circulation.
Despite the relatively low lipid solubility
of barbital he found that equilibrium was
achieved within 4 minutes between maternal
and fetal blood and was maintained for as
long as 15 hours. There were some wide
differences observed between maternal and
fetal blood samples, and in 13 of his 23 pa-
tients the cord blood showed a higher con-
centration. This might indicate marked varia-
tions in the placental circulation, or possibly
an error in the assay method. Phenobarbital
has also been shown to cross the placenta
and establish equilibrium between concentra-
tions in maternal and cord blood within 30
minutes of its intramuscular administration.[32]

Intermediate-acting barbiturates. Early
studies with amobarbital (sodium Amytal)
in animals suggested that this drug did not
pass from mother to fetus, yet readily passed
in the reverse direction.[33] However, Ploman
and Persson,[32] using a spectrophotometric
assay method, demonstrated the presence of
amobarbital in human fetal tissues following
its administration to the mother 30 minutes
to 50 hours prior to therapeutic abortion.
An approximate equilibrium was reached
between concentrations in the blood of the
mother and infant within the first 30 min-
utes. Furthermore, they noted that there was
an accumulation of the barbiturate in the
fetal liver and brain tissue, and that the
rate of elimination from the blood was about

Volume 84
Number 1, 1962
Am. J. Obst. & Gynec.

the same in the mother and fetus. Nyberg and his co-workers[34] observed in patients who received *vinbarbital* (sodium Delvinal) that cord blood levels of the barbiturate were quickly established at or near the maternal level. No correlation was found between drug level and degree of neonatal depression.

**Short-acting barbiturates.** *Secobarbital* (Seconal) was first studied in 12 women who received 100 to 300 mg. orally or intravenously half an hour before delivery.[35] In only one of the maternal blood samples and in none of the cord samples was the blood barbiturate level above the minimum detectable level of 0.2 mg. per cent. On the other hand, Flowers[36] was able to demonstrate the drug in the cord blood in 2 out of 4 infants delivered within 8¼ minutes of an intravenous dose to the mother. He concluded that these results indicated a rapid placental transfer and establishment of equilibrium in 2 to 3 minutes. In a study of blood secobarbital levels in 51 mothers and their infants at birth, Root and his associates[37] confirmed Flowers' impression. Following the intravenous administration of

a large dose (200 to 300 mg.), the barbiturate was detected in the newborn cord blood after one minute and equilibration between mother and infant was established within 3 to 5 minutes. The average ratio of cord to maternal blood concentration at equilibrium was approximately 70 per cent (Fig. 1). Depth of maternal sedation, time of administration, and cord blood levels correlated poorly with the degree of depression of the infant. Postpartum studies by these workers in 11 patients indicated that the infants eliminated secobarbital from their blood streams as readily as did the mothers.

Fealy,[38] in an equally comprehensive study of *pentobarbital* (Nembutal) gave 69 mothers 250 mg. of this barbiturate intravenously, at times varying from one minute to more than 3 hours prior to delivery. The infants were evaluated by means of the Apgar scoring system and compared to a control series of 100 babies. He observed that the fetal barbiturate blood level reached 74 per cent of the maternal concentration within one minute of drug administration to the mother and that this ratio was maintained



Fig. 1. Secobarbital (Seconal) crosses the placenta rapidly, attains early equilibrium. The blood level in the infant is approximately 70 per cent of that in the mother. (From Root et al.[37])

December 1, 1962
Am. J. Obst. & Gynec.
Number 11, Part 2

Case 1:04-cv-11164-MBB    Document 28-8    Filed 05/31/2005    Page 6 of 21

Placental transfer of drugs    1783

for at least 3 hours. There was no appreciable difference in clinical condition between the infants in the control and experimental series.

Ultra short-acting barbiturates. Dreisbach and Snyder[39] were the first to study the effects of *thiopental* (Pentothal sodium) on the fetus. After intravenous administration of the drug to pregnant rabbits they noted prompt depression of fetal respiratory movements. In 1944, Hellman and his co-workers[40] published the results of their investigations of the placental transmission of thiopental in 7 patients who received 350 to 1,000 mg. intravenously 5 to 15 minutes prior to delivery. They found small quantities of the drug in the fetal blood at 5 minutes, and, according to their data, equilibrium was attained between mother and fetus only after 10 to 12 minutes. On the basis of this work, it became a common obstetric practice to deliver the baby rapidly within a few minutes of injection of the drug in order to avoid the transfer of significant quantities to the fetus. Cohen[41] later suggested that following a single *small* dose of thiopental the duration of time elapsed was of little consequence in determining the condition of the infant. Indeed, the longer the time from administration to delivery, the greater the metabolism and redistribution of the drug, and therefore the less likelihood of neonatal drug depression. This was based on 124 patients who received 120 to 180 mg. of this barbiturate prior to cesarean section. Other studies have substantiated these findings in that no greater depression of the newborn resulted if the time from injection to delivery exceeded 10 minutes.[42-46]

McKechnie and Converse[22] were the first to observe that, contrary to earlier impressions, thiopental crossed the placenta almost immediately and equilibrium was quickly achieved between maternal and fetal blood. They studied 15 normal obstetric patients who received a single dose of 350 mg. of thiopental shortly before delivery. With refined spectrophotometric methods of analysis the drug was detectable in mixed umbilical cord blood within 45 seconds of the maternal



Fig. 2. The concentrations of thiopental (Pentothal) in the maternal and fetal blood reach equilibrium within 3 minutes. (Diagram based on data of McKechnie and Converse.[22])

injection. The fetal level rose rapidly and reached equilibrium with the concentration in maternal venous blood in 3 minutes (Fig. 2). No correlation between maternal depth of anesthesia, fetal responsiveness, and thiopental concentrations of cord and maternal blood was evident. This is not surprising since in adults, blood levels of thiopental could not be correlated with clinical or electroencephalographic levels of anesthesia.[47] In similar studies, other investigators[42, 43, 45, 46] have independently confirmed the rapid transfer of this highly lipid soluble substance across the placenta.

Flowers,[38] in a study of six different barbiturates, obtained samples of blood from the maternal vein and from the artery and vein of the infant's umbilical cord. With thiopental, equilibrium was attained among all three sources of blood in 2 minutes. In addition, he drew attention to the marked contrast usually observed between the alert infant at birth and the deeply anesthetized mother.

The intriguing question of why infants show so little effect of the drug remains to be answered because no definitive studies on the disposition of barbiturates within the human newborn are available. As mentioned above, there is some evidence which suggests that barbiturates leave the fetal and maternal blood streams with equal rapid-

ity.[32, 37, 43] Other work has shown a preferential absorption of the drug by the fetal liver[42, 46, 45] which may help reduce the amount of barbiturate reaching the systemic circulation. However, recent work in newborn mice, guinea pigs, and rabbits indicates that the newborn liver lacks the microsomal enzyme systems necessary to metabolize drugs such as barbiturates.[49, 50] These mechanisms usually begin to appear in the first week of life and increase in activity until an apparent maximum is reached at about 8 weeks. Conney and associates[384] have reported that pretreatment of animals with certain drugs causes a marked enhancement of the ability of liver microsomes to metabolize closely related compounds. Because of the potential importance of this work in human obstetrics, these interesting preliminary observations should be followed up with similar experiments in pregnant animals.

Placental transfer studies comparing maternal and umbilical vein samples have been reported for the thiobarbiturates *thiamylal* (Surital),[51] *methitural* (Neraval),[38] and *buthalitone* (Transithal).[62] The findings were similar to those observed for thiopental in that transfer was rapid and equilibrium established in 2 to 5 minutes. Dördelmann[53] investigated the transfer of buthalitone dissolved in high molecular weight polyvinylpyrrolidine (PVP) under the assumption that PVP, which does not pass the placental barrier, might combine with the barbiturate and thus prevent the latter from reaching the fetal circulation. The solvent did not prevent rapid transplacental passage of the barbiturate.

In summary, it is apparent that barbiturates in general and thiobarbiturates in particular traverse the placenta almost immediately and within a few minutes attain equilibrium between the fetal and maternal blood. This is probably related to the fact that these drugs are weak acids which exist largely as fat soluble undissociated molecules in the physiologic range of pH. No correlation has been demonstrated between the infant's condition at birth and his blood barbiturate





Fig. 3. Decay curves of long and ultra-short acting barbiturates: *(A)* sodium barbital level drops slowly over hours or days, *(B)* thiopental concentration falls in minutes. (From Flowers.[26])

level. However, in view of the relatively rapid fall in plasma concentration of the ultra short-acting barbiturates, a single small dose of one of these compounds is recommended for delivery when intravenous anesthesia is desired (Fig. 3).

**Tranquilizers**

*Chlorpromazine* (Thorazine) has been demonstrated to pass the placenta by its presence in the urine[54, 55] and tissues[56] of the newborn following administration of the drug to the mother. Attempts to assay this tranquilizer in fetal blood have been uniformly unsuccessful,[54, 57] and as a result little can be concluded regarding the rate and extent of placental transfer. Budinsky and Votava[57] observed a rapid fall to zero in the maternal blood levels 2 minutes after the injection of



TIME



TIME

ng and ultra-short acting
n barbital level drops
, (B) thiopental concen-
From Flowers.[36])

ew of the relatively
concentration of the
iturates, a single small
compounds is recom-
hen intravenous anes-
3).

