September 26, 2004

Aaron M Levine, Esq
Aaron M Levine and Associates
1320 19th St, NW
Washington, DC 20036

RE: Brenda Berg Manning DOB 12-9-1963

Dear Attorney Levine;

I am a board certified experienced Reproductive Endocrinologist. I am currently practicing in Westborough, Massachusetts.

I was first consulted by Brenda in February 1999, for primary infertility, at which time she reported a history of DES in utero exposure and an associated T-shaped uterus, ? blocked left fallopian tube and slightly elevated prolactin levels, "on and off" related to a pituitary adenoma for which she was followed by Dr Nachigal in Boston, MA.

Brenda had been seeing Dr Katherine Marshall for her OB/GYN care. Brenda had been followed with yearly paps and colposcopies for adenosis of the vagina and/or cervix, most likely to have resulted from her known DES in utero exposure (DES in utero exposure documented from around 20 weeks to 35 weeks gestation).

An HSG had been ordered on Brenda (by Dr Katherine Marshall) and was done 8-14-1998, due to her history of infertility and known DES exposure in utero. The HSG was interpreted as possible tubal occlusion, T-shaped uterus, with a question of uterine fibroid.

I took a history and reviewed Brenda's records, at her initial visit, in February 1999. An office hysteroscopy was ordered to evaluate the possible intrauterine cavity fibroid. Brenda was asked to obtain her HSG films for my personal review and interpretation, as well as correlation with the office hysteroscopy findings. A semen analysis was ordered on her husband.

HSG films were received and reviewed by myself. T-shaped uterus and ? lesion mid fundus with incomplete fill in that area vs ? Asherman's/scarring of the right upper side of the uterus, was noted. Right tube filled with dye, looked anatomically normal, and spilled dye freely. Left fallopian tube filled into the early isthmus, only.

Brenda decided to schedule a laparoscopy/hysteroscopy with Dr Marshall to delineate her tubal status/pelvis and intrauterine cavity with potential treatment at the same time. In the interim, however, Brenda spontaneously conceived (3-99). Sadly, this pregnancy (a twin gestation) turned out to include a molar pregnancy and was evacuated. Laparoscopy was performed in the first trimester of that pregnancy, to rule out ectopic pregnancy. Reportedly, normal pelvis was found, except for paratubal cysts.

Pt then waited the usual 6 months of negative BhCG levels after a molar pregnancy, to try and conceive. Hysteroscopy was done 10-99 and showed an intrauterine cavity to be T-shaped and otherwise within normal limits. The couple then conceived immediately on retrying (10-99).

Sadly, a first trimester ultrasound showed no fetal heart rate and a D&C was performed in 12-99. This was not a molar pregnancy.

Brenda returned to me for reconsultation in March 2000, being a G2P0. Brenda now had had 2 pregnancy losses. A first trimester recurrent pregnancy loss workup was ordered and completed. The recurrent pregnancy loss workup was positive for a luteal phase defect (LPD) found on endometrial biopsy (2-3 day lag) timed by urine LH testing. While attempting spontaneous conception, LPD therapy with urine LH testing and initiation of progesterone vaginal suppositories 3 days post urine LH positive, was initiated in 4-00. TSH and prolactin testing (abnormal values of these tests are associated with LPD) was within normal limits.

The couple conceived in their 3rd cycle of this treatment in 6-00. Brenda was discharged to her OB after an 8-week Obstetrical ultrasound showed a singleton intrauterine pregnancy with size equal to dates and a positive fetal heart rate. This was Brian Manning that was born 12-10-00.

It is well documented throughout the medical literature that there is a casual relationship between in utero DES exposure and incompetent cervix, per-term labor and second trimester delivery or second trimester loss. This has been shown in women with known DES in utero exposure, who have uterine cavity shape abnormalities known to be associated with DES in utero exposure, like the T-shaped uterus.

I have reviewed the pertinent medical records of Brenda Berg Manning's pregnancy with Brian. In my opinion, there is a reasonable degree of medical probability, that Brenda's exposure to DES in utero was a significant contributing factor to her premature cervical dilatation, labor and delivery of Brain at 26 weeks gestation with his sequela of prematurity, including cerebral palsy. While Brenda was also diagnosed with placenta previa, the decision to proceed with delivery at 26 weeks gestation was based on her preterm labor, which was most likely related to her DES exposed in utero related abnormally T-shaped uterus.

Finally, I would like to say, it is my opinion that had Brenda Berg Manning not been exposed to DES in utero, her pregnancy potential and outcomes would have been significantly improved.

Sincerely,

Robin Fischer, MD
FCNE
33 Lyman St, Suite 302
Westborough, MA  01581