**Greater Washington Maternal-Fetal Medicine and Genetics, P.A.**
9707 Medical Center Dr., Suite #230, Rockville, Maryland 20850    Tel. 301-279-6060    Fax 301-279-6345
Thomas L. Pinckert M.D.  F.A.C.O.G., F.A.C.M.G., Director

Michael W. Gallagher M.D., F.A.C.O.G            Jill Fonda M.S.  Certified Genetic Counselor
Pamela Lewis Matia M.D., F.A.C.O.G              Amy Everest M.S. Certified Genetic Counselor

November 1, 2003

Aaron M. Levine, Esq.
Aaron M. Levine & Associates
1320 19th Street, N.W.
Washington, D.C. 20036

Re:    Brenda Berg Manning

Dear Mr. Levine,

I am a physician practicing in Rockville, Maryland who has been asked to review the medical records, reports, and hysterosalpingogram of the above-named patient. I am Board Certified in Obstetrics and Gynecology with subspecialty training and Board Certification in Maternal-Fetal Medicine and Clinical Genetics. As such, I am one of approximately 35 physicians in the country with these credentials and base my opinions on my clinical experience, training, and knowledge of the medical literature regarding this topic.

Ms Manning was a 37 year old, Gravida 3, Para 0 female, who was 26 weeks pregnant when she developed preterm labor with contractions. She was appropriately treated with tocolytic therapy but unfortunately had refractory labor and delivered a preterm infant by cesarean section. Her antenatal history was complicated by a shortened and incompetent cervix for which she received an emergency McDonald cerclage at 16 weeks gestation.

The patient's past obstetrical and gynecological history was significant for complications related to her in utero DES exposure. She was diagnosed with a T-shaped uterus on hysterosalpingogram, had a short flush cervix, and was noted to have vaginal adenosis on examination requiring multiple colposcopies and vaginal biopsies. In addition, she had lost two pregnancies in the first trimester, including a molar pregnancy, prior to her preterm delivery.

With the subject pregnancy, the patient was followed with transvaginal sonography to assess cervical changes during the late first and early second trimester. Her cervix was in fact noted to decrease in length from 3.3 cms at 12.5 weeks gestation to 2.1 cms at 16.5 weeks. This prompted her emergency McDonald cerclage placement.

In addition to the previously noted shortened cervix, the patient was also found to have a placenta previa. This is a complication with a known increased incidence in women with a DES exposed uterus. Ms. Manning was found to have a complete previa at 18 weeks.

On November 3, 2000, the patient was admitted to St. Elizabeth's Medical Center in Boston, Massachusetts for symptoms of browning spotting, mixed with mucus. She was hospitalized for observation given her high-risk pregnancy that was complicated by her T-shaped uterus, shortened cervix with cerclage, and her total placenta previa. Ms. Manning was placed on strict bedrest in the Trendelenburg position. She was kept in the hospital for more than a month.

Late in the evening of December 9th and early on the 10th (hospital days 37 and 38) she had refractory labor that caused episodes of vaginal bleeding as the fetus was forced against the fragile placenta previa and cerclage. Despite the use of intravenous Magnesium Sulfate, which is the most effective tocolytic that we have for treatment of preterm labor, the patient continued to contract. A decision was made to remove the McDonald cerclage to prevent tearing and further damage to the cervix as the uterine contractions pulled the cerclage stitch through the soft cervical tissue. Given the total placenta previa, through which the fetus cannot deliver without bleeding to death, a decision was made to perform a primary low transverse Cesarean section. Ms. Manning delivered a live male at 26 weeks gestation.

The obstetrical medical literature is replete with articles documenting a causal relationship between in utero DES exposure and incompetent cervix, T-shaped uteri, preterm labor and delivery.

It is my opinion to a reasonable degree of medical probability, that Ms. Manning's obstetrical history was entirely consistent with her history of in utero DES exposure. I believe her T-shaped uterus and incompetent cervix were significant contributing factors to the premature labor and delivery of her son at 26 weeks gestation with his sequelae of prematurity, including cerebral palsy. While Ms. Manning was diagnosed with a placenta previa, the decision to proceed to delivery at 26 weeks gestations was based on her refractory preterm labor which was causally related to her abnormal DES exposed T-shaped uterus. Her medical records show no evidence of infections, preeclampsia/eclampsia or other factors for the pre-term labor.

The only possible confounding factor was a note on the pathology report regarding Ms. Manning's placenta in which a 2-vessel umbilical cord was described. However, I suspect this is an error because the written and dictated operative reports both describe a normal 3-vessel umbilical cord. In addition, the patient had multiple ultrasounds performed before delivery and these all described a 3-vessel cord as well. The cord is usually well seen with ultrasound and the number of umbilical cord vessels can be easily counted. Presumably, the normal umbilical cord could be reexamined in a paraffin block if any question remains.

In addition to my comments on the medical probability of Ms. Manning's delivery being caused by her T-shaped uterus that would not respond to Magnesium Sulfate, I believe her placenta previa was causally related to her in utero DES exposure, as well. It has been well documented that a T-shaped uterus and irregular uterine contour increase the risk of developing a persistent placenta previa. (See Linn S, et al., "Adverse Outcomes of Pregnancy in Women Exposed to Diethylstilbestrol in Utero," The Journal of Reproductive Medicine, Vol. 33, No. 1, January 1988: 3-7.)

Finally, it is my opinion that had Ms. Manning not been exposed to DES in utero, her pregnancy potentials and outcomes would have been significantly improved. Unfortunately, not only does her T-shaped uterus predispose her to increased uterine contractions and irritability, but the DES changes to the cervix make it abnormally soft such that a cerclage will not hold as well as in healthy cervical tissue. This predisposes Ms. Manning to pregnancy complications in all of her pregnancies, even if cerclage were placed earlier in the pregnancy before cervical shortening occurred.

If you have any questions, please feel free to contact me.

Sincerely,

Thomas L. Pinckert, M.D.