
COPY

| | |
|---|---|
| KAREN BERMAN and<br>JEFFREY BERMAN, w/h | : COURT OF COMMON PLEAS<br>: PHILADELPHIA COUNTY |
| VS | : JANUARY TERM, 1993 |
| ABBOTT LABORATORIES et al | : NO. 2244 |

---

| | |
|---|---|
| DEBORAH NIERENBERG and<br>STEVEN NIERENBERG, w/h | : COURT OF COMMON PLEAS<br>: PHILADELPHIA COUNTY |
| VS | : JANUARY TERM, 1993 |
| ABBOTT LABORATORIES et al | : NO. 2958 |

- - -

Oral Deposition of LORNE V. PERSON, SR., Witness, on behalf of the Plaintiffs, pursuant to the Pennsylvania Rules of Civil Procedure, taken in the law offices of Sheller, Ludwig & Badey, Third Floor, 1528 Walnut Street, Philadelphia, Pennsylvania, on Friday, April 22, 1994, commencing at or about 9:35 a.m., before Francine K. Guokas, C.R. - Commissioner.

- - -

---

FRANCINE K. GUOKAS
COURT REPORTING
6141 Woodland Avenue
Phila., Penna. 19142

215-726-8855

LORNE V. PERSON, SR.

122

BY MS. KNISELY:

Q. When you say most is there someone who comes to your mind that you're aware of that would have knowledge of these things that is still alive other than the people you've already told us about?

A. No.

MS. KNISELY: I don't think I have any other questions.

MR. KWASS: No questions.

BY MR. CYR:

Q. I just want to ask you a few questions. Mr. Person, did Person and Covey ever sell DES other than to -- other than in the State of California and possibly the States of Arizona and Nevada did Person and Covey sell DES anywhere else in the United States?

A. I can state that pretty -- is it unequivocally or equivocally no.

Q. Mr. Person, did Person and Covey ever sell DES to wholesalers or distributors?

A. No.

Q. Did Person and Covey ever employ any agents, employees east of the Mississippi for the

LORNE V. PERSON, SR.                    123

1  marketing or sale of DES?
2       A.   No.
3       Q.   And did Person and Covey ever sell,
4  ship, or deliver any DES into any state east of
5  the Mississippi including Pennsylvania, New
6  Jersey, Delaware, New York?
7       A.   No.
8            MR. CYR:  Thank you.
9  BY MS. KNISELY:
10      Q.   In response to your counsel's first
11 question about selling other DES other than in
12 Arizona, possibly Nevada, and California you said
13 no.
14           Other than what we've already
15 talked about today at this deposition do you have
16 any other basis for that answer other than what
17 we've already talked about today?
18      A.   No.
19      Q.   Do you have any other basis for any
20 of the other answers you've given in response to
21 your counsel's question other than what we've
22 already talked about today?
23           MR. CYR:  I'm just going to
24 object to the form.  Other basis?  I mean