

1A-17