# DRUG TOPICS Red Book

ESTABLISHED 1897

Published annually by the Topics Publishing Co., Inc., 10 E. 15th St., N. Y. 3, N. Y.

**PRODUCT INFORMATION**
*Alphabetical Listing of Items, Sizes, Prices*
*Fair Trade Prices Denoted by an **
*Manufacturer's Catalog Product Numbers*

Narcotic Drug Products and Prescription Legend Items are Identified by symbols [N] and [Rx] respectively

**PRODUCT DESCRIPTIONS**
*Give detailed information on products:*
*What they are, their uses, how administered*
*Dosage, precautions, how supplied*

**PHARMACISTS REFERENCE**
*Timely and Practical Pharmacy Facts*

**LIST OF MANUFACTURERS**
*With Names and Addresses*

**ADVERTISERS' INDEX**

**TABLE OF CONTENTS**

**1963**

NOV ... 1962 ... WASHINGTON

**Explanation of Product and Price Listings on First Page of Product Information Section**

published fall of 1962

Case 1:04-cv-11164-MBB Document 28-31 Filed 05/31/2005 Page 2 of 6

Diethyl— Page 198 Narcotic drugs or products which are subject to the Harrison Narcotic Act are identified by the letter [N] 1963 DRUG TOPICS RED BOOK

*1st Column*—Selling price to consumer
*denotes fair trade minimum. See page 1.
*2nd Column*—(a) wholesale cost price to retailer per dozen or (b) if a unit price, that is indicated or price to retailer on direct order from manufacturer shown by ▼ immediately above cost price of product
Numbers in ( ) after individual items are mfrs. catalog product numbers.

DIETHYLSTILBESTROL *(Continued)*
Chicago Pharm. [℞] (CH 56I)
Parenteral, Chimedic, Vial (34A)
50 mg./cc., 10 cc., ea. ... 1.50
Tablets, Chimedic
0.25 mg., S.C. (1508)
100s, ea. ... .55
1000s, ea. ... 3.00
0.5 mg., S.C. (1509)
100s, ea. ... .60
1000s, ea. ... 3.50
1 mg., S.C. (1510)
100s, ea. ... .65
1000s, ea. ... 4.00
5 mg., C.T. (1511A)
100s, ea. ... 1.00
1000s, ea. ... 5.50
5 mg., S.C. (1511)
100s, ea. ... 1.00
1000s, ea. ... 6.00
Columbia Med. [℞] (CO 42)
Tablets, 0.5 mg.
E.C., 1000s, ea. ... 1.05
1 mg., 1000s, ea. ... .95
E.C., 1000s, ea. ... 1.30
5 mg., 1000s, ea. ... 1.85
E.C., 1000s, ea. ... 2.15
25 mg., 1000s, ea. ... 5.40
E.C., 1000s, ea. ... 5.75
Corvit Pharm. [℞] (CO 81)
Tablets, 1 mg., E.C. (61)
100s, ea. ... .35
1000s, ea. ... 1.80
5 mg. (54)
100s, ea. ... .50
1000s, ea. ... 3.60
E.C. (62)
100s, ea. ... .65
1000s, ea. ... 4.50
25 mg. (55)
100s, ea. ... 1.25
1000s, ea. ... 8.00
E.C. (63)
100s, ea. ... 1.35
1000s, ea. ... 9.00
100 mg. (58)
100s, ea. ... 3.50
1000s, ea. ... 25.00
Cowley [℞] (CO 91E)
Tablets, 0.5 mg., 1000s, ea. ... 1.90
1 mg., 1000s, ea. ... 2.40
5 mg., 1000s, ea. ... 6.00
1000s, ea. ... 6.50
2 E.C., 1000s, ea. ... 20.00
Dani[illegible] [℞] (DA 31G)
Tablets, 0.5 mg., 100s, ea. ... .25
1000s, ea. ... 1.05
E.C., 100s, ea. ... .35
1000s, ea. ... 2.00
1 mg., 100s, ea. ... .30
1000s, ea. ... 1.50
E.C., 100s, ea. ... .40
1000s, ea. ... 2.25
5 mg., 100s, ea. ... .60
1000s, ea. ... 4.20
E.C., 100s, ea. ... .70
1000s, ea. ... 4.95
25 mg., 100s, ea. ... 1.25
1000s, ea. ... 9.25
E.C., 100s, ea. ... 1.25
1000s, ea. ... 10.25
Drug Associates [℞] (DR 24L)
Tablets, 5 mg., 100s, ea. ... .82
25 mg., 100s, ea. ... 2.75
DuMont [℞] (DU 21E)
Tablets, 0.5 mg., 100s, ea. ... .20
1000s, ea. ... 1.25
E.C., 100s, ea. ... .30
1000s, ea. ... 1.95
1 mg., 100s, ea. ... .25
1000s, ea. ... 1.50
E.C., 100s, ea. ... .35
1000s, ea. ... 2.00
5 mg., 100s, ea. ... .40
500s, ea. ... 1.30
1000s, ea. ... 1.95
E.C., 100s, ea. ... .50
500s, ea. ... 1.80
1000s, ea. ... 2.60
25 mg., 100s, ea. ... 1.00
500s, ea. ... 3.50
1000s, ea. ... 5.25
E.C., 100s, ea. ... 1.10
500s, ea. ... 3.75
1000s, ea. ... 5.95
100 mg., 100s, ea. ... 3.40
500s, ea. ... 13.75
1000s, ea. ... 19.75
Evron [℞] (EV 26)
Tablets, 0.25 mg.
100s, ea. (1195-C) ... .28
1000s, ea. (1195-M) ... 1.56
E.C., 100s, ea. (1200-C) ... .32
1000s, ea. (1200-M) ... 2.36
0.5 mg., 100s, ea. (1196-C) ... .32
1000s, ea. (1196-M) ... 1.76
E.C., 100s, ea. (1201-C) ... .36
1000s, ea. (1201-M) ... 2.56
1 mg., 100s, ea. (1197-C) ... .36
1000s, ea. (1197-M) ... 2.16
E.C., 100s, ea. (1202-C) ... .40
1000s, ea. (1202-M) ... 2.68

5 mg., 100s, ea. (1198-C) ... .60
1000s, ea. (1198-M) ... 4.56
E.C., 100s, ea. (1203-C) ... .68
1000s, ea. (1203-M) ... 5.56
25 mg., 100s, ea. (1199-C) ... 2.00
500s, ea. (1199-D) ... 9.00
1000s, ea. (1199-M) ... 16.68
E. C., 100s, ea. (1204-C) ... 2.16
500s, ea. (1204-D) ... 9.68
1000s, ea. (1204-M) ... 18.04
Faraday [℞] (FA 39)
Tablets, 0.1 mg. (537)
100s, ea. ... .13
1000s, ea. ... .60
E.C. (540)
100s, ea. ... .22
1000s, ea. ... 1.17
0.25 mg. (552)
100s, ea. ... .14
1000s, ea. ... .70
E.C. (553)
100s, ea. ... .25
1000s, ea. ... 1.25
0.5 mg. (538)
100s, ea. ... .16
1000s, ea. ... .78
E.C. (541)
100s, ea. ... .33
1000s, ea. ... 1.33
1 mg. (539)
100s, ea. ... .23
1000s, ea. ... .86
E.C. (542)
100s, ea. ... .46
1000s, ea. ... 1.41
5 mg. (531)
100s, ea. ... .41
1000s, ea. ... 2.26
E.C. (534)
100s, ea. ... .75
1000s, ea. ... 3.00
10 mg. (532)
100s, ea. ... .80
1000s, ea. ... 4.25
E.C. (535)
100s, ea. ... 1.48
1000s, ea. ... 5.80
25 mg. (533)
100s, ea. ... 1.25
1000s, ea. ... 9.00
E.C. (536)
100s, ea. ... 1.92
1000s, ea. ... 9.60
Foy Labs. [℞] (FO 70)
Tablets, 0.5 mg., 100s, ea. ... 1.45
500s, ea. ... 2.65
1 mg., 100s, ea. ... 1.65
500s, ea. ... 3.65
5 mg., 100s, ea. ... 2.25
500s, ea. ... 6.75
Gold Leaf [℞] (GO 15)
Parenteral, In Oil
1 mg./cc., Ampuls, 1 cc.
100s, ea. ... 8.00
Vial, 30 cc., ea. ... 1.00
5 mg./cc., Ampuls, 1 cc.
100s, ea. ... 9.00
Vial, 30 cc., ea. ... 1.50
25 mg./cc., Vial, 30 cc., ea. ... 3.00
Tablets, 1 mg., E.C.
1000s, ea. ... 1.80
5 mg., E.C., 1000s, ea. ... 2.90
25 mg., 1000s, ea. ... 6.80
E.C., 1000s, ea. ... 7.70
Gotham [℞] (GO 62)
Parenteral, In Oil, Vials
5 mg./ml.
10 ml., ea. (249) ... .70 .47
25 mg./ml.
10 ml., ea. (352) ... 1.20 .80
Tablets, 1 mg. (425)
1000s, ea. ... 1.90 1.27
E.C., 1000s, ea. ... 2.50 1.67
5 mg. (426)
1000s, ea. ... 3.60 2.40
E.C., 1000s, ea. ... 4.30 2.87
25 mg. (427)
1000s, ea. ... 10.40 6.94
E.C., 1000s, ea. ... 11.20 7.47
Haack Labs. [℞] (HA 10)
Tablets, 0.10 mg., E.C. (175)
100s, ea. ... .50
1000s, ea. ... 1.50
0.25 mg., E.C. (176)
100s, ea. ... .50
1000s, ea. ... 2.00
0.5 mg., E.C. (154)
100s, ea. ... .50
1000s, ea. ... 2.00
1 mg. (156)
100s, ea. ... .50
1000s, ea. ... 2.00
E.C. (150)
100s, ea. ... .50
1000s, ea. ... 2.00
5 mg. (157)
100s, ea. ... .75
1000s, ea. ... 6.00
E.C. (151)
100s, ea. ... .75
1000s, ea. ... 6.00
25 mg. (207)
100s, ea. ... 1.25
1000s, ea. ... 12.00
E.C. (177)
100s, ea. ... 1.50
1000s, ea. ... 12.00
100 mg. (248)
100s, ea. ... 4.00
1000s, ea. ... 32.00
Hance Bros. & White [℞] (HA 41)
Tablets, 0.5 mg., E.C.
100s ... ...
1000s ... ...
1 mg., E.C., 100s ... ...
1000s ... ...

