

1A-307