Diethylstilbestrol 25mg Tab
Disp. #100    Faust
FeSO₄ 5gr #150
Take #1 TID
7/22/63    Faust

Stillwater? 25 mg Tabs
Drug # 150

8-26-63   Faumol

Stilboestrol 25mg
Disp # 100
9-23-63  as instructed

FeSO4 300mg #100
10/21