DEPOSITION OF HARRIS BUSCH, M. D. Ph. D.

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| CHARLENE CLOEY-PALLOZZI * | |
| * | |
| Plaintiff * | |
| * | |
| v. * | Civil Action No. 00550-01 |
| * | Cal. #5, Judge M. A. Terrell |
| ELI LILLY AND COMPANY * | |
| * | |
| Defendant * | |

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| AMY OLSSON * | |
| * | |
| Plaintiff * | |
| * | |
| v. * | Civil Action No. 008606:00 |
| * | Cal. #7, Judge R. L. Beck |
| ELI LILLY AND COMPANY * | |
| * | |
| Defendant * | |

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| JOANNA K. BOXILL * | |
| * | |
| Plaintiff * | |
| * | |
| v. * | Civil Action No. 008586-00 |
| * | Cal. #2, Judge W. M. Jackson |
| ELI LILLY AND COMPANY * | |
| * | |
| Defendant * | |

Job No. 01-49237

Page 66

1  pharmaceutical industry and various other agencies for
2  many, many years. This is the 1953 volume. Prior to
3  this particular one, there was a product called NNR,
4  the New and Nonofficial Remedies, which contains
5  similar information. It's a listing of the various
6  drugs produced by pharmaceutical companies and their
7  general features.
8     Q. And what's its role in American medicine?
9  What was the role back then?
10    A. It was to educate the doctors as to what drugs
11 were available and how they should be used --
12    Q. The --
13    A. -- what, what's going and bad about the drugs.
14 It's a compendium of information.
15    Q. I've been asking you a lot of questions and I
16 was supposed to put a prefix on all of them before I
17 asked you the question and that is "Have you formed the
18 opinion within reasonable, medical, and scientific
19 channels, areas?" Going back over every question you
20 have asked, can you say, "Yes, everything I've told you
21 has been within reasonable and accepted medical
22 principles"?
23    A. Sure.
24    Q. And will you in the future keep that in mind
25 so I don't have to ask it a hundred times, that when I

Page 67

1  ask you a question I ask that your answer be within
2  accepted and reasonable medical and pharmacological
3  thinking?
4     A. Sure.
5     Q. Okay. Now, if a physician were to look on
6  Page 464 of the 1953 PDR, he would see a recommendation
7  for the use of DES, would he not?
8     A. Yes.
9     Q. And is that --
10    A. It's listed here.
11    Q. -- the same as the chart except for the
12 highlights?
13    A. Yes.
14    Q. How much DES was Lilly -- and this is the
15 Lilly ad, is it not?
16    A. Right.
17    Q. Or is "ad" the wrong word? The Lilly
18 submission, the Lilly --
19    A. It's the Lilly insert.
20    Q. Insert. How much DES were they recommending
21 for the accidents of pregnancy, and what is meant by
22 the accidents of pregnancy?
23    A. Well, the dose that you've listed there is an
24 incremental dose following the last menstrual period
25 and it rises from 5 milligrams to 125 milligrams daily

Page 68

1  and it should be noted that the dose that they
2  recommended for other conditions range from a tenth of
3  a milligram to 1 milligram daily. So, the dose that
4  we're talking about here is somewhere between -- the
5  highest dose is 125 times the usual dose and 1,250
6  times the usual dose.
7     Q. Can you with my little red laser show us where
8  it was used and recommended and what dosages for such
9  things as menopause or senile vaginitis and was used in
10 those conditions?
11    A. Well, I, I'm not sure. Oh, you mean down
12 here. Yeah, menopause and senile vag -- 0.1 to 1
13 milligram daily.
14    Q. And did it work at that level?
15    A. Oh, yes, it was very effective therapy.
16    Q. And for senile vaginitis did it also work at
17 that level?
18    A. Yes.
19    Q. On a grown human, on a grown woman?
20    A. A whole human being, yes.
21    Q. Okay.
22    A. On a woman, yeah.
23    Q. Now, have we tried to work out the estrogenic
24 effect of DES and compared it to something that the
25 jury might know about which also has estrogenic effect?

