# AMERICAN JOURNAL OF OBSTETRICS AND GYNECOLOGY

ADVISORY COMMITTEE ON POLICY 1953

Willard M. Allen
John I. Brewer
Francis Bayard Carter
Conrad G. Collins
Samuel A. Cosgrove
Walter T. Dannreuther

Nicholson J. Eastman
Frederick H. Falls
Newell W. Philpott
John Rock
Donald G. Tollefson
Philip F. Williams

ADVISORY EDITORIAL COMMITTEE 1953

Albert H. Aldridge
Edward Allen
Allan C. Barnes
Leroy A. Calkins
Russell R. de Alvarez
R. Gordon Douglas
George H. Gardner
Carl P. Huber
Frank R. Lock
Curtis J. Lund

Andrew A. Marchetti
Harvey B. Matthews
John L. McKelvey
Charles E. McLennan
Joe Vincent Meigs
William F. Mengert
Norman F. Miller
Thaddeus L. Montgomery
Daniel G. Morton
Emil Novak
Ernest W. Page

Franklin L. Payne
Lawrence M. Randall
Duncan E. Reid
Ralph A. Reis
Herbert E. Schmitz
George V. Smith
Wm. E. Studdiford
E. Stewart Taylor
Richard W. Te Linde
Herbert F. Traut

OFFICIAL ORGAN

THE AMERICAN GYNECOLOGICAL SOCIETY; THE AMERICAN ASSOCIATION OF OBSTETRICIANS, GYNECOLOGISTS AND ABDOMINAL SURGEONS; NEW YORK OBSTETRICAL SOCIETY; OBSTETRICAL SOCIETY OF PHILADELPHIA; BROOKLYN GYNECOLOGICAL SOCIETY; ST. LOUIS GYNECOLOGICAL SOCIETY; NEW ORLEANS GYNECOLOGICAL AND OBSTETRICAL SOCIETY; THE OBSTETRICAL AND GYNECOLOGICAL SOCIETY OF MARYLAND; CHICAGO GYNECOLOGICAL SOCIETY; CINCINNATI OBSTETRIC SOCIETY; CENTRAL ASSOCIATION OF OBSTETRICIANS AND GYNECOLOGISTS; AMERICAN BOARD OF OBSTETRICS AND GYNECOLOGY; WASHINGTON GYNECOLOGICAL SOCIETY; PITTSBURGH OBSTETRICAL AND GYNECOLOGICAL SOCIETY; OBSTETRICAL SOCIETY OF BOSTON; LOUISVILLE OBSTETRICAL AND GYNECOLOGICAL SOCIETY; SOUTH ATLANTIC ASSOCIATION OF OBSTETRICIANS AND GYNECOLOGISTS; SEATTLE GYNECOLOGICAL SOCIETY; SOCIETY OF OBSTETRICIANS AND GYNECOLOGISTS OF CANADA; ALABAMA ASSOCIATION OF OBSTETRICIANS AND GYNECOLOGISTS; AKRON OBSTETRICAL AND GYNECOLOGICAL SOCIETY; KANSAS CITY GYNECOLOGICAL SOCIETY; CENTRAL NEW YORK ASSOCIATION OF GYNECOLOGISTS AND OBSTETRICIANS; NEW JERSEY OBSTETRICAL AND GYNECOLOGICAL SOCIETY; IOWA OBSTETRIC AND GYNECOLOGIC SOCIETY; THE TEXAS ASSOCIATION OF OBSTETRICIANS AND GYNECOLOGISTS; OKLAHOMA CITY OBSTETRICAL AND GYNECOLOGICAL SOCIETY; MEMPHIS OBSTETRICAL AND GYNECOLOGICAL SOCIETY; UTAH OBSTETRICAL AND GYNECOLOGICAL SOCIETY; ROCHESTER OBSTETRICAL AND GYNECOLOGICAL SOCIETY

EDITORS

HOWARD C. TAYLOR, JR., and WILLIAM J. DIECKMANN

ADVISORY EDITOR

GEORGE W. KOSMAK

VOLUME 66

JULY—DECEMBER, 1953

THE C. V. MOSBY COMPANY

ST. LOUIS

1953

Case 1:04-cv-11164-MBB    Document 29-8    Filed 06/01/2005    Page 2 of 3

# DOES THE ADMINISTRATION OF DIETHYLSTILBESTROL DURING PREGNANCY HAVE THERAPEUTIC VALUE?*†

W. J. DIECKMANN, M.D., M. E. DAVIS, M.D., L. M. RYNKIEWICZ, S.M., AND R. E. POTTINGER, S.M., CHICAGO, ILL.

*(From the Department of Obstetrics and Gynecology of the University of Chicago and the Chicago Lying-in Hospital)*

IN 1946 Smith and Smith[1] suggested that increasing amounts of diethylstilbestrol should be administered to all women during pregnancy to prevent or decrease the hazards of the late complications of pregnancy for mothers and babies. The basis for such prophylactic therapy as well as the active therapy of these pregnancy complications stems from a series of experiments by the Smiths on the steroid hormones in normal and abnormal pregnancy.[2] These laboratory observations and their theoretical implications were supported by clinical observations, part of which were made under the supervision of the Smiths and part were the collected reports of other clinical observers.

