


**Children's Hospital Boston**
Department of Neurology
Director, Division of Epilepsy & Clinical Neurophysiology

HARVARD MEDICAL SCHOOL
Department of Neurology
Professor of Neurology

**Blaise F. D. Bourgeois, M.D.**
Children's Hospital Boston
300 Longwood Avenue | Hunnewell 2
Boston, Massachusetts 02115
phone 617-355-2413 | fax 617-730-0463
blaise.bourgeois@childrens.harvard.edu

December 13, 2004

Aaron M. Levine, Esq.
Aaron M. Levine & Associates
1320 19th Street N.W.
Washington, DC 20036

Dear Mr. Levine:

I am a Board Certified Pediatric Neurologist, currently practicing at Children's Hospital Boston, Boston Massachusetts.

I have been involved in the care of Brian Steven Manning for approximately the past year as a patient in the Epilepsy Program.

As you know, Brian was born at 26 weeks gestation on December 10, 2000. He had a cranial ultrasound performed on day 2 of life which revealed a very large Grade IV right-sided intraventricular hemorrhage, as well as a hemorrhage in the right germinal matrix region. This hemorrhage evolved into a porencephalic cyst as noted on Head CT on February 16, 2001. An MRI of the head performed on March 26, 2002, confirmed a large right porencephalic cyst and periventricular leukomalacia with severe thinning of the corpus collosum.

During Brian's Neonatal Intensive Care stay, there was some notations of seizure activity although this was not confirmed on EEG. In November 2002, Brian experienced his first episode of status epilepticus requiring emergency admission to Children's Hospital. He has since had eight (8) additional episodes of status epilepticus requiring hospital admission, the most recent having occurred on August 10, 2004.

Brian's medical course has been very consistent with periventricular leukomalacia including left sided spastic hemiparesis and dystonia requiring the use of a left posterior ankle foot orthosis and a left McKie thumb adduction orthosis. Brian also suffers from motor and developmental delays for which he receives physical, occupational and speech therapies.

Brian's aforementioned hemiparesis, seizure disorder, motor, cognitive and developmental delays are all related to his extreme premature birth and the subsequent effects of periventricular leukomalcia. These are clearly cmplications related to his prematurity as there is no evidence at all that there would be any other casuses for this, including birth trauma, infection or genetic causes.

Periventriular leukomalacia is a complication of prematurity. It is a hypoxic ischemic lesion of the white matter in the regions just adjacent to the ventricles.

Brian will have many needs in the future secondary to his neurological impairments, including ongoing physical, occupational and speech therapies. He may also be at some point in the future a candidate for epilepsy surgery if medications should fail to control his seizures.

It is my opinion within a reasonable degree of medical probability that Brian's neurological deficits, motor and cognitive delays are permanent in nature.

If you have any questions, please feel free to contact me.

Sincerely,

Blaise F. D. Bourgeois, M.D.
Director, Division of
Epilepsy & Clinical Neurophysiology