```
 1                     Volume:  1
 2                     Pages:   1 - 47
 3                     Exhibits: 0
 4         IN THE UNITED STATES DISTRICT COURT
 5            FOR THE DISTRICT OF COLUMBIA
 6                    CIVIL DIVISION
 7   Civil Action No. 1:03CV01845
 8   ----------------------------------------x
 9   BRENDA MANNING, Individually and
10   as Mother, Guardian and Next Friend
11   of BRIAN STEVEN MANNING, a Minor,
12                     Plaintiff
13   v.
14   ELI LILLY AND COMPANY,
15                     Defendant
16   ----------------------------------------x
17
18           DEPOSITION OF JANET BERG
19       Thursday, April 8, 2004, 11:00 a.m.
20                   Foley Hoag LLP
21    155 Seaport Boulevard, Boston, Massachusetts
22
23
24      Reporter:  Caroline T. Renault, CSR/RPR
```

Page 18

1  Q. Do you remember anything at all about what
2  this -- I'm still focusing on 1962. I will come to
3  1963.
4  A. Okay. I'm sorry.
5  Q. That's all right. Focusing on this
6  pregnancy, do you remember anything at all about
7  what the prescription looked like, what it said on
8  it?
9  A. It didn't say anything on it. It just was a
10 little white pill that had an X across it.
11     MR. LEVINE: He is asking you about the
12 prescription, not the --
13     THE WITNESS: Oh, I'm sorry.
14 A. It only said "stilbestrol."
15 Q. Okay. Do you remember anything it said about
16 the dosage?
17 A. I don't remember, but I believe it would have
18 been one a day.
19 Q. Okay. And is that your best memory about --
20 I understand we are still talking about the 1962
21 pregnancy. Is that your best memory, that you took
22 the pill one time a day?
23 A. That's to my best memory.
24 Q. Did you ever take more than one pill?

Page 19

1  A. I don't think for that child.
2  Q. Did you ever cut the pills in half?
3  A. No.
4  Q. And for that pregnancy you got a
5  prescription, I take it, is that right?
6  A. Yes.
7  Q. Where did you take that prescription to get
8  filled?
9  A. Downstairs to the hospital pharmacy.
10 Q. Is there any reason why you took it there as
11 opposed to back to Watertown?
12 A. Yes. It was more convenient. I used to take
13 a street car into Boston. I did not drive, and it
14 was just easier.
15 Q. Okay. Again, focusing, if we can, on this
16 1962 pregnancy, did you refill the prescription?
17 A. Yes.
18 Q. How many pills did you get; do you remember?
19 A. At the time I believe it was a monthly
20 prescription, which would have been 30.
21 Q. So that meant you had to go downstairs at the
22 hospital every month to fill it --
23 A. Yes.
24 Q. -- is that correct?

Page 20

1  A. Hmm-hmm.
2  Q. Now, when I asked you about the prescription,
3  you started telling me about what the pill looked
4  like. I'm trying to focus, if you can do so, on
5  this 1962 pregnancy. Do you remember what the pill
6  looked like that you got?
7  A. Yes. I believe it was a little white pill
8  with an X across it.
9  Q. Did you fill the prescription for the
10 vitamins at that same drugstore?
11 A. I believe I did.
12 Q. Okay. And did you fill the prescription for
13 the iron in that same drugstore?
14 A. I believe I did.
15 Q. Do you remember what the iron looked like?
16 A. To be honest with you, I don't. I only
17 focused -- my mind seemed to have focused on this
18 stilbestrol because that was the medicine that was
19 supposed to prevent miscarriage.
20 Q. Before the doctor spoke to you about the
21 medication, were you worried about having a
22 miscarriage?
23 A. I don't think so.
24 Q. Let me ask you about -- I asked you about the

Page 21

1  iron. Do you remember what the vitamins looked
2  like?
3  A. I don't.
4  Q. During that time were you taking any other
5  medications?
6  A. No, I was not.
7  Q. Let me just ask more generally. Do you take
8  any medication for blood pressure?
9  A. No.
10 Q. Do you take any medication for cholesterol?
11 A. That's the only one I take, cholesterol.
12 Q. Do you take any hormone medication?
13 A. No.
14 Q. Have you ever done that?
15 A. No.
16 Q. Do you remember what the cholesterol
17 medication you take is?
18 A. Yes. It's Lipitor.
19 Q. And do you take that every day?
20 A. Yes, I do.
21 Q. Okay. How long have you done that?
22 A. Perhaps five years.
23 Q. Do you remember what the Lipitor looks like?
24 A. Yes. It's a white little pill, like this.

