## SUPPLEMENTAL STATEMENT OF WILLIAM R. PRINCIPE, R.PH.

1. I currently reside at 45 DelPrete Ave., Rockland, MA 02370. I have been a practicing pharmacist since graduating from Northeastern University Pharmacy School in 1964.

2. During the time period of 1966 – 1974, I was a pharmacist at the Boston Lying In Pharmacy located in Boston, Massachusetts.

3. My duties included ordering, stocking and dispensing prescription drugs.

4. I am familiar with the inventory and stock of diethylstilbestrol in that pharmacy at that time from personal observation.

5. I have, in my mind's eye, an actual recollection of Eli Lilly's diethylstilbestrol bottles on the shelves at the Boston Lying In Pharmacy and have no recollection of any other brand.

6. Based on my observation of the habit and custom of the above pharmacy at that time, if a woman came into the pharmacy with a prescription for "DES," "stilbestrol," or "diethylstilbestrol," to the best of my recollection the Eli Lilly brand would have been dispensed to her.

7. I recall that, at that time, DES was ordered through McKesson, a Lilly wholesaler. McKesson always, regularly and usually shipped a Lilly product in response to a unspecified stilbestrol order.

8. I first started filling prescriptions working in drug stores in 1963. I had the opportunity to observe the manner and methods for ordering, stocking, shelving, and dispensing pharmaceuticals, including DES. During that time, I observed diethylstilbestrol, its packaging, labeling, shelf position, shelf life, and the sales of that product.

In the period 1963 to 1966, there were no innovations, generic invasions, or significant changes in the manner and method of purchasing, stocking and dispensing drugs, in general, and DES in specifics.

9. The custom and ordinary practice for the practice of pharmacy at a retail pharmacy in the Boston area, at least as it concerned ordering, stocking and dispensing of DES, was identical in 1963 as it was in 1966, and the custom, practice and usual procedures was continuous and uniform throughout those years. Doctors wanted their patients to obtain the same medications. There were no new pricing policies. There were no new manufacturers. Every pharmacist had to have access to Eli Lilly products at that time.

I state under penalty of perjury that the above statement is true and correct. Executed this 5 day of May, 2004.

_____
WILLIAM R. PRINCIPE, R.PH.

Witnessed by: Harold B. Span
Address: 210 NAHANTON ST.
UNIT 121
NEWTON, MA 02459