```
                                                              Page 1
 1                                    VOLUME I
 2                                    PAGES 1 - 27
 3                                    EXHIBITS - 1
 4           In the United States District Court
 5              For the District of Massachusetts
 6     ------------------------------
 7     MEREDITH SHUMAN CASALE and
 8     DOUGLAS CASALE,
 9                    Plaintiffs         Civil Action
10     v.                                No. 03-CV-11833
11     ELI LILLY AND COMPANY,
12                    Defendant
13     ------------------------------
14
15           DEPOSITION of ROBERT S. ANDERSON
16           Thursday, February 5, 2004
17           14 Fairview Street
18           Needham, Massachusetts
19           10:00 a.m.
20
21
22
23
24           ----------- CAROL A. CARUSO, CSR -----------
```

LEGALINK BOSTON
(617) 542-0039

Page 2

```
 1   APPEARANCES:
 2     PATRICIA M. STANFORD, P.A.
 3     Patricia M. Stanford, Esquire
 4     1930 San Marco Boulevard, Suite 202
 5     Jacksonville, Florida 32207
 6     On behalf of the Plaintiff.
 7
 8     FOLEY HOAG, LLP
 9     James J. Dillon, Esquire
10     World Trade Center West
11     155 Seaport Boulevard
12     Boston, Massachusetts 02210
13     617-832-1000
14     On behalf of the Defendant.
```

Page 3

```
 1           INDEX
 2   WITNESS:       DIRECT CROSS REDIRECT RECROSS
 3   ROBERT S. ANDERSON
 4   By Mr. Dillon      4
 5   By Ms. Stanford         13
 6   By Mr. Dillon           19
 7   By Ms. Stanford         23

16          EXHIBITS
17   NO.   DESCRIPTION               PAGE
18   1     Affidavit of Robert S. Anderson   4

21   (The exhibit was attached to the transcript.)
```

Page 4

```
 1           PROCEEDINGS
 2      (Document was marked Exhibit No. 1 for
 3   identification.)
 4      (ROBERT S. ANDERSON, having been sworn
 5   to testify truthfully, responded in answer to Direct
 6   Examination by MR. DILLON:)
 7           DIRECT EXAMINATION
 8   Q. Mr. Anderson, will you state your full name,
 9   please?
10   A. Robert S., as in Stephen, S-T-E-P-H-E-N,
11   Anderson.
12   Q. Where do you live Mr. Anderson?
13   A. At 14 Fairview Road in Needham, Norfolk
14   County, Massachusetts.
15   Q. Mr. Anderson, are you currently employed?
16   A. No, I have just retired.
17   Q. And what did you retire from?
18   A. I retired from the Veteran's Administration
19   where I worked from '82 to 2002.
20   Q. In what capacity did you work at the
21   Veteran's Administration?
22   A. As a pharmacist.
23   Q. How long have you been a pharmacist,
24   Mr. Anderson?
```

Page 5

```
 1   A. Since 1955.
 2   Q. And Mr. Anderson, at some point did you work
 3   at the Garb Drugstore in Newton Centre?
 4   A. From July of 1954 until I started at the
 5   V.A. in '82.
 6   Q. And all that time were you at the store?
 7   A. I'm sorry, that Garb in Newton Centre, three
 8   years prior to my leaving, they became a chain, and
 9   I worked in their store up in Sudbury.
10   Q. So that would be in about 1979 or so, is
11   that right?
12   A. Yes.
13   Q. Did you work in the Newton Centre Garb in
14   1969 and 1970?
15   A. I did.
16   Q. Now Mr. Anderson, we are here at your house
17   to ask you some questions about diethylstilbestrol,
18   or DES, and let me ask you first if you have had
19   your deposition taken before in any other cases
20   involving DES?
21   A. Yes, seven years ago.
22   Q. And that deposition was in the case called
23   Fleming, I believe, is that right?
24   A. That's correct.
```

2 (Pages 2 to 5)

