Case 1:04-cv-11164-MBB    Document 29-29    Filed 06/01/2005    Page 1 of 2

# 1963-64 American Druggist

# BLUE BOOK

$9 PER COPY

## Latest Product and Price Changes
### WITH THE FOLLOWING SYMBOLS:

● ...Signifies narcotic drug products

◆ ...Oral Rx allowed for narcotic items

◎ ...Exempt narcotics requiring records

▫ ...Exempt narcotic products not requiring records

⊗ ...Product bears expiration date

★ ...Signifies direct purchase price

▲ ...Means that item requires refrigeration

Rx ...Signifies products sold on 'Rx Only'

[#1234] ...Signifies maker's catalog number

**INCLUDING LATEST FAIR TRADE PRICES**

Complete Table of Contents on Page 1

**Exclusive! Products With Expiration Dates Are Identified**

## DIETHYLSTILBESTROL ℞

**A.P.C.**
Tablets, 1 mg.
  [#74W] 1000s ea. .... 1.48
  5 x 1000/1000 .... 1.39
Enteric Coated Red [#75W]
  1000s ea. .... 1.85
  5 x 1000/1000 .... 1.70
  100s [#76R] ea. .... .72
  [#76W] 100s ea. .... 5.18
  5 x 1000/1000 .... 5.00
Enteric Coated Red
  100s [#77R] ea. .... .79
  [#77W] .... 5.94
  5 x 1000/1000 .... 5.76
  25 mg., 100s [#78R] ea. .... 1.80
  [#78W] 1000s ea. .... 16.20
  5 x 1000/1000 .... 15.20
Enteric Coated Red
  100s [#79R] ea. .... 1.98
  [#79W] 1000s ea. .... 17.20
  5 x 1000/1000 .... 16.20

**Academy**
1 mg., 100s ea. .... .20
  1000s ea. .... 1.15
1 mg., E.C., 100s ea. .... .25
  1000s ea. .... 1.50
5 mg., 100s ea. .... .40
  1000s ea. .... 3.25
E.C., 100s ea. .... .45
  1000s ea. .... 4.00
25 mg., 100s ea. .... 1.25
  1000s ea. .... 11.00
E.C., 100s ea. .... 1.35
  1000s ea. .... 12.00

**Amfre-Grant**
des (See Under Trade Name)

**Anchor Serum Company**
Repository, 100 cc. ea. .... 1.60
  250 cc. ea. .... 3.00
Solution, 10 cc. ea. .... .25
  50 cc. ea. .... .40

**Bios Labs.**
Bot., 25 Gm. ea. .... 7.00

**Blackman Labs.**
Powder, 4 oz. ea. .... 25.00

**Brewer**
Gel-ets, 0.5 mg., 100s ea. .... .63
  1000s ea. .... 5.46
1 mg., 100s ea. .... .75
  1000s ea. .... 6.51
5 mg., 100s ea. .... 2.16
  1000s ea. .... 15.60
25 mg., 100s ea. .... 4.50
  1000s ea. .... 38.01

**Central Pharmacal**
Vial ℞ [#1034]
  30 ml. ea. .... 1.00
  100 ml. ea. .... 2.50

**Columbia**
Tablets, 1 mg., 1000s ea. .... .95
  5 mg., 1000s ea. .... 1.75
  25 mg., 1000s ea. .... 5.10
E.C., 0.5 mg., 1000s ea. .... 1.05
  1 mg., 1000s ea. .... 1.20
  5 mg., 1000s ea. .... 2.00
  25 mg., 1000s ea. .... 5.45

**Corvit Pharm.**
Tablets,
  Scored [#54]
  0s ea. .... .50
  25 mg., Scored [#55]
  100s ea. .... 1.25
  1000s ea. .... 8.00
  100 mg., Scored [#58]
  100s ea. .... 3.50
  1000s ea. .... 25.00
E.C., 1.0 mg. [#61]
  100s ea. .... .35
  1000s ea. .... 1.80
  5.0 mg. [#62]
  100s ea. .... .65
  1000s ea. .... 4.50
  25.0 mg. [#63]
  100s ea. .... 1.35
  1000s ea. .... 9.00

