# 1963 • PDR

Published by MEDICAL ECONOMICS, INC.
SEVENTEENTH EDITION

# PHYSICIANS' DESK REFERENCE

*to*

*PHARMACEUTICAL SPECIALTIES and BIOLOGICALS*

*For the Physician's Desk*

## Lilly—Cont.

**DICALCIUM PHOSPHATE WITH VITAMIN D**

*HOW SUPPLIED: Pulvules® No. 287* (No. 1, Clear), in bottles of 100 (6 per carton) and 1,000.

Each Pulvule® contains—
Calcium Phosphate, Dibasic ............0.5 Gm. (7½ grs.)
Vitamin D Synthetic ...........8.25 mcg. (not less than 330 units)

*Tablets No. 1603* (scored), in bottles of 100.

Each tablet contains—
Calcium Phosphate, Dibasic ..............1 Gm. (15½ grs.)
Vitamin D Synthetic ...........16.5 mcg. (not less than 660 units)

**DICALCIUM PHOSPHATE WITH VITAMIN D AND IRON**

*COMPOSITION:* Each Pulvule® contains—
Calcium Phosphate, Dibasic ............0.5 Gm. (7½ grs.)
Vitamin D Synthetic ...........8.25 mcg. (not less than 330 units)
Iron Pyrophosphate, Soluble ...............87 mg. (1⅓ grs.)

*HOW SUPPLIED: Pulvules® No. 301* (No. 1, Pink), in packages of 100 (6 per carton), 1,000, and 5,000.

**DICUMAROL** ℞

*COMPOSITION:* Dicumarol is the registered collective trademark of the Wisconsin Alumni Research Foundation for its brand of Bishydroxycoumarin (3, 3'-Methylenebis [4-hydroxycoumarin]). Dicumarol is an orally effective anticoagulant with slow onset of effect and prolonged action. It inhibits the formation of prothrombin in the liver. The concentration of prothrombin in the blood is thus reduced, and the prothrombin time is increased.

*ACTION AND USES:* Dicumarol is used for the prevention or retardation of intravascular blood clotting in thrombophlebitis and in embolism or occlusion of peripheral, pulmonary, or coronary arteries.

*SIDE EFFECTS:* Overdosage causes hemorrhage. At the first indication of bleeding, transfusions of fresh whole blood should be given and repeated, if necessary, until the bleeding is controlled. Vitamin $K_1$ or vitamin $K_1$ oxide may be of value.

*PRECAUTIONS AND CONTRAINDICATIONS:* Dicumarol should be used only when there are facilities for daily determinations of prothrombin time and for immediate transfusion of fresh blood. Great caution should be exercised in the following conditions: cachexia, debilitation, fever, impaired liver or renal function, active tuberculosis, severe hypertension, menstruation, menorrhagia, and metrorrhagia; when large doses of salicylates are administered; and with the use of indwelling drainage catheters. Dicumarol is contraindicated in patients with bleeding, hemorrhagic tendencies, blood dyscrasias, purpura, ulcerating or granulomatous lesions, subacute bacterial endocarditis, threatened abortion, recent operation on the brain or spinal cord, regional anesthesia, lumbar block, vitamin K deficiency, liver disease, and continuous tube drainage of the stomach or small intestine. Dicumarol is probably contraindicated during pregnancy.

*ADMINISTRATION AND DOSAGE:* Dicumarol is given by mouth. The dosage must be individualized and adjusted according to the prothrombin time, usually reported as prothrombin activity in percent of normal. The following schedule serves only as a guide. On the average, the dose for the first day in adults with normal prothrombin activity is 200 to 300 mg. On subsequent days, the dose is 25 to 200 mg. if the prothrombin activity is 25 percent or more. Give no Dicumarol on any day when the prothrombin activity is less than 25 percent.

*OVERDOSAGE: See under* Side Effects.

