

1A-218