UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

___ / Priority
___ / Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

Case No. SACV 03-0962 CJC (CTx)                                Date: July 22, 2003

Title: LYNN MANDELL KOGEN V. ELI LILLY & COMPANY

| DOCKET ENTRY: | ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT FILED JUNE 2, 2003 |
|---|---|

PRESENT:

HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

Cynthia Salyer                              N/A
Deputy Clerk                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:         ATTORNEYS PRESENT FOR DEFENDANT:

None Present                             None Present

PROCEEDINGS:   DEFENDANT ELI LILLY'S MOTION FOR SUMMARY JUDGMENT (6/2/03)

Defendant's motion for summary judgement is DENIED. There are triable issues of fact concerning whether Mrs. Kogen's cervical changes were caused by DES and whether the DES taken by Mrs. Mandell was manufactured by Lilly. Plaintiff has put forth credible expert medical testimony showing that Mrs. Kogen has a T-shaped uterus as a result of DES exposure. Plaintiff also has put forth credible evidence showing that Mrs. Kogen's mother took a white-cross medication during her pregnancy specifically for spotting, that the white-cross medication was DES, and that Lilly produced the white-cross DES drug during the relevant time period.

cc:   All Parties of Record

MINUTES FORM 11
CIVIL-GEN



ENTERED ON ICMS
JUL 2 3 2003

Initials of Deputy Clerk CS