FROM : DES ACTION USA                    FAX NO. : 510 465 4815              Apr. 18 2001 12:53PM P1

Notice: Lilly Research Laboratories et al.; Withdrawal of Approval...       wysiwyg://15 I/http://www.pharmcast.com/FederalRegister/091100FR/Lilly091300





Notice:  Lilly Research Laboratories et al.: Withdrawal of Approval
of 28 New Drug Applications

Federal Register: September 13, 2000 (Volume 65, Number 178) Page
          55264-55265

ACTION: Notice.

SUMMARY: The Food and Drug Administration (FDA) is withdrawing approval
of 28 new drug applications (NDA's). The holders of the application
notified the agency in writing that the drug products were no longer
marketed and requested that the approval of the applications be
withdrawn.

DATES: Effective September 30, 2000.

FOR FURTHER INFORMATION CONTACT:  Olivia A. Pritzlaff, Center for
Evaluation and Research (HFD-7), Food and Drug Administration, 56
Fishers Lane, Rockville, MD 20857, 301-594-2041.

SUPPLEMENTARY INFORMATION: The holders of the applications listed
the table in this document have informed FDA that these drug prod
are no longer marketed and have requested that FDA withdraw appro
the applications. The applicants have also, by their request, wai
their opportunity for a hearing.

[[Page 55265]]

| Application No. | Drug |
| --- | --- |
| NDA 4-018 | Diethylstilbestrol (DES) Injection. |
| NDA 4-039 | DES Tablets. |
| NDA 4-040 | DES Suppository. |
| NDA 4-041 | DES Tablets. |
| NDA 4-056 | Stilbetin Tablets (Diethylstilbestrol Tablets USP). |
| NDA 6-327 | Isuprel (Isoproterenol Hydrochloride) Inhalation Solution. |
| NDA 7-371 | Mecostrin Injection (Dimethyl Tubocurarine Chloride). |
| NDA 6-392 | Nydrazid (Isoniazid USP) Tablets. Syrup, Capsules. |
| NDA 9-052 | Recipas (Aminosalicylic Acid Resin Powder). |

Post-It" Fax Note   7671   Date   No. of pages ▸ 2
From   Pat Cody
To   A. Adams
Co./Dept.          Co.
Phone #            Phone #
Fax #             Fax #