IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRENDA MANNING, Individually ] <br> and as Mother, Guardian and Next Friend ] <br> of BRIAN STEVEN MANNING, a Minor ] <br>                               Plaintiffs, ] <br> v.                                    ] <br> ELI LILLY AND COMPANY, ] <br>         Defendant. ] | CIVIL ACTION No. 04-11164-RCL |

AFFIDAVIT OF AARON M. LEVINE, ESQ.
REGARDING AUTHENTICATION OF DOCUMENTS

I, Aaron M. Levine, declare under penalty of perjury that the following is true and correct:

1.   Attached as Appendix 1 is a true copy of relevant pages from the Deposition of William Principe, dated March 25, 2005.

2.   Attached as Appendix 2 is a true copy of the Statement of Harold Sparr, R.Ph., dated October 12, 2004.

3.   Attached as Appendix 3 is a true copy of relevant pages from Janet Parrella Berg's Medical Records.

4.   Attached as Appendix 4 is a true copy of relevant pages from the Deposition of Harris Busch, M.D., Ph.D., dated May 15-16, 2001.

5.   Attached as Appendix 5 is a true copy of R.R. Greene, M.D., et al., Experimental Intersexuality: The Paradoxical Effects of Estrogens on the Sexual Development of the Female Rat, 74 The Anat. Rec. 429 (1939).

6.   Attached as Appendix 6 is a true copy of Rosenblum, Gordon et al., "Preservation of the Threatened Pregnancy with Particular Reference to the Use of Diethylstilbestrol," West J. Sur. Obst. and Gyn., 55:597, 1947.

7.  Attached as Appendix 7 is a true copy of Dieckmann, Davis, Rynkiewicz, & Pottinger, "Does the Administration of Diethylstilbestrol During Pregnancy Have Therapeutic Value?", 66 Am. J. Obstetrics & Gynecology, 1062 (1953).

8.  Attached as Appendix 8 is a true copy of Moya, F. And Thorndike, V., "Passage of Drugs Across the Placenta", Am. J. Obstetrics & Gynecology., Vol. 84, No.11, Part 2, Dec.1962:1778-1798.

9.  Attached as Appendix 9 is a true copy of Statement of Robin Fischer, MD, dated September 26, 2004.

10. Attached as Appendix 10 is a true copy of Statement of Thomas Pinckert, MD, dated November 1, 2003.

11. Attached as Appendix 11 is a true copy of Statement of Blaise Bourgeois, MD, dated December 13, 2004.

12. Attached as Appendix 12 is a true copy of Sorrells v. Eli Lilly and Company, No. 60386 (MD Cir. Nov. 14, 1991).

13. Attached as Appendix 13 is a true copy of Murchison v. Eli Lilly and Company, No. H-88-927 (S.D. Tex. Oct. 30, 1990).

14. Attached as Appendix 14 is a true copy of McMahon v. Eli Lilly and Co., 774 F.2d 830 (7th Cir. 1985).

15. Attached as Appendix 15 is a true copy of DeMayo v. Schmitt, 5 Pa. D. & C.4th 197 (Pa. Commonp. Ct. 1989).

16. Attached as Appendix 16 is a true copy of Taylor v. Cutler, 703 A.2d 294, 301-02 (N.J. Super. Ct. App. Div. 1997).

17. Attached as Appendix 17 is a true copy of the Statement of Harris Busch, MD, PhD, dated June 29, 1999.

18. Attached as Appendix 18 is a true copy of the Statement of Richard J Falk, MD, August 27, 2004.

19. Attached as Appendix 19 is a true copy of Bongiovanni, A., et al., "Masculinization of the Female Infant Associated with Estrogenic Therapy Alone During Gestation: Four Cases," Journal of Clinical Endocrinology and Metabolism, 19:1004 (1958).

20. Attached as Appendix 20 is a true copy of a list of fifty-seven DES studies published prior to 1963.

21. Attached as Appendix 21 is a true copy of E.R. Squibb & Sons, Inc. v. Lloyd's & Cos., 241 F.3d 154, 169 (2d Cir. 2001).

22. Attached as Appendix 22 is a true copy of Robert K. Enders, Mink Production in Relation to Stilbestrol, The Fur Journal, 16:(7), Sep/Oct 1950, p. 4, 10.

23. Attached as Appendix 23 is a true copy of selected pages from the Deposition of Janet Berg, dated April 8, 2004.

24. Attached as Appendix 24 is a true copy of the Supplemental Statement of William R. Principe, R.PH., dated May 5, 2004.

25. Attached as Appendix 25 is a true copy of the Amended Statement of Philip J. Cafferty, dated October 22, 2003.

26. Attached as Appendix 26 is a true copy of selected pages from the Deposition of Lorne Person, Sr., dated April 22, 1994.

27.   Attached as Appendix 27 is a true copy of selected pages from the Deposition of Robert S. Anderson, dated February 5, 2004.

28.   Attached as Appendix 28 is a true copy of selected pages from the <u>American Druggist: Blue Book</u> (1962-1963).

29.   Attached as Appendix 29 is a true copy of page 686 of the <u>Physicians Desk Reference to Pharmaceutical Specialties and Biologicals</u> (17th ed. 1963).

30.   Attached as Appendix 30 is a true photograph of a 25mg Stilbetin bottle and pill with the word "Squibb" on it manufactured by Bristol-Myers Squibb & Sons.

31.   Attached as Appendix 31 is a true copy of selected pages from <u>Drug Topics: Red Book</u> (Topic Publishing 1963, 1964).

32.   Attached as Appendix 32 is a true photograph of a 100mg Stilbetin bottle and pill with the word "Squibb" on it manufactured by Bristol-Myers Squibb & Sons.

33.   Attached as Appendix 33 is a true photograph of a 25mg Diethylstilbestrol pill and bottle manufactured by Eli Lilly & Co.

34.   Attached as Appendix 34 is a true copy of <u>Kogen v. Eli Lilly, No.</u>, No. SACV 03-0962 (C.D. Cal., July 22, 2003).

35.   Attached as Appendix 35 is a true copy of Eli Lilly's Withdrawal of New Drug Application to the Food and Drug Administration for Diethylstilbestrol, dated September 13, 2000.

/s/ Aaron M. Levine<br>Aaron M. Levine

Dated: May 31, 2005