UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRENDA MANNING, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendant. | CIVIL ACTION No. 04-11164 (RCL/MBB) |

## CONSENT MOTION TO RESCHEDULE MEDIATION

Defendant Eli Lilly and Company ("Lilly"), with the consent of plaintiffs, hereby moves the Court to reschedule the Settlement Conference with Magistrate Judge Bowler now set for July 7, 2005 at 10:00 am to July 27, 2005 at 10:00 am.  As grounds therefore, Lilly states:

1.   Discovery is closed in this DES case and the parties have submitted summary judgment briefing.  *See* Docket Entry Nos. 23, 29.  Rescheduling the Settlement Conference will have no impact on the case schedule, and will promote settlement.

2.   Plaintiffs consent to the rescheduling of the Settlement Conference in this case to July 27, 2005 at 10:00 am.

                                                                Respectfully submitted,

                                                                ELI LILLY AND COMPANY
                                                                by its attorneys

                                                                /s/ Brian L. Henninger
                                                                James J. Dillon (BBO# 124660)
                                                                Brian L. Henninger (BBO# 657926)
                                                                Foley Hoag LLP
                                                                155 Seaport Boulevard
                                                                Boston, MA 02210-2600
                                                                (617) 832-1000

Dated: July 6, 2005