UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRENDA MANNING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | CIVIL ACTION No. 04-11164 (RCL/MBB) |

**AFFIDAVIT OF BRIAN L. HENNINGER IN SUPPORT OF ELI LILLY AND COMPANY'S MOTION TO EXCLUDE THE TESTIMONY OF HAROLD SPARR**

I, Brian L. Henninger, being first sworn on oath, say that the following is true and correct:

1. I am an attorney at Foley Hoag LLP, counsel for Eli Lilly and Company ("Lilly") in this action. I am duly admitted to practice in the District of Massachusetts.

2. Attached as Exhibit 1 are true copies of excerpts from the deposition transcript of Harold B. Sparr in *Bohlin v. Eli Lilly and Company*, 03-CV-11577 (MEL) (D. Mass. Dec. 7, 2004).

3. Attached as Exhibit 2 is a true copy of a letter from Aaron M. Levine, Esq., to Harold B. Sparr, R.Ph., D.Ph., M.S., dated May 5, 2004.

4. Attached as Exhibit 3 is a true copy of a List of Pharmacists Surveyed by Harold Sparr, dated April 23, 2004.

5. Attached as Exhibit 4 is a true copy of Attachment 1 to the Report of Harold Sparr, dated October 12, 2004 and titled "Stilbestrol Survey for Pharmacists".

6. Attached as Exhibit 5 is a true copy of the Report of Harold Sparr, dated October 12, 2004.

B3073914.1

- 2 -

7. Attached as Exhibit 6 is a true copy of a letter from Harold Sparr to George Friedman, dated December 5, 2003.

Dated: July 25, 2005

Brian L. Henninger

Sworn before me this 25th day of July, 2005

Notary Public:
My commission expires: Jan 19 2012

