**EXHIBIT 2**

May 5, 2004

Harold B. Sparr, R.Ph., D.Ph., M.S.
210 Nahanton Street, Unit 121
Newton, MA  02459

        Re:  Massachusetts Marketshare Study

Dear Harold:

       This will authorize you to proceed with the organization and execution of a survey to determine, as best you can, the nature and extent of the share of the DES market (Stilbestrol/Diethylstilbestrol) available in the drug stores, in the State of Massachusetts, for a decade, centered in 1965.

       The trustworthiness of the survey will depend on a well grounded sampling and minimilization of hearsay dangers, such as (1) the relative susceptibility to faulty memory (2) the dangers of insincerity, (3) faulty perception and (4) faulty reporting.

       In order to guard against this, the following must be ensured:

- Properly defined universe
- Representative sample
- Questions that are "clear, precise, and non-leading"
- Interviewers have NO knowledge of litigation or purpose of survey
- Accurate reporting
- Proper statistical analysis
- Objectivity and impartiality

       Ultimately you will be required to defend and explain your selection of approach, target population rationale, definition of universe, precision of the questions, interview procedures, perception analysis and guarantees of trustworthiness.

       We are in possession of your initial Statement of November 17, 2003, which outlines the popularity of the Eli Lilly brand of DES in the greater Boston Area. Now we ask you to further explore the recollections of pharmacists and the practices, customs and procedures as they existed, to elaborate and give greater validity to that Statement, by looking at the entire market and not just Lilly. You should conduct professional,

Harold B. Sparr, R.Ph., D.Ph., M.S.
Page Two
May 5, 2005

statistical analysis, seeking to avoid any possible bias or faulty perceptions. I ask you to conduct this second stage of your research, without any preconceptions and avoid singling out any particular company. Your goal should be: "who else besides Lilly had any share of the DES market in Massachusetts."

In order that the survey and your ultimate opinions be valid, you should strive for the following:

1. Establish a methodology for the survey generally accepted by surveyors in the field, seeking to obtain an accurate picture and answer to the question: If customers walked into random retail pharmacies, in Massachusetts, with a prescription for "Stilbestrol" "Diethylstilbestrol" or "DES" in the Boston area in the decade of the 1960's, estimate as scientifically as you can, what brand or brands (in the pregnancy sizes $5_{mg}$ or $25_{mg}$) of DES would they have received and in what ratios?

2. The survey conclusions must be testable and verifiable with an acceptable error rate for the results.

3. You should consult accepted texts in the field and design the study in accordance with accepted survey principles. Alreck and Settle "The Survey Research Handbook", published by McGraw-Hill may be used for guidance, information and design of the study and process the information received therefrom.

4. You must adjust and test for bias, faulty memory or failure to observe.

5. You have advised me of the initial design consisting of a questionnaire survey of 390 pharmacists, whose names are attached, who were selected from the Massachusetts State Board of Pharmacies, as having been licensed in 1965, which is the center-point of the time

Harold B. Sparr, R.Ph., D.Ph., M.S.
Page Three
May 5, 2004

span between 1958 and 1971. You have advised me that most practicable manner to sample this population is as follows:

   a) A cover letter and questionnaire, attached will be sent to the 390 pharmacists by an independent pharmaceutical firm, Peter Steere, R.Ph., M.B.A., Principal, Remedy Pharmacy Management Services, P.O. Box 726, Norfolk, MA 02056, who will be responsible for the mailing, receiving and securing the questionnaires and responses and be responsible for processing and follow-up to obtain maximum response.

   b) The raw data will be forwarded by Dr. Steere to Dr. Laura Vanderschmidt, PhD., Co-Director of the Center for Education Development and Health, Adjunct Professor of Public Health, Boston University, CEDH, 53 Bay State Road, Boston, MA 02215. for tabulation, correlation and evaluation of questionnaire responses to determine whether the response insures a reliable sample size, as well as a viable sample frame. She must expect and evaluate an error and confidence rate and take steps to determine that it does not disqualify the final survey results.

6. You will then correlate and merge the findings of the survey with the other information you have and will in the future obtain, as set forth below, regarding the nature and extent of the DES marketshare in the Massachusetts area, in the time period under focus, for the $5_{mg}$ and $25_{mg}$ sizes.

7. The final result of the study will be in the form of a representative matrix, as the enclosed New York and California matrix. These matrices were the product of questionable research and a settlement between the lawyers representing injured women and the drug companies over ten years ago. You should not consider them as binding but only an attempt, in those limited geographical areas, to create such a matrix between lawyers anxious to settle litigation.

Harold B. Sparr, R.Ph., D.Ph., M.S.
Page Four
May 5, 2005

8. The survey will be a mailed, self administered questionnaire. After three weeks, non-respondents will receive follow-up telephone call to encourage their completion.

