**EXHIBIT 6**

George Friedman, RPh.
274 Walnut Street
Braintree, Ma. 02184

December 5, 2003

Dear George,

I am currently working as a Pharmacy Consultant for Diethylstilbesterol injured patients. There were many mothers who were prescribed D.E.S. for their pregnancies. One such case exists from a patient, who had such prescriptions filled in the Weymouth area. The current lawsuits involve the Liability Insurance Company who insured Eli Lilly & Co. There isn't any liability for pharmacists or pharmacies.

I have been told that you operated a "Liggett Rexall" Pharmacy on Washington Street, Weymouth Landing. The individual's mother, Marie Lynch, who was a patient of a Dr. McKeough, recalls having the prescription filled in that drug store. This occurred in 1968 (35 years ago). I would greatly appreciate any light you could shed on this situation.

I also understand you have retired and hope you are well. Please contact me via e-mail – h.sparr @comcast.net, phone 617-969-5322 or mail at 210 Nahanton Street, Unit #121, Newton, Ma. 02459

Professionally yours,


Harold B. Sparr, R.Ph.

EXHIBIT
Sparr #5
12/7/04