UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BRENDA MANNING, et al.,

    Plaintiffs,

v.

ELI LILLY AND COMPANY,

    Defendant.

CIVIL ACTION No. 04-11164 (RCL/MBB)

**AFFIDAVIT OF BRIAN L. HENNINGER IN SUPPORT OF ELI LILLY AND COMPANY'S MOTION TO EXCLUDE THE TESTIMONY OF PHILIP CAFFERTY**

I, Brian L. Henninger, being first sworn on oath, say that the following is true and correct:

1. I am an attorney at Foley Hoag LLP, counsel for Eli Lilly and Company ("Lilly") in this action. I am duly admitted to practice in the District of Massachusetts.

2. Attached as Exhibit 1 are true copies of excerpts from the deposition transcript of Philip Cafferty in *Dean v. Eli Lilly and Company*, Civil Action No. 02-CV-11078 (RGS) (D. Mass. Aug. 22, 2003).

Dated: July 25, 2005

                                        Brian L. Henninger

Sworn before me this 25th day of July, 2005

Notary Public:
My commission expires: Jan 19, 2002

B3073926.1