**EXHIBIT 1**

00001

1                    Volume:  1

2                    Pages:  1 - 110

3                    Exhibits:  1-2

4        IN THE UNITED STATES DISTRICT COURT

5         FOR THE DISTRICT OF MASSACHUSETTS

6  C.A. No. 02-CV-11078-RGS

7  -------------------------------x

8  ELLEN J. DEAN,

9      Plaintiff

10

11  v.

12

13  ELI LILLY AND COMPANY,

14      Defendant

15  -------------------------------x

16

17         DEPOSITION OF PHILIP J. CAFFERTY

18      Friday, August 22, 2003, 11:04 a.m.

19            Foley Hoag LLP

20    155 Seaport Boulevard, Boston, Massachusetts

21

22

23

24      Reporter:  Caroline T. Renault, CSR/RPR

00009

1    A. That's correct.

2    Q. How did you get the names of pharmacists to

3 call up?

4    A. Yellow Pages.  I went through the Yellow

5 Pages and called the pharmacy and asked for the name

6 of the pharmacist.

7    Q. How did you decide what pharmacies are listed

8 in the Yellow Pages to call?

9    A. I called all of them, all the ones in the

10 Yellow Pages.  I completed the Boston, the South

11 Shore, and western portion of the state, the Natick

12 and Framingham areas.  I still have others to call.

13    Q. So I'm clear, you went to the Yellow Pages in

14 2003, is that correct?

15    A. Correct.

16    Q. And you found all the pharmacies, is that

17 right?

18    A. I called all the pharmacies listed.

19    Q. And you called all the pharmacies and what

20 did you ask them?

21    A. I told them who I was.  My purpose for the

22 research was to find out if they were practicing

23 pharmacists back in the late fifties or early

24 sixties, and if they were, do they recall

00010

1  diethylstilbestrol?  If they responded

2  affirmatively, I would ask them what particular

3  brand of DES they were using.

4      Q. Now, do you have a set of questions that you

5  were given to ask these people?

6      A. No.  I pretty much was on my own.

7      Q. You were on your own?

8      A. Aaron did not give me questions.  Is that

9  what you are asking?

10     Q. Yes.

11     A. No, he did not give me a list of questions.

12     Q. You were informed what you were supposed to

13  find?

14     A. Yes.

15     Q. Did you suggest to any of these people when

16  you called them the names of any companies that made

17  DES?

18     A. No, I did not.

19     Q. Now, let me ask this:  Before you were

20  engaged by Mr. Levine about three months ago, had

21  you ever done any market research before?

22     A. Well, part of my responsibility with Lilly

23  was to do market research as far as the different

24  territories I had.  Part of my responsibility with

00012

1    A. Well, I didn't -- I would say a lot of them

2 were very young people.  They were not even born

3 back in the 1960s, but of those that I spoke to,

4 16 to 17 answered affirmatively they had DES, and

5 everyone of them was Lilly.

6    Q. Mr. Cafferty, I didn't ask that question.

7       Mr. Cafferty, of the people that you

8 spoke to, many of whom were too young to have been

9 practicing in the fifties and sixties, my question

10 to you is how many of them were practicing

11 pharmacists in Massachusetts in the 1960s?

12    A. I would say the 16 to 17 that I referred to.

13    Q. So the 16 to 17 that you referred to is a

14 number that encompasses both people practicing in

15 the fifties and sixties, is that correct?

16    A. Yes, that recall DES.  That was my question

17 to them.

18    Q. Have you done any research to find out how

19 representative those 16 or 17 people are of the

20 number of pharmacists who were practicing in

21 Massachusetts in the 1950s and 1960s?

22    A. I don't fully understand that question, Jim.

23    Q. How many pharmacists were practicing in

24 Massachusetts in the 1950s and sixties?

**Cafferty, Philip (8/22/03)**                    **Page 12**

00015

1 the pharmacists who you did speak to about what you

2 were doing.

3   A. I told them who I was.

4   Q. What did you say when you said who you were?

5   A. "Good afternoon. My name is Phil Cafferty.

6 I'm doing some market research. Were you practicing

7 pharmacy back in the late fifties or early sixties?"

8   Q. Did you say for whom you were doing market

9 research?

10   A. I did not identify Aaron Levine, no. I just

11 said I was doing some market research.

12   Q. Did you identify you were doing market

13 research in support of litigation?

