UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRENDA MANNING, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　　Defendant. | CIVIL ACTION No. 04-11164 (RCL/MBB) |

**DEFENDANT ELI LILLY AND COMPANY'S
CONSENT MOTION FOR LEAVE TO FILE REPLY BRIEF**

　　On April 15, 2005, Defendant Eli Lilly and Company ("Lilly") filed a Motion for Summary Judgment arguing that Plaintiffs could not meet their burden of proof on product identification and that Massachusetts does not recognize third-generation tort claims. Lilly consented to Plaintiffs' motion for a 30-day extension to file their Opposition. Plaintiffs filed their Opposition on June 1, 2005. With Plaintiffs' consent, Lilly now moves for leave to file a Reply Brief in Support of Summary Judgment (attached hereto as Appendix A). As grounds for its Motion, Lilly states the following:

　　1.　　In their Opposition, Plaintiffs' have introduced several new statements and affidavits that were not in the record when Lilly filed its Motion for Summary Judgment. *See* Affidavit of Aaron M. Levine, Esq. Regarding Authentication of Documents, Appendices 2, 24, 25. Lilly's Reply Brief addresses the competence and new factual content of these statements and affidavits.

　　2.　　In addition, Plaintiffs' Opposition contains one important factual inaccuracy that Lilly's Reply Brief would correct. Specifically, Plaintiffs assert that Marsh Parker, a DES manufacturer that produced a DES pill similar to Lilly's, did not appear in the Blue Book or Red

B3057748.2

Book until 1964.  In fact, Marsh Parker was listed as a DES manufacturer in the 1958-1959, 1960-1961, and 1961-1962 Blue Books.

For all of the foregoing reasons, Lilly respectfully requests that this Court grant its Motion for Leave to File a Reply Brief.

Respectfully submitted,

ELI LILLY AND COMPANY
by its attorneys

/s/ Brian L. Henninger
James J. Dillon (BBO# 124660)
Brian L. Henninger (BBO# 657926)
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

July 26, 2005

## LOCAL RULE 7.1(A)(2) CONFERRAL CERTIFICATION

I, Brian L. Henninger certify that on July 6, 2005, I conferred with Plaintiffs' counsel regarding Lilly's Motion for Leave to File a Reply Brief.  Plaintiffs' counsel consented to the Motion.

/s/ Brian L. Henninger