UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRENDA MANNING, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendant. | CIVIL ACTION No. 04-11164 (RCL/MBB) |

**SUPPLEMENTAL AFFIDAVIT OF BRIAN L. HENNINGER
IN SUPPORT OF ELI LILLY AND COMPANY'S
MOTION FOR SUMMARY JUDGMENT**

    I, Brian L. Henninger, being first sworn on oath, say that the following is true and correct:

    1.    I am an attorney at Foley Hoag LLP, counsel for Eli Lilly and Company ("Lilly") in this action. I am duly admitted to practice in the District of Massachusetts.

    2.    Attached as Exhibit 1(A)-(C) are true copies of excerpts from the *American Druggist Blue Books* for the years 1958-'59, 1960-'61, 1961-'62 obtained from the Sheppard Library at the Massachusetts College of Pharmacy. Also attached as Exhibit 1(D) for authentication purposes is the Affidavit of Richard Kaplan, Director of the Sheppard Library, dated July 20, 2005. Mr. Kaplan states that original copies of the aforementioned Blue Books were received by the Sheppard Library on a yearly basis from 1937-1996.

    3.    Attached as Exhibit 2 is a true copy of the Memorandum Opinion granting summary judgment to Eli Lilly and Company in *Galvin v. Eli Lilly and Company*, 03-CV-1797 (CKK) (D.D.C. June 10, 2005).

B3073950.1

4. Attached as Exhibit 3 are true copies of excerpts of the deposition transcript of William R. Principe, R.Ph. in the above-captioned matter, dated March 25, 2005.

5. Attached as Exhibit 4 are true copies of excerpts from the deposition transcript of Harold B. Sparr in *Bohlin v. Eli Lilly and Company*, 03-CV-11577 (MEL) (D. Mass. Dec. 7, 2004).

6. Attached as Exhibit 5 is a true copy of a List of Pharmacists Surveyed by Harold Sparr, dated April 23, 2004.

7. Attached as Exhibit 6 is a true copy of Attachment 1 to the Report of Harold Sparr, dated October 12, 2004 and titled "Stilbestrol Survey for Pharmacists".

8. Attached as Exhibit 7 are true copies of excerpts from the deposition transcript of Philip Cafferty in *Dean v. Eli Lilly and Company*, Civil Action No. 02-CV-11078 (RGS) (D. Mass. Aug. 22, 2003).

Dated: July 25, 2005

                                                                       Brian L. Henninger

Sworn before me this 25th day of July, 2005

Notary Public:
My commission expires: Jan 19, 2012

B3073950.1

- 2 -