# EXHIBIT 1(A)

# 1958-1959
## American Druggist
# BLUE BOOK



SHEPPARD LIBRARY
MASSACHUSETTS
COLLEGE OF PHARMACY

AMERICAN DRUGGIST

# 1958-1959 BLUE BOOK

*Featuring the easy-to-read type . . . thousands of recent price changes . . . and thousands of new products.*

## SECTIONS

MERCHANDISING - - - - 4

PRESCRIPTION - - - - 21

PRODUCTS AND PRICES - - - - 31
Including "How To Use This Section"

ANIMAL-POULTRY HEALTH - - - - 665

INDEX OF MANUFACTURERS - - - - 671

INDEX OF ADVERTISERS - - - - 700

## DETAILED INDEX

Anti-Sun Product Selling.............. 14
Baby Goods Check List.............. 6
Botanical Synonyms.............. 23
Cattle Booklets.............. 669
Chemicals Against Animal Parasites... 665
City or Metropolitan Drug Associations, Secretaries of.............. 3
Common Sense Spells $ and Cents.... 18
Cosmetics and Toiletries Sales....... 17
Drug Associations' Secretaries......... 3
Gestation Table of Farm Animals....... 670
Immunologic Procedures For Cattle, Dogs, Horses, Sheep, Swine, Poultry . 667
Latin Words and Phrases.............. 27
Merchandising Section.............. 4
Organizations Serving Drug Field....... 3
Photography Profits.............. 8
Plus Value From Your Blue Book....... 4
Prescription Section.............. 21
Prescription Department Equipment.... 21
Secretaries in the Drug Industry....... 3
State Boards of Pharmacy Secretaries.. 3
State Pharmaceutical Assn. Secretaries. 3
Storage of Chemicals.............. 28
Sundries Selling.............. 10
Symbols in the Blue Book.............. 31
Synonyms of Botanical Drugs.......... 23
Writing Items' Sales.............. 12

**OFFICES OF THE BLUE BOOK**

NEW YORK
250 West 55th Street,
New York 19, N. Y.
PLaza 7-5020

WEST COAST
D. A. Scott & Co., 85 Post St.,
San Francisco 4; D. A. Scott & Co., 1901
West 8th St., Los Angeles 57,
GArfield 1-7950 • DUnkirk 8-4151

CLEVELAND
Keith Building
East 17th Street
Cleveland 15, Ohio
SUperior 1-9139

CHICAGO
11 North Wacker Drive,
Chicago 6, Illinois.
FRanklin 2-0640

DAN RENNICK
*Editor*

RICHARD E. DEEMS
*Executive V. P.*

ROBERT A. O'MALLEY
*Publisher*

EDITORIAL STAFF

IRVING RUBIN, Ph.G., B.A.
*Editorial Director*

MARGARET DUNN TREMPER
*Compilation Editor*

PATRICIA JOAN KIMMER
*Assistant Compilation Editor*

LORETTA LINZENBERG
*Assistant Compilation Editor*

ANNE O'TOOLE
*Assistant Compilation Editor*

EARL CARVER
*Art Editor*

BUSINESS STAFF

O. M. ONESTY, JR.
*Eastern Manager*

HOWARD L. HAGEMANN
*Western Manager*

J. A. ROBINSON
*Office Manager*

*Published by American Druggist
250 W. 55th Street,
New York 19, N. Y.*

*American Druggist Blue Book,
29th Annual Revision*
*Copyright 1958,
by The Hearst Corporation
New York, N. Y.*

| Item | Retail | Wholesale |
|---|---|---|
| **DICODAMOR⊙** (17464 Moore & Co.) | | |
| Syrup, 4 oz. ea. | .... | .90 |
| Pt. ea. | .... | 2.50 |
| Gal. ea. | .... | 10.95 |
| **DICODATE COMPOUND(℞)⊙** (2841 Bolton-Wallace) | | |
| 30s ea. | .... | 3.00 |
| **DICODETHAL⊙** (14677 Lannett) | | |
| Elixir, pt. ea. | .... | 1.70 |
| Gal. ea. | .... | 10.80 |
| **DICODID BITARTRATE(℞)●** (14189C Knoll Pharm.) | | |
| Powder | | |
| 15 gr. vial ea. | .... | 3.00 |
| ½ oz. bot. ea. | .... | 38.00 |
| 1 oz. bot. ea. | .... | 68.80 |
| Tablets, Soluble, 5 mg. 1/12 gr. | | |
| Tube of 10s ea. | .... | .60 |
| 100s ea. | .... | 3.50 |
| 500s ea. | .... | 14.00 |
| 1000s ea. | .... | 26.00 |
| **DICODRINE** (4109 Breon) | | |
| Liquid, 16 oz. ea. | 3.90 | 2.34 |
| Gal. ea. | 26.70 | 16.02 |
| **DICOFED⊙** (1154 Archer-Taylor) | | |
| Syrup, 16 oz., ea. | .... | 2.20 |
| **DICOFED W/NEO PYRAMINE⊙** (1154 Archer-Taylor) | | |
| Pt. ea. | ... | 2.50 |
| **DICOL SYRUP** (11557 Haug) | | |
| Pt. ea. | .... | 1.50 |
| Gal. ea. | .... | 10.50 |
| **DI-COL-Q** (18234 New York Drug Concern) | | |
| 2 oz. | .... | 9.00 |
| **DICOMAL** (17804 Naman) | | |
| Liquid, 4 oz | .... | 9.00 |
| 16 oz. ea. | .... | 2.80 |
| **DICONONE⊙** (5240 Cee Dee Pharm.) | | |
| Pt. ea. | .... | 3.50 |
| Compound, Pt. ea. | .... | 2.50 |
| Gal. ea. | .... | 18.00 |
| **DICORVIN ℞** (894 Amfre-Grant) | | |
| Tablets, 50s ea. | .... | 10.00 |
| 100s ea. | .... | 18.00 |
| 500s ea. | .... | 78.00 |
| **DICOSED⊙** (9149 Flint, Eaton) | | |
| Pt. ea. | .... | 1.70 |
| Gal. ea. | .... | 11.05 |
| **DICOTRATE⊙** (4524 Buffington's) | | |
| Syrup, 16 oz. ea. | 3.50 | 2.10 |
| Gal ea. | 16.25 | 9.75 |
| **DICOTRATE W/PARAMINYL(℞)⊙** (4524 Buffington's) | | |
| Syrup, 16 oz. ea. | 4.00 | 2.40 |
| Gal. ea. | 24.35 | 14.61 |

## DICRYSTICIN

**See Squibb Penicillin Products, at "P".**

| Item | Fair Trade Min. | Retail | Wholesale |
|---|---|---|---|
| **DICRYSTICIN(℞)** (24119 Squibb) | | | |
| 1 dose vial ea. | | *.53 | .32 |
| 5 dose vial ea. | | *1.92 | 1.15 |
| **DICRYSTICIN FORTIS(℞)** (24119 Squibb) | | | |
| 1 dose vial ea. | | *.68 | .41 |
| 5 dose vial ea. | | *2.50 | 1.50 |
| **DICUMAROL(℞)** | | | |
| Abbott (89) | | | |
| Tablets, | | | |
| 25 mg., 100s ea. | *1.57 | 1.75 | 1.05 |
| 1000s ea. | *13.41 | 14.90 | 8.94 |
| 50 mg., 100s ea. | *2.56 | 2.85 | 1.71 |
| 1000s ea. | *21.78 | 24.20 | 14.52 |
| 5000s/1000 | *19.60 | 21.78 | 13.07 |
| 100 mg., 100s ea. | *4.05 | 4.50 | 2.70 |
| 1000s ea. | *34.38 | 38.20 | 22.92 |
| 5000s/1000 | *30.94 | 34.38 | 20.63 |
| DuMont Pharmacal Co. (7767) | | | |
| Tablets, 50 mg. 100s ea. | | .... | 1.35 |
| 1000s ea. | | .... | 10.00 |
| 5000/1000s | | .... | 9.35 |
| Lannett (14677) | | | |
| Capsules, 50-mg. | | | |
| 500s ea. | | .... | 7.00 |
| 1000s ea. | | .... | 12.00 |
| 100 mg., 500s ea. | | .... | 11.50 |
| 1000s ea. | | .... | 20.00 |
| Lilly (15249) | | | |
| 25 mg., 100s ea. | *1.75 | 1.95 | 1.17 |
| 1000s ea. | *15.30 | 17.00 | 10.20 |
| 50 mg., 100s ea. | *2.70 | 3.00 | 1.80 |
| 1000s ea. | *23.22 | 25.80 | 15.48 |
| 100 mg., 100s ea. | *4.05 | 4.50 | 2.70 |
| 1000s ea. | *35.73 | 39.70 | 23.82 |
| Physicians' Drug & Supply (20137) | | | |
| Tablets, 25 mg., 100s ea. | | .... | .85 |
| 1000s ea. | | .... | 6.40 |
| 50 mg., 100s ea. | | .... | 1.50 |
| 1000s ea. | | .... | 11.90 |
| **DICURIN PROCAINE(℞)** (15249 Lilly) | | | |
| Ampoules, 2 c.c. | | | |
| 25s ea. | *8.59 | 9.55 | 5.73 |
| 100s ea. | *33.30 | 37.00 | 22.20 |
| 10 c.c. r.s., ea. | *1.80 | 2.00 | 1.20 |
| **DI-DEE-DIP** (17544 Mor-Mar Sales Co.) | | | |
| 16 oz. | | *1.59 | 10.80 |
| **DIDY** (15430 Lockwood Lawrence) | | | |
| | | .75 | 5.40 |
| **DIE-FLY** (8823 Farnam) | | | |
| Powder, 1 lb. | | *1.39 | 11.20 |
| 5 lb. (case of 4) | | *4.98 | 14.40 |

| Item | Fair Trade Min. | Retail | Wholesale |
|---|---|---|---|
| **DIEHL, WM. CO.** (7425) | | | |
| Yellow Carnauba, lb. | | *1.35 | .... |
| Refined Carnauba, lb. | | *.80 | .... |
| **DIELDRIN 15L** (5654 Chipman) | | | |
| Case of 4 gal./gal. | | .... | 6.30 |
| 5 gal. drum/gal. | | .... | 6.05 |
| **DIENEST(℞)** (27514 Wallau) | | | |
| Tablets, 30s | | .... | 18.00 |
| 60s | | .... | 32.40 |
| **DIENESTROL(℞)** | | | |
| American Drug Products (696) | | | |
| Tablets, 0.1 mg., 1000s ea. | | .... | 2.15 |
| 0.5 mg., 1000s ea. | | .... | 3.30 |
| Bio-Ramo (2520A) | | | |
| C.T., 0.1 mg., 100s ea. | | 1.50 | .90 |
| 0.5 mg., 100s ea. | | 2.25 | 1.35 |
| 1.5 mg., 100s ea. | | 3.30 | 2.00 |
| 10.0 mg., 100s ea. | | 8.30 | 5.00 |
| Campbell (4836) | | | |
| Tabs., 0.1 mgs., 1000s ea. | | .... | 8.00 |
| 0.5 mgs., 1000s ea. | | .... | 12.00 |
| Central Pharmacal (5294) | | | |
| Restrol (See under Trade Name) | | | |
| City Chem. (5718) | | | |
| 5 Gm., ea. | | .... | 6.25 |
| 10 Gm., ea. | | .... | 11.00 |
| Dillard, R. Yates (7446) | | | |
| Injection, 10 c.c. ea. | | .... | 1.80 |
| DuMont Pharmacal Co. (7767) | | | |
| Tablets, E.C. 0.5 mg. | | | |
| 100s ea. | | .... | .60 |
| 500s ea. | | .... | 2.25 |
| 1000s ea. | | .... | 4.00 |
| Fielding Chem. (89978) | | | |
| 5 gms. ea. | | .... | 6.35 |
| Haug (11557) | | | |
| Tablets, 0.5 mg., | | | |
| 100s ea. | | .... | .90 |
| 1000s ea. | | .... | 7.90 |
| Jan Labs. (13181) | | | |
| Tablets, 0.5 mg., 100s ea. | | .... | .50 |
| 500s ea. | | .... | 2.00 |
| 1000s ea. | | .... | 3.50 |
| Lloyd, Dabney & Westerfield (15391) | | | |
| Tablets, | | | |
| 0.1 mg. 100s ea. | | .... | .80 |
| 0.5 mg., 100s ea. | | .... | 1.10 |
| 0.25 mg. 100s ea. | | .... | .95 |
| 5.0 mg. 100s ea. | | .... | 1.85 |
| Mann Fine Chem. (15930) | | | |
| Crystals, 10 gm. bot. ea. | | .... | 6.00 |
| Massengill (16199) | | | |
| Tablets, 0.5 mg. | | | |
| 500s ea. | *5.55 | .... | 3.70 |

## DIENESTROL CREAM

**Composition:** Vaginal cream containing 0.1 mg. of the synthetic estrogen dienestrol per gram of cream.

**Action and Uses:** Used topically for the treatment of senile and atrophic vaginitis or other vaginal disturbances associated with hypoestrogenic conditions.

**How Administered:** Applied intravaginally by ORTHO® Applicator. Average dose, one applicatorful daily for 7 to 14 days, then reduced to once every 48 hours for a similar period.

