# EXHIBIT 1(C)



1961-1962
A BLUE BOOK First! Manufacturers' Catalog Numbers

...PROCAINE(℞) (15249 Lilly)
...poules, 2 c.c.
[#568] 25s ea. ....•8.59 | 9.55 | 5.73
100s ea. ...•33.30 | 37.00 | 22.20
10 c.c. r.s. [#581]
Ea. ....•1.80 | 2.00 | 1.20
...EE-DIP (17544 Mor-Mar Sales Co.)
... ....•1.59 | 10.80
...EX ℞ (26794 Upjohn)
Tabs., 50 mg.,
100s [#5012] ea. ....•7.50 | .... | 5.25
500s [#5013] ea. ...•35.60 | .... | 24.92
... (15430 Lockwood Lawrence)
.... | .75 | 5.40
...FLY (8823 Farnam)
Powder, 1 lb. .... | 1.19 | 9.00
5 lb. (case of 4) .... | 3.98 | 10.80
1 lb. (case of 12) .... | 1.19 | 8.60
...FRIN (4524 Buffington)
Liquid, 16 oz. ea. .... | 3.75 | 2.25
...L, WM. CO. (7425)
Beeswax, Crude or Refined .... | .... | ....
Candelilla Wax .... | .... | ....
Carnauba Wax,
Fatty or Yellow .... | .... | ....
Esparto Wax .... | .... | ....
Japan Wax .... | .... | ....
Shellac .... | .... | ....
...LDRIN
Mackwin (15741)
Emulsifiable, 1.5 E.S.,
Qt. .... | 2.12 | 21.61
Science Products (22920)
E.C.-15,
Liq., 4 oz. .... | .85 | 6.12
8 oz. .... | 1.25 | 9.00
Pt. .... | 2.25 | 16.20
Qt. (per 6) .... | 3.75 | 13.50
Gal (per 4) .... | .... | 30.40
5 gal. drum ea. .... | .... | 36.85
...EXES-T ℞ (27514 Wallau)
Tablets, 30s .... | .... | 18.00
60s .... | .... | 32.40
...ENESTROL(℞)
American Drug Products (696)
Tablets, 0.1 mg., 1000s ea. .... | .... | 2.15
0.5 mg., 1000s ea. .... | .... | 3.30
Bio-Ramo (2520A)
C.T., 0.1 mg., 100s ea. .... | 1.50 | .90
0.5 mg., 100s ea. .... | 2.25 | 1.35
1.5 mg., 100s ea. .... | 3.30 | 2.00
10.0 mg., 100s ea. .... | 8.30 | 5.00
Bios Labs (2523)
Bot., 25 Gm. ea. .... | .... | 14.00
Campbell (4836)
Tabs., 0.1 mgs., 1000s ea. .... | .... | 8.00
0.5 mgs., 1000s ea. .... | .... | 12.00
Central Pharmacal (5294)
Restrol (See under Trade Name)
City Chem. (5718)
5 Gm., ea. .... | .... | 6.25
10 Gm., ea. .... | .... | 11.00
Dillard, R. Yates (7446)
Suspension, 5 mg./c.c.,
10 c.c. ea. .... | .... | 0.80
DeMont Pharmacal Co. (7767)
Tablets, 0.5 mg.
100s ea. .... | .... | .50
500s ea. .... | .... | 2.00
1000s ea. .... | .... | 3.50

## Dienestrol Cream

**Composition:** Vaginal cream containing 0.1 mg. of the synthetic estrogen dienestrol per gram of cream.

**Action and Uses:** Used topically for the treatment of senile and atrophic vaginitis or other vaginal disturbances associated with hypoestrogenic conditions.

**How Administered:** Applied intravaginally with ORTHO® measured dose applicator. Average dose, one applicatorful daily for 7 to 14 days, then reduced to once every 48 hours for a similar period.

