**EXHIBIT 1(D)**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY A. BOHLIN, Individually And as Mother, Guardian and Next Friend of SAMANTHA A. BOHLIN, a Minor, <br><br> Plaintiffs, <br><br> v. <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | CIVIL ACTION No. 03-CV-11577 (MEL) |

## AFFIDAVIT OF RICHARD KAPLAN

I, Richard Kaplan, declare:

1. I am employed as a as the Associate Dean for Instructional Resources and the Director of Sheppard Library, by the Massachusetts College of Pharmacy and Health Sciences.

2. I have been employed by the Massachusetts College of Pharmacy and Health Sciences for approximately eleven years and have been the Director of Sheppard Library for approximately eight years.

3. The records of the Sheppard Library show that the library has subscribed to the periodical the Drug Topics Red Book on a yearly basis from at least 1943 to present.

3. The records of the Sheppard Library show that the library has subscribed to the periodical the American Druggist Blue Book on a yearly basis from at least 1937 to 1996.

4. The Sheppard Library maintains these periodicals on the library premises in the ordinary course of business and they are available for review and use.

B3070000.1

I declare under penalty of perjury that the foregoing is true and correct and that this affidavit was executed on 7/20/05 in Boston, Massachusetts.

_____
Richard Kaplan

Sworn before me this 20 day of July, 2005.

_____
Pauline R. Anderson
Notary Public
My commission expires: 3/1/07

> PAULINE R. ANDERSON
> Notary Public
> Commonwealth of Massachusetts
> My Commission Expires Mar 1, 2007

B3070000.1

- 2 -