**EXHIBIT 3**

1

1                Volume:  1

2                Pages:  1 - 137

3                Exhibits:  1-6

4

5        UNITED STATES DISTRICT COURT

6        FOR THE DISTRICT OF MASSACHUSETTS

7    Civil Action No. 04-CV-11164(RCL)

8

9    --------------------------------x

10   BRENDA MANNING, ET AL.,

11        Plaintiffs

12

13   v.

14

15   ELI LILLY and COMPANY,

16        Defendant

17   --------------------------------x

18

19        DEPOSITION OF WILLIAM R. PRINCIPE, R.PH.

20        Friday, March 25, 2005, 10:24 a.m.

21            Foley Hoag LLP

22        155 Seaport Boulevard, Boston, Massachusetts

23        **Principe, William R. (3/25/05)**              **Page 1**

77

1  the manner and method for ordering and stocking and

2  shelving at those part-time pharmacies?

3      A. No, because I wasn't there except in the

4  evening time when all of that stuff probably would

5  have already been done.

6      Q. Which pharmacies in the 1960s did you have

7  the opportunity to observe ordering, stocking

8  shelving manners and methods?

9      A. Only my full-time jobs.

10     Q. Okay.  So did you intend for your statement

11  to apply just to the pharmacies in which you were

12  working full time?

13     A. I really didn't think about it.  I assume

14  that's what it was pretty much all about.

15     Q. So sitting here today, do you feel -- do you

16  have the personal knowledge to testify about other

17  pharmacies in which you did not work during the

18  1960s?

19         MR. LEVINE:  That's for the judge and

20  jury to decide.  His statement is --

21     A. No.

22         MR. LEVINE:  -- what it is and his

**Principe, William R. (3/25/05)**            **Page 77**

78

1    A. I can't speak to what other places do or have

2  done.

3    Q. Okay.  Do you know how many pharmacies

4  existed in Massachusetts in the 1960s?

5    A. There were a multitude of them.

6    Q. Do you know if they were over 1,000?

7    A. I can't tell you the specific number, but

8  there were a large number of independents, and chain

9  stores hadn't made headway into the state because at

10  that time there was maybe a lobby against it,

11  against chains coming in because the independents

12  were adamant about not having to destroy their

13  businesses.

14    Q. That certainly changed, hasn't it?

15    A. Yes.

16    Q. Were there any other pharmacies that you went

17  behind the counter in the 1960s?

18    A. No.

19    Q. Did you ever have occasion to go behind the

20  counter of a pharmacy that you did not work in?

21    A. No.

22    Q. If you can refer on the next page, the second

**Principe, William R. (3/25/05)**                    **Page 78**

98

1  that Boston Lying-In became part of the Boston

2  Hospital for Women.  Is that definition clear?

3     A. Hmm-hmm.

4     Q. Okay.  When did you first set foot in that

5  pharmacy?

6     A. The Lying-In?

7     Q. Yes, which was located at Longwood Avenue.

8     A. Right.  That would be 1966.

9     Q. Is that when you went to work for the Free

10  Hospital for Women?

11     A. I'm sorry.  I'm sorry.  It was 1967 because

12  shortly thereafter, right, I started out at the Free

13  Hospital in '66.  I became the director for both

14  hospitals, so it was '67.

15     Q. So the first time you actually physically

16  visited the Boston Lying-In Hospital Pharmacy was

17  when you became the director of pharmacy after the

18  merger?

19     A. Right.

20        MR. LEVINE:  Are you excluding a visit

21  or incidental trip?

22     Q. Mr. Principe --

**Principe, William R. (3/25/05)**          **Page 98**

121

1      Q. Do you know for sure?

2      A. I don't know for sure.

3      Q. Is it possible that other manufacturers --

4      A. Of course.

5      Q. -- were stocked?

6      A. Of course it is.

7      Q. How about at the Boston Lying-In Hospital

8   before the merger?  So before you actually went to

9   work for the Boston Hospital for Women, do you know

10   how many manufacturers of diethylstilbestrol they

11   carried?

12         MR. LEVINE:  He told you it was one.

13      A. I think it was one exclusively.  When I took

14   over, I took over and carried on pretty much what

15   had been going on prior to that.

16      Q. So in 1963 is it possible that they carried

17   another major brand name manufacturer of

18   diethylstilbestrol?

19      A. It's possible.

20      Q. How about in 1964?

21      A. It's possible.

22         MR. LEVINE:  But it's not likely.  The

**Principe, William R. (3/25/05)**                    **Page 121**