**EXHIBIT 4**

1

1              VOLUME   I

2              PAGES    1 - 237

3              EXHIBITS  Per Index

4

5        UNITED STATES DISTRICT COURT

6          DISTRICT OF MASSACHUSETTS

7    -------------------------------x

8  NANCY A. BOHLIN, INDIVIDUALLY,

9  AND AS MOTHER AND NEXT FRIEND OF

10  SAMANTHA A. BOHLIN, A MINOR,    Civil Action

11    Plaintiff          No. 03-CV-11577

12    v.                 (MEL)

13  ELI LILLY AND COMPANY,

14    Defendant

15    -------------------------------x

16

17        DEPOSITION OF HAROLD B. SPARR

18          Tuesday, December 7, 2004

19            Foley Hoag, LLP

20            155 Seaport Boulevard

21            Boston, Massachusetts

22

23        REPORTER:  Virginia L. Barry, RPR/CSR

24

**Sparr, Harold (12/7/04)**                    **Page 1**

5

1  Attorney Patricia Stanford?

2     A.  About 11 months.

3        MR. LEVINE:  I think you mean

4  retained, as opposed to employed.  We don't take out

5  taxes.

6        THE WITNESS:  Right.

7     Q.  So Mr. Levine's interjection is that

8  you're an independent contractor employed by him; is

9  that correct?

10    A.  Correct.

11    Q.  And is that your only employment at

12  present, working for these two attorneys?

13    A.  Well, I'm an on call pharmacist at a

14  hospital in Brookline, but I haven't been called in

15  the past year.

16    Q.  I'm going to go back to your employment by

17  these two attorneys in a minute.  Let me go through

18  a little bit about my understanding about your

19  background.  Am I correct, sir, that you attended

20  and graduated from the Massachusetts College of

21  Pharmacy, graduating in 1955?

22    A.  That's correct.

23    Q.  Am I correct also in looking at an exhibit

24  to your report that following that graduation you **(2/7/04)**                    **Page 5**

6

1  served in the United States Army; is that correct?

2    A.  Correct.

3    Q.  So that was from 1956 to 1958; is that

4  correct?

5    A.  Correct.

6    Q.  And you were in Germany at that time?

7    A.  For one year.

8    Q.  For those two years am I correct in

9  understanding that you were not practicing as a

10  pharmacist in Massachusetts?

11    A.  I was practicing as a pharmacist in

12  California and in Germany.

13    Q.  And you were not practicing as a

14  pharmacist in Massachusetts for those two years; is

15  that correct?

16    A.  That's correct.

17    Q.  Now, your CV or resume states that between

18  1958 and 1969 you were at Sparr's Pharmacy in

19  Boston, Massachusetts?

20    A.  Sparr's Drugstore.

21    Q.  I'm sorry, Sparr's Drugstore in Boston,

22  Massachusetts; correct?

23    A.  Correct.

24    Q.  And was that the pharmacy or drugstore **12/7/04)**                    **Page 6**

7

1  where you practiced pharmacy between 1958 and 1969?

2    A.  Yes.

3    Q.  And your resume also indicates that in

4  1970 you were at Robert's Pharmacy in Belmont; is

5  that correct?

6    A.  That's correct, I purchased it.

7    Q.  And you purchased it in 1970?

8    A.  In December, '69.

9    Q.  And after you made that purchase did you

10  practice as a pharmacist at the Robert's Pharmacy in

11  Belmont, Massachusetts?

12    A.  That's correct.

13    Q.  And for 1970 was that the only pharmacy

14  where you practiced pharmacy?

15    A.  Yes.

16    Q.  How long did you stay at the Robert's

17  Pharmacy?

18    A.  Until 1976.

19    Q.  Now, between 1958 and 1971, I'm going to

20  be, I realize that you have experience after that,

21  but between 1958 and 1971 is it accurate to say that

22  your experience as a practicing pharmacist was

23  limited to first the Sparr's Drugstore and then

24  Robert's Pharmacy?        **Sparr, Harold (12/7/04)**                    **Page 7**

96

1    Q.  Did it occur to you that pharmacists who

2  were being asked about a particular set of

3  prescriptions from the 1950s and 1960s from memory

4  might sometimes have a fallible memory?

