**EXHIBIT 6**

Case 1:04-cv-11164-MBB   Document 33-12   Filed 07/26/2005   Page 1 of 2

Attachment 1

# Stilbestrol Survey for Pharmacists

1. Your name: (first, middle, last)

   _____

2. Your Address: (street, city, state, zip code)

   _____

   _____

3. Telephone Number: (___)_____

4. E-mail address: _____

5. During the period 1963-1967 were you a practicing retail pharmacist in Massachusetts?

   Yes ___ No ___

6. If yes, please state name of pharmacy _____

7. City or town where pharmacy was located: _____

8. Was the pregnancy size ($5_{mg}$ or $25_{mg}$) diethylstilbestrol stocked and dispensed at the store in the 1960s?
   Yes ___ No ___

   *(If you answered no, you have completed the survey. If yes, please continue.)*

9. If a customer's prescription read "DES" "Stilbestrol" or "diethylstilbestrol" (in pregnancy sizes $5_{mg}$ or $25_{mg}$) but no brand name was indicated, what brand would have been primarily dispensed? _____

10. If you wish to provide any further comments or information, please do so.

    _____
    _____

11. If you recall the names of the wholesaler(s) from whom the unspecified drug was ordered, please list the name(s) of the wholesaler(s) _____

(THANK YOU FOR COMPLETING THIS SURVEY)