**EXHIBIT 7**

```
00001
 1            Volume: 1
 2            Pages: 1 - 110
 3            Exhibits: 1-2
 4      IN THE UNITED STATES DISTRICT COURT
 5      FOR THE DISTRICT OF MASSACHUSETTS
 6 C.A. No. 02-CV-11078-RGS
 7 --------------------------------x
 8 ELLEN J. DEAN,
 9      Plaintiff
10
11 v.
12
13 ELI LILLY AND COMPANY,
14      Defendant
15 --------------------------------x
16
17      DEPOSITION OF PHILIP J. CAFFERTY
18      Friday, August 22, 2003, 11:04 a.m.
19            Foley Hoag LLP
20      155 Seaport Boulevard, Boston, Massachusetts
21
22
23
24      Reporter: Caroline T. Renault, CSR/RPR
```

00006
1  for you to be candid and truthful are the same as if
2  you were in a courtroom.
3     A. I understand.
4     Q. Do you understand that?
5     A. Yes, I do.
6     Q. What is your current employment?
7     A. At the current time I am employed by Aaron
8  Levine.
9     Q. Okay. How long have you been employed by
10 Aaron Levine?
11    A. Approximately the last three to four months.
12 About three months, I would say.
13    Q. How did you come to be employed by Mr.
14 Levine?
15    A. I responded to an ad in The Boston Globe.
16    Q. What did the ad say?
17    A. Basically, they were seeking an elder
18 pharmaceutical sales representative or wholesaler
19 representative, which I am a pharmaceutical sales
20 representative.
21    Q. For what purpose were they seeking you?
22    A. To do some market research for
23 diethylstilbestrol as I come to find out.
24    Q. Have you done market research for

00009
1    A. That's correct.

2    Q. How did you get the names of pharmacists to
3 call up?

4    A. Yellow Pages. I went through the Yellow
5 Pages and called the pharmacy and asked for the name
6 of the pharmacist.

7    Q. How did you decide what pharmacies are listed
8 in the Yellow Pages to call?

9    A. I called all of them, all the ones in the
10 Yellow Pages. I completed the Boston, the South
11 Shore, and western portion of the state, the Natick
12 and Framingham areas. I still have others to call.

13   Q. So I'm clear, you went to the Yellow Pages in
14 2003, is that correct?

15   A. Correct.

16   Q. And you found all the pharmacies, is that
17 right?

18   A. I called all the pharmacies listed.

19   Q. And you called all the pharmacies and what
20 did you ask them?

21   A. I told them who I was. My purpose for the
22 research was to find out if they were practicing
23 pharmacists back in the late fifties or early
24 sixties, and if they were, do they recall

00012
1   A. Well, I didn't -- I would say a lot of them
2   were very young people. They were not even born
3   back in the 1960s, but of those that I spoke to,
4   16 to 17 answered affirmatively they had DES, and
5   everyone of them was Lilly.
6   Q. Mr. Cafferty, I didn't ask that question.
7       Mr. Cafferty, of the people that you
8   spoke to, many of whom were too young to have been
9   practicing in the fifties and sixties, my question
10  to you is how many of them were practicing
11  pharmacists in Massachusetts in the 1960s?
12  A. I would say the 16 to 17 that I referred to.
13  Q. So the 16 to 17 that you referred to is a
14  number that encompasses both people practicing in
15  the fifties and sixties, is that correct?
16  A. Yes, that recall DES. That was my question
17  to them.
18  Q. Have you done any research to find out how
19  representative those 16 or 17 people are of the
20  number of pharmacists who were practicing in
21  Massachusetts in the 1950s and 1960s?
22  A. I don't fully understand that question, Jim.
23  Q. How many pharmacists were practicing in
24  Massachusetts in the 1950s and sixties?

00015
1  the pharmacists who you did speak to about what you
2  were doing.
3     A. I told them who I was.
4     Q. What did you say when you said who you were?
5     A. "Good afternoon. My name is Phil Cafferty.
6  I'm doing some market research. Were you practicing
7  pharmacy back in the late fifties or early sixties?"
8     Q. Did you say for whom you were doing market
9  research?
10    A. I did not identify Aaron Levine, no. I just
11  said I was doing some market research.
12    Q. Did you identify you were doing market
13  research in support of litigation?
14    A. No, I did not.
15    Q. Did you tell anybody that you were, in fact,
16  experienced as a market researcher?
17    A. No, I did not. Not in so many words, no.
18    Q. Did you lead people to understand you, in
19  fact, were an experienced market researcher?
20    A. By the questions I was asking, I could assume
21  they were probably figuring I was a market
22  researcher of some type.
23    Q. Now, before when I asked you about market
24  research, you told me about working for Lilly. Have

00016

1 you ever done any course work at any institution

2 about market research?

