**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

BRENDA MANNING
  Plaintiff(s)

    v.

                CIVIL ACTION NO. 04-11164-RCL

ELI LILLY & CO.
  Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE LINDSAY

[ ] The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ] On _____July 27, 2005_____, I held the following ADR proceeding:

  _____ SCREENING CONFERENCE  _____ EARLY NEUTRAL EVALUATION
  _X_ CONTINUED MEDIATION  _____ SUMMARY BENCH / JURY TRIAL
  _____ MINI-TRIAL  _____ SETTLEMENT CONFERENCE

  All parties were represented by counsel [except _____]
  The parties were / were not present in person or by authorized corporate officer [except _____].
  The case was:

[ X ] Settled. Your clerk should enter a _____60_____ day order of dismissal.

[ ] There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ] Suggested strategy to facilitate settlement:

[ ]

July 27, 2005           /s/ Marianne B. Bowler
DATE              ADR Provider
                MARIANNE B. BOWLER, U.S.M.J.

(ADRreport.wpd - 4/12/2000)            [adrrpt.]