IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRENDA MANNING, Individually<br>and as Mother, Guardian and Next Friend of<br>BRIAN STEVEN MANNING, a Minor<br>9 Quincy Street<br>Watertown, MA 02472<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY<br>Lilly Corporate Center<br>Indianapolis, IN 46285<br>w/s/o NATIONAL REGISTERED AGENTS, INC.<br>1090 Vermont Avenue, NW, #910<br>Washington, DC 20005<br><br>Defendant. | CIVIL ACTION NO.<br>411164(MBB) |

## CONSENT ORDER APPROVING SETTLEMENT

1. The parties appeared in open Court on the July 27, 2005, in mediation of the above claim for the second time.

2. After lengthy discussions by the Court with the parties and the representation of counsel and the Court's opportunity to evaluate the parents of the infant minor, it is, by the court, this 17th day of August, 2005.

ORDERED:

1. That the above captioned caused is herewith settled and dismissed, with prejudice, with each side responsible for their costs; it is further ORDERED.

2. That the division of proceeds, as set forth on the attached settlement sheet, represents a fair and reasonable distribution to the Plaintiffs, and in the best interest of the minor Plaintiff and is hereby APPROVED.

*Marianne B. Bowler USMJ*
United States Magistrate Judge

WE ASK FOR THIS:

On behalf of Plaintiffs:

Aaron M. Levine, Esq.
AARON M. LEVINE & ASSOCIATES
1320 19th Street, N.W.
5th Floor
Washington, DC 20036

Alan Canter, Esq.
SWARTZ & SWARTZ
10 Marshall Street
Boston, MA 02108

On behalf of Eli Lilly & Company

James J. Dillon, Esq.
FOLEY HOAG, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210