'horazine) has been
he placenta by its pres-
' and tissues[66] of the
inistration of the drug
pts to assay this tran-
have been uniformly
as a result little can
.g the rate and extent
Budinsky and Votava[67]
o zero in the maternal
; after the injection of

a large intravenous dose (10 mg. per kilo-
gram) to pregnant rabbits. This rapid dis-
appearance from the maternal bloodstream
may explain the inability to find the com-
pound in fetal blood.

Initial investigations in humans on the
placental transfer of *promethazine* (Phen-
ergan) following administration of 50 mg.
intravenously 5 to 10 minutes prior to deliv-
ery failed to demonstrate the drug in the
fetal circulation.[58] However, Crawford[59] and
Potts and Ullery[60] independently showed
that promethazine rapidly crosses the pla-
cental barrier. Crawford[59] gave 39 mothers
a single 50 mg. dose intravenously 1½ to 93
minutes before birth. Promethazine was ex-
tracted from the umbilical vein blood in all
cases including the sample drawn at 1½
minutes after the injection. Approximately
15 minutes after administration, the fetal
concentration equaled the maternal level
(Fig. 4). In addition, Potts and Ullery[60]
demonstrated the presence of promethazine
in fetal blood as long as 4 hours after ad-
ministration to the mother.

*Prochlorperazine* (Compazine) was given
daily to pregnant dogs and their newborn
pups sacrificed immediately after birth in
order to assay their tissue levels of the drug.[56]
The drug was found in the liver, kidney,
lung and brain tissues of these animals.

Most clinical reports indicate that the use



Fig. 4. Ratio of fetal to maternal blood concen-
tration following intravenous administration of
50 mg. of promethazine (Phenergan). (Diagram
based on data of Crawford.[59])

of phenothiazine tranquilizers reduces the
amount of analgesic or sedative medication
needed during labor, with beneficial or at
least no adverse effects in the newborn.[60-65]
Crawford[59] observed some clinical depression
of infants (Apgar score 6 or less) following
the intravenous administration of 50 mg. of
promethazine in a small group of cases.
Other workers have found no correlation
between the condition of the infant at birth
and the amount of chlorpromazine in his
urine.[34] *Hydroxyzine* (Atarax, Vistaril) and
*meprobamate* (Miltown, Equanil) have also
been shown to reduce the need for other
medication with no apparent ill effect on the
infant.[66, 67]

The placental transfer of *methylpentynol*
(Dormison), an alcohol derivative, was
studied by Bourne.[68] He did not detect its
presence in human umbilical cord blood.
Marley and Vane,[69] employing a sensitive
analytical technique found the drug in fetal
tissues and amniotic fluid in cats 20 minutes
after intravenous administration to the
mother.

*Reserpine* (alkaloid of *Rauwolfia serpen-
tina*) is presumed to pass the placenta be-
cause of the recognizable side effects noted
in the infants of mothers receiving the
drug.[70, 71] Approximately 10 per cent of the
babies showed nasal congestion, lethargy,
decreased briskness of the Moro reflex,
bradycardia, and excessive secretions. Nasal
congestion, the most common sign, may be
present for as long as 5 to 6 days following
delivery.

### Other hypnotics and sedatives

*Chloral hydrate* was first quantitatively
assayed in infant and maternal blood by
Bernstine and his colleagues.[72] They de-
tected chloral hydrate and its breakdown
products colorimetrically in the umbilical
cord in concentrations equal to those in the
mother's blood within 15 minutes of its
rectal administration. More than 9 hours
following the medication, the cord blood
showed demonstrable amounts of the parent
substance.

The levels in the babies' blood bore no

direct relationship to the onset of crying. This work corroborates earlier indirect evidence of placental transfer of chloral hydrate based on the presence of similar pathologic lesions in the vital organs of pregnant dogs and their fetuses, following chronic administration of the drug.[73]

As early as 1900, *ethyl alcohol* was shown by chemical analysis to traverse the placenta.[74] With the renewed interest in its use during labor and delivery, these observations have been confirmed by others.[75-77] These studies revealed cord blood levels of alcohol approximately 20 per cent below that in the maternal blood following slow intravenous administration. The rate of placental transfer was not studied. Of interest is the fact that in 95 per cent of one series the infants showed no respiratory depression regardless of the state of inebriation of the mother.[76]

*Paraldehyde* was introduced into obstetrics by Rosenfield and Davidoff,[78] who also obtained indirect evidence of its placental transfer by noting the easily detectable odor in the breath of the newborn for 2 or 3 days after birth. Gardner, Levine, and Bodansky[79] quantitatively analyzed the drug in maternal and cord blood following oral or rectal administration in a small group of mothers. At the time of delivery, many hours after the initial dose, the average concentration of paraldehyde in the fetal circulation was almost identical to that in the maternal blood. Although these workers were unable to correlate the fetal drug level with the onset of respiration, Snyder[80] feels strongly that paraldehyde given in sufficient dosage to cause amnesia will result in neonatal depression in a large percentage of infants.

The placental transfer of a new ultra short-acting, nonbarbiturate hypnotic (G29-305*) has been studied by Simmer and Beck.[81] They found that this highly lipid-soluble substance rapidly passes the placental barrier, being identified in the cord blood as early as one minute after the maternal intra-venous injection. Unlike the thiobarbiturates which frequently have a maternal to fetal ratio approaching unity, the fetal blood level averaged about 35 per cent of the concentration in the mother's blood at birth.

Thalidomide.[187-189] An estimated 10,000 babies born with rudimentary stumps instead of normal limbs provide grim evidence of the placental transmission of thalidomide. This is in accord with animal experiments which have shown that with massive doses, in a few species, it is possible to produce abnormalities bearing a remarkable similarity to those found in humans. Furthermore, thalidomide has been found to pass through the placenta of rabbits.

The development of the limb buds is so affected that the hands and feet arise from the trunk in a manner suggestive of the flippers of a seal, hence the term "seal limbs" (phocomelia). The long bones of both arms are characteristically affected in the majority of the cases, with the legs involved in half the babies.

During the winter of 1961 it was realized that there was a close association between the new drug and the outbreak of phocomelia in Europe and the British Commonwealth. Since then, apparently overwhelming circumstantial evidence establishing this relationship has been collected. The period in which the embryo appears to be especially vulnerable is relatively brief; between the twenty-eighth and forty-second days after conception. A single dose of 100 mg. is enough to cause severe phocomelia, yet there is no apparent relationship between the amount of the drug ingested and the severity of the malformation. The specific cellular mechanisms involved in the production of this syndrome are unknown.

## Belladonna derivatives

No quantitative measurements have been performed of the placental transfer of *atropine* or *scopolamine*. Qualitative studies have shown that both drugs rapidly pass the placenta and can be demonstrated by mydriasis in the newborn and the mydriatic effect of their urine in frogs and cats within

---

*2-methoxy-4-allyl phenoxyacetic acid-N, N-diethylamide; Detrovel, Geigy Pharmaceuticals.

: the thiobarbiturates
a maternal to fetal
ity, the fetal blood
) per cent of the con-
er's blood at birth.
An estimated 10,000
imentary stumps in-
provide grim evidence
ission of thalidomide.
animal experiments
t with massive doses,
possible to produce
a remarkable simi-
in humans. Further-
been found to pass
: rabbits.

the limb buds is so
s and feet arise from
er suggestive of the
ence the term "seal
The long bones of both
cally affected in the
with the legs involved

f 1961 it was realized
e association between
e outbreak of phoco-
the British Common-
parently overwhelming
e establishing this re-
llected. The period in
pears to be especially
y brief; between the
rty-second days after
dose of 100 mg. is
vere phocomelia, yet
relationship between
rug ingested and the
rmation. The specific
volved in the produc-
are unknown.

·ives

asurements have been
placental transfer of
ne. Qualitative studies
drugs rapidly pass the
demonstrated by my-
n and the mydriatic
frogs and cats within

15 minutes of administration to the mother.[50, 52, 53] Hon,[84] by means of fetal electrocardiography, was the first to observe that administration of atropine to the mother produced fetal tachycardia as early as 6 minutes following its injection. Hellman and associates,[85] using a phonocardiograph in 13 patients, found that the average time necessary to produce vagal blockade in the fetus was 15 minutes after an intravenous dose of 1 mg. Snyder,[50] on the basis of animal experiments and an extensive review of the clinical literature, concluded that scopolamine had no significant depressant effect on the infant. Flowers,[86] on the other hand, has recently presented evidence which suggests that in primiparas this belladonna drug may adversely affect the baby's reaction time. However, the small number of cases involved and the absence of ill effects in the infants of multiparous patients, cast considerable doubt on the validity of his conclusions.

### Narcotics

The indirect evidence that all narcotics pass the placental barrier and can produce demonstrable effects in the infant is voluminous. On the other hand, there is meager information available based on direct chemical analysis of biologic material obtained from the infant. As a result, little is known about the kinetics of transfer of these drugs, including the rate and extent of passage across the placenta.