5 mg., 100s ... ...
1000s ... ...
25 mg., 100s ... ...
1000s ... ...
E.C., 100s ... ...
1000s ... ...
Hart Labs. [℞] (HA 68L)
Tablets, 1 mg., 1000s, ea. ... 1.50
E.C., 1000s, ea. ... 1.95
5 mg., 1000s, ea. ... 3.00
E.C., 1000s, ea. ... 3.60
25 mg., 1000s, ea. ... 8.25
E.C., 1000s, ea. ... 8.75
Harvey Labs. [℞] (HA 72R)
Parenteral, Vials
1 mg./cc.
10 cc., ea. (V754) ... .75
30 cc., ea. (V755) ... 1.50
10 mg./cc.
10 cc., ea. (V756) ... 1.50
50 mg./cc.
30 cc., ea. (V757) ... 3.00
Tablets
0.5 mg., 1000s, ea. (T2559) ... 1.25
E.C., 1000s, ea. (T2567) ... 1.75
1 mg., 1000s, ea. (T2560) ... 1.50
E.C., 1000s, ea. (T2568) ... 2.25
5 mg., 1000s, ea. (T2561) ... 2.50
E.C., 1000s, ea. (T2569) ... 3.50
25 mg., 1000s, ea. (T2562) ... 6.00
E.C., 1000s, ea. (T2570) ... 6.50
Hildebrand [℞] (HI 28)
Tablets, 0.1 mg., 500s, ea. ... .60
1000s, ea. ... 1.00
0.2 mg., 500s, ea. ... .80
1000s, ea. ... 1.40
0.5 mg., 500s, ea. ... .95
1000s, ea. ... 1.70
1 mg., 500s, ea. ... 1.10
1000s, ea. ... 2.00
5 mg., 500s, ea. ... 1.85
1000s, ea. ... 3.50
Hilly [℞] (HI 40Y)
Tablets, 0.5 mg. (3050-A)
1000s, ea. ... .90
1 mg. (3051)
100s, ea. ... .35
1000s, ea. ... 1.25
5 mg. (3053)
100s, ea. ... .45
1000s, ea. ... 2.75
E.C. (3059)
100s, ea. ... .50
1000s, ea. ... 3.00
25 mg. (3055)
100s, ea. ... .85
1000s, ea. ... 8.00
E.C. (3055-A)
100s, ea. ... .90
1000s, ea. ... 8.50
Hiss [℞] (HI 59)
Tablets, 0.5 mg. (774)
1000s, ea. ... 1.20
E.C., 1000s, ea. ... 1.75
1.0 mg. (775)
1000s, ea. ... 1.35
E.C., 1000s, ea. ... 1.85
5 mg. (776)
1000s, ea. ... 2.35
E.C., 1000s, ea. ... 3.25
25 mg., E.C.
1000s, ea. (777) ... 6.75
Interstate Pharm. [℞] (IN 70)
In Sesame Oil, Vial
25 mg./cc., 10 cc., ea. ... .95
30 cc., ea. ... 2.25
Invenex [℞] (IN 71)
Parenteral, in Oil, Vial
25 mg./cc., 10 cc., ea. ... 1.90 1.43
Jan Labs. [℞] (JA 28L)
In Sesame Oil
Ampuls, 1 mg., 1 cc. (317)
25s, ea. ... 1.95
100s, ea. ... 6.35
Vials, 1 mg./cc. (120)
30 cc., ea. ... .80
2 mg./cc. (121)
30 cc., ea. ... 1.00
5 mg./cc. (122)
30 cc., ea. ... 1.35
25 mg./cc. (123)
10 cc., ea. ... 1.20
Tablets
0.5 mg., Unscored (3050)
100s, ea. ... .20
500s, ea. ... .70
1000s, ea. ... 1.15
E.C. (3060)
100s, ea. ... .30
500s, ea. ... 1.00
1000s, ea. ... 1.85
1 mg., Scored (3051)
100s, ea. ... .25
500s, ea. ... .90
1000s, ea. ... 1.45
Unscored (3052)
100s, ea. ... .25
500s, ea. ... .90
1000s, ea. ... 1.45
E.C. (3061)
100s, ea. ... .35
500s, ea. ... 1.25
1000s, ea. ... 1.90
5 mg., Scored (3053)
100s, ea. ... .40
500s, ea. ... 1.25
1000s, ea. ... 1.90
Unscored (3054)
100s, ea. ... .40
500s, ea. ... 1.25
1000s, ea. ... 1.90
E.C. (3062)
100s, ea. ... .50
500s, ea. ... 1.75
1000s, ea. ... 2.50

25 mg., Scored (3055)
100s, ea. ... .95
500s, ea. ... 3.45
1000s, ea. ... 5.15
Unscored (3056)
100s, ea. ... .95
500s, ea. ... 3.45
1000s, ea. ... 5.15
E.C. (3063)
100s, ea. ... 1.00
500s, ea. ... 3.65
1000s, ea. ... 5.85
100 mg., Scored (3058)
100s, ea. ... 3.25
500s, ea. ... 12.95
1000s, ea. ... 19.50
Jeffery Biolog. [℞] (JE 9T)
In Sesame Oil, Vial
25 mg./cc., 10 cc., ea. ... 1.50
Kirkman [℞] (KI 41M)
Tablets
0.10 mg., E.C. (1526)
100s, ea. ... .40
1000s, ea. ... 1.45
0.25 mg. (1639)
100s, ea. ... .30
1000s, ea. ... 1.25
E.C. (1527)
100s, ea. ... .40
1000s, ea. ... 1.45
0.5 mg. (1640)
100s, ea. ... .30
1000s, ea. ... 1.25
E.C. (1528)
100s, ea. ... .40
1000s, ea. ... 1.50
1 mg. (1530)
100s, ea. ... .40
1000s, ea. ... 1.40
E.C. (1529)
100s, ea. ... .40
1000s, ea. ... 2.00
5 mg. (1602)
100s, ea. ... .60
1000s, ea. ... 3.50
E.C. (1531)
100s, ea. ... .70
1000s, ea. ... 4.50
25 mg. (1532)
100s, ea. ... 1.20
1000s, ea. ... 8.25
E.C. (1696)
100s, ea. ... 1.50
1000s, ea. ... 13.50
100 mg. (1683)
100s, ea. ... 3.50
1000s, ea. ... 30.00
Klug [℞] (KL 24E)
Tablets, E.C.
0.25 mg., 100s, ea. ... 2.65 1.59
0.5 mg., 100s, ea. ... 3.00 1.80
1 mg., 100s, ea. ... 3.75 2.25
5 mg., 100s, ea. ... 4.65 2.79
25 mg., 100s, ea. ... 7.50 4.50
Kormel [℞] (KO 41L)
In Sesame Oil, Vial
5 mg./cc., 30 cc., ea. ... 1.66
Lannett [℞] (LA 56N)
Tablets, 0.5 mg. (1072)
E.C., 1000s, ea. ... 1.60
1 mg. (1110)
1000s, ea. ... 1.40
E.C. (1073)
1000s, ea. ... 2.10
5 mg. (1112)
500s, ea. ... 1.50
1000s, ea. ... 2.80
E.C. (1142)
100s, ea. ... .50
500s, ea. ... 2.00
1000s, ea. ... 3.40
25 mg. (1157)
100s, ea. ... 1.00
500s, ea. ... 3.50
1000s, ea. ... 6.00
E.C. (1111)
100s, ea. ... 1.20
500s, ea. ... 4.00
1000s, ea. ... 6.40
Lilly [℞] (LI 27)
Enseals, 0.1 mg.
100s, ea., $1.40 sz. ... 1.26* .84
500s, ea., $6.50 sz. ... 5.85* 3.90
1000s, ea., $12.00 sz. ... 10.80* 7.20
0.25 mg.
100s, ea., $1.50 sz. ... 1.35* .90
500s, ea., $7.00 sz. ... 6.30* 4.20
1000s, ea., $13.00 sz. ... 11.70* 7.80
0.5 mg.
100s, ea., $1.60 sz. ... 1.44* .96
500s, ea., $7.50 sz. ... 6.75* 4.50
1000s, ea., $14.00 sz. ... 12.60* 8.40
1 mg.
100s, ea., $1.90 sz. ... 1.71* 1.14
500s, ea., $9.00 sz. ... 8.10* 5.40
1000s, ea., $17.00 sz. ... 15.30* 10.20
5 mg.
100s, ea., $4.05 sz. ... 3.64* 2.43
500s, ea., $18.60 sz. ... 16.74* 11.16
1000s, ea., $34.90 sz. ... 31.41* 20.94
25 mg.
100s, ea., $8.75 sz. ... 7.87* 5.25
500s, ea., $42.10 sz. ... 37.89* 25.26
1000s, ea., $81.70 sz. ... 73.53* 49.02
Parenteral, Ampuls
In Ethyl Oleate, 25 mg., 1 cc.
6s, ea., $2.50 sz. ... 2.25* 1.50
In Oil, 5 mg., 1 cc.
6s, ea., $2.09 sz. ... 1.88* 1.25
25s, ea., $7.09 sz. ... 6.38* 4.25
100s, ea., $24.59 sz. ... 22.13* 14.75
Suppositories, 0.1 mg.
6s, ea., $1.50 sz. ... 1.35* .90
50s, ea., $9.00 sz. ... 8.10* 5.40
0.5 mg., 6s, ea., $1.65 sz. ... 1.48* .99
50s, ea., $9.65 sz. ... 8.68* 5.79

PRODUCT INFO[illegible]

Tablets, 0.1 mg.
100s, ea., $1.30 sz. ...
1000s, ea., $9.50 sz. ...
0.25 mg.
100s, ea., $1.40 sz. ...
1000s, ea., $10.50 sz. ...
0.5 mg., 100s, ea., $1.50 sz.
1000s, ea., $11.50 sz. ...
1 mg., 100s, ea., $1.80 sz.
500s, ea., $7.75 sz. ...
1000s, ea., $14.50 sz. ...
5 mg., 100s, ea., $3.80 sz.
500s, ea., $17.35 sz. ...
1000s, ea., $32.40 sz. ...
25 mg., 25s, ea., $2.32 sz.
100s, ea., $8.84 sz. ...
500s, ea., $40.84 sz. ...
1000s, ea., $79.17 sz. ...
Lincoln [℞] (LI 34)
Tablets, E.C., 1000s, ea. (427)
1000s, ea. (428) ...
Lit [℞] (LI 57H)
Tablets, 0.5 mg., 1000s, ea. ...
E.C., 1000s, ea. ...
1 mg., 1000s, ea. ...
E.C., 1000s, ea. ...
5 mg., 1000s, ea. ...
E.C., 1000s, ea. ...
25 mg., 1000s, ea. ...
E.C., 1000s, ea. ...
Lustgarten [℞] (LU 28)
Tablets
25 mg., 100s, ea. (4291) ...
E.C., 100s, ea. (4292) ...
100 mg., 100s, ea. (4293) ...
Mann (MA 46)
Powder, 25 Gm. bot., ea. ...
Massengill [℞] (MA 85E)
Parenteral, in Oil, Vial
25 mg./cc.
10 cc., ea. (2573) ...
Medical Chem. [℞] (ME 24B)
Parenteral, In Sesame Oil, V[illegible]
25 mg./cc. (31)
10 cc., ea. ...
30 cc., ea. ...
Repository, 25 mg./cc. (82[illegible]
30 cc., ea. ...
100 cc., ea. ...
250 cc., ea. ...
Merck (ME 52)
5 Gm. bot., ea. ...
25 Gm. bot., ea. ...
Mercury Pharm. [℞] (ME 52P[illegible]
Vial, 10 cc., ea. ...
Meredyth [℞] (ME 53E)
Tablets, 5 mg., E.C., 100s, ea.
25 mg., 100s, ea. ...
Meyer Drug [℞] (ME 70)
Powder, 10 Gm. bot., ea. ...
Moore Chem. [℞] (MO 44)
Tablets, 1 mg., 1000s, ea. ...
E.C., 1000s, ea. ...
5 mg., 1000s, ea. ...
E.C., 100s, ea. ...
1000s, ea. ...
25 mg., 100s, ea. ...
1000s, ea. ...
E.C., 100s, ea. ...
1000s, ea. ...
Myers-Carter [℞] (MY 12)
Parenteral, In Oil, Vial
25 mg./cc., 10 cc., ea. (033[illegible]
N.D.L. [℞] (N 11L)
Tablets, 1 mg., E.C.
100s, ea. ...
1000s, ea. ...
5 mg., E.C., 100s, ea. ...
1000s, ea. ...
25 mg., 100s, ea. ...
1000s, ea. ...
E.C., 100s, ea. ...
1000s, ea. ...
Pace Pharm. [℞] (PA 14)
Tablets, 0.5 mg., 100s, ea. ...
1000s, ea. ...
E.C., 100s, ea. ...
1000s, ea. ...
1 mg., 100s, ea. ...
1000s, ea. ...
E.C., 100s, ea. ...
1000s, ea. ...
5 mg., 100s, ea. ...
500s, ea. ...
1000s, ea. ...
E.C., 100s, ea. ...
500s, ea. ...
1000s, ea. ...
25 mg., 100s, ea. ...
500s, ea. ...
1000s, ea. ...
E.C., 100s, ea. ...
500s, ea. ...
1000s, ea. ...
Park Drug [℞] (PA 44K)
Tablets, 1 mg., 100s, ea. ...
1000s, ea. ...
E.C., 100s, ea. ...
1000s, ea. ...
5 mg., 100s, ea. ...
1000s, ea. ...
E.C., 100s, ea. ...
1000s, ea. ...
25 mg., 100s, ea. ...
1000s, ea. ...
E.C., 100s, ea. ...
1000s, ea. ...
Penhurst [℞] (PE 35M)
Parenteral, In Oil, Vials
1 mg./cc. (120)
30 cc., ea. ...
2 mg./cc. (121)
30 cc., ea. ...
5 mg./cc. (122)
30 cc., ea. ...
25 mg./cc. (123)
30 cc., ea. ...