Page 69

1     A. Well, I believe that you got this information
2  from an obstetrician whose name I don't know.
3     Q. Okay. Have you reviewed that -- Exhibit
4  No. 6?
5     A. Yes, I have.
6     Q. And is it reasonable and correct and accurate
7  in the computations?
8     A. Well, basically what this says is that --
9     Q. Well --
10    A. -- it's 53 times more -- that the 1600
11 milligrams recommended are equivalent to 53,000 birth
12 control pills.
13    Q. Let me go back and, and ask you to do the
14 computations. Between the seventh and eighteenth week
15 of pregnancy in green is the recommended dosages; is
16 that correct?
17    A. Yes, between 5 and 40 milligrams.
18    Q. Now, if you go to the left side and you add up
19 the days and the pills and the milligrams by the week
20 and then you add up all the mother would have received
21 in those seventh to eighteenth week, how much
22 milligrams of DES would she have received?
23    A. My recollection was that 1610 milligrams.
24    Q. And at least a significant part of that would
25 have gone to the baby?

Page 70

1   A.  Sure.
2   Q.  Do a hundred birth control pills equal 3
3   milligrams -- I'm sorry. Let's go back. Is the birth
4   control pill made up of 0.03 milligrams of estradiol,
5   and is that an estrogen?
6   A.  Well, that's the presumed number for this
7   calculation.
8   Q.  Okay. Are you familiar with the "dosagen" of
9   estrogen in --
10  A.  It depends on which particular pill.
11  Q.  Right. Is 0.03 within the range of --
12  A.  It is.
13  Q.  -- what's commercially sold?
14  A.  Yes.
15  Q.  And if we use 0.03, then a hundred birth
16  control pills equal 3 milligrams of DES?
17  A.  Okay.
18  Q.  Is --
19  A.  It's reasonable.
20  Q.  Am I on track?
21  A.  Yeah.
22  Q.  Okay. Then, it's fair to say the statement on
23  the bottom?
24  A.  It's reasonable.
25  Q.  What was Lilly's justification for dosing a

Page 71

1   little baby like that?
2   A.  Well, that's -- their justification, if I
3   recall correctly, was that this dosage regimen was
4   reported by Smith, Smith, and Hurwitz and --
5   Q.  And who are they?
6   A.  Okay. So, now we're back to Smith. So, Olive
7   Smith was a biochemist who worked with her husband,
8   George, who was a physiologist, a gentleman who had
9   gone to medical school but, as far as I know, never had
10  an internship and never practiced medicine. They were
11  interested in physiology of the development of the
12  female characteristics and in various aspects of
13  endocrinology, the science that has to do with
14  hormones. Basically, the work that they did in the
15  Thirties was reasonable work, was done at -- in
16  association with the Harvard Medical School in a place
17  called Brookline, not in Boston, but in Brookline,
18  which is a suburb, not a particularly auspicious place.
19      The -- what attracted them to DES is not
20  clear to me, but in the early Forties they conducted an
21  experiment which they said showed that DES caused an
22  increase in progesterone production.
23  Q.  Now we're in 1940, are we not?
24  A.  Yes. We're in the, the fundamental --
25  Q.  '40 and '44 --

Page 72

1   A.  -- concept.
2   Q.  -- and, and '44 and '46 again and in '48
3   again, the Smiths?
4   A.  Yes. These two folks working in Brookline
5   reported that, using a method developed by Dr. Venning
6   at the University of Chicago -- they said they found
7   that there was a big increase in progesterone in the
8   urine of pregnant animals. Now, that's a very
9   important thing because progesterone had been reported
10  to be clinically important in maintenance of normal
11  pregnancy and it's very expensive material at the time
12  and DES is dirt cheap.
13      Profit margins on DES were enormous for
14  the pharmaceutical companies. So, the fact --
15  Q.  Is that mentioned in -- by Dr. Chen --
16  A.  No, it's not.
17  Q.  -- that statement?
18  A.  My own knowledge.
19      So, the Smiths said there was a big
20  increase in progesterone. That's their fundamental
21  thesis. It's the rock on which all subsequent work was
22  evolved, that you've got this huge increase in
23  progesterone.
24      The problem was it wasn't progesterone.
25  What was in the urine was DES slightly modified in the