The use of diethylstilbestrol to prevent and to treat pregnancy complications is based on the supposition that there develops a deficiency in the production of progesterone and other steroids by the placenta which predisposes to or causes these pregnancy complications. The secretion of these steroids can be stimulated by diethylstilbestrol. The increased amounts of steroids made available by the placenta postpone, reduce the severity of, or prevent some of the late complications of pregnancy.

The laboratory experiments which provided the background for this interesting concept of the Smiths have lacked confirmation by other investigators. Davis and Fugo[3,4] in two reports noted that the administration of diethylstilbestrol to patients during pregnancy did not result in an increased output of urinary pregnanediol, a measure of progesterone metabolism. Sommerville, Marrian and Clayton[5] confirmed these observations and noted a drop in urinary pregnanediol and no gross change in endogenous estrogen. Although many additional experimental data will be necessary to determine the role of diethylstilbestrol in placental steroid metabolism, this paper will confine itself to the clinical implications of the Smith concept.

Smith and Smith in 1949[6] reported on the influence of diethylstilbestrol on the progress and outcome of pregnancy in a series of primigravidas. As

*This investigation was supported in part by a research grant, PHS RG2570, from the National Institutes of Health, Public Health Service.
†Presented at the Seventy-sixth Annual Meeting of the American Gynecological Society, Lake Placid, N. Y., June 15 to 17, 1953.

controls they used a ser
They recorded the foll
the late toxemias of p
usually large for their
was decreased. (4) T
decreased. (5) The nec

The most serious c
Patients to whom tria
meticulous study and
ously. In two nutritio
tients who were cooper
instructions, keep good
dence of abortion, prem
a lower perinatal death
women delivered concu
were compared with t
received identical treat
significant differences.

The prophylactic
use in pregnancy comp
to postpone, or to ame
mothers and babies is
plished by the daily co
a careful perusal of t
not supported by adequ

The properly cond
should have no knowle
of patients should rec
the medication on tri
treated simultaneously
cently reported by Fe
that diethylstilbestrol
maturity, perinatal mo

We felt that it wa
clinical experiment to
practice. The first pat
study terminated Nov.

The following cri
large so that the resul
of patients who were m
was decided that 2,000
prior to the twentieth
Every other patient w
sonal element, each pa
individual who was no

Since our data were at variance with those of the Smiths, they were all rechecked. The charts of patients with toxemia of pregnancy, premature delivery, stillbirths and neonatal deaths, and any other complication or abnormality, were examined again by one of the senior authors with no knowledge of the kind of medication. There was no significant change in any of the results.

TABLE IX. CONGENITAL ANOMALIES

| TYPE OF ANOMALY | PRIMIPARAS | | MULTIPARAS | |
| --- | --- | --- | --- | --- |
| | STILBESTROL | CONTROL | STILBESTROL | CONTROL |
| Minor | 7 | 7 | 9 | 4 |
| Skin, as papilloma | 7 | 12 | 7 | 6 |
| Cystocele, hydrocele | 4 | 3 | 3 | 2 |
| Harelip, cleft palate, etc. | 1 | 0 | 0 | 1 |
| Clubfeet, multiple digits | 2 | 5 | 6 | 2 |
| Mongolism | 0 | 0 | 0 | 1 |
| Brain and spinal cord | 1 | 0 | 0 | 0 |
| Cardiac, etc. | 2 | 1 | 1 | 2 |
| Gastrointestinal | 1 | 0 | 0 | 0 |
| Genitourinary | 0 | 2 | 0 | 3 |
| Multiple major | 2 | 2 | 1 | 3 |
| Total anomalies | 27 | 32 | 27 | 24 |
| Total infants | 426 | 415 | 376 | 361 |

## Conclusions

A strictly controlled clinical trial of the therapeutic value of diethylstilbestrol administered to patients during pregnancy in reducing the hazards of some of the late complications of pregnancy for mothers and babies has been reported.

The various complications were studied in the total unselected group of patients divided into primigravidas, primiparas, and multiparas. Then the groups were again studied after all groups were corrected to compare with the Smiths'.

The results of the administration of diethylstilbestrol in graduated amounts to 840 patients according to a schedule suggested by the Smiths were compared with the results of an identical placebo tablet given to 806 patients. Stilbestrol did not reduce the incidence of abortion, prematurity, or postmaturity. Premature babies of stilbestrol-treated mothers were no longer nor more mature for their gestational ages than comparable prematures in the control group of placebo-treated mothers. It did not decrease the incidence of perinatal mortality. It did not decrease the frequency of the toxemias of pregnancy.

Acknowledgment is made to Eli Lilly and Company for aid in making the stilbestrol and placebo tablets with the dye and for the final determination of the stilbestrol; to Lillian Natusko for the examination of the urines for phenol red; to the staff and residents for their cooperation.

## References

1. Smith, O. W., and Smith, G. van S.: Am. J. Obst. & Gynec. 51: 411, 1946.
2. Smith, G. van S., and Smith, O. W.: Physiol. Rev. 28: 1, 1948.
3. Davis, M. Edward, and Fugo, N. W.: Proc. Soc. Exper. Biol. & Med. 65: 283, and 66: 391, 1947.