Page 22

1  (Witness gesturing.)
2  Q. The court reporter can't pick that up.
3  A. Ovalish.
4  Q. Does it have any markings on it?
5  A. You know, I think there might be something on
6  it. There could be something on it, yes, I think a
7  number or something. I don't know.
8  Q. Do you remember if you have ever taken any
9  antibiotics?
10 A. Yes.
11 Q. And if you can tell me a time when you did
12 take antibiotics.
13 A. Yes. I take amoxicillin when I go to the
14 dentist.
15 Q. Do you remember what the amoxicillin looks
16 like that you take when you go to the dentist?
17 A. It had different forms. All manufacturers, I
18 don't believe, make the same type, so I'm just
19 trying to think.
20 Q. Are there any types of amoxicillin that you
21 do remember the description of?
22 A. I have one in my cabinet right now. Isn't
23 that funny how my mind turned blank? I can't say
24 for sure.

Page 23

1  Q. Okay. Let's go back to the stilbestrol and,
2  again, this is the 1962 pregnancy. I'm going to
3  come and ask you about the pregnancy relating to the
4  birth of your daughter. For the 1962 one you said
5  it was a little white pill with an X. How little
6  was the little white pill?
7  A. By "little," I would say at least the size of
8  an aspirin.
9  Q. You mean --
10 A. Maybe a little bigger. I'm not sure.
11 Q. Okay. Now, you mentioned a cross on it.
12 A. Hmm-hmm. It was an X.
13 Q. An X. It was an X?
14 A. Yeah.
15 Q. You mentioned an X on it. Were these -- tell
16 me everything you remember about the X. What did it
17 look like?
18 A. The only thing I know is it was an indented
19 X.
20 Q. Okay. Was there any -- did anybody tell you
21 anything about why the X was there?
22 A. Oh, no.
23 Q. Did you have any conversation with the
24 pharmacist about this medication?

Page 24

1  A. Absolutely not. During those times we never
2  questioned doctors.
3  Q. Did the pharmacist tell you anything about
4  any side effects that the drug might have?
5  A. No. The pharmacist did not.
6  Q. Did the doctor tell you anything about it?
7  A. No, he did not.
8  Q. Okay. Now, when you think back about this
9  pill, when you really think back about it, is it
10 about an even chance that it had a groove through it
11 as it has the X that you described with two grooves?
12 A. What do you mean, "a groove"?
13 Q. Well, you described these grooves. I'm
14 focusing in on the X. That's what you have told me
15 about.
16 A. Yes.
17 Q. I guess what I'm really asking is how sure
18 are you that it had an X as opposed to just one
19 groove in it?
20 A. It was an X.
21 Q. Have you seen any photographs of any
22 stilbestrol pills?
23 A. I pointed out one, yes.
24 Q. So you saw photographs that were shown to you

Page 25

1  by your daughter's lawyer, is that correct?
2  A. By my daughter, not by the lawyer. She asked
3  me to describe the pill that I thought I took, and I
4  told her I thought it was a white pill with an X,
5  and then she showed me a photograph of various
6  pills, and I pointed out the one I thought was it.
7  Q. Before your daughter asked you about this,
8  had you told anybody else about the description of
9  the pill that you just described?
10 A. No. I wouldn't discuss this with anyone
11 else. I never discuss my business with anyone else.
12 Q. Okay. Where did you keep these pills when
13 you got them back from the drugstore?
14 A. In the cabinet.
15 Q. The cabinet in the bathroom or the kitchen or
16 where?
17 A. I believe I might have -- I'm not sure
18 because this was 40 years ago -- I might have kept
19 them in my bathroom cabinet.
20 Q. Okay. Did you have any discussions with your
21 daughter or with Mr. Levine, her lawyer, about any
22 benefit that might come from having a description of
23 a pill with a cross on it?
24 A. No, we did not have any discussions.