LEGALINK BOSTON
(617) 542-0039

**Page 10**

1 regulation or practice came into effect?
2   A. Not until the 80's.
3   Q. Mr. Anderson, as it states in Exhibit 1,
4 this affidavit, is it true for 1969 and 1970 as it
5 was true in '66 and '67 that your understanding is
6 that Garb carried Lilly's DES or diethylstilbestrol
7 in lower strengths?
8   A. 1 to 5 as well as a 25 milligram, yes.
9   Q. And do I understand that with respect to the
10 25 milligram, that the 25 milligram Lilly would not
11 have been dispensed and given unless the doctor
12 specifically called for Lilly?
13       MS. STANFORD: Objection.
14   A. Yes, it was in seals, a regular tablet you
15 would have to specify with Lilly.
16   Q. So unless the doctor specified Lilly, Garb
17 would have filled a 25 milligram prescription for
18 DES with a generic DES that Garb had, is that
19 correct?
20   A. Very possible.
21   Q. And in fact Mr. Garb, who was the owner of
22 Garb Drug was, as you say in your affidavit, a
23 strong proponent of the use of generics because of
24 their lower price, is that correct?

**Page 11**

1   A. That's correct.
2   Q. With respect to dosages of DES lower than 25
3 milligrams, the .25, the 1 and 5 milligrams, for
4 example, can you tell us whether Garb Drugstore had
5 those dosages in a generic brand as well as the
6 Lilly?
7   A. No, just the 25 milligram, it was very
8 little difference in cost.
9   Q. Can you tell us for certain, can you exclude
10 that in fact in 1969 and 1970 that Garb Drugstore
11 carried DES in these lower 1 and 5 milligram dosages
12 from some company other than Lilly?
13   A. I don't recall that they ever did.
14   Q. Do I take it when you say you don't recall,
15 you don't recall one way or the other, is that
16 right?
17   A. Right, we bought 25 milligram generic, but I
18 can't imagine them obtaining a generic .1 milligram
19 or .25 or whatever.
20   Q. And you can't imagine that because of the
21 cost, correct?
22   A. Cost, yes.
23   Q. So the philosophy of the Garb Drugstore was
24 to serve its customers by fulfilling the

**Page 12**

1 prescriptions with the lowest cost approved drug
2 that it could, is that correct?
3       MS. STANFORD: Object to the form.
4   A. Right.
5   Q. When counsel objects, you may still answer,
6 that's something a judge will have to deal with.
7   A. Yes, as long as the stability was there, you
8 would offer the least expensive to the patient.
9   Q. If you take a look at Exhibit 1,
10 Mr. Anderson, I'm going to ask you to look at page
11 2, and particularly at paragraph 5, and just read
12 paragraph 5, and then I will ask you a question
13 about that.
14   A. (Witness reads paragraph.) Mm-hmm.
15   Q. Now, having seen that paragraph 5 and
16 reviewed it, is it still true for 1969 and 1970 that
17 while you are virtually certain that the
18 diethylstilbestrol that Garb Drug had in the 1
19 milligram dosage size would have been Lilly, you
20 can't exclude the possibility that Garb stocked
21 other brands of stilbestrol in the 1 and 5 milligram
22 dosage sizes?
23   A. It can't be excluded, no.
24       MR. DILLON: Mr. Anderson, I don't think

**Page 13**

1 I have any further questions for you.
2       CROSS-EXAMINATION
3   Q. (By Ms. Stanford) I'm afraid I have a few,
4 though. Mr. Anderson, we've been talking about this
5 affidavit that was an exhibit to your previous
6 deposition, the one that was prepared by attorneys
7 for Eli Lilly that you are looking at right now.
8 You signed that one subsequent to the short
9 affidavit that is the last page of the exhibit,
10 correct?
11   A. Yes.
12   Q. The short form affidavit paragraph 4 says,
13 "During the same time period," and this was mid to
14 late 60's, particularly the '66 to '67 time period,
15 "I am virtually certain that all of the
16 diethylstilbestrol pills I purchased in the one and
17 five milligram dosage size would have been purchased
18 from Gilman Brothers and would have been the Eli
19 Lilly brand."
20       Other than the possibility or slight
21 possibility that you carried some other brand names
22 in those sizes, is it still your testimony that it
23 is much more likely than not that a customer who
24 came in with a prescription that called for five

4 (Pages 10 to 13)