**Cowley Pharm.**
Tablets, 0.5 mg., 1000s ea. .... .90
  1.0 mg., 1000s ea. .... 1.00
  5.0 mg., 1000s ea. .... 2.20
  25 mg., 1000s ea. .... 6.70
E.C., 5 mg., 1000s ea. .... 2.80
  25 mg., 1000s ea. .... 7.60

**Dumas-Wilson**
Mikarol (See Under Trade Name)

**Haack**
Tablet,
1 mg. [#156]
  100s ea. .... .50
  1000s ea. .... 2.00
  5000/M .... 1.60
5 mg. [#157]
  100s ea. .... .75
  1000s ea. .... 6.00
  5000/M .... 4.80
25 mg. [#207]
  100s ea. .... 1.25
  1000s ea. .... 12.00
  5000/M .... 9.60
100 mg. [#248]
  100s ea. .... 4.00

  1000s ea. .... 32.00
  5000/M .... 25.60
E.C.
  1 mg. [#175]
  100s ea. .... .50
  1000s ea. .... 1.50
  5000/M .... 1.25
  .25 mg. [#176]
  100s ea. .... .50
  1000s ea. .... 2.00
  5000/M .... 1.60
  .5 mg. [#154]
  100s ea. .... .50
  1000s ea. .... 2.00
  5000/M .... 1.60
  1 mg. [#150]
  100s ea. .... .50
  1000s ea. .... 2.00
  5000/M .... 1.60
  5 mg. [#151]
  100s ea. .... .75
  1000s ea. .... 6.00
  5000/M .... 4.80
  25 mg. [#177]
  100s ea. .... 1.50
  1000s ea. .... 12.00
  5000/M .... 9.60

**Harvey**
Ampul Vials, In Oil, 1 mg. per c.c.
  10 c.c. ea. .... .75
  30 c.c. ea. .... 1.50
  10 mg./c.c.,
  10 c.c. ea. .... 1.50
  50 mg./c.c.,
  30 c.c. ea. .... 3.00
Tablets,
  0.5 mg., 1000s ea. .... 1.25
  1.0 mg., 1000s ea. .... 1.50
  5.0 mg., 1000s ea. .... 2.50
  25 mg., 1000s ea. .... 6.00
  E.C., 1.0 mg., 1000s ea. .... 2.25
  5.0 mg., 1000s ea. .... 3.50
  25 mg., 1000s ea. .... 6.50

**Hiss Pharmacal**
Tablet,
  0.5 mg., [#774]
  1000s ea. .... 1.20
  5000s ea. .... 5.25
  E.C., 1000s ea. .... 1.75
  5000s ea. .... 7.50
  1.0 mg., [#775]
  1000s ea. .... 1.35
  5000s ea. .... 5.45
  E.C., 1000s ea. .... 1.85
  5000s ea. .... 7.60
  5.0 mg. [#776]
  1000s ea. .... 2.35
  5000s ea. .... 10.95
  E.C., 1000s ea. .... 3.25
  5000s ea. .... 14.95
  25 mg. E.C., [#777]
  1000s ea. .... 6.75
  5000s ea. .... 31.25

**Invenex**
In Oil, 25 mg./c.c.,
  10 c.c. vial ea. .... 1.43

**Kirkman**
Tablets,
  0.25 mg., [#1639]
  100s ea. .... .30
  1000s ea. .... 1.25
  5000s bulk ea. .... 1.15
  0.50 mg., [#1640]
  100s ea. .... .30
  1000s ea. .... 1.25
  5000s/1000 .... 1.15
  1.0 mg. [#1530]
  100s ea. .... .40
  1000s ea. .... 1.40
  5000s/1000 .... 1.25
  5.0 mg. [#1602]
  100s ea. .... .60
  1000s ea. .... 3.50
  5000s/1000 .... 3.15
  25.0 mg. [#1532]
  100s ea. .... 1.20
  1000s ea. .... 8.25
  5000s/1000 .... 7.75
  100.0 mg. [#1683]
  100s ea. .... 3.50
  1000s ea. .... 30.00
  5000s/1000 .... 28.00
E.C.
  0.10 mg., [#1526]
  100s ea. .... .40
  1000s ea. .... 1.45
  5000s/1000 .... 1.15
  0.25 mg. [#1527]
  100s ea. .... .40
  1000s ea. .... 1.45
  5000s/1000 .... 1.15
  0.50 mg., [#1528]
  100s ea. .... .40
  1000s ea. .... 1.50
  5000s/1000 .... 1.25
  1.0 mg. [#1529]
  100s ea. .... .40
  1000s ea. .... 2.00
  5000s/1000 .... 1.60
  5.0 mg. [#1531]
  100s ea. .... .70
  1000s ea. .... 4.50
  5000s/1000 .... 3.60