*HOW SUPPLIED:* (℞) *Pulvules®* (Bishydroxycoumarin Capsules, N.F.): *No. 314,* 25 mg. (No. 5, Clear); *No. 291,* 50 mg. (No. 4, Clear); and *No. 292,* 100 mg. (No. 3, Pink), in bottles of 100 and 1,000.

**DICURIN® PROCAINE** ℞
**Merethoxylline Procaine**

*COMPOSITION:* A solution of an organic mercurial combined with procaine and containing theophylline.

Each cc. contains—
2-N-(3'-Hydroxy-mercuri-2'-methoxy-ethoxy)-propyl-carbamyl Phenoxy-acetic Acid, as the Procaine Salt of the Anhydro Acid ...........0.1 Gm. (Equivalent to 39.3 mg. mercury and 45 mg. procaine base)
Theophylline, Anhydrous ........0.05 Gm.

Contains 0.5 percent chlorobutanol (chloroform derivative) as a preservative. Sodium hydroxide and/or hydrochloric acid may have been added during manufacture to adjust the pH.

*ACTION AND USES:* Dicurin® Procaine is a well-tolerated mercurial diuretic useful in the prevention and control of excessive fluid accumulation in the body. It is a valuable aid in the treatment of congestive heart failure associated with edema, ascites, pleural effusion, acute pulmonary edema, passive congestion of the lungs or liver, or paroxysmal nocturnal dyspnea. It is sometimes useful in cirrhosis of the liver with ascites and in nephrosis.

*SIDE EFFECTS:* No systemic toxic effects have been observed with Dicurin® Procaine. Local reactions at the injection site, consisting of painless ecchymosis or nodule formation, have occasionally been noted. Too frequent or injudicious use of mercurial diuretics may result in excessive loss of body water, sodium, potassium, and chloride, especially if dietary restriction of salt has been too rigid and prolonged.

*PRECAUTIONS AND CONTRAINDICATIONS:* Caution is advised in the presence of benign prostatic hypertrophy or when the blood urea nitrogen is more than 60 mg. per 100 cc. If albuminuria, hematuria, or oliguria appears after administration, the drug should be discontinued.

Dicurin® Procaine is contraindicated in patients sensitive to mercury, procaine, or theophylline and in acute glomerulonephritis, ulcerative colitis, and gouty diathesis.

*ADMINISTRATION AND DOSAGE:* For subcutaneous (deep) or I.M. use. Dose —0.5 to 2 cc. as required.

*HOW SUPPLIED:* (℞) *Ampoules, Injection: No. 568,* 2 cc., in packages of 25 and 100; *No. 581,* 10 cc., rubber-stoppered, in single ampoules (10 per carton).

**DIETHYLSTILBESTROL** ℞

*COMPOSITION:* A crystalline synthetic estrogenic compound capable of producing all the pharmacologic and therapeutic responses attributed to natural estrogens.

*ACTION AND USES:* For the relief of symptoms of the menopause; in senile vaginitis; for the relief or prevention of painful engorgement of the breasts postpartum; for control of functional uterine bleeding and carcinoma of the breast and prostate; and for accidents of pregnancy.

*PRECAUTIONS AND CONTRAINDICATIONS:* Diethylstilbestrol is contraindicated in patients with a personal or familial history of breast or genital cancer (except in treatment of cancer). Prolonged continuous administration can lead to endometrial hyperplasia and to "breakthrough" bleeding.

*ADMINISTRATION AND DOSAGE:* *Parenteral*—Breast engorgement, 5 mg. once or twice daily for two to four days. Carcinoma of prostate, initial phase, 5 mg. twice a week; then 2 to 4 mg. twice a week. Functional uterine bleeding, 5 mg. two or three times daily until checked.

*Oral*—In menopausal symptoms, 0.2 to 0.5 mg. daily, increased as needed. In senile vaginitis, 0.5 mg. daily. In painful engorgement of the breasts postpartum, 5 mg. one to three times daily for a total of 30 mg. In functional uterine bleeding, usually 5 mg. three to five times daily until bleeding ceases. In carcinoma of the prostate, 1 to 3 mg. daily, increased in advanced cases; later, the dose may be reduced to an average of 1 mg. daily. In cancer of the breast, 15 mg. daily. In accidents of pregnancy, 25 to 100 mg. daily.