9. You must use your own independent judgment and refuse any attempts by this office to bias the survey.

10. You must not solicit any of the survey respondents or in any manner attempting to obtain slanted information.

11. You must not attempt to persuade or assist the recall of any survey respondent.

12. In the event you believe that there exists other information relevant to the appraisal of the question at hand, you may proceed in any independent direction and at your discretion other than that advised in this letter. In that respect, you may resort to any library or other data bank, for other information which you deem relevant.

13. You should be prepared to defend your choice of questionnaire subjects and the questionnaire itself, as you will probably be cross-examined as to the validity of the methodology you use and the results.

14. Although the questionnaire survey will be a significant portion of your data bank, it should complement your other sources of information, specifically personal experience, testimonial statements, and telephone investigation, as set forth below.

15. You must decide in your own mind and in consultation with Dr. Vanderschmidt, that the survey/questionnaire and the questions contained therein are the best available methods to gain the information sought and provide sufficient strength. The questionnaire and survey design should be with Dr. Vanderschmidt approval.

Harold B. Sparr, R.Ph., D.Ph., M.S.
Page Five
May 5, 2005

16. You must maintain security of the data and keep it insulated from any attempts by any person, including this office, to distort the sampling design the data processing, collection, or interpretation.

17. You shall oversee the mailing, receipt of questionnaires, follow-ups, telephone verifications, interpretations, telephone interviewing and all other forms of data processing and data collection, performed by others with no attempts to influence or affect the final outcome of the study.

18. You shall take all steps necessary so that the study is randomized and all practicable steps have been taken to reach out to as many potential respondents as possible.

19. All statistical analysis shall be conducted, by verified and qualified persons, with sufficient academic credentials for that task.

20. You shall take all necessary steps to insure that the population surveyed actually possesses the information sought by the survey in order to insure the viability of the survey.

21. You shall insure that an independent bio-statistician determines a sampling error and provides an opinion as to the reliability of the sampling data, perimeters and size.

22. You shall take all steps to avoid sampling selection bias and have such decision approved by Dr. Vanderschmidt.

23. The survey shall be free of any leading or loaded questions which could lead to response bias. The questions should be free from confusion, simple and strive for clarity.

24. A Confidence level shall be established by a bio-statistician, who shall assess the statistical significance and outstanding deviations and perform whatever regression analysis and statistical interpretation they deem advisable. The survey should have a sufficient number of responses for the survey to carry an accepted confidence level and confidence interval.

Harold B. Sparr, R.Ph., D.Ph., M.S.
Page Six
May 5, 2005

25. You will report the findings of this survey in a manner similar to the matrices supplied. You need not find all of the manufacturers available, nor need you assign a particular number to any particular manufacturer.

26. You should read the statement and deposition of Phillip Cafferty and take into considerations those objections the Lilly lawyer voiced to Mr. Cafferty's survey and opinion and conform your study to overcome those objections.

In addition to the survey, you should review:

1. All available statements and depositions of Massachusetts pharmacists who were active in that period of time, to gain the benefit of their knowledge, as it was elucidated by a drug manufactures' attorney. You will determine if the pharmacists deposed were accurate and objective in their remembrance of the DES market during the time under observation.

2. The advertising, promotional and informational practices of the DES manufacturers at that time, as it concerned detailing of pharmaceutical representatives, product brochures, product cards, physician's desk references, and other labeling issues and practices regarding DES.

You should additionally attempt to gain information by investigating and reviewing the following peripheral information and areas:

a) Wholesaler or jobber practices, popularity and access, as well as any statements written, or otherwise, from wholesalers regarding prescribing practices;
b) Pharmacy deals and promotions;
c) Pricing of DES;
d) Shipping procedures existing at the time;
e) Drop ship practices;

Harold B. Sparr, R.Ph., D.Ph., M.S.
Page Seven
March 5, 2005

      f)   Pricing and costs;
      g)   The Red and Blue Books and any other catalogues of available pharmaceuticals;
      h)   Relevant Physician Desk Reference (PDR)
      i)   The actual prescriptions from physicians we have been able to reclaim and find to observe what, if any, markings they carry to denote the brand of DES dispensed for that prescription.
      j)   Any other sources of information available.

Basically your study results should be rendered as the New York and California matrices amended and conformed to recreate the Massachusetts experience.

You must maintain a fiduciary relationship with this office and treat all survey information, including the processes and results as the sole property of this office on behalf of our clients. You must obtain prior permission before releasing or using any survey, information or data. You shall return all data, reports or other materials which you create in furtherance of this project to our office.

You are authorized to expend such funds as are reasonable to accomplish this project, including printing postage tabulation follow up, statistical review and reporting. I ask that you provide me with an estimated budget prior to embarking on the project to include your expected involvement. Neither your compensation, nor any future financial arrangements with this firm will have any impact from the results or even failure of the study.

      Very sincerely,

      Aaron M. Levine

AML:hm
Enclosures:   List of Pharmacists
              New York Matrix
              California Matrix
              Cover Letter
              Questionnaire