14   A. No, I did not.

15   Q. Did you tell anybody that you were, in fact,

16 experienced as a market researcher?

17   A. No, I did not. Not in so many words, no.

18   Q. Did you lead people to understand you, in

19 fact, were an experienced market researcher?

20   A. By the questions I was asking, I could assume

21 they were probably figuring I was a market

22 researcher of some type.

23   Q. Now, before when I asked you about market

24 research, you told me about working for Lilly. Have

**Cafferty, Philip (8/22/03)**                    **Page 15**

00016

1  you ever done any course work at any institution

2  about market research?

3    A. Any what?

4    Q. Course work.

5    A. Horse work?

6    Q. Course work.

7    A. Course work?

8    Q. Have you taken any courses in market

9  research?

10    A. Well, I had one year out in Indianapolis

11  working for Eli Lilly in marketing and one year of

12  market research in marketing plans.

13    Q. We will come to that.

14        I take it your duties in Indianapolis in

15  1972 --

16    A. Correct.

17    Q. -- did not involve doing market research for

18  a particular --

19        MR. LEVINE:  I'm going to object.  He

20  just said that it did.

21        MR. DILLON:  Well, I'm now asking him --

22    A. I did market research for both Keflin and

23  Keflex in 1972.  Those were two products I was

24  responsible for.

00020

1    Q. Well, we will come to sales. Let's focus on

2  your market research.

3    A. That I was doing for Mr. Levine, no, I did

4  not.

5       MR. LEVINE: I think he did some market

6  research for Lilly ongoing through some old

7  prescriptions.

8       THE WITNESS: That's what I was trying

9  to get out, but Jim doesn't want to hear that yet.

10       MR. DILLON: I'm talking about the

11  market research in the last three months.

12       THE WITNESS: I was trying to get to

13  that, Aaron, but Jim doesn't want to hear it.

14    Q. That's not true. I want to keep this in

15  order so I can follow what we are doing.

16    A. Okay.

17    Q. What sort of notes do you have about the

18  conversations that you have had?

19    A. Just whether or not the pharmacists had a

20  recollection of the DES and what brand he used.

21    Q. Now, when you asked him about recollection of

22  DES, what do you say? What exactly do you say to

23  them?

24    A. If they said yes, they were practicing

**Cafferty, Philip (8/22/03)**                    **Page 20**

00021

1 pharmacy back in the early sixties rather than the

2 late fifties, I would ask them if they recalled

3 diethylstilbestrol. If they answered in the

4 affirmative, I would ask what manufacturers they

5 carried.

6    Q. And would you ask them what manufacturers

7 they carried in 1954 or in 1961?

8    A. I said late fifties or early sixties. I

9 didn't go back to 1954, but I would say late fifties

10 or early sixties.

11    Q. When you say "late fifties," what do you

12 mean?

13    A. '58, '59 -- '57, '58, '59.

14    Q. Okay. Did you ask these people the

15 wholesalers from which they purchased their drug?

16    A. Some of them volunteered that information.

17 For example, here in Boston, the big wholesalers

18 were Daley, McKesson and Gilman.

19    Q. Did you ask the people that you spoke to in

20 your market research about the wholesalers?

21    A. Some of them volunteered that information. I

22 didn't specifically ask.

23    Q. If they volunteered the information, did you

24 make notes about that?

**Cafferty, Philip (8/22/03)**          **Page 21**

00022

1    A. On some of them I did, yes.

2    Q. And some of them you didn't, is that right?

3    A. If they mentioned a wholesaler, I probably

4  wrote it down.

5    Q. So in addition to the list of 16 or 17

6  pharmacists, you have got some notes that you took

7  on these conversations, is that correct?

8    A. Not extensive notes, but, you know, if they

9  have used DES, what brand it was.  That was the

10  basis of my conversations with them, and for four or

11  five I found out wholesalers.

12    Q. You think four or five, they told you of the

13  wholesalers?

14    A. I believe so.  I didn't ask specifically what

15  wholesaler.  They said it.  That was not part of my

16  agenda.

17    Q. Did you ask these pharmacists if they

18  purchased drugs directly from any pharmaceutical

19  companies?

20    A. In the case of Lilly, they could not purchase

21  directly.