**How Supplied:** Large tubes with or without ORTHO Measured-dose Applicator.

**ORTHO PHARMACEUTICAL CORPORATION**
Raritan, New Jersey

| Item | Fair Trade Min. | Retail | Wholesale |
|---|---|---|---|
| Ortho (19165) | | | |
| Cream, w/applicator | | 3.15 | 25.20 |
| tube only | | 2.50 | 20.00 |
| Physicians' Drug & Supply (20137) | | | |
| Tablets, 0.5 mg. 1000s ea. | | .... | 3.20 |
| Veltex (27112) | | | |
| Tablets, 0.5 mg., 100s | | .... | 12.00 |
| 1000s ea. | | .... | 7.80 |
| West-ward (27887) | | | |
| Tablets, S.C. | | | |
| 0.5 mg., 100s ea. | | .... | .75 |
| 1000s ea. | | .... | 5.00 |
| 5000s bulk/1000 | | .... | 4.60 |
| White Labs. (27959) | | | |
| Synestrol (See Under Trade Name) | | | |
| **DI-ERONE(℞)** (14397 Kremers-Urban) | | | |
| Tablets, 20s ea. | | 2.25 | 1.35 |
| 60s ea. | | 5.20 | 3.12 |
| 500s ea. | | 34.50 | 20.70 |
| 1000s ea. | | 67.50 | 40.50 |
| **DI-ERONE AP ℞** (14397 Kremers-Urban) | | | |
| Tablets, 60s ea. | | 5.75 | 3.45 |
| **DIESTIANS** (20493 Pond Pharm.) | | | |
| Tablets | | | |
| 15s | *.23 | .25 | 2.00 |
| 35s | *.49 | .50 | 4.00 |
| 80s | *.98 | 1.00 | 8.00 |

| Item | Fair Trade Min. | Retail | Wholesale |
|---|---|---|---|
| **DI-ESTROL(℞)** (4836 Campbell Pharm.) | | | |
| 5 mgm./c.c., | | | |
| 10 c.c. vial ea. | | ... | 1.18 |
| **DIESTRYL ℞** (18546 Normand Pharm.) | | | |
| Tablets, C.T., | | | |
| 5 mg., 500s ea. | | .... | 2.65 |
| 1000s ea. | | .... | 4.40 |
| 25 mg., 500s ea. | | .... | 7.10 |
| 1000s ea. | | .... | 13.50 |
| **DIETABS ℞** (13894 Key Corp.) | | | |
| Series A, Plain Tablets | | | |
| Set of 3x 100s ea. | *9.00 | 12.00 | 6.00 |
| 3x1000s ea. | | .... | 30.00 |
| **DIETAM ℞** (17723B Myers-Carter) | | | |
| 100s ea. | | .... | 3.00 |
| **DIETCAPS** (28778B Zirin) | | | |
| Set, 3 x 100 Caps. | | 15.00 | 90.00 |
| 3 x 1000 Caps. | | 90.00 | 540.00 |
| **DIETCAPS ℞** (2647 Blaine Drug) | | | |
| Timed Cap, 100s ea. | | .... | 3.00 |
| 1000s ea. | | .... | 24.00 |
| **DIETEMIC** (14839A Lawton Labs.) | | | |
| Elixir, 8 oz. ea. | | 1.95 | 1.30 |
| **DIETENE REDUCING SUPPLEMENT** (7429 Dietene) | | | |
| 1 lb. | *1.79 | 1.80 | 14.40 |
| 5 lbs. ea. | *8.39 | 8.40 | 5.60 |
| **DIETEX** (7359 Diacin Chemical) | | | |
| Tablets 63s | | *3.00 | 24.00 |
| **DIETHRONS** (27308A Vitamin Industries) | | | |
| Caps., 60s ea. | | 3.00 | 1.80 |
| 120s ea. | | 5.00 | 3.00 |
| **DI-ETH-STROL(℞)** (5664 Christina) | | | |
| Aqueous Suspension, 25 mg./c.c. USP | | | |
| 10 c.c. vial ea. | | .... | 1.65 |
| In Oil, 25 mg./c.c. USP | | | |
| 10 c.c. vial ea. | | .... | 1.65 |
| **DIETHYLBARBITURIC ACID** (See Barbital) | | | |
| **DIETHYLSTILBESTROL(℞)** | | | |
| A.P.C. (809) | | | |
| Tablets, 1 gm. | | | |
| 1000s ea. | | .... | 1.64 |
| 5 x 1000/1000 | | .... | 1.54 |
| Enteric Coated Red | | | |
| 1000s ea | | .... | 2.06 |
| 5 x 1000/1000 | | .... | 1.90 |
| 5 mg., 100s ea. | | .... | .80 |
| 1000s ea. | | .... | 5.76 |
| 5 x 1000/1000 | | .... | 5.56 |
| Enteric Coated Red | | | |
| 100s ea. | | .... | .88 |
| 1000s ea. | | .... | 6.60 |
| 5 x 1000/1000 | | .... | 6.40 |
| 25 mg., 100s ea. | | .... | 2.00 |
| 1000s ea. | | .... | 18.00 |
| 5 x 1000/1000 | | .... | 17.50 |
| Enteric Coated Red | | | |
| 100s ea. | | .... | 2.20 |
| 1000s ea. | | .... | 19.20 |
| 5 x 1000/1000 | | .... | 18.50 |
| Abbott (89) | | | |
| Enterab Tablets, 5 mg. | | | |
| 100s ea. | *3.64 | 4.05 | 2.43 |
| 250s ea. | *8.55 | 9.50 | 5.70 |
| 1000s ea. | *31.41 | 34.90 | 20.94 |
| 5000s/1000 | *29.83 | 33.15 | 19.89 |
| Suppositories, Vaginal | | | |
| 0.5 mg., 6s ea. | *1.17 | 1.30 | .78 |
| 50s ea. | *8.19 | 9.10 | 5.46 |
| Tablets, | | | |
| 5 mg., 100s ea. | *3.42 | 3.80 | 2.28 |
| 250s ea. | *7.87 | 8.75 | 5.25 |
| 1000s ea. | *29.16 | 32.40 | 19.44 |
| 5000s/1000 | *27.00 | 30.00 | 18.00 |
| 25 mg. 100s ea. | *7.50 | 8.33 | 5.00 |
| 1000s ea. | *71.25 | 79.17 | 47.50 |
| 5000s/1000 | *59.25 | 65.83 | 39.50 |
| Academy (116) | | | |
| 1 mg., 100s ea. | | .... | .20 |
| 1000s ea. | | .... | 1.15 |
| 1 mg., EC., 100s ea. | | .... | .25 |
| 1000s ea. | | .... | 1.50 |
| 5 mg., 100s ea. | | .... | .40 |
| 1000s ea. | | .... | 3.25 |
| EC., 100s ea. | | .... | .45 |
| 1000s ea. | | .... | 4.00 |
| 25 mg., 100s ea. | | .... | 1.25 |
| 1000s ea. | | .... | 11.00 |
| EC., 100s ea. | | .... | 1.35 |
| 1000s ea. | | .... | 12.00 |
| American Bio-Chemical (621) | | | |
| Vial, | | | |
| In Oil, 25 mg., 10 c.c. | | 1.00 | .... |
| 30 c.c. | | 2.50 | .... |
| American Drug Prod. (696) | | | |
| Capsules, 15 mgm., 1000s ea. | | .... | 12.00 |
| Suppositories | | | |
| 0.1 mg., 100s ea. | | .... | 12.50 |
| 0.5 mg., 100s ea. | | .... | 14.00 |
| Tablets, 0.1 mgm., 1000s ea. | | .... | .65 |
| E.C., 1000s ea. | | .... | 1.00 |
| 0.25 mgm., 1000s ea. | | .... | .70 |
| E.C., 1000s ea. | | .... | .90 |
| 0.5 mgm., 1000s ea. | | .... | .75 |
| E.C., 1000s ea. | | .... | 1.00 |
| 1.0 mgm., 1000s ea. | | .... | .85 |
| E.C., 1000s ea. | | .... | 1.10 |
| 5.0 mgm., 1000s ea. | | .... | 1.90 |
| E.C., 1000s ea. | | .... | 2.15 |
| 25 mgm., 1000s ea. | | .... | 6.20 |
| E.C., 1000s ea. | | .... | 6.50 |
| 100 mgm., 1000s ea. | | .... | 21.00 |
| Vials, In Oil, | | | |
| 10 c.c., 25 mg./c.c., 1s ea. | | .... | .95 |
| American Serum Co. (841A) | | | |
| Vet., 10 c.c. (1-2 doses) ea. | | .75 | .50 |
| Amfre-Grant (894) | | | |
| des (See Under Trade Name) | | | |
| Anchor Serum (945) | | .... | .... |

| Item | Retail | Wholesale |
|---|---|---|
| Approved Pharm. (1140) | | |
| Tablets, U.S.P. | | |
| C.T., 0.5 mg., 100s ea. | .... | .20 |
| 500s ea. | .... | [illegible] |
| 1000s ea. | .... | [illegible] |
| 5000s/1000s | .... | [illegible] |
| 1. mg., 100s ea. | .... | [illegible] |
| 500s ea. | .... | [illegible] |
| 1000s ea. | .... | 1.20 |
| 5000s/1000s | .... | 1.10 |
| 5. mg., 100s ea. | .... | .40 |
| 500s ea. | .... | 1.80 |
| 1000s ea. | .... | 3.20 |
| 5000s/1000s | .... | 2.90 |
| 25 mg., 100s ea. | .... | 1.05 |
| 500s ea. | .... | 4.85 |
| 1000s ea. | .... | 9.00 |
| 5000s/1000s | .... | 8.65 |
| 100 mg., 100s ea. | .... | 4.65 |
| 500s ea. | .... | 22.50 |
| 1000s ea. | .... | 40.25 |
| E.C., 0.1 mg., 100s ea. | .... | .40 |
| 1000s ea. | .... | 1.65 |
| 0.25 mg., 100s ea. | .... | .45 |
| 1000s ea. | .... | 1.85 |
| 0.5 mg., 100s ea. | .... | .30 |
| 500s ea. | .... | .80 |
| 1000s ea. | .... | 1.35 |
| 5000s/1000s | .... | 1.25 |
| 1. mg., 100s ea. | .... | .35 |
| 500s ea. | .... | 1.00 |
| 1000s ea. | .... | 1.50 |
| 5000s/1000s | .... | 1.30 |
| 5. mg., 100s ea. | .... | .50 |
| 500s ea. | .... | 2.20 |
| 1000s ea. | .... | [illegible] |
| 5000s/1000s | .... | 3.45 |
| 25 mg., 100s ea. | .... | [illegible] |
| 500s ea. | .... | 5.35 |
| 1000s ea. | .... | [illegible] |
| 5000s/1000s | .... | 9.65 |
| Arlco Drug Co. (1197) | | |
| Tablets, | | |
| C.T., 1 mg., 100s ea. | .... | [illegible] |
| C.T., 5 mg., 100s ea. | .... | [illegible] |
| 25 mg., 100s ea. | .... | 2.17 |
| Atlas Pharm Labs. (1452A) | | |
| Tablets, 1 mg., 1000s ea. | 6.00 | [illegible] |
| 5 mg., 1000s ea. | 10.00 | [illegible] |
| 25 mg., 100s ea. | 2.80 | [illegible] |
| 1000s ea. | 24.00 | [illegible] |
| Vials, | | |
| In Sesame Oil, | | |
| 50 mg./c.c., 10 c.c. ea. | 4.80 | 2.88 |
| N.F., | | |
| 5 mg./c.c., | | |
| 30 c.c. ea. | 2.20 | 1.32 |
| 25 mg./c.c., | | |
| 10 c.c. ea. | 3.40 | 2.04 |
| B-H Pharmacal Co. (1546) | | |
| Tablets, | | |
| C.T., 0.5 mg., 1000s ea. | .... | 1.00 |
| 1 mg., 1000s ea. | .... | 1.20 |
| 5 mg., 100s ea. | .... | [illegible] |
| 1000s ea. | .... | 2.60 |
| 25 mg., 100s ea. | .... | .85 |
| 1000s ea. | .... | 7.10 |
| 100 mg., 100s ea. | .... | 2.85 |
| 1000s ea. | .... | 26.20 |
| E.C., 0.5 mg., 1000s ea. | .... | 1.35 |
| 1 mg., 1000s ea. | .... | 1.55 |
| 5 mg., 100s ea. | .... | .45 |
| 1000s ea. | .... | 3.05 |
| 25 mg., 100s ea. | .... | .95 |
| 1000s ea. | .... | 7.65 |
| Barre Drug (1868) | | |
| Tablets, 1.0 mg., 100s ea. | .... | .25 |
| 1000s ea. | .... | 1.55 |
| 5.0 mg., 100s ea. | .... | .45 |
| 1000s ea. | .... | 3.00 |
| 25.0 mg., 100s ea. | .... | .95 |
| 1000s ea. | .... | 7.95 |
| E.C., 1.0 mg., 100s ea. | .... | .30 |
| 1000s ea. | .... | 1.90 |
| 5.0 mg., 100s ea. | .... | .55 |
| 500s ea. | .... | 2.25 |
| 1000s ea. | .... | 3.75 |
| 25.0 mg., 100s ea. | .... | 1.05 |
| 500s ea. | .... | 4.70 |
| 1000s ea. | .... | 9.00 |
| Bates (1910) | | |
| Tablets, 0.1 mg. 100s ea. | .... | .18 |
| 1000s ea. | .... | 1.00 |
| 0.25 mg. 100s ea. | .... | .20 |
| 1000s ea. | .... | 1.15 |
| 0.50 mg. 100s ea. | .... | .23 |
| 1000s ea. | .... | 1.30 |
| 1.0 mg. 100s ea. | .... | .26 |
| 1000s ea. | .... | 1.60 |
| 5.0 mg. 100s ea. | .... | .45 |
| 1000s ea. | .... | 3.50 |
| 25.0 mg. 100s ea. | .... | 1.65 |
| 1000s ea. | .... | 14.00 |
| E. C. 0.1 mg. 100s ea. | .... | .22 |
| 1000s ea. | .... | 1.60 |
| 0.25 mg. 100s ea. | .... | .24 |
| 1000s ea. | .... | 1.75 |
| 0.50 mg. 100s ea. | .... | .27 |
| 1000s ea. | .... | 1.90 |
| 1.0 mg. 100s ea. | .... | .30 |
| 1000s ea. | .... | 2.20 |
| 5.0 mg. 100s ea. | .... | .60 |
| 1000s ea. | .... | 4.75 |
| 25.0 mg. 100s ea. | .... | 1.75 |
| 1000s ea. | .... | 15.00 |
| Bell Pharmacal (2162) | | |
| Aqueous or Oil, 5 mg./c.c. | | |
| 30 c.c. vial, ea. | .... | 3.00 |