**How Supplied:** Large tubes with or without ORTHO Applicator.

**ORTHO PHARMACEUTICAL CORPORATION**
Raritan, New Jersey

*For prices and sizes see next column*

Fielding Chem. (8997B)
5 gms. ea. .... | .... | 6.35
Horton & Converse (12344)
Tablets, 0.5 mg., S.C.,
100s ea. .... | •1.55 | .93
500s ea. .... | •6.25 | 3.75
Jan Labs. (13181)
Tablets, 0.5 mg., 100s ea. .... | .... | .50
500s ea. .... | .... | 2.00
1000s ea. .... | .... | 3.50
Key Pharmacal (13900)
Suspension Injection,
5 mg., 10 c.c. ea. .... | 3.35 | 2.10
Lloyd, Dabney & Westerfield (15391)
Tablets,
0.1 mg. 100s ea. .... | .... | .85
0.5 mg. 100s ea. .... | .... | 1.20
0.25 mg. 100s ea. .... | .... | 1.05
5.0 mg. 100s ea. .... | .... | 1.90
Mann Fine Chem. (15930)
Crystals, 5 gm. bot. ea. .... | .... | 9.00
Ortho (19165)
Cream, 2¾ oz. w/applicator . | 3.25 | 26.00
w/o applicator | 2.60 | 20.80
Physicians' Drug & Supply (20137A)
Tablets, 0.5 mg. 1000s ea. .... | .... | 3.00
Raway Pharmacal (21122)
Tablets, S.C.,
0.5 mg., 1000s ea. .... | .... | 2.25
5000/1000 .... | .... | 2.10
Richlyn (21646)
Tablets, .5 mg., 1000s ea. .... | .... | 2.75
Vials,
Aqueous, 5 mg./c.c., 30 c.c.,
Ea. .... | .... | 1.50
In Oil, 5 mg./c.c.,
30 c.c., ea. .... | .... | 1.50
Robinson Labs. (21831A)
S.C., 0.5 mg., 100s ea. .... | .... | .80
1000s ea. .... | .... | 5.00
5000s bulk/M. .... | .... | 4.75
White Labs. (27959)
Synestrol (See Under Trade Name)
**DI-ERONE**(℞) (14397 Kremers-Urban)
Tablets, [#3245] 20s ea. .... | 2.25 | 1.35
60s ea. .... | 5.20 | 3.12
500s ea. .... | 34.50 | 20.70
1000s ea. .... | 67.50 | 40.50
**DI-EST** ℞ (5294 Central Pharmacal)
10 ml. vial ea. .... | 5.00 | 3.00
Double Strength,
10 ml. vial ea. .... | 7.92 | 4.75
**DIESTIANS** (20493 Pond Pharm.)
Tablets
15s ....•.23 | .25 | 2.00
35s ....•.49 | .50 | 4.00
80s ....•.98 | 1.00 | 8.00
**DI-ESTROL**(℞) (4836 Campbell Pharm.)
5 mgm./c.c.,
10 c.c. vial ea. .... | .... | 1.18
**DIESTRYL** ℞ (18546 Normand Pharm.)
Tablets, 5 mg.,
C.T., 1000s ea. .... | .... | 1.40
E.C., 1000s ea. .... | .... | 2.10
**DIET-A-WAY** (20021 Pharm-A-Lab.)
Reducing Caps., 7s .... | •.98 | 4.80
14s .... | •1.69 | 8.00
28s .... | •2.98 | 14.40
**DIET AID VITAMINS** (26202 Thompson Medical)
Tablets, 30s .... | •2.00 | 16.00
**DIETABS** ℞ (13894 Key Corp.)
Series A, Plain Tablets
Set of 3x 100s ea. .... | 9.00 | 6.00
3x1000s ea. .... | .... | 30.00
**DIETAM** ℞ (17723B Myers-Carter)
Tablets, E.C., 100s ea. .... | .... | 3.00
1000s ea. .... | .... | 28.00
**DIETCAPS** (28778B Zirin)
Set, 3 x 100 Caps. .... | 15.00 | 90.00
3 x 1000 Caps. ea. .... | 90.00 | 30.00
**DIETCAPS** ℞ (2647 Blaine Co.)
Timed Cap, 100s ea. .... | .... | 3.00
1000s ea. .... | .... | 24.00
**DIETEMIC** (14839A Lawton Labs.)
Elixir, 8 oz. ea. .... | 1.95 | 1.30
**DIETENE** (7429 Dietene)
Reducing Supplement, Instant
Powder, 1 lb. ea. ....•1.98 | 2.00 | 1.33
12 x 1 lb. per case .... | .... | 15.96
5 lb. ea. ....•9.29 | 9.30 | 6.20
**DIETEX** (7359 Diacin Chemical)
Tablets, 63s ....•3.00 | .... | 24.00
**DI-ETH-STROL**(℞) (5664 Christina)
Aqueous Suspension, 25 mg./c.c. USP
10 c.c. vial ea. .... | .... | 1.65
In Oil, 25 mg./c.c. USP
10 c.c. vial ea. .... | .... | 1.65
**DIETHYLBARBITURIC ACID**
(See Barbital)
**DIETHYLSTILBESTROL**(℞)
A.P.C. (809)
Tablets, 1 gm.
1000s ea. .... | .... | 1.64
5 x 1000/1000 .... | .... | 1.54
Enteric Coated Red
1000s ea. .... | .... | 2.06
5 x 1000/1000 .... | .... | 1.90
5 mg., 100s ea. .... | .... | .80
1000s ea. .... | .... | 5.76
5 x 1000/1000 .... | .... | 5.56
Enteric Coated Red
100s ea. .... | .... | .88
1000s ea. .... | .... | 6.60
5 x 1000/1000 .... | .... | 6.40
25 mg., 100s ea. .... | .... | 2.00
1000s ea. .... | .... | 18.00
5 x 1000/1000 .... | .... | 17.50
Enteric Coated Red
100s ea. .... | .... | 2.20
1000s ea. .... | .... | 19.20
5 x 1000/1000 .... | .... | 18.50
Abbott (89)
Enterab Tablets, 5 mg. [#C3777]
100s ea. ....•3.64 | 4.05 | 2.43
250s ea. ....•8.55 | 9.50 | 5.70
1000s ea. ....•31.41 | 34.90 | 20.94
5000s/1000 ....•29.83 | 33.15 | 19.89
Tablets, [#C3315]
5 mg., 100s ea. ...•3.42 | 3.80 | 2.28
250s ea. ...•7.87 | 8.75 | 5.25
1000s ea. ...•29.16 | 32.40 | 19.44
5000s/1000 •27.00 | 30.00 | 18.00
Academy (116)
1 mg., 100s ea. .... | .... | .20
1000s ea. .... | .... | 1.15
1 mg., EC., 100s ea. .... | .... | .25
1000s ea. .... | .... | 1.50
5 mg., 100s ea. .... | .... | .40
1000s ea. .... | .... | 3.25
EC., 100s ea. .... | .... | .45
1000s ea. .... | .... | 4.00
25 mg., 100s ea. .... | .... | 1.25
1000s ea. .... | .... | 11.00
EC., 100s ea. .... | .... | 1.35
1000s ea. .... | .... | 12.00
American Drug Prod. (696)
Capsules, 15 mgm., 1000s ea. .... | .... | 12.00
Suppositories
0.1 mg., 100s ea. .... | .... | 12.50
0.5 mg., 100s ea. .... | .... | 14.00
Tablets, 0.1 mgm., 1000s ea. .... | .... | .65
E.C., 1000s ea. .... | .... | 1.00
0.25 mgm., 1000s ea. .... | .... | .70
E.C., 1000s ea. .... | .... | .90
0.5 mgm., 1000s ea. .... | .... | .75
E.C., 1000s ea. .... | .... | 1.00
1.0 mgm., 1000s ea. .... | .... | .85
E.C., 1000s ea. .... | .... | 1.10
5.0 mgm., 1000s ea. .... | .... | 1.90
E.C., 1000s ea. .... | .... | 2.15
25 mgm., 1000s ea. .... | .... | 6.20
E.C., 1000s ea. .... | .... | 6.50
100 mgm., 1000s ea. .... | .... | 21.00
Vials, In Oil,
10 c.c., 25 mg./c.c., 1s ea. .... | .... | .95
30 c.c., 5 mg./c.c., 1s ea. .... | .... | .85
American Serum Co. (841A)
Vet., 10 c.c. (1-2 doses) ea. . | .75 | .50
Amfre-Grant (894)
des (See Under Trade Name)
Anchor Serum (945) .... | .... | ....
Approved Pharm. (1140)
C.T., 0.1 mg., 100s ea. .... | .... | .35
500s ea. .... | .... | 1.00
1000s ea. .... | .... | 1.60
5000/1000 .... | .... | 1.45
.25 mg., 100s ea. .... | .... | .40
500s ea. .... | .... | 1.10
1000s ea. .... | .... | 1.70
5000/1000 .... | .... | 1.55
0.5 mg., 100s ea. .... | .... | .23
500s ea. .... | .... | .60
1000s ea. .... | .... | .95
5000/1000 .... | .... | .84
1 mg., 100s ea. .... | .... | .30
500s ea. .... | .... | .80
1000s ea. .... | .... | 1.20
5000/1000 .... | .... | 1.10
5 mg., 100s ea. .... | .... | .35
500s ea. .... | .... | 1.65
1000s ea. .... | .... | 2.75
5000/1000 .... | .... | 2.50
25 mg., 100s ea. .... | .... | .85
500s ea. .... | .... | 3.75
1000s ea. .... | .... | 6.95
5000/1000 .... | .... | 6.65
100 mg., 100s ea. .... | .... | 4.65
500s ea. .... | .... | 22.50
1000s ea. .... | .... | 40.25
E.C., 0.1 mg., 100s ea. .... | .... | .40
500s ea. .... | .... | 1.08
1000s ea. .... | .... | 1.65
5000/1000 .... | .... | 1.50
.25 mg., 100s ea. .... | .... | .45
500s ea. .... | .... | 1.18
1000s ea. .... | .... | 1.85
5000/1000 .... | .... | 1.70
0.5 mg., 100s ea. .... | .... | .30
500s ea. .... | .... | .80
1000s ea. .... | .... | 1.35
5000/1000 .... | .... | 1.25
1 mg., 100s ea. .... | .... | .35
500s ea. .... | .... | 1.00
1000s ea. .... | .... | 1.50
5000/1000 .... | .... | 1.30
5 mg., 100s ea. .... | .... | .50
500s ea. .... | .... | 1.95
1000s ea. .... | .... | 3.25
5000/1000 .... | .... | 3.00
25 mg., 100s ea. .... | .... | .95
500s ea. .... | .... | 4.50
1000s ea. .... | .... | 7.95
5000/1000 .... | .... | 7.60
Arlco Drug Co. (1197)
Tablets, 1 mg., 100s ea. .... | .... | .90
C.T., 5 mg., 100s ea. .... | .... | 1.00
25 mg., 100s ea. .... | .... | 2.17
Atlas Pharm. Labs. (1452A)
Multiple Dose Vials,
25 mg./c.c., 10 c.c. ea. .... | .... | 1.80
Barre Drug (1868)
Tablets, 1.0 mg., 100s ea. .... | .... | .30
1000s ea. .... | .... | 1.65
5.0 mg., 100s ea. .... | .... | .50
1000s ea. .... | .... | 3.20
25.0 mg., 100s ea. .... | .... | 1.10
1000s ea. .... | .... | 8.50
E.C., 1.0 mg., 100s ea. .... | .... | .35
1000s ea. .... | .... | 1.80
5.0 mg., 100s ea. .... | .... | .55
1000s ea. .... | .... | 3.95
25.0 mg., 100s ea. .... | .... | 1.25
1000s ea. .... | .... | 9.25
Barry-Martin (1881)
Tablets,
5 mg., C.T. 1000s ea. .... | .... | 2.10
E.C. 1000s ea. .... | .... | 2.65
25 mg., C.T. 100s ea. .... | .... | .95
500s ea. .... | .... | 4.75
1000s ea. .... | .... | 8.35
E.C. 100s ea. .... | .... | 1.10
500s ea. .... | .... | 4.95
1000s ea. .... | .... | 8.95
Bell Pharmacal (2162)
Aqueous or Oil, 5 mg./c.c.
30 c.c. vial, ea. .... | .... | 3.00
Tabs., E.C.,
1.0 mg., 1000s ea. .... | .... | 2.00
5.0 mg., 1000s ea. .... | .... | 3.50
25.0 mg., 1000s ea. .... | .... | 8.00
Bellevue (2184)
Vial in Oil,
25 mg./c.c., 10 c.c. ea. .... | .... | 1.20
50 mg./c.c., 60 c.c. ea. .... | .... | 2.88
Bingham, R.H. Co., Inc. (2482)
Tablets, 5 mg., 100s ea. .... | .... | 1.00
1000s ea. .... | .... | 6.50
25 mg., 100s ea. .... | .... | 2.00
1000s ea. .... | .... | 16.00
E.C., 5 mg.,
100s ea. .... | .... | 1.10
1000s ea. .... | .... | 8.00
Bio America (2497)
Tablets, E. C., 10 mg.,
100s ea. .... | .... | 1.23
1000s ea. .... | .... | 9.57
Bio-Ramo (2520A)
C.T., 0.1 mg., 100s ea. .... | .58 | .35
0.25 mg., 100s ea. .... | .82 | .50
0.5 mg., 100s ea. .... | 1.08 | .65
1.0 mg., 100s ea. .... | 1.50 | .90
5.0 mg., 100s ea. .... | 2.10 | 1.20
25.0 mg., 100s ea. .... | 4.15 | 2.50
50.0 mg., 100s ea. .... | 7.50 | 4.50
100.0 mg., 100s ea. .... | 12.50 | 7.50
Bios Labs. (2523)
Bot., 25 Gm. ea. .... | .... | 7.00
Blackman Stanley (2625)
Powder, 4 oz. .... | 30.00 | ....
Bowman Bros. (3063)
C.T. 1 mg., 1000s ea. .... | .... | 3.90
5 mg., 1000s ea. .... | .... | 4.95
Brewer (4209)
Gel-ets, 0.5 mg., 100s ea. . | 1.05 | .63
1000s ea. . | 9.10 | 5.46
1 mg., 100s ea. . | 1.25 | .75
1000s ea. . | 10.85 | 6.51
5 mg., 100s ea. . | 3.60 | 2.16
1000s ea. . | 26.00 | 15.60
25 mg., 100s ea. . | 7.50 | 4.50
1000s ea. . | 63.35 | 38.01
Bryant Pharm. (4470)
Tablets, Plain U.S.P.,
1.0 mg., 100s ea. .... | .... | .30
1000s ea. .... | .... | 1.50
5.0 mg., 100s ea. .... | .... | .60
1000s ea. .... | .... | 4.20
25 mg., 100s ea. .... | .... | 1.00
1000s ea. .... | .... | 7.95
E.C.; U.S.P.,
1.0 mg., 100s ea. .... | .... | .40
1000s ea. .... | .... | 2.25
5.0 mg., 100s ea. .... | .... | .70
1000s ea. .... | .... | 4.95
25 mg., 100s ea. .... | .... | 1.10
1000s ea. .... | .... | 8.95
Campbell Pharm. (4836)
1.0 mgs., 1000s ea. .... | .... | 3.65
5.0 mgs., 1000s ea. .... | .... | 4.90
25 mgs., 1000s ea. .... | .... | 12.00
Carroll Chemical (5075)
Tablets, Plain,
1.0 mg., 100s ea. .... | .... | .30
1000s ea. .... | .... | 1.75
5.0 mg., 100s ea. .... | .... | .50
1000s ea. .... | .... | 3.25
25.0 mg., 100s ea. .... | .... | 1.20
1000s ea. .... | .... | 9.00
E. C., 1.0 mg., 100s ea. .... | .... | .35
1000s ea. .... | .... | 1.85
5.0 mg., 100s ea. .... | .... | .60
1000s ea. .... | .... | 4.10
25 0 mg., 100s ea. .... | .... | 1.35
1000s ea. .... | .... | 9.90

(Continued on Next Page)

SQUIBB QUALITY—THE PRICELESS INGREDIENT

**DIETHYLSTILBESTROL ℞ (Continued)**

Cenci Pharmacal (5271)
Tabs.,
0.1 mg., 1000s ea. .... 1.25
5000s/M .... 1.13
10000s/M .... 1.00
0.25 mg., 1000s ea. .... 1.65
5000s/M .... 1.50
10000s/M .... 1.30
0.50 mg., 1000s ea. .... 1.90
5000s/M .... 1.82
10000s/M .... 1.44
Bisected,
1 mg., 1000s ea. .... 2.25
5000s/M .... 1.60
10000s/M .... 1.29
Bisected,
5 mg., 100s ea. .... 1.25
1000s ea. .... 5.91
5000s/M .... 3.20
10000s/M .... 2.88
25 mg., 100s ea. .... 1.80
1000s ea. .... 15.60
5000s/M .... 12.96
10000s/M .... 11.22
50 mg., 100s ea .... 3.00
500s ea. .... 13.92
1000s ea. .... 25.20
5000s/M .... 24.00
10000s/M .... 22.00
100 mg., 100s ea. .... 6.80
500s ea. .... 27.78
1000s ea. .... 53.00
5000s/M .... 50.60
10000s/M .... 46.60

Chicago Pharmacal (5619)
Injectable, Vials,
50 mg./c.c., 10 c.c. ea. .... 1.50
Tablets, 0.25 mg., S.C. [#1508]
100s ea. .... .55
1000s ea. .... 3.00
0.5 mg., S.C., [#1509]
100s ea. .... .60
1000s ea. .... 3.50
1.0 mg., S.C., [#1510]
100s ea. .... .65
1000s ea. .... 4.00
5 mg., S.C., [#1511]
100s ea. .... 1.00
1000s ea. .... 6.00
Plain [#1511A]
100s ea. .... 1.00
1000s ea. .... 5.50
25 mg., S.C., [#1512]
100s ea. .... 2.25
1000s ea. .... 20.00
50 mg., [#1513]
100s ea. .... 4.00
1000s ea. .... 37.50

Christina (5664)
Di-Eth-Strol (See Under Trade Name)

Churchill Pharms. (5680)
Tabs., 50 mg., 100s ea. .... 5.00

Columbia (6045)
Tablets, 1 mg., 1000s ea. .... .95
5 mg., 1000s ea. .... 1.85
25 mg., 1000s ea. .... 5.85
E.C., 0.5 mg., 1000s ea. .... 1.05
1 mg., 1000s ea. .... 1.35
5 mg., 1000s ea. .... 2.25
25 mg., 1000s ea. .... 6.50