5    A.  No.

6    Q.  So your assumption was that none of their

7  memories were fallible; is that right?

8    A.  Correct.

9    Q.  Did you take any steps to corroborate the

10  assumption that none of these pharmacists had in any

11  way an incomplete or wrong memory?

12        MR. LEVINE:  Well, if they said they

13  didn't remember, as he said some of them said,

14  that's an incomplete memory, so fix your question.

15        MR. DILLON:  I'm not talking about

16  that.

17    A.  I would ask them a series of questions,

18  and I would ask them if they stocked

19  diethylstilbestrol.  I would ask them, Do you recall

20  what brand it is, and then I would ask them, Who was

21  your wholesaler.

22    Q.  Okay.

23    A.  And if they answered those three questions

24  without hesitation, I would mail them a statement./7/04)          **Page 96**

116

1  records about the prescriptions from individuals?

2      A.  Well, it was between me and the trash can.

3      Q.  Let's begin to turn to your personal

4  experience as a basis for this.  This is really in

5  paragraph one of your letter of October 12, 2004,

6  which is deposition Exhibit 1.

7          In what way, Mr. Sparr, did your

8  personal experience as a retail practicing

9  pharmacist bear on your ability to conclude that

10  Lilly, as you conclude, had 94 percent of DES sales

11  in Massachusetts?

12         MR. LEVINE:  Pregnancy sales.

13     A.  It was based on the, both on the surveys

14  and on the statements that I received.

15     Q.  I'm going to do the survey, and we've

16  talked about the statements you received.  But in

17  paragraph one of your letter you talk about your

18  personal experience --

19     A.  Yes.

20     Q.  -- as a retail practicing pharmacist as

21  one of the bases for your opinion.  And I'm asking

22  you, what is it about your experience as a

23  practicing retail pharmacist at the Sparr Drugstore?

24     A.  Sparr's Drugstores and Robert's Pharmacy2/7/04)          **Page 116**

117

1    we only stocked Lilly brand.

2        Q.  So you can tell from that that for the

3    stores that you were the proprietor of, you only

4    stocked Lilly; is that correct?

5        A.  That's correct.

6        Q.  But from that experience at Sparr's and at

7    Robert's, you would not be able to tell anything

8    else about what any other store did; isn't that

9    right?

10       A.  Except from the statements that I received

11   from pharmacists that practiced in the '50s and

12   '60s.

13       Q.  So your personal experience as a retail

14   practicing pharmacist really gives your experience

15   at Sparr's Drugstore and at Robert's Pharmacy; is

16   that right?

17       A.  Correct.

18       Q.  Let me ask about being a teacher of

19   pharmacy over the past 49 years.  First of all, in

20   what sense were you a teacher of pharmacy over the

21   last 49 years?

22       A.  I was a preceptor for over 650 last year

23   pharmacy students from Mass. College of Pharmacy and

24   Northeastern.            **Sparr, Harold (12/7/04)**                    **Page 117**

118

1    Q.  And what does being a preceptor mean?

2    A.  They had to do a five-week externship in a

3  hospital pharmacy, so the schools would send me

4  students on a regular basis.

5    Q.  So this would be while you were working at

6  the hospital pharmacies that we talked about after

7  the '70s; is that right?

8    A.  Correct.

9    Q.  So in that context, you were not involved

10  in seeing or dispensing prescriptions for DES for

11  the use in accidents of pregnancy; isn't that right?

12    A.  Pardon me?

13    Q.  In the hospital pharmacy context after the

14  1970s you would not have been involved in seeing or

15  filling any prescriptions for DES for the use in

16  accidents of pregnancy?

17    A.  That is correct.

18    Q.  Now, you mentioned being a preceptor for

19  students while you were working in the hospital

20  pharmacies.  Is there any other aspect of teaching

21  pharmacy that you want to call my attention to as a

22  basis for your opinions in this case?

23    A.  I worked for about five semesters as an

24  adjunct professor in the pharmacy practice lab at 2/7/04)              **Page 118**

119

1  Mass. College of Pharmacy.

2      Q.  And about when was this, please?

3      A.  '90, '91, '92.

4      Q.  And, I take it, then, that at that period

5  of time in the '90s nothing about your teaching

6  would have had anything to do with seeing or filling

7  prescriptions for DES in relation to accidents of

8  pregnancy?