3    A. Any what?

4    Q. Course work.

5    A. Horse work?

6    Q. Course work.

7    A. Course work?

8    Q. Have you taken any courses in market

9 research?

10    A. Well, I had one year out in Indianapolis

11 working for Eli Lilly in marketing and one year of

12 market research in marketing plans.

13    Q. We will come to that.

14       I take it your duties in Indianapolis in

15 1972 --

16    A. Correct.

17    Q. -- did not involve doing market research for

18 a particular --

19       MR. LEVINE: I'm going to object. He

20 just said that it did.

21       MR. DILLON: Well, I'm now asking him --

22    A. I did market research for both Keflin and

23 Keflex in 1972. Those were two products I was

24 responsible for.

00029
1    Q. Okay. Had you seen an earlier version of the
2  report before July 14th?
3         MR. LEVINE: I believe there is a June
4  9th report.
5    A. There was one. There was one. I made
6  corrections on that. This is the final copy.
7         MR. LEVINE: I think there is an earlier
8  report.
9         MR. DILLON: Okay. I will also ask for
10  the June 9th report.
11         (Document(s)/information request.)
12    Q. Now, before we go into Exhibits 1 and 2 in
13  any more detail, I have a lot of questions, but
14  turning back to your market research, did you make
15  any reference to any statistician or any other
16  professional help in determining whether the sample
17  that you had of 16 or 17 pharmacists was of
18  sufficient size to make some real conclusions about
19  the nature of the market for DES in Massachusetts in
20  the fifties and sixties?
21    A. Out of probably 200 pharmacists I called, so
22  16, so roughly 8 percent of the pharmacists I spoke
23  to were around back in the late fifties or early
24  sixties, so what number is statistically

00030
1  significant? Is 8 percent significant?

2      Q. That's my question to you.

3      A. I would think that it would be significant.

4      Q. You think 8 percent would be statistically

5  significant?

6      A. I think so. I am not a statistician.

7      Q. When you say you think so, what is it based

8  on?

9      A. Just the fact it's 8 percent, 8 percent of

10  the population I spoke to.

11      Q. 8 percent of the population you spoke to was

12  there. What is 16 out of 900, the number of

13  pharmacists that might have been practicing in the

14  fifties and sixties?

15      A. Out of 900?

16      Q. Yeah.

17      A. That would be about 1.8 percent probably. I

18  don't have a calculator.

19      Q. Do you think that would be a significant

20  enough number that you could draw conclusions you

21  could rely on from 1.8 percent?

22      A. 16 out of 900 would not be nearly as

23  significant as 16 out of 200.

24      Q. Okay. Well, Mr. Cafferty, you understand

```
00031
 1  that the 200 that you called are pharmacists who
 2  were practicing in pharmacy in Massachusetts in the
 3  year 2003?
 4     A. Correct.
 5     Q. Is that correct?
 6     A. Correct.
 7     Q. So the relevant population that you want to
 8  find out about are pharmacists who were practicing
 9  in the 1950s and sixties, isn't that right?
10     A. Correct.
11     Q. So the relevant number then is really 16 out
12  of the 600 to 900 pharmacists that were practicing
13  in Massachusetts then, isn't that right?
14     A. However, I have not called 600 pharmacies
15  yet. I probably will when I conclude my market
16  research because I still have quite a bit of the
17  state to call.
18     Q. But at present you agree then that the number
19  of responses you got is not a statistically
20  significant representation of the pharmacists who
21  were, in fact, practicing in the fifties and
22  sixties?
23        MR. LEVINE: I object. That's not what
24  he said.
```

```
00032
 1        MR. DILLON: If it's not what he said --
 2        MR. LEVINE: He is not a statistician.
 3    A. That's what I said.
 4    Q. You are not a statistician?
 5    A. That's what I said.
 6    Q. You have no idea whether 16 out of 900 is
 7  adequate or not?
 8    A. I'm not sure if that is a significant number.
 9  I'm not a statistician. I'm a market researcher and
10  a pharmacist.
11    Q. Have you made -- have you dealt with anybody
12  who could help you to find out if the 16 you got
13  are, in fact, a representative group from the
14  pharmacists that were practicing in the 1950s and
15  1960s?
16    A. Have I? I have not dealt with anybody yet,
17  but I'm sure I could find a statistician that could
18  tell me if it was a significant number.
19    Q. Do you intend to do that?
20        MR. LEVINE: It wouldn't be his
21  intention. It would be my intention, and we intend
22  to do that.
23        MR. DILLON: Okay.
24    Q. In addition to just the numbers of
```