Pinpoint pupils have been observed in the newborn of mothers who received morphine during labor.[87] Withdrawal symptoms have been reported often in the infants of mothers addicted to *morphine* and *heroin*.[88] Indeed, it is claimed that symptoms of withdrawal can be diagnosed with the fetus in utero.[88] The percentage oxygen saturation during the first 30 minutes of life was noted to be significantly depressed in the full-term babies of mothers who received 100 mg. of *meperidine* (Demerol) 2 to 4 hours before birth.[89] This is in accord with Roberts and co-workers,[90] who found in a large series that meperidine given to the mother during labor led to a diminished respiratory minute

volume in the infant for several hours after birth. Finally, clinical depression of the newborn has been observed in association with the use during labor of morphine,[87, 91] heroin,[92] meperidine,[92] *alphaprodine* (Nisentil),[94, 95] methadone (Physeptone),[96] levorphanol (Dromoran),[97] and *dihydrocodeine*.[98]

The narcotics morphine, methadone, and meperidine have been analyzed quantitatively in neonates. Shute and Davis[57] studied the stools of infants whose mothers had received 15 mg. of morphine at 2, 3, 4, 5, or 6 minutes before delivery. These babies all showed positive tests for morphine in their stools. Davis and associates[96] were unable to correlate delay in respiration in 9 babies with the amount of methadone excreted in their urine during the first few days of life. Meperidine has also been found in the urine of the newborn.[99] Apgar and her associates[100] studied maternal and cord blood levels of meperidine in 9 patients who received 50 to 300 mg. intramuscularly or intravenously from 40 minutes to 3½ hours prior to delivery. Fetal plasma levels of the narcotic varied from 45 to 106 per cent (average 77 per cent) of the levels measured simultaneously in maternal blood, indicating clearly that the drug crossed the placenta in significant quantities. There was no correlation between cord blood levels and the infants' clinical condition at birth. The rate of transplacental passage was not studied.

There is little accord on the relative safety of narcotics for the infant. Although meperidine has been hailed as the safest narcotic for use in obstetrics, this has not been proved by a well-controlled double-blind study of these drugs using equi-analgesic doses.[101, 102] The dose of narcotic and the time interval between administration and delivery are also important in determining the incidence of neonatal depression. The time of peak effect on the newborn is still a subject of much controversy. However, there appears to be general accord that, if the infant is born either within the first hour or more than 6 hours following administration of the drug, there will be minimal or no narcotic effect noted at birth.[87, 92, 94, 96, 98, 103]

1788   Moyd and Thorndike

Am. J. Obst. & Gynec.

Volume
Number

### Narcotic antagonists

There are no quantitative studies of the placental transmission of the two most commonly used narcotic antagonists *nalorphine* (Nalline) and *levallorphan* (Lorfan). Since these drugs represent only slight modifications (N-allyl derivatives) in the molecular structure of morphine and levorphanol and are mild narcotics in themselves, they can be expected to cross the placenta readily. This is supported by reports of their efficacy in preventing or treating narcotic depression in the newborn by administration to the mother shortly before delivery.[90, 104-107] Telford and Keats[108] have reviewed the use in obstetrics of narcotics combined with narcotic antagonists. They concluded that none of the studies demonstrated adequately any decrease in the incidence of neonatal depression. Although it may be said that the introduction of antagonists to obstetrics has increased the safety of narcotics, their use should not condone the administration of massive doses of narcotics during labor.[109] A quotation from Lasagna[110] in 1954 seems equally appropriate today, ". . . there is little reason to assume the arrival of a pharmacological millennium in obstetrics because of the availability of nalorphine."

### Gaseous and volatile anesthetics

**Chloroform.** In 1874, Zweifel (quoted by Preyer[82]) showed by chemical analysis that chloroform passed into the infant's bloodstream following its administration to the mother. Whipple,[111] in a later study in dogs, found approximately the same concentration of the anesthetic agent in fetal, maternal, and placental blood at delivery. Although the speed of transmission was not studied, the high fat solubility and low molecular weight of chloroform would be expected to result in rapid passage into the fetal circulation. Open drop chloroform anesthesia continues to be used clinically with apparent safety for both mother and infant.[112, 113] Recently a precision vaporizer has been introduced into obstetrics by means of which easily controlled analgesic concentrations of the agent may be administered.[114] There has

been no demonstrable adverse effect on the newborn infant's clinical condition or his acid-base status at birth.

**Ether (diethyl ether).** Nicloux,[115] in 1908, investigated quantitatively the transplacental passage of ether. Following prolonged anesthesia (8 to 30 hours) in guinea pigs, he found higher ether concentrations in the fetus than in the mother. This was corroborated in part by Dotzauer,[116] who observed in humans that after 18 minutes of anesthesia the average cord blood level of ether was higher than the maternal retroplacental blood level. However, during the first 18 minutes of anesthesia the cord blood level was lower. Dybing and Stormorken[117] also found the first 20 minutes of anesthesia considerably lower concentrations of the agent in animal fetal tissues than in maternal blood and tissues. In 1942, Smith and Barker[118] reported the results of their work correlating maternal and fetal blood levels of ether with the infant's clinical condition. In a series of 68 deliveries they found that the blood ether level in the fetus was generally directly related to that in the mother at birth. Eight minutes after induction of anesthesia, umbilical vein and maternal blood concentrations were equal. The incidence of delayed respiration and the need for neonatal resuscitation were directly related to the ether concentration in the infant and maternal blood. These studies lend support to the clinical impression of others which relates the degree of depression of the infant directly to the depth and duration of maternal anesthesia.[119, 120]

**Cyclopropane.** Smith[121] in 1939 was the first to make quantitative estimations of cyclopropane in maternal and fetal blood. He studied 19 obstetric patients who received approximately 15 per cent cyclopropane for 5 to 15 minutes before delivery. The anesthetic agent was found in the fetal blood in concentrations of about 75 to 80 per cent of those in the mother. Hingson and Hellman[122] measured blood levels at delivery following 10 minutes of anesthesia induced with 50 per cent cyclopropane and maintained with a 25 per cent concentration. The

Fig. 5
of the
propa
(From

mate
16 to
and
per
studi
to ap
nece
and
repo
cycle
tient
taine
even
The
bloo
ate
eral
the
min
the
birt
Ro
cor
fan
con
The
infa
birt
the
The
dur
diti
tha
dur

December 1, [illegible]
Am. J. Obst. & Gynec.
[illegible] Number 11, Part 2
Case 1:04-cv-11164-MBB    Document 28-8    Filed 05/31/2005    Page 12 of 21
Passage of drugs across placenta  1789



Fig. 5. There was no correlation between condition of the infant at birth (Apgar score) and cyclopropane concentration in umbilical vein blood. (From Apgar et al.[123])

adverse effect on the [illegible] condition or his [illegible].

[illegible]. Nicloux,[112] in 1908, [illegible]ly the transplacental [illegible]ving prolonged anes-[illegible] in guinea pigs, he [illegible]oncentrations in the [illegible]er. This was corrobo-[illegible]uer,[116] who observed [illegible] minutes of anes-[illegible] blood level of ether [illegible]aternal retroplacental [illegible] during the first 18 [illegible] the cord blood level [illegible]d Stormorken[117] also [illegible] 20 minutes of anes-[illegible]wer concentrations of [illegible] fetal tissues than in [illegible]ssues. In 1942, Smith [illegible] the results of their [illegible]ernal and fetal blood [illegible] infant's clinical con-[illegible]3 deliveries they found [illegible] level in the fetus was [illegible]ated to that in the [illegible]t minutes after induc-[illegible]nbilical vein and ma-[illegible]itions were equal. The [illegible] respiration and [illegible]scitation were directly [illegible] concentration in the [illegible] blood. These studies [illegible] clinical impression of [illegible]he degree of depression [illegible] to the depth and dura-[illegible]sthesia.[119, 120]

[illegible]th[121] in 1939 was the [illegible]titative estimations of [illegible]ernal and fetal blood. [illegible]etric patients who re-[illegible] 15 per cent cyclopro-[illegible]inutes before delivery. [illegible] was found in the fetal [illegible]ons of about 75 to 80 [illegible]he mother. Hingson and [illegible] blood levels at delivery [illegible]s of anesthesia induced [illegible]yclopropane and main-[illegible]cent concentration. The

maternal cyclopropane blood level reached 16 to 20 mg. per cent in this period of time and the infant's level was approximately 80 per cent of the mother's. Neither of these studies indicated when the drug first began to appear in the fetal circulation or the time necessary for equilibration between maternal and fetal blood. Apgar and her associates[123] reported a detailed biochemical study of cyclopropane anesthesia in 25 obstetric patients. The blood of most of the infants contained this gas in demonstrable amounts, even after only 1½ minutes of anesthesia. The quantity of cyclopropane in the cord blood was usually less than, but proportionate to, the amount in the maternal peripheral vein. The mean cyclopropane level in the umbilical vein blood after 1½ to 17 minutes of anesthesia was 60 per cent of the concentration found in the mother at birth. In agreement with an earlier study by Rovenstine and associates,[124] she found no correlation between the condition of the infant at birth and the oxygen or cyclopropane concentration in the cord blood (Fig. 5). The clinical part of her study indicated that infants were significantly more depressed at birth following cyclopropane anesthesia to the mother than after regional anesthesia. These workers did not study the effect of duration of anesthesia on the infant's condition. It has been observed by others[125-127] that a direct relationship exists between the duration of cyclopropane anesthesia prior to

birth and the incidence of depression of the newborn. In elective cesarean sections, if the infant is delivered within 6 minutes of induction of anesthesia the depressant effects of cyclopropane may not be appreciable.[128] In contrast to the use of surgical planes of anesthesia, analgesic concentrations of cyclopropane (3 to 5 per cent) have been found to have no significant ill effects on the newborn regardless of the duration of administration.[129]