Tablets, 0.1 mg.
100s, ea., $1.30 sz. ..... 1.17* .78
1000s, ea., $9.50 sz. .... 8.55* 5.70
0.25 mg.
100s, ea., $1.40 sz. ..... 1.26* .84
1000s, ea., $10.50 sz. ... 9.45* 6.30
0.5 mg., 100s, ea., $1.50 sz. 1.35* .90
1000s, ea., $11.50 sz. ....10.35* 6.90
1 mg., 100s, ea., $1.80 sz. 1.62* 1.08
500s, ea., $7.75 sz. ...... 6.97* 4.65
1000s, ea., $14.50 sz. ....13.05* 8.70
5 mg., 100s, ea., $3.80 sz. 3.42* 2.28
500s, ea., $17.35 sz. ...15.61* 10.41
1000s, ea., $32.40 sz. ....29.16* 19.44
25 mg., 25s, ea., $2.32 sz. 2.09* 1.39
100s, ea., $8.34 sz. ..... 7.51* 5.00
500s, ea., $40.84 sz. ...36.76* 24.50
1000s, ea., $79.17 sz. ..71.25* 47.50

Lincoln [℞] (LI 34)
Tablets, E.C., 1000s, ea. (427) ... 3.12
1000s, ea. (428) ... 6.24

Lit [℞] (LI 57H)
Tablets, 0.5 mg., 1000s, ea. ... .90
E.C., 1000s, ea. ... 1.45
1 mg., 1000s, ea. ... 1.05
E.C., 1000s, ea. ... 1.45
5 mg., 1000s, ea. ... 1.57
E.C., 1000s, ea. ... 2.65
25 mg., 1000s, ea. ... 3.45
E.C., 1000s, ea. ... 4.55

Lustgarten [℞] (LU 28)
Tablets
25 mg., 100s, ea. (4291) .. ... .94
E.C., 100s, ea. (4292) .. ... 1.04
100 mg., 100s, ea. (4293) .. ... 3.16

Mann (MA 46)
Powder, 25 Gm. bot., ea. ... 7.00

Massengill [℞] (MA 85E)
Parenteral, in Oil, Vial
25 mg./cc.
10 cc., ea. (2573) ....... 1.50* 1.00

Medical Chem. [℞] (ME 24B)
Parenteral, In Sesame Oil, Vials
25 mg./cc. (31)
10 cc., ea. ... .50
30 cc., ea. ... 1.30
Repository, 25 mg./cc. (824)
30 cc., ea. ... 1.46
100 cc., ea. ... 2.52
250 cc., ea. ... 4.84

Merck (ME 52)
5 Gm. bot., ea. ... 2.05
25 Gm. bot., ea. ... 8.50

Mercury Pharm. [℞] (ME 52P)
Vial, 10 cc., ea. ... 2.75 2.47

Meredyth [℞] (ME 58E)
Tablets, 5 mg., E.C., 100s, ea. ... 1.59
25 mg., 100s, ea. ... 2.70

Meyer Drug [℞] (ME 70)
Powder, 10 Gm. bot., ea. ... 3.00

Moore Chem. [℞] (MO 44)
Tablets, 1 mg., 1000s, ea. ... 1.25
E.C., 1000s, ea. ... 1.95
5 mg., 1000s, ea. ... 2.75
E.C., 100s, ea. ... 1.00
1000s, ea. ... 7.95
25 mg., 100s, ea. ... 1.25
1000s, ea. ... 7.95
E.C., 100s, ea. ... 1.75
1000s, ea. ... 8.25

Myers-Carter [℞] (MY 12)
Parenteral, In Oil, Vial
25 mg./cc., 10 cc., ea. (033) ... 2.40

N.D.L. [℞] (N 11L)
Tablets, 1 mg., E.C.
100s, ea. ... .35
1000s, ea. ... 2.50
5 mg., E.C., 100s, ea. ... .60
1000s, ea. ... 4.50
25 mg., 100s, ea. ... 1.50
1000s, ea. ... 12.50
E.C., 100s, ea. ... 1.60
1000s, ea. ... 13.50

Pace Pharm. [℞] (PA 14)
Tablets, 0.5 mg., 100s, ea. ... .20
1000s, ea. ... 1.25
E.C., 100s, ea. ... .30
1000s, ea. ... 1.95
1 mg., 100s, ea. ... .25
1000s, ea. ... 1.50
E.C., 100s, ea. ... .35
1000s, ea. ... 2.00
5 mg., 100s, ea. ... .40
500s, ea. ... 1.30
1000s, ea. ... 1.95
E.C., 100s, ea. ... .50
500s, ea. ... 1.80
1000s, ea. ... 2.60
25 mg., 100s, ea. ... 1.00
500s, ea. ... 3.50
1000s, ea. ... 5.25
E.C., 100s, ea. ... 1.10
500s, ea. ... 3.75
1000s, ea. ... 5.95

Park Drug [℞] (PA 44K)
Tablets, 1 mg., 100s, ea. ... .40
1000s, ea. ... 1.98
E.C., 100s, ea. ... .54
1000s, ea. ... 3.02
5 mg., 100s, ea. ... .90
1000s, ea. ... 5.60
E.C., 100s, ea. ... .96
1000s, ea. ... 6.60
25 mg., 100s, ea. ... 1.80
1000s, ea. ... 16.00
E.C., 100s, ea. ... 2.00
1000s, ea. ... 17.80

Penhurst [℞] (PE 35M)
Parenteral, In Oil, Vials
1 mg./cc. (120)
30 cc., ea. ... .80
2 mg./cc. (121)
30 cc., ea. ... 1.00
5 mg./cc. (122)
30 cc., ea. ... 1.20
25 mg./cc. (123)
30 cc., ea. ... 1.50

Tablets, 0.5 mg. (156)
100s, ea. ... .20
500s, ea. ... .70
1000s, ea. ... 1.15
E.C. (160)
100s, ea. ... .30
500s, ea. ... 1.00
1000s, ea. ... 1.85
1.0 mg. (157)
100s, ea. ... .25
500s, ea. ... .90
1000s, ea. ... 1.50
E.C. (161)
100s, ea. ... .35
500s, ea. ... 1.25
1000s, ea. ... 1.90
5.0 mg. (158)
100s, ea. ... .40
500s, ea. ... 1.25
1000s, ea. ... 1.90
E.C. (162)
100s, ea. ... .50
500s, ea. ... 1.75
1000s, ea. ... 2.50
25 mg. (159)
100s, ea. ... .95
500s, ea. ... 3.45
1000s, ea. ... 5.15
E.C. (198)
100s, ea. ... 1.00
500s, ea. ... 3.65
1000s, ea. ... 5.85
100 mg. (285)
100s, ea. ... 3.25

Person & Covey [℞] (PE 70S)
Tablets, 0.5 mg., E.C. (276)
100s, ea. ....... 1.00* .60
1000s, ea. ....... 8.00* 4.80
1 mg., E.C. (278)
100s, ea. ....... 1.17* .70
1000s, ea. .......10.00* 6.00
5 mg. (279)
100s, ea. ....... 1.67* 1.00
500s, ea. ....... 8.00* 4.80
1000s, ea. .......15.00* 9.00
E.C. (280)
100s, ea. ....... 1.67* 1.00
500s, ea. ....... 8.00* 4.80
1000s, ea. .......15.00* 9.00
25 mg. (281)
100s, ea. ....... 4.67* 2.80
500s, ea. .......22.40* 13.44
1000s, ea. .......42.00* 25.20
E.C. (282)
100s, ea. ....... 4.67* 2.80
500s, ea. .......22.40* 13.44
1000s, ea. .......42.00* 25.20

Pharmex [℞] (PH 22E)
Tablets, 1 mg., 500s, ea. ... .95
1000s, ea. ... 1.40
E.C., 500s, ea. ... 1.20
1000s, ea. ... 1.75
5 mg., 100s, ea. ... .50
1000s, ea. ... 2.50
E.C., 100s, ea. ... .65
1000s, ea. ... 3.30
25 mg., 100s, ea. ... 1.10
1000s, ea. ... 8.95
E.C., 100s, ea. ... 1.20
1000s, ea. ... 9.75
100 mg., 100s, ea. ... 4.95
500s, ea. ... 22.95

Philadelphia Labs. [℞] (PH 22L)
Parenteral, in Oil, Vials
5 mg./cc. (285)
30 cc., ea. ... .80
25 mg./cc. (286)
30 cc., ea. ... 1.60
Tablets
0.5 mg., 1000s, ea. (2611). ... .80
E.C., 1000s, ea. (2615).. ... 1.20
1 mg., 1000s, ea. (2619).. ... .87
E.C., 1000s, ea. (2623).. ... 1.40
5 mg., 1000s, ea. (2627).. ... 1.67
E.C., 1000s, ea. (2631).. ... 2.20
25 mg., 1000s, ea. (2635).. ... 4.74
E.C., 1000s, ea. (2639).. ... 5.27
100 mg., 100s, ea. (2643). ... 18.08

Premo [℞] (PR 22)
Enerels, 5 mg.
100s, ea. (1952) ... .84
1000s, ea. (1954) ... 6.00
25 mg.
100s, ea. (2309) ... 2.00
1000s, ea. (2310) ... 16.20
Tablets, 5 mg.
100s, ea. (1936) ... .80
1000s, ea. (1938) ... 4.80
25 mg.
100s, ea. (2166) ... 1.68
1000s, ea. (2167) ... 14.70

Prof. Drug Prods. [℞] (PR 69K)
Tablets, 0.5 mg., E.C.
100s, ea. ... .40
1000s, ea. ... 1.65
1.0 mg., 100s, ea. ... .35
1000s, ea. ... 1.40
E.C., 100s, ea. ... .45
1000s, ea. ... 2.00
5.0 mg., 100s, ea. ... .60
1000s, ea. ... 3.60
E.C., 100s, ea. ... .65
1000s, ea. ... 4.00
25.0 mg., 100s, ea. ... 1.25
1000s, ea. ... 8.25