Page 73

1   form of a glucuronide, g-l-u-c-u-r-o-n-i-d-e.
2       The body converts a lot of steroids into
3   glucuronides, and the Venning method was nonspecific.
4   So, other people said, "Well, we'll check it out"; and
5   Davis and Fugo in 1947 said there's no increase in
6   progesterone in the urine, zero.
7   Q.  Who were Davis and Fugo, and what's so
8   important about that?
9   A.  Well, that is the beginning of the end of the
10  Smith concept because what was in the urine wasn't
11  progesterone. The fundamental concept was we've got a
12  lot of progesterone produced, it's going to save
13  pregnancies based on the false results derived from the
14  Venning method.
15  Q.  Well, was this progesterone -- was
16  progesterone known to be helpful in --
17  A.  In --
18  Q.  -- maintaining --
19  A.  It's im --
20  Q.  -- a pregnancy?
21  A.  -- import -- progesterone was a key hormone in
22  the maintenance of pregnancy. That was already known.
23  Q.  So, the Smiths would give the woman DES --
24  A.  To --
25  Q.  -- and --

# Smith & Smith Regimen Total Dosage Ingested During the Formation of the Female Reproductive Tract

| Week | Dosage |
|---|---|
| 7th wk = 5 mg (5 × 7 days = 35 mg) | 35 mg |
| 8th wk = 5 mg (5 × 7 days = 35 mg) | 35 mg |
| 9th wk = 10 mg (10 mg × 7 days = 70 mg) | 70 mg |
| 10th wk = 10 mg (10 mg × 7 days = 70 mg) | 70 mg |
| 11th wk = 15 mg (15 mg × 7 days = 105 mg) | 105 mg |
| 12th wk = 15 mg (15 mg × 7 days = 105 mg) | 105 mg |
| 13th wk = 20 mg (20 × 7 days = 140 mg) | 140 mg |
| 14th wk = 20 mg (20 × 7 days = 140 mg) | 140 mg |
| 15th wk = 25 mg (25 × 7 = 175 mg) | 175 mg |
| 16th wk = 30 mg (30 × 7 = 210 mg) | 210 mg |
| 17th wk = 35 mg (35 × 7 = 245 mg) | 245 mg |
| 18th wk = 40 mg (40 × 7 = 280 mg) | 280 mg |

TOTAL MILLIGRAM DOSAGE DURING THE FORMATION OF THE FEMALE REPRODUCTIVE TRACT = 1,610 mg.

1 Birth control pill is made up of 0.03 mg of ethinyl estrodial

100 Birth control pills equals 3 mgs of DES

Therefore, 1,610 mg of DES is equivalent to the estrogenic effect of 53,666 birth control pills

To prevent accidents of pregnancy: Week of Pregnancy, Dating from First Day of Last Menstrual Period.

| Week | Daily Dose |
|---|---|
| 7th and 8th | 5 mg. |
| 9th and 10th | 10 mg. |
| 11th and 12th | 15 mg. |
| 13th and 14th | 20 mg. |
| 15th | 25 mg. |
| 16th | 30 mg. |
| 17th | 35 mg. |
| 18th | 40 mg. |
| 19th | 45 mg. |
| 20th | 50 mg. |
| 21st | 55 mg. |
| 22d | 60 mg. |
| 23d | 65 mg. |
| 24th | 70 mg. |
| 25th | 75 mg. |
| 26th | 80 mg. |
| 27th | 85 mg. |
| 28th | 90 mg. |
| 29th | 95 mg. |
| 30th | 100 mg. |
| 31st | 105 mg. |
| 32d | 110 mg. |
| 33d | 115 mg. |
| 34th | 120 mg. |
| 35th | 125 mg. |