Page 26

1  Q. Do you know how much the prescription cost to
2  fill?
3  A. Absolutely not.
4  Q. Do you remember the names of any of the
5  pharmacists that you dealt with?
6  A. No.
7  Q. Did you have any -- I mean, I asked you
8  whether you had any conversation with the pharmacist
9  about the pill you got, the stilbestrol, but did you
10 have any conversations with him at all? Did you
11 become friendly with any of the pharmacists?
12 A. No.
13 Q. When you handed your prescription in, did you
14 wait around for it to be filled?
15 A. Yes.
16 Q. Okay. Do you know how long it took to get it
17 filled?
18 A. During those days it couldn't have been very
19 long. Maybe no more than 15 minutes.
20 Q. Okay. What kind of container did the pill
21 come in?
22 A. It came in a cardboard cylinder with a
23 cardboard cover.
24 Q. Okay. Now, I'm going to now ask you about

Page 27

1  the pregnancy that you had in 1963 leading up to the
2  birth of your daughter.
3  A. Okay.
4  Q. I would like to turn to this issue. I think
5  you already told me you think you missed a period in
6  the end of February, is that right?
7  A. At the end of February I missed my period, so
8  I went to the Boston Lying-In in May sometime, and
9  that's when they put --
10 Q. I will come to that. You went to the Boston
11 Lying-In as opposed to going to the Free Hospital,
12 is that correct?
13 A. The Free Hospital, I no longer needed their
14 service because my husband had insurance.
15 Q. Okay. Now, was there some reason that you
16 went down to the Boston Lying-In Hospital now that
17 your husband had insurance as opposed to Mount
18 Auburn or Waltham Hospital?
19 A. Yes. They were only a baby hospital.
20 Q. Okay.
21 A. And I figured I would get the best care
22 there.
23 Q. So you went to the Boston Lying-In Hospital
24 maybe in May or so?

Page 28

1  A. Yes. I'm certain it was May.
2  Q. And is there any doctor that you can recall
3  from this pregnancy?
4  A. No. It would have been the same situation,
5  floating doctors with the interns that came around,
6  and I never had the delivery done by the doctor who
7  I used to see. It just didn't work out that way.
8  Q. I think you have already suggested that
9  during this pregnancy you also got a prescription
10 for stilbestrol, is that right?
11 A. Yes, I did.
12 Q. And also for iron and vitamins, is that
13 right?
14 A. Yes, hmm-hmm.
15 Q. Do you remember anything at all about the
16 doctor that you received this prescription from?
17 A. (Witness shakes head no.)
18 Q. You have to answer verbally.
19 A. No, I don't.
20 Q. And for this pregnancy can you tell me how
21 many pills you took during this pregnancy?
22 A. Yes. I know I started off with one and then
23 somehow along the way I think I gradually added up
24 to taking three by the end.

Page 29

1  Q. Okay. Do you remember how long it was that
2  you took one pill as opposed to two or three?
3  A. (Witness shakes head no.)
4  Q. I need you to answer, ma'am.
5  A. I'm sorry. I can't remember.
6  Q. And the same thing about the period of time
7  when you took two pills as opposed to one or three.
8  A. I can't recall that either.
9  Q. Was there some written schedule that you
10 followed to either one, two or three pills?
11 A. I don't recall that either.
12 Q. Do you remember anything at all about the
13 prescription for stilbestrol that you got during
14 this pregnancy? This is the written thing the
15 doctor gave you to fill the prescription.
16 A. I don't remember anything other than it
17 saying "stilbestrol" exactly like it did in '62.
18 Q. Do you remember anything about the dosage --
19 A. I don't.
20 Q. -- of the stilbestrol?
21 A. I don't remember dosage. I don't even know
22 if it was written on the carton.
23 Q. During the time that you were visiting --
24 well, back to the Boston Lying-In Hospital, did you