25.0 mg. [#1696]
  100s ea. .... 1.50
  1000s ea. .... 13.50
  5000s/1000 .... 10.60

**Klug Laboratories**
Tablets, E.C.
  5.0 mg., 100s ea. .... 2.79

**Lilly, Eli Co.**
Ampoules in Oil
  5 mg., 1 c.c. [#385]
  6s ea. .... 1.25
  25s ea. .... 4.25
  100s ea. .... 14.75
In Ethyl Oleate
  25 mg., 1 c.c. [#549]
  6s ea. .... 1.50

**Enseals**
0.1 mg., [#46]
  100s ea. .... .84
  500s ea. .... 3.90
  1000s ea. .... 7.20
0.25 mg., [#47]
  100s ea. .... .90
  500s ea. .... 4.20
  1000s ea. .... 7.80
0.5 mg., [#48]
  100s ea. .... .96
  500s ea. .... 4.50
  1000s ea. .... 8.40
  5 x 1000s ea. .... 40.00
1 mg., [#49]
  100s ea. .... 1.14
  500s ea. .... 5.40
  1000s ea. .... 10.20
  5000, bulk ea. .... 48.50
5 mg., [#85]
  100s ea. .... 2.43
  500s ea. .... 11.16
  1000s ea. .... 20.94
  5000, bulk ea. .... 99.45
25 mg. [#90]
  100s ea. .... 5.25
  500s ea. .... 25.26
  1000s ea. .... 49.02

**Suppositories**
0.1 mg., [#14]
  6s ea. .... .90
  50s ea. .... 5.40
0.5 mg. [#15]
  6s ea. .... .99
  50s ea. .... 5.79

**Tablets**
0.1 mg. [#1646]
  100s ea. .... .78
  1000s ea. .... 5.70
0.25 mg. [#1647]
  100s ea. .... .84
  1000s ea. .... 6.30
0.5 mg. [#1648]
  100s ea. .... .90
  1000s ea. .... 6.90
1 mg. [#1649]
  100s ea. .... 1.08
  500s ea. .... 4.65
  1000s ea. .... 8.70
  5000, bulk ea. .... 36.25
5 mg. [#1685]
  100s ea. .... 2.28
  500s ea. .... 10.41
  1000s ea. .... 19.44
  5000s bulk ea. .... 77.50
25 mg. [#1724]
  25s ea. .... 1.39
  100s ea. .... 5.00
  500s ea. .... 24.50
  1000s ea. .... 47.50

**Massengill, S. E.**
In Oil, N.F.X, 25 mg.
Vial, 10 cc. [#2573] ea. .... 1.00

**Maurry**
In Oil, 5 mg./c.c.,
  30 c.c. ea. .... .99

**Medical Chemicals**
In Sesame Oil,
Multiple Dose Vials,
  25 mg./cc., 10 cc. ea. .... .50
  30 cc. ea. .... 1.30
Repository, 25 mg./cc.
  30 cc. ea. .... 1.46
  100 cc. ea. .... 2.52
  250 cc. ea. .... 4.84

**Morton**
In Oil
  25 mg./c.c.
  10 c.c. vial ea. .... 1.95
Tablets, E.C.,
  1 mg., Bot., 1000s ea. .... 2.10
  5 mg., Bot., 1000s ea. .... 4.10
  25 mg., Bot., 1000s ea. .... 18.00