*Vaginal*—In the menopause, 0.5 mg. daily. Senile vaginitis, 0.5 mg. daily.

*HOW SUPPLIED:* (℞) *Ampoules, Injection (for I.M. use): No. 385, 5 mg., in Oil,* 1 cc., in packages of 6, 25, and 100. One cc. contains 5 mg. diethylstilbestrol in cottonseed oil. *No. 549, 25 mg., in Ethyl Oleate,* 1 cc., in packages of 6.

(℞) *Enseals®: No. 46,* 0.1 mg., and *No. 47,* 0.25 mg., in bottles of 100, 500, and 1,000; *No. 48,* 0.5 mg., *No. 49,* 1 mg., and *No. 85,* 5 mg., in bottles of 100, 500, 1,000, and 5,000; *No. 90,* 25 mg., in bottles of 100, 500, and 1,000.

(℞) *Suppositories* (Vaginal): *No. 14,* 0.1 mg., and *No. 15,* 0.5 mg., in packages of 6 and 50. In addition to the diethylstilbestrol, these suppositories contain glycerin, gelatin, polyoxyethylene sorbitan monolaurate, and propylene glycol.

(℞) *Tablets, U.S.P.: No. 1646,* 0.1 mg., *No. 1647,* 0.25 mg., and *No. 1648,* 0.5 mg., in bottles of 100 and 1,000; *No. 1649,* 1 mg., and *No. 1685,* 5 mg., in bottles of 100, 500, 1,000, and 5,000; *No. 1724,* 25 mg. (cross-scored), in bottles of 25, 100, 500, and 1,000.

**DIETHYLSTILBESTROL AND METHYLTESTOSTERONE,** *see* Tylosterone®.

**DIETHYLSTILBESTROL AND METHYLTESTOSTERONE WITH RESERPINE,** *see* Tylandril®.

**DIGESTIVE, AROMATIC,** *see* Enzymes Aromatic.

**DIGESTIVE FERMENTS,** *see* Essence Pepsin.

**DIGIGLUSIN®** ℞
**Digitalis Glucosides**

*HOW SUPPLIED:* (℞) *Ampoules No. 220, Injection (for slow I.V. or deep I.M. use),* 1 cc., in packages of 6 and 100. Contains the glucosides of digitalis; standardized by the U.S.P. method of assay and adjusted so that 1 cc. possesses an activity of 1 U.S.P. digitalis unit.

(℞) *Tablets: No. 1581,* 1 U.S.P. digitalis unit (Inscribed "Diskets®"), in bottles of 100; *No. 660,* 1 U.S.P. digitalis unit, Sugar-Coated, Green, in packages of 100, 500, and 5,000.

**DIGITALIS** ℞

*HOW SUPPLIED:* (℞) *Tincture No. 36, N.F.,* in 4-fl.-oz. and pint bottles. Standard—1 cc. possesses an activity equivalent to 1 U.S.P. digitalis unit. Alcohol, 73 percent.

**DIGITALIS LEAVES** ℞

*HOW SUPPLIED:* (℞) *Pulvules® No. 220* (Digitalis Capsules, N.F.), 1½ grs. (0.1 Gm.) (No. 3, Pink), in packages of 100 (5 per carton), 1,000, and 5,000. Standard —1 Pulvule® possesses an activity equivalent to 1 U.S.P. digitalis unit or about 15 minims Tincture Digitalis, N.F. *See also* Digiglusin®.

**DIGITOXIN, CRYSTALLINE,** *see* Crystodigin®.

**DIMETHYL TUBOCURARINE IODIDE,** *see* Metubine® Iodide.

**DIOXYLINE PHOSPHATE,** *see* Paveril® Phosphate.