22    Q. I knew that, but I'm wondering if in your

23  interviews you asked the pharmacists you spoke to if

24  they purchased drugs directly from any

00029

1    Q. Okay.  Had you seen an earlier version of the

2  report before July 14th?

3         MR. LEVINE:  I believe there is a June

4  9th report.

5    A. There was one.  There was one.  I made

6  corrections on that.  This is the final copy.

7         MR. LEVINE:  I think there is an earlier

8  report.

9         MR. DILLON:  Okay.  I will also ask for

10  the June 9th report.

11         (Document(s)/information request.)

12    Q. Now, before we go into Exhibits 1 and 2 in

13  any more detail, I have a lot of questions, but

14  turning back to your market research, did you make

15  any reference to any statistician or any other

16  professional help in determining whether the sample

17  that you had of 16 or 17 pharmacists was of

18  sufficient size to make some real conclusions about

19  the nature of the market for DES in Massachusetts in

20  the fifties and sixties?

21    A. Out of probably 200 pharmacists I called, so

22  16, so roughly 8 percent of the pharmacists I spoke

23  to were around back in the late fifties or early

24  sixties, so what number is statistically

**Cafferty, Philip (8/22/03)**                    **Page 29**

00030

1 significant? Is 8 percent significant?

2    Q. That's my question to you.

3    A. I would think that it would be significant.

4    Q. You think 8 percent would be statistically

5 significant?

6    A. I think so. I am not a statistician.

7    Q. When you say you think so, what is it based

8 on?

9    A. Just the fact it's 8 percent, 8 percent of

10 the population I spoke to.

11    Q. 8 percent of the population you spoke to was

12 there. What is 16 out of 900, the number of

13 pharmacists that might have been practicing in the

14 fifties and sixties?

15    A. Out of 900?

16    Q. Yeah.

17    A. That would be about 1.8 percent probably. I

18 don't have a calculator.

19    Q. Do you think that would be a significant

20 enough number that you could draw conclusions you

21 could rely on from 1.8 percent?

22    A. 16 out of 900 would not be nearly as

23 significant as 16 out of 200.

24    Q. Okay. Well, Mr. Cafferty, you understand

**Cafferty, Philip (8/22/03)**                    **Page 30**

00031

1  that the 200 that you called are pharmacists who

2  were practicing in pharmacy in Massachusetts in the

3  year 2003?

4      A. Correct.

5      Q. Is that correct?

6      A. Correct.

7      Q. So the relevant population that you want to

8  find out about are pharmacists who were practicing

9  in the 1950s and sixties, isn't that right?

10     A. Correct.

11     Q. So the relevant number then is really 16 out

12 of the 600 to 900 pharmacists that were practicing

13 in Massachusetts then, isn't that right?

14     A. However, I have not called 600 pharmacies

15 yet.  I probably will when I conclude my market

16 research because I still have quite a bit of the

17 state to call.

18     Q. But at present you agree then that the number

19 of responses you got is not a statistically

20 significant representation of the pharmacists who

21 were, in fact, practicing in the fifties and

22 sixties?

23         MR. LEVINE:  I object.  That's not what

24 he said.

**Cafferty, Philip (8/22/03)**                              **Page 31**

00032

1          MR. DILLON:  If it's not what he said --

2          MR. LEVINE:  He is not a statistician.

3    A. That's what I said.

4    Q. You are not a statistician?

5    A. That's what I said.

6    Q. You have no idea whether 16 out of 900 is

7  adequate or not?

8    A. I'm not sure if that is a significant number.

9  I'm not a statistician.  I'm a market researcher and

10  a pharmacist.

11    Q. Have you made -- have you dealt with anybody

12  who could help you to find out if the 16 you got

13  are, in fact, a representative group from the

14  pharmacists that were practicing in the 1950s and

15  1960s?

16    A. Have I?  I have not dealt with anybody yet,

17  but I'm sure I could find a statistician that could

18  tell me if it was a significant number.

19    Q. Do you intend to do that?

20          MR. LEVINE:  It wouldn't be his

21  intention.  It would be my intention, and we intend

22  to do that.

23          MR. DILLON:  Okay.

24    Q. In addition to just the numbers of

**Cafferty, Philip (8/22/03)**                    **Page 32**

00038

1    Q. But with respect to the market research you

2  have done, I take it you haven't made any inquiry as

3  to whether the DES that those pharmacists remember

4  were 5 and 25 or not, is that right?