(Continued on Next Page)

| DIETHYLSTILBESTROL ℞ (Continued) | | |
|---|---|---|
| Bingham, R.H. Co., Inc. (2482) | | |
| Tablets, 5 mg., 100s ea. | .... | 1.00 |
| 1000s ea. | .... | 6.50 |
| 25 mg., 100s ea. | .... | 2.00 |
| 1000s ea. | .... | 16.00 |
| E.C., 100s ea. | .... | 8.00 |
| Bio America (2497) | | |
| Tablets, E. C., 10 mg., | | |
| 100s ea. | .... | 1.23 |
| 1000s ea. | .... | 9.57 |
| Bio-Intrasol (2512) | | |
| 1 mg./c.c., 1 c.c. | 7.50 | .... |
| Bio-Ramo (2520A) | | |
| C.T., 0.1 mg., 100s ea. | .58 | .35 |
| 0.25 mg., 100s ea. | .82 | .50 |
| 0.5 mg., 100s ea. | 1.08 | .65 |
| 1.0 mg., 100s ea. | 1.50 | .90 |
| 5.0 mg., 100s ea. | 2.10 | 1.20 |
| 25.0 mg., 100s ea. | 4.15 | 2.50 |
| 50.0 mg., 100s ea. | 7.50 | 4.50 |
| 100.0 mg., 100s ea. | 12.50 | 7.50 |
| Bios Labs. (2523) | | |
| Bot., 25 Gm. ea. | .... | 7.00 |
| Bowman Bros. (3063) | | |
| C.T. 1 mg., 1000s ea. | .... | 4.80 |
| 5 mg., 1000s ea. | .... | 6.30 |
| Boyle (3084) | | |
| Tablets, USP | | |
| 5.0 mg., | | |
| E.C., 100s ea. ...•1.97 | .... | 1.25 |
| 1000s ea. ..•15.75 | .... | 10.00 |
| C.T., 100s ea. ...•1.88 | .... | 1.20 |
| 1000s ea. ...•15.36 | .... | 9.75 |
| 25 mg., | | |
| E.C., 100s ea. ...•5.51 | .... | 3.50 |
| Brewer (4209) | | |
| Gel-ets, 0.5 mg., 100s ea. | 1.05 | .63 |
| 1000s ea. | 9.10 | 5.46 |
| 1 mg., 100s ea. | 1.25 | .75 |
| 1000s ea. | 10.85 | 6.51 |
| 5 mg., 100s ea. | 3.60 | 2.16 |
| 1000s ea. | 26.00 | 15.60 |
| 25 mg., 100s ea. | 7.50 | 4.50 |
| 1000s ea. | 63.35 | 38.01 |
| Bryant Pharm. (4470) | | |
| Tablets, Plain | | |
| 0.5 mg., 100s ea. | .... | .25 |
| 1000s ea. | .... | 1.05 |
| 1.0 mg., 100s ea. | .... | .30 |
| 1000s ea. | .... | 1.50 |
| 5.0 mg., 100s ea. | .... | .50 |
| 1000s ea. | .... | 2.95 |
| 25 mg., 100s ea. | .... | 1.30 |
| 1000s ea. | .... | 9.05 |
| E.C., | | |
| 0.5 mg., 100s ea. | .... | .30 |
| 1000s ea. | .... | 1.95 |
| 1.0 mg., 100s ea. | .... | .35 |
| 1000s ea. | .... | 2.25 |
| 5.0 mg., 100s ea. | .... | .60 |
| 1000s ea. | .... | 3.85 |
| 25 mg., 100s ea. | .... | 1.45 |
| 1000s ea. | .... | 9.95 |
| Cameron Medical (4815) | | |
| Tablets, 5.0 mg., 1000s ea. | .... | 12.00 |
| 25.0 mg., 1000s ea. | .... | 25.00 |
| Campbell Pharm. (4836) | | |
| 1.0 mgs., 1000s ea. | .... | 3.65 |
| 5.0 mgs., 1000s ea. | .... | 4.90 |
| 25 mgs., 1000s ea. | .... | 12.00 |
| Carnrick (5029) | | |
| Tablets, | | |
| 5.0 mg., 100s ea. ..•2.40 | .... | 1.60 |
| 1000s ea. ..•18.39 | .... | 12.26 |
| 25.0 mg., 100s ea. ..•7.08 | .... | 4.72 |
| 1000s ea. ..•63.38 | .... | 42.25 |
| Carroll Chemical (5075) | | |
| Tablets, | | |
| Plain, | | |
| 1.0 mg., 100s ea. | .... | .30 |
| 1000s ea. | .... | 1.75 |
| 5.0 mg., 100s ea. | .... | .65 |
| 1000s ea. | .... | 4.25 |
| 25.0 mg., 100s ea. | .... | 1.30 |
| 1000s ea. | .... | 10.75 |
| E. C., 1.0 mg., 100s ea. | .... | .35 |
| 1000s ea. | .... | 2.10 |
| 5.0 mg., 100s ea. | .... | .70 |
| 1000s ea. | .... | 5.20 |
| 25.0 mg., 100s ea. | .... | 1.50 |
| 1000s ea. | .... | 12.50 |
| Cenci (5271) | | |
| Tablets, U.S.P. | | |
| 0.1 mg., 100s ea. | .... | .28 |
| 1000s ea. | .... | 1.25 |
| 5000s/1000 | .... | 1.13 |
| 0.25 mg., 100s ea. | .... | .34 |
| 1000s ea. | .... | 1.65 |
| 5000s/1000 | .... | 1.50 |
| 0.50 mg., 100s ea. | .... | .35 |
| 1000s ea. | .... | 1.90 |
| 5000s/1000 | .... | 1.82 |
| 1 mg., 100s ea. | .... | .50 |
| 1000s ea. | .... | 2.50 |
| 5000s/1000 | .... | 1.95 |
| 5 mg., 100s ea. | .... | 1.25 |
| 1000s ea. | .... | 6.95 |
| 5000s/1000 | .... | 5.75 |
| 25 mg., 100s ea. | .... | 2.25 |
| 1000s ea. | .... | 19.50 |
| 5000s/1000 | .... | 16.25 |
| 50 mg., 100s ea. | .... | 3.75 |
| 500s ea. | .... | 17.40 |
| 1000s ea. | .... | 31.50 |
| 5000s/1000 | .... | 30.00 |

| Item | | |
|---|---|---|
| 100 mg., 100s ea. | .... | 8.50 |
| 500s ea. | .... | 34.78 |
| 1000s ea. | .... | 66.25 |
| 5000s/1000 | .... | 63.25 |
| Chase Chem. (5490) | | |
| Tablets | | |
| 0.1 mg., 100s ea. | .... | .28 |
| 1000s ea. | .... | 1.80 |
| E.C., 100s ea. | .... | .36 |
| 1000s ea. | .... | 2.00 |
| 0.5 mg., 100s ea. | .... | .32 |
| 1000s ea. | .... | 1.80 |
| E.C., 100s ea. | .... | .40 |
| 1000s ea. | .... | 2.20 |
| 1.0 mg., 100s ea. | .... | .48 |
| 1000s ea. | .... | 2.40 |
| E.C., 100s ea. | .... | .56 |
| 1000s ea. | .... | 2.80 |
| 5 mg., 100s ea. | .... | .80 |
| 1000s ea. | .... | 6.00 |
| E.C., 100s ea. | .... | .84 |
| 1000s ea. | .... | 6.00 |
| *25 mg., E.C., 100s ea. | .... | 2.20 |
| 1000s ea. | .... | 20.00 |
| Chicago Pharmacal (5619) | | |
| Injectable, Vials, | | |
| 50 mg./c.c. 10 c.c. ea. | .... | 2.75 |
| Tablets, 0.25 mg., S.C. | | |
| 100s ea. | .... | .55 |
| 1000s ea. | .... | 3.00 |
| 0.5 mg., S.C. 100s ea. | .... | .60 |
| 1000s ea. | .... | 3.50 |
| 1.0 mg., S.C. 100s ea. | .... | .65 |
| 1000s ea. | .... | 4.00 |
| 5 mg., S.C. 100s ea. | .... | 1.15 |
| 1000s ea. | .... | 9.00 |
| 5 mg., Plain, 100s ea. | .... | 1.10 |
| 1000s ea. | .... | 8.50 |
| 25 mg., S.C. 100s ea. | .... | 3.25 |
| 1000s ea. | .... | 30.00 |
| 50 mg., Plain 100s ea. | .... | 6.15 |
| 1000s ea. | .... | 59.00 |
| Christina (5664) | | |
| Di-Eth-Strol (See Under Trade Name) | | |
| Colonial Laboratories (6009A) | | |
| Injection, In Oil, 50 mg/c.c., | | |
| 30 c.c., ea. | .... | 3.00 |
| Columbia (6045) | | |
| Tablets, 1 mg., 1000s ea. | .... | .95 |
| 5 mg., 1000s ea. | .... | 2.10 |
| 25 mg., 1000s ea. | .... | 8.35 |
| E.C., 0.5 mg., 1000s ea. | .... | 1.05 |
| 1 mg., 1000s ea. | .... | 1.35 |
| 5 mg., 1000s ea. | .... | 2.55 |
| 25 mg., 1000s ea. | .... | 8.95 |
| Consolidated Midland Corp. (6156) | | |
| Tablets, | | |
| Plain, | | |
| 0.1 mg., 100s ea. | .... | .30 |
| 1000s ea. | .... | 1.05 |
| 5000s/1000s | .... | 1.00 |
| 0.5 mg., 100s ea. | .... | .35 |
| 1000s ea. | .... | 1.15 |
| 5000s/1000s | .... | 1.10 |
| 1.0 mg., 100s ea. | .... | .40 |
| 1000s ea. | .... | 1.20 |
| 5000s/1000s | .... | 1.10 |
| 5.0 mg., 100s ea. | .... | .55 |
| 1000s ea. | .... | 3.00 |
| 5000s/1000s | .... | 2.75 |
| 25 mg., 100s ea. | .... | 1.20 |
| 1000s ea. | .... | 8.10 |
| 5000s/1000s | .... | 7.65 |
| E. C., | | |
| 0.1 mg., 100s ea. | .... | .40 |
| 1000s ea. | .... | 1.80 |
| 5000s/1000s | .... | 1.65 |
| 0.5 mg., 100s ea. | .... | .45 |
| 1000s ea. | .... | 1.35 |
| 5000s/1000s | .... | 1.20 |
| 1.0 mg., 100s ea. | .... | .45 |
| 1000s ea. | .... | 1.50 |
| 5000s/1000s | .... | 1.35 |
| 5.0 mg., 100s ea. | .... | .60 |
| 1000s ea. | .... | 3.20 |
| 5000s/1000s | .... | 3.10 |
| 25 mg., 100s ea. | .... | 1.50 |
| 1000s ea. | .... | 9.50 |
| 5000s/1000s | .... | 8.55 |
| Corvit Pharmaceuticals (6335) | | |
| Tablets, | | |
| C.T., 5 mg., 100s ea. | .... | .50 |
| 1000s ea. | .... | 3.60 |
| 25 mg., 100s ea. | .... | 1.25 |
| 1000s ea. | .... | 8.00 |
| 100 mg., 100s ea. | .... | 3.50 |
| 1000s ea. | .... | 25.00 |
| E.C., 1 mg., 100s ea. | .... | .35 |
| 1000s ea. | .... | 1.80 |
| 5 mg., 100s ea. | .... | .65 |
| 1000s ea. | .... | 4.50 |
| 25 mg., 100s ea. | .... | 1.35 |
| 1000s ea. | .... | 9.00 |
| Cowley Pharm. (6398) | | |
| Tablets, 0.5 mg., 1000s ea. | .... | 1.30 |
| 1.0 mg., 1000s ea. | .... | 1.40 |
| 5.0 mg., 1000s ea. | .... | 2.80 |
| 25 mg., 1000s ea. | .... | 7.20 |
| E.C., 5.0 mg., 1000s ea. | .... | 3.30 |
| 25 mg., 1000s ea. | .... | 8.10 |
| Crockett Labs. (6480) | | |
| Veterinary, Solution, 2 mg./c.c., | | |
| 10 c.c. vial ea. | 1.00 | .60 |
| 50 c.c. vial ea. | 2.00 | 1.25 |
| Daniels (6852) | | |
| Capsules, | | |
| TD, 15 mg., 100s ea. | .... | 1.50 |
| 1000s ea. | .... | 12.50 |