Consolidated Midland Corp. (6156)
Tablets,
Plain,
0.1 mg., 100s ea. .... .30
1000s ea. .... 1.05
5000s/1000s .... 1.00
0.5 mg., 100s ea. .... .35
1000s ea. .... 1.15
5000s/1000s .... 1.10
1.0 mg., 100s ea. .... .40
1000s ea. .... 1.20
5000s/1000s .... 1.10
5.0 mg., 100s ea. .... .55
1000s ea. .... 3.00
5000s/1000s .... 2.75
25 mg., 100s ea. .... 1.20
1000s ea. .... 8.10
5000s/1000s .... -7.65
E. C.,
0.1 mg., 100s ea. .... .40
1000s ea. .... 1.80
5000s/1000s .... 1.65
0.5 mg., 100s ea. .... .45
1000s ea. .... 1.35
5000s/1000s .... 1.20
1.0 mg., 100s ea. .... .45
1000s ea. .... 1.50
5000s/1000s .... 1.35
5.0 mg., 100s ea. .... .60
1000s ea. .... 3.20
5000s/1000s .... 3.10
25 mg., 100s ea. .... 1.50
1000s ea. .... 9.50
5000s/1000s .... 8.55
Vial, U.S.P., ℞ 25 mg./c.c.
in Sesame Oil, 10 c.c., ea. .... .56
30 c.c., ea. .... 1.44

Corvit Pharm. (6335)
Tablets,
C.T., 5 mg., Scored,
100s ea. .... .50
1000s ea. .... 3.60
25 mg., Scored,
100s ea. .... 1.25
1000s ea. .... 8.00
100 mg., Scored,
100s ea. .... 3.50
1000s ea. .... 25.00

E.C., 1.0 mg., 100s ea. .... .35
1000s ea. .... 1.80
5.0 mg., 100s ea. .... .65
1000s ea. .... 4.50
25.0 mg., 100s ea. .... 1.35
1000s ea. .... 9.00

Cowley Pharm. (6398)
Tablets, 0.5 mg., 1000s ea. .... 1.90
1.0 mg., 1000s ea. .... 2.40
5.0 mg., 1000s ea. .... 6.00
E.C., 5.0 mg., 1000s ea. .... 6.50
25 mg., 1000s ea. .... 20.00

Crockett Labs. (6480)
Veterinary, Solution, 2 mg./c.c.,
10 c.c. vial ea. .... 1.00 .60
50 c.c. vial ea. .... 2.00 1.25

Daniels (6852)
Capsules, T.D., 15 mg.,
100s ea. .... 1.50
1000s ea. .... 12.50
Tablets, 0.5 mg., 100s ea. .... .25
1000s ea. .... 1.05
1.0 mg., 100s ea. .... .30
1000s ea. .... 1.50
5.0 mg., 100s ea. .... .60
1000s ea. .... 4.20
25.0 mg., 100s ea. .... .99
1000s ea. .... 7.98
E.C., 0.5 mg., 100s ea. .... .35
1000s ea. .... 2.00
1.0 mg., 100s ea. .... .40
1000s ea. .... 2.25
5.0 mg., 100s ea. .... .70
1000s ea. .... 4.95
25.0 mg., 100s ea. .... 1.08
1000s ea. .... 9.00

Drug Specialties (7710A)
Tablets,
CT, 1 mg., 1000s ea. .... 1.50
5 mg., 1000s ea. .... 3.00
25 mg., 1000s ea. .... 8.25
EC, 1 mg., 1000s ea. .... 1.95
5 mg., 1000s ea. .... 3.60
25 mg., 1000s ea. .... 8.75

Dumas-Wilson (7765)
Mikarol (See Under Trade Name)

DuMont Pharmacal Co. (7767)
Tablets,
0.5 mg. C.T. 100s ea. .... .20
1000s ea. .... 1.25
E.C. 100s ea. .... .30
1000s ea. .... 1.95
1.0 mg. C.T. 100s ea. .... .25
1000s ea. .... 1.50
E.C. 100s ea. .... .35
1000s ea. .... 2.00
5.0 mg. C.T. 100s ea. .... .40
500s ea. .... 1.30
1000s ea. .... 1.95
E.C. 100s ea. .... .50
500s ea. .... 1.80
1000s ea. .... 2.60
25.0 mg. C.T. 100s ea. .... 1.00
500s ea. .... 3.50
1000s ea. .... 5.25
E.C. 100s ea. .... 1.10
500s ea. .... 3.75
1000s ea. .... 5.95
100 mg. C.T. 100s ea. .... 3.40
500s ea. .... 13.75
1000s ea. .... 19.75

Empire Drug (8308)
Tabs., 5 mg., Plain 1000s ea. .... 3.50
E.C., 1000s ea. .... 4.50
25 mg., Plain, 1000s ea. .... 11.00
E.C., 1000s ea. .... 12.00
In Sesame Oil
25 mg./c.c., 25s ea. .... 5.00
100s ea. .... 18.00

Evron Co. (8641)
Tablets,
0.25 mg., 100s ea. .... .28
1000s ea. .... 1.56
E.C., 100s ea. .... .32
1000s ea. .... 2.36
0.5 mg., 100s ea. .... .32
1000s ea. .... 1.76
E.C., 100s ea. .... .36
1000s ea. .... 2.56
1.0 mg., 100s ea. .... .36
1000s ea. .... 2.16
E.C., 100s ea. .... .40
1000s ea. .... 2.68
5.0 mg., 100s ea. .... .60
1000s ea. .... 4.56
E.C., 100s ea. .... .68
1000s ea. .... 5.56
25.0 mg., 100s ea. .... 2.00
500s ea. .... 9.00
1000s ea. .... 16.68
E.C., 100s ea. .... 2.16
500s ea. .... 9.68
1000s ea. .... 18.04

Gold Leaf (10377)
Injection In Oil
Ampuls, 1 c.c., Intram.
1 mg., 100s ea. .... 8.00
5 mg., 100s ea. .... 9.00
Vials, 30 c.c.
1 mg. ea. .... 1.00
5 mg. ea. .... 1.50
25 mg. ea. .... 3.00
Tablets,
C.T.,
25.0 mg., 1000s ea. .... 6.80
E.S.C.,
1.0 mg., 1000s ea. .... 1.00
5.0 mg., 1000s ea. .... 2.90
25.0 mg., 1000s ea. .... 7.70

Gotham (10580)
In Sesame Oil
5 mg./c.c.
10 c.c. vial ea. .... .70 .47
25 mg./c.c.
10 c.c. vial ea. .... 1.20 .80
Tablets, Plain,
1 mg., 1000s ea. .... 1.90 1.27
5000s ea. .... 9.00 5.99
5 mg., 1000s ea. .... 3.60 2.40
5000s ea. .... 15.00 9.99
25 mg., 1000s ea. .... 10.40 6.93
5000s ea. .... 46.50 30.97
Coated, 1 mg., 1000s ea. .... 2.50 1.67
5 mg., 1000s ea. .... 4.30 2.87
5000s ea. .... 18.00 11.98
25 mg., 1000s ea. .... 11.20 7.49
5000s ea. .... 49.80 33.17

Haack (11012)
Tablets,
0.1 mg., E.C., 100s ea. .... .50
1000s ea. .... 1.50
5000s per M .... 1.25
0.25 mg., E.C., 100s ea. .... .50
1000s ea. .... 2.00
5000s per M .... 1.60
0.5 mg., E.C., 100s ea. .... .50
1000s ea. .... 2.00
5000s per M .... 1.60
1 mg., C.T., 100s ea. .... .50
1000s ea. .... 2.00
5000s per M .... 1.60
E.C., 100s ea. .... .50
1000s ea. .... 2.00
5000s per M .... 1.60
5 mg., C.T., 100s ea. .... .75
1000s ea. .... 6.00
5000s per M .... 4.80
E.C., 100s ea. .... .75
1000s ea. .... 6.00
5000s per M .... 4.80
25 mg., C.T., 100s ea. .... 1.25
1000s ea. .... 12.00
5000s per M .... 9.60
E.C., 100s ea. .... 1.50
1000s ea. .... 12.00
5000s/1000 .... 9.60
100 mg., C.T.,
100s ea. .... 4.00
1000s ea. .... 32.00
5000s/1000 .... 25.60

Hall, Don (11126)
U.S.P., E.C.T.,
5.0 mg., 100s ea. .... .65
1000s ea. .... 4.25
25 mg., 100s ea. .... 1.50
1000s ea. .... 13.00

Halsey (11178)
Tablets, .5 mg., 100s ea. .... .28
1000s ea. .... 1.15
1 mg., 100s ea. .... .35
1000s ea. .... 1.65
5 mg., 100s ea. .... .67
1000s ea. .... 4.65
25 mg., 100s ea. .... 1.10
1000s ea. .... 8.75
E.C., .5 mg., 100s ea. .... .40
1000s ea. .... 2.20
1 mg., 100s ea. .... .45
1000s ea. .... 2.50
5 mg., 100s ea. .... .78
1000s ea. .... 5.50
25 mg., 100s ea. .... 1.20
1000s ea. .... 10.00

Hance Bros. & White(℞) (11244)
Tablets,
C.T., 5 mg., 100s .... ....
1000s .... ....
25 mg., 100s .... ....
1000s .... ....
50 mg., 100s .... ....
500s .... ....
E.C., 0.5 mg., 100s .... ....
1000s .... ....
1.0 mg., 100s .... ....
1000s .... ....
5 mg., 100s .... ....
1000s .... ....
25 mg., 100s .... ....
1000s .... ....