9      A.  That's correct.

10         MR. LEVINE:  You're entirely ignoring

11  the historical aspect of these positions.

12         MR. DILLON:  I'm just asking the

13  questions.

14         MR. LEVINE:  Okay, but you're asking

15  the wrong questions.  I get to ask the questions

16  when I'm qualifying him, and I will be able to show

17  that in this preceptorship and in the adjunct

18  professor he did come into contact with the

19  historical aspects of pharmacy and DES, but you

20  don't want to do it, it's your deposition.

21         MR. DILLON:  I think that that's

22  something that I'll let you worry about.

23         MR. LEVINE:  Okay.

24      Q.  Is there anything else that you want to **(12/7/04)**                     **Page 119**

126

1    A.  Correct.

2    Q.  So in terms of designing a survey, I take

3  it that you had never before attempted or been

4  involved in designing a survey to develop market

5  share; is that right?

6    A.  No.

7    Q.  Am I incorrect, you have been involved in

8  designing a survey?

9    A.  No, I have not, I was not.

10    Q.  I take it that you haven't done any

11  publications on survey research; is that correct?

12    A.  That's correct.

13    Q.  And have you ever taken any course work in

14  survey design?

15    A.  No.

16    Q.  Have you ever taken any, received any

17  training in psychology?

18    A.  I believe I took a psychology class when I

19  was at Mass. College of Pharmacy.

20    Q.  Were you ever involved in a class involved

21  in psychology or sociology related to survey

22  research?

23    A.  No.

24    Q.  How about marketing, have you ever taken/7/04)    **Page 126**

127

1  any, ever received any training in marketing?

2    A.  I went to Babson when I was working

3  towards an MBA degree, I went there for

4  three semesters, and several of the courses that I

5  took were in marketing.

6    Q.  And I take it you did not decide to

7  complete that degree at Babson; is that right?

8    A.  That's right, it interfered with my work

9  schedule.

10    Q.  Have you had any formal training in

11  statistics?

12    A.  No.  I started a statistic course at

13  Babson, but that's when I dropped out.

14    Q.  Before you got involved in this project

15  did you have any experience in sampling; in other

16  words, in deciding what sample out of a larger group

17  would accurately reflect the findings that you would

18  get in the larger group?

19    A.  Yes.

20    Q.  And in what way did you do that?

21    A.  In the survey I, we decided what year that

22  we were going to determine to be the midline of

23  popularity.

24    Q.  Okay.  I really wanted to ask, I did not **(12/7/04)**                **Page 127**

128

1   ask the question clearly, before you got involved in

2   this survey for Mr. Levine had you ever been

3   involved in attempting to design a sampling

4   methodology?

5      A.  No.

6      Q.  Okay.  Now, you mentioned about sampling

7   in this one that you would attempt to define a

8   midpoint, as it were, for popularity; is that what

9   you tried to do?

10     A.  Yes.

11     Q.  And what did you determine the mid point

12  was?

13     A.  I looked at the matrixes of California and

14  New York.

15     Q.  And the matrixes, each of them give the

16  market share, as it were, for each of the companies

17  involved in those proceedings; is that correct?

18     A.  Yes.

19     Q.  And how did you use the matrices to decide

20  where the peak of demand was or peak of use?

21     A.  Well, I personally remembered it from

22  dispensing when it started to decline and when it

23  became really popular.

24     Q.  And what did you remember about -- so the 7/04)    **Page 128**

141

1          MR. LEVINE: But was it a nurse?

2          THE WITNESS: I don't know.

3     Q.  Whatever it was, this list of 370 is a

4  list that you got from Mr. Levine's office; is that

5  correct?

6     A.  Correct.

7     Q.  And what, if anything, did you do to find

8  out if that, in fact, represented the list, what it

9  said to be, those who got a license during those

10  years, '63 to '67, for the first time and were still

11  practicing in Massachusetts; what did you do to test

12  that?

13     A.  Well, I recognized the fact that the

14  licensees, I was able to go to the alumni directory

15  and look in there by year, and I saw the names, the

16  names popped up from Mass. College of Pharmacy, but

17  there were other schools of pharmacy where people

18  became registered.