00038
1   Q. But with respect to the market research you
2 have done, I take it you haven't made any inquiry as
3 to whether the DES that those pharmacists remember
4 were 5 and 25 or not, is that right?
5   A. Correct.
6   Q. So as far as your market research goes, they
7 could have been talking about any dosage of DES,
8 isn't that right?
9   A. They could have been. However, I suspect
10 it's primarily the 5 and 25.
11   Q. But that's your suspicion, is that right?
12   A. Right.  Only my own market research.
13   Q. If I wanted to cross-check what you have done
14 so I could try and figure out if, in fact, what you
15 have done is recorded accurately, how would I do
16 that?
17   A. I suspect you would have to call the same
18 pharmacists I called and talk to the same people I
19 talked to.  I will send you that list.
20   Q. Okay.  Is there anything else I would need to
21 do to know what questions you asked?
22   A. I have told you basically the kinds of
23 questions I have asked.  I have identified myself,
24 told them I was doing some market research, inquired

00039
1  if they were practicing in the late fifties or
2  sixties, and if they had been, do they recall what
3  kind of diethylstilbestrol they dispensed?
4     Q. Okay. Do you know if you have an error rate
5  in the methodology you have used for your market
6  research, plus or minus?
7     A. I can only go on what these pharmacists told
8  me. As far as error rate, I would have to say my
9  information is 100 percent accurate. Why would they
10 lie to me?
11    Q. They may not lie to you. Do you know if
12 they, in fact, are accurate in their recollections?
13    A. For the most part. If they said they have
14 been practicing during that time period, when I
15 asked them what brands of DES they used, they
16 responded spontaneously, immediately that it was
17 Lilly.
18    Q. Do you intend to publish the market research
19 that you have done?
20    A. Publish it in a journal?
21    Q. Anyplace.
22    A. I have no intention of publishing unless
23 Aaron does. I'm not a publicist.
24    Q. What are the steps you are going to take next

**Cafferty, Philip (8/22/03)**                                **Page 39**

00041
1   Q. Mr. Cafferty, I have a limited amount of
2   time. I'm not sure I am done with the methodology
3   that you are using, but let me move on because I
4   want to cover some things in this limited window of
5   two hours. Let me ask you about your educational
6   background.
7   A. Okay.
8   Q. I take it that you graduated from high school
9   in 1957, is that correct?
10   A. Correct.
11   Q. What high school was that?
12   A. LaSalle Academy, Providence, Rhode Island.
13   Q. Now, when you were in LaSalle Academy in
14   Providence, Rhode Island, what courses did you take?
15   A. I was in the science curriculum, so biology,
16   chemistry, I think zoology. It was a science
17   curriculum, whatever that entailed. I didn't have
18   any kind of typing. I missed out on that stuff,
19   unfortunately.
20   Q. And I understand you then went to pharmacy
21   school --
22   A. Yes.
23   Q. -- at the University of Rhode Island?
24   A. Right.

00042

1   Q. Is that right?

2   A. Right.

3   Q. You graduated in 1961?

4   A. Correct.

5   Q. Okay.

6   A. I was going to say the first year I started

7 down at the University of Rhode Island was 1957.

8 That was the first year I was at URI. I went to the

9 Providence College of Pharmacy in Providence. Back

10 then a person starting pharmacy school, more than

11 likely his father owned a pharmacy, so four years

12 later he graduated and became a pharmacist. When I

13 started back in '57, 27 of us started my freshman

14 year, and at the end of four years only three out of

15 27 graduated. Another five or six stayed on for an

16 additional year. I felt very good about that.

17   Q. Okay. Do I take it then that you got a

18 license as a pharmacist in 1961, is that right?