Nitrous oxide. Smith[121, 130] also studied the placental transmission of nitrous oxide at delivery. The patients were anesthetized either with nitrous oxide and oxygen or nitrous oxide–oxygen and ether, and in all cases at least 20 per cent oxygen was used. The average concentration of nitrous oxide in the infant's cord blood at birth was about 50 per cent of the maternal drug concentration. The duration of administration of the anesthesia prior to birth is not mentioned so that little can be inferred concerning the rate of transfer or the establishment of equilibrium. Cohen and his associates[41] in studies on the combined use of thiopental, curare, and nitrous oxide–oxygen anesthesia for cesarean section also found a steep maternal-fetal gradient. Following 10 to 19 minutes of anesthesia with 70 per cent nitrous oxide, the average cord blood level was approximately 58 per cent of the mother's concentration. The reason for such a wide maternal-fetal gradient is not apparent and deserves further investigation. In a clinical study of 124 cases, these workers found no appreciable depression of the newborn regardless of the duration of anesthesia before birth. This is in agreement with the work of others who have used analgesic and anesthetic concentrations of nitrous oxide and a minimum of 20 per cent oxygen without thiopental induction for vaginal and abdominal deliveries.[114, 131]

Trichlorethylene (Trilene). Investigations upon pregnant sheep and goats by Helliwell and Hutton[132, 133] showed that trichlorethylene appeared in the fetal circulation almost immediately; 6 minutes after the start of anesthesia the fetal concentration was vir-

tually equal to the maternal level. Furthermore, the fetal level continued to rise and by 16 minutes had exceeded the maternal level. This is similar to the results obtained with ether in animals (see above). In vitro experiments by these workers showed that fetal blood has a greater capacity for trichlorethylene than maternal blood. They suggested that this difference may be related to the greater total mass of red cell envelope per unit volume of fetal blood, since the anesthetic agent concentrates in the lipid layer of the cell wall. Flowers[134] has cautioned wisely that depression of the newborn may result if trichlorethylene is administered too long or in too great a concentration. No specific time limit was mentioned.

Halothane (Fluothane). Sheridan and Robson[135] measured the concentrations of halothane in maternal arterialized venous blood (obtained from a warmed hand vein) and umbilical vein blood drawn at birth 2 to 9 minutes after the start of anesthesia. Halothane was demonstrated to pass rapidly into the fetal circulation, being present in the earliest blood sample drawn. However, equilibrium between concentrations in maternal and infant blood was not established during the time period studied. The cord blood concentration ranged from 0 to 78 per cent of the mother's level. In a clinical study of 1,600 vaginal deliveries conducted with light halothane anesthesia, they found no significant depression of the newborn. Although the importance of the duration of administration was not studied, they strongly recommended the use of the lowest concentration for the shortest possible time.

## Local anesthetics

Curiously enough, even though these drugs are probably the most widely used anesthetic agents in obstetrics, their transfer across the placenta has not been investigated. This is particularly regrettable in the case of lidocaine (Xylocaine) which produces soporific effects in humans when used subcutaneously or intravenously.[136, 137] There are isolated reports in the literature of transplacental "fetal hypersensitivity" to local anesthetics

following the use of continuous caudal anesthesia.[138] However, Marx[139] and Snyder,[80] in comprehensive reviews of the subject, concluded that barring maternal systemic complications these agents have no demonstrable direct effects on the fetus. This is apparently true even when they are used intravenously during labor.[140, 141]

## Skeletal muscle relaxants

There are two main types of muscle relaxant drugs. One type produces neuromuscular block primarily through depolarization of the motor endplate; examples are decamethonium and succinylcholine. The other group, represented by D-tubocurarine and allied drugs, prevents the normal depolarization of the motor endplate, i.e., results in a nondepolarization block. The most important single feature common to all relaxants is the presence of the quaternary ammonium group in the molecule. Because of this, these compounds are highly ionized and possess a low degree of fat solubility.[142]

Curare (d-tubocurarine chloride, Tubarine). In 1885, sixty years before the first use of curare in obstetrics, Preyer[82] made the original observations upon its transmission across the placenta. Working with guinea pigs, he found that large doses of the crude preparation of the drug administered to the fetus readily passed the placenta and produced paralysis and apnea in the mother. He did not investigate whether it would cross the placental barrier in the reverse direction. Whitacre and Fisher,[143] in 1945, boldly introduced curare into obstetrics as an adjunct to cyclopropane anesthesia for cesarean section. In their initial 100 cases, they found that the infant was clinically not affected by the relaxant. These results were later confirmed in larger groups of patients using up to 30 mg. of the relaxant.[144, 145]

Parallel animal experiments by Harroun and Fisher[146] demonstrated that apnea-producing doses of curare in pregnant dogs did not affect the pups. The possibility was considered that the absence of effects in the pups might be due to a resistance to curare

Case 1:04-cv-11164-MBB    Document 28-8    Filed 05/31/2005    Page 14 of 21

December 1, 1962
Am. J. Obst. & Gynec.

Volume 84
Number 11, Part 2

Passage of drugs across placenta    1791

ontinuous caudal anes-
arx[129] and Snyder,[80] in
s of the subject, con-
maternal systemic com-
, have no demonstrable
etus. This is apparently
are used intravenously

**elaxants**

in types of muscle re-
type produces neuro-
arily through depolari-
endplate; examples are
, succinylcholine. The
nted by D-tubocurarine
events the normal de-
motor endplate, i.e., re-
-ization block. The most
ture common to all re-
rface of the quaternary
h the molecule. Because
unds are highly ionized
egree of fat solubility.[142]
urarine chloride, Tuba-
y years before the first
bstetrics, Preyer[32] made
ations upon its transmis-
lacenta. Working with
d that large doses of the
of the drug administered
passed the placenta and
and apnea in the mother.
tigate whether it would
barrier in the reverse di-
and Fisher,[143] in 1945,
curare into obstetrics as
iopropane anesthesia for
n their initial 100 cases,
the infant was clinically
e relaxant. These results
ned in larger groups of
to 30 mg. of the re-

experiments by Harroun
onstrated that apnea-pro-
rare in pregnant dogs did
s. The possibility was con-
absence of effects in the
e to a resistance to curare

rather than to a placental barrier. However,
a small dose of curare injected into the um-
bilical vein of one of the pups while it was
still attached to the placenta caused com-
plete apnea in 15 seconds. Buller and
Young[147] later firmly established the ef-
ficacy of D-tubocurarine in the intact fetus,
as well as upon isolated phrenic nerve dia-
phragm preparations. They also studied pla-
cental transmission by giving D-tubocurarine
intravenously over a 3 hour period to preg-
nant rabbits in doses equivalent to the usual
clinical dose in man. The fetuses remained
lively throughout the period of the experi-
ment. Furthermore, it was found that trans-
placental passage could occur in the reverse
direction (i.e., from the fetus to the mother)
if relatively massive doses were injected into
the umbilical artery. In an analogous study
in dogs, Pittinger and Morris[24] demonstrated
the transfer of D-tubocurarine from the
mother to the fetus by injecting directly into
the uterine artery approximately ten times
the dose necessary on a weight basis to pro-
duce apnea in either dog or man. The pres-
ence of significant quantities of the relaxant
in newborn pups was observed clinically
by signs of reduced physical activity and
biochemically by analysis of blood samples.
It appeared from these experiments and
those of Buller and Young[147] that the pla-
centa acted as a barrier to the usual clinical
range of blood levels of D-tubocurarine, but
that very high concentrations present in the
maternal or fetal blood allowed sufficient
quantities to cross and cause demonstrable
neuromuscular block. In view of these in-
vestigations, and the wide experience with
this drug in human obstetrics, it is difficult
to accept as valid the work of Beck and
Nold.[148] Using the external tocograph on
women in labor to monitor "fetal move-
ments" in utero, they reported cessation of
these movements within 2 minutes of the
*intramuscular* administration of small doses
of D-tubocurarine (6 to 9 mg.). With these
doses, which had minimal effects on the
mother, their conclusion that the placenta is
permeable to curare seems totally unwar-
ranted.

Several attempts have been made to detect
by pharmacologic techniques the presence of
curare in the blood or urine of human in-
fants and animals following delivery. Beck[149]
used the indirect biologic method of inject-
ing human urine into white mice and noting
their response. He failed to demonstrate the
presence of the relaxant in the first voided
urine of the infants, whereas it was always
found in the mothers' urine. Cohen and as-
sociates[41] and Pittinger and Morris,[150] work-
ing independently with biochemical tech-
niques for the analysis of curare in maternal
and cord blood, both showed that no signifi-
cant quantity of the drug reached the baby.
The mothers were given curare in intra-
venous doses ranging from 18 to as high as
60 mg. 2 to 78 minutes before delivery.
Crawford and Gardiner,[21] using a frog rectus
bioassay technique, also found insignificant
traces of the drug in cord blood following
average clinical doses of 15 to 20 mg. in 6
mothers. The only study wherein curare
could be demonstrated unequivocally in the
blood of newborn animals was by Pittinger
and Morris.[24] As mentioned previously, these
workers produced an extremely high concen-
tration gradient across the placenta by in-
jecting very large doses of the drug directly
into the uterine artery.