Rabin [℞] (RA 9)
Tablets, 1 mg., 100s, ea. ... .35
1000s, ea. ... 1.20
E.C., 100s, ea. ... .35
1000s, ea. ... 1.65
5 mg., 100s, ea. ... .45
1000s, ea. ... 2.50
E.C., 100s, ea. ... .45
1000s, ea. ... 2.95
25 mg., 100s, ea. ... .85
1000s, ea. ... 6.25

E.C., 100s, ea. ... .95
1000s, ea. ... 6.95
100 mg., 100s, ea. ... 2.40
1000s, ea. ... 22.00

Reiss Williams [℞] (RE 49E)
Vaginal Suppositories
0.1 mg., 100s, ea. (D-101) ... 3.00
0.5 mg., 100s, ea. (D-102) ... 3.00
1.0 mg., 100s, ea. (D-103) ... 3.00

Robinson [℞] (RO 27)
Tablets, 0.5 mg. (603)
100s, ea. ... .30
1000s, ea. ... 1.20
E.C. (604)
100s, ea. ... .40
1000s, ea. ... 1.65
1 mg. (605)
100s, ea. ... .35
1000s, ea. ... 1.40
E.C. (606)
100s, ea. ... .45
1000s, ea. ... 2.00
5 mg. (607)
100s, ea. ... .60
1000s, ea. ... 3.60
E.C. (608)
100s, ea. ... .70
1000s, ea. ... 4.00
25 mg., Unscored (609)
100s, ea. ... 1.25
1000s, ea. ... 8.25
25 mg., Scored (609A)
100s, ea. ... 1.25
1000s, ea. ... 8.25
E.C. (610)
100s, ea. ... 1.35
1000s, ea. ... 9.25
100 mg. (612)
100s, ea. ... 3.50
1000s, ea. ... 30.00

Rowell [℞] (RO 88)
Tablets, 25 mg.
100s, ea. (760) ....... 5.00* 3.00
1000s, ea. (761) ... 24.00
Tablets, E.C., 1 mg.
100s, ea. (750) ....... 1.75* 1.05
1000s, ea. (751) ... 4.80
5 mg., 100s, ea. (755) 2.50* 1.50
1000s, ea. (756) ... 9.60

St. Louis Pharm. [℞] (SA 27)
Tablets, 0.5 mg., 1000s, ea. ... .90
E.C., 1000s, ea. ... 1.70
1 mg., 1000s, ea. ... 1.00
E.C., 1000s, ea. ... 1.80
5 mg., 1000s, ea. ... 2.30
E.C., 1000s, ea. ... 2.90
25 mg., 1000s, ea. ... 6.80
E.C., 1000s, ea. ... 7.70

Savage Labs. [℞] (SA 65E)
Parenteral, In Sesame Oil, Vial
25 mg./cc. (119)
30 cc., ea. ... 2.40

Sherman [℞] (SH 45)
Tablets, E.C.
1 mg., 100s, ea. ....... 1.35 .81
500s, ea. ....... 5.25 3.15
1000s, ea. .......10.00 6.00
5 mg., 100s, ea. ....... 3.00 1.80
500s, ea. .......12.00 7.20
1000s, ea. .......22.00 13.20

Siler [℞] (SI 17L)
Parenteral, In Sesame Oil, Vials
25 mg./cc. (264)
10 cc., ea. ... 2.00
30 cc., ea. ... 4.00
Tablets, 0.5 mg., E.C.
1000s, ea. (4286) ... 5.00
1.0 mg., E.C.
1000s, ea. (4288) ... 5.50
5 mg., E.C.
1000s, ea. (4292) ... 7.50
25 mg. (136)
100s, ea. ... 2.50
1000s, ea. ... 24.00

Squibb (SQ 11)
*See Stilbetin*

Stanlabs [℞] (ST 38)
Tablets, 0.1 mg. (920)
100s, ea. ... .30
1000s, ea. ... 1.10
E.C. (921)
100s, ea. ... .40
1000s, ea. ... 1.35
0.25 mg. (888)
100s, ea. ... .30
1000s, ea. ... 1.20
E.C. (922)
100s, ea. ... .40
1000s, ea. ... 1.40
0.5 mg. (884)
100s, ea. ... .30
1000s, ea. ... 1.25
E.C. (889)
100s, ea. ... .40
1000s, ea. ... 1.65
1 mg. (885)
100s, ea. ... .35
1000s, ea. ... 1.40
E.C. (890)
100s, ea. ... .45
1000s, ea. ... 1.80
5 mg. (886)
100s, ea. ... .50
1000s, ea. ... 2.50
E.C. (891)
100s, ea. ... .50
1000s, ea. ... 3.00
25 mg. (887)
100s, ea. ... 1.00
1000s, ea. ... 7.50
E.C. (892)
100s, ea. ... 1.20
1000s, ea. ... 8.00
100 mg. (888)
100s, ea. ... 3.00
1000s, ea. ... 27.50

Stayner [℞] (ST 49)
Tablets, 1 mg. (48)
100s, ea. ... .45
1000s, ea. ... 1.90
E.C. (125)
100s, ea. ... .50
1000s, ea. ... 2.40
5 mg. (49)
100s, ea. ... .75
1000s, ea. ... 3.50
E.C. (126)
100s, ea. ... .90
1000s, ea. ... 4.50
25 mg. (50)
100s, ea. ... 1.40
500s, ea. ... 4.35
1000s, ea. ... 8.50
E.C. (127)
100s, ea. ... 1.75
500s, ea. ... 5.25
1000s (2x500), ea. ... 10.00

Success [℞] (SU 10)
Tablets, 5 mg., 100s, ea. ... .65
500s, ea. ... 2.50
1000s, ea. ... 4.75
E.C., 100s, ea. ... .85
500s, ea. ... 3.25
1000s, ea. ... 5.75
25 mg., 100s, ea. ... 1.35
500s, ea. ... 5.00
1000s, ea. ... 9.00
E.C., 100s, ea. ... 1.50
500s, ea. ... 5.95
1000s, ea. ... 10.50

Superior Pharm. [℞] (SU 43E)
Tablets, E.C.
0.5 mg., 1000s, ea. ... 4.00
1 mg., 1000s, ea. ... 4.50
5 mg., 1000s, ea. ... 5.50

~~Suppositoria Labs.~~ [℞] (SU 45L)
Suppositories, Vaginal
0.1 mg. (123)
12s, ea. ... .50
100s, ea. ... 4.20
0.5 mg. (124)
12s, ea. ... .80
100s, ea. ... 5.80
1.0 mg. (216)
12s, ea. ... 1.00
100s, ea. ... 7.40

Supreme [℞] (SU 45R)
Tablets, 5 mg.
100s, ea. (S153) ... .80
1000s, ea. (S154) ... 5.60
E.C., 100s, ea. (S155) ... .94
1000s, ea. (S156) ... 6.60
25 mg., 100s, ea. (S157) ... 1.68
1000s, ea. (S158) ... 12.60
E.C., 100s, ea. (S159) ... 1.80
1000s, ea. (S160) ... 13.90

TMCO Pharm. [℞] (T 9M)
Parenteral, Vial
25 mg./cc., 10 cc., ea. ... 2.00
Tablets, 1 mg., 1000s, ea. ... 3.65
E.C., 1000s, ea. ... 4.95
5 mg., 1000s, ea. ... 4.00
E.C., 1000s, ea. ... 4.95
25 mg., 1000s, ea. ... 9.00
E.C., 1000s, ea. ... 7.00

Testagar [℞] (TE 28)
Tablets
5 mg., 1000s, ea. (454) ... 4.20
E.C., 1000s, ea. (314) ... 5.20
25 mg., 1000s, ea. (322) ... 10.50

Torigian [℞] (TO 27E)
Parenteral, In Oil, Ampuls
1 mg., 1 cc. (501)
12s, ea. ....... 1.25 1.06
25s, ea. ....... 2.25 1.91
100s, ea. ....... 8.00 6.80
5 mg., 1 cc. (361)
12s, ea. ....... 1.35 1.15
25s, ea. ....... 2.75 2.34
100s, ea. ....... 9.00 7.65

Towne, Paulsen [℞] (TO 39)
Tablets, 1 mg., 1000s, ea. ... 2.00
E.C., 1000s, ea. ... 2.50
5 mg., 100s, ea. ... .70
1000s, ea. ... 3.75
E.C., 100s, ea. ... .75
1000s, ea. ... 4.00
25 mg., 100s, ea. ... 1.25
1000s, ea. ... .25
E.C., 100s, ea. ... 1.40
1000s, ea. ... 9.00

Ulmer [℞] (UL 12)
Tablets, 5 mg., E.C.
100s, ea. ... 1.40

United Labs. [℞] (UN 21)
Capsules, T.D.
100s, ea. (59-88) ....... 5.00 3.00
500s, ea. (59-93) .......22.50 13.50

Upjohn [℞] (UP 10)
Perles, 0.5 mg., Blue Green ▼
100s, ea. (185) ... .84
500s, ea. ... 3.54
1000s, ea. (187) ... 6.54
1 mg., Blue
100s, ea. (189) ... 1.02
500s, ea. (190) ... 4.41
1000s, ea. ... 8.28
5.0 mg., Purple
100s, ea. (193) ... 2.34
500s, ea. (194) ... 9.30
1000s, ea. ... 16.95

VRC [℞] (VI 56D)
Tablets
0.5 mg., E.C., 100s, ea. ... .40
1000s, ea. ... 2.25
1 mg., 100s, ea. ... .33
1000s, ea. ... 1.65
E.C., 100s, ea. ... .44
1000s, ea. ... 2.48

*(Continued on next page)*

# DRUG TOPICS Red Book

ESTABLISHED 1897

PUBLISHED ANNUALLY BY THE TOPICS PUBLISHING CO., INC. 10 E. 15th STREET, NEW YORK 3, N.Y.

## PRODUCT INFORMATION

Alphabetical Listing of Items, Sizes, Prices
Fair Trade Prices Denoted by an asterisk
Manufacturer's Catalog Product Numbers

## PRODUCT DESCRIPTIONS

Give detailed information on products:
What they are, their uses, how administered
Dosage, precautions, how supplied

## MANUFACTURERS' CATALOGS

Complete catalogs are included under
manufacturer's name in product information section

## PHARMACISTS' REFERENCE

Timely and Practical Pharmacy Facts

## LIST OF MANUFACTURERS

With Names and Addresses

## ADVERTISERS' INDEX

## TABLE OF CONTENTS

1964

The only price directory in the drug field
that keeps up-to-date with supplements.

Case 1:04-cv-11164-MBB Document 28-31 Filed 05/31/2005 Page 5 of 6

*Dicumarol—Diethyl* Page 192 Narcotic drugs or products which are subject to the Harrison Narcotic Act are identified by the letter [N] 1964 DRUG TOPICS RED BOOK PRODUCT INFORMA

*1st Column*—Selling price to consumer
*denotes fair trade minimum. See page 5.
*2nd Column*—(a) wholesale cost price to retailer per dozen
or (b) if a unit price, that is indicated
or (c) price to retailer on direct order from manufacturer shown by ▼ immediately above cost price of product
N in ( ) after individual items are catalog product numbers.