Page 30

1  have any discussion with any of the doctors about
2  stilbestrol during this pregnancy?
3      A. No, I did not.
4      Q. Did you feel any side effects from taking
5  this drug, any nausea or any side effects?
6      A. No, I did not.
7      Q. Now, in terms of the description of the
8  stilbestrol, vitamins, and iron for 1963 as opposed
9  to 1962, can you tell me what the stilbestrol looked
10 like in the 1963 pregnancy?
11     A. It was the same, white with the X.
12     Q. And that pill was the same pill that you took
13 all the way through, is that correct?
14     A. Yes, that's correct.
15     Q. You never cut it in half, is that correct?
16     A. When I did the dosage, when I changed the
17 dosage, I presumed I might have cut it in half.
18     Q. Well, when you say you presumed, do you have
19 any memory of cutting the pills in half?
20     A. I can't recall.
21     Q. Do you have any memory that the way you took
22 the pills during this pregnancy was different than
23 the way you took the pills in the 1962 pregnancy?
24        MR. LEVINE: By "the way," you mean

Page 31

1  putting it in your mouth with water or breaking the
2  pill or what?
3      Q. Well, was there anything different about the
4  scheme by which you took the pills in this pregnancy
5  in '63 as opposed to the 1962 pregnancy?
6      A. I don't believe so.
7         MR. LEVINE: Were you taking more pills
8  with the second pregnancy than the first?
9         THE WITNESS: Yes.
10     Q. And for this pregnancy do you have any
11 recollection about what the iron looked like, the
12 iron that you took?
13     A. I'm sorry. I don't.
14     Q. Is that the same for the vitamins that you
15 were taking?
16     A. That's correct. My only concentration was on
17 to try not to have a miscarriage.
18     Q. Now, by the time of this pregnancy, you had
19 an ectopic pregnancy and a premature delivery before
20 this?
21     A. Correct.
22     Q. Did you think of either of those as a
23 miscarriage?
24     A. Ectopic, no, I don't think so.

Page 32

1      Q. Did you have any discussion with any of the
2  doctors that you spoke to about whether the
3  stilbestrol would be useful to prevent the kind of
4  premature delivery that you had in 1962?
5      A. No, because I was taught to believe that
6  doctors were God, so I never questioned them.
7      Q. Well, whether you questioned them or not, did
8  you have any curiosity about whether the stilbestrol
9  was something that might prevent the kind of
10 experience you had in 1962?
11     A. I believed, because they told me it would
12 prevent miscarriage, that it was true, that it
13 would.
14     Q. Now, for this pregnancy leading up to the
15 birth of your daughter Brenda, do you have any
16 recollection about how far along in the pregnancy it
17 was when you delivered Brenda?
18     A. She was full term.
19     Q. And did you have labor at the time you
20 delivered Brenda?
21     A. Yes, hmm-hmm.
22     Q. So was she delivered by Caesarean section?
23     A. No, regular, vaginal.
24     Q. Okay. Mrs. Berg, you had another pregnancy

Page 33

1  with a daughter the next year, is that correct?
2      A. That's correct.
3      Q. Did you also at that point go to see doctors
4  at the Boston Lying-In?
5      A. I did.
6      Q. And did the doctors at that point give you
7  prescriptions for any medications?
8      A. No.
9      Q. Did they give you prescriptions for vitamins
10 and iron?
11     A. I believe they did.
12     Q. But they did not give you any --
13     A. No stilbestrol.
14     Q. Okay. Did you ask them why they decided to
15 not give you that prescription?
16     A. No. I just assumed that because Brenda was
17 full term, that that's why they didn't.
18     Q. Do you remember anything at all about what
19 any of the doctors told you about this issue of
20 stilbestrol during this pregnancy?
21     A. They never told me anything.
22     Q. And then in 1966 you had another --
23     A. A son.
24     Q. -- child delivered, a son?

9 (Pages 30 to 33)