**Person & Covey**
Tablet
  5 mg. [#279] 100s ea. .... 1.00
  500s ea. .... 4.80
  1000s ea. .... 9.00
  25 mg. [#281] 100s ea. .... 2.80
  500s ea. .... 13.44
  1000s ea. .... 25.20
E.C., 0.5 mg., [#276]
  100s ea. .... .60
  1000s ea. .... 4.80
  1.0 mg., [#278] 100s ea. .... .70
  1000s ea. .... 6.00

  5 mg., [#280] 100s ea. .... 1.00
  500s ea. .... 4.80
  1000s ea. .... 9.00
  25 mg., [#282] 100s ea. .... 2.80
  500s ea. .... 13.44
  1000s ea. .... 25.20

**Quinton Co., Div. Merck & Co.**
Bot. [#63271]
  5 gm./gm. .... .41
  25 gm./gm. .... .34

**Robinson Labs.**
Suppository,
  0.1 mg., 12s [#3337] ea. .... 1.20
  0.5 mg., 12s [#3351] ea. .... 1.40
  1.0 mg., 12s [#3364] ea. .... 1.60
Tablets,
  C.T.
  0.5 mg., 100s ea. .... .30
  1000s ea. .... 1.20
  1.0 mg., 100s ea. .... .35
  1000s ea. .... 1.40
  5.0 mg., 100s ea. .... .60
  1000s ea. .... 3.60
  25 mg., 100s ea. .... 1.25
  1000s ea. .... 8.25
  100 mg., 100s ea. .... 3.50
  1000s ea. .... 30.00
E.C.
  0.5 mg., 100s ea. .... .40
  1000s ea. .... 1.65
  1.0 mg., 100s ea. .... .45
  1000s ea. .... 2.00
  5.0 mg., 100s ea. .... .70
  1000s ea. .... 4.00
  25.0 mg., 100s ea. .... 1.35
  1000s ea. .... 9.25

**Rowell Labs.**
Tablets, E.C.
  1.0 mg.,
  100s [#750] ea. .... 1.05
  1000s [#751] ea. .... 4.80
  5000s bulk [#751A] ea. .... 22.50
  5.0 mg.,
  100s [#755] ea. .... 1.50
  1000s [#756] ea. .... 9.60
  5000s bulk [#756A] ea. .... 45.00
Plain, 25 mg.,
  100s [#760] ea. .... 3.00
  1000s [#761] ea. .... 24.00
  5000s bulk [#761A] ea. .... 117.00

**Sherman**
Tablets
  1.0 mg., E.C., [#255]
  100s ea. .... .81
  500s ea. .... 3.15
  1000s ea. .... 6.00
  5.0 mg., E.C., [#256]
  100s ea. .... 1.80
  500s ea. .... 7.20
  1000s ea. .... 13.20

**Squibb**
Stilbetin (See Under Trade Name)

**Staymer Corporation**
Tablets, 1 mg.
  100s ea. .... .45
  1000s ea. .... 1.90
E.C., Yellow,
  100s ea. .... .50
  1000s ea. .... 2.40
5 mg.,
  100s ea. .... .75
  1000s ea. .... 3.80
E.C., Red,
  100s ea. .... .90
  1000s ea. .... 4.50
25 mg.
  100s ea. .... 1.40
  500s ea. .... 4.35
  2 x 500/M .... 8.50
E.C. Orange
  100s ea. .... 1.75
  500s ea. .... 5.25
  2 x 500/M .... 10.00

**Sunland Pharm.**
Oil, 25 mg., vial, 10 c.c. ea. .... 2.15
Suppositoria Labs.
Suppositories, 0.1 mg., 12s ea. .... .60
  100s ea. .... 4.20
  0.5 mg., 12s ea. .... .80
  100s ea. .... 5.80
  1 mg., 12s ea. .... 1.00
  100s ea. .... 7.40

**TMCO**
Inj., Vial
  25 mg., 10 cc. ea. .... 2.00
Tablet
  1 mg., 1000s ea. .... 3.65
  5 mg., 1000s ea. .... 4.00
  E.C., 1000s ea. .... 4.95
  25 mg., 1000s ea. .... 9.00
  E.C., 1000s ea. .... 7.00
Testagar
E.C.
  1.0 mg., 1000s ea. .... 4.20
  5000s/M .... 4.00
  5.0 mg., 1000s ea. .... 5.20
  5000s/M .... 5.00
  25 mg., 1000s ea. .... 10.50
  5000s/M .... 10.20

(Continued Next Page)

## DIETHYLSTILBESTROL ℞ (Con

**Towne, Paulsen & Co.**
Tablet, 1 mg., 1000s ea. ....
  5 mg., 100s ea. ....
  1000s ea. ....
  25 mg., 100s ea. ....
  1000s ea. ....
  E.C., 1 mg., 1000s ea. ....
  5 mg., 100s ea. ....
  1000s ea. ....
  25 mg., 100s ea. ....
  1000s ea. ....