5    A. Correct.

6    Q. So as far as your market research goes, they

7  could have been talking about any dosage of DES,

8  isn't that right?

9    A. They could have been.  However, I suspect

10  it's primarily the 5 and 25.

11    Q. But that's your suspicion, is that right?

12    A. Right.   Only my own market research.

13    Q. If I wanted to cross-check what you have done

14  so I could try and figure out if, in fact, what you

15  have done is recorded accurately, how would I do

16  that?

17    A. I suspect you would have to call the same

18  pharmacists I called and talk to the same people I

19  talked to.  I will send you that list.

20    Q. Okay.  Is there anything else I would need to

21  do to know what questions you asked?

22    A. I have told you basically the kinds of

23  questions I have asked.  I have identified myself,

24  told them I was doing some market research, inquired

**Cafferty, Philip (8/22/03)**                    **Page 38**

00039

1  if they were practicing in the late fifties or

2  sixties, and if they had been, do they recall what

3  kind of diethylstilbestrol they dispensed?

4     Q. Okay.  Do you know if you have an error rate

5  in the methodology you have used for your market

6  research, plus or minus?

7     A. I can only go on what these pharmacists told

8  me.  As far as error rate, I would have to say my

9  information is 100 percent accurate.  Why would they

10  lie to me?

11     Q. They may not lie to you.  Do you know if

12  they, in fact, are accurate in their recollections?

13     A. For the most part.  If they said they have

14  been practicing during that time period, when I

15  asked them what brands of DES they used, they

16  responded spontaneously, immediately that it was

17  Lilly.

18     Q. Do you intend to publish the market research

19  that you have done?

20     A. Publish it in a journal?

21     Q. Anyplace.

22     A. I have no intention of publishing unless

23  Aaron does.  I'm not a publicist.

24     Q. What are the steps you are going to take next

00041

1    Q. Mr. Cafferty, I have a limited amount of

2    time. I'm not sure I am done with the methodology

3    that you are using, but let me move on because I

4    want to cover some things in this limited window of

5    two hours. Let me ask you about your educational

6    background.

7    A. Okay.

8    Q. I take it that you graduated from high school

9    in 1957, is that correct?

10    A. Correct.

11    Q. What high school was that?

12    A. LaSalle Academy, Providence, Rhode Island.

13    Q. Now, when you were in LaSalle Academy in

14    Providence, Rhode Island, what courses did you take?

15    A. I was in the science curriculum, so biology,

16    chemistry, I think zoology. It was a science

17    curriculum, whatever that entailed. I didn't have

18    any kind of typing. I missed out on that stuff,

19    unfortunately.

20    Q. And I understand you then went to pharmacy

21    school --

22    A. Yes.

23    Q. -- at the University of Rhode Island?

24    A. Right.

**Cafferty, Philip (8/22/03)**                    **Page 41**

00042

1    Q. Is that right?

2    A. Right.

3    Q. You graduated in 1961?

4    A. Correct.

5    Q. Okay.

6    A. I was going to say the first year I started

7    down at the University of Rhode Island was 1957.

8    That was the first year I was at URI. I went to the

9    Providence College of Pharmacy in Providence. Back

10    then a person starting pharmacy school, more than

11    likely his father owned a pharmacy, so four years

12    later he graduated and became a pharmacist. When I

13    started back in '57, 27 of us started my freshman

14    year, and at the end of four years only three out of

15    27 graduated. Another five or six stayed on for an

16    additional year. I felt very good about that.

17    Q. Okay. Do I take it then that you got a

18    license as a pharmacist in 1961, is that right?

19    A. Correct.

20    Q. And that would have been a license in the

21    State of Rhode Island, is that correct?

22    A. Right.

23    Q. Do I understand correctly that until you were

24    a licensed pharmacist, you were not allowed to fill

**Cafferty, Philip (8/22/03)**                    **Page 42**

00052

1    Q. Where did you do your active duty?

2    A. Fort Dix for basic training and Fort Sam

3  Houston in Texas for my medical training.

4    Q. You said for your medical training?

5    A. I was a corpsman. I spent about a year and a

6  half in the Army and transferred to the Air National

7  Guard, and I spent one summer in Camp Drum, New

8  York. I was in the Howitzer Battalion. I

9  transferred to the National Guard, basically, Otis

10  Air Force Base, which was a lot better than Camp

11  Drum, New York.

12    Q. And when you finished your active duty, did

13  you go back to the Thorpe store?