| Item | | |
|---|---|---|
| Tablets, 0.5 mg., 100s ea. | .... | .23 |
| 1000s ea. | .... | .95 |
| 1.0 mg., 100s ea. | .... | .30 |
| 1000s ea. | .... | 1.10 |
| 5.0 mg., 100s ea. | .... | .50 |
| 1000s ea. | .... | 4.00 |
| 25 mg., 100s ea. | .... | 1.15 |
| 1000s ea. | .... | 8.50 |
| E.C., 0.5 mg., 100s ea. | .... | .30 |
| 1000s ea. | .... | 1.35 |
| 1.0 mg., 100s ea. | .... | .36 |
| 1000s ea. | .... | 1.50 |
| 5.0 mg., 100s ea. | .... | .60 |
| 1000s ea. | .... | 4.25 |
| 25 mg., 100s ea. | .... | 1.40 |
| 1000s ea. | .... | 9.50 |
| Dumas-Wilson (7765) | | |
| Mikarol (See Under Trade Name) | | |
| DuMont Pharmacal Co. (7767) | | |
| Tablets, | | |
| 0.5 mg. C.T. 100s ea. | .... | .20 |
| 1000s ea. | .... | 1.25 |
| E.C. 100s ea. | .... | .30 |
| 1000s ea. | .... | 1.95 |
| 1.0 mg. C.T. 100s ea. | .... | .25 |
| 1000s ea. | .... | 1.50 |
| E.C. 100s ea. | .... | .35 |
| 1000s ea. | .... | 2.00 |
| 5.0 mg. C.T. 100s ea. | .... | .40 |
| 500s ea. | .... | 1.60 |
| 1000s ea. | .... | 2.50 |
| E.C. 100s ea. | .... | .50 |
| 500s ea. | .... | 2.00 |
| 1000s ea. | .... | 3.25 |
| 25.0 mg. C.T. 100s ea. | .... | 1.10 |
| 500s ea. | .... | 4.50 |
| 1000s ea. | .... | 7.10 |
| E.C. 100s ea. | .... | 1.25 |
| 500s ea. | .... | 4.95 |
| 1000s ea. | .... | 8.10 |
| 100 mg. C.T. 100s ea. | .... | 3.60 |
| 500s ea. | .... | 15.25 |
| 1000s ea. | .... | 26.50 |
| Empire Drug (8308) | | |
| Tabs., 5 mg., Plain 1000s ea. | .... | 3.50 |
| E.C., 1000s ea. | .... | 4.50 |
| 25 mg., Plain, 1000s ea. | .... | 11.00 |
| E.C., 1000s ea. | .... | 12.00 |
| In Sesame Oil | | |
| 25 mg./c.c., 25s ea. | .... | 5.00 |
| 100s ea. | .... | 18.00 |
| Evron Co. (8641) | | |
| Tablets, | | |
| 0.25 mg., 100s ea. | .... | .21 |
| 1000s ea. | .... | 1.17 |
| E.C., 100s ea. | .... | .24 |
| 1000s ea. | .... | 1.77 |
| 0.5 mg., 100s ea. | .... | .24 |
| 1000s ea. | .... | 1.32 |
| E.C., 100s ea. | .... | .27 |
| 1000s ea. | .... | 1.92 |
| 1.0 mg., 100s ea. | .... | .27 |
| 1000s ea. | .... | 1.62 |
| E.C., 100s ea. | .... | .30 |
| 1000s ea. | .... | 2.01 |
| 5.0 mg., 100s ea. | .... | .45 |
| 1000s ea. | .... | 3.42 |
| E.C., 100s ea. | .... | .51 |
| 1000s ea. | .... | 4.17 |
| 25.0 mg., 100s ea. | .... | 1.50 |
| 500s ea. | .... | 6.75 |
| 1000s ea. | .... | 12.51 |
| E.C., 100s ea. | .... | 1.62 |
| 500s ea. | .... | 7.26 |
| 1000s ea. | .... | 13.53 |
| Faraday (8810) | | |
| Tabs., 0.1 mg., 100s ea. | .26 | .13 |
| 1000s ea. | 1.20 | .60 |
| E.C., 100s ea. | .44 | .22 |
| 1000s ea. | 2.34 | 1.17 |
| 0.25 mg., 100s ea. | .28 | .14 |
| 1000s ea. | 1.40 | .70 |
| E.C., 100s ea. | .50 | .25 |
| 1000s ea. | 2.50 | 1.25 |
| 0.5 mg., 100s ea. | .32 | .16 |
| 1000s ea. | 1.56 | .78 |
| E.C., 100s ea. | .65 | .33 |
| 1000s ea. | 2.65 | 1.33 |
| 1.0 mg., 100s ea. | .46 | .23 |
| 1000s ea. | 1.72 | .86 |
| E.C., 100s ea. | .91 | .46 |
| 1000s ea. | 2.82 | 1.41 |
| 5.0 mg., 100s ea. | .82 | .41 |
| 1000s ea. | 4.52 | 2.26 |
| E.C., 100s ea. | 1.50 | .75 |
| 1000s ea. | 6.00 | 3.00 |
| 10.0 mg., 100s ea. | 1.60 | .80 |
| 1000s ea. | 8.50 | 4.25 |
| E.C., 100s ea. | 2.96 | 1.48 |
| 1000s ea. | 11.60 | 5.80 |
| 25.0 mg., 100s ea. | 2.50 | 1.25 |
| 1000s ea. | 18.00 | 9.00 |
| E.C., 100s ea. | 3.84 | 1.92 |
| 1000s ea. | 19.20 | 9.60 |
| Gold Leaf (10377) | | |
| Injection In Oil | | |
| Ampuls, 1 c.c., Intram. | | |
| 1 mg., 100s ea. | 7.50 | 5.63 |
| 5 mg., 100s ea. | 9.00 | 6.75 |
| Vials, 30 c.c. | | |
| 1 mg. ea. | 1.50 | 1.13 |
| 5 mg. ea. | 2.50 | 1.88 |
| 25 mg. ea. | 3.50 | 2.53 |
| Tablets, | | |
| C.T., | | |
| 25.0 mg., 1000s ea. | .... | 14.00 |
| E.S.C., | | |
| 1.0 mg., 1000s ea. | .... | 2.20 |
| 5.0 mg., 1000s ea. | .... | 4.50 |
| 25.0 mg., 1000s ea. | .... | 15.00 |

| Item | | |
|---|---|---|
| Gotham (10580) | | |
| In Sesame Oil | | |
| 5 mg./c.c. | | |
| 10 c.c. vial ea. | .70 | .47 |
| 25 mg./c.c. | | |
| 10 c.c. vial ea. | 1.20 | .80 |
| Tablets, Plain, | | |
| 1 mg., 1000s ea. | 1.90 | 1.27 |
| 5000s ea. | 9.00 | 5.99 |
| 5 mg., 1000s ea. | 3.60 | 2.40 |
| 5000s ea. | 15.00 | 9.99 |
| 25 mg., 1000s ea. | 10.40 | 6.93 |
| 5000s ea. | 46.50 | 30.97 |
| Coated, 1 mg., 1000s ea. | 2.50 | 1.67 |
| 5 mg., 1000s ea. | 4.30 | 2.87 |
| 5000s ea. | 18.00 | 11.98 |
| 25 mg., 1000s ea. | 11.20 | 7.49 |
| 5000s ea. | 49.80 | 33.17 |
| Haack (11012) | | |
| Tablets, | | |
| 0.1 mg. E.C., 100s ea. | .... | .40 |
| 1000s ea. | .... | 1.50 |
| 5000s per M | .... | 1.25 |
| 0.25 mg., E.C., 100s ea. | .... | .40 |
| 1000s ea. | .... | 1.50 |
| 5000s per M | .... | 1.25 |
| 0.5 mg. E.C., 100s ea. | .... | .40 |
| 1000s ea. | .... | 1.50 |
| 5000s per M | .... | 1.25 |
| 1 mg., C.T., 100s ea. | .... | .40 |
| 1000s ea. | .... | 1.75 |
| 5000s per M | .... | 1.40 |
| E.C., 100s ea. | .... | .40 |
| 1000s ea. | .... | 2.00 |
| 5000s per M | .... | 1.60 |
| 5 mg., C.T., 100s ea. | .... | .60 |
| 1000s ea. | .... | 4.00 |
| 5000s per M | .... | 3.20 |
| E.C., 100s ea. | .... | .65 |
| 1000s ea. | .... | 4.25 |
| 5000s per M | .... | 3.40 |
| 25 mg., C.T., 100s ea. | .... | 1.25 |
| 100^s ea. | .... | 12.00 |
| 5000s per M | .... | 9.60 |
| E.C., 100s ea. | .... | 1.50 |
| 1000s ea. | .... | 12.00 |
| 5000s/1000 | .... | 9.60 |
| 100 mg., C.T., | | |
| 100s ea. | .... | 4.00 |
| 1000s ea. | .... | 32.00 |
| 5000s/1000 | .... | 25.60 |
| Hall, Don (11126) | | |
| U.S.P., E.C.T., | | |
| 0.5 mg., 100s ea. | .... | .40 |
| 1000s ea. | .... | 1.50 |
| 25 mg., 100s ea. | .... | 1.50 |
| 1000s ea. | .... | 13.00 |
| Halsey (11178) | | |
| Tablets, .5 mg., 100s ea. | .... | .30 |
| 1000s ea. | .... | 1.10 |
| 1 mg., 100s ea. | .... | .35 |
| 1000s ea. | .... | 1.70 |
| 5 mg., 100s ea. | .... | .50 |
| 1000s ea. | .... | 3.25 |
| 25 mg., 100s ea. | .... | 1.25 |
| 1000s ea. | .... | 9.00 |
| E.C., .5 mg., 100s ea. | .... | .35 |
| 1000s ea. | .... | 2.20 |
| 1 mg., 100s ea. | .... | .40 |
| 1000s ea. | .... | 2.50 |
| 5 mg., 100s ea. | .... | .65 |
| 1000s ea. | .... | 4.00 |
| 25 mg., 100s ea. | .... | 1.25 |
| 1000s ea. | .... | 10.00 |
| Hance Bros. & White(℞) (11244) | | |
| Tablets, | | |
| C.T., 5 mg., 100s | .... | .... |
| 1000s | .... | .... |
| 25 mg., 100s | .... | .... |
| 1000s | .... | .... |
| 50 mg., 100s | .... | .... |
| 500s | .... | .... |
| E.C., 0.5 mg., 100s | .... | .... |
| 1000s | .... | .... |
| 1.0 mg., 100s | .... | .... |
| 1000s | .... | .... |
| 5 mg., 100s | .... | .... |
| 1000s | .... | .... |
| 25 mg., 100s | .... | .... |
| 1000s | .... | .... |
| Harvey (11524) | | |
| Ampul Vials, In Oil, 1 mg. per c.c. | | |
| 10 c.c. ea. | .... | .75 |
| 30 c.c. ea. | .... | 1.50 |
| 10 mg./c.c., | | |
| 10 c.c. ea. | .... | 1.50 |
| 50 mg./c.c., | | |
| 30 c.c. ea. | .... | 3.00 |
| Tablets, | | |
| Bisected, | | |
| 0.5 mg., 1000s ea. | .... | 1.75 |
| 1 mg., 1000s ea. | .... | 2.25 |
| C.T., 5 mg., 1000s ea. | .... | 3.75 |
| 25 mg., 1000s ea. | .... | 8.50 |
| E.C., 1.0 mg., 1000s ea. | .... | 2.50 |
| 5 mg., 1000s ea. | .... | 4.50 |
| 25 mg., 1000s ea. | .... | 9.00 |
| Hildebrand (11957) | | |
| 0.1 mg., 500s ea. | .... | .60 |
| 1000s ea. | .... | 1.00 |
| 0.2 mg., 500s ea. | .... | .80 |
| 1000s ea. | .... | 1.40 |
| 0.5 mg., 500s ea. | .... | .95 |
| 1000s ea. | .... | 1.70 |
| 1.0 mg., 500s ea. | .... | 1.10 |
| 1000s ea. | .... | 2.00 |
| 5.0 mg., 500s ea. | .... | 1.85 |
| 1000s ea. | .... | 3.50 |

(Continued on Next Page)

Die Page 194 Prices are listed in this order: *Retail Fair Trade Minimum; Full Retail Price to Consumer; Wholesale Price to Retailer — per dozen, each, or as specified. AMERICAN DRUGGIST BLUE BOOK

**DIETHYLSTILBESTROL ℞ (Continued)**

Hilly Medicinal Prods. (11991)
Tablets, C.T.,
0.5 mg., 1000s ea. .... .90
1.0 mg., 100s ea. .... .35
1000s ea. .... 1.25
5.0 mg., 100s ea. .... .45
1000s ea. .... 2.75
25.0 mg., 100s ea. .... .90
1000s ea. .... 8.00
E.C., 5.0 mg., 100s ea. .... .50
1000s ea. .... 3.00
25.0 mg., 100s ea. .... .80
1000s ea. .... 7.00

Hiss Pharm. 12062A)
Tablets,
C.T.,
1.5 mgm., 1000s ea. .... 1.95
1.0 mgm., 1000s ea. .... 2.95
5 mgm., 1000s ea. .... 4.50
E.C.,
0.5 mgm., 1000s ea. .... 2.50
1.0 mgm., 1000s ea. .... 3.25
5 mgm., 1000s ea. .... 5.50
25 mgm., 1000s ea. .... 13.50

Horton & Converse (12344)
Tablets,
0.1 mg., 100s ea. ....... *1.25 .75
1000s ea. ....... *8.00 4.80
E.C., 100s ea. ....... *1.25 .75
1000s ea. ....... *9.50 5.70
0.25 mg., 100s ea. ....... *1.25 .75
1000s ea. ....... *9.50 5.70
E.C., 100s ea. ....... *1.30 .78
1000s ea. ....... *10.00 6.00
0.5 mg., 100s ea. ....... *1.30 .78
1000s ea. ....... *10.00 6.00
E.C., 100s ea. ....... *1.35 .81
1000s ea. ....... *10.50 6.30
1.0 mg., 100s ea. ....... *1.50 .90
1000s ea. ....... *11.00 6.60
E.C., 100s ea. ....... *1.65 .99
1000s ea. ....... *12.50 7.50
5.0 mg., 100s ea. ....... *2.25 1.35
1000s ea. ....... *12.50 7.50
E.C., 100s ea. ....... *2.50 1.50
1000s ea. ....... *14.00 8.40
25 mg., 100s ea. ....... *5.00 3.00
500s ea. ....... *24.00 14.40
1000s ea. ....... *45.00 27.00