Harvey (11524)
Ampul Vials, In Oil, 1 mg. per c.c.
10 c.c. ea. .... .75
30 c.c. ea. .... 1.50
10 mg./c.c.,
10 c.c. ea. .... 1.50
50 mg./c.c.,
30 c.c. ea. .... 3.00
Tablets,
C.T., 0.5 mg., 1000s ea. .... 1.25
1.0 mg., 1000s ea. .... 1.50
5.0 mg., 1000s ea. .... 2.50
25 mg., 1000s ea. .... 6.00
E.C., 1.0 mg., 1000s ea. .... 2.25
5.0 mg., 1000s ea. .... 3.50
25 mg., 1000s ea. .... 6.50

Hildebrand (11957)
0.1 mg., 500s ea. .... .60
1000s ea. .... 1.00
0.2 mg., 500s ea. .... .80
1000s ea. .... 1.40
0.5 mg., 500s ea. .... .95
1000s ea. .... 1.70
1.0 mg., 500s ea. .... 1.10
1000s ea. .... 2.00
5.0 mg., 500s ea. .... 1.85
1000s ea. .... 3.50

Hilly Medicinal Prods. (11991)
Tablets, C.T.,
0.5 mg., 1000s ea. .... .9
1.0 mg., 100s ea. .... .35
1000s ea. .... 1.25
5.0 mg., 100s ea. .... .45
1000s ea. .... 2.75
25.0 mg., 100s ea. .... .9
1000s ea. .... 8.0
E.C., 5.0 mg., 100s ea. .... .5
1000s ea. .... 3.0
25.0 mg., 100s ea. .... .8
1000s ea. .... 7.0

Horton & Converse (12344)
Tablets,
0.5 mg., 100s ea. .... *1.30 .7
1000s ea. .... *4.90 2.9
E.C., 100s ea. .... *1.35 .8
1000s ea. .... *5.40 3.2
1.0 mg., 100s ea. .... *1.50 .9
1000s ea. .... *5.75 3.4
E.C., 100s ea. .... *1.65 .9
1000s ea. .... *6.25 3.7
5.0 mg., 100s ea. .... *2.25 1.3
1000s ea. .... *6.35 3.8
E.C., 100s ea. .... *2.50 1.5
1000s ea. .... *7.00 4.2
25 mg., 100s ea. .... *5.00 3.0
500s ea. .... *17.00 10.2
1000s ea. .... *30.00 18.0

Hub Line (7693 Drug Brands)
Tablets,
0.5 mgm., 100s *.64 .... 3.9
1000s ea. .... 1.3
1.0 mgm., 100s *.79 .... 4.8
1000s ea. .... 1.7
5.0 mgm., 100s *1.59 .... 9.6
1000s ea. .... 5.8
E. C., 0.5 mgm., 100s *.79 .... 4.8
1000s ea. .... 1.8
1.0 mgm., 100s *.99 .... 6.0
1000s ea. .... 2.1
5.0 mgm., 100s *1.79 .... 10.8
1000s ea. .... 6.4

Invenex (12967)
In Oil, 25 mg./c.c.,
10 c.c. vial ea. .... 1.90 1.0

Jan Labs. (13181)
Ampules,
1.0 mg., 1 c.c. 25s ea. .... 1.9
100s ea. .... 6.3
Tablets, C.T.,
Scored,
1.0 mg., 100s ea. .... .2
500s ea. .... .9
1000s ea. .... 1.6
5.0 mg., 100s ea. .... .4
500s ea. .... 1.2
1000s ea. .... 1.9
25.0 mg., 100s ea. .... .9
500s ea. .... 3.6
1000s ea. .... 5.1
100.0 mg., 100s ea. .... 3.2
500s ea. .... 12.9
1000s ea. .... 19.5
Unscored,
0.5 mg., 100s ea. .... .2
500s ea. .... .7
1000s ea. .... 1.1
1.0 mg., 100s ea. .... .2
500s ea. .... .9
1000s ea. .... 1.6
5.0 mg., 100s ea. .... .4
500s ea. .... 1.2
1000s ea. .... 1.9
25.0 mg., 100s ea. .... .9
500s ea. .... 3.6
1000s ea. .... 5.1
E.C., 0.5 mg., 100s ea. .... .3
500s ea. .... 1.0
1000s ea. .... 1.8
1.0 mg., 100s ea. .... .3
500s ea. .... 1.2
1000s ea. .... 1.9
5.0 mg., 100s ea. .... .5
500s ea. .... 1.7
1000s ea. .... 2.5
25.0 mg., 100s ea. .... 1.0
500s ea. .... 3.6
1000s ea. .... 5.8
Vials, Sterile, Sesame Oil,
1 mg. 30 c.c. ea. .... .8
2 mg. 30 c.c. ea. .... 1.0
5 mg. 30 c.c. ea. .... 1.3
25 mg. Per c.c.
10 c.c. ea. .... 1.2

Jarus (13202)
Tablets, C.T., USP
0.25 mg., 1000s ea. .... 1.1
0.5 mg., 1000s ea. .... 1.3
1.0 mg., 1000s ea. .... 1.6
5.0 mg., 1000s ea. .... 3.4
25.0 mg., 500s ea. .... 6.7
E. C., 0.25 mg., 1000s ea. .... 1.7
0.5 mg., 1000s ea. .... 2.0
1.0 mg., 1000s ea. .... 2.2
5.0 mg., 1000s ea. .... 4.2
25.0 mg., 1000s ea. .... 7.2

Jeffery Biological Co. (13236)
In Oil, Vials
1 mg./c.c., 30 c.c. ea. .... .7
5 mg./c.c., 30 c.c. ea. .... 1.2
25 mg./c.c., 10 c.c. ea. .... 1.2

Kay Pharmacal Co. (13659)
Vial,
25 mg./c.c., 10 c.c. ea. .... 1.4
Ampules,
25 mg./c.c., 10 c.c. ea. .... 1.4

(Continued on Next Page)

THYLSTILBESTROL ℞ (Continued)

(13674)
Tablets, 0.5 mg.
1000s ea. .... .95
E.C., 1000s ea. .... 1.20
Tablets, 5.0 mg.
1000s ea. .... 2.20
E.C., 1000s ea. .... 2.50
Tablets, 25 mg.
1000s ea. .... 5.50
E.C., 1000s ea. .... 5.95

rman (14071)
Tablets, U.S.P.
C.T., 0.25 mg.
100s ea. .... .30
1000s ea. .... 1.25
5000s/1000 .... 1.15
0.50 mg.,
100s ea. .... .30
1000s ea. .... 1.25
5000s/1000 .... 1.15
1.0 mg.,
100s ea. .... .40
1000s ea. .... 1.40
5000s/1000 .... 1.25
5.0 mg.,
100s ea. .... .60
1000s ea. .... 3.50
5000s/1000 .... 3.15
25.0 mg.,
100s ea. .... 1.20
1000s ea. .... 8.25
5000s/1000 .... 7.75
100.0 mg.,
100s ea. .... 3.50
1000s ea. .... 30.00
5000s/1000 .... 28.00
E.C., 0.10 mg.
100s ea. .... .40
1000s ea. .... 1.45
5000s/1000 .... 1.15
0.25 mg.,
100s ea. .... .40
1000s ea. .... 1.45
5000s/1000 .... 1.15
0.50 mg.,
100s ea. .... .40
1000s ea. .... 1.50
5000s/1000 .... 1.25
1.0 mg.,
100s ea. .... .40
1000s ea. .... 2.00
5000s/1000 .... 1.60
5.0 mg.,
100s ea. .... .70
1000s ea. .... 4.50
5000s/1000 .... 3.60
25.0 mg.,
100s ea. .... 1.50
1000s ea. .... 13.50
5000s/1000 .... 10.60

Klug, R.J. & Co. (14160)
Tablets, E.C.,
0.25 mg., 100s ea. ..... 2.65 1.59
0.5 mg., 100s ea. ..... 3.00 1.80
1.0 mg., 100s ea. ..... 3.75 2.25
5.0 mg., 100s ea. ..... 4.65 2.79
25.0 mg., 100s ea. ..... 7.50 4.50

Kormel Co. (14327A)
In Sesame Oil, 5 mg./c.c.,
30 c.c. vial ea. ..... 2.77 1.66

Kremers-Urban (14397)
Tablets, 25 mg., [#3173]
100s ea. ..... 6.33 3.80
1000s ea. ..... 58.67 35.20

Lannett (14677)
C.T.,
1 mg., U.S.P., 1000s ea. .... 1.40
5000s/M .... 1.28
5 mg., U.S.P., 500s ea. .... 1.50
1000s ea. .... 2.80
25 mg., 100s ea. .... 1.00
500s ea. .... 3.50
1000s ea. .... 6.00
E.C.T.,
0.5 mg., U.S.P., 1000s ea. .... 1.60
5000s/M .... 1.50
1 mg., U.S.P., 1000s ea. .... 2.10
5000s/M .... 1.94
5 mg., U.S.P., 100s ea. .... .50
500s ea. .... 2.00
1000s ea. .... 3.40
25 mg., U.S.P., 100s ea. .... 1.20
500s ea. .... 4.00
1000s ea. .... 6.40

Lilly (15249)
Ampoules In Oil
5 mg., 1 c.c. [#385]
6s ea. ........•1.88 2.09 1.25
25s ea. ........•6.38 7.09 4.25
100s ea. ........•22.13 24.59 14.75
In Ethyl Oleate
25 mg., 1 c.c. [#549]
6s ea. ........•2.25 2.50 1.50
Enseals
0.1 mg., [#46]
100s ea. ........•1.26 1.40 .84
500s ea. ........•5.85 6.50 3.90
1000s ea. ........•10.80 12.00 7.20
0.25 mg., [#47]
100s ea. ........•1.35 1.50 .90
500s ea. ........•6.30 7.00 4.20
1000s ea. ........•11.70 13.00 7.80
0.5 mg., [#48]
100s ea. ........•1.44 1.60 .96
500s ea. ........•6.75 7.50 4.50
1000s ea. ........•12.60 14.00 8.40
5 x 1000s ea. ....•60.00 66.67 40.00
1 mg., [#49]
100s ea. ........•1.71 1.90 1.14
500s ea. ........•8.10 9.00 5.40
1000s ea. ........•15.30 17.00 10.20
5000, bulk ea. ....•72.76 80.84 48.50
5 mg., [#85]
100s ea. ........•3.64 4.05 2.43
500s ea. ........•16.74 18.60 11.16
1000s ea. ........•31.41 34.90 20.94
5000, bulk ea. ....•149.17 165.75 99.45
25 mg., [#90]
100s ea. ........•7.87 8.75 5.25
500s ea. ........•37.89 42.10 25.26
1000s ea. ........•73.53 81.70 49.02
Suppositories
0.1 mg., [#14]
6s ea. ........•1.35 1.50 .90
50s ea. ........•8.10 9.00 5.40
0.5 mg., [#15]
6s ea. ........•1.48 1.65 .99
50s ea. ........•8.68 9.65 5.79
Tablets
0.1 mg., [#1646]
100s ea. ........•1.17 1.30 .78
1000s ea. ........•8.55 9.50 5.70
0.25 mg., [#1647]
100s ea. ........•1.26 1.40 .84
1000s ea. ........•9.45 10.50 6.30
0.5 mg., [#1648]
100s ea. ........•1.35 1.50 .90
1000s ea. ........•10.35 11.50 6.90
1 mg., [#1649]
100s ea. ........•1.62 1.80 1.08
500s ea. ........•6.97 7.75 4.65
1000s ea. ........•13.05 14.50 8.70
5000, bulk ea. ....•54.38 60.42 36.25
5 mg., [#1685]
100s ea. ........•3.42 3.80 2.28
500s ea. ........•15.61 17.35 10.41
1000s ea. ........•29.16 32.40 19.44
5000s bulk ea. ....•116.25 129.17 77.50
25 mg., [#1724]
25s ea. ........•2.09 2.32 1.39
100s ea. ........•7.51 8.34 5.00
500s ea. ........•36.76 40.84 24.50
1000s ea. ........•71.25 79.17 47.50

Lincoln Labs. (15266)
Tablets, 1.0 mg., 1000s ea. .... 3.12
5.0 mg., 1000s ea. .... 6.24

Lit (15346)
U.S.P., C.T.,
0.5 mg., 1000s ea. .... .90
1.0 mg., 1000s ea. .... 1.05
5.0 mg., 1000s ea. .... 1.57
25.0 mg., 1000s ea. .... 3.45
E.C., 0.5 mg., 1000s ea. .... 1.45
1.0 mg., 1000s ea. .... 1.45
5.0 mg., 1000s ea. .... 2.65
25.0 mg., 1000s ea. .... 4.55