19     Q.  What did you do to find out that the list

20  of names you got from Mr. Levine accurately

21  reflected that category of people who were first

22  licensed between 1963 and 1967 and who were also

23  still practicing in Massachusetts?

24     A.  I would see absolutely no reason why they 2/7/04)          **Page 141**

142

1   would lie.

2       Q.  So you didn't do -- you didn't see the

3   need to do anything to test them?

4       A.  No.

5       Q.  So you were not actually trying to find

6   out about pharmacists who were simply licensed

7   between 1963 and 1967, you also had this additional

8   condition that to qualify for this study they had to

9   also still be practicing; is that right?

10      A.  That's correct, because the disk only has

11  those currently licensed.

12      Q.  So there were a number of pharmacists, I

13  take it -- so, I'm sorry, the disk only has those

14  currently licensed?

15      A.  That's correct.

16      Q.  I see.  So there were pharmacists who

17  were, in fact, licensed between 1963 and 1967 who

18  either stopped the practice of pharmacy or moved

19  somewhere else, but wouldn't show up in your group;

20  is that right?

21      A.  That's correct.

22      Q.  And how many were those?

23      A.  I have no idea.

24      Q.  Who was it who felt that this category --**12/7/04)**          **Page 142**

143

1  let me back up.  Who was it who decided that this

2  category of pharmacists who were first licensed in

3  1963 to 1967 and were still current was a group that

4  was an adequate sampling frame or survey population

5  for your study, who did that?

6      A.  I determined it.

7      Q.  You determined that?

8      A.  Yes.

9      Q.  And what were the criteria that you used

10  to determine that?

11     A.  I knew the popularity of the drug peaked

12  in 1965, around 1965, so I went back two years

13  before '65 to two years after '65.

14     Q.  And that is the only criteria you had; is

15  that correct?

16     A.  Yes.

17     Q.  Did you have any basis to decide that the

18  people that were still practicing accurately

19  reflected that cadre of pharmacists who were first

20  licensed between 1963 and 1967?

21     A.  It was a representation.

22     Q.  How do you know that?

23     A.  Because I do know some of them that are

24  still working.          **Sparr, Harold (12/7/04)**          **Page 143**

144

1    Q.  So --

2    A.  They're younger than I am.

3    Q.  What was the basis on which you decided

4  that this was a, you know, an adequate snapshot, an

5  accurate snapshot of what that group of newly

6  licensed pharmacists between '63 and '67 looked

7  like; how did you decide that?

8    A.  I decided that the peak period was 1965,

9  and I went two years on either side of that.

10    Q.  I understand that part, but now you've got

11  this extra thing, which is a dividing line that

12  you're now not dealing with everybody whose been

13  licensed between '63 and '67, but only that part of

14  that group that's still practicing in 2004.

15    A.  Correct.

16    Q.  All right.  How did you decide that those

17  who still were practicing in 2004, whatever that

18  group was, was representative of the group that was

19  first licensed in '63 and '67; how did you decide

20  that?

21    A.  Well, I felt that because they were still

22  licensed, that the majority of them were still

23  working, and they would have good knowledge of what

24  transpired back in the '60s.  **Sparr, Harold (12/7/04)**          **Page 144**

159

1  made, and I'll come back to it, because I don't

2  think we're going to get done here.

3          MR. LEVINE:  On that respect let me

4  say that you do not have an unlimited amount of

5  time.  Now, six hours, I think, is plenty.

6          MR. DILLON:  Well, I'm on page --

7          MR. LEVINE:  You've got two hours.

8          MR. DILLON:  Mr. Levine, I'm going to

9  take the deposition that I'm going to take, and I

10  have a rather lengthy outline.  I have a lot of

11  questions to ask Mr. Sparr.

12          MR. LEVINE:  Now that you're paying

13  Mr. Sparr, and as soon as he provides you with his

14  rates for his testimony, you can go forward.

15      Q.  Mr. Sparr, let me go back to your

16  statement, which is Exhibit 1 to the deposition, and

17  Exhibit 4 to that is this letter of May 5th, 2004,

18  to you, from Mr. Levine.

19      A.  From me, to Mr. Levine?

20      Q.  No, from Mr. Levine, to you, May 5th.

21      A.  Correct.

22      Q.  Now, Mr. Sparr, in the second paragraph

23  there, this letter talks about the trustworthiness

24  of the survey depending on a well grounded sampling04)      **Page 159**

160

1  and minimization of hearsay dangers; in your study

2  what did you do to minimize hearsay dangers?