19   A. Correct.

20   Q. And that would have been a license in the

21 State of Rhode Island, is that correct?

22   A. Right.

23   Q. Do I understand correctly that until you were

24 a licensed pharmacist, you were not allowed to fill

```
00052
 1    Q. Where did you do your active duty?
 2    A. Fort Dix for basic training and Fort Sam
 3 Houston in Texas for my medical training.
 4    Q. You said for your medical training?
 5    A. I was a corpsman. I spent about a year and a
 6 half in the Army and transferred to the Air National
 7 Guard, and I spent one summer in Camp Drum, New
 8 York. I was in the Howitzer Battalion. I
 9 transferred to the National Guard, basically, Otis
10 Air Force Base, which was a lot better than Camp
11 Drum, New York.
12    Q. And when you finished your active duty, did
13 you go back to the Thorpe store?
14    A. Yes, I did.
15    Q. So basically from 1961, when you graduated,
16 to 1965 punctuated by approximately a year of
17 active --
18    A. Six months.
19    Q. -- active duty --
20    A. Yeah.
21    Q. -- you were at the Thorpe store in East
22 Greenwich?
23    A. That's right. I also worked part time at
24 Ivey Apothecary in Providence.
```

00053

1  Q. You have to tell me that again.

2  A. I worked at I V O R Y Apothecary. Actually,

3  it's I V E Y, because it was close to Brown

4  University.

5  Q. So this is after you completed active duty?

6  A. Yes.

7  Q. Sometime between '62 and '65 you worked part

8  time at Ivey Pharmacy?

9  A. Yes.

10  Q. This was when you were a pharmacist?

11  A. Yes.

12  Q. So you were filling prescriptions there?

13  A. Yes.

14  Q. How many hours did you work at the Ivey

15  Pharmacy?

16  A. Probably 15 to 20 hours a week. I was

17  getting ready to get married and wanted some money.

18  And another 40 at Thorpe.

19  Q. You worked 40 hours --

20  A. 40 or 42.

21  Q. At Thorpe?

22  A. Yeah.

23  Q. In 1965 you applied to Lilly to become a

24  sales rep, is that right?

00054
1    A. Yeah.

2    Q. Now, up until 1965 I take it from what you

3  said that you had no experience in any pharmacies

4  outside of the Thorpe Pharmacy and part time at the

5  Ivey Pharmacy, is that right?

6    A. Correct.

7    Q. And you had no experience in any pharmacies

8  in Massachusetts at that point, is that correct?

9    A. Correct. I was not licensed in Massachusetts

10  at that time.

11    Q. Did you become licensed in Massachusetts?

12    A. Yes, I did. I would say probably about 1978

13  when I came back from Florida, the reason being

14  while I was employed by Eli Lilly, even though I was

15  a pharmacist, I did not work part time in the

16  pharmacy. I probably got licensed in Massachusetts

17  in -- 1984 is when I left Lilly, so 1984 is when I

18  became licensed. I could not work part time.

19    Q. I'm sorry. What you are saying is while you

20  worked for Lilly, you worked for Lilly and didn't do

21  any pharmacy work, is that right?

22    A. Correct. It was against company policy.

23    Q. And you believe you were licensed in

24  Massachusetts in about 1984?

Cafferty, Philip (8/22/03)                           Page 54

00105
1  A. Correct.

2  Q. That's the sole basis on which you say it's a

3  98 percent certainty?

4  A. Right.

5     MR. LEVINE: I don't think he told you

6  about the statements from other pharmacists.

7  Q. Did you help to get those statements from

8  other pharmacists?

9  A. The 200 that I have, but Aaron has some

10 statements in his office.

11 Q. And those are ones you looked at?

12 A. Yes.

13 Q. You treated each of those statements as if

14 they were accurate?

15 A. Absolutely.

16 Q. And you assumed they were reliable and you

17 could base your conclusions on those?

18 A. Yes, I did.

19 Q. What, if anything, did you do to satisfy

20 yourself that those statements did reflect the

21 accurate recollection of the pharmacists involved?

22 A. I have certainly put my trust and faith in

23 Aaron Levine's judgment. He has good judgment.

24 Q. What, if anything, have you done to determine

00106
1  whether the memories of these pharmacists as
2  reflected in those statements actually reflect
3  what the purchasing or prescribing practices were
4  back in the fifties and sixties?
5     A. I have done nothing.
6     Q. You just relied on the statements?
7     A. Correct.
8     Q. Those came to you from Mr. Levine?
9     A. Correct.
10    Q. Mr. Cafferty, are you aware of any efforts
11 that experts, courts and experts have done to try
12 and determine --
13    A. Who?
14    Q. Courts and experts have done to try and find
15 out about the relative share of the market that
16 different companies had in DES?
17    A. No, I am not.
18    Q. Okay. Are you aware that there was a trial
19 about the relative market shares of DES that was
20 conducted in California?
21    A. No, I am not.
22    Q. You didn't review any of the material there?
23    A. No.
24    Q. And if, in fact, it turned out that the