**Gallamine triethiodide (bencurine iodide,
Flaxedil).** Although clinical experience[151, 152]
with gallamine in obstetrics indicates that
usual doses of this relaxant given to the
mother have no ill effects on the newborn,
laboratory investigations have usually dem-
onstrated its ability to cross the placenta.
As with curare, it could not be found in
the urine of the newborn.[149] However, the
technique of injection of high doses into the
uterine artery in the dog revealed that this
relaxant could reach the fetus in effective
concentrations.[153] In 13 patients who re-
ceived 80 mg. intravenously, Crawford and
Gardiner[21] found with their bioassay tech-
nique that gallamine appeared in the cord
serum as early as 3 minutes after adminis-
tration. The concentration in some cases
even equaled that found in the mother.
None of the infants appeared to be clinically

affected by the drug but they suggested that more sensitive tests of the muscle power of the infant might reveal impairment of function. A recent study by Schwarz[144] based on the estimation of gallamine by measuring the iodine levels of cord blood samples corroborated Crawford and Gardiner's work. Six to 9 minutes following the injection of 80 mg. into the mother, significant elevations of the infant blood iodine values were noted.

Decamethonium iodide (C-10, Syncurine). Decamethonium was the first of the depolarizing relaxants to be used in obstetrics.[155] Animal experiments have failed to demonstrate the passage of this drug across the placenta. Young,[156] in experiments similar to those conducted on D-tubocurarine,[147] showed that the fetal neuromuscular junction could be blocked by direct injection of C-10, but in rabbits and guinea pigs the placenta formed a very effective barrier to the passage of the drug in either direction. It did not affect the fetuses even when present in the mother's bloodstream in concentrations 50 to 100 times the maternal paralyzing dose. Pittinger and Morris[153] in their studies on dogs, observed no paralysis of the fetus when large doses were injected into the uterine artery. There are no reports dealing with the analysis of blood levels of C-10. The mass of clinical experience with the drug suggests that it is safe to use in obstetrics and has no demonstrable effects on the newborn.[151, 157, 158] The only contradictory evidence is the clinical impression of Ellerker[159] and Duchesne and associates,[160] who felt that the administration of C-10 increased the incidence of neonatal depression.

Succinylcholine chloride (suxamethonium chloride, Anectine). The reported evidence concerning the placental transmission of succinylcholine has been contradictory. Clinical data based on the observation of infants in over 1,800 deliveries suggest that the drug does not cross the placenta in appreciable quantities and that it is safe for use in obstetrics.[2] Experimentally, Leone[161] and Thesleff[162] found in pregnant rabbits that intravenous administration of succinylcholine to the doe, in doses of 100 mg. or less, led to

no discernible paralysis of the newborn. Thesleff[162] also injected 20 to 50 mg. of the drug directly into the uterine arteries of three patients who were about to undergo therapeutic abortion during the second trimester of pregnancy. He noted no paralyzing effects in the infants born 1 to 8 minutes after the injection. On the other hand, Pittinger and Morris,[153] using massive (400 mg.) doses via the same route in 3 pregnant dogs, clearly demonstrated placental transmission. The pups became spastic and voluntary movement and squealing did not commence for 3 to 5 minutes after delivery.

Conclusive evidence on the problem, in the form of a frog rectus bioassay of succinylcholine levels in human maternal and umbilical vein blood, has recently been reported by Moya and Kvisselgaard.[2, 23] They showed that no succinylcholine could be found in the infant when clinical doses of the relaxant were employed. These results have been corroborated by other investigators working independently with a similar dose and bioassay method.[283] In a study of placental thresholds to succinylcholine Moya and his group[22] found that only after large single intravenous doses of 300 mg. or more (i.e., five to six times the usual clinical dose), there were small but definitely detectable amounts of the drug in the umbilical vein blood. However, none of the infants appeared to be affected by the relaxant, irrespective of the dose, time of administration, or the presence of the drug in cord blood (Table I). These workers also observed in rabbits that a dose approximately 1,000 times the minimal paralyzing dose was necessary to transmit quantities of succinylcholine sufficient to affect the newborn clinically. Since the sensitivity of the rabbit to succinylcholine[162] and its placental morphology[163] are both similar to those in man, the above results may be of value in estimating the dose necessary to obtain the same effect in humans. In a subsequent study, Moya and Margolies[164] studied the ability of placental cholinesterases to hydrolyze succinylcholine. Destruction of the relaxant by the placenta was not found to contribute significantly to

Case 1:04-cv-14164-MBB    Document 28-8    Filed 05/31/2005    Page 16 of 21

December
Am. J. Obst. & Gynec.
Number 11, Part 2

Passage of drugs across placenta    1793

*lysis of the newborn, ...ted 20 to 50 mg. of the the uterine arteries of were about to undergo n during the second ...cy. He noted no para-infants born 1 to 8 min-ion. On the other hand, s,[248] using massive (400 ...ame route in 3 pregnant ...strated placental trans-...came spastic and volun-...squealing did not com-...inutes after delivery.

...ice on the problem, in rectus bioassay of suc-...n human maternal and l, has recently been re-l Kvisselgaard.[2, 22] They ...ccinylcholine could be ...when clinical doses be ...employed. These results ...ted by other investigat-...ndently with a similar ...method.[183] In a study of ...to succinylcholine Moya ...nd that only after large ...oses of 300 mg. or more ...s the usual clinical dose), ...ut definitely detectable ...g in the umbilical vein ...one of the infants ap-...d by the relaxant, irre-...time of administration, ...the drug in cord blood ...orkers also observed in ...e approximately 1,000 ...ralyzing dose was neces-...ntities of succinylcholine ...the newborn clinically. ...of the rabbit to succinyl-...placental morphology[163] ...those in man, the above ...value in estimating the ...otain the same effect in ...quent study, Moya and ...the ability of placental ...ydrolyze succinylcholine. ...relaxant by the placenta ...ontribute significantly to

## Table I. Blood levels and condition of infants following vaginal delivery with a single, large dose of succinylcholine

| Dose | | Minutes from injection to sample | Blood levels at birth (µg/ml. serum) | | Infant | |
|---|---|---|---|---|---|---|
| mg. | mg./kg. | | Maternal | Infant | Apgar score | T.S.R.* sec. |
| 200 | 3.28 | 4 | 1.4 | 0 | 9 | 10 |
| 200 | 3.30 | 1½ | 10.4 | 0 | 7 | 60 |
| 200 | 3.30 | 2¾ | 3.9 | 0 | 9 | 30 |
| 200 | 3.17 | 4½ | 0 | 0 | 7 | 70† |
| 200 | 2.86 | 4¾ | 3.5 | 0 | 9 | 45 |
| 300 | 4.28 | 1 | 5.5 | 0 | 7 | 70 |
| 300 | 5.08 | 2 | 11.6 | 1.5 | 6 | 30 |
| 300 | 3.94 | 5 | 1.9 | 0 | 8 | 60 |
| 300 | 3.70 | 3 | 1.7 | 1 | 8 | 40 |
| 300 | 6.00 | 3½ | 1.8 | 1.9 | 8 | 20 |
| 300 | 4.68 | 3½ | 6.2 | 1.5 | 9 | 30 |
| 500 | 7.70 | 5¼ | 1.2 | 1.1 | 7 | 50 |
| 500 | 6.58 | 5 | 2.4 | 2.0 | 8 | 20 |

*Time to sustained respiration.
†Tight nuchal cord.
0 = less than one microgram succinylcholine per milliliter serum.
From Kvisselgaard and Moya.[23]

the blood placental barrier. It was concluded that the most probable explanation for the low permeability of the placenta to succinyl-choline was the low fat solubility and com-plete ionization of this drug.

In summary, it appears that the placenta forms a relative rather than an absolute bar-rier to the passage of most relaxants. Usual clinical doses have no demonstrable effects on the newborn, and, with the exception of gallamine, the drugs cannot be detected pharmacologically in the infant's blood in significant quantities. If the concentration gradient across the placenta is sufficiently high, they can be found in cord blood and possibly produce clinical effects in the new-born. This can be achieved either by inject-ing large doses of the drug into the uterine artery or by using massive doses intrave-nously. The poor penetrability of the relax-ants is probably related to their low lipid solubility and high degree of ionization.

### Chemotherapeutics and antibiotics

Sulfonamides. The placental transmission and toxic effects on the fetus of these com-pounds have been reviewed by von Friesen[165] and Baker.[162] Since the first observations on the transfer of sulfonamide in rabbits,[166] it has been shown repeatedly that all com-monly used sulfonamides readily cross the placenta to the fetal circulation, in some cases within 15 minutes of intravenous ad-ministration. Equilibrium with maternal blood levels is usually established in approxi-mately 3 hours, with the fetal level about 10 to 30 per cent below that in the mother. The fetal blood levels attained are usually sufficient to cause antibacterial and toxic effects. These facts have been established in humans for sulfanilamide,[167] sulfathiazole,[169] sulfadiazine,[169] sulfasomidine,[170] sulfapyri-dine,[168] sulfacetamide,[168] sulfamethizole,[165] sulfamerazine,[165] sulfamethoxypyridazine,[171] and dosulfin.[172] Sulfadiazine gives the high-est concentration in fetal blood although sulfanilamide probably is transmitted most quickly.[165] Sparr and Pritchard[171] have cau-tioned that the administration of these drugs to the mother within a few days of delivery is potentially dangerous to the newborn in-fant if associated with prematurity or erythroblastosis since sulfonamides may be related to the development of kernicterus.[185] Furthermore, prolonged administration dur-ing pregnancy should be avoided because deleterious effects on the fetus may result.[185]

Isoniazid (isonicotinic acid hydrazine, Rimifon). This synthetic antituberculosis drug has been shown to reach the fetus

Case 1:04-cv-11164-MBB   Document 28-8   Filed 05/31/2005   Page 17 of 21

174   Moya and Thorndike                                                       December 1, 1962
                                                                              Am. J. Obst. & Gynec.

within a quarter of an hour of its oral administration; fetal blood levels may exceed maternal.[273] In view of the known toxic side effects of this drug on the central nervous system and other vital organs, it seems advisable to bear in mind the possible hazards to the fetus of prolonged exposure.