**DICUMAROL** *(Continued)*
Carroll [℞] (CA 64N)
Tablets, 25 mg.
100s, ea. (1296) ........ ... .65
1000s, ea. (1297) ....... ... 5.15
50 mg., 100s, ea. (1298) ... 1.25
1000s, ea. (1299) ....... ... 9.50
Columbia Med. [℞] (CO 42)
Tablets, 25 mg., 100s, ea. ... .40
1000s, ea. ........... ... 3.50
50 mg., 100s, ea. ........ ... .50
1000s, ea. ........... ... 4.25
100 mg., 100s, ea. ....... ... .90
1000s, ea. ........... ... 7.75
Daniels [℞] (DA 31G)
Tablets, 25 mg., 100s, ea. ... .85
1000s, ea. ........... ... 6.50
50 mg., 100s, ea. ........ ... 1.25
1000s, ea. ........... ... 9.90
100 mg., 100s, ea. ....... ... 2.00
1000s, ea. ........... ... 18.00
DuMont [℞] (DU 21E)
Tablets, 25 mg., 100s, ea. ... .85
500s, ea. ........... ... 3.75
1000s, ea. ........... ... 6.40
50 mg., 100s, ea. ........ ... 1.25
1000s, ea. ........... ... 10.00
Garde Drug [℞] (GA 39)
Tablets
25 mg., 1000s, ea. (1133) ... 5.04
50 mg., 1000s, ea. (1141) ... 9.72
Jan Labs. [℞] (JA 28L)
Tablets, 25 mg. (2506)
100s, ea. ........... ... .85
500s, ea. ........... ... 3.75
1000s, ea. ........... ... 6.40
50 mg. (2507)
100s, ea. ........... ... 1.25
500s, ea. ........... ... 5.45
1000s, ea. ........... ... 9.90
Lannett [℞] (LA 56N)
Capsules, 25 mg. (553)
500s, ea. ........... ... 4.40
1000s, ea. ........... ... 7.50
50 mg. (533)
500s, ea. ........... ... 7.00
1000s, ea. ........... ... 12.00
100 mg. (549)
500s, ea. ........... ... 11.50
1000s, ea. ........... ... 20.00
Tablets, 25 mg. (1222)
1000s, ea. ........... ... 5.20
50 mg. (1223)
1000s, ea. ........... ... 10.00
100 mg. (1232)
1000s, ea. ........... ... 19.00
Lilly (LI 27)
P... 25 mg., 100s, ea. ... 1.17
..., ea. ........... ... 10.20
50 mg., 100s, ea. ........ ... 1.80
1000s, ea. ........... ... 15.48
100 mg., 100s, ea. ....... ... 2.70
1000s, ea. ........... ... 23.82
Lustgarten (LU 28)
Tablets, 25 mg. (4123)
100s, ea. ........... ... .78
50 mg., 100s, ea. (4134) ... 1.36
100 mg., 100s, ea. (4125) ... 2.40
Pace Pharm. [℞] (PA 14)
Tablets, 50 mg., 100s, ea. ... 1.35
1000s, ea. ........... ... 8.75
Penhurst [℞] (PE 35M)
Tablets, 25 mg. (466)
100s, ea. ........... ... .85
500s, ea. ........... ... 3.75
1000s, ea. ........... ... 6.45
50 mg. (467)
100s, ea. ........... ... 1.25
500s, ea. ........... ... 5.50
1000s, ea. ........... ... 9.95
Philadelphia Labs. [℞] (PH 27L)
Tablets, 25 mg. (2275)
1000s, ea. ........... ... 3.74
50 mg. (2276)
1000s, ea. ........... ... 7.20
100 mg. (2277)
1000s, ea. ........... ... 13.54
Phys. Drug & Supply [℞] (PH 45D)
Tablets, 25 mg., 100s, ea. ... .85
1000s, ea. ........... ... 5.00
50 mg., 100s, ea. ........ ... 1.40
1000s, ea. ........... ... 8.50
Rabin [℞] (RA 9)
Tablets, 25 mg., 100s, ea. ... .95
1000s, ea. ........... ... 6.50
50 mg., 100s, ea. ........ ... 1.50
1000s, ea. ........... ... 12.00
100 mg., 100s, ea. ....... ... 2.75
1000s, ea. ........... ... 24.00

*Share Drug Topics*

**Reading Drug Topics regularly keeps you fully informed on what's happening in your trade . . . helps you run your store most efficiently and most profitably.**

Robinson [℞] (RO 27)
Tablets, 25 mg. (397)
100s, ea. ........... ... .90
1000s, ea. ........... ... 7.00
50 mg. (441)
100s, ea. ........... ... 1.40
1000s, ea. ........... ... 12.00
100 mg. (599)
100s, ea. ........... ... 2.40
1000s, ea. ........... ... 22.00
Siler [℞] (SI 17L)
Tablets
25 mg., 1000s, ea. (4123) ... 9.00
50 mg., 1000s, ea. (4124) ... 17.40
TMCO Pharm. [℞] (T 9M)
Tablets, 25 mg., 100s, ea. ... 1.00
1000s, ea. ........... ... 8.95
50 mg., 1000s, ea. ....... ... 14.50
100 mg., 1000s, ea. ...... ... 22.50
Towne, Paulsen [℞] (TO 39)
Tablets, 50 mg., 100s, ea. ... 1.35
1000s, ea. ........... ... 11.50
Vitarine [℞] (VI 50)
Tablets
25 mg., 100s, ea. (4030-T) ... .84
1000s, ea. (4031-T) ..... ... 7.50
50 mg., 100s, ea. (4033-T) ... 1.36
1000s, ea. (4034-T) ..... ... 12.40
100 mg., 100s, ea. (4037-T) ... 2.20
1000s, ea. (4038-T) ..... ... 20.00
**DICURIN PROCAINE [℞]**
Lilly (LI 27)
Ampuls, 2 cc., 25s, ea. ... 5.73
100s, ea. ........... ... 22.20
Vial, 10 cc., ea. ........ ... 1.20
**N, N'-DICYCLOHEXYL-CARBODIIMIDE (SC 66L)**
20 Gm., ea. ........... ... 4.00
100 Gm., ea. ........... ... 15.00
**DIDEE SCENT (CU 23)**
Diaper Pail Deodorant
Cakes, 5s (803) ........ .49 3.92
**DIDEXABARB [℞] (DI 38)**
Capsules, T.D. (4077)
500s, ea. ........... ... 11.50
1000s, ea. ........... ... 22.00
**DIDREX [℞], Upjohn (UP 10)**
Tablets, 25 mg. ▼
100s, ea. (5020) ........ ... 2.37
500s, ea. ........... ... 11.25
1000s, ea. ........... ... 21.96
50 mg., 100s, ea. (5012) ... 4.50
500s, ea. (5013) ........ ... 21.36
1000s, ea. ........... ... 41.70
**DI-DRI (CH 51)**
Dehumidifier Granules
Bag, 2s ........... .69 4.97
**DIE-FLY, Farnam (FA 45)**
Concentrate, Liquid, qt., ea. .. 3.00 2.00
Gal., ea. ........... 9.75 6.50
5 gal. drum, ea. ........ 42.50 29.60
Powder, in Shaker-Top can
1 lb. ........... 1.19 9.00
5 lb., ea. ........... 3.98 2.70
100 lb. drum, ea. ....... 59.50 45.00
**DI-EFRIN, Buffington (BU 20)**
Liquid, 16 oz., ea. ........ ... 2.55
Gal., ea. ........... ... 12.00
**DIELDRIN**
Bonide (BO 46)
Spray 18%, 6 oz. ........ 1.10 8.00
Qt. ........... 3.75 27.00
Durham (DU 40E)
Emulsifiable Spray 18%
8 oz. ........... 1.25 10.00
Pt. ........... 1.95 15.50
Qt., ea. ........... 3.35 2.25
Ortho (CA 23E)
Spray, 8 oz., pt., qt. ..... ... ...
Science Prod. (SC 69)
Liquid, EC-15, 4 oz. ..... .85 6.12
8 oz. ........... 1.25 9.00
Pt. ........... 2.25 16.20
Qt. ........... 3.75 27.00
Gal., ea. ........... ... 7.60
5 gal., ea. ........... ... 36.75
Woodbury Chem. (WO 28)
Household Spray, pt. ..... ... 7.84
Qt. ........... ... 12.72
Wettable Powder 50%
1 lb. can ........... ... 20.04
4 lb. bag, per lb. ....... ... 1.34
White Emulsion 18%, pt. ... 15.84
Gal., ea. ........... ... 4.55
5 gal., per gal. ........ ... 4.45
**DIENESTROL**
Academy [℞] (AC 10)
Tablets, 0.1 mg., 100s, ea. ... .45
1000s, ea. ........... ... 3.75
0.5 mg., 100s, ea. ....... ... .50
1000s, ea. ........... ... 4.00
Amer. Drug. Prods. [℞] (AM 28G)
Tablets (D-100)
0.1 mg., 1000s, ea. ...... ... 2.15
0.5 mg., 1000s, ea. ...... ... 3.30
Bios Labs. (BI 32E)
25 Gm. bot., ea. ........ ... 14.00
Dillard [℞] (DI 31)
Suspension, Vial, 10 cc., ea. ... 1.80
DuMont [℞] (DU 21E)
Tablets, 0.5 mg., E.C.
100s, ea. ........... ... .50
500s, ea. ........... ... 2.00
1000s, ea. ........... ... 3.50
Jan Labs. [℞] (JA 28L)
Tablets, 0.5 mg., E.C. (2508)
100s, ea. ........... ... .50
500s, ea. ........... ... 2.00
1000s, ea. ........... ... 3.50
Key Pharm. [℞] (KE 63C)
Vial, 5 mg., 10 cc., ea. .... 3.35 2.10
Lloyd, Dabney & Westfield [℞] (LL 13)
Tablets, 0.1 mg., 100s, ea. ... .85
0.25 mg., 100s, ea. ...... ... 1.10
0.5 mg., 100s, ea. ....... ... 1.20
5 mg., 100s, ea. ........ ... 1.90
Mann (MA 46)
Crystals, 5 Gm. bot., ea. ... 6.00

**Dienestrol Cream**

• *What the Product Is:* Vaginal cream containing 0.1 mg of the synthetic estrogen dienestrol per gram of cream, compounded with glyceryl monostearate, peanut oil, glycerin, benzoic acid, glutamic acid and water.

• *What It's For:* Used topically for the treatment of senile and atrophic vaginitis or other vaginal disturbances associated with hypoestrogenic conditions.

• *How Administered:* Applied intravaginally with ORTHO® Measured-Dose Applicator. Average dose, one applicatorful daily for 7 to 14 days, then reduced to once every 48 hours for a similar period.

• *Contraindications:* Malignancies or precarcinomatous lesions of the vagina or vulva.

• *How Supplied:* 78 Gm tubes with or without the ORTHO® Measured-Dose Applicator.