**Ulmer Pharm. Co.**
E.C.T. [#3859]
  5 mg., 100s ea. ....
  12 x 100 ea. ....

**Upjohn**
(Prices apply to direct purchas
Perles,
  0.5 mg. [#185] 100s ea. ....
  1000s ea. ....
  1000s [#187] ea. ....
  1.0 mg., 100s [#189] ea. ....
  [#190] 500s ea. ....
  1000s ea. ....
  5.0 mg., 100s [#193] ea. ....
  [#194] 500s ea. ....
  1000s ea. ....
Vitarine
Tablets.
  1.0 mg., 100s ea. ....
  1000s ea. ....
  5.0 mg., 100s ea. ....
  1000s ea. ....
  E.C., 100s ea. ....
  1000s ea. ....
  25.0 mg., 100s ea. ....
  1000s ea. ....
Wyeth
Pelestrol (See Under Trade N

## DIETHYLSTILBESTROL DIPROP

**Bios Lab.**
Bot., 10 Gm. ea. ....
Blue Line
Solution
  5.0 mg./cc., 10 cc. ea. ....
Tablets, 1.0 mg., E.C.,
  100s ea. ....
  1000s ea. ....
  5.0 mg., 100s ea. ....
  1000s ea. ....

**Foy**
Tablets, 0.5 mg., 100s ea. ....
  500s ea. ....
  1.0 mg., 100s ea. ....
  500s ea. ....
  5.0 mg., 100s ea. ....
  500s ea. ....

## DIETMASTER (Drugmaster Inc.)
Capsule, 15s ....
  30s ....
Liquid Sweetener, 4 oz. ....

## DIETROL (Amer. Hygienic Labs.
Capsule, 30s ea. .... *1.25
  60s .... *2.00
  90s .... *3.00

## DIETROL ℞ (Southern Drug)
Delaycaps No. 1, 100s ea. ....
Delaycaps No. 2, 100s ea. ....

## DI-ETTES (Marsred Labs.)
Crystals, 1/5 oz. ....
  1 oz. ....

## DI-FACTOR (Sutliff & Case)
Tablets, 100s ea. ....
  1000s ea. ....

## DI-FEN ℞ (Kay Pharm. Co.)
Tabs., 100s ea. ....
  1000s ea. ....

## DIFENTOIN ℞ (Veltex)
Capsule, 1½ gr.
  100s [#306] ea. ....
  1000s [#306] ea. ....

## DIFEREX (Direct)
Tabs., 100s ea. ....
  500s ea. ....
  1000s ea. ....

## DI-FERRIN ℞ (Ulmer Pharmacal
Vial [#2060] 10 cc. ea. ....
  6s ea. ....

## DIFOLAGEN (Atlas Pharm. Labs
Multiple Dose Vial,
  10 cc. [#1151] ea. ....

## DI-FUNGI (Johnston, Will)
Powder, 2 oz. ....

## DIFUSO (The Tanglefoot Compan
Insecticide, 12 oz. Aerosol ....
  Qt. ea. ....
  Gal. ea. ....

## DIGARTRIAL ℞ (Hildebrand)
Tablets, 100s ea. ....

## DI-GAS (Chester Chemical Corp.)
Flake,
  Junior, 2 oz. ....
  Regular, 4½ oz. ....
  Spray, 6 oz. ....

## DIGASTROGEN (Bowman Bros.)
Tablet [#265] 100s ea. ....
  1000s ea. ....

## DIGENEX (Wright, M. A.)
Liquid, 6 oz. ....

PEDIMYCIN by PFEIFFER ... medicated powder or creme for athlete's foot