14    A. Yes, I did.

15    Q. So basically from 1961, when you graduated,

16  to 1965 punctuated by approximately a year of

17  active --

18    A. Six months.

19    Q. -- active duty --

20    A. Yeah.

21    Q. -- you were at the Thorpe store in East

22  Greenwich?

23    A. That's right. I also worked part time at

24  Ivey Apothecary in Providence.

**Cafferty, Philip (8/22/03)**                    **Page 52**

00053

1    Q. You have to tell me that again.

2    A. I worked at I V O R Y Apothecary.  Actually,

3  it's I V E Y, because it was close to Brown

4  University.

5    Q. So this is after you completed active duty?

6    A. Yes.

7    Q. Sometime between '62 and '65 you worked part

8  time at Ivey Pharmacy?

9    A. Yes.

10    Q. This was when you were a pharmacist?

11    A. Yes.

12    Q. So you were filling prescriptions there?

13    A. Yes.

14    Q. How many hours did you work at the Ivey

15  Pharmacy?

16    A. Probably 15 to 20 hours a week.  I was

17  getting ready to get married and wanted some money.

18  And another 40 at Thorpe.

19    Q. You worked 40 hours --

20    A. 40 or 42.

21    Q. At Thorpe?

22    A. Yeah.

23    Q. In 1965 you applied to Lilly to become a

24  sales rep, is that right?

00054

1    A. Yeah.

2    Q. Now, up until 1965 I take it from what you

3  said that you had no experience in any pharmacies

4  outside of the Thorpe Pharmacy and part time at the

5  Ivey Pharmacy, is that right?

6    A. Correct.

7    Q. And you had no experience in any pharmacies

8  in Massachusetts at that point, is that correct?

9    A. Correct.  I was not licensed in Massachusetts

10  at that time.

11    Q. Did you become licensed in Massachusetts?

12    A. Yes, I did.  I would say probably about 1978

13  when I came back from Florida, the reason being

14  while I was employed by Eli Lilly, even though I was

15  a pharmacist, I did not work part time in the

16  pharmacy.  I probably got licensed in Massachusetts

17  in -- 1984 is when I left Lilly, so 1984 is when I

18  became licensed.  I could not work part time.

19    Q. I'm sorry.  What you are saying is while you

20  worked for Lilly, you worked for Lilly and didn't do

21  any pharmacy work, is that right?

22    A. Correct.  It was against company policy.

23    Q. And you believe you were licensed in

24  Massachusetts in about 1984?

00065

1  new drug came out, we would ship a bottle to the

2  pharmacy or whatever a new drug shipment or

3  something like that.  Most pharmacies would sign it.

4  If the drug didn't move the first three months, we

5  told them we would take it back, so they had very

6  little invested.

7     Q. Okay.  Now, with respect to -- this is 1965

8  when you first started.  I take it that you were not

9  detailing DES or diethylstilbestrol --

10    A. No.

11    Q. -- is that right?

12    A. No.

13    Q. Did you have any information about DES or

14 diethylstilbestrol?

15    A. No.  I knew Lilly made it.  I knew what it

16 was used for, but we never detailed it.

17    Q. Okay.

18    A. I never discussed it with the physician.

19    Q. And in fact, the doctors that you were seeing

20 were not likely OB/GYNs?

21    A. Some were OB/GYNs, but for the most part they

22 were general practitioners and internal medicine.

23    Q. But you didn't discuss DES with them?

24    A. No.

**Cafferty, Philip (8/22/03)**                    **Page 65**

00076

1    Q. Your view would be that there would be, you

2  know, 2,500 to 3,700 or so pharmacists in

3  Massachusetts, is that right?

4    A. That's what the numbers are saying, yeah.

5    Q. And having said that, that's what you -- so

6  in 1965 basically from your observation of the

7  territory that you had in around Fall River, your

8  guess would be we are looking at 2,500 to 3,700

9  pharmacists practicing in Massachusetts in '65, is

10  that correct?

11    A. Correct.

12    Q. Now, let's go back to north of Massachusetts.

13  How many internal medicine specialists did you deal

14  with?