Hub Line (7693)
Tablets,
0.5 mgm., 100s ... *.64 .... 3.90
1000s ea. .... 1.30
1.0 mgm., 100s ... *.79 .... 4.80
1000s ea. .... 1.75
5.0 mgm., 100s .. *1.59 .... 9.60
1000s ea. .... 5.80
E. C., 0.5 mgm., 100s . *.79 .... 4.80
1000s ea. .... 1.80
1.0 mgm., 100s . *.99 .... 6.00
1000s ea. .... 2.10
5.0 mgm., 100s *1.79 .... 10.80
1000s ea. .... 6.60

Invenex (12967)
In Oil, 25 mg./c.c.,
10 c.c. vial ea. .......... 1.90 1.43

Jamco Co. (13167)
Tablets, E.C.,
5 mgm., 1000s ea. ...... .... 5.00
25 mgm., 1000s ea. ...... .... 16.00

Jan Labs. (13181)
Ampules,
1.0 mg., 1 c.c. 25s ea. .... .... 2.15
100s ea. .... .... 6.75
Tablets, C.T.,
Scored,
1.0 mg., 100s ea. .... .25
500s ea. .... .90
1000s ea. .... 1.45
5.0 mg., 100s ea. .... .45
500s ea. .... 1.75
1000s ea. .... 2.60
25.0 mg., 100s ea. .... 1.25
500s ea. .... 4.90
1000s ea. .... 7.75
100.0 mg., 100s ea. .... 4.00
500s ea. .... 16.90
1000s ea. .... 28.50
Unscored,
0.5 mg., 500s ea. .... .70
1000s ea. .... 1.15
1.0 mg., 100s ea. .... .25
500s ea. .... .90
1000s ea. .... 1.45
5.0 mg., 100s ea. .... .45
500s ea. .... 1.75
1000s ea. .... 2.60
25.0 mg., 100s ea. .... 1.25
500s ea. .... 4.90
1000s ea. .... 7.75
E.C., 0.5 mg., 100s ea. .... .30
500s ea. .... 1.00
1000s ea. .... 1.85
1.0 mg., 100s ea. .... .40
500s ea. .... 1.25
1000s ea. .... 2.15
5.0 mg., 100s ea. .... .50
500s ea. .... 2.10
1000s ea. .... 3.35
25.0 mg., 100s ea. .... 1.35
500s ea. .... 5.25
1000s ea. .... 8.75
Vials, Seasame Oil,
1 mg. 30 c.c. ea. ..... .... .80
2 mg. 30 c.c. ea. ..... .... 1.00
5 mg. 30 c.c. ea. ..... .... 1.40
25 mg. Per c.c.
10 c.c. ea. ......... .... 1.20

Jarus (13202)
Tablets, C.T., USP
0.25 mg., 1000s ea. .... 1.10
0.5 mg., 1000s ea. .... 1.35
1.0 mg., 1000s ea. .... 1.60
5.0 mg., 1000s ea. .... 3.40
25.0 mg., 500s ea. .... 6.75
E. C., 0.25 mg., 1000s ea. .... 1.75
0.5 mg., 1000s ea. .... 2.00
1.0 mg., 1000s ea. .... 2.25
5.0 mg., 1000s ea. .... 4.25
25.0 mg., 1000s ea. .... 7.25

Jeffery Biological Co. (13236)
In Oil, Vials
1 mg./c.c., 30 c.c. ea. .... .75
5 mg./c.c., 30 c.c. ea. .... 1.20
25 mg./c.c., 10 c.c. ea. .... 1.25

Kaye (13674)
Tablets, 0.5 mg.
1000s ea. .... .95
E.C., 1000s ea. .... 1.20
Tablets, 5.0 mg.
1000s ea. .... 2.20
E.C., 1000s ea. .... 2.50
Tablets, 25 mg.
1000s ea. .... 5.50
E.C., 1000s ea. .... 5.95

Kirkman (14071)
Tablets, U.S.P.
C.T., 0.25 mg.
100s ea. .... .30
1000s ea. .... 1.25
5000s/1000 .... 1.15
0.50 mg.,
100s ea. .... .30
1000s ea. .... 1.25
5000s/1000 .... 1.15
1.0 mg.,
100s ea. .... .40
1000s ea. .... 1.75
5000s/1000 .... 1.40
5.0 mg.,
100s ea. .... .65
1000s ea. .... 4.25
5000s/1000 .... 3.50
25.0 mg.,
100s ea. .... 1.25
1000s ea. .... 12.00
5000s/1000 .... 9.75
100.0 mg.,
100s ea. .... 4.50
1000s ea. .... 38.00
E.C., 0.10 mg.
100s ea. .... .40
1000s ea. .... 1.45
5000s/1000 .... 1.15
0.25 mg.,
100s ea. .... .40
1000s ea. .... 1.45
5000s/1000 .... 1.15
0.50 mg.,
100s ea. .... .40
1000s ea. .... 1.50
5000s/1000 .... 1.25
1.0 mg.,
100s ea. .... .40
1000s ea. .... 2.00
5000s/1000 .... 1.60
5.0 mg.,
100s ea. .... .70
1000s ea. .... 4.50
5000s/1000 .... 3.60
25.0 mg.,
100s ea. .... 1.50
1000s ea. .... 13.50
5000s/1000 .... 10.60

Klug, R.J. & Co. (14160)
Tablets, E.C.,
0.25 mg., 500s ea. .... 3.00
1000s ea. .... 4.50
0.50 mg., 500s ea. .... 3.15
1000s ea. .... 5.40
1.0 mg., 500s ea. .... 3.87
1000s ea. .... 6.48
5.0 mg., 500s ea. .... 6.30
1000s ea. .... 11.25
25.0 mg., 500s ea. .... 15.75
1000s ea. .... 29.25

Kormel Co. (14327A)
Aqueous Suspension, USP, 5 mg./c.c.,
10 c.c. vial ea. .... .92
In Sesame Oil, 5 mg./c.c.,
30 c.c. vial ea. .... 1.66

Kremers-Urban (14397)
Tablets, 25 mg., 100s ea. . 6.33 3.80
1000s ea. . 58.67 35.20

Lannett (14677)
C.T.,
1 mg., U.S.P., 1000s ea. .... 1.40
5000s/M .... 1.28
5 mg., U.S.P., 500s ea. .... 2.50
1000s ea. .... 4.00
25 mg., 100s ea. .... 1.40
500s ea. .... 6.00
1000s ea. .... 11.00
E.C.T.,
0.5 mg., U.S.P., 1000s ea. .... 1.60
5000s/M .... 1.50
1 mg., U.S.P., 1000s ea. .... 2.10
5000s/M .... 1.94
5 mg., U.S.P., 100s ea. .... .70
500s ea. .... 2.80
1000s ea. .... 5.00
25 mg., U.S.P., 100s ea. .... 1.70
500s ea. .... 7.00
1000s ea. .... 12.00

Lilly (15249)
Ampoules In Oil
1 mg., 1 c.c.
6s ea. ....... *1.35 1.50 .90
25s ea. ........ *4.65 5.17 3.10
100s ea. ........ *15.00 16.67 10.00
5 mg., 1 c.c.
6s ea. ........ *1.87 2.08 1.25
25s ea. ........ *6.37 7.08 4.25
100s ea. ........ *22.12 24.58 14.75
In Ethyl Oleate
25 mg., 1 c.c.
6s ea. ........ *2.25 2.50 1.50
Enseals
0.1 mg. 100s ea. . . *1.26 1.40 .84
500s ea. . . *5.85 6.50 3.90
1000s ea. . *10.80 12.00 7.20
0.25 mg. 100s ea. . . *1.35 1.50 .90
500s ea. . . *6.30 7.00 4.20
1000s ea. . *11.70 13.00 7.80
0.5 mg. 100s ea. . . *1.44 1.60 .96
500s ea. . . *6.75 7.50 4.50
1000s ea. . *12.60 14.00 8.40
5 x 1000s ea. . *60.00 66.67 40.00
1 mg. 100s ea. . . *1.71 1.90 1.14
500s ea. . . *8.10 9.00 5.40
1000s ea. . *15.30 17.00 10.20
5000, bulk ea. . *72.76 80.84 48.50
5 mg., 100s ea. . . *3.64 4.05 2.43
500s ea. . *16.74 18.60 11.16
1000s ea. . *31.41 34.90 20.94
5000, bulk ea. *149.17 165.75 99.45
25 mg., 100s ea. . . *7.87 8.75 5.25
500s ea. . *37.89 42.10 25.26
1000s ea. . *73.53 81.70 49.02
Suppositories
0.1 mg. 6s ea. . . . *.99 1.10 .66
50s ea. . . . *6.75 7.50 4.50
0.5 mg. 6s ea. . . . *1.17 1.30 .78
50s ea. . . . *8.19 9.10 5.46
Tablets
0.1 mg. 100s ea. . . *1.17 1.30 .78
500s ea. . . *4.72 5.25 3.15
1000s ea. . . *8.55 9.50 5.70
0.25 mg. 100s ea. . . *1.26 1.40 .84
500s ea. . . *5.17 5.75 3.45
1000s ea. . . *9.45 10.50 6.30
0.5 mg. 100s ea. . . *1.35 1.50 .90
500s ea. . . *5.62 6.25 3.75
1000s ea. . *10.35 11.50 6.90
1 mg. 100s ea. . . *1.62 1.80 1.08
500s ea. . . *6.97 7.75 4.65
1000s ea. . *13.05 14.50 8.70
5000, bulk ea. . *54.38 60.42 36.25
5 mg., 100s ea. . . *3.42 3.80 2.28
500s ea. . *15.61 17.35 10.41
1000s ea. . *29.16 32.40 19.44
5000s bulk ea. *116.25 129.17 77.50
25 mg., 25s ea. . . *2.09 2.32 1.39
100s ea. . . *7.51 8.34 5.00
500s ea. . *36.76 40.84 24.50
1000s ea. . *71.25 79.17 47.50

Lit (15346)
U.S.P., C.T.,
0.5 mg., 100s ...... .... 1.55
1000s ea. .... .90
1.0 mg., 100s .... 1.80
1000s ea. .... 1.05
5.0 mg., 100s .... 2.40
1000s ea. .... 1.57
25.0 mg., 100s .... 5.65
1000s ea. .... 3.45
E.C., 0.5 mg., 100s .... 2.15
1000s ea. .... 1.45
1.0 mg., 100s .... 2.25
1000s ea. .... 1.45
5.0 mg., 100s .... 3.75
1000s ea. .... 2.65
25.0 mg., 100s .... 6.50
1000s ea. .... 4.55

Mann Fine Chem. (15930)
U.S.P. Powder
10 Gm. bot. ea. ......... .... 3.00

Marsh Parker, Inc. (16071)
(Prices on Request)

Massengill (16199)
In Oil, N.F.,
25 mg. 10 c.c. Vial
Ea. ........ *1.50 .... 1.00

Microest (See Under Trade Name)

Maurry (16250)
In Oil, U.S.P., 5 mg., per
c.c., 30 c.c. vial ea. ...... .... .90

Mayrand (16307)
Tablets,
0.25 mg.,
E.C., 100s ea. ....... .... .36
1000s ea. ....... .... 2.00
5 x 1000/1000 .. .... 1.85
0.5 mg.,
C.T., 100s ea. ....... .... .36
1000s ea. ....... .... 1.80
5 x 1000/1000 .. .... 1.65
E.C., 100s ea. ....... .... .42
1000s ea. ....... .... 2.40
5 x 1000/1000 .. .... 2.20
1 mg.,
C.T., 100s ea. ....... .... .36
1000s ea. ....... .... 2.00
5 x 1000/1000 .. .... 1.85
E.C., 100s ea. ....... .... .48
1000s ea. ....... .... 2.80
5 x 1000/1000 .. .... 2.65
5 mg.,
C.T., 100s ea. ....... .... .60
1000s ea. ....... .... 4.00
5 x 1000/1000 .. .... 3.75
E.C., 100s ea. ....... .... .66
1000s ea. ....... .... 4.60
5 x 1000/1000 .. .... 4.25
25 mg.,
C.T., 100s ea. ....... .... 1.60
1000s ea. ....... .... 12.00
E.C., 100s ea. ....... .... 1.8
1000s ea. ....... .... 12.0

Medical Chemicals (16621)
N.N.R., In Sesame Oil,
25 mg./c.c.,
10 c.c. vial, ea. ....... .... .3
30 c.c. vial, ea. ....... .... .95

Medi-Synth Labs. (16692)
Tablets,
5 mg., 100s ea. ...... 1.00 .60
1000s ea. ...... 8.90 5.34
25 mg., 100s ea. ...... 2.40 1.44
1000s ea. ...... 20.90 12.54
100 mg., 100s ea. ...... 7.35 4.41
1000s ea. ...... 70.00 42.00

Merck (16864)
5 gm. bot. ea. .......... .... 2.03
25 gm. bot. ea. .......... .... 8.40