Mann Fine Chem. (15930)
U.S.P. Powder
25 Gm. bot. ea. .... 8.50

Marsh Parker, Inc. (16071)
(Prices on Request)

Maurry (16250)
In Oil, 5 mg./c.c.,
30 c.c. ea. ..... 1.65 .99

Medical Chemicals (16621)
In Sesame Oil, U.S.P.,
Multiple Dose Vials,
25 mg./c.c., 10 c.c. ea. .... .60
30 c.c. ea. .... 1.50

Medi-Synth Labs. (16692)
Tablets,
5 mg., 100s ea. ..... 1.00 .60
1000s ea. ..... 8.90 5.34
25 mg., 100s ea. ..... 2.40 1.44
1000s ea. ..... 20.90 12.54
100 mg., 100s ea. ..... 7.35 4.41
1000s ea. ..... 70.00 42.00

Merck (16864)
5 gm. bot. ea. .... .41
25 gm. bot. ea. .... .34

Merck Sharp & Dohme (16866)
U.S.P. Tablets,
25 mg. [#2707]
100s ea. ......•7.87 8.75 5.25

Meyer & Co. (17010)
Tablets, E.C., 5 mg. 100s ea. 2.25 1.50
1000s ea. .... 7.75
25 mg. (See Trade Name Stilbalme)

Meyer, Herman (17021)
• U.S.P., 10 gm. ea. .... 3.00

Moore H.L. Chemical (17470)
Tablets,
C.T., 1 mg., 1000s ea. .... 1.25
5000s ea. .... 5.94
5 mg., 1000s ea. .... 2.75
5000s ea. .... 13.07
25 mg., 100s ea. .... 1.25
1000s ea. .... 7.95
5000s ea. .... 37.77
E.C., 1 mg., 1000s ea. .... 1.95
5000s ea. .... 9.27
5 mg., 100s ea. .... 1.00
1000s ea. .... 7.95
5000s ea. .... 37.77
25 mg., 100s ea. .... 1.75
1000s ea. .... 8.25
5000s ea. .... 39.19

Morton (17561B)
In Oil
25 mg./c.c.
10 c.c. vial ea. .... 1.95
Tablets, E.C.,
1 mg., Bot., 1000s ea. .... 2.10
5 mg., Bot., 1000s ea. .... 4.10
25 mg., Bot., 1000s ea. .... 18.00

Myers-Carter (17723B)
In Oil, Vials,
25 mg./c.c., 10 c.c., ea. .... 2.40

N.D.L. (17765)
Tabs., 1 mg., E.C., 100s ea. .... .40
1000s ea. .... 2.50
5 mg., E.C., 100s ea. .... .60
1000s ea. .... 5.00
25 mg., E.C., 100s ea. .... 1.60
1000s ea. .... 13.50

Nelson Baker & Co. (18079)
Tablets, 0.5 mg., 100s ea. .... .40
1000s ea. .... 3.00
1.0 mg., 100s ea. .... .50
1000s ea. .... 3.75
5.0 mg., 100s ea. .... .90
1000s ea. .... 6.75
25 mg., 100s ea. .... 3.00
500s ea. .... 12.00
1000s ea. .... 21.00
E.C. 0.5 mg., 100s ea. .... .50
1000s ea. .... 3.75
1.0 mg., 100s ea. .... .60
1000s ea. .... 4.50
5.0 mg., 100s ea. .... 1.10
1000s ea. .... 8.00

Niagara Drug Co. (18334)
Ampuls, 25 mg./c.c., in oil,
10 c.c. ea. .... 1.50
1 mg., 1 c.c.
25s ea. .... 1.60
100s ea. .... 5.85
2 mg., 1 c.c.
25s ea. .... 1.75
100s ea. .... 6.30
5 mg., 1 c.c.
25s ea. .... 2.00
100s ea. .... 7.20
Tabs., C.T.
1.0 mg., 1000s ea. .... 1.25
5.0 mg., 100s ea. .... .55
1000s ea. .... 3.95
25 mg., 100s ea. .... 1.40
1000s ea. .... 11.95
E.C.
0.5 mg., 1000s ea. .... 1.35
1.0 mg., 1000s ea. .... 1.60
5.0 mg., 100s ea. .... .60
1000s ea. .... 4.60
25 mg., 100s ea. .... 1.50
1000s ea. .... 12.95

Normand, G. (18546)
Ampuls, In Sesame Oil,
0.5 mg., 1 c.c., 100s ea. .... 3.50
1.0 mg., 1 c.c., 100s ea. .... 4.00
5.0 mg., 1 c.c., 100s ea. .... 8.50
Tablets, C.T.,
25 mg., 1000s ea. .... 4.15
Diestryl (See Under Trade Name)

Park Drug (19514)
Tablets,
C.T., U.S.P.,
1.0 mg., 100s ea. .... .40
1000s ea. .... 1.68
5.0 mg., 100s ea. .... .80
1000s ea. .... 5.60
25.0 mg., 100s ea. .... 2.00
1000s ea. .... 17.80
E.C., 0.5 mg., 100s ea. .... .48
1000s ea. .... 2.68
1.0 mg., 100s ea. .... .54
1000s ea. .... 3.02
5.0 mg., 100s ea. .... .96
1000s ea. .... 6.60
25.0 mg., 100s ea. .... 1.80
1000s ea. .... 16.00

Parlam Corp. (19596)
Multiple Dose Vial,
Veterinary, 25 mg./c.c.,
10 c.c. ea. .... 1.10

Penhurst Pharm. Co. (19798A)
Tablets, USP,
C.T., 0.5 mg., 100s ea. .... .25
500s ea. .... .90
1000s ea. .... 1.50
1.0 mg., 100s ea. .... .30
500s ea. .... 1.00
1000s ea. .... 1.75
5.0 mg., 100s ea. .... .55
500s ea. .... 1.95
1000s ea. .... 2.95
25.0 mg., 100s ea. .... 1.25
500s ea. .... 5.00
1000s ea. .... 7.90
100.0 mg., 100s ea. .... 4.50
500s ea. .... 18.00
1000s ea. .... 29.50
E.C., 0.5 mg., 100s ea. .... .30
500s ea. .... 1.10
1000s ea. .... 1.95
1.0 mg., 100s ea. .... .40
500s ea. .... 1.30
1000s ea. .... 2.25
5.0 mg., 100s ea. .... .65
500s ea. .... 2.50
1000s ea. .... 3.95
25.0 mg., 100s ea. .... 1.50
500s ea. .... 5.40
1000s ea. .... 8.90

Pharmex (20047)
Tablets,
C.T., 1 mg., 500s ea. .... .85
1000s ea. .... 1.25
5 mg., 100s ea. .... .45
1000s ea. .... 2.25
25 mg., 100s ea. .... .95
1000s ea. .... 8.25
100 mg., 100s ea. .... 4.95
500s ea. .... 22.95
E.C., 1 mg., 500s ea. .... 1.10
1000s ea. .... 1.60
5 mg., 100s ea. .... .55
1000s ea. .... 2.95
25 mg., 100s ea. .... 1.10
1000s ea. .... 8.85

Philadelphia Ampoule (20072A)
Injection, In Oil,
5 mg./c.c., 30 c.c. ea. ... 1.20 .67
Tablets,
C.T., 0.5 mg., 1000s ea. ... 1.20 .75
1.0 mg., 1000s ea. ... 1.30 .82
5.0 mg., 1000s ea. ... 2.50 1.62
25.0 mg., 1000s ea. ... 7.10 4.68
100.0 mg., 1000s ea. ... 27.10 18.05
E.C., 0.5 mg., 1000s ea. ... 1.80 1.15
1.0 mg., 1000s ea. ... 2.10 1.32
5.0 mg., 1000s ea. ... 3.30 2.15
25.0 mg., 1000s ea. ... 7.90 5.22
Veterinary, C.T.
1 mg., 1000s ea. ........ 1.40 .88

Premo (20614)
Enerels
5 mg.,
Bottle of 100s ea. .... 1.08
1000s ea. .... 8.00
25 mg.,
Bottle of 100s ea. .... 2.60
1000s ea. .... 22.00
Tablets,
5 mg., C.T.,
Bottle of 100s ea. .... 1.00
1000s ea. .... 6.40
25 mg., C.T.,
Bottle of 100s ea. .... 2.20
1000s ea. .... 20.00

Pure Labs., (20824)
In Oil, Vials,
1 mg./c.c., 30 c.c. ea. ... 1.00 .40
5 mg./c.c., 30 c.c. ea. ... 1.25 .60

Rabin-Winters (21034B)
C.T., 1.0 mg., 100s ea. .... .35
1000s ea. .... 1.20
5.0 mg., 100s ea. .... .45
1000s ea. .... 2.50
25.0 mg., 100s ea. .... .85
1000s ea. .... 6.25
100.0 mg., 100s ea. .... 2.40
1000s ea. .... 22.00
E.C., 1.0 mg., 100s ea. .... .35
1000s ea. .... 1.65
5.0 mg., 100s ea. .... .45
1000s ea. .... 2.95
25.0 mg., 100s ea. .... .95
1000s ea. .... 6.95

Raway Pharmacal (21122)
Tablets,
0.5 mg., 1000s ea. .... .65
5000s per M .... .60
1.0 mg., 1000s ea. .... .95
5000s per M .... .90
5.0 mg., 1000s ea. .... 1.90
5000s per M .... 1.75
25.0 mg., 1000s ea. .... 6.15
5000s per M .... 6.00
100.0 mg., 1000s ea. .... 21.00
5000s per M .... 20.75
E.C., 0.5 mg., 1000s ea. .... .95
5000s per M .... .90
1.0 mg., 1000s ea. .... 1.45
5000s per M .... 1.30
5.0 mg., 1000s ea. .... 2.55
5000s per M .... 2.45
25.0 mg., 1000s ea. .... 6.45
5000s per M .... 6.25
Inj., In Sesame Oil
25 mg./c.c., 10 c.c. vial ea. .... .80

Research ApHiliates (21465)
Tabs., E.C., 25 mg., 100s ea. .... 3.90
500s ea. .... 16.90
1000s ea. .... 32.00
C.T., 25 mg., 100s ea. .... 3.25
500s ea. .... 14.60
1000s ea. .... 28.90
100 mg., 100s ea. .... 12.25
500s ea. .... 57.50
1000s ea. .... 97.00
250 mg., 100s ea. .... 19.60
500s ea. .... 93.00
1000s ea. .... 178.00

(Continued on Next Page)

display and promote the VIGRAN® Family for increased vitamin sales

Case 1:04-cv-11164-MBB Document 33-6 Filed 07/26/2005 Page 6 of 7

Die Page 198

Prices are listed in this order: *Retail Fair Trade Minimum; Full Retail Price to Consumer; Wholesale Price to Retailer — per dozen, each, or as specified.