3      A.  There's absolutely no mention --

4          MR. LEVINE:  It's not only his study,

5  but it's a study of three people.  It's not his

6  study.  The primary statistical brains behind it was

7  Doctor Vanderschmidt.  But go ahead.

8      Q.  Okay.  Well, you mentioned three people,

9  it's Doctor Vanderschmidt, Mr. Sparr, and

10  Mr. Levine; is that right?

11     A.  Mr. Steer.

12     Q.  Okay.  What, if anything, did you do to

13  minimize the hearsay dangers?

14     A.  Made sure that there weren't anything in

15  the questions that would lead them to answer it

16  incorrectly.

17     Q.  And what was it about the questions that

18  you put in there to avoid hearsay problems?

19     A.  They weren't leading questions.

20     Q.  Is there anything in this survey that you

21  did that would make sure that the pharmacist was

22  answering from their own personal experience, as

23  opposed to information that they may have gotten

24  from somebody else?     **Sparr, Harold (12/7/04)**          **Page 160**

161

1     A.  I didn't go to each one of their houses to

2   see if they filled it out without asking anybody

3   else.  I assumed they did it by themselves.  It's

4   really not a very tough questionnaire.

5     Q.  The next thing in that paragraph is about

6   protecting against the relative susceptibility of

7   the faulty memory.  Now, what, if anything, did you

8   do to guard against susceptibility of faulty memory?

9     A.  If they couldn't remember, they couldn't

10   fill it out.

11     Q.  Is there any other aspect of memory, I

12   think we talked about this before, about people who

13   have memories that, in fact, don't correspond to the

14   actual fact, is there anything you did to try and

15   find out if any of the respondents to this survey

16   had a flaw in their memory or were incorrect?

17     A.  No.

18     Q.  Why don't you tell me everything you can

19   tell me about the universe that you defined as

20   listed on there, on Mr. Levine's letter to you and

21   request, there is importance to have a properly

22   defined universe, and is there anything about the

23   universe that you wanted to define for me that you

24   haven't told me before?     **Sparr, Harold (12/7/04)**          **Page 161**

162

1    A.  Well, in my travels for the National

2  Association of Boards of Pharmacy I have spoken to

3  pharmacists from East Coast to West Coast, from

4  north to south, and it all comes out the same.

5    Q.  Do you understand what Mr. Levine was

6  talking about in this letter of May 5th when he

7  talked about, "a properly defined universe"?  Well,

8  let me ask a different question, what do you

9  understand by the term, "a properly defined

10  universe"?

11    A.  I take it to understand that within the

12  confines of the United States the practice of

13  pharmacy was the same in all 48 states.

14    Q.  And that is your assumption; is that

15  correct?

16    A.  That's correct, that's my opinion.

17    Q.  Now, a representative sampling of that

18  universe, is there anything about the reasons why

19  you chose the sample that you did that you want to

20  tell me besides what you've said?  I mean, what

21  you've told me so far, to sum it up --

22    A.  No.

23    Q.  To sum it up to be clear, though, we're on

24  the right same page, you thought that the peak **(12/7/04)**          **Page 162**

163

1    period was, approximately, 1965 in terms of use of

2    the drug, and that you chose '63 to '67 to try and

3    go around that perception of peak use, and that's

4    what you did; is there anything else you want to

5    tell me about sampling besides that?

6        A.  No.

7        Q.  Now, were any of the people who appeared

8    on this list of 370 or so, were any of those people

9    who you had previously spoken to and gotten a

10   statement from?

11       A.  I don't know, because I didn't see the

12   labels.  I didn't see who it was until after they

13   returned them.

14       Q.  Okay.  So do I take it, then, that you

15   never saw the list of 370 people who were mailed

16   this?

17       A.  That's correct.

18       Q.  I was going to ask, because I believe on

19   your report it says something about the list

20   attached, and I don't see a list within your report,

21   Exhibit 1 to this deposition, which tells me the 370

22   people who got this?

23       A.  No, these are the people that replied.

24       Q.  Do you have the list of the 370 people who/7/04)

**Page 163**