Antibiotics. Bacteriostatic concentrations of all antibiotics studied have been found in fetal blood following administration to the mother. *Penicillin* passes the placenta and in 60 to 90 minutes after an intramuscular injection reaches maximum levels in fetal blood which are usually 25 to 75 per cent of the maternal concentration.[174-176] The fetal blood level may equal or exceed the mother's concentration after a continuous infusion or a single dose of long-acting penicillin. *Streptomycin* passes into the fetus and amniotic fluid but in concentrations which are frequently less than 50 per cent of the level found in the mother's blood.[174, 177, 178] *Tetracyclines* (Terramycin, Achromycin, Aureomycin) enter the fetal circulation and attain concentrations equal to 25 to 75 per cent of the maternal level.[174, 179, 180] *Chloramphenicol* (Chloromycetin) was found in therapeutically effective serum concentrations in the fetus within 71 minutes after initial administration.[174, 181] The levels were in most cases approximately equal to those in the mother.[181] *Erythromycin* was noted to pass the placenta only when 800 to 1,000 mg. were ingested; the fetal concentration was usually no more than 25 per cent of the mother's.[182]

### Conclusions and summary

As might have been expected, practically all drugs used in obstetrics have been found to cross the placenta to some degree. The muscle relaxants appear to be notable exceptions. However, even with these compounds there is a relative rather than an absolute placental barrier, because with an extremely high concentration gradient they, too, will appear in fetal blood.

It has been suggested in this discussion that foreign substances cross the placenta by simple diffusion and as though the boundary had the characteristics of a lipoid barrier. Therefore, as with the blood-brain barrier, the rate of entry is primarily governed by the fat solubility of the non-ionized drug molecule. Other factors, such as concentration gradient and molecular weight, are usually of secondary importance. Regrettably, there is little precise quantitative information available on the kinetics of penetration by drugs. Many studies on placental transmission have employed an inadequate number of cases, relatively insensitive analytical techniques or indirect qualitative tests, and variable or multiple doses of drugs given by various routes. Samples have been collected with no distinction between umbilical artery and vein, and frequently without appreciation of the possible differences in blood obtained from the maternal artery, vein, and intervillous space. A systematic investigation of a broad spectrum of compounds with various lipid solubilities and dissociation constants is greatly needed. Only then can a conclusive over-all formulation be made of the behavior of the placenta with respect to drugs.

The establishment of a lipoid theory for the placenta would appear to frustrate the perennial quest for a systemic agent that could relieve maternal pain and yet not cross the placenta, since fat-soluble drugs would penetrate both the blood-brain and the blood-placental barriers.

### REFERENCES

1. Page, E. W.: Am. J. Obst. & Gynec. 74: 705, 1957.
2. Moya, F., and Kvisselgaard, N.: Anesthesiology 22: 1, 1961.
3. Shimidzu, Y.: Am. J. Physiol. 62: 202, 1922.
4. Barcroft, J.: Researches on Prenatal Life, Springfield, Ill., 1946, Charles C Thomas, Publisher.
5. McGaughey, H. S., Jones, H. C., Talbert, L., and Anslow, W. P.: Am. J. Obst. & Gynec. 75: 482, 1958.

December 1, 19...  
Am. J. Obst. & Gynec.

Number 11, Part 2

... drugs ... placenta

r to be notable ex-
n with these com-
tive rather than an
er, because with an
ration gradient they,
l blood.

d in this discussion
cross the placenta by
though the boundary
of a lipoid barrier.
blood-brain barrier,
imarily governed by
ne non-ionized drug
, such as concentra-
lecular weight, are
importance. Regret-
cise quantitative in-
the kinetics of pene-
studies on placental
loyed an inadequate
vely insensitive ana-
indirect qualitative
ultiple doses of drugs
. Samples have been
inction between um-
and frequently with-
e possible differences
maternal artery,
space. A systematic
d spectrum of com-
lipid solubilities and
is greatly needed.
usive over-all formu-
behavior of the pla-
drugs.

f a lipoid theory for
pear to frustrate the
systemic agent that
l pain and yet not
nce fat-soluble drugs
the blood-brain and
rriers.

rches on Prenatal Life,
46, Charles C Thomas,

Jones, H. C., Talbert,
V. P.: Am. J. Obst. &
58.

6. Danielli, J. F.: In Kitching, J. A., editor: Recent Developments in Cell Physiology, New York, 1954, Academic Press, Inc., p. 1.
7. Snoeck, J.: Le Placenta humain, Paris, 1958, Masson et Cie, pp. 248, 403.
8. Huggett, A. St. G., and Hammond, J.: In Parkes, A. S., editor: Marshall's Physiology of Reproduction, London, 1952, Longmans, Green & Co., Ltd., vol. 2, p. 372.
9. Needham, J.: Chemical Embryology, Cambridge, 1931, University Press, vol. 3, p. 1497.
10. Widdas, W. F.: J. Physiol. 118: 23, 1952.
11. Page, E. W., Glendening, M. B., Margolis, A., Harper, H. A.: Am. J. Obst. & Gynec. 73: 589, 1957.
12. Dempsey, E. W.: In Flexner, L. B., editor: Gestation, Transactions of the First Conference, New York, 1955, Josiah Macy, Jr., Foundation, p. 36.
13. Danielli, J. F.: In Davson, H., and Danielli, J. F.: The Permeability of Natural Membranes, ed. 2, Cambridge, 1952, University Press.
14. Mayer, S., Maickel, R. P., and Brodie, B. B.: J. Pharmacol. & Exper. Therap. 127: 205, 1959.
15. Brodie, B. B., Kurz, H., and Schanker, L. S.: J. Pharmacol. & Exper. Therap. 130: 20, 1960.
16. Schanker, L. S., Shore, P. A., Brodie, B. B., and Hogben, C. A. M.: J. Pharmacol. & Exper. Therap. 120: 528, 1957.
17. Hogben, C. A. M., Tocco, D. J., Brodie, B. B., and Schanker, L. S.: J. Pharmacol. & Exper. Therap. 125: 275, 1959.
18. Schanker, L. S.: J. Pharmacol. & Exper. Therap. 126: 283, 1959.
19. Dancis, J.: In Villee, C. A., editor: The Placenta and Fetal Membranes, Baltimore, 1960, Williams & Wilkins Company, p. 94.
20. Höber, R.: Physical Chemistry of Cells and Tissues, Philadelphia, 1945, Blakiston Company, pp. 230, 272.
21. Crawford, J. B., in collaboration with Gardiner, J. E.: Brit. J. Anaesth. 28: 154, 1956.
22. McKechnie, F. B., and Converse, J. G.: Am. J. Obst. & Gynec. 70: 639, 1955.
23. Kvisselgaard, N., and Moya, F.: Anesthesiology 22: 7, 1961.
24. Pittinger, C. B., and Morris, L. E.: Anesthesiology 14: 238, 1953.
25. Flexner, L. B., Cowie, D. B., Heilman, L. M., Wilde, W. S., and Vosburgh, G. J.: Am. J. Obst. & Gynec. 55: 469, 1948.
26. Money, W. L.: Personal communication.
27. Anselmino, K. J.: Arch. Gynäk. 137: 724, 1929.
28. Cox, L. W., and Chalmers, T. A.: J. Obst. & Gynaec. Brit. Emp. 60: 214, 1953.
29. Fabre, R.: Compt. rend. Soc. biol. 113: 1380, 1933.
30. Dille, J. M.: Am. J. Obst. & Gynec. 32: 328, 1936.
31. Flowers, C. E.: Obst. & Gynec. 9: 332, 1957.
32. Ploman, L., and Persson, B. H.: J. Obst. & Gynaec. Brit. Emp. 64: 706, 1957.
33. Boucek, C. M., and Renton, A. D.: Surg. Gynec. & Obst. 52: 841, 1931.
34. Nyberg, F. F., Kendrick, J. G., Evans, J. A., and Stofer, B. E.: Obst. & Gynec. 11: 184, 1958.
35. Lovitt, W. V., Jr., Freimuth, H. C., and Englehart, W. P.: Maryland M. J. 4: 325, 1955.
36. Flowers, C. E.: Am. J. Obst. & Gynec. 78: 730, 1959.
37. Root, B., Eichner, E., and Sunshine, I.: Am. J. Obst. & Gynec. 81: 948, 1961.
38. Fealy, J.: Obst. & Gynec. 11: 342, 1958.
39. Dreisbach, R., and Snyder, F. F.: J. Pharmacol. & Exper. Therap. 79: 250, 1943.
40. Hellman, L. M., Shettles, L. B., Manahan, C. P., and Eastman, N. J.: Am. J. Obst. & Gynec. 48: 851, 1944.
41. Cohen, E. N., Paulson, W. J., Wall, J., and Elert, B.: Surg. Gynec. & Obst. 97: 456, 1953.
42. McAllister, H. A., and Flowers, C. E.: South M. J. 49: 1028, 1956.
43. Crawford, J. S.: Brit. J. Anaesth. 28: 146, 1956.
44. Whyte, J. C.: Am. J. Obst. & Gynec. 63: 163, 1952.
45. Uter, T., and Lutzmann, L.: Geburtsh. Frauenh. 20: 1289, 1960.
46. Baux, R., Ferrier, Y., and Bennet, P.: Bull. Féd. gynéc. et obst. franç. 11: 559, 1959.
47. Brand, L., Mazzia, V. D. B., Van Poznak, A., Burns, J. J., and Mark, L. C.: Brit. J. Anaesth. 33: 92, 1961.
48. Martland, H. S., and Martland, H. S.: Am. J. Surg. 80: 270, 1950.
49. Fouts, J. R., and Adamson, R. H.: Science 129: 897, 1959.
50. Jondorf, W. R., Maickel, R. P., and Brodie, B. B.: Biochem. & Pharmacol. 1: 352, 1959.
51. Kahn, J. B., Nicholson, D. B., and Assali, N. S.: Obst. & Gynec. 1: 663, 1953.
52. Kane, P. O., and Stephens, C. J.: Brit. J. Anaesth. 31: 533, 1959.
53. Dördelmann, P.: Anaesthesist 7: 268, 1958.
54. Lacomme, M., and Le Lorier, G.: Bull. Féd. soc. gynéc. et obst. 7: 119, 1955.
55. Behn, W., Frahm, M., and Fretwurst, E.: Klin. Wchnschr. 34: 872, 1956.
56. Smith Kline and French Laboratories: Personal communication from Dr. Richard Coyne.
57. Budinsky, J., and Votava, Z.: Acta biol. med. germ. 4: 35, 1960.
58. Adelman, M. H., Fisch, H., Jacobson, E., and Katz, J.: Anesthesiology 19: 93, 1958.
59. Crawford, J. S.: Presented at the Second World Congress of Anaesthesiologists, Toronto, September, 1960.
60. Potts, C. R., and Ullery, J. C.: Am. J. Obst. & Gynec. 81: 1253, 1961.
61. Stewart, R. H.: Obst. & Gynec. 17: 701, 1961.
62. Phillips, O. C., Lyons, W. B., Campbell, C.,