Ortho

**ORTHO PHARMACEUTICAL CORPORATION**
Raritan, New Jersey

Ortho [℞] (OR 24)
Cream, 2¾ oz. tube ........ ... 20.80
w/applicator ........... ... 26.00

★ ★ ★

Phys. Drug & Supply [℞] (PH 45D)
Tablets, 0.5 mg., 1000s, ea. ... 3.00
Rabin [℞] (RA 9)
Tablets, 0.5 mg., 100s, ea. ... .60
1000s, ea. ........... ... 3.00
Robinson [℞] (RO 27)
Tablets, 0.5 mg. (438)
100s, ea. ........... ... .80
1000s, ea. ........... ... 5.00
**DIE-RAT (FA 45)**
Rat Bait, 1 lb. ........... 1.19 8.00
**DI-ERONE [℞]**
Kremers-Urban (KR 25)
Tablets, 60s, ea. (3245) ...... ... 3.35
**DI-EST [℞]**
Central Pharm. (CE 30)
Vials, 10 ml., ea. (1024) ..... ... 3.00
Double Strength
10 ml., ea. (1019) ........ ... 4.75
**DIESTROL [℞] (CA 21L)**
Tablets, E.C.
1 mg., 1000s, ea. (2093) .... ... 3.43
5 mg., 1000s, ea. (2094) .... ... 6.86
25 mg., 1000s, ea. (2095) ... ... 11.57
**DIET AID (HI 40Y)**
Capsules, 90s, ea. (X-58) .... ... 1.75
**DIETARY ADJUNCT (NO 79)**
250s, ea. ........... ... 2.25
**DIET-A-WAY (PH 20L)**
Capsules, 7s ........... 1.00 4.80
14s ........... 1.69 8.00
28s ........... 2.98 14.40
**DIETCAP [℞] (BL 21)**
Capsules, T.D., 100s, ea. ..... ... 3.00
1000s, ea. ........... ... 24.00
**DIETEMIC ELIXIR [℞] (LA 93)**
Liquid (401)
4 oz., ea. ........... ... 1.20
8 oz., ea. ........... ... 2.00
**DIETENE (DI 23)**
Reducing Supplement, Powder
Instant, 1 lb., ea. ........ 2.09* 1.39
5 lb., ea. ........... 9.79* 6.53
**DIETEX (DI 11)**
Tablets, 63s ........... 3.00 24.00
**DIETEZE (PH 20A)**
Capsules & Tablets
10 day supply ........... 2.49 14.72
30 day supply ........... 4.95 36.00
**DI-ETH-STROL [℞] (CH 65)**
Aqueous Suspension, 25 mg./cc.
Vial, 10 cc., ea. (1007) .... ... 1.65
In Oil, 25 mg./cc.
Vial, 10 cc., ea. (1008) .... ... 1.65
**DIETHYLENE GLYCOL [℞] (IN 47)**
16 oz. ........... ... 24.00
Gal., ea. ........... ... 7.20
**DIETHYLENE GLYCOL DISTEARATE**
City Chem. (CI 23)
1 lb., ea. ........... ... 1.40

Delta (DE 30F)
500 Gm. bot., ea. ........ ... 9.90
**DIETHYLENE GLYCOL MONOSTEARATE**
Aceto Chem. (AC 15)
500 Gm., ea. ........... ... 11.00
Delta (DE 30F)
500 Gm. bot., ea. ........ ... 11.00
International Chem. [℞] (IN 47)
1 oz. ........... ... 12.00
**DIETHYLSTILBESTROL**
A.P.C. [℞] (AM 46)
Tablets, 1 mg.
1000s, ea. (74W) ...... ... 1.44
E.C., 1000s, ea. (75W) .. ... 1.55
5 mg., 100s, ea. (76R) .... ... .73
1000s, ea. (76W) ...... ... 5.18
E.C., 100s, ea. (77R) .... ... .70
1000s, ea. (77W) ...... ... 5.94
25 mg., 100s, ea. (78R) .. ... 1.80
1000s, ea. (78W) ...... ... 16.20
E.C., 100s, ea. (79R) .. ... 1.88
1000s, ea. (79W) ...... ... 17.28
Academy [℞] (AC 10)
Tablets, 0.1 mg., 100s, ea. .. ... .20
1000s, ea. ........... ... .85
E.C., 100s, ea. ........ ... .25
1000s, ea. ........... ... 1.30
0.5 mg., 100s, ea. ....... ... .20
1000s, ea. ........... ... .95
E.C., 100s, ea. ........ ... .25
1000s, ea. ........... ... 1.40
1 mg., 100s, ea. ......... ... .20
1000s, ea. ........... ... 1.15
E.C., 100s, ea. ........ ... .25
1000s, ea. ........... ... 1.30
5 mg., 100s, ea. ......... ... .40
1000s, ea. ........... ... 3.25
E.C., 100s, ea. ........ ... .45
1000s, ea. ........... ... 4.00
25 mg., 100s, ea. ........ ... 1.25
1000s, ea. ........... ... 11.00
E.C., 100s, ea. ........ ... 1.35
1000s, ea. ........... ... 12.00
Ajem Drug [℞] (AJ 12)
Tablets, 0.5 mg., 1000s, ea. . ... 1.10
E.C., 1000s, ea. ........ ... 1.55
1 mg., 1000s, ea. ......... ... 1.30
E.C., 1000s, ea. ........ ... 1.90
5 mg., 1000s, ea. ......... ... 3.45
E.C., 1000s, ea. ........ ... 3.85
25 mg., 1000s, ea. ........ ... 8.05
E.C., 1000s, ea. ........ ... 9.10
Allen Pharm. [℞] (AL 59P)
Tablets, 1 mg., 100s, ea. .... ... .30
1000s, ea. ........... ... 1.80
E.C., 100s, ea. ........ ... .44
1000s, ea. ........... ... 2.40
5 mg., 100s, ea. ......... ... .60
1000s, ea. ........... ... 3.50
E.C., 100s, ea. ........ ... .80
1000s, ea. ........... ... 4.50
25 mg., 100s, ea. ........ ... 1.40
1000s, ea. ........... ... 10.00
E.C., 100s, ea. ........ ... 1.60
1000s, ea. ........... ... 10.80
Amer. Drug Prods. [℞] (AM 28G)
Capsules, T.D.
15 mg., 1000s, ea. (T9650) ... 12.00
Parenteral, In Oil, Vials
5 mg./cc. (INJ-121)
30 cc., 1s, ea. ........ ... .85
10s, ea. ........... ... 8.00
25 mg./cc. (INJ-122)
10 cc., 1s, ea. ........ ... .95
10s, ea. ........... ... 8.90
Suppositories
0.1 mg., 100s, ea. ....... ... 12.50
0.5 mg., 100s, ea. ....... ... 14.00
Tablets
0.1 mg., 1000s, ea. (2101) ... .65
E.C., 1000s, ea. (2102) . ... 1.00
0.25 mg.
1000s, ea. (2102A) ... ... .70
0.5 mg., 1000s, ea. (2103) ... .75
E.C., 1000s, ea. (2104) . ... 1.00
1 mg., 1000s, ea. (2105) .. ... .85
E.C., 1000s, ea. (2106) .. ... 1.10
5 mg., 1000s, ea. (2107). . ... 1.90
E.C., 1000s, ea. (2108) .. ... 2.15
25 mg., 1000s, ea. (2109) . ... 6.20
E.C., 1000s, ea. (2110) . ... 6.50
100 mg., 1000s, ea. (2111) . ... 21.00
Approved Pharm. [℞] (AP 15)
Tablets, 0.1 mg., E.C.
100s, ea. ........... ... .47
500s, ea. ........... ... 1.33
1000s, ea. ........... ... 2.13
0.25 mg., E.C., 100s, ea. .. ... .60
500s, ea. ........... ... 1.57
1000s, ea. ........... ... 2.47
0.5 mg., 100s, ea. ....... ... .31
500s, ea. ........... ... .84
1000s, ea. ........... ... 1.27
E.C., 100s, ea. ........ ... .40
500s, ea. ........... ... 1.07
1000s, ea. ........... ... 1.80
1 mg., 100s, ea. ......... ... .40
500s, ea. ........... ... 1.07
1000s, ea. ........... ... 1.60
E.C., 100s, ea. ........ ... .47
500s, ea. ........... ... 1.33
1000s, ea. ........... ... 2.00
5 mg., 100s, ea. ......... ... .47
500s, ea. ........... ... 2.20
1000s, ea. ........... ... 3.00
E.C., 100s, ea. ........ ... .60
500s, ea. ........... ... 2.47
1000s, ea. ........... ... 4.00
25 mg., 100s, ea. ........ ... 1.13
500s, ea. ........... ... 5.00
1000s, ea. ........... ... 9.26
E.C., 100s, ea. ........ ... 1.20
500s, ea. ........... ... 5.67
1000s, ea. ........... ... 10.00
100 mg., 100s, ea. ....... ... 6.20
500s, ea. ........... ... 30.00
1000s, ea. ........... ... 53.65

Arden Pharm. [℞] (AR 24)
In Oil, Vial
25 mg./cc., 10 cc., ea. .... ...
Arlco [℞] (AR 38)
Tablets, 1 mg., 100s, ea. .... ...
5 mg., 100s, ea. ......... ...
25 mg., 100s, ea. ........ ...
Atlas Pharm. [℞] (AT 25P)
In Sesame Oil, Vials
5 mg./cc., 30 cc., ea. (118) 1.70
25 mg./cc., 10 cc.
ea. (136) ........... 3.00
50 mg./cc., 10 cc.
ea. (137) ........... 4.00
Barry-Martin [℞] (BA 62)
Tablets, 5 mg., 1000s, ea. .. ... 2
E.C., 1000s, ea. ........ ... 2
25 mg., 100s, ea. ........ ...
500s, ea. ........... ... 4
1000s, ea. ........... ... 8
E.C., 100s, ea. ........ ... 1
500s, ea. ........... ... 4
1000s, ea. ........... ... 8
Bell Pharm. [℞] (BE 35P)
Parenteral, Aqueous or Oil
Vial, 5 mg./cc., 30 cc., ea. ... 3
Repository, Vials
100 cc., ea. ........... ... 3
250 cc., ea. ........... ... 5
Tablets, 1 mg., 1000s, ea. .. ... 2
5 mg., 1000s, ea. ......... ... 3
25 mg., 1000s, ea. ........ ... 8
Bingham [℞] (BI 19)
Tablets, 5 mg., 100s, ea. .... ... 1
1000s, ea. ........... ... 6
E.C., 100s, ea. ........ ... 1
1000s, ea. ........... ... 8
25 mg., 100s, ea. ........ ... 2
1000s, ea. ........... ... 16
Bios Labs. (BI 32E)
25 Gm. bot., ea. ........ ... 7
Blackman (BL 18)
4 oz., ea. ........... ... 25
Blue Cross [℞] (HA 33)
Tablets, 0.5 mg. (T-593)
100s, ea. ........... ...
1000s, ea. ........... ... 1
E.C. (T-594)
100s, ea. ........... ...
1000s, ea. ........... ... 2
1 mg. (T-595)
100s, ea. ........... ...
1000s, ea. ........... ... 1.
E.C. (T-596)
100s, ea. ........... ...
1000s, ea. ........... ... 2.
5 mg. (T-545)
100s, ea. ........... ...
1000s, ea. ........... ... 4.
E.C. (T-543)
100s, ea. ........... ...
1000s, ea. ........... ... 5.
25 mg. (T-547)
100s, ea. ........... ... 1.
1000s, ea. ........... ... 8.
E.C. (T-546)
100s, ea. ........... ... 1.
1000s, ea. ........... ... 10.
Bluline [℞] (BL 49)
Tablets, 1 mg. (149)
100s, ea. ........... 2.09 1.
1000s, ea. ........... 14.17 8.
E.C. (207)
100s, ea. ........... 2.09 1.
1000s, ea. ........... 14.17 8.
5 mg. (150)
100s, ea. ........... 5.00 3.
1000s, ea. ........... 35.00 21.
Bowman [℞] (BO 85E)
Tablets, 1 mg. (778)
100s, ea. ........... 1.09
1000s, ea. ........... 6.50 3.
5 mg. (747)
100s, ea. ........... 1.25
1000s, ea. ........... 8.25 4.
Brewer [℞] (BR 35E)
Gel-ets, 0.5 mg., 100s, ea. ... ...
1000s, ea. ........... ... 5.
1 mg., 100s, ea. ......... ...
1000s, ea. ........... ... 6.
5 mg., 100s, ea. ......... ... 2.
1000s, ea. ........... ... 15.
25 mg., 100s, ea. ........ ... 4.
1000s, ea. ........... ... 38.
Bryant [℞] (BR 74)
Tablets, 1 mg., 100s, ea. .... ...
1000s, ea. ........... ... 1.
E.C., 100s, ea. ........ ...
1000s, ea. ........... ... 2.
5 mg., 100s, ea. ......... ...
1000s, ea. ........... ... 4.
E.C., 100s, ea. ........ ...
1000s, ea. ........... ... 4.
25 mg., 100s, ea. ........ ... 1.
1000s, ea. ........... ... 7.
E.C., 100s, ea. ........ ... 1.
1000s, ea. ........... ... 8.
Buffalo Pharm. [℞] (BU 19)
Tablets, 0.5 mg., E.C.
1000s, ea. ........... ... 1.
1 mg., 1000s, ea. ......... ... 1.
E.C., 1000s, ea. ........ ... 2.
5 mg., 1000s, ea. ......... ... 2.
E.C., 1000s, ea. ........ ... 3.
25 mg., 1000s, ea. ........ ... 6.
E.C., 1000s, ea. ........ ... 6.

headache?