15    A. I would say approximately 200.

16    Q. What hospitals did you deal with?

17    A. Salem. Let's see. There was a hospital in

18  Stoneham. It wasn't New England Medical. The

19  Seventh Day Adventist Hospital. I don't recall the

20  name of it. Malden Hospital; Milford Hospital; I

21  guess it was a hospital in Peabody. I think it was

22  St. John's. Just about every town had its own

23  hospital. I would call on all of those hospitals.

24    Q. Okay. And it's clear that you were not

**Cafferty, Philip (8/22/03)**                    **Page 76**

00077
1 detailing DES at that point?

2    A. No, I was not.

3    Q. In fact, Lilly never detailed DES?

4    A. Not while I was employed, no. Not since 1965

5 on.

6    Q. Okay. These specialists in internal medicine

7 would not be expected to be prescribing DES, would

8 they?

9    A. No, they did not.

10    Q. So you didn't have any conversation with them

11 about that?

12    A. No. I never detailed DES at all in my

13 career.

14    Q. Okay. When you went to the hospitals, you

15 were concerned with the particular drugs you were

16 detailing, is that correct?

17    A. Correct.

18    Q. And you weren't concerned with DES?

19    A. No. Back then, you know, when I was north of

20 Boston, I was concerned primarily with Keflin and

21 Loridine in the hospitals and the Darvocet or Darvon

22 compound.

23    Q. I didn't hear.

24    A. I was primarily concerned with Keflin,

**Cafferty, Philip (8/22/03)**                          **Page 77**

00084

1    A. Yes.

2    Q. And not dealing with any retail pharmacies?

3    A. Right.

4    Q. And in 1971 to '72 you were in Boston not

5  dealing with any retail pharmacies, is that right?

6    A. Correct.

7    Q. I do have a number of questions to ask about

8  this, but I do need to go through some parts of your

9  statement that we marked as Exhibit 1.  Having gone

10  through -- I'm sorry.  We were summing up about

11  where you have been.  Through all of this time up

12  until 1972 you didn't make any notes or observations

13  about, written observations -- I'm sorry -- written

14  observations or notes about diethylstilbestrol?

15    A. Correct.

16    Q. And that was not a focus of your interest, is

17  that right?

18    A. No.

19    Q. In fact, it's something you didn't pay any

20  attention to at all, is that correct?

21    A. Correct.  We were not detailing it.

22    Q. So let's turn to your statement, Exhibit 1.

23  Now, first of all, would you say that this statement

24  of Philip Cafferty, would you say these are in your

**Cafferty, Philip (8/22/03)**                    **Page 84**

00105

1    A. Correct.

2    Q. That's the sole basis on which you say it's a

3  98 percent certainty?

4    A. Right.

5        MR. LEVINE:  I don't think he told you

6  about the statements from other pharmacists.

7    Q. Did you help to get those statements from

8  other pharmacists?

9    A. The 200 that I have, but Aaron has some

10  statements in his office.

11    Q. And those are ones you looked at?

12    A. Yes.

13    Q. You treated each of those statements as if

14  they were accurate?

15    A. Absolutely.

16    Q. And you assumed they were reliable and you

17  could base your conclusions on those?

18    A. Yes, I did.

19    Q. What, if anything, did you do to satisfy

20  yourself that those statements did reflect the

21  accurate recollection of the pharmacists involved?

22    A. I have certainly put my trust and faith in

23  Aaron Levine's judgment.  He has good judgment.

24    Q. What, if anything, have you done to determine

**Cafferty, Philip (8/22/03)**                    **Page 105**

00106

1 whether the memories of these pharmacists as

2 reflected in those statements actually reflect

3 what the purchasing or prescribing practices were

4 back in the fifties and sixties?

5    A. I have done nothing.

6    Q. You just relied on the statements?

7    A. Correct.

8    Q. Those came to you from Mr. Levine?

9    A. Correct.

10    Q. Mr. Cafferty, are you aware of any efforts

11 that experts, courts and experts have done to try

12 and determine --

13    A. Who?

14    Q. Courts and experts have done to try and find

15 out about the relative share of the market that

16 different companies had in DES?

17    A. No, I am not.

18    Q. Okay. Are you aware that there was a trial

19 about the relative market shares of DES that was

20 conducted in California?

21    A. No, I am not.

22    Q. You didn't review any of the material there?

23    A. No.

24    Q. And if, in fact, it turned out that the