Merck Sharp & Dohme (16866)
U.S.P. Tablets,
1 mg.,
1000s ea. ..... *15.30 17.00 10.20
5 x 1000/1000 *14 55 16.17 9.70
10 x 1000/1000 *11.47 12.75 7.65
5 mg.,
100s ea. ... *3.64 4.05 2.43
1000s ea. *31.41 34.90 20.94
5 x 1000/1000 *29.83 33.15 19.89
10 x 1000/1000 *27.00 30.00 18.00
25 mg.,
100s ea. ...... *7.87 8.75 5.25
1000s ea. .... *73.53 81.70 49.02
5 x 1000/1000 . *69.86 77.62 46.57

Meredyth (16877)
E. C., 5 mg., 100s ea. ...... .... 1.91
25 mg., 100s ea. ..... .... 2.70

Meyer & Co. (17020)
Tablets, E.C., 5 mg. 100s ea. 2.25 1.50
1000s ea.. .... 7.75
5000s ea. .... 34.75
25 mg. (See Trade Name Stilbalme)

Meyer, Herman (17021)
U.S.P., 10 gm. ea ...... .... 3.00
Tabs., 5 mg. 1000s ea. ...... .... 3.06

Miller E. S. (17201)
(See Under Trade Name "Milestrol")

Moore & Co. (17464)
Tablets, E.C.,
1 mg., 100s ea. ....... .... .68
1000s ea. .... 4.00

Moore H.L. Chemical (17470)
Capsules, 15 mg, 1000s ea. . .... 12.00
Tablets,
C.T., 1.0 mg., 1000s ea. . .... 1.20
5.0 mg., 1000s ea. . .... 2.40
25.0 mg., 1000s ea. . .... 7.00
E.C., 5.0 mg., 1000s ea. . .... 3.08
25.0 mg., 1000s ea. . .... 7.80

Morton (17561B)
In Oil
25 mg./c.c.
10 c.c. vial ea. ........ .... 1.95
Tablets, E.C.,
1 mg., Bot., 1000s ea.... .... 2.10
5 mg., Bot., 1000s ea.... .... 4.10
25 mg., Bot., 1000s ea.... .... 18.00

Mutual Pharmacals (17721)
Tablets,
0.1 mgm., 1000s ea. ...... .... .95
0.5 mgm., 1000s ea. .... .95
1 mgm., 1000s ea. .... 1.25
5 mgm., 1000s ea. .... 3.20
E.C., 0.5 mgm., 1000s ea. . .... 1.70
1 mgm., 1000s ea. . .... 1.80
5 mgm., 1000s ea. . .... 3.60
25 mgm., 100s ea. . .... 1.05
500s ea. . .... 5.35

Myers-Carter (17723B)
U.S.P., M.D. Vials,
25 mg./c.c., 10 c.c., ea. .. .... 2.40

Nelson Baker & Co. (18079)
Tablets, 0.5 mg., 100s ea. . .... .40
1000s ea. . .... 3.00
1.0 mg., 100s ea. . .... .50
1000s ea. . .... 3.75
5.0 mg., 100s ea. . .... .90
1000s ea. . .... 6.75
25 mg., 100s ea. . .... 3.00
500s ea. . .... 12.00
1000s ea. . .... 21.00
E.C. 0.5 mg., 100s ea. . .... .50
1000s ea. . .... 3.75
1.0 mg., 100s ea. . .... .60
1000s ea. . .... 4.50
5.0 mg., 100s ea. . .... 1.10
1000s ea. . .... 8.00

Niagara Drug Co. (18334)
Ampuls, 25 mg./c.c., in oil,
10 c.c. ea. ........... .... 1.50
1 mg., 1 c.c.
25s ea. ............ .... 1.60
100s ea. ............ .... 5.85
2 mg., 1 c.c.
25s ea. ............ .... 1.75
100s ea. ............ .... 6.30
5 mg., 1 c.c.
25s ea. ............ .... 2.00
100s ea. ............ .... 7.20
Tabs., C.T.
1.0 mg., 1000s ea. .... .... 1.25
5.0 mg., 100s ea. .... .... .55
1000s ea. .... .... 3.95
25 mg., 100s ea. .... .... 1.40
1000s ea. .... .... 11.95

(Continued on Next Page)

"THE EASY-TO-READ PRICE BOOK" ● or A, narcotic; ◆ or B, narcotic (oral ℞ is allowed); ● or X, exempt narcotic; ▲ item needs refrigeration; ℞ means '℞ only'; ★ former '℞ only' item now o-t-c. Page 195 Die

METHYLSTILBESTROL ℞ (Continued)
E.C.
0.5 mg., 1000s ea. .... 1.35
1.0 mg., 1000s ea. .... 1.60
5.0 mg., 100s ea. .... .60
1000s ea. .... 4.60
25 mg., 100s ea. .... 1.50
1000s ea. .... 12.95

Normand, G. (18546)
Ampoules, In Sesame Oil,
0.5 mg./c.c., 1 c.c. ea. .... 4.90
1.0 mg./c.c., 1 c.c. ea. .... 5.65
5.0 mg./c.c., 1 c.c. ea. .... 8.50
Diestryl (See Under Trade Name)

Parkurst Pharm. Co. (19798A)
Ampules,
1.0 mgm., 25s ea. .... 2.00
Multiple Dose Vials,
In Sesame Oil,
1 mg./c.c., 30 c.c. ea. .... .85
2 mg./c.c., 30 c.c. ea. .... 1.00
5 mg./c.c., 30 c.c. ea. .... 1.35
25 mg./c.c., 10 c.c. ea. .... 1.25
Tablets, USP,
C.T., 0.5 mg., 100s ea. .... .25
500s ea. .... .90
1000s ea. .... 1.50
1.0 mg., 100s ea. .... .30
500s ea. .... 1.00
1000s ea. .... 1.75
5.0 mg., 100s ea. .... .55
500s ea. .... 1.95
1000s ea. .... 2.95
25.0 mg., 100s ea. .... 1.25
500s ea. .... 5.00
1000s ea. .... 7.90
100.0 mg., 100s ea. .... 4.50
500s ea. .... 18.00
1000s ea. .... 29.50
E.C., 0.5 mg., 100s ea. .... .30
500s ea. .... 1.10
1000s ea. .... 1.95
1.0 mg., 100s ea. .... .40
500s ea. .... 1.30
1000s ea. .... 2.25
5.0 mg., 100s ea. .... .65
500s ea. .... 2.50
1000s ea. .... 3.95
25.0 mg., 100s ea. .... 1.50
500s ea. .... 5.40
1000s ea. .... 8.90

Petroline Labs. (19976)
Tablets U.S.P.
Plain, 0.5 mg., 100s ea. .... .30
1000s ea. .... 1.35
E.C., 100s ea. .... .40
1000s ea. .... 2.00
1.0 mg., 100s ea. .... .35
1000s ea. .... 1.60
E.C., 100s ea. .... .45
1000s ea. .... 2.75
5.0 mg., 100s ea. .... .65
1000s ea. .... 4.50
E.C., 100s ea. .... .80
1000s ea. .... 4.75
25.0 mg., 100s ea. .... 1.50
1000s ea. .... 11.00
E.C., 100s ea. .... 1.75
1000s ea. .... 12.00

Pharmex (20047)
Tablets,
C.T., 0.5 mg., 500s ea. .... .75
1000s ea. .... 1.20
1 mg., 500s ea. .... .95
1000s ea. .... 1.45
5 mg., 100s ea. .... .60
1000s ea. .... 3.85
25 mg., 100s ea. .... 1.45
1000s ea. .... 11.50
100 mg., 100s ea. .... 4.95
500s ea. .... 22.95
E.C., 0.5 mg., 500s ea. .... .95
1000s ea. .... 1.65
1 mg., 500s ea. .... 1.20
1000s ea. .... 1.75
5 mg., 100s ea. .... .70
1000s ea. .... 4.75
25 mg., 100s ea. .... 1.55
1000s ea. .... 12.50

Pitman-Moore (20319)
Tablets,
1 mg., 500s ea. .... 4.65

Premo (20614)
Enerels
5 mg.,
Bottle of 100s ea. .... 1.08
1000s ea. .... 8.00
25 mg.,
Bottle of 100s ea. .... 2.60
1000s ea. .... 22.00
Tablets,
5 mg., C.T.,
Bottle of 100s ea. .... 1.00
1000s ea. .... 6.40
25 mg., C.T.,
Bottle of 100s ea. .... 2.20
1000s ea. .... 20.00

National Drug Labs. (17913)
Tablets,
C.T., 25 mg., 100s ea. .... 1.50
1000s ea. .... 12.50
E.C., 1 mg., 100s ea. .... .30
1000s ea. .... 2.00
5 mg., 100s ea. .... .50
1000s ea. .... 4.00
25 mg., 100s ea. .... 1.60
1000s ea. .... 13.50

Price & Rankin (20657)
Met-Estrol (See Under Trade Name)

Raway Pharmacal (21122)
Tablets,
0.5 mg., 1000s ea. .... .65
5000s per M .... .60
1.0 mg., 1000s ea. .... .95
5000s per M .... .90
5.0 mg., 1000s ea. .... 1.90
5000s per M .... 1.75
25.0 mg., 1000s ea. .... 6.15
5000s per M .... 6.00
100.0 mg., 1000s ea. .... 21.00
5000s per M .... 20.75
E.C., 0.5 mg., 1000s ea. .... 95.00
5000s per M .... 90.00
1.0 mg., 1000s ea. .... 1.45
5000s per M .... 1.30
5.0 mg., 1000s ea. .... 2.55
5000s per M .... 2.45
25.0 mg., 1000s ea. .... 6.45
5000s per M .... 6.25
Inj., In Sesame Oil
5 mg./c.c., 10 c.c. vial ea. .... .45

Republic Drug (21460)
Tablets,
C.T., 0.5 mg., 500s ea. .... .60
1000s ea. .... .95
1.0 mg., 500s ea. .... .80
1000s ea. .... 1.20
5.0 mg., 100s ea. .... .50
1000s ea. .... 3.45
25.0 mg., 100s ea. .... 1.25
1000s ea. .... 10.50
100.0 mg., 100s ea. .... 4.95
500s ea. .... 22.95
E.C., 0.5 mg., 500s ea. .... .80
1000s ea. .... 1.35
1.0 mg., 500s ea. .... 1.00
1000s ea. .... 1.50
5.0 mg., 100s ea. .... .60
1000s ea. .... 4.25
25.0 mg., 100s ea. .... 1.35
1000s ea. .... 11.50

Research Apfiliates (21465)
Dykrogen(℞) (see under trade name)

Richlyn (21646)
Tablets
C.T.,
Scored,
1.0 mg., 1000s ea. .... 1.10
5.0 mg., 1000s ea. .... 2.40
25.0 mg., 1000s ea. .... 6.80
100.0 mg., 1000s ea. .... 27.00
Unscored,
0.5 mg., 1000s ea. .... .90
1.0 mg., 1000s ea. .... 1.10
5.0 mg., 1000s ea. .... 2.40
25.0 mg., 1000s ea. .... 6.80
E.C., 0.5 mg., 1000s ea. .... 1.50
1.0 mg., 1000s ea. .... 1.80
5.0 mg., 1000s ea. .... 3.00
25.0 mg., 1000s ea. .... 7.60

Robinson Labs. (21831A)
Tablets, U.S.P.,
C.T.,
0.5 mg., 100s ea. .... .30
1000s ea. .... 1.20
5000s bulk/M .... 1.10
1.0 mg., 100s ea. .... .35
1000s ea. .... 1.40
5000s bulk/M .... 1.20
5.0 mg., 100s ea. .... .60
1000s ea. .... 3.60
5000s bulk/M .... 3.30
25 mg., 100s ea. .... 1.25
1000s ea. .... 8.25
5000s bulk/M .... 7.75
100 mg., 100s ea. .... 3.50
1000s ea. .... 30.00
5000s bulk/M .... 28.00
E.C.,
0.5 mg., 100s ea. .... .40
1000s ea. .... 1.65
5000s bulk/M .... 1.50
1.0 mg., 100s ea. .... .45
1000s ea. .... 2.00
5000s bulk/M .... 1.80
5.0 mg., 100s ea. .... .70
1000s ea. .... 4.00
5000s bulk/M .... 3.70
25.0 mg., 100s ea. .... 1.35
1000s ea. .... 9.25
5000s bulk/M .... 8.75

Rocky Mt. Pharmacal (21880)
Vial,
25 mg./c.c., 10 c.c. ea. .... 3.00

Rorer (21994)
Tablets, 0.5 mg., Enk.
1000s ea. .... 4.33 2.60
1 mg., 1000s ea. .... 5.50 3.30
5 mg., 1000s ea. .... 11.50 6.90
Enk., 1000s ea. .... 12.33 7.40
25 mg., 1000s ea. .... 36.67 22.00

Rowell Labs. (22091)
Tablets,
E.C., 0.5 mg., 100s .... 7.20
500s ea. .... 2.00
1000s ea. .... 3.00
1.0 mg., 100s .... 12.60
500s ea. .... 2.90
1000s ea. .... 4.80
5.0 mg., 100s .... 18.00
500s ea. .... 5.30
1000s ea. .... 9.60
C.T., 25 mg., 100s .... 36.00
500s ea. .... 13.00
1000s ea. .... 24.00

Royce Pharmacal (22153)
Tablets, 25 mg., 100s ea. .... 1.60
1000s ea. .... 10.00

St. Louis Pharmacal (22405)
Tablets
E. C., 0.1 mg., 1000s ea. .... 1.50
5000s ea. .... 6.75
0.25 mg., 1000s ea. .... 1.60
5000s ea. .... 6.90
0.5 mg., 1000s ea. .... 1.75
5000s ea. .... 7.40
1.0 mg., 1000s ea. .... 1.85
5000s ea. .... 8.10
5.0 mg., 1000s ea. .... 3.10
5000s ea. .... 14.50
C.T., 5.0 mg., 1000s ea. .... 2.75
5000s ea. .... 12.85
25.0 mg., 1000s ea. .... 9.25
5000s ea. .... 43.75