AMERICAN DRUGGIST BLUE BOOK

**DIETHYLSTILBESTROL ℞ (Continued)**

Rickiyn (21646)
Prolongsules,
15 mg., 1000s ea. .... 15.63
Tablets
C.T., 0.1 mg., 1000s ea. .... 1.00
0.25 mg., 1000s ea. .... 1.08
Scored,
1.0 mg., 1000s ea. .... 1.25
5.0 mg., 1000s ea. .... 2.75
25.0 mg., 1000s ea. .... 8.50
100.0 mg., 1000s ea. .... 33.63
Unscored,
0.5 mg., 1000s ea. .... 1.13
1.0 mg., 1000s ea. .... 1.25
5.0 mg., 1000s ea. .... 2.75
25.0 mg., 1000s ea. .... 8.50
E.C., 0.5 mg., 1000s ea. .... 1.75
1.0 mg., 1000s ea. .... 2.13
5.0 mg., 1000s ea. .... 3.50
25.0 mg., 1000s ea. .... 9.50
Vials, 1 mg./c.c., 30 c.c. ea. .... 1.00
2 mg./c.c., 30 c.c. ea. .... 1.25
5 mg./c.c., 30 c.c. ea. .... 1.50
10 mg./c.c., 10 c.c. ea. .... 1.00
30 c.c. ea. .... 1.63
25 mg./c.c., 10 c.c. ea. .... 1.13
30 c.c. ea. .... 1.75
50 mg./c.c. 10 c.c. ea. .... 1.63
30 c.c. ea. .... 2.75
In Sesame Oil,
1 mg./c.c., 30 c.c. ea. .... 1.00
2 mg./c.c., 30 c.c. ea. .... 1.25
5 mg./c.c., 30 c.c. ea. .... 1.50
10 mg./c.c., 10 c.c. ea. .... 1.00
30 c.c. ea. .... 1.88
25 mg./c.c., 10 c.c. ea. .... 1.38
30 c.c. ea. .... 2.38
50 mg./c.c., 10 c.c. ea. .... 1.63
30 c.c. ea. .... 2.75

Robinson Labs. (21831A)
Tablets, U.S.P.,
C.T.,
0.5 mg., 100s ea. .... .30
1000s ea. .... 1.20
5000s bulk/M .... 1.10
1.0 mg., 100s ea. .... .35
1000s ea. .... 1.40
5000s bulk/M .... 1.20
5.0 mg., 100s ea. .... .60
1000s ea. .... 3.60
5000s bulk/M .... 3.30
25 mg., 100s ea. .... 1.25
1000s ea. .... 8.25
5000s bulk/M .... 7.75
100 mg., 100s ea. .... 3.50
1000s ea. .... 30.00
5000s bulk/M .... 28.00
E.C.,
0.5 mg., 100s ea. .... .40
1000s ea. .... 1.65
5000s bulk/M .... 1.50
1.0 mg., 100s ea. .... .45
1000s ea. .... 2.00
5000s bulk/M .... 1.80
5.0 mg., 100s ea. .... .70
1000s ea. .... 4.00
5000s bulk/M .... 3.70
25.0 mg., 100s ea. .... 1.35
1000s ea. .... 9.25
5000s bulk/M .... 8.75

Rorer (21994)
Tablets,
1.0 mg., Enk, 1000s ea. 5.50 3.30
5.0 mg., 1000s ea. 11.50 6.90
Enk, 1000s ea. 12.33 7.40

Rowell Labs. (22091)
Tablets, E.C.
1.0 mg., 100s ea. *1.58 1.05
500s ea. .... 2.90
1000s ea. .... 4.80
5000s, bulk ea. .... 22.50
5.0 mg., 100s ea. *2.25 1.50
500s ea. .... 5.30
1000s ea. .... 9.60
5000s, bulk ea. .... 45.00
25 mg., 100s ea. *5.00 3.34
500s ea. .... 14.50
1000s ea. .... 27.00
5000s, bulk ea. .... 129.00
Plain, 25 mg.,
100s ea. *4.50 3.00
500s ea. .... 13.00
1000s ea. .... 24.00
5000s, bulk ea. .... 117.00

Royce Pharmacal (22153)
Tablets, 25 mg., 100s ea. .... 1.60
1000s ea. .... 10.00

Savage (22690A)
Vial, 30 c.c. ea. .... 2.40

Sevran (23228)
5 mg., 1000s ea. .... 2.65
25 mg., 1000s ea. .... 5.95

Sherman (23343)
Tablets.
1.0 mg., E.C., [#255]
100s ea. 1.35 .81
500s ea. 5.25 3.15
1000s ea. 10.00 6.00
5.0 mg., E.C., [#256]
100s ea. 3.00 1.80
500s ea. 12.00 7.20
1000s ea. 22.00 13.20

Siler Med. (23458)
Tablets, C.T.,
25 mg., 100s ea. .... 2.80
1000s ea. .... 24.00
Vials, in Sesame Oil,
25 mg./c.c., 10 c.c. ea. .... 1.88
30 c.c., ea. .... 3.75

Smith, Miller & Patch (23735)
Duotabs, 25 mg.,
100s [#4443-1] ea. .... 2.80
1000s [#4443-4] ea. .... 24.00
Tablets, 5 mg.,
100s [#4440-1] ea. .... 1.28
1000s [#4440-4] ea. .... 9.90

Squibb (24119)
Stilbetin (See Under Trade Name)

Stanley ℞ (24248A)
U.S.P.,
C.T., 0.1 mg., 100s ea. .... .28
1000s ea. .... 1.10
0.25 mg., 100s ea. .... .30
1000s ea. .... 1.20
0.5 mg., 100s ea. .... .30
1000s ea. .... 1.25
1.0 mg., 100s ea. .... .35
1000s ea. .... 1.40
5.0 mg., 100s ea. .... .60
1000s ea. .... 3.60
25.0 mg., 100s ea. .... 1.25
1000s ea. .... 8.25
100.0 mg., 100s ea. .... 3.50
1000s ea. .... 30.00
E.C.,
0.1 mg., 100s ea. .... .40
1000s ea. .... 1.35
0.25 mg., 100s ea. .... .40
1000s ea. .... 1.40
0.5 mg., 100s ea. .... .40
1000s ea. .... 1.65
1.0 mg., 100s ea. .... .45
1000s ea. .... 2.00
5.0 mg., 100s ea. .... .65
1000s ea. .... 4.00
25.0 mg., 100s ea. .... 1.35
1000s ea. .... 9.25

Stayner (24298)
Tablets, 1 mg. C.T.,
100s ea. .... .49
1000s ea. .... 2.47
5 x 1000/M .... 2.25
E.C., Yellow,
100s ea. .... .56
1000s ea. .... 2.92
5 x 1000/M .... 2.79
5 mg., C.T.,
100s ea. .... .81
1000s ea. .... 4.50
5 x 1000/M .... 4.05
E.C., Red,
100s ea. .... .99
1000s ea. .... 5.40
5 x 1000/M .... 5.04
25 mg., C.T.,
100s ea. .... 1.57
500s ea. .... 6.30
2 x 500/M .... 10.80
E.C., Orange
100s ea. .... 2.02
500s ea. .... 7.20
2 x 500/M .... 11.92

Success Chemical (25658)
Tablets
1.0 mgm., 100s ea. .... .35
500s ea. .... 1.00
1000s ea. .... 1.65
E.C. red, 100s ea. .... .45
500s ea. .... 1.50
1000s ea. .... 2.50
5.0 mgm., 100s ea. .... .65
500s ea. .... 2.50
1000s ea. .... 4.75
E.C. red, 100s ea. .... .80
500s ea. .... 3.00
1000s ea. .... 5.50
25.0 mgm, 100s ea. .... 1.25
500s ea. .... 5.00
1000s ea. .... 9.00
E.C. red, 100s ea. .... 1.40
500s ea. .... 5.75
1000s ea. .... 10.00
100 mg., 100s ea. .... 4.95

Sunland Pharm. (25764)
Oil, 25 mg., vial, 10 c.c. ea. .... 2.15

Suppositoria (25786)
Suppositories, 0.1 mg., 12s ea. .... .60
100s ea. .... 4.30
0.5 mg., 12s ea. .... .80
100s ea. .... 5.90
1 mg., 12s ea. .... 1.00
100s ea. .... 7.50

Supreme (25791)
Tablets, U.S.P.,
C.T., 5.0 mg., 100s ea. .... .80
1000s ea. .... 5.60
25.0 mg., 100s ea. .... 1.32
1000s ea. .... 10.65
E.C., 5.0 mg., 100s ea. .... .94
1000s ea. .... 6.60
25.0 mg., 100s ea. .... 1.44
1000s ea. .... 12.00

TMCO (25887A)
Tabs., E.C., Red, 5 mg.,
100s ea. .... 4.95
5 gr., White, 1000s ea. .... 4.00

Testagar (26104)
In Oil, 30 c.c., Vial,
5 mg./c.c. ea. .... 2.40
25 mg./c.c. ea. .... 3.00
Tablets,
C.T., 5.0 mg., 100s ea. .... 1.00
1000s ea. .... 6.00
5000s/1000 .... 5.85
25 mg., 100s ea. .... 2.00
1000s ea. .... 13.50
5000s/1000s .... 13.00
E.C.,
1.0 mg., 100s ea. .... .75
1000s ea. .... 5.00
5000s/1000 .... 4.75
5.0 mg., 100s ea. .... 1.05
1000s ea. .... 6.90
5000s/1000 .... 6.75
25 mg., 100s ea. .... 2.25
1000s ea. .... 14.50
5000s/1000s .... 14.00

Toriglan (26330)
In Oil
Ampuls, 1 mg. 1 c.c.
12s ea. .... 1.00
25s ea. .... 2.10
100s ea. .... 7.45
5 mg., 1 c.c.
12s ea. .... 1.45
25s ea. .... 2.40
100s ea. .... 8.50

Towne, Paulsen & Co. (26347)
Tablets,
E.C., 1 mg., 1000s ea. .... 2.50
100s ea. .... .65
5 mg., 1000s ea. .... 4.00
100s ea. .... 1.40
25 mg., 1000s ea. .... 9.00
C.T., 1 mg., 1000s ea. .... 2.00
100s ea. .... .60
5 mg., 1000s ea. .... 3.75
100s ea. .... 1.25
25 mg., 1000s ea. .... 8.25

Ulmer (26647)
E.C.T., 5 mg., 100s ea. .... 1.40
12 x 100 ea. .... 15.12

United Labs. (26694)
Capsules, T.D.,
100s ea. *5.00 3.33
500s ea. *22.50 15.00

Upjohn (26794)
Perles
0.5 mg.
[#185] 100s ea. *1.48 .... 1.04
500s ea. .... 4.36
[#187]
1000s ea. *11.48 .... 8.04
5000s/1000 .... 6.72
1.0 mg.
[#189] 100s ea. *1.77 .... 1.24
[#190]
500s ea. *7.72 .... 5.40
1000s ea. .... 10.16
5000s/1000 .... 8.45
5.0 mg.
[#193]
100s ea. *4.12 .... 2.88
[#194]
500s ea. *16.30 .... 11.41
1000s ea. .... 20.83
5000s/1000 .... 17.30

Veltex Company (27112)
Tablets, 1.0 mg., 100s ea. .... 2.60
1000s ea. .... 1.10
25 mg., 100s ea. .... 8.30
1000s ea. .... 5.80
E.C., 0.5 mg., 100s ea. .... 3.10
1000s ea. .... 1.50
1.0 mg., 100s ea. .... 3.40
1000s ea. .... 1.70
5 mg., 100s ea. .... 4.30
1000s ea. .... 2.50
25 mg., 100s .... 8.80
1000s ea. .... 6.20