Case 1:04-cv-11164-MBB    Document 28-8    Filed 05/31/2005    Page 19 of 21

1796  Moya and Thorndike

Am. J. Obst. & Gynec.

1962

Volume
Number

and Frazier, T. M.: Obst. & Gynec. 15: 182, 1960.

63. Fitzpatrick, M. J., de Blois, J. A., and Kushner, D. H.: Obst. & Gynec. 16: 78, 1960.

64. Carroll, J. J., and Moir, R. S.: J. A. M. A. 168: 2218, 1958.

65. Lindley, J. E., Rogers, S. F., and Moyer, J. H.: Obst. & Gynec. 10: 582, 1957.

66. Inmon, W. B., and Kitchings, J. T.: Am. J. Obst. & Gynec. 79: 1139, 1960.

67. Bare, W. W.: Am. J. Obst. & Gynec. 83: 18, 1962.

68. Bourne, G.: Lancet 2: 522, 1954.

69. Marley, E., and Vane, J. R.: Brit. J. Pharmacol. 13: 364, 1958.

70. Budnick, I. S., Leikin, S., and Hoeck, L. E.: Am. J. Dis. Child. 90: 286, 1955.

71. Desmond, M. M., Rogers, S. F., Lindley, J. E., and Moyer, J. H.: Obst. & Gynec. 10: 140, 1957.

72. Bernstine, J. B., Meyer, A. E., and Hayman, H. B.: J. Obst. & Gynec. Brit. Emp. 61: 683, 1954.

73. Campbell, R. E.: Am. J. Obst. & Gynec. 28: 83, 1934.

74. Nicloux, M.: Obstétrique 5: 97, 1900.

75. Belinkoff, S., and Hall, O. W.: Am. J. Obst. & Gynec. 59: 429, 1950.

76. Chapman, E. R., and Williams, P. T.: Am. J. Obst. & Gynec. 61: 676, 1951.

77. Fetchko, A. M., Weber, J. E., Carroll, J. H., and Thomas, G. J.: Am. J. Obst. & Gynec. 62: 662, 1951.

78. Rosenfield, H. H., and Davidoff, R. B.: New England J. Med. 207: 366, 1932.

79. Gardner, H. L., Levine, H., and Bodansky, M.: Am. J. Obst. & Gynec. 40: 435, 1940.

80. Snyder, F. F.: Obstetric Analgesia and Anesthesia: Their Effects Upon Labor and the Child, Philadelphia, 1949, W. B. Saunders Company.

81. Simmer, H., and Beck, H.: Arzneimittel-Forsch. 10: 660, 1960.

82. Preyer, W.: Specielle Physiologie des Embryo, Leipzig, 1885, T. Grieben.

83. Holzbach, E.: München. med. Wchnschr. 54: 1228, 1907.

84. Hon, E. H., Bradfield, A. H., and Hess, O. W.: Am. J. Obst. & Gynec. 82: 291, 1961.

85. Hellman, L. M., Johnson, H. L., Tolles, W. E., and Jones, E. H.: Am. J. Obst. & Gynec. 82: 1055, 1961.

86. Flowers, C. E., Littlejohn, T. W., and Wells, H. B.: Obst. & Gynec. 16: 210, 1960.

87. Shute, E., and Davis, M. E.: Surg. Gynec. & Obst. 57: 727, 1933.

88. Goodfriend, M. J., Shey, I. A., and Klein, M. D.: Am. J. Obst. & Gynec. 71: 29, 1956.

89. Taylor, E. S., von Fumetti, H. H., Essig, L. L., Goodman, S. N., and Walker, L. C.: Am. J. Obst. & Gynec. 69: 348, 1955.

90. Roberts, H., Kane, K. M., Percival, N., Snow, P., and Please, N. W.: Lancet 1: 128, 1957.

91. Mengert, W. F.: Am. J. Obst. & Gynec. 44: 888, 1942.

92. Lund, C. J., and Harris, J. W.: Am. J. Obst. & Gynec. 45: 980, 1943.

93. Little, D. M., Jr., and Tovell, R. M.: J. Indiana M. A. 42: 201, 1949.

94. Gillam, J. S., Hunter, G. W., Darner, C. B., and Thompson, G. R.: Am. J. Obst. & Gynec. 75: 1105, 1958.

95. Emich, J. P.: Am. J. Obst. & Gynec. 69: 124, 1955.

96. Davis, M. E., Andros, G. J., and King, A. G.: J. A. M. A. 148: 1193, 1952.

97. Halasey, T. G., and Dille, J. M.: Proc. Soc. Exper Biol. 78: 808, 1951.

98. Myers, J. D.: Am. J. Obst. & Gynec. 75: 1096, 1958.

99. Way, E. L., Gimble, A. I., McKelway, W. P., Ross, H., Chen-Yu Sung, and Ellsworth, H.: J. Pharmacol. & Exper. Therap. 96: 477, 1949.

100. Apgar, V., Burns, J. J., Brodie, B. B., and Papper, E. M.: Am. J. Obst. & Gynec. 64: 1368, 1952.

101. Barnes, J.: Brit. M. J. 1: 437, 1947.

102. Baker, J. B. E.: Pharmacol. Rev. 12: 37, 1960.

103. Shnider, S. M., and Moya, F.: Unpublished data.

104. Eckenhoff, J. E., Hoffman, G. L., and Funderburg, L. W.: Am. J. Obst. & Gynec. 65: 1269, 1953.

105. Eckenhoff, J. E., and Funderburg, L. W.: Am. J. M. Sc. 228: 546, 1954.

106. Barr, W., and Barr, G. T. D.: J. Obst. & Gynaec. Brit. Emp. 63: 216, 1956.

107. Backner, D. D., Foldes, F. F., and Gordon, E. H.: Am. J. Obst. & Gynec. 74: 271, 1957.

108. Telford, J., and Keats, A. S.: Anesthesiology 22: 465, 1961.

109. Gordon, D. W. S., and Pinker, G. D.: J. Obst. & Gynaec. Brit. Emp. 65: 606, 1958.

110. Lasagna, L.: A. M. A. Arch. Int. Med. 94: 532, 1954.

111. Whipple, G. H.: J. Exper. Med. 15: 246, 1912.

112. Taylor, C. R.: Am. J. Obst. & Gynec. 81: 1260, 1961.

113. Belew, J. E., and Wulff, G. J. L.: Obst. & Gynec. 16: 372, 1960.

114. Moya, F.: New York J. Med. 61: 421, 1961.

115. Nicloux, M.: Paris, 1908. Quoted from Heffter, A.: Handbuch der experimentellen Pharmakologie, 1923, 1, p. 226.

116. Dotzauer, G.: Deutsche Ztschr. ges. gerichtl. Med. 40: 170, 1950.

117. Dybing, O., and Stormorken, H.: Acta pharmacol. et Toxicol. 8: 271, 1952.

118. Smith, C. A., and Barker, R. H.: Am. J. Obst. & Gynec. 43: 763, 1942.

119. Flowers, C. E.: North Carolina M. J. 14: 140, 1953.

120. Cole, W. C. C., and Kimball, D. M.: Nebraska M. J. 28: 200, 1943.

121.
122.
123.
124.
125.
126.
127.
128.
129.
130.
131.
132.
133.
134.
135.
136.
137.
138.
139.
140.
141.
142.
143.
144.
145.
146.
147.
148.
149.
150.
151.