Dicumthyl—
Page 194
Narcotic drugs or products which are subject to the Harrison Narcotic Act are identified by the letter [N]
1964 DRUG TOPICS RED BOOK PRODUCT IN

1st Column—Sc... to consumer denotes fair trade minimum. See page 5.
2nd Column—(a) wholesale cost price to retailer per dozen
or (b) if a unit price, that is indicated
or (c) price to retailer on direct order from manufacturer shown by ▼ immediately above cost price of product
Numbers in ( ) after individual items are mfrs. catalog product numbers.

**DIETHYLSTILBESTROL** *(Continued)*

Hilly [℞] (HI 40Y)
Tablets, 0.5 mg. (3050-A)
1000s, ea. ... .90
1 mg. (3051)
100s, ea. ... .35
1000s, ea. ... 1.25
5 mg. (3053)
100s, ea. ... .45
1000s, ea. ... 2.75
E.C. (3059)
100s, ea. ... .50
1000s, ea. ... 3.00
25 mg. (3055)
100s, ea. ... .85
1000s, ea. ... 8.00
E.C. (3055-A)
100s, ea. ... .90
1000s, ea. ... 8.50

Hiss Pharm. [℞] (HI 59)
Tablets, 0.5 mg. (774)
1000s, ea. ... 1.20
E.C., 1000s, ea. ... 1.75
1.0 mg. (775)
1000s, ea. ... 1.35
E.C., 1000s, ea. ... 1.85
5 mg. (776)
1000s, ea. ... 2.35
E.C., 1000s, ea. ... 3.25
25 mg., E.C. (777)
1000s, ea. ... 6.75

Horton & Converse [℞] (HO 55)
Tablets, 1 mg., 100s, ea. .59 .35
1000s, ea. 2.34 1.40
E.C., 100s, ea. .75 .45
1000s, ea. 3.34 2.00
5 mg., 100s, ea. 1.00 .60
1000s, ea. 6.00 3.60
E.C., 100s, ea. 1.09 .65
1000s, ea. 6.67 4.00
25 mg., 100s, ea. 2.08 1.25
1000s, ea. 13.75 8.25

Interstate Pharm. [℞] (IN 70)
In Sesame Oil, Vial
25 mg./cc., 10 cc., ea. ... .95
30 cc., ea. ... 2.25

Invenex [℞] (IN 71)
Parenteral, in Oil, Vial
25 mg./cc., 10 cc., ea. 2.38 1.43

Jan Labs. [℞] (JA 28L)
In Sesame Oil
Ampuls, 1 mg., 1 cc. (317)
25s, ea. ... 1.95
100s, ea. ... 6.35
Vials, 1 mg./cc. (120)
30 cc., ea. ... .80
2 mg./cc. (121)
30 cc., ea. ... 1.00
5 mg./cc. (122)
30 cc., ea. ... 1.35
25 mg./cc. (123)
10 cc., ea. ... 1.20
Tablets
0.5 mg., Unscored (3050)
100s, ea. ... .20
500s, ea. ... .70
1000s, ea. ... 1.15
E.C. (3060)
100s, ea. ... .30
500s, ea. ... 1.00
1000s, ea. ... 1.85
1 mg., Scored (3051)
100s, ea. ... .25
500s, ea. ... .90
1000s, ea. ... 1.45
Unscored (3052)
100s, ea. ... .25
500s, ea. ... .90
1000s, ea. ... 1.45
E.C. (3061)
100s, ea. ... .35
500s, ea. ... 1.25
1000s, ea. ... 1.90
5 mg., Scored (3053)
100s, ea. ... .40
500s, ea. ... 1.25
1000s, ea. ... 1.90
Unscored (3054)
100s, ea. ... .40
500s, ea. ... 1.25
1000s, ea. ... 1.90
E.C. (3062)
100s, ea. ... .50
500s, ea. ... 1.75
1000s, ea. ... 2.50
25 mg., Scored (3055)
100s, ea. ... .95
500s, ea. ... 3.45
1000s, ea. ... 5.15
Unscored (3056)
100s, ea. ... .95
500s, ea. ... 3.45
1000s, ea. ... 5.15
E.C. (3063)
100s, ea. ... 1.00
500s, ea. ... 3.65
1000s, ea. ... 5.85
100 mg., Scored (3058)
100s, ea. ... 3.25
500s, ea. ... 12.95
1000s, ea. ... 19.50

Readi... ly kee... what'... mo... ably

Kay Pharm. [℞] (KA 62E)
Parenteral, In Sesame Oil, Vial
10 cc., ... 1.33
Tablets, 0.5 mg.
E.C., 100s, ea. ... .53
1000s, ea. ... 2.27
1 mg., 100s, ea. ... .48
1000s, ea. ... 1.87
E.C., 100s, ea. ... .67
1000s, ea. ... 3.20
5 mg., 100s, ea. ... .80
1000s, ea. ... 4.53
E.C., 100s, ea. ... 1.07
1000s, ea. ... 5.87
25 mg., 100s, ea. ... 2.27
1000s, ea. ... 12.80
E.C., 100s, ea. ... 2.67
1000s, ea. ... 14.67

Kirkman [℞] (KI 41M)
Tablets
0.10 mg., E.C. (1526)
100s, ea. ... .40
1000s, ea. ... 1.45
0.25 mg. (1539)
100s, ea. ... .30
1000s, ea. ... 1.25
E.C. (1527)
100s, ea. ... .40
1000s, ea. ... 1.45
0.5 mg. (1540)
100s, ea. ... .30
1000s, ea. ... 1.25
E.C. (1528)
100s, ea. ... .40
1000s, ea. ... 1.50
1 mg. (1530)
100s, ea. ... .40
1000s, ea. ... 1.40
E.C. (1529)
100s, ea. ... .40
1000s, ea. ... 2.00
5 mg. (1602)
100s, ea. ... .60
1000s, ea. ... 3.50
E.C. (1531)
100s, ea. ... .70
1000s, ea. ... 4.50
25 mg. (1532)
100s, ea. ... 1.20
1000s, ea. ... 8.25
E.C. (1696)
100s, ea. ... 1.50
1000s, ea. ... 13.50
100 mg. (1683)
100s, ea. ... 3.50
1000s, ea. ... 30.00

Kormel [℞] (KO 41L)
In Sesame Oil, Vial
5 mg./cc., 30 cc., ea. ... 1.66

Lannett [℞] (LA 56N)
Tablets, 0.5 mg. (1072)
E.C., 1000s, ea. ... 1.60
1 mg. (1110)
1000s, ea. ... 1.40
E.C. (1073)
1000s, ea. ... 2.10
5 mg. (1112)
500s, ea. ... 1.50
1000s, ea. ... 2.80
E.C. (1142)
100s, ea. ... .50
500s, ea. ... 2.00
1000s, ea. ... 3.40
25 mg. (1157)
100s, ea. ... 1.00
500s, ea. ... 3.50
1000s, ea. ... 6.00
E.C. (1111)
100s, ea. ... 1.20
500s, ea. ... 4.00
1000s, ea. ... 6.40

Lilly [℞] (LI 27)
Enseals, 0.1 mg., 100s, ea. ... .84
500s, ea. ... 3.90
1000s, ea. ... 7.20
0.25 mg., 100s, ea. ... .90
500s, ea. ... 4.20
1000s, ea. ... 7.80
0.5 mg., 100s, ea. ... .96
500s, ea. ... 4.50
1000s, ea. ... 8.40
1 mg., 100s, ea. ... 1.14
500s, ea. ... 5.40
1000s, ea. ... 10.20
5 mg., 100s, ea. ... 2.43
500s, ea. ... 11.16
1000s, ea. ... 20.94
25 mg., 100s, ea. ... 5.25
500s, ea. ... 25.26
1000s, ea. ... 49.02
Parenteral, Ampuls
In Ethyl Oleate, 25 mg., 1 cc.
6s, ea. ... 1.50
In Oil, 5 mg., 1 cc.
6s, ea. ... 1.25
25s, ea. ... 4.25
100s, ea. ... 14.75
Suppositories, Vaginal
0.1 mg., 6s, ea. ... .90
50s, ea. ... 5.40
0.5 mg., 6s, ea. ... .99
50s, ea. ... 5.79
Tablets, 0.1 mg., 100s, ea. ... .78
1000s, ea. ... 5.70
0.25 mg., 100s, ea. ... .84
1000s, ea. ... 6.30
0.5 mg., 100s, ea. ... .90
1000s, ea. ... 6.90
1 mg., 100s, ea. ... 1.08
500s, ea. ... 4.65
1000s, ea. ... 8.70
5 mg., 100s, ea. ... 2.28
500s, ea. ... 10.41
1000s, ea. ... 19.44
25 mg., 25s, ea. ... 1.39
100s, ea. ... 5.00
500s, ea. ... 24.50
1000s, ea. ... 47.50

Lincoln [℞] (LI 34)
Tablets, E.C., 1000s, ea. (427) ... 3.12
1000s, ea. (428) ... 6.24

Lit [℞] (LI 57H)
Tablets, 0.5 mg., 1000s, ea. ... .90
E.C., 1000s, ea. ... 1.45
1 mg., 1000s, ea. ... 1.05
E.C., 1000s, ea. ... 1.45
5 mg., 1000s, ea. ... 1.57
E.C., 1000s, ea. ... 2.65
25 mg., 1000s, ea. ... 3.45
E.C., 1000s, ea. ... 4.55

Lustgarten [℞] (LU 28)
Tablets
25 mg., 100s, ea. (4291) ... .94
E.C., 100s, ea. (4292) ... 1.04
100 mg., 100s, ea. (4293) ... 3.16