Sevran (23228)
5 mg., 1000s ea. .... 2.65
25 mg., 1000s ea. .... 5.95

Sherman (23343)
Tablets.
1.0 mg., E. C.,
100s ea. .... 1.35 .81
500s ea. .... 5.25 3.15
1000s ea. .... 10.00 6.00
5.0 mg., E. C.,
100s ea. .... 3.00 1.80
500s ea. .... 12.00 7.20
1000s ea. .... 22.00 13.20

Siler Med. (23458)
C.T., 25 mg., 100s ea. .... 2.80
1000s ea. .... 24.00
Vials, in Sesame Oil,
25 mg./c.c., 10 c.c. ea. .... 1.88

Smith, C. D. (23689)
Tablets,
5.0 mg.
100s ea. .... 1.60
1000s ea. .... 9.90
25 mg.
100s ea. .... 3.90
1000s ea. .... 33.00

Southern Drug (23930B)
Ampules, 1 mg., 1 c.c.,
Box of 25s ea. .... 3.10

Squibb (24119)
Stilbetin (See Under Trade Name)

Stanley Drug Prods (24248A)
Tablets
C.T., 0.1 mg., 100s ea. .... .28
1000s ea. .... 1.10
0.25 mg., 100s ea. .... .30
1000s ea. .... 1.10
0.5 mg., 100s ea. .... .30
1000s ea. .... 1.25
1.0 mg., 100s ea. .... .35
1000s ea. .... 1.40
5.0 mg., 100s ea. .... .60
1000s ea. .... 3.60
25.0 mg., 100s ea. .... 1.25
1000s ea. .... 8.25
100.0 mg., 100s ea. .... 3.50
1000s ea. .... 30.00
E.C. Red
0.1 mg., 100s ea. .... .40
1000s ea. .... 1.35
0.25 mg., 100s ea. .... .40
1000s ea. .... 1.40
0.5 mg., 100s ea. .... .40
1000s ea. .... 1.50
1.0 mg., 100s ea. .... .40
1000s ea. .... 1.80
5.0 mg., 100s ea. .... .65
1000s ea. .... 4.00
25.0 mg., 100s ea. .... 1.35
1000s ea. .... 9.25

Stayner (24298)
Tablets, 1 mg. C.T.,
100s ea. .... .63
1000s ea. .... 5.67
5 x 1000/M .... 5.22
E.C., Yellow,
100s ea. .... .76
1000s ea. .... 6.80
5 x 1000/M .... 6.48
5 mg., C.T.,
100s ea. .... 1.26
1000s ea. .... 10.21
5 x 1000/M .... 9.72
E.C., Red,
100s ea. .... 1.39
1000s ea. .... 12.47
5 x 1000/M .... 11.79
25 mg., C.T.,
100s ea. .... 3.60
500s ea. .... 17.10
2 x 500/M .... 32.40
E.C., Orange
100s ea. .... 3.78
500s ea. .... 18.00
2 x 500/M .... 34.20

Success Chemical (25658)
Tablets
1.0 mgm., 100s ea. .... .30
500s ea. .... .90
1000s ea. .... 1.50
E.C. red, 100s ea. .... .35
500s ea. .... 1.35
1000s ea. .... 2.25
5.0 mgm., 100s ea. .... .60
500s ea. .... 2.00
1000s ea. .... 3.50
E.C. red, 100s ea. .... .80
500s ea. .... 2.50
1000s ea. .... 4.50
25.0 mgm, 100s ea. .... 1.50
500s ea. .... 6.00
1000s ea. .... 11.00
E.C. red, 100s ea. .... 1.70
500s ea. .... 7.00
1000s ea. .... 12.00
100 mg., 100s ea. .... 4.95
500s ea. .... 23.50
1000s ea. .... 45.00

Sunland Pharm. (25764)
Oil, 25 mg., vial, 10 c.c. ea. .... 2.15

Suppositoria (25786)
Suppositories, 0.1 mg., 12s ea. .... .60
100s ea. .... 4.50
0.5 mg., 12s ea. .... .80
100s ea. .... 5.00

Supreme (25791)
Tablets, U.S.P.,
C.T., 0.5 mg., 100s ea. .... .32
1000s ea. .... 1.30
1.0 mg., 100s ea. .... .40
1000s ea. .... 1.64
5.0 mg., 100s ea. .... .60
1000s ea. .... 4.00
25.0 mg., 100s ea. .... 1.48
1000s ea. .... 10.80
E.C., 0.5 mg., 100s ea. .... .40
1000s ea. .... 1.80
1.0 mg., 100s ea. .... .44
1000s ea. .... 2.04
5.0 mg., 100s ea. .... .80
1000s ea. .... 4.98
25.0 mg., 100s ea. .... 1.60
1000s ea. .... 12.00

Taylor Labs. (26020)
Tablets,
1 mg., 100s ea. .... .50
1000s ea. .... 1.50
5 mg., 100s ea. .... .80
1000s ea. .... 4.50
25 mg., 100s ea. .... 1.80
1000s ea. .... 14.50
E.C., 1 mg., 100s ea. .... .55
1000s ea. .... 1.75
5 mg., 100s ea. .... .90
1000s ea. .... 5.50
25 mg., 100s ea. .... 1.95
1000s ea. .... 15.75

Tech Bio-Chem. (26037A)
Aqueous, 5 mg./c.c.
Vials, 10 c.c. ea. .... 1.00
In Oil, 25 mg./c.c.
Vials, 10 c.c. ea. .... 1.65

Testagar (26104)
Capsules,
0.5 mg.,
100s ea. .... .70
1000s ea. .... 3.75
5000s/1000 .... 3.50
1.0 mg.,
100s ea. .... .75
1000s ea. .... 5.00
5000s/1000 .... 4.75
In Oil
5 mg./c.c., 30 c.c. ea. .... 2.40
25 mg./c.c., 30 c.c. ea. .... 3.00
Tablets,
C.T., 5.0 mg., 100s ea. .... 1.40
1000s ea. .... 10.00
5000s/1000 .... 9.50
25 mg., 100s ea. .... 2.60
1000s ea. .... 23.00
5000s/1000s .... 22.50
E.C., 0.5 mg., 100s ea. .... .70
1000s ea. .... 3.75
5000s/1000 .... 3.50
1.0 mg., 100s ea. .... .75
1000s ea. .... 5.00
5000s/1000 .... 4.75
5.0 mg., 100s ea. .... 1.80
1000s ea. .... 11.00
5000s/1000 .... 10.50
25 mg., 100s ea. .... 2.70
1000s ea. .... 24.00
5000s/1000s .... 23.50

Torigian (26330)
In Oil
Ampuls, 1 mg. 1 c.c.
12s ea. .... 1.06
25s ea. .... 2.12
100s ea. .... 7.43
5 mg., 1 c.c.
12s ea. .... 1.40
25s ea. .... 2.42
100s ea. .... 8.50

Towne, Paulsen & Co. (26347)
Tablets,
E.C., 1 mg., 1000s ea. .... 2.50
5 mg., 1000s ea. .... 4.00
25 mg., 1000s ea. .... 9.00
1 mg., 1000s ea. .... 2.00
5 mg., 1000s ea. .... 3.75
25 mg., 1000s ea. .... 8.25

Ulmer (26647)
C.T., 25 mg., 100s ea. .... 3.50
12 x 100 ea. .... 15.12
E.C.T., 5 mg., 100s ea. .... 1.40
12 x 100 ea. .... 37.80

United Labs. (26694)
Capsules, T.D., 100s ea. .... •5.00 3.33
500s ea. .... •22.50 15.00

Upjohn (26794)
Perles
0.1 mg.
100s ea. ....•1.30 .... .91
500s ea. .... 3.68
1000s ea. .... 6.30
0.25 mg.
500s ea. ....•5.73 .... 4.01
1000s ea. .... 7.34
5000s/1000 .... 6.15

(Continued on Next Page)

Die Page 196 Prices are listed in this order: *Retail Fair Trade Minimum; Full Retail Price to Consumer; Wholesale Price to Retailer—per dozen, each, or as specified. AMERICAN DRUGGIST BLUE BOOK

**DIETHYLSTILBESTROL ℞** (Continued)
0.5 mg.
100s ea. ........*1.48 .... 1.04
500s ea. ........*6.23 .... 4.36
1000s ea. ........*11.48 .... 8.04
5000s/1000 .......... .... 6.72
1.0 mg.
100s ea. ........*1.77 .... 1.24
500s ea. ........*7.72 .... 5.40
1000s ea. .......... .... 10.16
5000s/1000 .......... .... 8.45
5.0 mg.
100s ea. ........*4.12 .... 2.88
500s ea. ........*16.30 .... 11.41
1000s ea. .......... .... 20.83
5000s/1000 .......... .... 17.30
25 mg.
100s ea. ........*8.33 .... 5.83
500s ea. .......... .... 28.47
1000s ea. .......... .... 55.44
Veltex (27112)
Tablets, 25 mg., 100s ..... .... 14.40
1000s ea. .. .... 13.50
C.T., 0.5 mg., 1000s ea. .. .... 2.00
1.0 mg., 1000s ea. .. .... 2.50
E.C., 0.25 mg., 1000s ea. .. .... 2.00
0.5 mg., 1000s ea. .. .... 2.50
1.0 mg., 1000s ea. .. .... 3.00
5 mg., 100s ... .... 4.80
1000s ea. .. .... 4.50
Vita-Fore (27300)
Tabs., 1 mg.,
E.C., 100s ea.. .... .30
1000s ea. .. .... 1.50
5 mg., C.T., 100s ea. .. .... .50
1000s ea. .. .... 3.25
E.C., 100s ea. .. .... .65
1000s ea. .. .... 4.00
25 mg., C.T., 100s ea. .. .... 1.35
1000s ea. .. .... 11.00
E.C., 100s ea. ..... .... 1.50
1000s ea. ...... .... 12.00
Vitamin Research (27312)
Tablets,
E. C., 1 mg., 100s ....... .... 5.28
1000s ....... .... 29.76
5 mg., 100s ....... .... 7.92
1000s ....... .... 52.80
25 mg., 100s ....... .... 19.80
1000s ....... .... 135.36
Plain, 1 mg., 100s ....... .... 3.96
1000s ....... .... 19.80
5 mg., 100s ....... .... 7.32
1000s ....... .... 42.96
25 mg., 100s ....... .... 18.00
1000s ....... .... 129.00
Vitarine (27334)
Tablets, U.S.P.
1.0 mg., 100s ea. ...... .... .40
1000s ea. ...... .... 2.00
E.C., 100s ea. ........ .... .46
1000s ea. ........ .... 2.40
5.0 mg., 100s ea. ........ .... .60
1000s ea. ........ .... 4.00
E.C., 100s ea. ........ .... .72
1000s ea. ........ .... 5.00
25.0 mg., 100s ea. ...... .... 1.32
1000s ea. ...... .... 10.64
E.C., 100s ea. ........ .... 1.44
1000s ea. ........ .... 12.00
Vials, Multiple Dose
25 mg./c.c., 10 c.c. ea. .. .... 1.50
West-ward (27887)
Tablets, 0.5 mg., Plain
100s ea. ......... .... .28
1000s ea. ......... .... 1.06
E. C., 100s ea. ...... .... .35
1000s ea. ...... .... 1.58
1 mg., Plain, 100s ea. .... .... .35
1000s ea. .... .... 1.42
5000s/1000s .. .... 1.35
E.C., 100s ea. ...... .... .48
1000s ea. ...... .... 2.20
5000s/1000 .... .... 1.96
5 mg., Plain, 100s ea. ... .... .68
1000s ea. ... .... 5.00
5000s/1000 .... .... 4.70
E. C., 100s ea. ...... .... .76
1000s ea. ...... .... 5.50
5000s/1000s ... .... 5.10
25 mg., Plain, 100s ea. ... .... 1.45
1000s ea. ... .... 11.75
5000s/1000s .. .... 10.70
E. C., 100s ea. ..... .... 1.65
1000s ea. ..... .... 14.10
Winsale (28250)
Tablets, U.S.P.,
0.5 mg., 100s ea. ...... .... .30
1000s ea. ...... .... 1.20
1.0 mg., 100s ea. ...... .... .35
1000s ea. ...... .... 1.70
5.0 mg., 100s ea. ...... .... .50
1000s ea. ...... .... 3.00
25.0 mg., 100s ea. ...... .... 1.10
1000s ea. ...... .... 6.50
E.C., 0.5 mg., 100s ea. .. .... .35
1000s ea. .. .... 2.00
1.0 mg., 100s ea. .. .... .40
1000s ea. .. .... 2.40
5.0 mg., 100s ea. .. .... .60
1000s ea. .. .... 3.50
25.0 mg., 100s ea. .. .... 1.20
1000s ea. .. .... 7.00

**DIETHYLSTILBESTROL DIPROPIONATE(℞)**
Bios Lab. (2523)
Bot., 10 Gm. ea. ........ .... 14.00
Blue Line (2739)
Solution
1.0 mg./c.c., 10 c.c. ea. .. 2.09 1.25
5.0 mg./c.c., 10 c.c. ea. .. 3.34 2.00

Tablets, 1.0 mg., 100s ea. .. 2.09 1.25
1000s ea. .. 14.17 8.50
5.0 mg., 100s ea. .. 5.00 3.00
1000s ea. .. 35.00 21.00
25.0 mg., 100s ea. .. 9.59 5.75
1000s ea. .. 86.25 51.75
Foy (9413)
Tablets, 0.5 mg., 100s ea. ... .... 1.45
500s ea. ... .... 2.65
1000s ea. ... .... 4.25
1.0 mg., 100s ea. ... .... 1.65
500s ea. ... .... 3.65
1000s ea. ... .... 6.25
5.0 mg., 100s ea. ... .... 2.25
500s ea. ... .... 6.75
1000s ea. ... .... 12.50