Vita-Fore (27300)
Tabs., 0.5 mg.,
1000s ea. .... 1.25
E.C.,
100s ea. .... .25
500s ea. .... .65
1000s ea. .... 1.40
Tabs., 1 mg., C.T.,
100s ea. .... .25
500s ea. .... .85
1000s ea. .... 1.40
E.C., 100s ea. .... .30
500s ea. .... .90
1000s ea. .... 1.50
5 mg., C.T., 100s ea. .... .35
500s ea. .... 1.25
1000s ea. .... 1.95
E.C., 100s ea. .... .65
1000s ea. .... 4.00
25 mg., C.T., 100s ea. .... .90
500s ea. .... 4.25
1000s ea. .... 7.50
E.C., 100s ea. .... 1.00
500s ea. .... 4.50
1000s ea. .... 7.95

Vitamin Research (27312)
Tablets, 1 mg., 100s ea. .... .33
1000s ea. .... 1.65
5 mg., 100s ea. .... .61
1000s ea. .... 3.58
25 mg., 100s ea. .... 1.50
1000s ea. .... 10.80
E.C., 1 mg., 100s ea. .... .44
1000s ea. .... 2.48
5 mg., 100s ea. .... .66
1000s ea. .... 4.40
25 mg., 100s ea. .... 1.65
1000s ea. .... 11.28

Vitamix Corp. (27322)
Ampules, 1.0 mgm.,
1 c.c., 25s ea. .... 2.40
100s ea. .... 7.50
Tablets
C.T., 0.5 mg., 1000s ea. .... .90
5000s ea. .... 4.25
1 mg., 1000s ea. .... 1.00
5000s ea. .... 4.75
5 mg., 1000s ea. .... 2.3
5000s ea. .... 18.75
25 mg., 100s ea. .... 1.0
1000s ea. .... 6.0
5000s ea. .... 32.0
100 mg., 100s ea. .... 3.0
1000s ea. .... 27.0
5000s ea. .... 128.0
E.C., 0.5 mg., 1000s ea. .... 1.5
5000s ea. .... 7.0
1 mg., 1000s ea. .... 1.8
5000s ea. .... 8.5
5 mg., 1000s ea. .... 2.9
5000s ea. .... 13.75
25 mg., 100s ea. .... 1.1
1000s ea. .... 7.7
5000s ea. .... 36.5
Timcaps, 15 mg.,
250s ea. .... 3.5
1000s ea. .... 12.4
5000s ea. .... 56.8
Vials, In Sesame Oil,
1 mg./c.c. 30 c.c. ea. .... .8
2 mg./c.c. 30 c.c. ea. .... 1.0
5 mgm./c.c. 30 c.c. ea. .... 1.2
25 mgm./c.c. 10 c.c. ea. .... 1.9

Vitarine (27334)
Tablets, U.S.P.
1.0 mg., 100s ea. .... .3
1000s ea. .... 1.8
E.C., 100s ea. .... .4
1000s ea. .... 2.4
5.0 mg., 100s ea. .... .5
1000s ea. .... 3.4
E.C., 100s ea. .... .4
1000s ea. .... 4.5
25.0 mg., 100s ea. .... 1.2
1000s ea. .... 10.5
E.C., 100s ea. .... 1.3
1000s ea. .... 11.4
Vials, Multiple Dose
25 mg./c.c., 10 c.c. ea. .... 1.8

West-ward (27887)
Tablets, 0.5 mg., Plain
100s ea. .... .3
1000s ea. .... 1.3
E.C., 100s ea. .... .6
1000s ea. .... 2.5
1 mg., Plain, 100s ea. .... .3
1000s ea. .... 1.0
5000s/1000s .... 1.5
E.C., 100s ea. .... .5
1000s ea. .... 2.2
5000s/1000 .... 2.4
5 mg., Plain, 100s ea. .... .4
1000s ea. .... 5.8
5000s/1000 .... 4.7
E. C., 100s ea. .... .7
1000s ea. .... 5.5
5000s/1000s .... 5.1
25 mg., Plain, 100s ea. .... 1.6
1000s ea. .... 11.75
5000s/1000s .... 10.7
E. C., 100s ea. .... 1.6
1000s ea. .... 14.1

Winsale (28250)
Tablet,
C.T., 0.5 mg., 100s ea. .... .3
500s ea. .... .8
1000s ea. .... 1.25
1.0 mg., 100s ea. .... .3
500s ea. .... .6
1000s ea. .... 1.4
5.0 mg., 100s ea. .... .5
500s ea. .... 1.5
1000s ea. .... 2.5
25.0 mg., 100s ea. .... .9
500s ea. .... 4.00
1000s ea. .... 6.00
E.C., 0.5 mg., 100s ea. .... .3
500s ea. .... .9
1000s ea. .... 1.5
1.0 mg., 100s ea. .... .3
500s ea. .... 1.0
1000s ea. .... 1.4
5.0 mg., 100s ea. .... .5
500s ea. .... 1.6
1000s ea. .... 2.75
25.0 mg., 100s ea. .... 1.0
500s ea. .... 4.2
1000s ea. .... 6.75

Wyeth (28568)
Pelestrol (See Under Trade Name)

**DIETHYLSTILBESTROL DIPROPIONATE (℞)**

Bios Lab. (2523)
Bot., 10 Gm. ea. .... 14.00

Blue Line (2739)
Solution
5.0 mg./c.c., 10 c.c. ea. 3.34 2.00
Tablets, 1.0 mg., 100s ea. 2.09 1.25
1000s ea. 14.17 8.50
5.0 mg., 100s ea. 5.00 3.00
1000s ea. 35.00 21.00
25.0 mg., 100s ea. 9.59 5.75
1000s ea. 86.25 51.75

Foy (9413)
Tablets, 0.5 mg., 100s ea. .... 1.45
500s ea. .... 2.65
1000s ea. .... 4.25
1.0 mg., 100s ea. .... 1.65
500s ea. .... 3.65
1000s ea. .... 6.25
5.0 mg., 100s ea. .... 2.25
500s ea. .... 6.75
1000s ea. .... 12.50

Case 1:04-cv-11164-MBB Document 33-6 Filed 07/26/2005 Page 7 of 7

**ETHYLSTILBESTROL, VETERINARY**
Richlyn (21646)
Vials,
10 mg./c.c., 30 c.c. ea. .... 1.88
60 c.c. ea. .... 2.38
25 mg./c.c., 30 c.c. ea. .... 2.38
60 c.c. ea. .... 2.88
50 mg./c.c., 30 c.c. ea. .... 2.75
60 c.c. ea. .... 3.75

**ETMASTER** (7699 Drugmaster)
Capsules and Tabsules, 15s 3.95 28.80
Reducing Plan, 30s 6.49 46.80
Liquid, 4 oz. .69 5.04

**ETROL(℞)** (4815 Cameron Medical)
Tablets, No. 1, 2 or 3, 30 day Treatment, 90s ea. 3.95 2.10

**ETROL ℞** (23930B Southern Drug)
Delaycaps #1, 100s ea. 10.02 6.00
Delaycaps #2, 100s ea. 11.02 6.60

**-ETTES** (16068 Marsed Labs.)
Crystals, 1/5 oz. *.98 8.00
1 oz. *2.50 20.00

**-FACTOR** (25829 Sutliff & Case)
Tablets, 100s ea. .... 1.10
1000s ea. .... 7.85

**-FEN ℞** (13659 Kay Pharm.)
Tabs., 1½ gr., 100s ea. .... 1.33
1000s ea. .... 9.33

**IFENTOIN** (27112 Veltex)
Capsules, 1½ gr., 100s .... 8.40
1000s ea. .... 5.90

**IFEREX** (7470 Direct)
Tabs., 100s ea. .... 1.85
500s ea. .... 8.00
1000s ea. 14.50

**DIFFICULT STAIN REMOVER** (2757 Blum)
4 oz. .... 2.10
16 oz. .... 5.00
32 oz. .... 9.00

**IFOLAGEN B** (1452A Atlas Pharm. Labs.)
Multiple Dose Vial, 10 c.c. ea. .... 1.70

**I-FUNGI** (13344 Johnston, Will)
Powder, 2 oz. *.95 5.70

**IGALEN ℞** (21850 Roche Labs.)
Amps. 2 c.c. Injectable
100s [#2004] ea. *19.00 .... 11.40
Liquid, 1 oz. [#2011]
Ea. *1.92 .... 1.15
Tablets, ½ U.S.P. Unit
100s [#2021] ea. *3.00 .... 1.80
1 U.S.P. Unit
100s [#2031] ea. *4.00 .... 2.40

**IGARTHIAL(℞)** (11957 Hildebrand)
Tablets, 100s ea. .... 3.00

**I-GAS** (5568 Chester Chemical)
Powder, 3½ oz. .69 4.97
Junior, 2 oz. .35 2.52
Spray Aerosol,
6 oz. 1.00 7.20

**IGASTROGEN** (3063 Bowman Bros.)
C.T., 1000s ea. 4.40

**IGENEX** (28505A Wright, M. A.)
Liquid, 6 oz. *1.25 10.00

**I-GENIK(℞)** (22690A Savage Labs.)
Aqueous Suspension,
10 c.c. vial ea. .... 2.88

**IGENTERIC(℞)** (13110 Jabert)
Tabs., 100s .... 15.00

**IGENZYME** (16250 Maurry)
Tablets, 100s ea. 3.85 2.31
1000s ea. 33.20 19.92

**IGESIC ℞** (17464 Moore & Co.)
Vials, 30 c.c., ea. 2.95

**IGESTALIN** (5619 Chicago Pharmacal)
Tablets, 100s ea. .... .75
1000s [#X669] ea. .... 5.00

**IGESTAMIC(℞)** (16970 Metro Med.)
Liquid, 8 oz. ea. .... 2.50
Gal. ea. .... 33.75
Tabs., 50s ea. .... 3.75
500s ea. .... 33.75

**IGESTANS** (17464 Moore & Co.)
Elixir, 4 oz. ea. .... .70
Pt. ea. .... 1.50
Gal. ea. .... 8.95

**IGESTANT** (4870 Canright Corp.)
Tablets, 100s ea. *5.50 3.30
1000s ea. *49.50 29.70

**DIGESTANT-M** (8982 Fibertone)
Tabs., 50s ea. 1.20 .60
100s ea. 2.00 1.00
250s ea. 4.70 2.35
500s ea. 9.00 4.50
1000s ea. 17.00 8.50