J. Obst. & Gynec.

s, J. W.: Am. J. Obst.

nd Tovell, R. M.: J. 1949.

G. W., Darner, C. B., R.: Am. J. Obst. & 8.

Obst. & Gynec. 69:

, G. J., and King, A. 1:93, 1952.

Dille, J. M.: Proc. Soc. 1951.

. Obst. & Gynec. 75:

A. I., McKelway, W. n Sung, and Ellsworth, & Exper. Therap. 96:

J., Brodie, B. B., and J. Obst. & Gynec. 64:

J. 1: 437, 1947. harmacol. Rev. 12: 37,

Moya, F.: Unpublished

Hoffman, G. L., and Am. J. Obst. & Gynec.

nd Funderburg, L. W.: 46, 1954.

, G. T. D.: J. Obst. & 63: 216, 1956.

ldes, F. F., and Gordon, st. & Gynec. 74: 271,

ats, A. S.: Anesthesiology

i., and Pinker, G. D.: c. Brit. Emp. 63: 606,

A. Arch. Int. Med. 94:

. Exper. Med. 15: 246,

J. Obst. & Gynec. 31:

Wulff, G. J. L.: Obst. & 60.

rk J. Med. 61: 421, 1961. ris, 1908. Quoted from ouch der experimentellen 23, 1, p. 226. sche Ztschr. ges. gerichtl. ).

orvmorken, H.: Acta phar- 3: 271, 1952.

l Barker, R. H.: Am. J. 3: 763, 1942. orth Carolina M. J. 14:

and Kimball, D. M.: Ne- 00, 1943.

121. Smith, C. A.: Surg. Gynec. & Obst. 69: 584, 1939.
122. Hingson, R. A., and Hellman, L. M.: Anesthesia for Obstetrics, Labor, Delivery, Infant Care, Philadelphia, 1956, J. B. Lippincott Company.
123. Apgar, V., Holaday, D. A., James, L. S., Prince, C. E., Weisbrot, I. M., and Weiss, L.: J. A. M. A. 165: 2155, 1957.
124. Rovenstine, E. A., Adriani, J., and Studdiford, W. E.: California & West. Med. 53: 59, 1940.
125. Lund, C. J.: Am. J. Obst. & Gynec. 43: 365, 1942.
126. Little, W. A., and Friedman, E. A.: Anesthesiology 19: 515, 1958.
127. Bannister, W. K.: Exhibit on Obstetrical Anesthesia Records, presented at annual meeting, American Society of Anesthesiologists, 1957.
128. Moya, F.: Unpublished data.
129. Shnider, S. M., Moya, F., Thorndike, V., Bossers, A., Morishima, H., and James, L. S.: Anesthesiology. (In press.)
130. Smith, C. A.: Surg. Gynec. & Obst. 70: 787, 1940.
131. Moya, F., Shnider, S. M., Smith, B., and Kvisselgaard, N.: In preparation.
132. Helliwell, P. J., and Hutton, A. M.: Anaesthesia 5: 4, 1950.
133. Helliwell, P. J., and Hutton, A. M.: Anaesthesia 4: 18, 1949.
134. Flowers, C. E.: Am. J. Obst. & Gynec. 65: 1027, 1953.
135. Sheridan, C. A., and Robson, J. G.: Canad. Anaesth. Soc. J. 6: 513, 1959.
136. Wiedling, S.: Xylocaine, The Pharmacologic Basis of Its Clinical Use, Stockholm, 1959, Almqvist & Wiksell, p. 50.
137. Steinhaus, J. E., and Howland, D. E.: Anesth. & Analg. 37: 40, 1958.
138. Hingson, R. A., Edwards, W. B., Lull, C. B., Whitacre, F. E., and Franklin, H. C.: J. A. M. A. 136: 221, 1948.
139. Marx, G. F.: Anesthesiology 22: 294, 1961.
140. Allen, F. M.: Am. J. Surg. 70: 283, 1945.
141. Johnson, K., and Gilbert, C. R. A.: Anesth. & Analg. 25: 133, 1946.
142. de Beer, E. J.: Anesthesiology 20: 416, 1959.
143. Whitacre, R. J., and Fisher, A. J.: Anesthesiology 6: 124, 1945.
144. Whitacre, R. J., and Fisher, A. J.: Current Res. Anesth. 27: 164, 1948.
145. Gray, T. C.: Brit. M. J. 1: 444, 1947.
146. Harroun, P., and Fisher, C. W.: Surg. Gynec. & Obst. 89: 73, 1949.
147. Bailer, A. J., and Young, I. M.: J. Physiol. 109: 412, 1949.
148. Beck, H., and Nold, B.: Anaesthesist 6: 93, 1957.
149. Beck, H.: Ztschr. Geburtsh. u. Gynäk. 146: 253, 1956.
150. Pittinger, C. B., Morris, L. E., and Keettel, W. C.: Am. J. Obst. & Gynec. 65: 635, 1953.
151. Thomas, B. E., and Gibson, J.: J. Obst.

& Gynaec. Brit. Emp. 60: 378, 1953.
152. Bakhoum, W., and Aish, E. A. E.: Anesth. & Analg. 36: 35, 1957.
153. Pittinger, C. B., and Morris, L. E.: Anesth. & Analg. 34: 107, 1955.
154. Schwarz, R.: Anaesthesist 7: 299, 1958.
155. Organe, G.: Lancet 1: 773, 1949.
156. Young, I. M.: Lancet 1: 1052, 1949.
157. Dennis, J. W., and Carroll, J. J.: Canad. Anaesth. Soc. J. 1: 82, 1954.
158. Jewell, T. C.: Am. J. Obst. & Gynec. 67: 273, 1954.
159. Ellerker, A. R.: Brit. M. J. 2: 398, 1950.
160. Duchesne, R., Lamontagne, A., Lacasse, J., Paradis, B., Sirois, P., and Bernier, A.: Canad. Anaesth. Soc. J. 3: 97, 1956.
161. Leone, U.: Acta anaesth. 6: 143, 1955.
162. Thesleff, S.: Acta physiol. scandinav. 27: 17, 1952. (Suppl. 99.)
163. Wislocki, G. B.: In Flexner, L. B., editor: Gestation, Transactions of the First Conference, New York, 1954, Josiah Macy, Jr., Foundation, p. 179.
164. Moya, F., and Margolies, L.: Anesthesiology 22: 11, 1961.
165. Friesen, B. von: Acta obst. et gynec. scandinav. 31: 1, 1951. (Suppl. 3.)
166. Lee, H. M., Anderson, R. C., and Chen, K. K.: Proc. Soc. Exper. Biol. 38: 366, 1938.
167. Speert, H.: Bull. Johns Hopkins Hosp. 66: 139, 1940.
168. Kayser, H.-W.: Klin. Wchnschr. 20: 510, 1941.
169. Speert, H.: Am. J. Obst. & Gynec. 45: 200, 1943.
170. Held, E., and Egger, P.: Gynaecologia 121: 133, 1946.
171. Sparr, R. A., and Pritchard, J. A.: Obst. & Gynec. 12: 131, 1958.
172. Bruno, L.: Minerva ginec. 9: 608, 1957.
173. Bromberg, Y. M., Salzberger, M., and Bruderman, I.: Gynaecologia 140: 141, 1955.
174. Charles, D.: J. Obst. & Gynaec. Brit. Emp. 61: 750, 1954.
175. Bartholomew, L. E., Stinson, R. H., Schimmel, N. H., Matteucci, W. V., and Flippin, H. F.: Am. J. Obst. & Gynec. 65: 30, 1953.
176. Woltz, J. H. E., and Zintel, H. A.: Am. J. Obst. & Gynec. 50: 338, 1945.
177. Sakula, A.: Brit. J. Tuberc. 48: 69, 1954.
178. Grasset, E., deWatteville, H., and Dossena, P.: Presse méd. 59: 1265, 1951.
179. Elliott, R. F., and Whitehill, A. R.: Proc. Soc. Exper. Biol. & Med. 94: 119, 1957.
180. Gibbons, R. J., and Reichelderfer, T. E.: Antibiotic Med. 7: 618, 1960.
181. Scott, W. C., and Warner, R. F.: J. A. M. A. 142: 1331, 1950.
182. Kiefer, L., Rubin, A., McCoy, J. B., and Foltz, E. L.: Am. J. Obst. & Gynec. 69: 174, 1955.
183. Schmermund, H.-J., Kittel, E., and Schmolling, E.: Arch. Gynäk. 195: 288, 1961.
184. Conney, A. H., Davison, C., Gastel, R., and Burns, J. J.: J. Pharmacol. & Exper. Therap. 130: 1, 1960.

185. Silverman, W. A., Andersen, D. H., Blanc, W. A., and Crozier, D. N.: Pediatrics 18: 614, 1956.
186. Moya, F., Morishima, H., Bossers, A., Thorndike, V., and Nahas, G.: Unpublished data.
187. Taussig, H. B.: J. A. M. A. 180: 1106, 1962.
188. Taussig, H. B.: Scientific American 207: macol. & Therap. (In press.)
189. Moya, F., and Thorndike, V.: Clin. Pharmacol. & Therap. (In press.)

*630 West 168th St.*
*New York 32, New York*