Mann (MA 46)
Powder, 25 Gm. bot., ea. ... 7.00

Marsh-Parker [℞] (MA 68K)
Tablets, 5 mg., 100s, ea. ... .50
1000s, ea. ... 2.50
E.C., 1000s, ea. ... 3.00
25 mg., 100s, ea. ... .95
1000s, ea. ... 6.25
E.C., 1000s, ea. ... 7.00

Massengill [℞] (MA 85E)
Parenteral, in Oil, Vial
25 mg./cc. (2573)
10 cc., ea. ... 1.00

Medical Chem. [℞] (ME 24B)
Parenteral, In Sesame Oil, Vials
25 mg./cc. (31)
10 cc., ea. ... .56
30 cc., ea. ... 1.44
Repository, 25 mg./cc. (824)
30 cc., ea. ... 1.54
100 cc., ea. ... 2.82
250 cc., ea. ... 5.16

Medics Pharm. [℞] (ME 32)
Parenteral, Vial
10 cc., ea. (112) ... 3.00

Merck (ME 52)
5 Gm. bot., ea. ... 2.05
25 Gm. bot., ea. ... 8.50

Mercury Pharm. [℞] (ME 52P)
Parenteral, Vial
25 mg./cc., 10 cc., ea. 2.70 2.43
Tablets, 1000s, ea. 9.75 8.77

Meredyth [℞] (ME 53E)
Tablets, 5 mg., E.C., 100s, ea. ... 1.59
25 mg., 100s, ea. ... 2.70

Myers-Carter [℞] (MY 12)
Parenteral, In Oil, Vial
25 mg./cc., 10 cc., ea. (033) ... 2.50

Pace Pharm. [℞] (PA 14)
Tablets, 0.5 mg., 100s, ea. ... .20
1000s, ea. ... 1.25
E.C., 100s, ea. ... .30
1000s, ea. ... 1.95
1 mg., 100s, ea. ... .25
1000s, ea. ... 1.50
E.C., 100s, ea. ... .35
1000s, ea. ... 2.00
5 mg., 100s, ea. ... .40
500s, ea. ... 1.30
1000s, ea. ... 1.95
E.C., 100s, ea. ... .50
500s, ea. ... 1.80
1000s, ea. ... 2.60
25 mg., 100s, ea. ... 1.00
500s, ea. ... 3.50
1000s, ea. ... 5.25
E.C., 100s, ea. ... 1.10
500s, ea. ... 3.75
1000s, ea. ... 5.95

Pameco [℞] (PE 38E)
Tablets, 1 mg., 100s, ea. ... .30
1000s, ea. ... 1.50
E.C., 100s, ea. ... .35
1000s, ea. ... 1.95
5 mg., 100s, ea. ... .45
1000s, ea. ... 2.75
E.C., 100s, ea. ... .50
1000s, ea. ... 3.50
25 mg., 100s, ea. ... .85
1000s, ea. ... 7.25
E.C., 100s, ea. ... .95
1000s, ea. ... 8.25

Park Drug [℞] (PA 44K)
Tablets, 1 mg., 100s, ea. ... .40
1000s, ea. ... 1.98
E.C., 100s, ea. ... .54
1000s, ea. ... 3.02
5 mg., 100s, ea. ... .68
1000s, ea. ... 5.16
E.C., 100s, ea. ... .96
1000s, ea. ... 6.60
25 mg., 100s, ea. ... 1.76
1000s, ea. ... 14.60
E.C., 100s, ea. ... 1.86
1000s, ea. ... 15.80

Pasadena Research [℞] (PA 63C)
Parenteral, In Sesame Oil
1 mg./cc., Ampuls, 1 cc.
12s, ea. 2.25 1.35
100s, ea. 16.00 9.60
Vial, 10 cc., ea. 1.50 .90
25 mg./cc., Vial, 10 cc., ea. 2.10 1.26
Tablets, 0.1 mg., E.C.
100s, ea. .75 .45
1000s, ea. 4.50 2.70
0.5 mg., E.C., 100s, ea. .75 .45
1000s, ea. 4.50 2.70
1 mg., E.C., 100s, ea. .90 .54
1000s, ea. 5.50 3.30
5 mg., E.C., 100s, ea. 1.00 .60
1000s, ea. 8.00 4.80
25 mg., 100s, ea. 2.50 1.50
1000s, ea. 20.00 12.00
100 mg., 100s, ea. 7.75 4.65
1000s, ea. 62.50 37.50

Penhurst [℞] (PE 85M)
Parenteral, In Oil, Vials
1 mg./cc. (120)
30 cc., ea. ... .80
2 mg./cc. (121)
30 cc., ea. ... 1.00

5 mg./cc. (122)
30 cc., ea. ...
25 mg./cc. (123)
30 cc., ea. ...
Tablets, 0.5 mg. (156)
100s, ea. ...
500s, ea. ...
1000s, ea. ...
E.C. (160)
100s, ea. ...
500s, ea. ...
1000s, ea. ...
1.0 mg. (157)
100s, ea. ...
500s, ea. ...
1000s, ea. ...
E.C. (161)
100s, ea. ...
500s, ea. ...
1000s, ea. ...
5.0 mg. (158)
100s, ea. ...
500s, ea. ...
1000s, ea. ...
E.C. (162)
100s, ea. ...
500s, ea. ...
1000s, ea. ...
25 mg. (159)
100s, ea. ...
500s, ea. ...
1000s, ea. ...
E.C. (198)
100s, ea. ...
500s, ea. ...
1000s, ea. ...
100 mg. (285)
100s, ea. ...

Person & Covey [℞] (PE 70S)
Tablets, 0.5 mg., E.C. (276)
100s, ea. 1.00
1000s, ea. 8.00
1 mg., E.C. (278)
100s, ea. 1.17
1000s, ea. 10.00
5 mg. (279)
100s, ea. 1.67
500s, ea. 8.00
1000s, ea. 15.00
E.C. (280)
100s, ea. 1.67
500s, ea. 8.00
1000s, ea. 15.00
25 mg. (281)
100s, ea. 4.67
500s, ea. 22.40
1000s, ea. 42.00
E.C. (282)
100s, ea. 4.67
500s, ea. 22.40
1000s, ea. 42.00

Pharmex [℞] (PH 22E)
Tablets, 1 mg., 500s, ea. ...
1000s, ea. ...
E.C., 500s, ea. ...
1000s, ea. ...
5 mg., 100s, ea. ...
1000s, ea. ...
E.C., 100s, ea. ...
1000s, ea. ...
25 mg., 100s, ea. ...
1000s, ea. ...
E.C., 100s, ea. ...
1000s, ea. ...
100 mg., 100s, ea. ...
500s, ea. ...

Philadelphia Labs. [℞] (PH 22L)
Parenteral, in Oil, Vials
5 mg./cc. (285)
30 cc., ea. ...
25 mg./cc. (286)
30 cc., ea. ...
Tablets
0.5 mg., 1000s, ea. (2611). ...
E.C., 1000s, ea. (2615).. ...
1 mg., 1000s, ea. (2619)... ...
E.C., 1000s, ea. (2623).. ...
5 mg., 1000s, ea. (2627)... ...
E.C., 1000s, ea. (2631).. ...
25 mg., 1000s, ea. (2635).. ...
E.C., 1000s, ea. (2639).. ...
100 mg., 100s, ea. (2643). ...

Premo [℞] (PR 22)
Enerels, 5 mg.
100s, ea. (1952) ...
1000s, ea. (1954) ...
Tablets, 5 mg.
100s, ea. (1936) ...
1000s, ea. (1938) ...
25 mg.
100s, ea. (2166) ...
1000s, ea. (2167) ...

Rabin [℞] (RA 9)
Tablets, 1 mg., 100s, ea. ...
1000s, ea. ...
E.C., 100s, ea. ...
1000s, ea. ...
5 mg., 100s, ea. ...
1000s, ea. ...
E.C., 100s, ea. ...
1000s, ea. ...
25 mg., 100s, ea. ...
1000s, ea. ...
E.C., 100s, ea. ...
1000s, ea. ...
100 mg., 100s, ea. ...
1000s, ea. ...

Raway [℞] (RA 49)
Tablets, 0.5 mg., 1000s, ea. ...
E.C., 1000s, ea. ...
1 mg., 1000s, ea. ...
E.C., 1000s, ea. ...
5 mg., 1000s, ea. ...
E.C., 1000s, ea. ...
25 mg., 1000s, ea. ...
E.C., 1000s, ea. ...

Reiss Williams [℞] (R...
Vaginal Suppositories
0.1 mg., 100s, ea. (D...
0.5 mg., 100s, ea. (D...
1.0 mg., 100s, ea. (D...
Robinson [℞] (RO 27)
Parenteral, In Oil
Ampuls, 1 mg., 1 cc.
25s, ea.
100s, ea.
Vials, 1 mg./cc. (195...
30 cc., ea.
2 mg./cc. (1954)
30 cc., ea.
5 mg./cc. (1955)
30 cc., ea.
25 mg./cc. (1958)
10 cc., ea.
Suppositories, Vaginal
0.1 mg., 12s, ea. (33...
0.5 mg., 12s, ea. (33...
1 mg., 12s, ea. (3364...
Tablets, 0.1 mg. (3115)
100s, ea.
1000s, ea.
0.5 mg. (603)
100s, ea.
1000s, ea.
E.C. (604)
100s, ea.
1000s, ea.
1 mg. (605)
100s, ea.
1000s, ea.
E.C. (606)
100s, ea.
1000s, ea.
5 mg. (607)
100s, ea.
1000s, ea.
E.C. (608)
100s, ea.
1000s, ea.
25 mg., Unscored (609)
100s, ea.
1000s, ea.
25 mg., Scored (992)
100s, ea.
1000s, ea.
E.C. (610)
100s, ea.
1000s, ea.
100 mg. (612)
100s, ea.
1000s, ea.
Timedcaps, 15 mg. (3297)
100s, ea.
500s, ea.
1000s, ea.
Rocky Mt. Pharm. [℞] (RO...
Parenteral, In Oil, Vial
25 mg./cc., 10 cc., ea.
Rowell [℞] (RO 88)
Tablets, 25 mg.
100s, ea. (760)
1000s, ea. (761)
Tablets, E.C., 1 mg.
100s, ea. (750)
1000s, ea. (751)
5 mg., 100s, ea. (755)
1000s, ea. (756)
Sherman [℞] (SH 45)
Tablets, E.C.
1 mg., 100s, ea.
500s, ea.
1000s, ea.
5 mg., 100s, ea.
500s, ea.
1000s, ea.
Siler [℞] (SI 17L)
Parenteral, In Sesame Oil, V...
25 mg./cc. (264)
10 cc., ea.
30 cc., ea.
Tablets, 0.5 mg., E.C. (4286)
1000s, ea.
1.0 mg., E.C. (4288)
1000s, ea.
5 mg., E.C. (4292)
1000s, ea.
25 mg. (136)
100s, ea.
1000s, ea.
Squibb (SQ 11)
*See Stilbetin*
Stanlabs [℞] (ST 38)
Tablets, 0.1 mg., E.C. (921)
100s, ea.
0.5 mg., E.C. (889)
100s, ea.
1000s, ea.
1 mg., E.C. (890)
100s, ea.
1000s, ea.
5 mg. (886)
100s, ea.
1000s, ea.
E.C. (891)
100s, ea.
1000s, ea.
25 mg. (887)
100s, ea.
1000s, ea.
E.C., 100s, ea. (892)
100 mg., 100s, ea. (888)
Steyner [℞] (ST 49)
Tablets, 1 mg. (48)
100s, ea.
1000s, ea.

headach...