**DIETIME** (21460 Republic Drug)
Tablets, 84s .......... 2.98 16.00

**DIETRIM** (27308A Vitamin Industries)
Caps., 150s ea. ........ 2.49 1.49
444s ea. ........ 5.98 3.57

**DIETRITE** (27307C Vitamin Div.)
126s .................. *3.00 21.60
240s .................. *5.00 36.00

**DIETROL(℞)** (4815 Cameron Medical)
Tablets, 90s ea. .......... 3.95 2.10

**DI-ETTES** (16068 Marsed Labs.)
Crystals, 1/5 oz. .......... *.98 7.20
1 oz. .......... *2.50 18.00

**DIET-TWINS** (20047 Pharmex)
108s .................. 2.98 12.00

**DIFACTOR** (25829 Sutliff & Case)
Tablets, Improved, 100s ea. ... .... 1.10
1000s ea. ... .... 7.85

**DI-FEN ℞** (13659 Kay Pharm.)
Capsules, 1000s ea. ...... .... 5.76

**DIFENTOIN** (27112 Veltex)
Caps., 1½ gr., 100s ...... .... 9.60

**DIFFICULT STAIN REMOVER** (2757 Blum)
16 oz. .................. .... 5.00

**DIFFUSIN ℞** (19165 Ortho)
150 U.S.P. (hyaluronidase)
1 Ampul Pkg. ea. ........ .... .79
25 Ampul Pkg. ea. ........ .... 18.75
1500 U.S.P., (hyaluronidase)
Vial 10 c.c. ea. ........ .... 2.32

**DIFLI** (26510 Turn Brite Co.)
.................. *.49 3.75

**DIFOLAGEN ℞** (1452A Atlas Pharm. Labs.)
Vial, 10 c.c. ea. .......... 3.80 2.28

**DI-FUNGI** (13344 Johnston, Will)
Powder, 2 oz. .......... *.95 5.70

**DIGALEN ℞** (21850 Roche Labs.)
Amps. 2 c.c. Injectable
100s ea. ........*19.00 .... 11.40
Liquid, 1 oz. bot. ea. ....*1.92 .... 1.15
Tablets, ½ U.S.P. Unit
Bottle of 100s ea. ....*3.00 .... 1.80
1 U.S.P. Unit
Bottle of 100s ea. ..*4.00 .... 2.40

**DIGARTRIAL(℞)** (11957 Hildebrand)
Tablets, 100s ea. .......... .... 2.80

**DI-GAS** (5568 Chester Chemical)
Granule, 3½ oz. .......... *.69 4.97
Junior, 2 oz. .......... *.35 2.52

**DIGASTROGEN** (3063 Bowman Bros.)
C.T., 1000s ea. .......... .... 3.85

**DIGENEX** (28505A Wright, M. A.)
Liquid, 6 oz. .......... 1.00 8.00

**DI-GENIK(℞)** (22690A Savage Labs.)
Aqueous Suspension,
10 c.c. vial ea. .......... .... 2.88

**DIGENTERIC(℞)** (13110 Jabert)
Tabs., 100s .......... .... 15.00

**DIGENZYME** (16250 Maurry)
Tablets, 100s ea. .......... .... 2.31
1000s ea. .......... .... 19.92

**DIGESIC** (17464 Moore & Co.)
Vials, 30 c.c., ea. .......... .... 2.95

**DIGESTALIN** (5619 Chicago Pharmacal)
Tablets, 100s ea. .......... .... .65
1000s ea. .......... .... 4.00

**DIGESTAMIC(℞)** (16970 Metro Med.)
Liquid, 8 oz. ea. .......... .... 2.50
1 gal. ea. .......... .... 33.75
Tablets, 50s ea. .......... .... 3.75
500s ea. .......... .... 33.75

**DIGESTANS** (17464 Moore & Co.)
Elixir, 4 oz. ea. .......... .... .65
Pt. ea. .......... .... 1.40
Gal. ea. .......... .... 7.95

**DIGESTANT ℞** (4870 Canright, E. H.)
Tablets, 100s ea. ........*5.50 .... 3.30
1000s ea. ........*49.50 .... 29.70

**DIGESTELIX** (20429 Polk & Thompson)
.................. .... 15.00

**DI-GESTENE** (26775A Universal Medical)
Tablets, 100s ........*1.00 .... 6.00

**DIGESTETTES** (11249 Hancock, J. F.)
30s .................. .15 1.00

**DIGESTINE** (15091 Leslie's Pharm.)
Tablets, 100s ........*.75 .85 6.00

**DIGESTIVE, JR.(℞)** (13249 Jenkins Labs.)
Tablets, Childrens, 100s ea. .... .75 .55

**DIGESTIVEL** (6335 Corvit Pharm.)
Tablets, 100s ea. .......... .... .70
1000s ea. .......... .... 6.00

**DIGESTOL** (1220 Arlo Labs.)
6 oz. ea. .......... *2.65 1.75

**DI-GES-TOL TABS** (9839 Gattis)
20s .................. .25 2.00

**DIGESTONE TABLETS**
(20429 Polk & Thompson) .... 6.75

**DIGESTOSAL** (20829 Purepac)
2 oz. .................. *.49 .50 3.10
5 oz. .................. *.89 1.00 6.12

**DIGEX** (5245 Celano, Inc.)
3 oz. .................. *.49 .60 4.00
8 oz. .................. *.79 1.00 6.00

**DIGI CAPS** (27686 Webb Labs.)
Capsules, 100s ........*1.25 .... 10.50

**DIGICARDALIS ℞** (15391 Lloyd, Dabney & Westerfield)
Tablets, 100s ea. .......... .... .80

**DIGICARDIUM** (21994 Rorer)
Tablets, 0.1 gm., 100s ...... 1.17 8.40

**DIGICOID ℞** (12062A Hiss Pharm.)
Unicelles, 0-15 mgm.,
50s ea. .......... .... 1.50

**DIGIFANIN ℞** (27112 Veltex)
Tablets, 100s .......... .... 9.60
1000s ea. .......... .... 7.25

**DIGIFANN COMPOUND** (27112 Veltex)
Tablets, 100s .......... .... 9.60
1000s ea. .......... .... 7.25

**DIGIFOLIN(℞)** (5684 Ciba)
Ampuls, 2 ml.
5s ea. ........*1.83 .... 1.10
20s ea. ........*6.25 .... 3.75
Oral Solution
1 fl. oz. bot. ea. ......2.00 .... 1.20
Tablets, 1½ gr.
50s ea. ........ 2.00 .... 1.20
500s ea. ........*14.17 .... 8.50

# DIGIFORTIS®

**Kapseals® - Tablets - Ampoules**

**Composition:** In tablets and in Kapseals (capsules sealed with green band) highest quality dried, defatted powdered digitalis leaf; in ampoules, a highly purified aqueous solution of the active principle of digitalis. Each Kapseal, tablet, and 1-cc. ampoule contains the equivalent of 1 U.S.P. unit or 0.1 Gm. (1½ gr.) Digitalis U.S.P.

**Action and Uses:** In the treatment of cardiac insufficiency, decompensation, or failure; cardiac hypertrophy; auricular fibrillation and flutter; and impaired circulation in elderly patients. Should be used strictly in accordance with physician's instructions. Indiscriminate use may be dangerous.

Literature for your reference file available on request.

*Parke, Davis & Company*

Detroit 32, Michigan

**DIGIFORTIS(℞)** (19539 Parke, Davis)
Ampoules,▲ 1 c.c.
Box of 12s ea. ......*3.51 3.90 2.34
100s ea. ......*23.40 26.00 15.60
Bottle, 1 oz. ea. ........*.99 1.10 .66
Kapseals,
Bot. of 100s ea. ......*1.93 2.15 1.29
500s ea. ......*7.65 8.50 5.10
Pkg. of 5000s ea. ...*59.85 66.50 39.90
Tablets,
Bottle of 50s ea. ......*.94 1.05 .63
1000s ea. ......*11.97 13.30 7.98

**DIGIGLUSIN(℞)** (15249 Lilly)
Ampoules, 1 c.c. N.F.
6s ea. ........*1.93 2.15 1.29
100s ea. ........*23.40 26.00 15.60
Liquid, 4 oz. ea. ......*2.52 2.80 1.68
Pt. ea. ......*7.20 8.00 4.80
Tablets,
½ U.S.P., digitalis unit
100s ea. ........*1.17 1.30 .78
1 U.S.P., digitalis unit
100s ea. ........*1.26 1.40 .84
S. C., 100s ea. ......*1.53 1.70 1.02
500s ea. ......*5.49 6.10 3.66
5000s bulk ea. *47.25 52.50 31.50
1½ U.S.P., digitalis unit
100s ea. ......*1.53 1.70 1.02

**DIGI-K(℞)** (13721 Keene Pharmacal)
Tablets, 0.1 mg., 100s ea. ...... 2.50 ....
0.2 mg., 100s ea. ...... 3.50 ....

**DIGILANID(℞)** (22544 Sandoz)
Ampules,
2 c.c., box of 6s ea. ........ .... 1.25
100s ea. ........ .... 15.00
Tablets, 0.333 mg., 50s ea. .... .... 1.00
1000s ea. .... .... 15.00

**DIGINOPHYLLINE(℞)** (26002 Taylor Drug)
Capsules, 100s ea. ........ 2.70 1.60

**DIGISEALS ℞** (11519 Harvey, G. F.)
Capsules, 1½ gr., 100s ea. .... 1.67 1.00
1000s ea. .... 13.33 8.00

**DIGISINE** (5321 Century Pharmacal)
Liq., 1 fl. oz. ea. .......... 3.50 2.10

**DIGITALINE NATIVELLE** (27030 Varick)
Solution
Intrav., 0.2 mgm./c.c.
1 c.c., 6s .......... .... 16.00
50s ea. .......... .... 8.00
2 c.c., 6s .......... .... 22.00
50s ea. .......... .... 12.50

# DIGITALINE NATIVELLE®

**The original Digitoxin**

DIGITALINE NATIVELLE exerts the full characteristic action of digitalis, is completely and rapidly absorbed. Nausea and vomiting from local irritations are almost never encountered. Dosage of 0.1 mg. is clinically equivalent to 1.5 gr. of standardized digitalis leaf.

**Action and Uses:** Whenever digitalis is required: in congestive heart failure, auricular fibrillation, auricular flutter, etc.

**Dosage:** The average digitalizing dose is 1.2 mg. The average daily maintenance dose is 0.1 mg. Oral, and intramuscular and intravenous doses are the same.

**How Supplied:** Tablets, intramuscular and intravenous ampoules, and oral solution. See product listing.

**VARICK PHARMACAL CO., INC.**

Hicksville, Long Island, N. Y.

*For prices and sizes see previous column & below*

Intram., 0.2 mgm./c.c.
1 c.c., 6s .......... .... 16.00
50s ea. .......... .... 8.00
2 c.c., 6s .......... .... 22.00
50s ea. .......... .... 12.50
Oral, 1:1000
10 c.c. bot. .......... .... 18.00
Tablets
0.1 mg., 40s .......... .... 9.60
100s .......... .... 22.00
250s .......... .... 54.00
1000s ea. .......... .... 13.50
0.15 mg., 40s .......... .... 10.80
250s .......... .... 60.00
0.2 mg., 40s .......... .... 12.00
100s .......... .... 28.00
250s .......... .... 66.00
1000s ea. .......... .... 16.50

**DIGITALIS(℞)**
American Drug Prod. (696)
Tablets, 1½ gr., 1000s ea. .. .... 1.10
E.C., 1000s ea. ........ .... 1.70
Barre Drug (1868)
Tablets, 1½ gr.,
100s ea. .......... .... .25
1000s, ea. .......... .... 1.60
Barry-Martin (1881)
Tablets, 1½ gr.,
1000s ea. .......... .... 2.25
Coated, 1000s ea. ...... .... 2.75
B-H Pharmacal Co. (1546)
U.S.P., C.T., 1½ gr.,
1000s ea. .......... .... 1.85
Bowman Bros. (3063)
E.C.T., 1 gr., 1000s ea. .. .... 3.00
H.G.C., 1½ gr., 1000s ea. .. .... 6.50
Burrough Bros. (4622)
Tinctures, U.S.P., 14 oz. ea. . .... .81
Pt. ea. .... .... 2.76
Gal. ea. .... .... 16.00
Burroughs Wellcome (4629)
Tabloid Brand
Tablets, 1½ gr., 100s ea. *1.15 8.28
1000s ea. *7.60 4.56
Campbell (4836)
Tablets, 1½ grs., E.C.,
1000s ea. .......... .... 7.00
Ciba (5684)
Digifolin (See Under Trade Name)
Clapp, Otis (5729)
Digitalis Lanata
Tabs., 1 gr., or 1½ gr.,
100s .......... *1.50 10.80
Clark, Peffer & Brown (5761)
C.T., 0.1 Gm., ea. .......... .... 1.80
Consolidated Midland Corp. (6156)
Tab'lets,
Plain, 1½ gr.,
100s ea. .......... .... .55
1000s ea. .......... .... 2.25
5000s/1000s .......... .... 2.15
E.C., 1½ gr.,
100s ea. .......... .... .75
1000s ea. .......... .... 3.75
5000s/1000s .......... .... 3.20
Corvit Pharmaceuticals (6335)
Tablets, C.T., 1½ gr.,
100s ea. .......... .... .23
1000s ea. .......... .... 2.00

(Continued on Next Page)