**DIGESTELIX** (20429 Polk & Thompson)
15.00

**BOOST HEALTH SUPPORT SALES**

*Refer to page 10 Prescription Section*

**DI-GESTENE** (26775A Universal Medical)
Tablets, 100s *1.00 .... 6.00

**DIGESTIN** (21831A Robinson)
Tablets, C.T., 100s ea. .... .50
1000s ea. .... 3.20

**DIGESTINE** (15091 Leslie's Pharm.)
Tablets, 100s *.75 .85 6.00

**DIGESTIVEL** (6335 Corvit Pharm.)
Tablets, 100s ea. .... .70
1000s ea. .... 6.00

**DIGESTO REX** (21511 Rex Labs.)
Tablets, 100s ea. .... 2.00

**DIGESTOL** (1220 Ario Labs.)
6 oz. ea. *2.65 1.75

**DIGESTOL** (15987 Marcrest)
Antiacid Powder, 1 oz. ea. .75 .45
2 oz. ea. 1.25 .75

**DIGESTONE TABLETS**
(20429 Polk & Thompson) .... 6.75

**DIGESTOSAL** (20829 Purepac)
Powder, 2 oz. *.50 3.20
5 oz. *.93 1.00 6.30

**DIGESTOZYME** (21646 Richlyn)
Tablets, 1000s ea. 17.13

**DIGESTULES** (4754 Caldwell & Bloor)
Timekaps, 100s ea. 2.21
1000s ea. 17.00

**DIGEX** (5245 Celano)
4 oz. 1.00 7.20

**DIGGS BEAUTY PRODUCTS** (7436 Diggs Barber)
All Purpose Hair Oil,
4 oz. Solid .30 1.80
Brillintine, Solid, 2 oz. .30 1.80
Croquinole Wax, 2 oz. .35 2.40
Lathering Oil Shampoo, 4 oz. .35 2.40
Special Scalp Oil,
3½ oz. Solid, .65 4.00
Waterless (dry) Shampoo,
Liquid, 4 oz. .35 2.40

**DIGICARDALIS ℞** (15391 Lloyd, Dabney & Westerfield)
Tablets, 100s ea. .85

**DIGICARDIUM-RORER ℞** (21994 Rorer)
Tablets, 0.1 gm., 100s 1.17 8.40

**DIGIFOLIN(℞)** (5684 Ciba)
Ampuls, 2 ml.
5s ea. *1.83 .... 1.10
20s ea. *6.25 .... 3.75
Oral Solution
1 fl. oz. bot. ea. *2.00 .... 1.20
Tablets, 1½ gr.
50s ea. *2.00 .... 1.20
500s ea. *14.17 8.50

**DIGIFORTIS(℞)** (19539 Parke, Davis)
Ampoules, ▲ 1 c.c.
10s [#3-173-10]
Ea. *3.69 4.10 2.46
Kapseals,
100s [#15-351-4]
Ea. *1.93 2.15 1.29
500s [#15-351-8]
Ea. *7.65 8.50 5.10
5000s [#15-351-13]
Ea. *59.85 66.50 39.90
Tablets,
50s [#25-687-50]
Ea. *.94 1.05 .63
1000s [#25-687-11]
Ea. *11.97 13.30 7.98

**DIGIGLUSIN(℞)** (15249 Lilly)
Ampoules, 1 c.c. N.F. [#220]
6s ea. *1.93 2.15 1.29
100s ea. *23.40 26.00 15.60
Tablets,
1 U.S.P., digitalis unit
100s [#1581]
Ea. *1.48 1.65 .99
S.C., [#660]
100s ea. *1.75 1.95 1.17
500s ea. *6.30 7.00 4.20
5000s bulk ea. *54.18 60.20 36.12

**DIGI-K(℞)** (13721 Keene Pharmacal)
Tablets, 0.1 mg., 100s ea. 4.00 ....
0.2 mg., 100s ea. 6.00 ....

**DIGIKAPS T.D. ℞** (22968A Scott Pharmacal Co.)
Capsules, 30s ea. .... 1.50
100s ea. .... 3.90

**DIGIKOTE ℞** (4862 Canfield)
Caps., TDC,
0.15 mg., 100s ea. 6.25 3.75
500s ea. 28.12 16.87
1000s ea. 53.12 31.87
0.3 mg., 100s ea. 6.59 3.95
500s ea. 29.62 17.77
1000s ea. 55.95 33.57

**DIGILANID(℞)** (22544 Sandoz)
Ampules,
2 c.c., box of 6s [#20-27]
Ea. .... 1.25
100s [#40-27] ea. .... 15.00

**DIGINOPHYLLINE(℞)** (26002 Taylor Drug)
Capsules, 100s ea. 2.70 1.60

**DIGISEALS B** (11519 Harvey, G. F.)
Capsules, 1½ gr.,
100s [#3141] ea. 1.67 1.00
1000s [#3142] ea. 13.33 8.00

**DIGISINE** (5321 Century Pharmacal)
Liq., 1 fl. oz. ea. 5.00 3.00

**DIGITALINE NATIVELLE®**

**The original Digitoxin**

DIGITALINE NATIVELLE exerts the full characteristic action of digitalis, is completely and rapidly absorbed. Nausea and vomiting from local irritations are almost never encountered. 0.1 mg. of DIGITALINE NATIVELLE replaces 0.25 mg. Digoxin U.S.P., 0.1 gm. whole leaf digitalis, 0.5 mg. gitalin, 0.1 mg. acetyldigitoxin.

**Action and Uses:** Whenever digitalis is required: in congestive heart failure, auricular fibrillation, auricular flutter, etc.

**Dosage:** The average digitalizing dose is 1.2 mg. The average daily maintenance dose is 0.1 mg. Oral, and intramuscular and intravenous doses are identical.

**How Supplied:** Tablets, intramuscular and intravenous ampoules, and oral solution. See product listing.

**E. FOUGERA & CO., INC.**
Hicksville, Long Island, N. Y.

**DIGITALINE NATIVELLE** (9369 Fougera & Co.)
Solution Intrav., 0.2 mg./c.c.
1 c.c., 6s ea. 2.25 1.50
50s ea. 13.20 8.80
2 c.c., 6s ea. 3.00 2.00
50s ea. 20.62 13.75
Intram., 0.2 mg./c.c.
1 c.c., 6s ea. 2.25 1.50
50s ea. 13.20 8.80
2 c.c., 6s ea. 3.00 2.00
50s ea. 20.62 13.75
Oral, 1:1000
10 c.c. bot. ea. 2.25 1.50
Tablets, 0.1 mg., 40s ea. 1.20 .80
100s ea. 2.76 1.84
250s ea. 6.75 4.50
1000s ea. 20.25 13.50
0.15 mg., 40s ea. 1.35 .90
250s ea. 7.50 5.00
0.2 mg., 40s ea. 1.50 1.00
100s ea. 3.51 2.34
250s ea. 8.25 5.50
1000s ea. 24.75 16.50

**DIGITALIS**

see

**GITALIGIN®**

(White Laboratories, Inc.)

**DIGITALIS(℞)**
American Drug Prod. (696)
Tablets, 1½ gr., 1000s ea. .... 1.10
E.C., 1000s ea. .... 1.70
American Quinine (825)
Tabs., 0.1 gm., 100s ea. .... .40
1000s ea. .... 1.70
Barre Drug (1868)
Tablets, 1½ gr.,
C.T., 100s ea. .... .30
1000s ea. .... 1.80
E.C., 100s ea. .... .45
1000s ea. .... 3.00
Barry-Martin (1881)
Tablets, 1½ gr.,
1000s ea. .... 2.25
Coated, 1000s ea. .... 2.75
Bowman Bros. (3063)
E.C.T., 1 gr., 1000s ea. .... 3.15
H.G.C., 1½ gr., 1000s ea. .... 6.80
Burrough Bros. (4622)
Tinctures, U.S.P., 14 oz. ea. .... .81
Pt. ea. .... 2.76
Gal. ea. .... 16.00
Burroughs Wellcome (4629)
Tabloid Brand
Tablets, 1½ gr., 100s *1.15 8.28
1000s ea. *7.60 4.56
Campbell (4836)
Tablets, 1½ grs., E.C.,
1000s ea. .... 7.00

Ciba (5684)
Digifolin (See Under Trade Name)
Clapp, Otis (5729)
Digitalis Lanata
Tabs., 1 gr., or 1½ gr.,
100s *1.65 11.88
Clark, Peffer & Brown (5761)
C.T., 0.1 Gm., ea. .... 1.80
Consolidated Midland Corp. (6156)
Tablets,
Plain, 1½ gr.,
100s ea. .... .55
1000s ea. .... 2.25
5000s/1000s .... 2.15
E.C., 1½ gr.,
100s ea. .... .75
1000s ea. .... 3.75
5000s/1000s .... 3.20
Corvit Pharmaceuticals (6335)
Tablets, C.T., 1½ gr.,
100s ea. .... .23
1000s ea. .... 2.00
Cowley (6398)
Tablets, 1½ gr.
C.T., 1000s ea. .... 1.70
E.C., 1000s ea. .... 2.20
Davies Rose (6894)
Pills, 0.1 Gm., 35s .... 6.00
60 mg., 50s .... 7.20
50 mg., 65s .... 7.80
30 mg., 100s .... 8.40
DuMont Pharmacal Co. (7767)
Tablets, U.S.P.,
1½ grs. 500s ea. .... .95
1000s ea. .... 1.65
E.C., 500s ea. .... 1.45
1000s ea. .... 2.40
Elder (8140)
Leaves, 1 gr.,
Capsules [#309] 100s ea. 2.41 1.45
1000s ea. 12.00 7.20
Evron Co. (8641)
Tablets, 1½ gr., 1000s ea. .... 2.68
First Texas (9031)
Tincture, U.S.P., ¼ pt. ea. .... .95
Pt. ea. .... 3.24
Gesell (10054)
Allen's
Crushed leaves
1 lb. ea. .... 3.50
Gotham (10580)
Tablets, 1½ gr., 1000s ea. 2.20 1.47
Coated, 1000s ea. 2.33 3.50
Hall, Don (11126)
U.S.P., C.T.
1½ gr., 100s ea. .... .60
1000s ea. .... 4.00
Harvey, G.F. (11519)
Digiseals (See under Trade Name)
Harvey (11524)
Tablets, 1½ gr.
E.C., 1000s ea. .... 3.20
C.T., 1000s ea. .... 2.25
Haskell (11537)
Tablets 1½ grs.
(1 U.S.P. Unit)
100s ea. 1.67 1.00
500s ea. 7.50 4.50
1000s ea. .... 8.00
5000s ea. .... 36.00
Hildebrand (11957)
Tablets, 1 U.S.P. Unit
0.1 gm., 500s ea. .... 1.20
1000s ea. .... 2.20
Hilly Medicinal Products (11991)
Tablets, C.T.,
1 C.U., 1½ gr., 100s ea. .... .30
1000s ea. .... 2.75
Horton & Converse (12344)
Tablets,
0.1 gm., 100s ea. *.75 .45
1000s ea. *5.00 3.00
Jan Laboratories (13181)
Tablets USP,
C.T., 1½ gr., 500s ea. .... 1.25
1000s ea. .... 1.95
E.C., 1½ gr., 500s ea. .... 1.75
1000s ea. .... 2.95
Jarus (13202)
Tablets, C.T., 1½ gr., USP
1000s ea. .... 2.50
Lannett (14677)
Capsules, U.S.P.
1½ gr., 500s ea. .... 3.00
1000s ea. .... 4.75
Tablets,
C.T., 1½ gr., 1 U.S.P. Unit
500s ea. .... 1.40
1000s ea. .... 2.20
E.C.T., 1½ gr., 500s ea. .... 2.00
1000s ea. .... 3.00
Lanpar Co. (14692)
Tablets, E.C., ¾ gr.,
1000s ea. .... 3.75
1 gr., 1000s ea. .... 4.00

(Continued on Next Page)

SQUIBB QUALITY—THE PRICELESS INGREDIENT